RECORD OF GRAND JURY BALLOT

C/ 2:15cr472

THE UNITED STATES OF AMERICA v. DYLANN STORM ROOF

(SEALED UNTIL FURTHER ORDER OF THE COURT)