IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 2:15cr472 |
| | ) |
| v. | ) **ORDER FOR** |
| | ) **BENCH WARRANT** |
| DYLANN STORM ROOF | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, DYLANN STORM ROOF, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
July 22, 2015

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: _____
Julius N. Richardson (#9823)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000
Jay.N.Richardson@usdoj.gov