IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA     )  CR. NO.:  2:15cr472
                             )
            v.               )
                             )     **WRIT OF HABEAS CORPUS**
DYLANN STORM ROOF            )        **AD PROSEQUENDUM**

It appears that criminal charges have been filed against the defendant in the above entitled case.  It further appears that the defendant, DYLANN STORM ROOF is presently incarcerated at the Al Cannon Detention Center.  It is therefore

ORDERED that the Warden, or their authorized representative, deliver DYLANN STORM ROOF to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety.  It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

1

UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

July 22, 2015

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By:

Julius N. Richardson (#9823)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000
Jay.N.Richardson@usdoj.gov

2