**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | 2:15–cr–472-RMG |
| vs. | ) | |
| | ) | |
| Dylan Storm Roof, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |
| | ) | |

The above referenced Defendant has been indicted by a Federal Grand Jury for certain counts, which carry a potential sentence up to and including death. (Dkt. Nos. 2, 3). Pursuant to the provisions of 18 U.S.C. § 3005, the Defendant is entitled, upon the Defendant's request, to appointment by the Court of at least two counsel, one of whom "shall be learned in the law applicable to capital cases . . . ." Although it is necessary for the Defendant to complete certain formalities before the Court can appoint permanent counsel in this matter, the Court finds it necessary and appropriate to appoint immediately upon indictment lead counsel "learned" in the law of capital cases. To that end, the Court hereby provisionally appoints David I. Bruck as lead counsel in this matter. Mr. Bruck, who is a member of the South Carolina Bar and Clinical Professor of Law at Washington and Lee University School of Law, has extensive experience representing death penalty defendants in trial and appellate courts across the United States, including cases before the United States Supreme Court. The Court, for now, leaves in place the previous provisional appointment of Federal Public Defenders Ann Walsh and William F. Nettles, IV, by the Magistrate Judge.

AND IT IS SO ORDERED.


Richard Mark Gergel
United States District Court

Charleston, South Carolina
July 23, 2015