IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 2:15CR00472-(1) |
| | ) | |
| -vs- | ) | |
| | ) | **MOTION FOR DISCOVERY** |
| | ) | **AND INSPECTION** |
| **DYLANN STORM ROOF** | ) | |
| | ) | |

The defendant, **DYLANN STORM ROOF**, through his undersigned provisional attorneys, does hereby move the Court for discovery and inspection of the following:

Any relevant written or recorded statements made by the defendant, or copies thereof, within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government;

Respectfully submitted,

/s/ William F. Nettles, IV,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
**Attorney ID#: 5935**

/s/ Ann B. Walsh,
Assistant Federal Public Defender
145 King Street
Charleston, South Carolina 29201
Telephone: (843)727-4148
**Attorney ID#: 5102**

Florence, South Carolina

July 23, 2015