IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 2:15CR00472-RMG(1) |
| | ) | |
| -vs- | ) | JOINT MOTION TO CONTINUE |
| | ) | ARRAIGNMMENT |
| DYLANN STORM ROOF | ) | |

The Defendant, by and through counsel, and the United States, by and through counsel, hereby jointly move that the Court reschedule the arraignment scheduled for Monday, July 27, 2015.

The parties seek a continuance until Friday, July 31, 2015, at a time to be set by the Court. This brief continuance is requested to accommodate the obligations of counsel for both the defense and the government, and will not prejudice the interests of either party or the public.

Respectfully submitted,

/s/ David I. Bruck,
Washington and Lee School of Law
Lexington, Virginia
Attorney for Defendant
Telephone #: 540-458-8188
**Attorney ID#: 1535**

/s/ William F. Nettles, IV,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
**Attorney ID#: 5935**

/s/ Ann B. Walsh,
Assistant Federal Public Defender
145 King Street
Charleston, South Carolina 29201
Telephone: (843)727-4148
**Attorney ID#: 5102**

ATTORNEYS FOR THE DEFENDANT

/s/ Julius Ness Richardson,
Assistant United States Attorney
Columbia, South Carolina 29201

/s/ Nathan S. Williams
Assistant United States Attorney
Charleston, South Carolina 29402

ATTORNEYS FOR THE GOVERNMENT

July 24, 2015