IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 2:15-CR-0472-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DYLANN STORM ROOF, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on a joint motion of counsel to continue the arraignment in this case, currently scheduled for 1:30 p.m. on Monday, July 27, 2015. Counsel represents to the Court that a continuance is necessary to accommodate obligations of counsel for both the defense and the Government, and will not prejudice the interests of either party or the public.

The motion is **granted**. The Defendant's arraignment is continued to Friday, July 31, 2015, at 11:00 a.m. A separate notice of hearing will be issued by the Clerk of Court.

**IT IS SO ORDERED.**

_____
Bristow Marchant
United States Magistrate Judge

July 24, 2015
Charleston, South Carolina