2:15-cr-00472-CRI    Date Filed 07/22/15    Entry Number 25    Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:15-cr-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |
| Defendant | | |

RECEIVED JUL 22 2015 BY: USMS

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    DYLANN STORM ROOF                            ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 249(a)(1)
Title 18, United States Code, Section 247(a)(2)
Title 18, United States Code, Section 247(d)(1)
Title 18, United States Code, Section 247(d)(3)
Title 18, United States Code, Section 924(c)(1)(A)
Title 18, United States Code, Section 924(c)(1)(C)
Title 18, United States Code, Section 924(j)

Date: 07/22/2015

s/H. Hillman, Deputy Clerk for:
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state:    Columbia, South Carolina

### Return

This warrant was received on *(date)* JUL 22 2015, and the person was arrested on *(date)* 7/31/2015
at *(city and state)* Whcap from Charleston Co Det Ctr

Date: 7/31/15

FBI S/A JOE HAMSKI
*Arresting officer's signature*

By: Judy Spivey, Jr
*Printed name and title*