UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| | ) | MOTION FOR DISCLOSURE OF INTENT |
| vs. | ) | TO USE EVIDENCE OF OTHER CRIMES, |
| | ) | FEDERAL RULE OF EVIDENCE 404(b) |
| DYLANN STORM ROOF | ) | |

The defendant, DYLANN STORM ROOF, by and through his undersigned attorneys, hereby moves the Court, pursuant to Federal Rule of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

Respectfully submitted,

*s/David I. Bruck*
David I. Bruck
Washington and Lee School of Law
Lexington, Virginia
Attorney for Defendant
(540) 458-8188
Attorney ID#: 1535

*s/Michael P. O'Connell*
Michael P. O.Connell
Stirling & O'Connell
109 Wappoo Creek Drive
Suite 2B
Charleston, SC 29412

        (843) 577-9890
        Attorney ID#: 2915
        *s/William F. Nettles, IV*
        William F. Nettles, IV
        Assistant Federal Public Defender
        c/o McMillan Federal Building
        401 W. Evans Street, Suite 105
        Florence, South Carolina 29501
        (843) 662-1510
        Attorney ID#: 5935

        *s/Ann Briks Walsh*
        Ann Briks Walsh
        Assistant Federal Public Defender
        P.O. Box 876
        Charleston, S.C.  29402
        (843) 727-4148
        Attorney ID #5102

August 3, 2015