```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                   CHARLESTON DIVISION
```

UNITED STATES OF AMERICA          CR. NO.:  2:15-472

    v.

DYLANN STORM ROOF

**Motion for Reciprocal Discovery
On Behalf of the United States**

The United States respectfully moves that this Honorable Court direct the defendant to make available for inspection and copying each of the following:

A.   Pursuant to Fed. R. Crim. P. 26.2 and <u>United States v. Nobles</u>, 422 U.S. 225 (1975):

> All prior statements in the possession of the defendant, if any, given by witnesses whom the defendant expects to call at trial, other than the defendant himself. The term "statements" is to be construed by the defendant as defined in Fed. R. Crim. P. 26.2 and the Jencks Act, 18 U.S.C. §3500.

B.   Pursuant to Fed. R. Crim. P. 16(b)(1)(A):

> All books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

C.   Pursuant to Fed. R. Crim. P. 16(b)(1)(B):

> Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this particular case, or copies thereof, as well as the names and/or opinions of any such experts conducting tests or experiments or examinations, within the possession or control of the defendant, which the defendant intends to introduce as

evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to their testimony.

D.  Pursuant to Fed. R. Crim. P. 16(b)(1)(C):

A written summary of testimony the defendant intends to use under Fed. R. Evid. 702, 703 and 705 as evidence at trial.  The government requests that this summary describe the opinions of the witnesses, the basis and reasons of such opinions, and the qualifications of the witnesses.

Additionally, the United States also requests that you promptly provide all notices under Fed. R. Crim. P. 12.2.

Respectfully submitted,


WILLIAM N. NETTLES
UNITED STATES ATTORNEY


s/Julius N. Richardson
Julius N. Richardson (#9823)
Assistant U. S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Jay.N.Richardson@usdoj.gov

August 6, 2015

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
                   CHARLESTON DIVISION
```

| UNITED STATES OF AMERICA | CR. NO.: 2:15-472 |
|---|---|
| v. | |
| DYLANN STORM ROOF | |

**Certification Pursuant to Local
Rule 12.02 by the United States**

Pursuant to Rule 12.02, Local Rules for the District of South Carolina, the United States certifies that, because of the nature of the attached motion (Motion for Reciprocal Discovery) consultation with counsel for the defendant would serve no useful purpose.

```
                         WILLIAM N. NETTLES
                         UNITED STATES ATTORNEY



                         s/Julius N. Richardson
                         Julius N. Richardson (#9823)
                         Assistant U. S. Attorney
                         1441 Main Street, Suite 500
                         Columbia, SC 29201
                         Jay.N.Richardson@usdoj.gov
```

August 6, 2015