IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. NO.: 2:15-CR-472 |
| ) | |
| vs. ) | **UNDER SEAL** |
| ) | |
| **DYLANN STORM ROOF** ) | |

## ORDER TO SEAL

This matter comes before the court on motion of the United States to file the Motion for Authorization to Disclose Certain Materials Pursuant to Fed. R. Crim. P. 6(e) under seal. The purpose of the Government's request is to protect the information contained within the Motion since it reveals grand jury materials and a grand jury investigation.

Based on the foregoing, the Court finds that the interests of justice are best served by filing the Motion for Authorization to Disclose Certain Materials Pursuant to Fed. R. Crim. P. 6(e), the Motion to Seal, and this Order under seal.

It is therefore,

ORDERED that the Motion for Authorization to Disclose Certain Materials Pursuant to Fed. R. Crim. P. 6(e), the Motion to Seal, and this Order be filed under seal.

IT IS SO ORDERED.

_____
BRISTOW MARCHANT
UNITED STATES MAGISTRATE JUDGE

September 17, 2015
Charleston, South Carolina