IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:15-CR-00472-RMG |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |
| | ) | **FILED UNDER SEAL** |
| | ) | |

## ORDER

This matter is before the Court on the United States' Motion, pursuant to Fed. R. Crim. P. 6(e), for Authorization to Disclose Certain Materials obtained in the grand jury investigation of Dylann Storm Roof.

Based on the Government's motion, the Court agrees that the United States has shown that federal grand jury materials may be relevant to state criminal proceedings; accordingly, the Court determines that such a disclosure should be authorized and therefore orders that the United States Attorney is authorized to make such disclosures, and that the United States Attorney and any other Assistant United States Attorneys involved in this matter are protected if they choose to do so.

The Court finds that, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), it is allowed to authorize such a disclosure in connection with the pending state criminal proceedings because the Court finds such a disclosure is "in connection with a judicial proceeding." The Court further finds the Government has demonstrated a particularized need for disclosure of the aforementioned grand jury material. *Douglas Oil Co. v. Petrol Stops Northwest*, 441 U.S. 211 (1979).

It is therefore ORDERED that the United States' Motion for Authorization to Disclose Certain Materials Pursuant to Fed. R. Crim. P. 6(e) is granted.

IT IS FURTHER ORDERED that the United States Attorney (or his designee) is authorized to disclose grand jury material to the Ninth Circuit Solicitor's Office, who may disclose the grand jury material as necessary in connection with the state proceeding, including to state defense counsel for Dylann Roof.

IT IS FURTHER ORDERED that this filing and all filings in connection with it be sealed until further order of the Court, as they discuss grand jury matters considered secret under Fed. R. Crim. P. 6(e), except that copies of the Order shall be delivered to the United States Attorney for this District, including one copy for his own use, one copy to be delivered by him to Ninth Circuit Solicitor, and copies to be delivered to defense counsel.

ENTERED this 28th day of September, 2015.

HON. RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE