IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

---

**DEFENDANT'S WAIVER OF HIS RIGHT TO A SPEEDY TRIAL**

I, Dylann S. Roof, understand that I have a right under the Sixth Amendment to the US Constitution and Title 18 United States Code Section 3161 to a speedy trial. I understand there are time limits in the above statute which require my trial to be held seventy (70) days after indictment. I also understand I can waive my right to a speedy trial and, even if I do not waive my right, the Court can order postponements of the time limits in the statute in the interest of justice if the charges against me are complex or if there is a concurrent state prosecution and postponements are to allow the state to finish their prosecution of me without interference from the Government or the Court.

After conferring with my attorneys, I hereby waive my right to a speedy trial. No one has forced me to waive this right and I am doing so voluntarily.

*Dylann Roof*
Dylann S. Roof
September 23, 2015

Witness: *Michael P. O'Connell*
Michael P. O'Connell
Defendant's Attorney
Fed Court ID# 2915
South Carolina Bar IS# 4260