

**SCARLETT A. WILSON**
SOLICITOR, NINTH JUDICIAL CIRCUIT
CHARLESTON AND BERKELEY COUNTIES
101 MEETING STREET
CHARLESTON, SC 29401
RETURN SERVICE REQUESTED





The Honorable Richard M. Gergel
United States District Judge
Post Office Box 835
Charleston SC 29402