IN UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |
|---|---|
| United States of America,  ) | Cr. No.: 2:15-CR-472-RMG |
| ) | |
| vs.  ) | EX PARTE ORDER FOR SUBPOENA |
| ) | OF WITNESSES PURSUANT TO |
| ) | RULE 17 |
| Dylann S. Roof.  ) | |

In the attached *ex parte* motion, the attorney for the defendant has requested that a subpoena *duces tecum* be issued to DFC Lisa Bloodworth, Sheriff Al Cannon Detention Center, which requires DFC Lisa Bloodworth to provide certain documents to the defendant which are needed to prepare a motion defendant intends to file. In accordance with Rule 17 of the Federal Rules of Criminal Procedure, the defendant also asks this Court for an order which requires DFC Bloodworth to provide defendant's lawyer with copies of the documents within ten (10) says of service of the subpoena. It is therefore

ORDERED in accordance with Rule 17, Federal Rules of Criminal Procedure, that DFC Lisa Bloodworth provide copies of the documents listed in the attached *ex parte* motion to the defendant's lawyer within ten (10) days of service of the subpoena *duces tecum*. The documents shall be provided to Michael P. O'Connell, Esq., at 749 Johnnie Dodds Blvd. Suite C, Mt. Pleasant, SC, telephone numbers 843-224-5717 or 843-577-9890. The witness' fees and costs shall be paid in the same manner as those paid to government witnesses. It is sufficient for the witness to produce copies of the

1

requested documents, at her expense, in lieu of appearing in court.

    IT IS SO ORDERED.

                                                  Bristow Marchant
                                                  United States Magistrate Judge

November 4, 2015
Charleston, South Carolina

2