AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     SOUTH CAROLINA

United States of America

v.

DYLANN STORM ROOF

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 2:15-00472-RMG

PICTURE ID REQUIRED
TO ENTER COURTHOUSE

TO: Al Cannon Detention Center
a/k/a Charleston County Detention Center
3831 Leeds Avenue
Charleston, South Carolina 29405
Attn: Lauren Mosher

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| HOLLINGS JUDICIAL CENTER<br>85 BROAD STREET<br>CHARLESTON, SOUTH CAROLINA 29401 | Richard M. Gergel |
| | DATE AND TIME |
| | 11/3/2015 10:00 am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Larry W. Propes (B) | 8/14/2015 |
| (By) Deputy Clerk<br>s/ Gilbert O'Brien | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
NATHAN S. WILLIAMS, Assistant United States Attorney
151 Meeting Street, Suite 200, Charleston, SC 29401

Al Cannon Detention Center
a/k/a Charleston County Detention Center
3831 Leeds Avenue
Charleston, South Carolina 29405
Attn: Lauren Mosher
Email: lmosher@sled.sc.gov

## ATTACHMENT

For the time period of June 18, 2015 to August 14, 2015, for inmate:

**Dylann Storm Roof**

**date of birth 4/3/1994**

**social security account number 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**

Provide a copy of:

1. Inmate visitor's log
2. A copy of the concessions and/or canteen account fund to include contributor name, address and amount of money contributed
3. A copy of the mail log to include incoming and outgoing mail excluding privileged communications with attorney(s) and/or other identified privileged communications
4. A copy of any documents administratively seized and/or seized from the inmate via adherence with the Detention Center's policy
5. Any reports generated by the Charleston County Sheriff's Office and/or the Detention Center that documents the seizure of material from the listed inmate

Any questions regarding this subpoena can be directed to Special Agent Joseph Hamski of the Federal Bureau of Investigation (FBI), telephone number 843-881-0194 and/or email at joseph.hamski@ic.fbi.gov.