IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) | Criminal No. 2:15-CR-00472-RMG |
| v. |  |  |
| DYLANN STORM ROOF |  |  |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO A SEALED MOTION FOR A PROTECTIVE ORDER**

The Court ordered that the Government respond by November 16, 2015, to a sealed Motion for a Protective Order filed by Dylann Storm Roof. *See* Docket No. 93. The Government respectfully requests an extension of time to respond. The parties have begun discussions about an agreement to resolve, or at least narrow, the issues presented by the Motion. *Cf.* Local Rule 12.02. However, the schedule of the undersigned counsel for the Government and the nature of the issues will make difficult the completion of that discussion and the drafting of any necessary response by November 16. After consultation, defense counsel consents to a ten-day extension. Thus, the Government requests a ten-day extension of time to respond to permit adequate time to negotiate with defense counsel and prepare a response on any remaining issues for the Court.

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

BY: s/*Julius N. Richardson*
JULIUS N. RICHARDSON (ID #9823)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
November 12, 2015          Tel. (803) 929-3000