IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN S. ROOF | ) | **UNDER SEAL** |

**RESPONSE TO MOTION FOR PROTECTIVE ORDER**
**(CHARLESTON DETENTION CENTER VISITORS' LOG)**

On November 5, 2015, defendant filed under seal a Motion for Protective Order Regarding Confidential Defense Information in the Possession of the Charleston County Detention Center. Docket Number (Dkt. No.) 92. Attorneys for the government and defendant have discussed at length the content of defendant's motion, and the specific issue regarding detention center visitors' logs. Through this discussion the parties have come to an agreement regarding how to handle the relevant logs, which will resolve defendant's motion for a protective order. The accompanying proposed order sets forth the parties' agreement, and the parties respectfully request the Court issue the proposed order, thereby resolving the issues presented in defendant's Motion for a Protective Order, Dkt. No. 92.

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By:  *s/Julius N. Richardson*
JULIUS N. RICHARDSON (ID #9823)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
(803) 929-3000