IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:1 5-cr-472-RMG

United States of America

vs.

Dylann Storm Roof

### MOTION FOR A SUBPOENA *DUCES TECUM* AND FOR THE PRE-TRIAL PRODUCTION OF DOCUMENTS EX PARTE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 17(b) & 17(c)

Comes now the Defendant through his undersigned attorneys who ask this Court to issue a subpoena *duces tecum* to the Custodian of Records for the entity known as Craigs List, to appear in the United States District Court for the District of South Carolina, Charleston Division at a time to be determined and to bring with him the following documents:

> Documents including electronically stored documents which show the contents of personal messages sent via Craigs List from the following e-mail addresses: Djroof@yahoo.com; derekjeeter88@yandex.com; bkhcfhfghhh7755@gmail.com to thomhiers@gmail.com for the period January 1, 2015 to June 18, 2015.

The Defendant also asks this Court to issue its order which requires Craigs List to deliver within ten (10days) of receiving this subpoena the documents described

above to Defendant's lawyer, Michael P. O'Connell, PO Box 828, Mt. Pleasant, SC 29465 or via e-mail to moconnell@stirlingoconnell.com.

    The undersigned lawyer for the Defendant is informed and believes that the documents sought will aid in the defense of the Defendant.

    The Defendant was found to be indigent at his arraignment by the Magistrate Judge. He cannot pay the witness fees and he asks this Court to exempt him from paying the same.

    Respectfully Submitted,

November 10, 2015

S/MICHAEL P. O'CONNELL
Stirling & O'Connell
PO Box 828
Mt. Pleasant, SC 29465
Fed. ID number 2915
843-577-9890 telephone
843-577-9826 facsimile
moconnell@stirlingoconnell.com

David I. Bruck
Washington & Lee Law School
Sydney Lewis Hall
Lexington, VA 24450-0303
540-460-8178 telephone
bruckd@wlu.edu

Attorneys for the Defendant