DAVID I. BRUCK
ATTORNEY AT LAW
WASHINGTON & LEE SCHOOL OF LAW
LEXINGTON VA 24450
540-460-8178
bruckd@wlu.edu

June 3, 2016

Hon. Richard M. Gergel
United States District Judge
P.O. Box 835
Charleston, South Carolina 29402

*Sent by email*

Re:  *United States v. Dylann Roof,* No. 15CR472

Dear Judge Gergel:

In my letter of May 25, 2016, I advised that the parties hoped to have a detailed joint scheduling proposal to submit to the Court today. That joint proposed schedule is attached, together with a list of a few areas in which we have been unable to agree.

If the Court has any questions or concerns about this proposed schedule that should be discussed before next Tuesday's Bar Meeting, we trust you will so advise.

Yours truly,

s/
David I. Bruck
Michael P. O'Connell
Attorneys for Dylann S. Roof

Cc:   AUSA Jay Richardson