IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

United States of America,          )
                                   )     Criminal No. 2:15-472-RMG
vs.                                )
                                   )
Dylann Storm Roof,                 )     **ORDER**
                                   )
_____)

The Court, by order dated June 7, 2016, entered an interim scheduling order addressing

matters which needed to be addressed by the parties over the ensuing several weeks. (Dkt. No.

179). This order addresses additional aspects of the case schedule up to and including individual

voir dire and is *supplemental* to the earlier interim scheduling order.[1] The Court contemplates

additional orders addressing scheduling matters once the Court receives responses from the

parties relating to matters directed by the June 7, 2016 scheduling order.

The parties are directed to do the following by the dates set forth below:

1.      The Defendant is directed to file on or before July 5, 2016, any motions

        challenging the indictment or other dispositive motions. The Government may

        file a response on or before July 25, 2016.

2.      The Defendant is directed to file on July 11, 2016, any notice of intent to offer

        evidence required under Fed. R. Crim. P. 12.2. Procedures and deadlines that are

        to be followed if and when such a notice of intent is filed will be addressed by

        subsequent order once the parties have filed responses directed by Paragraph 5 of

---

[1] All deadlines set forth in the June 7, 2016 scheduling order remain in full force and
effect unless expressly modified by subsequent written order.

the June 7, 2016 order (Dkt. No. 179 at 2).

3.    Defense motions to suppress evidence shall be filed on or before July 18, 2016,
      and responses shall be filed on or before August 8, 2016.

4.    The parties are directed on or before July 22, 2016, to make disclosure of guilt
      phase non-mental health expert summaries required by Fed. R. Crim. P.
      16(a)(1)(G) for the Government and 16(b)(1)(C) for the Defendant. Parties are
      directed to file on or before August 15, 2016, any summaries for experts identified
      in response to the opposing party's July 22, 2016 guilt phase expert summaries.
      Any challenge to the testimony of such experts must be filed by the opposing
      party on or before September 6, 2016. All responses to the filings made on
      September 6, 2016 shall be made on or before September 26, 2016.

5.    The Court will address the duty of the parties to provide witness summaries
      regarding experts to be offered during the sentencing phase after the Court
      receives responses to Paragraph 7 of the June 7, 2016 order (Dkt. No. 179 at 2).

6.    The Court will set dates for the disclosure of witness and exhibit lists once it
      addresses whether Defendant has a duty to make such disclosures, after receiving
      responses to Paragraph 8 of the June 7, 2016 order (Dkt. No. 179 at 3).

7.    Any motion for a change in venue shall be filed on or before July 25, 2016. Any
      response to a change in venue motion shall be filed on or before August 15, 2016.

8.    Any motion challenging the death penalty and the Government's notice of intent
      to seek the death penalty shall be filed on or before August 1, 2016. Any
      responses to such motions shall be filed on or before August 21, 2016.

9.  The parties shall confer and submit to the Court on or before August 15, 2016, a joint proposal for all aspects of a case specific juror questionnaire in which there is common agreement. The parties shall also submit on that same date any proposals for a case specific juror questionnaire which the presenting party supports but which has not been agreed to by the opposing party.

10. The parties are directed to file all motions in limine and other pretrial motions on or before September 1, 2016. Responses to these motions are to be made on or before September 22, 2016.[2]

11. The parties shall submit proposed jury charges for all phases of the trial on or before September 16, 2016.

12. Prospective jurors will be summoned to the federal courthouse to complete case specific questionnaires beginning on September 26, 2016, and shall continue day to day until the case specific questionnaires have been completed.

13. Individual voir dire will commence on November 7, 2016, and will continue until enough potential jurors are qualified to seat   a jury of 12 members and 6 alternates after peremptory strikes. Further details concerning jury selection procedures will be provided once the parties have made submissions to the Court as required by Paragraph 6 of the June 7, 2016 order (Dkt. No, 179 at 3).

---

[2] The parties discussed at the June 7, 2016, status conference some adjustment in the date for filing motions in limine and other pretrial motions in consideration of the deadline for witness and exhibit list disclosures. The parties are directed to confer on this matter and submit to the Court on or before July 7, 2016, any alternative proposal for the deadline for filing motions in limine and other pretrial motions. The Court will then consider any alteration in this deadline.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

June 9, 2016
Charleston, South Carolina