IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  Criminal No. 2:15-CR-00472-RMG |
| v. | ) ) ) |
| DYLANN STORM ROOF | ) ) ) |

**GOVERNMENT'S REQUEST FOR A JURY TRIAL**

On June 9, 2016, the Defendant sought to waive the use of a jury at the guilt and sentencing phases of Defendant's trial. As the Court is aware, the Government must consent before the jury's role may be eliminated. *See* Fed. R. Crim. Pro 23(a) (stating that a criminal trial "must be by jury unless: (1) the defendant waives a jury trial in writing; (2) the government consents; and (3) the court approves"); 18 U.S.C. §3593(b)(3) (providing that the capital sentencing hearing may be done before the court alone only "with the approval of the attorney for the government"). The Government advises the Court that it does not consent and, instead, respectfully requests that a jury determine the Defendant's guilt and appropriate punishment.

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

BY: s/*Julius N. Richardson*
JULIUS N. RICHARDSON (ID #9823)
NATHAN WILLIAMS
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
June 13, 2016                                   Tel. (803) 929-3000