IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 2:15-472-RMG |
| vs. ) | |
| ) | |
| Dylann Storm Roof, ) | **ORDER** |
| ) | |

Defendant has filed a notice that he is willing to waive his right to a jury for both trial and sentencing. (Dkt. No. 181). The Government does not consent to the waiver of a jury trial at either proceeding. (Dkt. No. 182).

Under Fed. R. Crim. P. 23(a), a federal criminal trial must be by jury if the Government does not consent to a bench trial. Similarly, 18 U.S.C. § 3593(b) provides that a sentencing hearing in a case where the Government has filed a notice of intent to seek the death penalty will normally be conducted before a jury and will be conducted "before the court alone, upon the motion of the defendant and with the approval of the attorney for the government." Thus, because the Government does not consent to the waiver of a jury at either proceeding, the trial will be conducted by jury, and, should Defendant be found guilty of one or more capital crimes, the sentencing hearing will be conducted before a jury.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

June 13, 2016
Charleston, South Carolina