IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

## DEFENSE POSITION WITH RESPECT TO CHANGE OF VENUE

The Court's Orders of June 7 and June 15, 2016, Dkt. No. 179, 192, require the defendant to advise the Court "whether he presently intends to move for a change of venue." Dkt. No 192 at 1. Defense counsel hereby advise the Court that the defendant does not presently intend to move for a change of venue.

    Respectfully submitted,

    s/ *David I. Bruck*
    David I. Bruck
    Washington & Lee School of Law
    Lexington VA 24450
    540-458-8188
    bruckd@wlu.edu

    Michael P. O'Connell
    PO Box 828
    Mt. Pleasant, SC 29464
    843-577-9890
    moconnell@stirlingoconnell.com

    Attorneys for Dylann S. Roof