IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Crim. No. 2:CR:15-472 |
| v.  ) | |
| ) | |
| DYLANN STORM ROOF  ) | |

**CONSENT MOTION FOR A ONE-DAY EXTENSION OF TIME**

The Court's June 7 scheduling order required the defense to submit on or before June 27, 2016, "a memorandum of law setting forth any objections to the disclosure of experts not governed by Rule 12.2 whom the defense intends to use during the sentencing phase of the trial." Dkt. No. 179, ¶ 7, and also "a memorandum of law setting forth any objections to the disclosure of the Defendant's witness list prior to jury selection." Dkt. No. 179, ¶ 8.

Counsel for the defense and the government have conferred with a view to resolving disagreements regarding their respective obligations to disclose expert witness summaries and lists of trial witnesses and exhibits, and have reached substantial agreement on a proposal which they intend to submit for the Court's consideration. This agreement would, if accepted, render moot the defense's objections to being required to provide Rule 16(b)(1)(C) expert witness disclosures for defense penalty phase witnesses, and also to providing defense witness and exhibit lists prior to jury selection. However, despite diligent effort on both sides, it has proven impossible to finalize a joint motion reflecting this agreement by the close of business today. Therefore the defendant moves

for, and the government consents to, a one-day extension of time in which to file the two defense memoranda due today pursuant to the Court's order of June 7, 2016.  Dkt. No. 179, ¶¶ 7-8.

        Respectfully submitted,

        s/ *David I. Bruck*
        David I. Bruck
        Washington & Lee School of Law
        Lexington VA 24450
        540-458-8188
        bruckd@wlu.edu

        Michael P. O'Connell
        PO Box 828
        Mt. Pleasant, SC 29464
        843-577-9890
        moconnell@stirlingoconnell.com

        Attorneys for Dylann S. Roof