# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 2:15-472-RMG |
| vs. ) | |
| ) | |
| Dylann Storm Roof, ) | **ORDER** |
| ) | |

The parties have moved jointly (Dkt. No. 222) for modifications of Paragraph 4 of the Court's order of June 9, 2016 (Dkt. No. 180 at 2) to now read as follows:

    4.    The parties are directed on or before August 22, 2016, to make disclosure of guilt and sentencing phase non-mental health expert summaries required under Fed. R. Crim. P. 16(a)(1)(G) for the Government and 16(b)(1)(C) for the Defendant. Parties are directed to file on or before September 9, 2016, any summaries for experts identified in response to the opposing party's August 22, 2016 expert summaries. Any challenge to the testimony of such experts must be filed by the opposing party on or before September 21, 2016. All responses to the filings made on September 21, 2016, shall be made on or before September 28, 2016.

The Court grants this portion of the motion and the language set forth above shall be substituted for the previously issued Paragraph 4 of the order of June 9, 2016.

The parties have further moved in the same motion for the Court to identify dates upon which the parties would provide witness lists and exhibit lists for both the trial and sentencing phases of the trial. After considering the respective arguments of the parties, the Court orders as

follows:

1. The Government will produce its witness list and exhibit list on or before October 10, 2016.

2. The Defendant will produce his witness list and exhibit list on or before October 17, 2016.

3. The parties may amend their witness and exhibit lists to respond to disclosures of the opposing party no later than October 31, 2016.

In light of the Court's rulings set forth above, the issues to be addressed by Defendant in Paragraphs 7 and 8 of the Court's order of June 7, 2016 (Dkt. No. 179) are now moot.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

June 28, 2016
Charleston, South Carolina