IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Crim. No. 2:CR:15-472 |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

The Court's June 7 scheduling order directed the parties to file by June 24, 2016 "separate proposals for any areas in dispute" respecting procedures to govern expert evaluations under Rule 12.2, Fed.R.Crim.P., and authorized the filing of responses to the proposals of the opposing party on or before July 1,2016." (Dkt. No. 179, ¶ 5). Defense counsel now request a brief extension of time, to and including **July 7, 2016**, to serve and file the defendant's response to the government's Rule 12.2 proposals (Dkt. No. 213). This request is necessitated by the complexity of the issues involved and by concurrent demands on counsel's time resulting from other approaching deadlines. Counsel for the government have advised that they do not object to the granting of this request.

Respectfully submitted,

s/ *David I. Bruck*
David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Michael P. O'Connell
PO Box 828

1

Mt. Pleasant, SC 29464  
843-577-9890  
moconnell@stirlingoconnell.com

Attorneys for Dylann S. Roof

2