IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) Criminal No. 2:CR:15-472-RMG |
| vs. | ) |
| | ) **ORDER** |
| Dylann Storm Roof | ) |

The parties' responses to the proposals of the opposing party regarding procedures for implementing Rule 12.2, Fed.R.Crim.P., are due today, July 1, 2016. (Dkt. No. 179, ¶ 5). Defense counsel request a brief extension of time, to and including July 7, 2016, to serve and file the defendant's response to the government's Rule 12.2 proposals (Dkt. No. 213). The government consents to the requested extension, and the request appearing otherwise reasonable, it is hereby GRANTED. The defendant will file his response to the government's Rule 12.2 proposals on or before July 7, 2016.

AND IT IS SO ORDERED.

s/Richard M. Gergel
Richard Mark Gergel
United States District Judge

July 1, 2016
Charleston, South Carolina