UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. : 15-CR-472-RMG |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | **ORDER** |
| | ) | |

A Motion and Application/Affidavit for Admission *pro hac vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Sarah Sargent Gannett who represents Dylann Storm Roof

    X    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

July 6, 2016                                   s/Richard M. Gergel
Date                                             United States District/Magistrate Judge