IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

2:15-cr-472-RMG

United States of America,

vs.

Dylann Storm Roof

_____

**_EX PARTE_ MOTION FOR A SUBPOENA _DUCES TECUM_ AND FOR THE PRE-TRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 17(b) & 17(c)**

_____

Comes now the Defendant through his undersigned attorneys who asks this Court to issue a subpoena *duces tecum* to the Custodian of Records for South Carolina Department of Health and Environmental Control, Division of Vital Records to appear in the United States District Court for the District of South Carolina, Charleston Division on November 7, 2016 at 10:00 a.m. and to bring with him/her the following documents:

1. Amelia Cowles Roof ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. Birth Certificate of Franklin Bennett Roof ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3. Birth Certificate of Amber Roof ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4. Death Certificate of Sarah Elizabeth Davis Cowles ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. Death Certificate of Jack Chandler, III ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The Defendant also asks this Court to issue an Order which requires the Custodian of Records to make copies of the documents listed above and provide them to his attorney within ten (10) days of service of the subpoena *duces tecum*. The Defendant was found to be indigent at his arraignment by the Magistrate Judge. The Defendant cannot pay the witness fees and he asks this Court to exempt him from paying the same.

The undersigned attorney for the Defendant believes the documents listed above are necessary to provide effective representation to the Defendant who is facing a possible sentence of death.

Respectfully submitted,

S/MICHAEL P. O'CONNELL
Stirling & O'Connell
Post Office Box 828
Mt. Pleasant, SC 29465
Fed. Ct. #2915
843-577-9890
moconnell@stirlingoconnell.com

David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
Fed. ID #1536
540-458-8188 telephone
bruckd@wlu.edu