IN UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |
|---|---|
| United States of America, ) | Cr. No.: 2:15-cr-472-RMG |
| ) | |
| vs. ) | EX PARTE ORDER FOR SUBPOENA |
| ) | OF WITNESSES PURSUANT TO |
| ) | RULE 17 |
| Dylann S. Roof. | |

The attorney for the defendant has requested that a subpoena *duces tecum* be issued to the Custodian of Records of the Division of Vital Statistics of the S.C. Department of Health and Environmental Control for the following documents:

1. Birth Certificate of Amelia Cowles Roof ███████████████

2. Birth Certificate of Franklin Bennett Roof █████████

3. Birth Certificate of Amber Roof ███████████████

4. Death Certificate of Sarah Elizabeth Davis Cowles ███████

5. Death Certificate of Jack Chandler, III ███████

The Defendant is facing a possible sentence of death. His lawyers believe that the above documents are necessary to afford him effective assistance of counsel. Defendant's lawyers need these documents prior to trial so they can inspect them and, if appropriate, furnish them to the government in accordance with Rule 16(b) and (c), Federal Rules of Criminal Procedure. It is therefore



ORDERED in accordance with Rule 17(c) of the Federal Rules of Criminal Procedure, copies of the above listed documents shall be provided the by above named Custodian of Records within ten days of service of this Order to Michael P. O'Connell, Esq., 749 C Johnnie Dodds Blvd., Mt. Pleasant, SC 29464, telephone number 843-224-5717. The process costs and witness fees shall be paid in the same manner as those paid for witnesses the government subpoenas. It is sufficient for the witness to produce the requested documents and objects or copies thereof, at his expense, in lieu of appearing in court.

_____
United States Magistrate Judge

July 7, 2016
Charleston, SC