# EXHIBIT 1

I would like to finish writing my opinions. I was unable to finish before because I was in a hurry to get to Charleston. I would also like to make some clarifications.

Jews are an enigma.

I can't pretend to understand why the Jews do what they do. A person can only speculate. I don't think the Jews themselves understand why they do these things. I have tried, when I write, to not state statistics or facts or things people can read for themselves with a little research. This doesn't mean I don't know them or am ignorant. I would consider myself well versed on almost every issue facing White people around the world. That being said, the Jews have played a major role in literally every thing that has proved destructive to our race, culture, and society. The truth is that at the moment it is much easier to talk about blacks or muslims or hispanics to other Whites because it is easier for them to relate. I would not deny for a moment

childhood. I had everything I needed and then some. Having divorced parents doesn't mean



that the Jews have made many wonderful, and truly great contributions to the world. But the bad outweighs the good. Lets take Hollywood as an example. The Jewish control of Hollywood allows for Hollywood films to have bigger budgets because of the amount of Jewish money in the industry. Because of this some amazing films have been made. But this same networking has probably prevented some of the best films of all time from being made, because a man who has a great idea, or script, or screenplay, may not be able to have it seen because he isn't Jewish. So the Jewish control of Hollywood has benefits and drawbacks. Obviously the other drawback of their control of the film industry, as well as every other media industry, is the introduction of vile, disgusting filth into our society. At the same time, some of the most wholesome classic films have been directed or produced by Jews. Some of the best composers have been, and are, Jewish. Jews have written many great books and contributed greatly to world literature, and not

childhood. I had everything I needed and then some. Having divorced parents doesn't mean



always with dirty or degenerate writing. But just as with the film industry, who is more likely to have their manuscript read by a Jewish run publishing house? Therefore what have we missed out on that great White minds have or could have produced? All this being said, the Jews are undoubtedly our enemies, indeed our greatest enemy and obstacle in saving our race. One could very well say that all Jewish acheivments are a result of their White blood.

2. Hispanics are a tough issue. Living in South Carolina, I haven't had too much contact with hispanics, but within the past few years I have witnessed their population spike in my area. Do we as Americans have to accept that we will always have a decent sized hispanic population? ABSOLUTELY NOT and at the moment we have to do something before they completley overrun us. The hispanic population percentile is rising very quickly, and it isn't slowing down. ~~And it has been and is rising at an amazing pace~~. Many hispanics have significant amounts of White blood, although the

childhood. I had everything I needed and then some. Having divorced parents doesn't mean

vast majority do not. I believe the White hispanics are worth saving as long as they wholeheartedly identify as White and align themselves in that fashion. This would also mean turning against part of their heritage, and indeed some of their relatives. There is enough good White blood in the USA that we could survive and prosper even with a large non-White hispanic population. But even if that population wasn't rising, it would still drag us down and definitly keep us from reaching our full potential. In the event of a race war, you would have the hispanics who would align with the blacks, the hispanics who would side with the Whites, and then the ones who didn't align with anyone. It is hard for me to write about the hispanic issue because I have little experience to draw on. The bottom line is that they are our enemies, and introduce crime and violence to our country, and therefore deserve no place in it. (Footnote) - I realize that other minority populations have an increasing population, such as muslims. But the hispanic

childhood. I had everything I needed and

RESTRICTED MATERIAL

If there is one group I have almost zero experience with, it would be muslims. I feel very sorry for my European brothers that their main adversary has to be so seriously formidable. In a way the muslims in Europe could be compared to the hispanics in the USA, the obvious difference being a toxic religion. I would say

population poses the strongest immediate threat. As a small, rather funny sidenote, I have noticed that hispanic television channels are actually more White than regular American stations

RESTRICTED MATERIAL

[The following text appears inverted/upside-down at the top of the page; partial reading:]

... regular American populations ... one of ... White than ... Hispanic Chamber's ... represent Hispanic ... that ... noticed I evidence house ... rather ... strongest ... similarity ... population poses the ... cases ...

