IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | EX PARTE ORDER |

## EX PARTE PROTECTIVE ORDER REGARDING DISCLOSURE OF TESTING DATA

Defendant's ex parte motion for protective order (Dkt. No. 273) is GRANTED. It is hereby ordered that Dr. Paul J. Moberg provide to defense counsel copies of all data obtained in the course of, and relevant to, his evaluation of Dylann S. Roof, including raw test data, test materials (*e.g.*, test booklets and interpretive manuals), and notes.

It is further ordered that to protect the security of psychological test materials, the raw data, test booklets, interpretive manuals and other test-related material disclosed by Dr. Moberg will be subject to this protective order.

Specifically, it is ordered that all of these materials are to be provided to defense counsel for use only in connection with their representation of this defendant in the above captioned case. At present, the materials may be further disclosed only to agents of the defense for purposes of their work on this case, and the materials shall not be disclosed further. Defense counsel shall ensure that any individual receiving these materials is apprised that he or she is bound by the terms of this protective order.

1

2

At the appropriate time, defense counsel may be required to share these protected materials with the prosecution or agents of the prosecution. It is therefore further ordered that at such time, a copy of this protective order shall be provided to the prosecution and/or its agents, who will similarly be bound by its terms.

It is further ordered that at the conclusion of this case (including any appeal and post-conviction proceedings), the test materials and data will be destroyed by any members of the defense and prosecution to whom they have been disclosed.

This order is issued *ex parte* and shall be maintained under seal.

AND IT IS SO ORDERED.

Richard M. Gergel
United States District Judge

July 22, 2016
Charleston, South Carolina