IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Crim. No. 2:CR:15-472 |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

**JOINT MOTION REGARDING SCHEDULE FOR**
**<u>NOTICE OF MITIGATING FACTORS</u>**

At the July 18 motions hearing, the Court requested that the parties indicate within five days how they wished the Court to order disclosure of the mitigating factors not related to mental health upon which the defendant intends to reply at sentencing. Having conferred, counsel for the defendant and the government have agreed that:

1. The defendant will provide notice of mitigating factors not related to mental health evidence potentially being offered under the procedures of Rule 12.2 not later than August 22, 2016.

2. Notice of additional non-mental-health-related mitigating factors that were not known to the defense by August 22 will be provided promptly when defense counsel have sufficient information to supplement the notice.

3. The defense will provide notice of mitigating factors related to the defendant's mental health or condition being offered under the Rule 12.2 procedures at the same time that it discloses mental-health-related evidence pursuant to Rule 12.2(c)(3).

4. The defendant may revise his list of mitigating factors to conform to the

1

evidence presented at the trial and sentencing hearing held pursuant to 18 U.S.C. § 3593.

The defense enters into this agreement subject to its continuing objection to any requirement that it provide the government with notice of mitigating factors prior to the close of the evidence at sentencing, and without waiving any of the arguments advanced against such requirement.  *See* Defense Response to Government's Motion for Pretrial Disclosure of Defendant's Proposed Mitigating Factors, Dkt. No. 242 (July 7, 2016).

WHEREFORE, having set forth their agreement, the parties request (subject to defendant's reservation in the preceding paragraph) that the Court adopt the schedule for disclosure of mitigating factors set forth above.

Respectfully submitted,

s/ *David I. Bruck*
David I. Bruck (ID #1536)
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Sarah S. Gannett
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
602-382-2862
sarah_gannett@fd.org

Kimberly C. Stevens
1070-1 Tunnel Road, Suite 10-215
Asheville, NC 28805
(336) 788-3779
kim_stevens@fd.org

Beth Drake
Acting United States Attorney

BY: s/*Julius N. Richardson*
Julius N. Richardson (ID #9823)
Nathan Williams (ID# 10400)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
(803) 929-3000
Jay.N.Richardson@usdoj.gov

Attorneys for Dylann S. Roof