IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 2:15-cr-00472-RMG |
| ) | |
| **v.** ) | |
| ) | |
| **DYLANN STORM ROOF** ) | |
| ) | |

## BILL OF PARTICULARS

On July 14, 2016, this Court ordered the government to file a bill of particulars regarding the interstate commerce nexus for Counts 13-24 of the Indictment on or before July 25, 2016. Docket Entry (DE) 251. The government provides this Bill of Particulars in response:[1]

1. Defendant used a Hyundai automobile, produced out of state and that has traveled in interstate commerce, to drive on interstate highways, including Interstate 26, to travel to Charleston, South Carolina.

2. Prior to June 17, 2015, Defendant used the highways, including Interstate 26, to travel from Columbia to Charleston, using a Garmin GPS device and stopping at Emanuel African Methodist Episcopal Church (Emanuel AME Church).

3. On or about June 17, 2015, the day of the shooting, Defendant used the highways, including Interstate 26, to travel from Columbia to Charleston, and specifically to Emanuel AME Church. Defendant used the highways, including Interstate 26, after the shooting. Defendant travelled across state lines, to North Carolina, immediately after the shooting.

4. Defendant used a Garmin GPS device, produced out of state and that has traveled in interstate commerce, to plot his route from Charleston to Columbia on June 17, 2015, and to plot

---

1. The government respectfully requests leave from the Court to supplement this bill of particulars based on the evidence developed in preparation for trial.

his route out of South Carolina after the shootings. Defendant was arrested in North Carolina. At the time of his arrest, Defendant was using the GPS device to navigate to Nashville, Tennessee.

5. On June 17, 2015, Defendant used a Glock handgun, produced out of state and that has traveled in interstate commerce, to shoot, attempt to shoot and threaten twelve individuals who were engaged in a Bible study class at Emanuel AME Church. These twelve individuals are identified in the Indictment (DE 2).

6. Defendant utilized eight Glock magazines, which were produced out of state and that have traveled in interstate commerce, while firing the Glock handgun during the shootings.

7. Defendant used nearly eighty rounds of Winchester .45 caliber ammunition during the shootings. These rounds were produced out of state and have traveled in interstate commerce.

8. Defendant used a 5.11 brand tactical belt pouch, produced out of state and that has traveled in interstate commerce, to conceal the handguns, magazines and ammunition used in the shooting.

9. On February 23, 2015, a telephone call was made from the house of Amy Roof, where Defendant resided, to Emanuel AME Church. Defendant's attack caused additional telephone calls to be made, including 911 and other emergency calls during and immediately following his offenses.

10. Defendant used the internet in planning and committing the offense. Defendant used the internet to research historically black churches, including Emanuel AME Church and other potential targets for his attack. Defendant also used the internet to describe his motivation for his offenses. Defendant posted a manifesto online, via a web site that was hosted by a Russian webhost company. Defendant made payments to this company on February 9, 2015; March 12, 2015; April 26, 2015; and June 16, 2015, all through electronic transactions from Defendant's First

Citizens bank account. Defendant posted text and photographs to the website by loading information to the servers containing the web site, which were located out of state. This required the use of wire transmissions that crossed state and national boundaries. Payments for the services were made through wire transmissions from Defendant's bank account, held by First Citizens, that operates in commerce and has several locations across state lines.

11. Defendant made several purchases of items that were used in the shootings from businesses operating in interstate commerce. This included purchasing the Glock and magazines at a gun store in Columbia, South Carolina, and purchasing Winchester .45 caliber ammunition at Walmart in Columbia, South Carolina.

12. Emanuel AME Church is a religious entity with hundreds of members and engages in activities in or affecting commerce. Emanuel AME Church is a part of an international religious organization with out-of-state financial headquarters, pays dues to the out-of state national organization, and receives goods and services from the national organization. Employees and/or members of the church travel out of state to events hosted by the national organization. The church pays employees, contractors, and vendors for their services.

13. Emanuel AME Church rents church space to church members and to members of the public for various events, including weddings and funerals. Emanuel AME Church enters into contracts and charges fees for these rentals.

14. Emanuel AME Church receives donations from and offers services, such as tours, to out-of-state tourists, which places Emanuel AME Church in one of the main streams of commerce for the City of Charleston.

15. Emanuel AME Church solicits and receives of donations and provides charitable services. Members also pay voluntary dues to the church. Emanuel AME Church purchases goods

and services of others engaged in commerce and co-sponsors events with local businesses engaged in commerce.

16. As a result of the shootings, individuals traveled to South Carolina from outside of the state to attend a variety of services and events. This included formal memorial services, such as those held at Emanuel AME Church, as well as funerals and memorials for the victims held away from the church. These services brought individuals from around the United States to South Carolina, including the President of the United States. These memorials attracted national attention, bringing members of the media to South Carolina from out of state and resulting in the broadcast of memorial services across the nation.

17. As a result of the shooting, individuals crossed state lines to attend less formal services in South Carolina, such as visiting the front of Emanuel AME Church to leave flowers or notes. These events attracted media from out of state and were broadcast across the nation.

18. As a result of the shooting, donations were mailed through the United States Post Office and often sent from out of state. These donations were electronically deposited into various accounts held by banks in interstate commerce.

Respectfully submitted,

BETH DRAKE
ACTING UNITED STATES ATTORNEY

s/*Nathan S. Williams*
Nathan S. Williams (10400)
Assistant U. S. Attorney
161 Meeting Street, Ste. 200
Charleston, South Carolina 29401

s/*Jay Richardson*
Jay Richardson
Assistant U. S. Attorney
1441 Main St., Ste. 500
Columbia, South Carolina 29201

July 25, 2016

4