IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | Criminal No. 2:15-472-RMG |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dylann Storm Roof. ) | |

This matter comes before the Court on the Government's motion for examinations of Defendant. Defendant provided notice of intent to introduce expert evidence relating to mental condition bearing on the issue of punishment. (Dkt. No. 245.) The Government thereafter moved for an order permitting its mental health experts access to Defendant to conduct examinations, pursuant to Rule 12.2(c)(1)(B) of the Federal Rules of Criminal Procedure. (Dkt. No. 258.) In response, Defendant asks that any such examinations commence after September 12, 2016. (Dkt. No. 278.)

The Court **GRANTS** the Government's motion for examinations of Defendant (Dkt. No. 258) and **ORDERS** Defendant to make himself available to the Government's experts for examinations pursuant Rule 12.2 of the Federal Rules of Criminal Procedure, which shall be conducted in accordance with the procedures previously ordered by the Court (Dkt No. 260) and which shall commence no earlier than September 12, 2016.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

July 26, 2016
Charleston, South Carolina