Exhibit 1



# Shelby Police Department
## Rights Warning and Waiver Form

Case Number: _____    Date/Time: 06/18/2015

Name: Dylann Roof    Address: _____

D.O.B./Age: 21    Phone Number: _____

Location: Shelby P.D.

### Rights

The police officer whose name appears below told me that he is with the Shelby Police Department and wants to question me about the following offense of which I am SUSPECTED/ACCUSED: murder. Before SA Januchowski / S Tanssury asked me any questions about the offense, however, he made it clear to me that I have the following rights.

DR 1. I do not have to answer any questions or say anything. _____

DR 2. Anything I say or do can be used as evidence against me in a criminal trial. ___

DR 3. I have the right to talk to a lawyer before or after questioning or have a lawyer present with me during questioning. If I cannot afford a lawyer and want one, arrangements will be made to obtain a lawyer for me. _____

DR 4. If I am willing to discuss the offense under investigation with or without a lawyer present, I have a right to stop answering questions at any time or speak to a lawyer before answering further, even if I sign the waiver below. _____

### Waiver

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me by anyone.

_____    _____
Officer                    Suspect/Accused    Dylann Roof

_____
Witness