# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 2:15-472-RMG |
| vs. ) | |
| ) | |
| Dylann Storm Roof, ) | **ORDER** |
| ) | |
| _____) | |

Notice is hereby given that a hearing on Defendant's second motion to suppress (Dkt. No. 268) will be held on Thursday, September 1, 2016 at 10 a.m. at the J. Waties Waring Judicial Center in Charleston, a courtroom to be determined.[1] The Court further gives notice that it intends to close the courtroom for this hearing in order to protect the Defendant's Sixth Amendment right to a fair trial. The purpose of this hearing is to determine whether certain proposed evidence is admissible at trial. Making this evidence public before the Court determines whether the evidence is admissible could expose prospective jurors to evidence that they may not properly consider in reaching a verdict. Furthermore, premature disclosure of admissible evidence may, in some circumstances, interfere with the selection of a fair and impartial jury and the Defendant's right to a fair trial. The Court intends to authorize the release of all admissible evidence and all judicial orders relating to the admissibility of evidence at the earliest possible time when such release does not jeopardize the Defendant's right to a fair and impartial jury and to a fair trial.

---

[1] The Court does not intend to hold a hearing on Defendant's first motion to suppress, (Dkt. No. 266).

-1-

In the event any interested party objects to the closing of the September 1, 2016 suppression hearing, such interested party may file an objection on or before August 26, 2016 setting forth the basis of any objection.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

August 16, 2016
Charleston, South Carolina