IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 2:15-CR-00472-RMG |
| v. | ) ) |  |
| DYLANN STORM ROOF | ) ) |  |

**MOTION TO SEAL**

The parties submitted proposed juror questionnaires by August 15, 2016, and the defendant filed a memorandum of law addressing those proposed questionnaires. *See* DE 301, 303. The Court agreed to seal both submissions. DE 305 (Sealing Order). The Government seeks to file a response to the defendant's memorandum of law and hereby moves under Local Criminal Rule 49.01[1] to seal the submission responsive to the Court's request. Before a district court may seal any court documents, it must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000); *see also Doe v. Pub. Citizen*, 749 F.3d 246, 272 (4th Cir. 2014).

Here, this response addresses the Fourth Circuit's instructions to the district court for handling capital voir dire. In accord with the Court's earlier decision to seal matters related to the jury questionnaire, the government seeks to seal this filing in advance of jury selection itself to avoid the possibility of adversely affecting the ability of the parties to obtain a fair and impartial

---

[1] Undersigned counsel hereby certifies it has complied with the Rule.

jury. *See* DE 305 (Sealing Order). Thus, the government requests permission to file the response under seal:

- RESPONSE TO DEFENDANT'S MEMORANDUM RESPECTING DEATH-PENALTY SCREENING (brief response addressing the Fourth Circuit's instructions on capital voir dire)

These items are being submitted as Confidential Information to be Submitted to Court in Connection with Motion to Seal.

          Respectfully submitted,
          BETH DRAKE
          ACTING UNITED STATES ATTORNEY
          DISTRICT OF SOUTH CAROLINA

          BY: s/Julius N. Richardson
          JULIUS N. RICHARDSON (ID #9823)
          NATHAN WILLIAMS
          Assistant United States Attorneys
          1441 Main Street, Suite 500
          Columbia, SC 29201

August 17, 2016          (803) 929-3000