Clean Govt Proposal

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 2:15-472-RMG |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

### INSTRUCTIONS

1.    Fill out the information requested below and then answer each question.

2.    If you do not understand a question, write "do not understand."

3.    If you do not know the answer, write "don't know."

4.    Do not discuss the questions or your answers with anyone else, including other jurors.

5.    The staff are not permitted to answer your questions about the questionnaire.

Thank you for your cooperation.

September___, 2016

_____
Richard M. Gergel
UNITED STATES DISTRICT COURT JUDGE

_____
Your Full Name

NOTE: My staff needs a record of your telephone in case it is necessary to contact you personally, or to leave a message for your family or employer.

_____
Juror #

To protect your privacy this page will be separated from the rest of the questionnaire. Your telephone will not be made available to anyone other than my court staff.

_____
Home telephone number

_____
Work or message telephone number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.: 2:15-472-RMG |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

CONFIDENTIAL JUROR QUESTIONNAIRE

You have been called as a prospective juror in the case of United States of America v. Dylann Storm Roof. This questionnaire will be used to assist the Court and the lawyers in jury selection for this case. It is designed to obtain information about your background, experience, and views as they relate to your possible jury service. The questions are not meant to invade your privacy, but to help select the best possible jury for this case. This questionnaire is designed to save everyone time by reducing the number of questions that potential jurors will be asked in open court.

Your answers to these questions will only be used by the parties, the judge, and their assistants.  Your answers will be kept confidential and, indeed, you may not discuss this questionnaire or the case with anyone, including your family or fellow prospective jurors. If you need assistance in completing the questionnaire, please ask the court staff. It may be necessary to follow up on some responses with additional questions. Please mark any of your responses with a (*) if you prefer that any follow-up questions be asked privately.

Please answer each question as completely and accurately as you can. Understand that there are no "right" or "wrong" answers to these questions, so long as your answers are truthful. If you are not sure whether a question applies to you, please answer it. If you need additional space for your responses, please use the pages provided at the end of the questionnaire.

Clean Govt Proposal

Because this questionnaire is part of the jury selection process, you must swear that the answers you give are true to the best of your knowledge, and you must fill out the questionnaire by yourself.

A few important precautions:

- If anyone attempts to talk to you about this case, please immediately notify the judge or a member of the courtroom staff.

- Please do not discuss this case with anyone.  That includes friends, family members, and other potential jurors.

- Please do not read, watch, or listen to any media accounts or conversations about this case.  This includes going on the internet to look up any news stories or websites that may pertain to this case.  Please do not go to any of the locations that you believe may be involved in this case, if at all possible.

- If you are exposed accidentally to information or discussion about this case, please inform the judge when you appear for individual questioning.

- Do not be concerned that the questions necessarily reflect evidence that will be introduced in this case, or that your answers will determine whether or not you will serve on this jury.

Clean Govt Proposal

## DESCRIPTION OF THIS CASE

The indictment in in the case of United States v. Dylann Storm Roof alleges that:

On the evening of June 17, 2015, Defendant Dylann Storm Roof entered Emanuel AME Church with his Glock, model 41, .45 caliber pistol and eight magazines loaded with hollow-point bullets, with the intent of killing African-Americans engaged in the exercise of their religious beliefs. While at the Bible study, Defendant Dylann Storm Roof drew his pistol and opened fire on the parishioners, killing Reverend Sharonda Coleman-Singleton, Cynthia Hurd, Susie Jackson, Ethel Lee Lance, Reverend DePayne Middleton-Doctor, Reverend Clementa Pinckney, Tywanza Sanders, Reverend Daniel Simmons, Sr., and Myra Thompson; and attempting to kill a minor child, K.M., Felicia Sanders, and Polly Sheppard.

