# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| vs. ) | Criminal No. 2:15-472-RMG |
| ) | |
| Dylann Storm Roof, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | |

Counsel for the parties in the above-captioned action are hereby directed to redact, where that is reasonably possible, or to file under seal any future documents in this action that reference evidence that this Court has previously sealed or that is subject to a sealed motion to suppress. This Court, and counsel for the parties as officers of the Court, have the affirmative duty to "minimize the effects of prejudicial pretrial publicity" and to protect a defendant's right to a fair and impartial jury. *Gannett Co., Inc. v. DePasquale*, 443 U.S. 368, 378 (1979). This constitutional right must be carefully balanced against the constitutional right of the public and the press to free access to judicial documents and proceedings. It is essential that this Court–and not the parties–determine when to disclose publically evidence that is sealed or subject to a sealed motion to suppress after carefully weighing the potential prejudicial effects on a defendant's right to a fair and impartial jury and the least restrictive measures available. *Press Enterprise Company v. Superior Court of California*, 478 U.S. 1, 13-14 (1986).

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 23, 2016