IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

**<u>DEFENDANT'S WAIVER OF APPEARANCE AT SUPPRESSION HEARING</u>**

I, Dylann S. Roof, have been informed that the Court is holding a sealed evidentiary hearing on my motions to suppress statements, evidence, and writings, on Thursday, September 1, 2016, at 10:00 a.m. I understand that, at this hearing, witnesses and other evidence may be presented, argument may be heard, and the Court may issue important orders related to my case. I understand that I have a right to attend the hearing and to testify. I do not wish to attend or testify. No one has forced me to give up my rights to attend or testify, and I am doing so voluntarily.

By: *Dylann Roof*
Dylann S. Roof

Date: 8/20/16

Witness: *Emily C. Paavola*

1