# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) Criminal No. 2:15-472-RMG |
| vs. | ) |
| | ) |
| Dylann Storm Roof, | ) **ORDER** |
| | ) |

Broad Street Printing is authorized to scan all Juror Questionnaires and Juror Excuse Forms in this case and provide an electronic copy of these forms to counsel of record in this case. The costs for these services will be born by the parties. After providing copies to counsel, Broad Street Printing will not retain any electronic copies of these documents.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

August 25, 2016
Charleston, South Carolina