IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 2:15-472-RMG |
| | ) | |
| VS. | ) | MEMORANDUM OF POINTS AND |
| | ) | AUTHORITIES ON BEHALF OF EVENING |
| Dylann Storm Roof, | ) | POST INDUSTRIES, INC. IN OPPOSITION |
| _____ | | TO A CLOSED HEARING |

Evening Post Industries, Inc. is the publisher of the Post & Courier newspaper published in Charleston, and submits this memorandum in opposition to closed hearings in the above-referenced prosecution in the belief that the public interest is best served by full access and an opportunity to observe the functioning of its judicial system as it deals with a heinous and notorious criminal act. Based on the authorities cited in the undersigned's letter to the court, and those cited on behalf of television station WCBD, the balancing of defendant's right to a fair trial and the public's right of access to the proceedings is best served by reliance on comprehensive and vigorous voir dire of potential jurors, and not by conducting crucial elements of the case behind closed doors. For these reasons, and on these authorities, Evening Post Industries, Inc. urges this court to conduct hearings open to the public.

    _S/Jay Bender_____
Jay Bender
Federal I.D. No. 01294
BAKER, RAVENEL & BENDER, L.L.P.
Post Office Box 8057
Columbia, SC 29202
803.799.9091 (telephone)

August 30, 2016