# EXHIBIT 1













# FOX NEWS U.S.

Home | Video | Politics | **U.S.** | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | On Air

U.S. HOME | CRIME | TERRORISM | ECONOMY | IMMIGRATION | DISASTERS | MILITARY | EDUCATION | ENVIRONMENT | PERSONAL FREEDOMS | REGIONS

SOUTH CAROLINA

# Dylann Roof 'self-radicalized' before church massacre, feds say

Published August 23, 2016 · Associated Press









**NEWS**

**CHARLESTON CHURCH SHOOTING**

AUG 22 2016, 9:19 PM ET

# Accused Charleston Church Shooter Dylann Roof Had Two Hidden Manifestos: Court Docs

by TIM STELLOH and REUTERS

Authorities discovered two white supremacist manifestos in accused Charleston church shooter Dylann Roof's possession, according to court documents filed Monday.

The screeds, which were handwritten, were found in Roof's car and jail cell, the documents say.

No other details were provided.













# Newsweek

U.S. | WORLD | BUSINESS | TECH & SCIENCE | CULTURE | SPORTS | OPINION

**U.S.**    DYLANN ROOF    CHARLESTON CHURCH SHOOTING

CHARLESTON, S.C. (Reuters) - Investigators found two handwritten manifestos espousing white supremacy in the car and jail cell of a white man accused of killing nine black parishioners at a Charleston, South Carolina, church last year, according to a court document filed on Monday.

Investigators also found handwritten letters and a list of churches among the papers belonging to accused killer Dylann Roof, who faces trial on 33 federal crimes including hate crimes, obstruction of religious practice and firearms charges.

Roof has offered to plead guilty if prosecutors agree to drop the death penalty, his defense attorney has said. But prosecutors have so far refused to make a plea deal over the June 2015 slaying of nine Bible study members at the historic Emanuel African Methodist Episcopal Church.

**Try Newsweek for only $1.25 per week**

The shootings shook the country and intensified debate over U.S. race relations, already roiled at the time by high-profile police killings of unarmed black people.


ADVERTISEMENT
Make Litter Box Care a BREEZE — FROM Purina TIDY CATS — ONE SIMPLE SYSTEM keeps odors controlled


Advertisement: Sugarlands Distilling Company Distillery Moonshine Experience








