UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:   2:15-cr-00472-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | NOTICE OF APPEARANCE |

I, Richard Burns, hereby notify this Honorable Court that I will appear on behalf of the

United States in the above-named case.

Please direct any correspondence in this matter to me at the address listed below; and

remove Paige Fitzgerald as counsel of record for the United States.

Respectfully submitted this 31st day of August, 2016.

Respectfully submitted,

 s/Richard Burns
Richard Burns
U.S. Department of Justice
Criminal Division
1331 F St., N.W., Suite 625
Washington, DC    20530

Telephone: (202) 353-1911
E-mail:   Richard.Burns@usdoj.gov