# EXHIBIT 1





# Branch
## A.M.E. CHURCH
SUNDAY SCHOOL 9:00AM
SUNDAY SERVICE 10AM
WED. PRAYER & BIBLE STUDY 7PM
Rev. Pastor