# EXHIBIT 2

Emanuel AME
110 Calhoun Street   Charleston  29401
843-722-2561

Morris Brown AME
13 Morris Street  Charleston
843-723-1961

Calvary Episcopal
106 Line Street  Charleston
843-723-3878

~~Cent~~
Central Baptist
26 Radcliffe Street   843-577-454

EBenezer AME
44 Nassau Street  Charleston
843-723-4610

St Patrick Catholic
134 St Philip Street  Charleston
843-722-6066