*United States v. George Lecco*
No. 2:05-CR-00107 (S.D. W.Va.)
Judge Presiding: The Hon. John T. Copenhaver, Jr.
(Voir dire began April 10, 2010.)

# EXHIBIT 4



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      Criminal Action No. 2:05-00107

GEORGE M. LECCO,
    also known as "Porgy"
    Defendant.

## JUROR QUESTIONNAIRE

PLEASE PRINT YOUR FULL NAME: _____

**TO THE PROSPECTIVE JUROR:**

You have been called as a prospective juror in the case of United States of America v. George Lecco. If you are selected to serve as a member of the jury, you will live at home and have your evenings and weekends free to yourself. Your contact with other people will not be restricted, although you will, of course, not be permitted to talk about the case with anyone, or read, listen to, or watch any press coverage the case might receive, including any on-line media coverage.

The purpose of this questionnaire is to encourage your full expression and honesty so that all parties have a meaningful opportunity to select a fair and impartial jury to try this case. Providing complete written answers will save the parties, the Court --and you-- a great deal of time, and may avoid your having to sit around and wait to answer similar questions in person, therefore making jury selection more efficient in this case. The answers you give in the questionnaire will help the Court and counsel to determine whether you can or should serve as a juror in this particular trial. The only correct answers to the questions are your own personal, honest, and candid answers. To ensure that your answers are accurate and truthful, you are required to give your answers under oath, subject to penalty for perjury. False or misleading answers could result in a new trial having to be held, regardless of which party prevails, with the associated waste of time and resources. All information contained in this questionnaire will be kept confidential. The information you provide will be given only to the Judge, the Clerk's Office and the parties, and will be used in this case solely for the purpose of selecting a jury.

1

Between now and jury selection, please do not discuss this questionnaire, or your answers to it, with anyone, including other prospective jurors, or the lawyers for either side (Unless you need assistance from someone else in reading, understanding and completing the questionnaire). In addition, please do not read any newspaper articles about this case or visit any locations at issue in this case. Do not do any research about this case or any of the persons charged or mentioned in this questionnaire--including Internet research. Do not assume that the questions show anything about what will be the evidence in this case, or that your answers will determine whether or not you will serve on this jury.

Answer each question as best you can. Remember, the only right answer to any question is your honest answer. We are just asking you to say honestly what you think. Take your time. Please write or print clearly with a blue or black pen. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank. If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. If you cannot answer a question because you do not know the answer, write "Do not know" in the space after the question. If you need extra space to answer a question, you may continue an answer at the end of the questionnaire showing the number of the question being answered. **DO NOT WRITE ON THE BACK OF ANY PAGE.** If your answer is longer than the space provided, please use the 1 ½ blank pages attached at the end and do not write on the back of the pages unless you run out of space on the very last page. Attach additional pages if necessary, writing only on one side.

When the jury selection process begins in court, you may be asked some follow-up questions based on your answers to the questionnaire. Please understand that if there is any personal or confidential information that you wish to discuss privately, you will have an opportunity to do so in the oral questioning once the selection process begins.

In this case, the defendant, George Lecco is charged in a 12 count indictment with conspiracy, drug trafficking and with killing Carla Collins, an alleged government witness, on April 16, 2005, by soliciting others to kill her with a firearm. The charges include: cocaine conspiracy, witness tampering by killing, and witness retaliation by killing. The defendant is also charged with conspiring to destroy and conceal evidence, and illegal possession of various weapons. Mr. Lecco has entered a plea of not guilty and has asserted his right to trial by jury. Every defendant is presumed to be innocent unless and until the government proves his or her guilt beyond a reasonable doubt. A more detailed descriptions of the charges will be given at the beginning of the trial. If this defendant is convicted, he could face the death penalty as one possible punishment.

Jurors will come to court once, in small groups, on or about April 5, 2010 for voir dire (verbal questioning), which will last 1 - 2 hours. This trial could last four to five weeks. Predictions about the length of a trial, however are only estimates. It is likely that evidence will be presented from 9:30 a.m to 5:00 p.m., Monday through Friday, except for holidays and other adjournments of trial. There will be morning and afternoon breaks, as well as a lunch break each

2

Juror Initials:

day. Of the 400 individuals who will receive this questionnaire, only sixteen will be selected as jurors at trial.

This questionnaire is being distributed to you to assist the Court in selecting jurors to hear this case and to determine your availability to serve as a juror. Service on a jury is one of the highest duties that each citizen owes to his or her country and inconvenience or ordinary financial problems related to jury service will not be enough to excuse a prospective juror. Federal law forbids any employer from discharging or discriminating against an employee because of jury service.

## JUROR QUESTIONNAIRE

### I. PRELIMINARY MATTERS

1.  Are you a citizen of the United States?     ☒ Yes     ☐ No

2.  Do you read, speak and understand English?     ☒ Yes     ☐ No

3.  Has anyone read and explained this questionnaire to you, or assisted you in answering these questions in any way?     ☐ Yes     ☒ No     If Yes, please explain.

4.  The trial in this case may last 4 to 5 weeks. The jury will generally sit Monday through Friday from 9:30 a.m. to 5:00 p.m. There will be morning and afternoon breaks, as well as lunch breaks each day. If selected as a juror is there any reason why you would be unable to serve?     ☐ Yes     ☒ No
    If Yes, please explain. _____

5.  Prior to today, have you asked to be excused from this jury panel?     ☐ Yes     ☒ No
    If Yes, on what basis? _____

6.  Do you have any medical condition that would make it difficult for you to serve as a juror?     ☐ Yes     ☒ No     If Yes, please explain.

7.  Are you currently taking any medication on a regular basis which would interfere with your ability to serve as a juror in this case?     ☐ Yes     ☒ No
    If Yes, please explain and state the name of the medication.

3

**Juror Initials** ▮▮

8.  Does any member of your household have any chronic or major health problem(s) that might interfere with serving as a juror in this case?
    ☐ Yes   ☒ No          If Yes, please explain.

9.  What is the condition of your hearing? (Check one)
    ☒ No problems at all
    ☐ Have difficulty hearing
    ☐ Have problems, but they are corrected with a hearing aid

10. What is the condition of your eyesight? (Check one)
    ☐ No problems at all
    ☐ Have difficulty seeing
    ☒ Have problems, but they are corrected by glasses or contact lenses

11. Are you currently attending school either part time or full time, or are you scheduled to take classes any time from April 5, 2010 - May 14, 2010?    ☐ Yes    ☒ No
    If Yes, please explain. _____

12. Your employer cannot fire you if you are selected to serve on this jury.  However employers have different policies about paying employee salaries for jury service. Will your employer continue to pay your salary if you are selected to serve as a juror on a trial expected to last 4 to 5 weeks?    ☐ Yes    ☐ No    ☒ Don't know

13. Are you the primary wage earner in your family?           ☒ Yes          ☐ No
    Are you a salaried employee ?                              ☐ Yes          ☒ No
    Do you rely on overtime pay for monthly expenses?         ☐ Yes          ☒ No
    Do you work partially on commission?                      ☐ Yes          ☒ No

14. Do you have any personal, family, professional, or financial obligations that would prevent you from giving your full attention to the trial or prevent you from being present in Court for the duration of the trial?    ☐ Yes    ☒ No          If Yes, please explain.

