*United States v. John McCluskey*
No. 1:10-cr-02734-JCH (D. N.M.)
Judge Presiding: The Hon. Judith C. Herrera
(Note that this questionnaire was approved by the Court,
and prospective jurors filled it out in 2012; however,
the trial was continued and voir dire began July 22, 2013**).**

# EXHIBIT 5

## THE INDICTMENT

John McCluskey is charged in an indictment with various criminal offenses. An indictment listing the criminal charges against a defendant is simply the document used to advise a defendant of the accusations against him. The indictment is not evidence. Mr. McCluskey has pleaded not guilty to the charges in the indictment. Mr. McCluskey is presumed innocent of the charges. The government has the burden of proof under our system of law. The government must come forward with proof, beyond a reasonable doubt, that Mr. McCluskey has committed crimes before he can be found guilty. Mr. McCluskey has no obligation to produce any evidence, or to do anything else at trial. You must keep in mind that Mr. McCluskey is presumed to be innocent of the charges against him and that this presumption stays with him unless the government proves each element of the charges beyond a reasonable doubt.

## CASE SUMMARY

The charges contained in the Indictment stem from allegations that, on or about August 2, 2010, John McCluskey, an individual who had recently escaped from a prison in Arizona, and others carjacked at gunpoint and robbed Gary and Linda Haas, a couple from Tecumseh, Oklahoma, at a rest stop in eastern New Mexico. The indictment further alleges that Mr. McCluskey subsequently shot and killed the Haases in their camper trailer, burned the trailer with the Haases bodies inside, and took property from the Haases, including their pick-up truck.

## YOUR BACKGROUND

1.    What is your age? _____

2.    Gender:      ❑ Male      ❑ Female

3.    What is your race or ethnicity and that of your spouse or partner? (This information will not affect your selection for jury service.)

You: _____   Spouse/Partner: _____

4.    In what city, state and country were you born and raised?

Born: _____   Raised: _____

(a)    If you were born in another country, when did you move to the United States and when did you become a citizen of this country?

_____

5.    In what city do you reside? _____

6.    How long have you lived in this area? _____

1

7. Where else have you lived during the last five years?

_____

_____

_____

8. What is your current relationship status? Are you:

☐ Single                          ☐ Married
☐ Divorced                        ☐ Divorced and remarried
☐ Widowed                         ☐ Widowed and remarried
☐ Currently separated             ☐ Living with someone

    (a) If you are or were married, please indicate how long: _____ (yrs.)

9. For each person currently living in your residence, please provide the following information (you need not provide names, only relationship):

| Relationship | Age | Occupation | |
|---|---|---|---|
| *E.g. Husband* | *45* | *Teacher* | _____ |
| | | | |
| | | | |
| | | | |
| | | | |

10. Do you have children who live outside your home?

       ☐ Yes          ☐ No

    (a) If yes, please provide the following information about each:

| Age | Gender | Highest Level of Education | Occupation/Job |
|---|---|---|---|
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |

2

Juror Number:

11.    How would you describe your overall physical condition?

❑ Good                ❑ Fair                ❑ Poor

(a)    If you have a physical condition you believe would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating, please explain:

_____

_____

12.    Do you currently take any prescription medications?

Yes    ❑        No    ❑

(a)    If yes, please identify the medication, describe the condition the medication treats and how long you have to take the medication.

_____

_____

13.    Have you, or a close family member, undergone counseling, treatment or hospitalization for psychiatric, emotional, family, behavioral, or substance abuse problems?

❑ Yes          ❑ No

(a)    If yes, please tell us who was treated and describe the situation:

_____

_____

14.    How much control over events in your life do you feel that you have?

❑ No control          ❑ Some control          ❑ Total control

15.    Would you consider yourself to be a leader:

❑ Often          ❑ Sometimes          ❑ Rarely          ❑ Never

16.    What three words best describe you?

_____    _____    _____

3

Juror Number:

## EDUCATION

17.  How far did you go in school, and what was your major field of study if you went to college or graduate school?

_____

_____

18.  If you are currently a student, please describe your course of study, your expected date of completion, and your expected academic schedule for Spring 2013.