---

If there is one group I have
almost zero experience with, it
would be muslims. I feel very sorry for
my European brothers that their
main adversary has to be so
seriously formidable. In a way
the muslims in Europe could be
compared to the hispanics in the
USA, the obvious difference being
a toxic religion. I would say
that hispanics and muslims have
similar IQs and violence levels, but
unfortunately the muslim's violent
behavior is increased exponentially
by their sick religion. Again I
feel sorry for, and a little bit
scared for my European brothers.
Many of them don't realize how
serious their enemy is. Not that I
think the muslims could stand half of
a chance against a united White
front. I am not trying to give
the muslims undue credit, but
their presence is a huge issue
for everyone.

childhood. I had everything I needed and
then some. Having divorced parents does not mean

RESTRICTED MATERIAL

Asians have and continue to endure the most discrimination in America, even more than Whites. When I look at East Asian countries such as Japan and Korea, I see what White countries could be like if we win. Not only could we be as good, we could be 10 times better. But as of now these countries have passed us. I admire the East Asians just like they used to admire us. They are not better than whites, but they are living better because the don't face the problems we do. I can't help but feel a small amount of jealously.

Slavs

In the White Nationalist movement, many have the idea that Slavs are these great White warriors that won't put up with the things Western Europeans do. Although this is true in a way, it has nothing to do with them being Slavic. It is simply because they haven't been subjected to the same mental manipulation. I will use Russia as an example. In Russia, most people are racist, or in the very least conservative, and

childhood. I had everything I needed and then some. Having divorced parents doesn't mean

RESTRICTED MATERIAL

RESTRICTED MATERIAL

all Russian people know this. So the far-right in Russia feels, and is, empowered. If in England, for example, the skinheads thought they had popular opinions support, they would and could act more brashly. Now, is the reason Russia is a conservative, racially aware country because it is Slavic? Of course not. It is because their government supports these beliefs and has pride in its people, as well as the fact that their media doesn't have a far-left agenda, and neither do their schools. But I would also like to touch on the Slavic identity itself. I think the Slavic identity is needless and could end up being divisive. I think that once Europe has taken care of its immigration problem, it could become a source of tension, needlessly. That being said, the Eastern Europeans will surely play an important, and positive role in the future of Europe if they choose to do so, hopefully without shedding the

childhood. I had everything I needed and then some. Having divorced parents doesn't mean

RESTRICTED MATERIAL



RESTRICTED MATERIAL

blood of their White brothers.

To wrap this up. White people are pretending. Grown adults walking around playing pretend. Pretending we are all the same and equal, pretending that nothing bad is happening, and pretending like they have a future. Well unless we take real, possibly violent, action, we have no future, literally. I am 21 years old and I don't play pretend. I couldn't go another day without doing something, I couldn't live with myself seeing these things happen to my people and doing nothing about it. Sometimes sitting in my cell, I think about how nice it would be to watch a movie, or eat some good food, or drive my car somewhere, but then I remember how I felt when I did these things, and how I knew I had to do something. And then I realize it was worth it. I would rather live imprisoned knowing I took action for my race than to live with the torture of

childhood. I had everything I needed and then some. Having divorced parents doesn't mean



RESTRICTED MATERIAL

sitting idle. It isn't up to me anymore. I did what I could do, I've done all I can do. I did what I thought would make the biggest wave. And now the fate of our race sits in the hands of my brothers who continue to live freely. I would like to make it crystal clear, I do not regret what I did. I am not sorry. I have not shed a tear for the innocent people I killed. I do feel sorry for the innocent White children forced to live in this sick country, and I do feel sorry for the innocent White people that are killed daily at the hands of the lower races. I have shed a tear of self pity for myself. I feel pity that I had to do what I did in the first place. I feel pity that I had to give up my life because of a situation that should never have existed.

everything I needed and then some. Having divorced parents doesn't mean

RESTRICTED MATERIAL

Homosexuality

I dont believe homosexuality exists. I think it is nothing more than a sick fetish. I find evidence for this in the multitude of married men, with children, that come out, or lead secret gay lives. It is obvious that they can perform like a normal man. But that isn't their preference. In the very least, "homosexuality" should be re-instated as a mental illness, and a severe once at that. I will not lower myself to even comment on transgenderism.