A 33-count indictment charges Dylann Storm Roof with various crimes. In counts 1-9, Roof is charged with Hate Crime Act Resulting in the Death. In Counts 13-21, Roof is charged with Obstruction of Exercise of Religion Resulting in Death. In Counts 25-33, Roof is charged with Use of a Firearm to Commit Murder During and In Relation to a Crime of Violence. The possible punishments include the death penalty or life imprisonment without the possibility of release.

You may have seen, read and heard news accounts of this case. There is nothing wrong with having read, seen or heard about the case. However, we need to know what, if anything, you have read, seen or heard. Please answer the following questions.

Clean Govt Proposal

Name: _____          Juror Number: _____

1.     Gender:          Male              ____
                        Female           ____

2.     Race:_____

3.     Date of Birth: _____

4.     Current Place of Employment: _____

5.     How would you describe the amount of media coverage you have seen about this
       case or the defendant:

       _____ A great deal (followed it very closely)
       _____ Quite a bit (read many articles or watched television accounts)
       _____ Moderate amount (just basic coverage in the news)
       _____ Little (basically just heard about it)
       _____ None (have not heard of case before today)

6.     Has your information about this case or the defendant come from (check all that
       apply):

       _____ Newspaper(s) (including on-line newspaper sites)
       _____ Print periodicals/magazines (including on-line magazine sites)
       _____ Television or Radio
       _____ Social media, including Facebook, Twitter, etc.
       _____ Websites other than online newspapers or magazines
       _____ Hearing people talk about it
       _____ Personal knowledge
       _____ Other

       If you checked *personal knowledge* or *other*, please explain.

       _____
       _____
       _____
       _____

Clean Govt Proposal

_____
_____

7.      What have you seen, heard or read about this case or Dylann Roof?

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

8.      Can you set aside what you have previously seen, read or heard about this case and
        decide this case based solely on the evidence presented in court and the judge's
        instructions on the law?        _____Yes                _____No

        If No, please explain._____
        _____
        _____
        _____
        _____

9.      Would information that you received from any source prevent you from being a
        fair and impartial juror in this case?        _____ Yes                _____ No

        If Yes, please explain._____
        _____
        _____
        _____
        _____

Clean Govt Proposal

10. Were you, or was anyone close to you, personally affected by events that occurred on June 17, 2015 at Emanuel AME Church such that it may interfere with your ability to be a fair and impartial juror? _____Yes          _____No

If yes, please explain._____
_____
_____
_____
_____

11. Have you ever been a news reporter, published or unpublished author, or blogger?

_____ Yes                  _____ No

If Yes, please explain._____
_____
_____

12. The Indictment alleges that Mr. Roof killed or attempted to kill the following individuals:

Reverend Sharonda Coleman-Singleton
Cynthia Hurd
Susie Jackson
Ethel Lee Lance
Reverend DePayne Middleton-Doctor
Reverend Clementa Pinckney
Tywanza Sanders
Reverend Daniel Simmons, Sr.
Myra Thompson
A minor child with the initials K.M.
Felicia Sanders
Polly Sheppard

Do you, or anyone you close to you, know any of these individuals or members of their families? _____ Yes          _____ No

Clean Govt Proposal

If yes, please identify each person known, and explain who knows them and how.

_____
_____
_____
_____

13.   Do you, or anyone close to you, know the Defendant, Dylann Roof, or any member of his family? _____ Yes                _____ No

If yes, please identify each person known, and explain who knows them and how.

_____
_____
_____
_____

14.   Do you, or anyone close to you, know any of the following individuals involved in this case? _____ Yes                _____ No

Judge:                The Honorable Richard M. Gergel

Prosecutors:          Jay Richardson, Nathan Williams, Stephen Curran, Richard Burns & Mary Hahn

FBI Agents:           Joseph Hamski & Neil Power

Defense Attorneys:    David Bruck, Kim Stevens, Sarah Gannett & Emily Paavola

If yes, please identify each person known, and explain who knows them and how.