4

Juror Initials: ▉

15. Do you attend church, a mosque, synagogue or another house of worship? ☐ Yes  ☒ No
If Yes, please identify your denomination. _____

16. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in
judgment of another person?     ☐ Yes     ☒ No          If Yes, please explain.
_____
_____

17. Is there anything about you that you think the Court should know because it might effect
your ability to sit as a juror in this case?     ☒ Yes,     ☐ No
If Yes, please explain. ▉
_____

18. Is there any particular reason why you     would **not** want to sit as a juror in this case?
☐ Yes     ☒ No          If Yes, please explain.
_____
_____

19. Is there any particular reason why you     would want to sit as a juror in this case?
☐ Yes     ☒ No          If Yes, please explain.
_____
_____

## II.     BACKGROUND

20. Age: ▉

21. What is your place of birth? ▉
           (City)                    (State)                    (Country)

22. What is your gender?     ☒ Male     ☐ Female

23. What is your race or ethnic background? (Check one)

☒ White (Caucasian), non - Hispanic
☐ Black (African American), non Hispanic
☐ Hispanic (Latino)
☐ Asian
☐ American Indian (Native American)
☐ Bi-racial or Multi-racial (specify) _____

24. What town or city do you live in? ▉

5

Juror Initials: ███

25. What county do you live in?  ☐ Boone  ☐ Clay  ☐ Jackson  ☐ Kanawha
    ☐ Lincoln  ☐ Logan  ☐ Mingo  ☐ Nicholas  ☐ Roane  ☐ Fayette

26. How long have you lived in this county? _____

27. Zip code: _____     Length of time at current address: ____ years

28. Do you own, rent or live with friends or family? (Check one)
    ☒ Own
    ☐ Rent
    ☐ Live with friends, family

29. Where else have you lived? (list county, if in West Virginia; city and state if in another state; city and country if outside the United States) _____

30. What is your current marital status?
    ☐ Single and never married
    ☒ Married  (# years: ___ )
    ☐ Divorced
    ☐ Living with significant other or domestic partner  (# years: _____ )
    ☐ Widowed/ widower  (# years: ___ )

    NOTE: If you are living with a significant other (SO), or domestic partner (DP), please provide information about this person on every question where information is requested about a "spouse.")

31. How many people are in your household? _____

32. Please list all members of your household, their age, occupation and relationship to you.

| | Name | Age | Occupation | Relationship |
|---|---|---|---|---|
| a. | | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |

6

Juror Initials: ▮▮▮

33. Do you have any children, step-children, adopted children, foster children, or children of domestic partner who do NOT live in your household?   ☐ Yes   ☒ No
If Yes, Please list their relationship to you, age, occupation, and city/state of residency.

| Relationship | Age | Occupation | City/State |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |

34. Do you have any grandchildren?   ☐ Yes   ☒ No
If Yes, please indicate how many and their ages.
a.   # Grandsons _____   Ages? _____
b.   # Granddaughters _____   Ages? _____

35. Please check the level of education for you and your spouse or significant other.

| | | You | Spouse/SO/DP |
|---|---|---|---|
| a. | Grade school or less | ☐ | ☐ |
| b. | Some high school | ☐ | ☐ |
| c. | High school graduate | ☐ | ☐ |
| d. | Technical/Business school | ☐ | ☐ |
| e. | Some college | ☐ | ☒ |
| f. | College degree | ☒ | ☐ |
| g. | Graduate degree | ☐ | ☐ |

36. Please list any degrees or certificates you may have, the schools and colleges you attended, and your major areas of study. ▮▮▮▮▮▮▮▮▮

37. List any special training, skills or areas of expertise you have. ▮▮▮▮▮▮▮

38. Have you, your spouse or any close family member ever taken courses, training or been employed in any of the following areas or subject matter? ▮▮▮▮

| | | You | Spouse | Family |
|---|---|---|---|---|
| a. | Law | ☐ | ☐ | ☐ |
| b. | Law enforcement | ☐ | ☐ | ☐ |
| c. | Criminal justice | ☐ | ☐ | ☐ |
| d. | Special education | ☐ | ☐ | ☐ |
| e. | Social work/counseling | ☐ | ☐ | ☐ |
| f. | Psychology/Psychiatry | ☐ | ☐ | ☐ |

7

Juror Initials: ▓▓▓

| | | | | |
|---|---|---|---|---|
| g. | Surveillance/investigation | ☐ | ☐ | ☐ |
| h. | Medicine/health | ☐ | ☐ | ☐ |
| i. | Religion, ethics, philosophy | ☐ | ☐ | ☐ |
| j. | Journalism/communication | ☐ | ☐ | ☐ |
| k. | Addiction/substance abuse | ☐ | ☐ | ☐ |
| l. | Mental Health | ☐ | ☐ | ☐ |

For any areas checked, please describe the study, training, education or employment for each person: _____

_____

_____

39.  Check to indicate your employment status and that of your spouse or significant other. Check all categories that may apply.

| | | You | Spouse |
|---|---|---|---|
| a. | Work, full time | ☒ | ☒ |
| b. | Work, part time | ☐ | ☐ |
| c. | Work multiple jobs | ☐ | ☐ |
| d. | Unemployed, but looking for work | ☐ | ☐ |
| e. | Unemployed, not looking | ☐ | ☐ |
| f. | Retired | ☐ | ☐ |
| g. | Disabled | ☐ | ☐ |
| h. | Homemaker | ☐ | ☐ |
| I. | Care for dependant relative(s) | ☐ | ☐ |
| j. | Full time student | ☐ | ☐ |
| k. | Part time student | ☐ | ☐ |
| l. | Full time volunteer | ☐ | ☐ |
| m. | Never employed outside home | ☐ | ☐ |

40.  Are you or your spouse a vendor or a contractor for the United States Government, or do you or they work for one?     ☐ Yes     ☒ No          If Yes, please explain.

_____

_____

41.  IF YOU ARE CURRENTLY EMPLOYED, please complete the following information about your current employer(s).

8

Juror Initials: ▉

| Name of Employer | Job Duties | Years at job |
|---|---|---|
| | | |
| | | |

42. If you have EVER been employed, please complete the following information about your last five (5) jobs starting with your most recent job and working backward.

| Last Employer | Job Duties | Years at job | Reason for leaving |
|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ |
| | | | |
| | | | |
| | | | |

43. Have you ever supervised employees at any job?   ☒ Yes   ☐ No
    If Yes, how many employees? ▉
    Explain the nature of the supervision. ▉

44. Have you ever had the responsibility of hiring, or firing employees?   ☐ Yes   ☒ No
    If Yes, please explain. _____

45. Has your employment ever been terminated for any reason (lay off, fired)?
    ☐ Yes   ☒ No                    If Yes, please explain.

46. If you have NEVER been employed outside the home, is there any specific reason why
    you have never been employed outside the home?   ☐ Yes   ☒ No
    If Yes, please explain. _____

47. Do you, or any member of your household currently receive any of the following
    government services?  Check all that apply.

| | | | |
|---|---|---|---|
| a. | Unemployment | ☐ Yes | ☒ No |
| b. | Food stamps | ☐ Yes | ☒ No |
| c. | Aid to dependent children | ☐ Yes | ☒ No |
| d. | Welfare | ☐ Yes | ☒ No |
| e. | Disability pay | ☐ Yes | ☒ No |

9

Juror Initials: ████

| | | | |
|---|---|---|---|
| f. | Social security | ☐ Yes | ☒ No |
| g. | Medicaid | ☐ Yes | ☒ No |
| h | Other | ☐ Yes | ☒ No |

If Yes to any above, please explain the services received, who receives them and for how long? _____

_____

48. Please list the current, and previous occupations, employers and job duties of your SPOUSE or domestic partner. If you are divorced, please list this information for your former spouse(s), if that information is available to you.

| Name of Employer | Job Duties | Years at job |
|---|---|---|
| ████ | ████ | ████ |
| ████ | ████ | ████ |

49. Have you, your spouse or any member of your immediate family or household ever worked on a political campaign, or run for an elected political office?    ☐ Yes    ☒ No
If Yes, please explain. _____

50. What groups or organizations do you donate your time and/or money to?
████ _____
_____

51. What positions of leadership, if any, have you ever held at work, in the neighborhood or community, at church or in any other civic, professional, recreational, political or other organization?
████ _____
_____

52. How do you spend your spare time? ████ _____

53. Are there any hobbies, or non-work activities you enjoy? ████ _____

54. In what religion, if any, were you raised? ████ _____

55. What is your current religious affiliation? ████ _____

56. About how many times per month, if any, do you attend religious services of any kind?
████ _____

10

Juror Initials: ▆

57. Have you ever studied for the ministry, OR participated in any other activities in your church, synagogue, mosque or other religious group (such as religious education, choir, etc.)   ☐ Yes   ☒ No                                          If Yes, please explain,

_____

58. How would you describe your religious or spiritual beliefs.
▆▆▆▆▆▆▆▆

_____

59. How important is your religion to you?   (Check one)
☐ Very important
☐ Important
☐ Somewhat important
☒ Not so important
☐ Not important at all

60. Who is the person you most admire, and why? ▆▆▆▆▆▆

61. Who is the person you least admire, and why? ▆▆▆▆▆▆

62. If, during the last 10 years, you have had a bumper sticker, or vanity plate on your vehicle, what did the sticker(s) or vanity plate(s) say:
▆▆▆▆▆

_____

## III.   MILITARY SERVICE

63. Have you or anyone in your family ever been in the United States military (including the military reserves, National Guard or ROTC)? ☒ Yes        ☐ No

If Yes, please answer the following about your own military service:
a.   Branch and highest rank: ▆▆▆▆
b.   Dates of service: _____
c.   Duties: _____
d.   Place of service: _____
e.   Type of discharge: _____
f.   Did you ever serve on a court martial?   ☐ Yes     ☐ No
g.   Did you ever serve in combat?     ☐ Yes     ☐ No

11

Juror Initials: ▆▆▆▆

If you have family members who have military service, please provide the details of their service using the previous categories as a guide for the information to include:

_____

_____

_____

64. Has anyone you know been injured or killed while serving in a combat or military zone?
    ☐ Yes    ☒ No                              If Yes, please explain.