_____

_____

19.  How far did your spouse/partner go in school, and what was his/her major field of study if he/she went to college or graduate school?

_____

_____

20.  Do you or your spouse/partner have any formal education in the fields of law enforcement, medicine, psychology, or psychiatry?  ❑ Yes          ❑ No

If yes, please explain:

_____

_____

## EMPLOYMENT

21.  Employment status.  Are you currently:    (Please check all that apply)

❑ Employed full time          ❑ Self employed          ❑ Student
❑ Employed part time          ❑ A homemaker            ❑ Unemployed
❑ Employed more than one job  ❑ Retired                ❑ Disabled

4

Juror Number: _____

22. If currently employed, please tell us the name of your employer, how long you have worked there, your job title and what your job responsibilities are.

_____

_____

23. Please describe any other places you have worked in the last 10 years, including your title and the length of time at each position. If you retired from any of those positions, please tell us when you retired.

_____

_____

24. Do you now, or have you ever supervised others?     ❑ Yes     ❑ No

   (a)     If so, please describe type of work, when and number of people supervised:

_____

_____

25. Please tell us where your spouse or partner works, and what his or her job responsibilities are.

_____

_____

26. Please tell us the occupations of your parents (and step parents).

_____

_____

## MILITARY SERVICE

27. Have you or anyone close to you ever served in any branch of the Armed Forces of the United States (including the Military Reserves, National Guard or ROTC)?

        ❑ Yes     ❑ No          If yes, please answer the following:

5

Juror Number:

(a)    Please tell us who served, in what branch of service, and the highest rank achieved.

_____

_____

(b)    Did you (or they) serve in active combat duty?

❑ Yes  ❑ No

If yes, please tell us who served, in which conflict/war, and where.

_____

_____

_____

## HOBBIES AND ACTIVITIES

28.    Which social clubs, fraternal or religious organizations or volunteer groups do you belong to or support?

_____

_____

_____

(a)    Have you ever held an office or position of leadership in any of these organizations ther currently or in the past?

❑ Yes                    ❑ No

(b)    If yes, please explain:

_____

_____

6

Juror Number: _____

29.    What are your hobbies and interests?  What do you like to do in your spare time?

_____

_____

30.    To which clubs, organizations or volunteer groups do people living in your residence belong?

_____

_____

_____

31.    Which authors and types of books do you like to read?

_____

_____

32.    Which television shows do you watch most often?

_____

_____

33.    Which newspapers, magazines or journals do you read most often?

_____

_____

34.    Which internet websites or blogs do you visit most often?

_____

_____

## POLITICS

35.    Do you consider yourself to be politically:

☐ Very conservative      ☐ Conservative      ☐ Moderate

☐ Liberal      ☐ Very Liberal      ☐ Independent

7

Juror Number:

36.     Which three public figures do you admire the most and least?

Most:_____          _____          _____

Least:_____          _____          _____

37.     Have you, or someone close to you, ever been involved in or a member of a group that takes positions on political, social or other similar issues (*e.g.*, crime control, drug or alcohol abuse, gun policy, etc.)?

                    ☐ Yes          ☐ No

        If so, please identify the person and group.

_____

_____

38.     In what ways, if any, might your political views affect your service as a juror?

_____

_____

## RELIGION

39.     Do you have any religious affiliation or preference?

                    ☐ Yes          ☐ No

        If yes, please name or describe the religion:

_____

_____

40.     How often do you attend your place of worship?

            ☐ Regularly          ☐ Seldom

            ☐ Occasionally          ☐ Never

41.     Do you belong to any Bible or other religious study group?

                    ☐ Yes          ☐ No

8

Juror Number:

If yes, please describe:

_____

_____

42.    In what ways, if at all, might your religious views or philosophical beliefs affect your service as a juror?

_____

_____

_____

## FIREARMS

43.    Have you ever possessed or used any type of firearm, or had training in the use of firearms?

☐ Yes        ☐ No

If yes, please explain:

_____

_____

44.    Do you, or anyone in your household, presently own guns?

If yes, please describe the kinds of guns, how many and the reason for ownership (hunting, collection, protection, etc.):

_____

_____

_____

Juror Number:

45.     Are you, any family members, or anyone close to you involved with any organization which takes a position on firearms policy?   Please tell us what groups and the nature of your involvement.