Feminism is bad.
Modern psychology is Jewish and evil. Abortion, of White children, is wrong. Social services are evil, sometimes.

I would have liked to adopt a White child if I had had the means.
My Race is My Nation. My only nation is my race.

then some, having divorced parents doesn't mean

RESTRICTED MATERIAL

My favorite movies

Pride and Prejudice - 2005 #2
Pretty Poison - 1968
Himizu - 2011 - my personal favorite #1
Norwegian Wood - 2010
Romper Stomper 1993 - best skinhead film no moralization
The Notebook - 2004
Ladykillers - 1955
Zatoichi films
Hidden Fortress
Titanic - 1999
one who Treads on the tiger's tail - kurosawa
Rebel without a cause
12 years as a slave - even though it is anti-white and unrealistic, the cinematography is beautiful
Cold Fish - 2010
Kuroneko - 1960?
Lolita - 1962 and 1994?
Hitchcock film with Teresa Wright - forgot the name
Claires Knee - Rohmer, Eric
If... 1968 - Great film despite leftist message
Oh boy - good film minus the bar scene, which practically ruins it
Then some. Having divorced parents doesn't mean

RESTRICTED MATERIAL



Spirited Away
Millenium Actress - all good
Totoro Ponyo
Far from the Madding Crowd - 2015 - decent film
The Duchess - decent/ok
A Royal Affair
Pusher 1996 - very degenerate but very good, a favorite, lead actor a jew
The Last Samurai - 2003 - Tom Cruise one of the best actors to ever live
I have seen probably 150 Japanese films and countless other films. Films hold enormous power.
I believe that costume dramas in particular are a good way to make White people proud of their history and physical beauty. I believe only the most beautiful people should be allowed to act. This induces pride in our race when we see beautiful specimins of our people. A beautiful person can make a mediocre film wonderful.
Cinderella - 2015 - great minus the token black friend
Great Gatsby - 197? - New version was terrible



RESTRICTED MATERIAL

Moss - 2010 - korean
Old Jackie Chan film with dragon costume scenes
Old Ti Lung Films

RESTRICTED MATERIAL

RESTRICTED MATERIAL

doesn't mean that your have a "troubled childhood". This accusation is asinine. I never used drugs to "drown the pain" I have never had any pain to drown. I never intended to shoot the young girl in the church. I never aimed at her and never would have, therfore I resent the attempted murder charge. For the same reason, I resent the two other attempted murder charges.

RESTRICTED MATERIAL

2:15-cr-00472-RMG Date Filed 07/20/16 Entry Number 268-1 Page 17 of 32
RESTRICTED MATERIAL

14
88
D S R
14
88
D S R
14
88
D S R
14
88
14
88
14
88
D S R
14
88
D S R
14
88
D S R
14
88
D S R
14
88
D S R
then some. Having divorced parents

RESTRICTED MATERIAL
US-019543

RESTRICTED MATERIAL

I was not suicidal or seen crying in my room. This is ridiculous. I was placed on suicide watch when I arrived at the jail, for no reason.
Anything anyone says about me, including family, should be taken with a huge grain of salt.
Never in my life have I stated that blacks are "taking over the country". This is ignorant and I never said it. How are blacks "taking over the country" when their population percentile is stagnant? If any race is taking over the country, it would be hispanics. During the shooting, I said "you blacks are killing white people on the streets everyday and raping white women everyday".
I never wanted my writing to be called a "manifesto". That is why I just put "text" on my website.

I did not have a so called troubled childhood. I had everything ...

RESTRICTED MATERIAL



RESTRICTED MATERIAL

Clarifications

I never planned on shooting up the College of Charleston. This is ridiculous and has no basis in reality.

I did not do it because of a girl.

Many of the people who claimed to have known me, I have never heard of in my life.

Anything these so-called friends have said about me should be interpreted as lies.

I haven't had a black friend in years, and have never had a close black friend.

I am not and have never been obsessed with the Trayvon Martin case. I simply use it a reference point for when I woke up. I couldn't care less about it in reality.

I have never in my life been addicted to any drug.