_____
_____
_____
_____

15.   Have you, or someone close to you, ever worshiped at, visited or interacted with a member of the leadership of Emmanuel AME Church located on Calhoun Street in Charleston, SC? _____ Yes                _____ No

If yes, please describe._____
_____

7

Clean Govt Proposal

_____
_____

Clean Govt Proposal

**When the death penalty is a possible punishment in a case, the trial usually involves two stages. During the first stage, the jury will determine whether the defendant is guilty or not guilty of the crimes with which he is charged. If the defendant is found guilty of a crime for which the death penalty is one of the possible punishments, the trial will continue to a second stage in which the same jury decides the appropriate sentence.**

**At this second stage, the jury will be instructed to consider certain aggravating factors (facts or circumstances that would tend to support the imposition of the death penalty). The jury will also be instructed to consider mitigating factors (any fact or circumstance that would tend to support the imposition of a sentence such as life in prison without the possibility of release). A mitigating factor is not a defense (such as self-defense, insanity, or accident). Rather, it is a circumstance of the crime, or an aspect of a defendant's background, character or history, that may suggest that he should not receive the death penalty even if he is guilty of intentional murder.**

**In accord with the Court's legal instructions, after considering and weighing the aggravating and mitigating factors at the sentencing hearing, the jury will be asked to make a sentencing decision on the basis of the evidence presented and the court's instructions on the law applicable to this case.**

**In any case in which the charge carries a possible penalty of death, the law requires that jurors answer questions regarding their views, beliefs and opinions about the death penalty. This is true even though the defendant might be found not guilty of the charges in the indictment, and thus, the trial might not reach the question of what the appropriate sentence should be.**

16.    Please describe your views, if any, about the death penalty as a punishment for murder.

_____

_____

_____

_____

_____

_____

_____

Clean Govt Proposal

17.    Please describe your views, if any, about life without the possibility of parole as a punishment for murder.

_____
_____
_____
_____
_____
_____
_____

18.    Please circle one number that indicates your opinion about the death penalty. A "1" reflects a belief that the death penalty should never be imposed; a "7" reflects a belief that the death penalty should be imposed whenever the defendant has been convicted of intentional murder.

           Strongly Oppose                              Strongly Favor

              1        2        3        4        5        6        7

Clean Govt Proposal

19.     Regarding the death penalty in a murder case, which of the following statements most accurately represents the way you feel? (You may circle one or more than one of the choices):

    a.     I am opposed to the death penalty, and I will never vote to impose it, no matter what the facts or legal instruction.

    b.     I am opposed to the death penalty, and my views would make it very hard for me to vote to impose it.

    c.     I am opposed to the death penalty, but I could vote to impose it if I believed that the facts and the law in a particular case called for it.

    d.     I have no definite opinions for or against the death penalty, and I could vote for either imposing the death penalty or a sentence of life imprisonment without the possibility of release depending upon the facts and the law in the case.

    e.     I am in favor of the death penalty, but I could vote for or against the death penalty depending upon the facts and the law in the case.

    f.     I am in favor of the death penalty, and my views would make it very hard for me to vote for any other sentence.

    g.     I am in favor of the death penalty, and I would always vote to impose it, no matter what the facts or legal instruction.

    h.     None of the statements above correctly describes my opinion about the death penalty.

20.     If you found Mr. Roof guilty, and you decided that the death penalty was the appropriate punishment based on the evidence and legal instruction from the Court, could you conscientiously vote for the death penalty?

     _____ Yes          _____ No          _____ Not Sure

Clean Govt Proposal

21.    If you found Mr. Roof guilty, and you decided that life imprisonment without the possibility of release was the appropriate punishment based on the evidence and legal instruction from the Court, could you conscientiously vote for life imprisonment without the possibility of release?

_____ Yes                    _____ No                    _____ Not Sure

22.    Do you believe that anyone close to you would be critical of you or disappointed in you if you voted for or against the death penalty in this case?