_____

_____

## IV.    PRIOR JURY SERVICE

65. Have you ever served on a grand jury?    ☐ Yes    ☒ No

    If Yes, please state when, where and for how long you served on a grand jury:

_____

_____

66. Have you ever served on a trial jury?    ☐ Yes    ☒ No

    If Yes, please answer the following questions:

    a.

    | Year | Civil or Criminal | Charges or Type of Case | Verdict Reached (Yes or No) |
    |------|-------------------|-------------------------|------------------------------|
    |      |                   |                         |                              |

    b.    Were you the jury foreperson (foreman) of any jury?    ☐ Yes    ☐ No
          If Yes, how many times? _____

    c.    Was there anything about that experience that left you disappointed or dissatisfied
          with our justice system?    ☐ Yes    ☐ No
          If Yes, please explain. _____
          _____

    d.    Did the judge, prosecutor or anyone else comment on your verdict?
          ☐ Yes    ☐ No                         If Yes, please explain.
          _____
          _____

12

Juror Initials: ▮▮▮

e.  Is there is anything about your previous experience as a juror that would make you want to serve or not serve on a jury again?   ☐ Yes   ☐ No
If Yes, please explain. _____

_____

67.  When you feel you are correct, will you still listen to the arguments of others who do not agree with you?   ☒ Yes   ☐ No

a. If Yes, are you sometimes persuaded to change your position?   ☒ Yes   ☐ No

68.  If someone disagrees with you, do you discuss your differences in a calm and respectful manner?   ☒ Yes   ☐ No   ☐ Unsure

69.  Do you agree that in our democratic society every individual is entitled to his or her opinion, and that differences in individual opinions should be respected?
☒ Yes   ☐ No   ☐ Unsure

70.  Do you believe that it is difficult to understand fully the life experiences of someone who comes from a different background?   ☒ Yes   ☐ No   ☐ Unsure

71.  Are there any racial, ethnic, religious or similar categories of people that you do not feel comfortable being around?   ☐ Yes   ☒ No   If Yes, please explain.

_____

_____


## V.  MEDIA CONSUMPTION

72.  What are your main sources of news and information? (Please check all that apply):
☐ Newspaper
☐ Radio
☐ Television
☐ Magazines
☒ Internet
☒ Word of mouth
☐ Other (explain) _____

13

Juror Initials: ███

73. What newspapers do you subscribe to or read on a regular basis, if any, including online publications? ███

74. What magazines, if any, do you subscribe to or read regularly, including online? ███

75. What are your favorite television news programs, if any? ███

76. What radio programs do you listen to on a regular basis, if any? ███

77. What television shows do you regularly watch? ███

78. Do you have an account on any social networking site such as Face book, My space, Linked in, Twitter, etc.?     ☐ Yes     ☒ No
If Yes, please identify which accounts you have and what you use them for.

79. Do you participate in any particular blogs, or online discussion groups, chat rooms, or do you have your own blog or personal website?     ☐ Yes     ☒ No
If Yes, please explain.

80. Have you followed any specific crime stories or criminal cases in the news, or on television programs?     ☐ Yes     ☒ No
If yes, please specify and tell us what was your interest in these specific cases or crimes.

81. Do you regularly watch any TV programs about "real life" police activities, or the activities of prison inmates?     ☐ Yes     ☒ No
If Yes, list those programs and what you like about them.

82. Do you regularly watch any TV programs discussing "real life" criminal cases or criminal investigations, such as COPS, Nancy Grace or Dateline, or a similar type of program?
☐ Yes     ☒ No

14

**Juror Initials:** ▮▮▮▮

If Yes, list those programs and what you like about them. _____

_____

83. Do you regularly watch any TV fictionalized dramas involving law, law enforcement, crime scene investigation, or courtroom dramas?    ☐ Yes    ☒ No
If Yes, list those programs and what you like about them. _____

_____

84. Do you consciously avoid watching any TV programs or movies involving crime, or violence?    ☐ Yes    ☒ No
If Yes, please say why you avoid such programming. _____

_____

## VI. PUBLICITY AND CASE KNOWLEDGE

The defendant in this case, George "Porgy" Lecco is charged with several crimes including conspiracy to distribute cocaine and the killing of Carla Collins, someone allegedly assisting the government in a Federal investigation. Carla Collins death is alleged to have occurred in Mingo County, WV on April 16, 2005. This case has received media coverage. There is nothing wrong with your having read or heard media coverage of the case, or to have participated in discussions or having overheard others discussing these events. However, the Court and the parties need to know what you have heard and your sources of information about these events, as well as your familiarity and connections with anyone connected to this case or the criminal investigation.

85. Do you know, or have you had any contact or connection whatsoever with any of the attorneys in this case or with anyone in their office?

**FOR THE GOVERNMENT:**

| | | | |
|---|---|---|---|
| a. | Charles T. Miller, Esq. | ☐ Yes | ☒ No |
| b. | R. Gregory McVey, Esq. | ☐ Yes | ☒ No |
| c. | Philip H. Wright, Esq. | ☐ Yes | ☒ No |
| d. | Richard E. Burns, Esq. | ☐ Yes | ☒ No |
| e. | Steven R. Ruby, Esq. | ☐ Yes | ☒ No |

**FOR THE DEFENSE:**

| | | | |
|---|---|---|---|
| f. | Gerald T. Zerkin, Esq. | ☐ Yes | ☒ No |
| g. | Brian J. Kornbrath, Esq. | ☐ Yes | ☒ No |
| h. | Amy L. Austin, Esq. | ☐ Yes | ☒ No |

If Yes, to any above please explain. _____

_____

_____

15

Juror Initials: ███

86. Do you know anyone in the Office of the United States Attorney for the Southern District of West Virginia, or have you or any member of your family or close personal friend had any dealings with that office?     ☐ Yes     ☒ No     If Yes, please explain.

_____

87. Do you know anyone in the Federal Defender Officers for the Southern or Northern Districts of West Virginia, or the Eastern District of Virginia, or have you had any or any member of your family or any close personal friend had any dealings with those offices?     ☐ Yes     ☒ No     If Yes, please explain.

_____

88. Do you know or have any connection (personal, business, or social) with United States District Court Judge John T. Copenhaver, Jr., or any member of his staff?     ☐ Yes     ☒ No     If Yes, please explain.

_____

89. The defendant in this case is George Lecco. He is from the Red Jacket area of Mingo County, WV. Do you know, or have you read or heard anything about the defendant, or any member of his family, or close friends?     ☐ Yes     ☒ No     If Yes, please explain.

_____

90. The deceased is Carla Collins. Do you know, or have you read or heard anything about the deceased, or any member of her family, or close friends?     ☐ Yes     ☒ No     If Yes, please explain.