_____

_____

_____

46.     What are your views about firearms and the laws concerning firearms?

_____

_____

## CRIMINAL JUSTICE EXPERIENCE

47.     Have you or anyone close to you ever worked for or been associated with: (check all that apply)

| | | | |
|---|---|---|---|
| A prosecutor's office | ☐ Yes (self) | ☐ Yes (other) | ☐ No |
| A criminal defense attorney's office | ☐ Yes (self) | ☐ Yes (other) | ☐ No |
| Any other lawyer or law office | ☐ Yes (self) | ☐ Yes (other) | ☐ No |

(a)     If yes, please explain:

_____

_____

48.     Have you or anyone close to you ever been employed by, associated with, applied for work with, or plan to apply to work for any law enforcement or security agency, such as the police, sheriff, a prison or jail, FBI, DEA, ATF, ICE, or a private security firm?

☐ Yes          ☐ No

10

Juror Number:

(a)    If yes, please explain (including agency and dates of affiliation):

*Example: Son*        *FBI Agent*            *2007-present*

_____

_____

_____

_____

49.    Have you or anyone close to you ever been arrested, accused, charged, and/or prosecuted for a crime other than a minor traffic violation?

☐ Yes        ☐ No

(a)    If yes, please explain (including charge, approximate date, location, and case outcome):

*Example:*    *Close friend,*  *Drug Possession, 1982, New Mexico, Guilty at trial*

_____

_____

_____

(b)    Please explain your thoughts regarding the outcome(s):

_____

_____

_____

50.    Have you or anyone close to you ever been the victim of a crime?

☐ Yes        ☐ No

11

Juror Number:

(a)   If yes, please explain (including the person's relationship to you, when and where the crime occurred, and what happened):

*Example:*   *Sister, victim of assault, 1999, Albuquerque, NM, Defendant found not guilty.*

_____

_____

_____

(b)   Please explain your thoughts regarding the outcome of any legal proceedings:

_____

_____

_____

51.   Have you or anyone close to you ever appeared in court or in any grand jury proceeding as a witness?

☐ Yes          ☐ No

(a)   If yes, please explain:

*Example:*   *Self, New Mexico state court, 2006, witnessed a purse snatching*

_____

_____

_____

52.   What is your view about how law enforcement officers are treated generally?

_____

_____

_____

12

Juror Number:

53.   Do you or does anyone close to you have any strong views for or against law enforcement agencies, such as the local police, sheriff, FBI, DEA, state police, etc.?

_____

_____

_____

❑ Yes          ❑ No

(a)   If yes, please explain:

_____

_____

54.   A number of witnesses at the trial will be law enforcement officers from either federal, state, or local law enforcement agencies. The Judge will instruct you to consider and evaluate those persons' testimony just as you would consider any other witness' testimony. Despite that instruction, do you feel that because of any attitudes about, or experiences with law enforcement officers, you would be either more willing or less willing to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer?

❑ Yes          ❑ No

(a) If yes, please explain whether you would be more willing or less willing to believe such a witness, and why:

_____

_____

_____

_____

13

Juror Number:

## PRIOR JURY SERVICE

55.    Have you served as a trial juror before?

         ❏ Yes       ❏ No

   (a)    If yes, complete the following:

| Criminal or Civil Case | Main Charge | When did you serve | Did jury reach a verdict (Yes or No) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

   (b)   Were you ever the foreperson?    ❏ Yes   ❏ No

   (c)   If you have previously served on a jury, please explain whether you found the experience to be positive or negative.

_____

_____

_____

56.    Have you served on a grand jury in state or federal court proceedings?

         ❏ Yes       ❏ No

   (a)    If yes, please explain when and where and describe your feeling about the process:

_____

_____

_____

57.    Do you know any judges, lawyers or anyone else in the court system?

         ❏ Yes       ❏ No

14

Juror Number:

(a)    If yes, please describe who you know, where they work, and how well you know them.