I realize that if I was to recieve life imprioasonment, I would eventually be pardoned.

RESTRICTED MATERIAL



RESTRICTED MATERIAL

You see, many White people don't want to know the truth. Because once you know what is happening, you feel like something needs to be done about it. It is an irritating feeling. So even if they do stumble across or hear about what is happening to White people, they deny it, or say that it is lies, because they don't want to believe it. Once you admit that it is true, you have two choice You either do something about it, or you don't. At this point you fall into a "someday" mentality. You say "One day there will be a race war." "One day things will change." "One day we will live in this White utopia." "One day someone else will do something, so I don't need to". And this is where most White nationalists end up. So nothing happens. And this has to chang There is a lot of big talk from White nationalists, with no one backing it up.

Socialism is used as a sort of buzzword amongst so called conservatives.

RESTRICTED MATERIAL



RESTRICTED MATERIAL

In reality socialism isn't necessarily a bad thing. For example, proponents, usually leftists, liked to point to the Scandinavian countries as successful examples of socialism at work. And for a long time they may have had a point. But these countries have rather, small, homogeneous populations. Or at least they used to. The point is that socialism can work when a population is homogeneous, and even better when the population is smaller. But when a population is diverse, you are bound to have problems. For example one group may notice that another, distinct, group uses a disproportionate amount of welfare, and get annoyed. But in a homogeneous population this is almost impossible, because everyone is the same, and there would be nothing to notice. I believe one day, that Adolf Hitler will be inducted as a Saint. I can see an icon of him in my mind.

I do not want to live in the past. I do not wish that I was

RESTRICTED MATERIAL



I want to live now, with all the modern advancements and conveniences that we have, and I think we could have even more of these if we weren't being dragged down. I wish some things were as they were in the past, but I want to live now. I want to see a future. I want to help make the way, to help create the path to that great future. How can people blame young White people for having no ambition, when they have been given nothing, and have nothing to look forward to? Even your most brain dead White person can see that there is nothing good on the horizon. And even your most brain-dead White person can be saved. Almost no one is beyond saving.

We also need to remember that no one is stopping us. We are only stopping each other. White people are the ones keeping other White people from standing up for themselves. If we were to, for example, become completely ruthless to the blacks, or implement a harsh eugenics program, who could stop us?

RESTRICTED MATERIAL

Is Kenya or Nigeria or South Africa going to send troops to stop us? Of course not. If White people were united, would it matter if the whole of Africa put sanctions on us? Would the Asians or Arabs even care? Without White people telling them to, I doubt they would.
The saddest part when it comes to blacks is that it didn't have to be this way. In other words, now we have to get revenge. If the Jews had never forced integration, the blacks would of never had a chance to do as much harm to us as they have. But its too late now, so they have to pay for what they have done, even though the Jews are the ones truly responsible.

Christianity
I cannot agree with the form of Christianity most modern preachers preach. It seems to me that this form of Christianity says, "Leave it to God" "There is nothing you can do about it." "Ok, well maybe you can do something, but don't, because its not your place." And I can't agree with this. I see some

RESTRICTED MATERIAL



RESTRICTED MATERIAL

people who seem to use Christianity as an excuse for not doing anything. They tell themselves they are being pious, but they are really being cowardly. Their piety is their excuse. But Christianity doesn't have to be this weak, feeble, cowardly religion. There is plenty of evidence to indicate that Christianity can be a warriors religion.

I think that once White Nationalists have gained control of their respective countries, we should send troops, together, into South Africa to save the remaining Whites, and possibly help them reinstate a new White government if it is still feesible? We could also encourage immigration from our countries into South Africa to boost the White population. If not, we could at least help them to secure the portions they want and let the blacks have the rest. If their numbers are very small by the time we are able to do this, then we could give remaining population citizenship

RESTRICTED MATERIAL



and help them to move to our countries.
Not only is it our responsibility to help
them, but it would also be symbolic
and motivating to the worldwide
White population.

Sometimes I think it would be
nice and peaceful to be deaf.
Specifically to go deaf. Ideally I
wish I could just be very hard
of hearing, like a very old person.