_____ Yes                    _____ No

If Yes, please explain. _____
_____
_____

23.    If you are selected as a juror in this case, the judge will instruct you to avoid all media coverage, including social media, and not to go on the internet with regard to this case for any purpose. That is, you will be forbidden from reading newspaper articles about this case, "googling" this case, blogging/tweeting about it or posting comments on any social media sites, etc. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

_____ Yes            _____ No

If yes, please explain. _____
_____
_____

24.    Do you participate in social media (*e.g.*, Facebook, Twitter, LinkedIn, Instagram, etc.)?  _____ Yes                    _____ No

If yes, which social media, and how often? _____
_____
_____

Clean Govt Proposal

25.    Have you, or has anyone close to you, been diagnosed with a mental illness, disability or disorder (*e.g.*, intellectual, developmental, mood, thought, personality, etc.)?  _____ Yes              _____ No

If yes, please explain, giving the person's relationship to you and the nature of the illness, disability or disorder. _____

_____
_____
_____

26.    Have you had any experience or interaction with individuals, groups, websites (*e.g.*, the Daily Stormer, Stormfront, lastrhodesian.com, etc.), publications, meetings or protests that would be considered to be related to white supremacists or "white nationalists"?  _____ Yes              _____ No

If Yes, please explain._____

_____
_____

27.    Would any personal experience, feelings or beliefs affect your ability to be fair to both sides in a case involving crimes alleged to be motivated by racial or religious animosity or hate?  _____ Yes              _____ No

If yes, please explain._____

_____
_____

28.    Do you attend religious services or have you done so in the past?

_____ Yes              _____ No

If yes, where and during what time period._____

_____
_____

29.    Would your religious faith or moral beliefs interfere with your ability to be a fair and impartial juror in deciding guilt and the appropriate sentence?

Clean Govt Proposal

_____ Yes          _____ No

If yes, please explain._____
_____
_____
_____

30.    Do you have such strong feelings or opinions about whether the federal
       government should be involved in the prosecution of hate crimes or other cases of
       this nature that it could interfere with your ability to be a fair and impartial juror?

       _____ Yes          _____ No

       If yes, please explain._____
       _____
       _____

31.    As a result of any experience you or anyone close to you has had with the criminal
       justice system, do you have any feelings or opinions that might affect your ability
       to be a fair and impartial juror in this case?  _____ Yes          _____ No

       If yes, please explain._____
       _____
       _____
       _____

32.    During this trial, persons described as experts may be called as witnesses. The law
       provides that persons who, by knowledge, skill, training, education or experience,
       have become expert in some field may state their opinions on matters in that field
       and may also state the reasons for their opinions.  The law provides that expert
       testimony should be considered just like any other testimony. A jury may accept or
       reject this testimony, and give the testimony as much weight as they think it
       deserves.

       Understanding these rules, would you be able to consider expert testimony by the
       same standard as any other witness? _____ Yes                _____ No

Clean Govt Proposal

33.     Did you have any problems reading or understanding this questionnaire?

_____ Yes                    _____ No

If Yes, please explain._____
_____
_____

34.     Is there any circumstance or other matter not previously covered that might affect
your ability to fairly decide whether the defendant is guilty or not guilty of the
crimes charged; or, if he is guilty, what is the appropriate sentence?

_____ Yes                    _____ No

If yes, please explain._____
_____
_____
_____
_____
_____
_____
_____
_____
_____

35.     Is there any additional information not asked about in this questionnaire which you
feel that the judge or the attorneys should know about you before considering you
for jury service in this case? If yes, please explain.

_____ Yes                    _____ No

_____
_____
_____
_____
_____
_____

15

Clean Govt Proposal

_____
_____
_____
_____

Thank you again for your cooperation. Please read the following and sign below.

The answers provided above are truthful and complete to the best of my ability. I understand that knowingly giving a false answer may subject me to the penalties for perjury.

_____        _____
   (Your Signature)                                                      Date

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE QUESTIONS. BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE ANSWERING.