_____

_____

91. The following is a list of people who may be called as witnesses in connection with this case. Please mark "Yes" or "No" to indicate whether you have ever heard of this person, or whether you or any family member or close person friend may have any connection with him or her:

| | Yes | No |
|---|---|---|
| James Aiken | ____ | ☒ |
| Cliff Akers | ____ | ☒ |
| James Bandy | ____ | ☒ |

16

Juror Initials: ▮

| | | |
|---|---|---|
| Dr. Mace Beckson | Yes___ | No_x_ |
| Carmella Blankenship | Yes___ | No_x_ |
| Patricia Burton | Yes___ | No_x_ |
| Charles Burton | Yes___ | No_x_ |
| David Chafin | Yes___ | No_x_ |
| Michael Chapman | Yes___ | No_y_ |
| Joe Chapman | Yes___ | No_y_ |
| Gary   Collins | Yes___ | No_y_ |
| Tina   Collins | Yes___ | No_x_ |
| Jessica Collins | Yes___ | No_y_ |
| Julianne Cuneo | Yes___ | No_y_ |
| Rob Cunningham | Yes___ | No_x_ |
| Mistey Dean | Yes___ | No_x_ |
| Dr. Steven Dreyer | Yes___ | No_x_ |
| Gary   Elkins | Yes___ | No_x_ |
| Garret Epling | Yes___ | No_x_ |
| Gerald Epling, III | Yes___ | No_x_ |
| Erin   Feazell | Yes___ | No_y_ |
| Phyllis Ferrell | Yes___ | No_x_ |
| Joseph Ferris | Yes___ | No_x_ |
| Dr. Ryan Finkenbine | Yes___ | No_x_ |
| Alice Francis | Yes___ | No_x_ |
| Valeri Friend | Yes___ | No_x_ |
| Charles Gibson | Yes___ | No_x_ |
| Matthew Gilman | Yes___ | No_x_ |
| Steve Harmon | Yes___ | No_x_ |
| Walter Harmon | Yes___ | No_x_ |
| Sam Harmon | Yes___ | No_y_ |
| Alvin Harmon | Yes___ | No_y_ |
| Dan Harmon | Yes___ | No_x_ |
| Charles "Jake" Hatfield | Yes___ | No_x_ |
| Brenda Hinkle | Yes___ | No_x_ |
| Jonathan Huffman | Yes___ | No_y_ |
| Charles Kinder | Yes___ | No_x_ |
| David Kinder | Yes___ | No_y_ |
| Carrie Kirkpatrick | Yes___ | No_y_ |
| James "Michael" Kitchen | Yes___ | No_x_ |
| James Kramer | Yes___ | No_x_ |
| Peggy Kuhn | Yes___ | No_y_ |
| Dr. Loralie Lawson | Yes___ | No_x_ |
| Carolyn Lecco | Yes___ | No_x_ |
| Christina Lynam | Yes___ | No_x_ |

17

Juror Initials:

| | | |
|---|---|---|
| Dr. Hamada Mahmoud | Yes___ | No_X_ |
| Josh   McGill | Yes___ | No_Y_ |
| 1st Lt. Dave Nelson, | | |
| WV State Police | Yes___ | No_Y_ |
| Sgt. Anthony S. ("Andy") | | |
| Perdue, WV State Police | Yes___ | No_X_ |
| Annette Plunk | Yes___ | No_Y_ |
| Trevia Province | Yes___ | No_Y_ |
| Della Ricche | Yes___ | No_Y_ |
| Lorrain Savage | Yes___ | No_Y_ |
| Vincent Scales | Yes___ | No_X_ |
| John   Slack | Yes___ | No_Y_ |
| Dr. Robert Smith | Yes___ | No_X_ |
| Lowell Sparks | Yes___ | No_Y_ |
| Shanna Sullivan | Yes___ | No_Y_ |
| James Sydnor | Yes___ | No_Y_ |
| Larry Venturino | Yes___ | No_Y_ |
| Charles West | Yes___ | No_Y_ |
| Todd   Willard | Yes___ | No_X_ |
| Quiana Young | Yes___ | No_X_ |

Please explain your answers if need be _____

_____

92.  Some of the events to be described during the trial are alleged to have occurred at various
locations in Mingo County. Have you, or any member of your family or close personal
friend ever lived, worked or regularly visited in Mingo County, WV?   ☐ Yes   ☒ No
If yes, please explain. _____

_____

93.  Please place a check mark next to each location to which you, a member of your family, or
close personal friend may have familiarity or a significant connection.

☐ Beach Creek Mountain
☐ Ben Creek
☐ Delbarton
☐ Double Camp Road
☐ "Porgy's" Pizza Plus
☐ Red Jacket

18

Juror Initials ▩

☐ Red Jacket Apartments
☐ Taylorville
☐ Tug Fork River
☐ Wharncliffe

Please explain what connection or familiarity you or your relative or friend have with any of the areas checked: _____

_____

94. Do you have a favorable or unfavorable opinion of Mingo County, WV? (Check one)
☐ Favorable    ☐ Unfavorable    ☐ Both Favorable and Unfavorable    ☒ No Opinion

95. Have you read or heard about the murder of Carla Collins or anything about the accused George "Porgy" Lecco from any of the following sources? (Check as many as may apply)

☐ TV    ☐ Newspaper    ☐ Radio    ☐ Internet    ☐ Blogs
☐ Conversation within your own family
☐ Conversation with friends
☐ Conversation with family of victim
☐ Conversation with family of defendant
☐ Conversation with possible witnesses or their families
☐ Conversations with other people
☐ Overheard conversations about it
☐ Attended funeral, memorial services
☐ Donated money to fund for victim's family
☐ Attended pre-trial or other legal proceedings
☐ Other sources of information (please describe): _____

96. Explain or summarize what have you seen, heard or read about this case or any of the people involved in it (other than what the judge told you in his opening remarks).

▩_____

_____

_____

97. What was your personal reaction to what you have read, seen or heard about this case?

▩_____

_____

98. At any time have you expressed any opinion about any aspect of this case? ☐ Yes    ☒ No
If Yes, explain what opinions you expressed. _____

_____

19

Juror Initials: ▮

99.  At any time have you overheard others express an opinion about any aspect of this case?
☐ Yes   ☒ No        If Yes, explain what opinions were expressed and by whom.
_____

100.  Have you ever expressed an opinion regarding the guilt or innocence of Mr. Lecco or any
other person connected with this case?   ☐ Yes   ☒ No        If Yes, please explain.
_____

101.  Have you ever overheard others express an opinion or impression as to the guilt or
innocence of Mr. Lecco, or any other person connected with this case?   ☐ Yes   ☒ No
If Yes, please explain. _____

102.  Have you ever expressed an opinion or impression about the type of sentence (punishment)
that should be imposed on anyone found guilty in connection with the death of Carla
Collins?   ☐ Yes   ☒ No              If Yes, please explain.
_____

103.  Have you ever overheard others express an opinion or impression about the type of
sentence (punishment) that should be imposed on anyone found guilty in connection with
the death of Carla Collins?   ☐ Yes   ☒ No        If Yes, please explain.
_____

104.  Has anyone spoken with you, or indirectly tried to contact you, at any time, including today,
about the case?   ☐ Yes   ☒ No        If Yes, please explain.
_____

105.  Based on what you have seen, read or heard expressed in the media or by other person,
please tell us what feelings or opinions you hold today about this case, the charges, the
defendant, George Lecco, or anyone else connected to this case. ▮
_____

a.      Would these feelings make it difficult for you to sit as a fair and impartial juror in

20

**Juror Initials** ▮▮▮

this type of case?  ☐ Yes  ☒ No          Please explain.

_____

_____

b.  Have you formed an opinion regarding the guilt or innocence of the defendant?
☐ Yes      ☒ No          Please explain.

_____

_____

c.  Have you formed an opinion regarding what type of penalty (punishment) is appropriate in this case, life in prison without the possibility of release, or the death penalty?    ☐ Yes    ☒ No          Please explain.

_____

_____

106. Are you inclined to feel that Mr. Lecco must be guilty because the Government is seeking the death penalty, or that the Government would not seek the death penalty unless the defendant was guilty of something?    ☐ Yes    ☒ No        If Yes, please explain.

_____

107. If you sit as a juror in this case, the judge will instruct you to avoid exposure to any media coverage or discussion about the case with your family, friends, co-workers or any other person. Would you find it difficult to obey such an instruction?    ☐ Yes    ☒ No
Please explain. _____

_____

Do you know any reason whatsoever why you could not sit on a jury in a case involving the defendant, George Lecco?    ☐ Yes    ☒ No          Please explain.