_____

_____

## CRIMINAL JUSTICE ISSUES

58.    If you are chosen to serve as a juror in this case, the court will instruct you that John McCluskey is presumed to be innocent, that he cannot be convicted unless the government proves each essential element of the crimes charged beyond a reasonable doubt, and that there is no burden on Mr. McCluskey to prove that he is innocent. Do you believe you will be able to follow that instruction?

❏ Yes        ❏ No

(a)    If no, please explain:

_____

_____

59.    An indictment is a document that describes the charges with which a defendant is accused. If you are chosen to serve as a juror in this case, the court will instruct you that the indictment in this case may not be considered by you as any evidence whatsoever establishing the guilt of John McCluskey. Do you believe that you will be able to follow that instruction?

❏ Yes        ❏ No

_____

_____

If no, please explain:

_____

_____

60.    Please tell us your reaction to the following statement:

Even though the law says a Defendant has the right to remain silent, and need not testify in his own defense, <u>a person who chooses not to testify is probably guilty</u>:

15

Juror Number:

❑ Strongly Agree     ❑ Agree     ❑ Disagree     ❑ Strongly Disagree     ❑ No Opinion

Please explain:

_____

_____

_____

61.   Some of the testimony in this case may be from people who are alleged to have participated in
      the crimes charged and who have entered into agreements with the government to cooperate
      against Mr. McCluskey.   After receiving instructions from the Court, could you be able to
      consider their testimony fairly and impartially?

                    ❑ Yes          ❑ No

      (a)    If no, please explain:

_____

_____

62.   The evidence in this case might include testimony and photographs that describe and depict
      injuries and damage caused by a violent crime.   Does the possibility of exposure to that type of
      evidence affect your ability to decide the case fairly and impartially on the evidence presented
      and the law as instructed by the court?

                    ❑ Yes          ❑ No

_____

_____

      (a)    If yes, please explain:

_____

_____

_____

16

Juror Number:

63. Some of the testimony in this case may come from a psychiatrist, psychologist, social worker, or other mental health professional. What is your opinion about these fields and the ability of such persons to identify and explain reasons for human behavior?

_____

_____

_____

## KNOWLEDGE OF THE CASE

64. What, if any, knowledge do you have about this case?

_____

_____

_____

    (a)   From what source did you obtain this information?

_____

_____

_____

65. Have you formed an opinion regarding the guilt or innocence of Mr. McCluskey based on what you have seen, read or heard?

       ❑ Yes      ❑ No

(a) If yes, what is your opinion?

_____

_____

_____

66. Would the information that you heard, received, or read from any source affect your ability to be fair and impartial if you are selected to serve as a juror in this case?

       ❑ Yes      ❑ No

Juror Number:

(a)    If yes, please explain:

_____

_____

_____

67.    Do you know any of the following persons:

A.    Defense lawyers: Michael Burt, Theresa Duncan, and Gary Mitchell;

B.    Prosecutors: Linda Mott, Gregory Fouratt, and Michael Warbel; or

C.    The defendant, John C. McCluskey?

❑ Yes        ❑ No

(a)    If yes, please explain:

_____

_____

_____

68.    The trial will be presided over by the Honorable Judith Herrera, United States District Judge, District of New Mexico. Do you know Judge Herrera or any member of her staff?

❑ Yes        ❑ No

(a)    If yes, please explain:

_____

_____

_____

69.    Do you or anyone close to you know any of the persons involved in any way with the events charged in this case?

❑ Yes        ❑ No

18

Juror Number: _____

(a)    If yes, please explain:

_____

_____

70.    The names of the victims in this case are Gary and Linda Haas, of Tecumseh, Oklahoma. Do you think you may have known either of these individuals or any members of their family?

☐ Yes        ☐ No

(a)    If yes, please explain:

_____

_____

71.    Based on what you know about this case, including anything you may have learned today, have you formed any opinions about the guilt or innocence of John McCluskey or the appropriate punishment in this case?