It is important to accept what you
are. You cannot change where you come
from. You can't decide where you are
born or who you are born to. So you
must try to find pride and be proud
of your heritage even if you don't
have anything to be proud of. Obviously
this isn't the case for White people.
But even if it was.

We cannot just dwell and imagine a
great future without taking the steps
to attain that future. This could very
well mean not being able to see or
enjoy that future. Some would then say,
"Then what is the point?" We are
only a continuation of our ancestors,

and our children are continuations of us. In a way we are one and the same. So by making the way and creating the path to that future for the ones who come after us to see, we are at the same time doing it for ourselves. By letting the future be stolen from our children we are letting it be stolen from ourselves. I don't have a child, but I wish I did and I regret not being able to before I did what I did. I can only imagine the love a parent must feel for their child, e when young. And for White men and women to be able to look at their children and know they are threatened and resign themselves and their children to that fate is shameful.

I find it quite comical when I hear White men talk about how they will defend their home and their family no matter what, or how they "dare someone" to break into their home. They feel courageous when they say "but if someone trys to harm me or my family..." when in reality they couldn't be more pathetic cowards. It is so nice to

RESTRICTED MATERIAL

be able to say these things, to call my fellow White men pathetic cowards, because that is what they are, and with my deed behind me I have every right, possibly the most right, to say it. So they claim they will defend what is theirs, yet everything is being stolen from them in front of their eyes, and they know it. Yet they stand idle with their tails between their legs.

I enjoy self pity. It gives me great delight to pity myself. I am a realist, a strict one. I never, ever, ever lie to myself in order to make myself feel better or more comfortable. I think this may be my best, strongest trait. I also, like many other people, find it pleasurable to be sad. I "get off" on it. I wonder why so many people enjoy being sad. I think it may be that they can be sad while remaining comfortable. So they can experience sadness without hardship, and therefore can feel a strong emotion, that much of the time is easier to induce than happiness, without suffering........any real injury from it.

RESTRICTED MATERIAL



Sadness is considered a bad feeling.
I have never in my life been
addicted to any drug.
I realize that if I was to



I don't like it when people try
to read into things, or try to find,
or create meaning that isn't there.
I don't like it when people put so
much weight on the things I say.
Sometimes, more now than before the
incident, I feel that the people I
talk to hang on my words as if
they were all important or offer
some sort of insight into my being.
But this isn't the case; it never
is with anyone. This is part of
the reason I hate psychology.
A psychologist, often with more
mental issues than their "patient"
proceeds to put labels on them and
tell them they have issues that
they don't really have, and half
the time are completely invented
"diseases" that have no scientific
foundation. For example, I stated
before that I never used drugs to
"drown the pain", or "self medicate". I
used drugs because they get you high.
There is no deeper meaning behind
this. There is no deeper meaning
behind any of my behavior. These
things don't apply to me or any
number of people.

RESTRICTED MATERIAL

Patriotism

I feel like I stated my opinions in the text I put on my website, but I can't remember so I will put it here anyways. Modern American patriotism, or really modern patriotism in most White countries, is an absolute joke. Firstly, what is there to be patriotic about? I find it beyond comical when I hear people thank veterans of any war after Vietnam for their service. Even more hilarious is that golden line, "Thank you for protecting us." Modern military men disgust me in a way. They walk around as if someone owes them something. I think many of them really believe that we do owe them something. They truly believe that they are "protecting our way of life." What way of life they are referring to, Im not sure of. Maybe they are referring to the homosexual, race traiting, self destructive, anti-White way of life. I think some of them have this mystical view of America, truly a delusional view that they are fighting or have fought for an America that in reality ceased to exist long ago.

If it is true that what doesn't kill you only makes you stronger, then

RESTRICTED MATERIAL



RESTRICTED MATERIAL

A Night Peice - 1918 - Foote
Heiden - Symphony 101 - the clock
Monday 8 - Classics Cinema

RESTRICTED MATERIAL

RESTRICTED MATERIAL

Monday -
Tuesday -
Wednsday -
Thursday -
Friday -
Saturday -
Sunday -

RESTRICTED MATERIAL