_____

_____

## VII.    CONTACT AND EXPERIENCE WITH THE CRIMINAL JUSTICE SYSTEM

109. Check all that apply to indicate whether you, or any members of your family or close personal friends ever been:

☒ the victim of a crime (whether or not it was reported to the police)
☐ a witness to a crime
☒ arrested or otherwise charged with a crime
☐ investigated for a crime

21

Juror Initials: ▓▓▓▓▓

For each situation please explain what happened, whether anyone was arrested, the final outcome, and whether you were satisfied with the outcome.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_____

_____

110. Do you know anyone who has been the victim, a witness or accused of any of the following types of crimes? For each crime, check all that apply.

| | | | | |
|---|---|---|---|---|
| a. Murder/attempted murder | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| b. Manslaughter/vehicular homicide | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| c. Aggravated assault | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| d. A shooting | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| e. A stabbing | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| f. Domestic violence | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| g. Threatened by others (felt fear for life) | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| h. Illegal drugs (sale or use) | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| i. Illegal guns | ☐ victim | ☐ witness | ☐ accused | ☒ none |
| j. Other violent crime (specify) | ☐ victim | ☐ witness | ☒ accused | ☐ none |

For any category checked, please explain the circumstances:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_____

111. Have you ever testified in any court proceeding or trial?    ☐ Yes    ☒ No
     If Yes, please explain. _____

112. Have you ever had any contact whatsoever with the police, the courts or the criminal justice system including calling the police to report criminal activity?    ☐ Yes    ☒ No
     If Yes, please explain. _____

113. Have you ever been questioned in any matter by any federal, state or local law enforcement agency or agent (including the Department of Justice, Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Alcohol, Tobacco & Firearms (ATF), Internal Revenue Service (IRS), Immigration & Naturalization Service (INS), Customs Service, or Department of Homeland Security, West Virginia State Police, Mingo County Sheriff's Department, Matewan Police Department, Williamson Police Department, Huntington Federal Drug Task Force)?    ☐ Yes    ☒ No

**Juror Initials** ▉

If Yes, please explain. _____

_____

114. Have you or any member of your immediate family or any close friends ever been involved in a civil lawsuit in any of the following capacities? (Check all that apply)
☒ Plaintiff     ☐ Defendant     ☐ Witness

For any item checked please explain the circumstances: ▉▉▉▉▉▉

▉▉▉▉▉▉_____

115. Have you, or do you expect to, become involved in any legal action or dispute with the United States, or any officers, agents, or employees of the United States?
☐ Yes     ☒ No          If Yes, please explain.

_____

116. Have you or any of your family or close friends ever been trained or worked as an employee or consultant or volunteer in any of the following fields?

**Legal**

| | Self | Spouse | Family | Friend | NONE |
|---|---|---|---|---|---|
| a. Attorney: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| b. Legal Secretary/Assistant: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| c. Investigator: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| d. Prosecutor's Office: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| e. Public Defender Office: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| f. Other legal related: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |

Please explain. _____

_____

**Courts**

| | Self | Spouse | Family | Friend | NONE |
|---|---|---|---|---|---|
| g. Judge: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| h. Court Clerk: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| i. Court Reporter: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| j. Other: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |

Please explain. _____

_____

**Law Enforcement**

k. Local Police Department:  ☐ Self     ☐ Spouse     ☐ Family     ☒ Friend     ☐ NONE

23

**Juror Initials:** ▮▮▮

| | | | | | |
|---|---|---|---|---|---|
| l. Sheriff's Department: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| m. State Police: | ☐ Self | ☐ Spouse | ☐ Family | ☒ Friend | ☐ NONE |

n. Federal Law Enforcement Agencies, such as the FBI, DEA or ATF, etc.

| | | | | | |
|---|---|---|---|---|---|
| | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| o. Other: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |

Please explain. _____

_____

**Corrections**

| | | | | | |
|---|---|---|---|---|---|
| p. Probation office: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| q. Prison: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| r. Jail | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| s. Halfway House: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| t. Work Release: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |
| u. Other: | ☐ Self | ☐ Spouse | ☐ Family | ☐ Friend | ☒ NONE |

Please explain. _____

_____

117. Other than indicated above, have you, or anyone close to you ever considered working in law enforcement or applied for a job in law enforcement?   ☐ Yes   ☒ No
If Yes, please explain. _____

_____

118. Other than indicated above, have you, or anyone close to you ever considered becoming a lawyer, or other legal professional?   ☐ Yes   ☒ No       If Yes, please explain.

_____

_____

119. Have you ever had a friend or family member in prison or jail?   ☐ Yes   ☒ No
If Yes, please explain. _____

_____

120. Have you ever been inside of a prison or a jail for any reason?   ☐ Yes   ☒ No
If Yes, please explain. _____

_____

24

**Juror Initials** ████

## VIII   OPINIONS ABOUT CRIME AND THE CRIMINAL JUSTICE SYSTEM

121.   Do you have an opinion about the credibility of police officers or law enforcement officials?
☐ Yes   ☒ No                    If Yes, please explain.
_____
_____

122.   Do you believe that police officers are more likely or less likely to tell the truth than other
witnesses? (Check one)      ☐ More likely      ☐ Less likely      ☒ No difference

123.   Would you give the testimony of a law enforcement officer more weight or less weight
solely because he or she is a law enforcement officer? (Check one)
☐ More weight      ☐ Less weight      ☒ Equal weight

124.   Do you have any impressions, opinions or beliefs about police, Federal Bureau of
Investigation (FBI), Department of Justice (DOJ), or law enforcement agencies generally
that could cause you to either lean in favor of the government or to lean against the
government?      ☐ Yes   ☒ No                    If Yes, please explain.
_____
_____

125.   How serious a problem do you think crime is in your community?
☐ Very Serious      ☐ Somewhat Serious      ☒ Not a Serious Problem

126.   Have you ever moved or considered moving because you thought crime was a problem?
☐ Moved      ☐ Considered moving      ☒ No

127.   How afraid are you of becoming the victim of a crime? (Check one)
☐ Very afraid      ☐ Somewhat afraid      ☐ Seldom afraid      ☒ Never afraid

Why do you feel this way? ███████████████
_____

128.   If you believe there is a crime problem in your community, what do you think should be
done about the crime problem? ██████████
_____

25

**Juror Initials:** ████

129. What is your opinion of prosecutors?
☐ Mainly favorable   ☐ Both favorable and unfavorable   ☐ Mainly unfavorable
☐ No Opinion   ☒ Unsure
Please explain. _____

130. What is your opinion of criminal defense attorneys?
☐ Mainly favorable   ☐ Both favorable and unfavorable   ☐ Mainly unfavorable
☐ No Opinion   ☒ Unsure
Please explain. _____

131. Do you believe that the criminal justice system makes it too hard for the police and
prosecutors to convict people accused of homicide?       ☒ Yes       ☐ No
☐ No Opinion   ☐ Unsure
If Yes, please explain. ████████████████
_____

132. Do you believe that witnesses who are facing criminal charges are more likely to lie to avoid
full punishment for their crimes?       ☐ Yes       ☐ No
☐ No Opinion   ☒ Unsure
If Yes, please explain.
_____
_____

133. Do you feel that there are too many technicalities in the law that allow guilty people to go
free?   ☐ Yes   ☐ No
☐ No Opinion   ☒ Unsure
If Yes, please explain.
_____
_____

134. Do you feel that the law should concern itself more with victims of crime than with those
accused/convicted of crimes?       ☐ Yes       ☐ No
☐ No Opinion   ☒ Unsure
If Yes, please explain.
_____

135. Do you think the treatment of convicted prisoners is (check one):
☐ Too lenient   ☐ Too harsh   ☒ Appropriate
☐ No Opinion   ☐ Unsure
Please explain. _____

.26

Juror Initials:

136. For each of the following groups or organizations, please indicate whether you agree or disagree with the purposes or goals of that organization, or whether you are unaware of the organization.