☐ Yes        ☐ No        ☐ Unsure

(a)    If yes or unsure, please explain:

_____

_____

_____

## QUESTIONS CONCERNING SENTENCING

If, and only if, Mr. McCluskey is found guilty of one or more of the capital crimes charged in the indictment, there will be a separate hearing for the same jury to decide whether the appropriate sentence is life imprisonment without parole, or death. The decision whether to impose a life imprisonment without the possibility of release or a sentence of death is one the law leaves entirely to the jury. If the jury votes unanimously for a death sentence, the judge is required to impose a sentence of death. The law never requires any juror to vote for a sentence of death. The alternative is a sentence of life imprisonment without the possibility of release.

Juror Number:

Accordingly, it is important that we know your thoughts and opinions regarding punishment, life imprisonment without the possibility of release, and the death penalty. Should this case proceed to a capital sentencing hearing, you will be instructed in detail on the burdens of proof and the procedures to be followed. At this time, however, we are not inquiring about particular circumstances that may arise in this case, but only about your general feelings and views.

By asking these questions about punishment, the Court is not suggesting in any way that Mr. McCluskey is guilty, or that you will in fact be called upon to decide a penalty in this case. The judge must know, however, whether you could be fair to both the prosecution and the defense on the issue of punishment if you reach that issue.

72.    In general, what are your personal views on the death penalty for a defendant who is guilty of two willful, deliberate, malicious, and premeditated murders?

_____

_____

_____

_____

_____

73.    How, if at all, have your views about the death penalty changed in the last 10 years (i.e., more in favor or less in favor), and why did your views change?

_____

_____

_____

74.    Please circle one number on the 1 to 10 scale below that is closest to your overall opinion regarding the death penalty in a capital case. (The lower the number you circle, the more you oppose or disfavor the death penalty. The higher the number, the more you support or favor the death penalty.)

Strongly Opposed                                        Strongly Favor

1     2     3     4     5     6     7     8     9     10

20

Juror Number:

75.     In your opinion, the death penalty in our society is (circle all that apply):

    1. Useful
    2. Necessary
    3. Just
    4. Important for costs
    5. Counterproductive
    6. Inhumane
    7. Other (please explain):

_____

_____

_____

76.     Which of the following best describes your view (please check only one):

❑     If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and law in the case, and could not vote for a life sentence under those circumstances.

❑     I am strongly in favor of the death penalty and would have a difficult time voting against it if a person is convicted of a capital crime, regardless of the facts and law in the case.

❑     I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.

❑     I do not have strong opinions either for or against the death penalty, and I would consider both alternatives and base a decision to impose it on the facts and law in the case.

❑     I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if is called for by the facts and the law in the case.

❑     I am strongly opposed to the death penalty and I will have a difficult time voting to impose it regardless of the facts and law in the case.

❑     I am personally, morally, or religiously opposed to the death penalty and would never vote to impose it, regardless of the facts and law in the case.

21

Juror Number:

(a)    Please explain your answer above. Why did you choose that answer as best describing your views?:

_____

_____

_____

_____

77.    In a case where an accused has been found guilty of intentionally murdering another person, I would **never** vote to impose the death penalty, regardless of the circumstances?

❏ Agree            ❏ Disagree

(a)    If you agree, please explain:

_____

_____

78.    In a case where an accused has been found guilty of intentionally murdering another person, I would **always** vote to impose the death penalty, regardless of the circumstances?

❏ Agree            ❏ Disagree

(a)    If you agree, please explain:

_____

_____

79.    Do you have any moral, religious, ethical, philosophical, or other personal beliefs that would prevent you from sitting in judgment of another human being in a case where the death penalty is being sought by the government?

❏ Yes            ❏ No

(a)    If yes, please explain:

_____

_____

Juror Number:

80.    Do you believe the death penalty is sought:

❑ Too often          ❑ Too Seldom          ❑ About right

81.    What would be important to you in deciding whether a person found guilty of a capital offense should be sentenced to death or life imprisonment without the possibility of release?

_____

_____

_____

82.    If a person is sentenced to the death penalty, do you think it is likely that the person will actually be put to death?

❑ Yes          ❑ No          ❑ Unsure

Add any comments you wish:

_____

_____

_____

83.    Do you believe that a sentence of life imprisonment without the possibility of release is a more severe or less severe punishment than the death penalty?