a. American Civil Liberties Union (ACLU) — ☐ Agree ☐ Disagree ☐ Neutral ☒ Unaware
b. Handgun Control, Inc. — ☐ Agree ☐ Disagree ☐ Neutral ☒ Unaware
c. Mothers Against Drunk Driving (MADD) — ☒ Agree ☐ Disagree ☐ Neutral ☐ Unaware
d. Alcoholics Anonymous (AA) — ☒ Agree ☐ Disagree ☐ Neutral ☐ Unaware
e. Narcotics Anonymous (NA) — ☐ Agree ☐ Disagree ☐ Neutral ☒ Unaware
f. Al Anon (for families of alcoholics) — ☒ Agree ☐ Disagree ☐ Neutral ☐ Unaware
g. Nar Anon (for families of drug addicts) — ☐ Agree ☐ Disagree ☐ Neutral ☒ Unaware
h. National Rifle Association (NRA) — ☒ Agree ☐ Disagree ☐ Neutral ☐ Unaware
i. Police Auxiliary groups — ☐ Agree ☐ Disagree ☐ Neutral ☒ Unaware

137. Have you or any member of your immediate family or close personal friend ever been a member of any of the groups listed in the previous question?     ☐ Yes     ☒ No
If Yes, please explain. _____

## IX     DRUGS AND DRUG USE

138. Have you, or have you ever known anyone who, had a problem with substance abuse including alcohol abuse, or prescription drugs or street drugs?     ☐ Yes     ☒ No

If Yes, please answer a - d.

a. Indicate who had the problem. (Check all that apply)
☐ Self     ☐ Family member     ☐ Friend     ☐ Other

b. What types of substances were involved? _____

c. What was the impact of the dependency on that person's behavior? _____

d. Was treatment sought for the problem? If so, was the treatment successful? _____

27

**Juror Initials** ▮▮▮▮

139. Have you, or anyone close to you, ever worked for, volunteered in, or belonged to an organization concerned with drug treatment or drug education?    ☐ Yes    ☒ No
If Yes, please explain. _____

140. Has anyone close to you, ever been involved in any way in a drug-related crime?
☐ Yes    ☒ No                                                   If Yes, please explain.
_____

141. Do you know anyone who died as a result of drug abuse or involvement in a drug-related crime?    ☐ Yes    ☒ No                        If Yes, please explain.
_____

142. How do you feel about people who use cocaine, other types of illegal drugs, or who abuse prescription drugs?    ▮▮▮▮▮▮▮▮▮▮
_____

143. Do you feel differently about the people who sell or distribute cocaine, or other illegal drugs?    ☒ Yes    ☐ No                    Please explain how you feel and why.
▮▮▮▮▮▮▮▮▮▮▮
_____

144. Do you know anyone who ever offered to be, or was recruited to be, a witness to avoid prosecution on drug charges? ☐ Yes    ☒ No        If Yes, please explain.
_____

145. Do you know anyone who ever worked undercover for the police, or as an informant for the police in the investigation of any type of drug ring or drug crime?    ☐ Yes    ☒ No
If Yes, please explain. _____

146. Do you know anyone who has worked in any capacity in the surveillance or the investigation of a drug ring or drug?    ☐ Yes    ☒ No            If Yes, please explain.

28

**Juror Initials:** ███████

147. Do you have any opinion about the criminal laws relating to the possession, sale and distribution of illegal drugs?   ☐ Yes   ☒ No      If Yes, please explain.

148. Do you feel that a witness's use or abuse of alcohol or drugs should be a consideration in determining his or her credibility as a witness?   ☒ Yes   ☐ No      Please explain.
████████████████████████████████

149. Do you feel that a defendant's use or abuse of alcohol or drugs should be a consideration in determining the appropriate sentence in a homicide trial?   ☐ Yes   ☒ No
Please explain. _____

150. Do you feel that a victim's use or abuse of alcohol or drugs should be a consideration in determining the appropriate sentence in a homicide trial?   ☐ Yes   ☒ No      Please explain.

151. Do you have any particular experiences, feelings, opinions or beliefs about the use or abuse of alcohol or drugs that might influence you as a juror in a case involving illegal drugs, where someone died?   ☐ Yes   ☒ No      Please explain.

## X.     GUNS AND GUN CONTROL ISSUES

152. Do you or any member of your immediate family or household own any type of gun?
☒ Yes   ☐ No
If Yes, please list the make and model of the gun and the purpose for which the gun is owned.   ████████████████████████

153. Do you or any member of your immediate family or household belong to any type of gun club or regularly practice at a firing range?   ☒ Yes   ☐ No

29

**Juror Initials:** ████

If Yes, please explain. ████████████████████████████

154. Do you know anyone that sells or trades firearms? ☐ Yes ☒ No
If Yes, please explain. _____

155. Have you, or any member of your immediate family or close personal friend ever owned or
had any experience or training with the use of firearms? ☐ Yes ☒ No

If Yes, please explain in detail, to include number and types of firearms and your experience
and training: _____
_____
_____

156. Do you know anyone who has ever been injured or killed by a gun? ☐ Yes ☒ No
If Yes, please explain. _____

157. Do you favor or oppose gun control? (Check one)
☐ Strongly favor     ☐ Favor     ☐ Oppose     ☒ Strongly oppose
      ☐ Neutral     ☐ No Opinion
Please explain. ████████████████████

158. Do you have any particular experiences, feelings, opinions or beliefs about the possession
and use of handguns by convicted felons? ☒ Yes     ☐ No
Please explain how you feel and why. ████████████████████

159. Do you have any particular experiences, feelings, opinions or beliefs about the use or abuse
of guns that might influence you as a juror in a case where someone was shot and died?
☐ Yes     ☒ No           Please explain how you feel and why.
_____
_____

**Juror Initials:** ███

## XI   MENTAL HEALTH ISSUES

160. Have you or any member of your immediate family or close personal friend ever been employed, or worked as a volunteer in any capacity in the field of mental health?
☐ Yes     ☒ No     If Yes, please explain.

161. Have you or any member of your immediate family or close personal friend ever sought counseling or other treatment from anyone (counselor, psychologist, psychiatrist, or other therapy) in the field of mental health to help with a personal, medical or other problem?
☐ Yes     ☒ No

   a.   If Yes, please explain the circumstances. _____

   b.   Was this experience was helpful to you, the family member, or close friend?
   ☐ Yes     ☐ No     Please explain.

162. Have you or any member of your immediate family or close personal friend ever had a bad experience with anyone (counselor, psychologist, psychiatrist, or other therapy) in the field of mental health?     ☐ Yes     ☒ No     If Yes, please explain.

163. What are your general feelings or opinions about the fields of social work, psychiatry and psychology?   ███

164. What is your opinion regarding the validity or worth of psychology, psychiatry in helping to explain how the mind works and its affect on a person's behavior?   ███

165. What are your feelings, opinions or beliefs about psychiatric or psychological experts who testify in criminal trials?   ███

31

Juror Initials:

166.    Do you have any particular experiences, feelings, opinions or beliefs about psychology, psychiatry or the field of mental health that might influence you as a juror in a case in which a psychologist, psychiatrist or other mental health professional were called as witnesses?
☐ Yes    ☒ No .                                    Please explain.

## XII ALLEGATIONS & TRIAL PROCEDURES

167.    In this case Mr. Lecco is charged with several crimes including conspiracy to distribute cocaine, use of a firearm in furtherance of drug trafficking, murder with a firearm during and in relation to cocaine conspiracy, and witness tampering and retaliation by killing a witness. Would the nature of the charges – cocaine distribution, murder of someone assisting in a drug investigation – affect your ability to be a fair and impartial juror?
☐ Yes    ☒ No    ☐ Unsure                         Please explain.

168.    If you are chosen as a juror in this case, you will hear evidence about the death of the victim. You may also see very disturbing pictures of the victim after she died. You may also see photographs from her autopsy.

    a.    Will you be able to listen to the testimony about the victim's death?
          ☒ Yes    ☐ No    ☐ Unsure

    b.    Will you be able to look at pictures of the victim after her death?
          ☒ Yes    ☐ No    ☐ Unsure

    c.    Will you be able to discuss with the other jurors the testimony about the victim's death and the photographs of the victim as well as all the other evidence presented?
          ☒ Yes    ☐ No    ☐ Unsure

    d.    After listening to the testimony and looking at the photographs, will you be able to set aside your emotions and listen to the rest of the evidence presented and then fairly and impartially decide this case based solely on the evidence presented to you and the instructions provided by the court?    ☒ Yes    ☐ No    ☐ Unsure

    e.    Will the testimony about the nature of the victim's death and the photographs of the victim after her death including autopsy photographs cause you to reach a conclusion about the guilt of the defendant regardless of any other testimony or evidence that may be presented?    ☐ Yes    ☒ No    ☐ Unsure

32

Juror Initials: ████

169. The Constitution says a defendant charged with a crime is presumed innocent. Please explain how you feel about this requirement.