❑ More severe          ❑ Less severe          ❑ Just as severe

(a)    Please explain:

_____

_____

_____

84.    Have you or anyone close to you ever belonged to, supported, signed petitions or donated time or money to any group of organization which opposes or supports the death penalty?

Supports:    ❑ Yes, myself    ❑ Yes, friends/family          ❑ No
Opposes:     ❑ Yes, myself    ❑ Yes, friends/family          ❑ No

23

Juror Number:

Please explain:

_____

_____

85.    In deciding whether to impose a sentence of death or life imprisonment without the possibility of release, how much importance would you attach to each of the following:

|  | Not At All | A Little | Some-what | Very Important |
|---|---|---|---|---|
| (a) The number of people killed | 1 | 2 | 3 | 4 |
| (b) The defendant was the actual killer | 1 | 2 | 3 | 4 |
| (c) The impact on family/friends who lost a loved one | 1 | 2 | 3 | 4 |
| (d) The defendant was an escapee | 1 | 2 | 3 | 4 |
| (e) A defendant has previously committed violent crimes | 1 | 2 | 3 | 4 |
| (f) The costs of keeping someone in prison for life | 1 | 2 | 3 | 4 |
| (g) If you intentionally take a life, you forfeit your life | 1 | 2 | 3 | 4 |
| (h) Others involved in the crime received sentences less than death | 1 | 2 | 3 | 4 |
| (i) Federal prison can safely and securely incapacitate the defendant | 1 | 2 | 3 | 4 |
| (j) A defendant's remorse | 1 | 2 | 3 | 4 |
| (k) A defendant's mental disease or defect | 1 | 2 | 3 | 4 |
| (l) A defendant's unstable childhood | 1 | 2 | 3 | 4 |
| (m) Even someone who kills can change for the better | 1 | 2 | 3 | 4 |
| (n) A defendant had never killed anyone before | 1 | 2 | 3 | 4 |
| (o) A defendant's emotional distress at the time of the murder | 1 | 2 | 3 | 4 |
| (p) The lack of certainty about what led up to the murder | 1 | 2 | 3 | 4 |

Juror Number:

86.    Do you have any close friends or relatives who would criticize you or be disappointed in you if you voted for the death penalty, or did not vote for the death penalty, in a capital case?

❑ Yes, if I voted for the death penalty
❑ Yes, if I voted against the death penalty
❑ No

Please explain:

_____

_____

_____

87.    Even if you hold very strong beliefs, religious, philosophical, or otherwise, are you able to discuss and exchange thoughts and ideas with someone with different strong beliefs?

❑ Yes        ❑ No

(a)    Why, or why not?

_____

_____

_____

88.    If you are chosen as a juror in this case, the judge will instruct you that possible punishments are not to be considered during the guilt/innocence phase of trial, at which the jury must determine if Mr. McCluskey is guilty or not guilty of the offenses charged in the indictment. Will you be able to follow this instruction and, at the guilt/innocence phase of trial, consider whether the defendant is guilty or not guilty of the offenses charged in the indictment without consideration of the possible punishments?

❑ Yes        ❑ No

(a)    If no, please explain:

_____

_____

_____

Juror Number:

89.    In consideration of the possible imposition of a sentence of death, the law forbids jurors from considering the race, color, national origin or sexual orientation of the defendant or the victim. Do you have any reservations about your ability to strictly abide by this requirement of law?

         ❑ Yes        ❑ No

(a)    If yes, explain why:

_____

_____

_____

## CONCLUSION

90.    Can you think of anything else (political, ethical, moral, religious, philosophical, medical or personal) you believe may be relevant to or would affect your ability to serve as a juror in this case?

         ❑ Yes        ❑ No

If yes, explain:

_____

_____

_____

91.    Is there anything you have not included in the above answers which you would like to discuss privately with the judge and attorneys and not put in writing?    If so, please indicate and we will provide you with an opportunity to explain later in court.

         ❑ Yes        ❑ No

Juror Number:

**ADDITIONAL COMMENT PAGE IF NECESSARY**
(Please identify the question number for each answer)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

27

Juror Number:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____