_████████████████████_

170. The judge will tell you that the Government has the burden of proving that Mr. Lecco is guilty of the crimes with which he is charged beyond a reasonable doubt. If the Government doesn't do this on any particular charge, you will have to vote "not guilty" on that charge. Does that seem fair to you?
☒ Yes        ☐ No        ☐ Don't Know        ☐ No Opinion
Please explain your answer. _____

171. Some people say "where there's smoke there's fire" and if someone is accused of a crime he or she must have had something to do with it. What do you think? ████

172. Are you starting out assuming that either defendant has probably done something wrong if the case has come all the way to trial?        ☐ Yes        ☒ No
                                      ☐     Don't Know    ☐ No Opinion
Please explain your answer. _____

173. The Constitution says a defendant has the right not to testify, and it shall not be held against him if he does not take the witness stand. Please explain how you feel about this requirement. ████

174. Under our system, a person on trial is presumed innocent and does not have to testify or present any evidence. If the Government doesn't prove guilt beyond a reasonable doubt, then the verdict must be not guilty even if the person doesn't tell his or her side of the story. Does that make sense to you?        ☐ Yes        ☒ No        ☐ Unsure
Please explain. ████

175. Would you tend to think that a person who did not testify was more likely to be guilty than not guilty?        ☒ Yes        ☐ No        ☐ Unsure
Please explain. _____

33

**Juror Initials** ████

176. Are your feelings that someone **should** testify so strong that you would think Mr. Lecco was guilty if he didn't testify?    ☐ Yes    ☒ No    ☐ Unsure
Please explain. _____

## XIII              SENTENCING CONSIDERATIONS

As noted above, the Government has charged Mr. Lecco with a capital felony. That means that if Mr. Lecco is convicted, he will face a sentence of either life in prison without possibility of release (that is, he could never be released as long as he lives), or the death penalty. That Mr. Lecco is facing a potential death sentence says only that the Government has charged him with a capital crime. It says nothing about whether he is guilty of that crime. Mr. Lecco is presumed innocent of all charges, and the question of possible punishment will not arise unless the government proves to every juror beyond a reasonable doubt that Mr. Lecco is guilty of a capital crime.

During the innocence/guilt phase, the possibility of punishment must not enter into your deliberations at all. If at the conclusion of the innocence/guilt phase the jury finds Mr. Lecco not guilty of murder, the jury's work is complete and the trial is over. If there is a guilty verdict for a capital crime, then there will be a punishment phase.

Under our law, a death sentence is never automatic. The decision between death and life in prison without any possibility of release is a decision made, not by the judge, but by each juror, individually. Only if each and every juror votes for the death penalty, can the death penalty be imposed. A unanimous verdict for a death sentence means the death penalty must be imposed and the judge would not have the authority to impose a lesser sentence. On the other hand, if the jury were to decide that the verdict should be life in prison, then the sentence would have to be life in prison without possibility of release. In either case, the judge could not change the sentence.

This means that if there is a penalty phase each individual juror has the power and duty to decide whether Mr. Lecco will live or die. In making this decision, each juror, after listening to all the evidence and deliberating with his or her fellow jurors, must use his or her own judgment. Even if all the jurors agree on the facts, it remains for each juror to decide which sentence is more appropriate, life in prison without the possibility of release or death.

Jurors are asked to make this decision based on evidence presented first by the government and then by the defense. As with the innocence/guilt phase of a trial, the order in which the evidence is presented at the punishment phase does not mean anything about the quality of the evidence. You have to listen to all the evidence put on by both sides before you can even begin to weigh any of the evidence.

If there is a punishment phase at the trial, the government will present evidence of certain aggravating factors (relating to the defendant's state of mind and certain other facts about the crime

34

**Juror Initials** ████

itself) that the law says must be proved beyond a reasonable doubt before any death sentence can be imposed. It is not enough under the law for a defendant to be found guilty. Without proof of additional aggravating factors, there can be no death sentence. The law puts a higher burden on the government than on the defendant.

During the penalty phase, Mr. Lecco will have the chance to present evidence of mitigating factors or circumstances. Mitigating factors are not legal defenses to the crime. Legal defenses are defenses such as self-defense, insanity, and accident. Legal defenses may be raised only during the innocence/guilt portion of the trial. Mitigating factors are reasons, circumstances, or events in the life of a defendant, or the circumstances of the crime, that suggest that the more appropriate sentence would be life in prison without release rather than execution. They may arise from the evidence presented during either phase of the trial.

Each juror must consider any information submitted by the defendant in mitigation and may also consider other factors as mitigation. Also, unlike findings of aggravating factors, findings of mitigating factors do not need to be unanimous, and they need not be proved beyond a reasonable doubt. If any juror finds a mitigating factor by a preponderance of the evidence (that it is more likely than not that the factor exists), then the juror must consider that mitigating factor while deliberating about punishment. Even if no juror found any mitigating factor, each juror would still have to be persuaded that the aggravating factors were themselves enough to justify the death sentence in this case.

The only correct answers to the following question are your honest ones. No one will judge you for holding one view or another. We only want to know what you truly think.

Remember that Mr. Lecco is facing the death penalty not because he has been proven guilty, but because the government has chosen to pursue a sentence of death if he is convicted of a capital crime. **YOU MUST NOT ASSUME FROM ANY OF THE QUESTIONS ASKED THAT MR. LECCO IS GUILTY OF ANYTHING.**

177. What are your views and/or opinions regarding the death penalty? ████

       _____

       _____

178. Which of the following best describes your feelings about the death penalty? (Check one)

☐ Strongly favor    ☒ Favor    ☐ No particular feelings    ☐ Oppose    ☐ Strongly oppose

**Juror Initials**

179. Have you ever had a different opinion about the death penalty? ☐ Yes    ☒ No

If Yes, please explain what was your view, and when and what caused you to change it.

180. On a scale of one to ten, with "1" being strongly favor the death penalty and "10" being strongly opposed, where do you place your opinion? (Please circle the number).

Strongly favor    1    2    ③    4    5    6    7    8    9    10    Strongly opposed

181. Which of the following best explains your view of the death penalty? (Circle only one answer)

   a.    Favor in every case where someone has committed an intentional murder
   ⓑ    Favor in most but not all intentional murder cases
   c.    Favor in some intentional murder cases, but not all intentional murder cases
   d.    Opposed with a few exceptions
   e.    Opposed in every case even where someone has been intentionally murdered

   Please explain. _____

   _____

182. Have you ever discussed you feelings or opinions about the death penalty with anyone?
   ☐ Yes    ☒ No    If Yes, what did you say? _____

   _____

183. What are the sources of your beliefs about the death penalty? _____

184. Has your support for the death penalty increased, decreased or stayed the same over time?
   ☐ Increased    ☒ Stayed the same    ☐ Decreased

185. Do you believe the death penalty is used:  (Check all that apply)
   ☐ Too often
   ☐ Randomly
   ☐ Unfairly
   ☐ Appropriately
   ☒ Not  enough information to form an opinion

36

**Juror Initials:** ████

186. Do you believe that the death penalty deters crime? ☐ Yes    ☒ No    ☐ Unsure
If Yes, please explain. _____
_____

187. Do you think juries sentence defendants to death (check one):
☐ Too often    ☐ About right    ☐ Too seldom    ☒ Unsure

188. Do you think the death penalty is carried out (check one):
☐ Too often    ☐ About right    ☒ Too seldom    ☐ Unsure

189. Do you believe it is more expensive to execute someone or to imprison someone for life?
(Check one)    ☐ Execute someone    ☒ Imprison someone for life?    ☐ Unsure

190. Are you concerned about the cost to taxpayers of keeping a murderer in prison on a sentence of life without possibility of release? ☐ Yes    ☒ No    ☐ Unsure
Please explain.
_____
_____

191. Are you concerned about the costs to taxpayers in a case where the government seeks the death penalty rather than life without possibility of release?    ☐ Yes    ☒ No    ☐ Unsure
Please explain. _____
_____

192. What are your feelings about a sentence of life imprisonment without possibility of release as punishment for a person convicted beyond a reasonable doubt for an intentional premeditated murder? ████████████ _____

193. Do you believe life imprisonment without parole is a harsh punishment?    ☐ Yes    ☒ No
☐ Unsure
If Yes, please explain. _____
_____

194. Do you believe a sentence of life imprisonment without the possibility of parole can be a severe enough punishment for someone who intentionally commits a murder?
☒ Yes    ☐ No    ☐ Unsure                         Please explain. ____
████████  ████████

Juror Initials: _____

195. Would you always vote for a particular sentence (death, or life imprisonment without possibility of release) for someone convicted of murder committed in connection with drug trafficking?    ☐ Yes        ☐ No        ☒ Unsure

a. If Yes, which sentence would it be?

☐ Death        ☐ Life imprisonment without possibility of release

196. Would you always vote for a particular sentence (death, or life imprisonment without possibility of release) for someone convicted of murder?

☐ Yes        ☐ No        ☒ Unsure

a. If Yes, which sentence would it be?

☐ Death        ☐ Life imprisonment without possibility of release

197. Would you always vote for a particular sentence (death, or life imprisonment without possibility of release) for someone convicted of soliciting another to commit the intentional murder of a witness?    ☐ Yes        ☐ No        ☒ Unsure

a. If Yes, which sentence would it be?

☐ Death        ☐ Life imprisonment without possibility of release

198. Are your beliefs and opinions about the death penalty such that you would always impose the death penalty, or would always impose life imprisonment without possibility of release, for someone convicted of an intentional murder for which a defendant could get the death penalty?        ☐ Yes        ☐ No        ☒ Unsure

a. If yes, which sentence would it be?

☐ Death        ☐ Life imprisonment without possibility of release

199. In determining whether to sentence someone to life imprisonment or death, what would be important for you to know? (Please briefly explain) ██████████████████████
████████████████████████████████████████

a. What would you want to know about the crime and the circumstances? ████████
_____

38

Juror Initials: ███

b.    What would you want to know about the person convicted? ███

c.    What would you want to know about the victim? ███

d.    What else would you want to know about? ███

200.   Mitigating evidence means any facts which, if believed, would support a sentence of life in prison without the possibility of parole rather than imposition of the death penalty. It could include information about the offense or the defendant's upbringing, character or background. Would you be able to follow the Court's instructions to give meaningful consideration to this evidence in deciding the appropriate punishment?

☒ Yes   ☐ No   ☐ Unsure                                          Please explain.

201.   Aggravating factors are factors which tend to support the imposition of the death penalty, and they must be proven beyond a reasonable doubt and to the jury's unanimous satisfaction. Would you be able to follow the Court's instructions to give meaningful consideration to this evidence in deciding an appropriate punishment?    ☒ Yes    ☐ No    ☐ Unsure

Please explain.

202.   Do you have any religious or moral views about the imposition of the death penalty, or life imprisonment without release, as punishment for a person convicted of premeditated murder?

☐ Yes    ☒ No                                          If Yes, please explain.

203.   If your religious or moral views about the imposition of the death penalty or life imprisonment without parole were different from the legal instructions given to you by the Court, how difficult would it be for you to set aside your religious views and make a decision about the case based solely on the law and the judge's instructions? (Check one).

☐ Very difficult
☐ Difficult
☐ Somewhat difficult
☐ Not so difficult
☒ Not difficult at all

39

**Juror Initials** ███

204. Do you believe in the adage "an eye for an eye" ?  ☒ Yes    ☐ No
    a.    If Yes, are your feelings about this adage based on religious beliefs?  ☐ Yes    ☒ No
    b.    Please explain the religious belief. _____

205. What does the adage "an eye for an eye" mean to you? ███████
███████

206. Do you believe the death penalty should ever be used to punish intentional premeditated
murder?    ☐ Yes    ☒ No    If Yes, please explain.
_____

207. Mr. Lecco is charged with killing Ms. Collins because she was a potential witness for the
government in relation to a drug conspiracy. Some people might think that if a person were
convicted of this charge, there is nothing they could hear from the defense that would make
them consider a life sentence instead of the death penalty.  What do you think?
███████

208. Would your views either in support of the death penalty OR in opposition to the death
penalty in any way influence or affect your ability to decide George Lecco's guilt or
innocence based solely on the evidence presented at the trial stage and the Court's
instructions to you on the law?    ☐ Yes    ☒ No    ☐ Unsure    Please explain.
_____

209. If the evidence at the sentencing hearing convinces you beyond a reasonable doubt that
aggravating factors exist, and that they sufficiently outweigh any mitigating factor or factors
found to exist, could you vote to impose the death penalty?    ☒ Yes    ☐ No    ☐ Unsure
Please explain. _____

210. If the evidence or circumstances presented during the trial convinces you that a sentence of
life imprisonment without the possibility of release were appropriate, could you vote to
impose that sentence? ☒ Yes    ☐ No    ☐ Unsure    Please explain.
_____

40

Juror Initials: ▮▮▮

211 Please read the statement listed below, take time to reflect and check if either applies to you. If neither option applies to you, check the "Not Applicable" option that follows the statement.

I feel that my   ☐ support of
                 ☐ opposition to

the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the first phase of the trial, where I must decide if the Government has proven its charge of capital murder beyond a reasonable doubt.

☒ Not Applicable

212. If you are selected to serve as a juror on this case, would you be concerned about the reactions to the verdict by any of the following:

| | | | | |
|---|---|---|---|---|
| a. | Your friends | ☐ Yes | ☒ No | ☐ Unsure |
| b. | Your family members | ☐ Yes | ☒ No | ☐ Unsure |
| c. | Your co workers | ☐ Yes | ☒ No | ☐ Unsure |
| d. | The media | ☐ Yes | ☒ No | ☐ Unsure |
| e. | Family or friends of the victim | ☐ Yes | ☒ No | ☐ Unsure |
| f. | Family or friends of the accused | ☐ Yes | ☒ No | ☐ Unsure |
| g. | General public | ☐ Yes | ☒ No | ☐ Unsure |

If yes or unsure to any of the above, please explain. _____
_____
_____

213. Will you be concerned about the opinions of your family, friends, co-workers or the general public should you serve as a juror on this murder case and make a decision with respect to punishment?   ☐ Yes   ☒ No   ☐ Unsure            Please explain your answer.
_____
_____

214. Is there any additional information not asked about in this questionnaire which you feel that the judge and/or the attorneys should know about you before considering you for the jury in this case?   ☐ Yes   ☒ No   ☐ Unsure            Please explain your answer.
_____
_____

41

Juror Initials: ▮

215. Is there anything you would like to discuss privately that would have bearing on your being a juror?  ☐ Yes  ☒ No  ☐ Unsure        Please explain your answer.

_____

216. As a result of filling out this questionnaire, have you formed an opinion about innocence or guilt or punishment of the defendant in this case?  ☐ Yes  ☒ No  ☐ Unsure  Please explain your answer. _____

_____

217. Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?  ☐ Yes  ☒ No  ☐ Unsure        Please explain your answer.

_____

EXTRA SPACE TO ANSWER QUESTIONS. DO NOT FORGET TO PUT THE QUESTION NUMBER IN FRONT OF EACH ANSWER THAT REQUIRED MORE SPACE.

A DECLARATION PAGE REQUIRING ADDITIONAL INFORMATION AND YOUR SIGNATURE FOLLOWS THE EXTRA SPACE PAGES. MAKE SURE YOU COMPLETE THE DECLARATION PAGE AS WELL.

Question Number: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

42

**Juror Initials:** _____

Juror Initials: ███

## DECLARATION

I attest and affirm, under the penalty of perjury, that the answers set forth above are true and correct to the best of my knowledge and belief.

DATE: ███████

PRINTED FULL NAME: ██████████

SIGNATURE: ████████

If you had anyone assist you in the reading, understanding and completion of the questionnaire, please print that person's full name and their relationship to you:

_____

_____

44