*United States v. Eric Robert Rudolph*
No. CR-00-S-422-S
Judge Presiding: The Hon. C. Lynwood Smith, Jr., N. District of Alabama
(Voir dire began April 6, 2005)

# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR-00-S-422-S |
| | ) | |
| ERIC ROBERT RUDOLPH | ) | |

**JUROR QUESTIONNAIRE**

You are being asked to complete this questionnaire as a time saving device for yourself, the attorneys involved in this case, and the court. This is not a test of your knowledge of the laws of the United States. The rules of law that apply to this case will be explained by the court to those persons who actually are selected as trial jurors.

All of your answers to the following questions will be held in strictest confidence. Your answers will, of course, be reviewed by the court and lawyers, and you may be asked to elaborate upon some of your responses during the individual questioning process that will occur in May. If anything you write when answering the following questions concerns a subject you would prefer to discuss in private during the individual questioning process in May, out of the hearing of any persons other than the judge and lawyers, then please place an asterisk (*) at the beginning of your answer to alert us to your desire for privacy.

For our system of laws to work, it is imperative that your answers be as accurate as possible and truthful. If you have difficulty either reading or writing, one of the Court employees present can assist you. The answer to each question, however, must be yours, and yours alone. Everyone respects your right to express any opinion you hold.

Please be honest, candid, and completely truthful. At the end of this questionnaire, you will be required to swear or affirm that your answers are true and correct. Even so, there are no "right" or "wrong" answers. The sole purpose of this questionnaire is to assist the attorneys for the government and defendant in selecting a fair and impartial jury to try the issues in this case. If this highly important objective of selecting a fair and impartial trial jury is not achieved, the balance of the proceedings will become meaningless. Your full, complete, and truthful cooperation, therefore, is vitally important.

_____
C. Lynwood Smith, Jr.
United States District Judge

JUROR No. _____

1

_____
JUROR NUMBER

## PLEASE **PRINT** LEGIBLY

(**Note**:  If you need more space to complete any answer, blank pages are provided at the end of this questionnaire for your use.)

**Background Information**

1.    Please state your full name: _____

2.    Have you been known by any other name(s)?    Yes (___)  No (___)

       If "Yes," list other name(s) used _____
       _____

3.    What is your race? _____

4.    Present marital status:      Single        (___)

                                              Married      (___) Date:_____

                                              Separated   (___) Date:_____

                                              Divorced     (___) Date:_____

       _____
                                       (List Spouse's name)

5.    Your county of residence:_____

6.    Do you live in the City of Birmingham?   Yes (___)  No (___)

7.    Do you work in the City of Birmingham? Yes (___)  No (___)

8.    How often, on average, are you in Birmingham?
       (Please check the response that best applies)

                            _____   Never
                            _____   Once to several times a year
                            _____   About once a month
                            _____   2 to 3 times a month
                            _____   More than 3 times a month

2

<table>
<tr><td>

**YOU**

9.    Your date of birth: _____

       Your age:   _____

</td><td>

**OTHER ADULTS**
**LIVING IN YOUR HOUSEHOLD**

</td></tr>
</table>

**YOU**

9.    Your date of birth: _____

       Your age:   _____

**OTHER ADULTS**
**LIVING IN YOUR HOUSEHOLD**

What is his/her relationship to you?
_____

His/her date of birth? _____

His/her age: _____

10.   Your employer: _____

      Length of employment: _____

      Job  Duties: _____

His/her employer: _____

Length of employment: _____

 Job  Duties: _____

11.   Previous employment: _____

      Address: _____

      Length of employment: _____

      Job Duties: _____

      Reason for leaving: _____
      _____

Previous employment:_____

Address: _____

Length of employment: _____

Job Duties: _____

Reason for leaving: _____
_____

12.   If you are not currently employed, please describe other responsibilities that you have (such as care of a child under 10 years of age, care of an aged or infirm person, or school): _____
_____
_____

13.   Please tell us the following about your children, step-children, and grandchildren:

| Sex | Age | Highest Grade Completed and Occupation | Child or Grandchild |
|-----|-----|----------------------------------------|---------------------|
|     |     |                                        |                     |
|     |     |                                        |                     |
|     |     |                                        |                     |
|     |     |                                        |                     |

14.  Have you, a family member, or a close personal friend ever been discriminated against in any way?

Yes (__)     No (__)

If "Yes", please explain:_____

15.  Has anyone close to you experienced discrimination as a result of his or her race, religion, ethnicity, gender, beliefs, or sexual orientation?

Yes (__)     No (__)

If "Yes", please explain:_____

16.  Have you observed, or in any way been affected by, prejudice based on race, religion, ethnicity, gender, beliefs, or sexual orientation?

Yes (__)     No (__)

If "Yes", please explain:_____

17.  Have you, or has anyone close to you, had any negative experience with, or been affected by, any person or group who you consider to be "extremist"?

Yes (__)     No (__)

If "Yes", please explain:_____

**Participation in Government**

18.  Are you a registered voter?     Yes (__)     No (__)

19.  Check your political party affiliation, if any (please check only one):

_____ Democrat
_____ Republican
_____ Libertarian
_____ Other_____

20.   Do you consider yourself (please check one):

        \_\_\_ Very liberal
        \_\_\_ Somewhat liberal
        \_\_\_ Middle of the road
        \_\_\_ Somewhat conservative
        \_\_\_ Very conservative

21.   How often do you vote in any federal, state or local election? (please check one):

        \_\_\_ Never
        \_\_\_ Seldom
        \_\_\_ Often
        \_\_\_ Always

22.   What political groups, foundations, and action committees are you a member of, or supportive of?_____

23.   Have you ever participated in a protest against any government action?

Yes (__)     No (__)

If "Yes," please explain:_____

24.   Have you ever had, or do you now have, or do you anticipate having in the future, any claim against the United States Government, or any State or Local Government?

Yes (__)     No (__)

If "Yes," please explain:_____

25.   Have you, or anyone close to you, ever been employed by any municipal, county, or state government, or by the United States government?

Yes (__)     No (__)

If "Yes", please describe:_____

5

26.   Have you, or anyone close to you, ever held an elected or appointed office?

Yes (__)      No (__)

If "Yes" <u>as to yourself</u>, please describe your office and when it was held: _____

_____

If "Yes" <u>as to a person close to you</u>, please describe your relationship to that person(s) and the person(s) office: _____

_____

27.   Do you display anything, such as a flag or sign, in your yard, home, or workplace to express your allegiance to our government or any other allegiance?

Yes (__)      No (__)

If yes, please describe: _____

_____

28.   What is your opinion of people who display the Confederate Flag? _____

_____

**Leadership**

29.   Have you ever written a letter to the editor of a newspaper, or called into a radio or TV talk show, to express an opinion on any issue?

Yes (__)      No (__)

If "Yes," please describe: _____

_____
_____

30.   Do you participate in any Internet "chatrooms," "blogs," or discussion forums?

Yes (__)      No (__)

If "Yes", please describe: _____

_____
_____

31.    Would you describe yourself more as a follower or a leader? (please check one):

            ___  Follower
            ___  Leader

    a.    In what type of situation(s) are you more likely to be a <u>leader</u>?  (Include any leadership positions.)_____

    _____

    b.    In what type of situation(s) are you more likely to be a <u>follower</u>?_____

    _____

32.    Please complete the following:

    a.    Name the two people who are publicly known that you <u>most</u> admire or respect:
            1. _____
            2. _____

    b.    Name two people who are publicly known that you least admire or respect.
            1. _____
            2. _____

**Religious Affiliation**

33.    Are you a member of, or do you attend, any church, synagogue, mosque, or place of worship?

    Yes (__)     No (__)

    a.    If "Yes," which one? _____

    b.    How often do you attend? _____

    c.    What positions do you hold, and in what activities do you/your family participate? _____

    d.    Are you a member of or do you participate in any other groups or activities associated with a particular religion or philosophy other than the one mentioned above?
            Yes (__)     No (__)

7

If "Yes", please explain:_____
_____
_____

34.    How often have you read the Bible in the last year?  (Circle one)

      1.    several times a day
      2.    once a day
      3.    several times a week
      4.    once a week
      5.    less than once a week
      6.    once a month
      7.    less than once a month
      8.    have not read in the last year

35.    How important is your faith to you?  Would you say it is:

   ___   Extremely important and I make major life decisions based on my faith
   ___   Important, but I consider other issues, too
   ___   Not very important in my daily life

**Education, Special Skills and Occupation**

36.    What is the highest grade you completed in school?  (Check one)

   ___  Below 8th Grade
   ___  12th Grade or GED
   ___  College 1 year
   ___  College 2 years
   ___  College 3 years
   ___  College 4 years
   ___  Post Graduate

Name of High School: _____

Did you graduate?   Yes (__)      No (__)

What were your favorite subjects? _____
_____
_____ _____

Your least favorite subjects? _____
_____

37.   If you attended school after high school, please complete the following:

   a.   Write the name(s) of the college (or colleges) you attended
        _____

   b.   What was your major course of study?
        _____

   c.   Are you presently a student?     Yes (__)  No (__)

        If "Yes", what are you studying?_____

38.   What do you consider to be your most important or significant informal learning
      experience (i.e., something you learned out of school)? _____
      _____
_____

39.   Please circle <u>any</u> of the following fields in which you have experience or training,
      then describe your training or experience in the following blank lines.

|                          |                          |                          |
|--------------------------|--------------------------|--------------------------|
| Auditing/Compliance      | Chemistry                | Criminal Law             |
| Criminal Justice         | Crime Scenes             | Ethics                   |
| Forensics                | Firearms/weapons         | Forestry                 |
| Identification procedures | Health Care/Medicine     | Law Enforcement          |
| Mountaineering           | Outdoor survival skills  | Psychiatry               |
| Psychology               | Religion                 | Sociology                |
| Social Work              | Social activism training seminars (examples: abortion rights, pro-life, voting rights, gay rights) | |

      Please describe the experiences or training that you circled:_____
_____

            _____

9

40.  Have you, or has someone close to you, had any experiences with psychiatrists, psychologists, or other mental health professionals?

Yes (__)     No (__)

If "Yes," please explain:_____

_____

_____

41.  If you could change your work or profession, what would you change it to? _____

_____

**Military Service**

42.  Have you, or any member of your family, ever served in any branch of the armed forces of the United States of America (including the National Guard or Reserves)?

Yes (__)     No (__)

a.  If you served in the armed forces, what were the approximate dates of your service? _____

b.  What was your discharge status? _____

c.  What branch of the service were you in? _____

d.  Were you in active combat?     Yes (__) No (__)

If "Yes", where?_____

**Experience with Law and Law Enforcement Officials**

43.  Have you, or any member of your family, ever been employed by an attorney?

Yes (__)     No (__)

If "Yes," please give name of attorney and nature of attorney's practice:

_____

_____

44.  Have you ever received any training in law?

Yes (__)     No (__)

If "Yes," briefly describe the nature of that training and the duration of that training: _____

_____

45.   Do you have relatives or close friends who have had any training in law?

Yes (__)      No (__)

If "Yes", please state your relationship to that person and describe your communications with that person touching upon law-related subjects: _____
_____
_____

46.   Have you, or any friends or acquaintances, applied for a job with, or been employed in, law enforcement, or served in a volunteer capacity (for example, as a police officer, constable, auxiliary deputy sheriff, secretary in police department)?

Yes (__)      No (__)

If "Yes" as to yourself, please explain: _____
_____

If "Yes" as to a friend or acquaintance, briefly describe their relationship to you, the dates and nature of the employment, and your communications with that person touching upon law-related subjects:_____
_____
_____

47.   Whether or not you are employed by, or volunteered for, a law enforcement or other investigative agency, have you ever had any contact with anyone in such an agency through your work, in your neighborhood, or in your social life?

Yes (__)      No (__)

If "Yes", please explain: _____
_____

_____

48.   Have you, your spouse, any member of your family, or a friend, ever worked in a prison, a jail or detention center, or for a security agency, a detective agency, or other law enforcement position?

Yes (__)      No (__)

If "Yes" list position and date (s) held:_____
_____

11

49.    Please tell us how much confidence you have in the work of each of the following organizations:

Alabama Bureau of Investigation          ___ Total ___ Some ___ None

Birmingham Police Department          ___ Total ___ Some ___ None

FBI (Federal Bureau of Investigation)    ___ Total ___ Some ___ None

ATF (Federal Bureau of Alcohol,
     Tobacco, and Firearms)          ___ Total ___ Some ___ None

50.    Have you ever notified the police or any authority about any sort of wrong-doing?

Yes (__)      No (__)

If "Yes", please explain: _____

_____

Was the person you reported known to you?    Yes (__) No (__)

If "Yes", what was the relationship: _____

_____

51.    Have you, your spouse, any member of your family, or a friend, ever been connected with the U.S. Attorney's Office, or the State District Attorney's Office of Jefferson County, Alabama, or any other county?

Yes (__)      No (__)

If "Yes," please explain: _____

_____

52.    Do you, or any member of your family, or a friend, know anyone who works in the criminal defense field, including attorneys, investigators, law clerks, paralegals, or secretaries?

Yes (__)      No (__)

If "Yes," please explain: _____

_____

_____

53.  Have you, or any member of your family, or a close personal friend, ever been associated with, or worked with, any program that was dedicated to the rehabilitation of persons who have been convicted of a crime?

Yes (__)     No (__)

If "Yes," please explain: _____

_____

_____

54.  Have you, any of your family members, or close personal friends ever been employed by, or volunteered in any way, with a victim's support or advocacy group, or a group that advocates changes in the criminal laws?

Yes (__)     No (__)

If "Yes", please explain: _____

_____

_____

**Prior Jury Service or Experience**

55.  Please respond to the following:

a.  Have you served on a jury before?

Yes (__)     No (__)
[If "No," skip to the next question:  # 56]

b.  If "Yes," which kind of jury have you served on?

___  Civil
___  Criminal
___  Both

13

c.    If the case was a CRIMINAL trial, please give the following information for <u>each</u> CRIMINAL jury you served on

|  | Case #1 | Case #2 | Case #3 |
|---|---|---|---|
| Type of Case | _____ | _____ | _____ |
| How long ago: | _____ | _____ | _____ |
| Reach Verdict? | Yes (___) No (___) | Yes (___) No (___) | Yes (___) No (___) |
| What was the verdict? | _____ | _____ | _____ |
| Did jury set Punishment? | Yes (___) No (___) | Yes (___) No (___) | Yes (___) No (___) |
| Were you the foreperson? | Yes (___) No (___) | Yes (___) No (___) | Yes (___) No (___) |

d.    If <u>other than Criminal</u>:  Type of Case _____ When _____
_____

e.    In general, how much did you participate in that jury's decision? (Check one)

_____ Less than other jurors

_____ More than other jurors

f.    What stands out in your mind about your jury experience, whether positive or negative, or both:_____
_____
_____

56.   Other than your prior jury service, have you ever been interested in the outcome of any criminal case?

Yes (__)     No (__)

If "Yes," please state the case or cases in which you were interested, and why you were interested.  For instance, were you interested because of something you read in newspapers or books, or something you viewed on television or heard on the radio? _____
_____
_____

14

57.     Have you or your spouse ever been a grand juror?

        Yes (__)     No (__)

        If "Yes", please explain: _____

_____
_____

**Prior Experience with the Legal System and the Courts**

58.     Have you, any member of your family, or an acquaintance, ever been accused of
        a crime?

        Yes (__)     No (__)     I think so (__)     I don't know (__)

        If "Yes" or "I think so," please state details: _____

        _____
        _____

59.     Were you, any member of your family, or any acquaintance, ever a witness
        in a criminal case?

        Yes (__)     No (__)     I think so (__)     I don't know (__)

        If "Yes" or "I think so," please briefly state details: _____

_____
_____
        _____

60.     Have you, any member of your family, or a friend, ever been the victim of a crime?

        Yes (__)     No (__)

        If "Yes," please briefly state details: _____

        _____

        Was the perpetrator of the crime caught?     Yes (__) No (__)

        If "Yes," did the matter ever go to trial?   Yes (__) No (__)

        If "Yes," please give details: _____

_____
_____

If "Yes," did you work with the police and/or prosecutor in trying to solve the crime or in the trial or resolution of the case?

Yes (___)      No (___)

If "Yes," please explain:

61.    Do you know anyone who has been injured or died as the result of a crime?

Yes (___)      No (___)

If "Yes," what is or was the person's relationship to you? _____

And if "Yes," please describe the circumstance(s) :_____

62.    Do you know anyone who was killed or injured as the result of a blast or explosion?

Yes (___)      No (___)

If "Yes", please explain:_____

63.    Have you ever witnessed, or experienced, any type of a blast or explosion?

Yes (___)      No (___)

If "Yes", please explain:_____

64.    Have you, any member of your family, or any acquaintance, ever been arrested?

Yes (___)      No (___)

If "Yes," please describe what happened: _____

a.    Are you presently under indictment or legal accusation for a misdemeanor or felony?

Yes (__)      No (__)

b.    Are you currently on felony deferred adjudication or probation?

Yes (___)      No (___)

65.    Have you, or anyone you know, ever served time in a jail or penitentiary?

Yes (__)      No (__)

If "Yes" as to <u>yourself</u>, please explain: _____

_____

If "Yes" as to <u>someone you know</u>, what relation is, or was, that person to you?___

_____

For what crime is, or was, that person serving time?  _____

66.    Have you ever had a pleasant (or an unpleasant) experience involving a law enforcement officer, including the filing of a complaint, or writing a letter, or making a statement in support of (or critical of) a law enforcement officer?

Yes (__)      No (__)

If "Yes," please explain:_____

_____

67.    Have you ever been an eyewitness to any crime or criminal event, and been asked to tell what you saw or heard (even if you didn't testify in court)?

Yes (__)      No (__)

If "Yes," please explain: _____

_____

68.  Have you ever been questioned by, or given a statement to, the police or an investigator of any kind (other than for a traffic accident)?

Yes (__)     No (__)

If "Yes," please explain:_____

_____

69.  Have you ever given an affidavit, deposition, or testimony of any kind, in a court proceeding or related matter?

Yes (__)     No (__)

If "Yes," please explain:_____

_____

70.  What is your opinion of attorneys who <u>prosecute</u> persons accused of crimes? ___

_____

_____

71.  What is your opinion of attorneys who <u>defend</u> persons accused of crimes? _____

_____

_____

**Leisure/Organizations**

72.  What are your hobbies, favorite recreations, or pastimes? _____

_____

73.  What are your spouse's hobbies, favorite recreations, or pastimes? _____

_____

74.  List any newspapers and magazines you subscribe to, or that you buy off the rack:

_____  _____

75.  Name the last book you read, or that you are presently reading: _____

_____

76.  What TV show or shows do you regularly watch? _____

_____

_____

77.  What radio station do you listen to most often? _____

18

78.    List any bumper stickers or decals on any vehicle in your household: _____
_____

79.    What bumper stickers have you seen that you like or admire? _____
_____

80.    Do you have a vanity (or personalized) license plate on your vehicle?

       Yes (__)     No (__)

       If "Yes," please state what it says: _____
_____

81.    Please list any organizations or groups of which you are a member, or the meetings
       of which you attend.  This includes church or religious organizations, professional,
       political, social service, community, special interest, hobby, sports, or recreational
       groups.
       _____
       _____
       _____
       _____

82.    If you volunteer with, or donate money to, any organization(s), please list those
       organizations: _____
_____

**Opinions on Firearms and Crime**

83.    Do you favor gun registration?    Yes (__) No (__)

84.    How concerned are you about the use of illegal drugs in our society?

              ____   I am more concerned than anyone I know
              ____   I am more concerned than most people I know
              ____   I am concerned to the same degree as most people I know
              ____   I am less concerned than most people I know
              ____   I am less concerned than anyone I know

85.    There is a move in some areas of the country to legalize marijuana; in fact, some
       states are permitting the use of marijuana for medical purposes.  What is your
       reaction to the legalization of marijuana? _____
       _____
       _____

86.  What is your opinion about people who use marijuana for recreational (non-medical) purposes? _____

_____

_____

87.  How serious do you think crime is in your neighborhood?  (Check one)

      ___  Very serious
      ___  Somewhat serious
      ___  Not a serious problem

88.  Is there a crime prevention group in your neighborhood?

Yes (__)       No (__)

If "Yes," do you participate in it?

Yes (__)       No (__)

If "Yes," please explain: _____

_____

_____

89.  How worried, or concerned, are you about the crime problems in society? (Check one)

      ___  I am more concerned than anyone I know
      ___  I am more concerned than most people I know
      ___  I am concerned to the same degree as most people I know
      ___  I am less concerned than most people I know
      ___  I am less concerned than anyone I know

90.  What do you think are the reasons that people commit most of the violent crimes in our society? _____

_____

91.  What do you think makes a person dangerous? _____

_____

92.  What do you think makes a person violent? _____

_____

93.   Is it ever okay for a person to take the law into his or her own hands?

Yes (__)     No (__)

If "Yes," please describe when it is appropriate: _____

_____

_____


**Publicity about this case**

You are being considered as a juror in the case of United States v. Eric Robert Rudolph. The case involves an explosion at the New Woman All Women's Health Care Clinic in Birmingham, Alabama on January 29, 1998. In the explosion a Birmingham police officer, Robert D. Sanderson, was killed; and a nurse, Emily Lyons, was severely injured. On February 14, 1998, Eric Robert Rudolph was charged with the bombing. On May 31, 2003, Eric Robert Rudolph was arrested by local police in Murphy, North Carolina. There has been much publicity surrounding this case and Mr. Rudolph.

It is not at all improper for you to have heard or read about this case, or to have had discussions and expressed thoughts and opinions about it. We simply need to know what you have read, heard, discussed, or thought about the case.

94.   If you have heard or read anything about this case, please indicate where you heard or read about it. (Check all that apply)

___   T.V. News or T.V. Documentaries
___   Radio News
___   Newspaper
___   Magazines
___   Books
___   Internet or E-mail
___   Conversations

95.   How would you describe the amount of media coverage you have seen about this case? (Check one)

___   Very much (went out of your way to read about it and watch news accounts of it).

___   Quite a bit (read a few articles or watched a few television specials).

___   Not too much (just basic coverage on the nightly news or morning news).

___   None or hardly at all (just heard about it).

21

96.   When was the last time you saw or heard any media coverage about this case?
_____

97.   Please tell us everything you remember reading about the case in the newspaper, or hearing or seeing about the case on television, radio, or the Internet (or from any other source): _____
_____
_____
_____
_____
_____
_____
_____
_____

98.   In addition, what do you remember reading, hearing, or seeing about Eric Robert Rudolph and/or his family? _____
_____
_____
_____
_____
_____

99.   What comments, if any, do you recall hearing made in the media by any officials, prosecutors, law enforcement officers, or defense attorneys? _____
_____
_____
_____

100.  What, if anything, have you seen or heard from any victims or families/friends of victims in this case? _____
_____
_____
_____

101.  What kinds of things have you heard people in the community say about the case or about Eric Robert Rudolph? _____
_____
_____
_____

102.    What kinds of things have you said in conversations about the case or Eric Robert Rudolph? _____

_____

_____

_____

103.    What else do you know, or think you may know, about this case? _____

_____

_____

_____

104.    Based on what you know about the case at the present time, do you, or any member of your family, or a friend, know anybody on the criminal defense team or the prosecution team, including attorneys, investigators, law clerks, paralegals, or secretaries?

Yes (__)      No (__)

If "Yes," please explain: _____

_____

_____

105.    Based on what you have read, heard, seen, or discussed about this case, which of the following best describes whether you believe Eric Robert Rudolph is guilty or not guilty of the charges against him:

____    Definitely guilty
____    Probably guilty
____    Possibly guilty
____    Possibly not guilty
____    Probably not guilty
____    Definitely not guilty
____    Don't know

**The New Woman All Women's Health Center bombing on January 28, 1998**

106.    Were you aware of the bombing at the New Woman All Women's Health Center at the time it happened?

Yes (__)      No (__)

If "Yes," please state how: _____

_____

23

107.   Did you, or any member of your family, or close friends, provide assistance of any kind to people participating in the rescue efforts associated with the bombing of the New Woman All Women's Health Center on January 28, 1998?

Yes (___)     No (___)

If "Yes," please explain: _____

_____

_____

108.   Did you, or any member of your family, or close friends, give any money, gifts in kind, or any form of assistance to victims of the bombing?

Yes (___)     No (___)

If "Yes," please explain: _____

_____

_____

109.   Have you visited the New Woman All Women's Health Center site since the time of the bombing?

Yes (___)     No (___)

If "Yes," please explain: _____

_____

_____

**Opinions about Evidence**

110.   The evidence in this case might include testimony and photographs that describe and depict injuries and damage caused by violent crime.  Does the possibility of exposure to that type of evidence affect your ability to decide this case fairly and impartially on the basis of the evidence presented, and, the law as explained by the judge?

Yes (___)     No (___)

If "Yes," please explain: _____

_____

**Opinions about Abortion**

111. Do you have an opinion about whether or not abortion should be legal in this country?

    Yes (__)    No (__)

    If "Yes," please describe your opinion and the basis for it: _____

_____

_____

112. Does your religion or philosophy take a position on the issue of abortion?

    Yes (__)    No (__)

    If "Yes," what is that position? _____

_____

_____

113. To what extent do you agree or disagree with the position taken by your religion or philosophy? _____

_____

_____

114. Have you read or purchased literature or books that are written from either the pro-life or pro-choice perspective?

    Yes (__)    No (__)

    If "Yes," please describe: _____

_____

_____

115. Have you seen or purchased films, videos, or other recordings that were produced with either a pro-life or pro-choice perspective?

    Yes (__)    No (__)

    If "Yes," please describe: _____

_____

_____

116. Have you been involved with any type of social activism (such as letter writing, demonstrating, petitions) that involves the issue of abortion?

Yes (__)    No (__)

If "Yes," please explain: _____

_____

_____

117. Do you now, or have you ever, belonged to any organizations, or attended any meetings or forums, that deal with the issue of abortion?

Yes (__)    No (__)

If "Yes," please explain: _____

_____

_____

118. Have you ever followed any cases or news stories that deal with an event that happened at an abortion clinic, involving a doctor performing abortions, or anything related to abortion?

Yes (__)    No (__)

If "Yes," please explain: _____

_____

_____

119. Have you ever felt threatened, intimidated, or annoyed by any person or group protesting abortion?

Yes (__)    No (__)

If "Yes," please explain that situation: _____

_____

_____

**Opinions on the Death Penalty**

The Court is asking questions regarding your feelings about the death penalty because the death penalty is one of the possible sentences for a person convicted of certain of the charges contained in the indictment in this case. The other possible punishment is life in prison without the possibility of release.

The case may proceed in two stages.

26

During the first stage of the trial, the jury will determine whether the defendant is guilty or not guilty of one or more of the offenses charged in the indictment, including the capital count.

If the defendant is found guilty of an offense for which the death penalty may be imposed, there will be a second stage of the trial for the jury to determine the sentence to be imposed.

The court will sentence the defendant according to the decision of the jury.

In any case in which the charge carries a possible penalty of death, the law requires that jurors answer questions regarding their views, beliefs, and opinions about the possible penalties.

120.   What are your feelings about the death penalty?

_____
_____
_____
_____
_____
_____
_____

121.   What purpose, if any, do you think the death penalty serves in our society? _____

_____
_____
_____
_____

122.   Have you ever had any contact or involvement with any organization(s) that support or are opposed to the death penalty?

Yes (__)     No (__)

If "Yes," please describe: _____
_____

123.   Have your opinions about the death penalty ever been different than they are now?

Yes (__)     No (__)

If "Yes", how: _____
_____
_____

124. Do you think the death penalty in Alabama is used too often or too seldom?

Too often ____        Too seldom ____

Why? _____

_____

_____

125. What is your best argument for the death penalty? _____

_____

_____

_____

126. What is your best argument against the death penalty? _____

_____

_____

_____

127. Please circle the number that best reflects your opinion about the death penalty:

**Strongly Favor**                                    **Strongly Oppose**
    1      2      3      4      5      6      7      8      9      10

**For Question 128 below, please check the line that most accurately states your view about the death penalty:**

128. Where one person intentionally kills another person:

　　　　　__ The death penalty is always justified.

　　　　　__ The death penalty may or may not be justified, depending on the circumstances of the case.

　　　　　__ The death penalty is never justified.

**For Questions 129 through 132 below, please check the line that most accurately expresses the extent of your agreement with the statement that is made:**

129.   Anyone who plans and commits a murder should get the death penalty:

      __ STRONGLY AGREE
      __ AGREE SOMEWHAT
      __ DISAGREE SOMEWHAT
      __ STRONGLY DISAGREE

130.   Anyone who murders a law enforcement officer should get the death penalty:

      __ STRONGLY AGREE
      __ AGREE SOMEWHAT
      __ DISAGREE SOMEWHAT
      __ STRONGLY DISAGREE

131.   Anyone who commits an act of terrorism in which someone dies should get the death penalty:

      __ STRONGLY AGREE
      __ AGREE SOMEWHAT
      __ DISAGREE SOMEWHAT
      __ STRONGLY DISAGREE

132.   A person's background does not matter when it comes to whether or not he should be sentenced to death for a murder:

      __ STRONGLY AGREE
      __ AGREE SOMEWHAT
      __ DISAGREE SOMEWHAT
      __ STRONGLY DISAGREE

133.   What articles, books, movies or television programs have you read or seen which address the death penalty, or in which the death penalty is a part of the story?

_____

_____

_____

What effect did these have on you? _____

_____

_____

29

134.  What does your religion or philosophy teach about the death penalty? _____

_____

_____

_____

135.  What affect does this teaching have on your own views? _____

_____

_____

_____

**Concluding Questions**

136.  As a result of having been asked to fill out this questionnaire, have you now formed any opinions about this case?

Yes (__)       No (__)

If "Yes,", please explain: _____

_____

137.  Do you have any religious, moral, or ethical considerations that would prevent you from sitting in judgment of another person?

Yes (__)       No (__)

If "Yes," please explain: _____

_____

138.  Do you want to be a juror in this case?

Yes (__)       No (__)

Why, or why not? _____

_____

139.  What did you think when you received the jury summons for this case? _____

_____

_____

140.  What kinds of things did you say to others, or did others say to you, regarding your possible jury service in this case? _____

_____

_____

141. Please list anything you believe the Court and lawyers should know about you, that you think is important with reference to your ability to serve as a juror in this criminal case: _____
_____
_____
_____

142. Do you have any projects in progress at your job that would affect your ability to concentrate, if you were selected to serve as a juror in this case for a period as long as three or four months, beginning the end of May or early-June, 2005?

Yes (__)    No (__)

If "Yes," please explain: _____

_____

143. Do you have any mental disability or impairment that would interfere with your ability to serve, or prevent you from serving, as a juror during the trial of this case?

Yes (__)    No (__)

If "Yes," please explain: _____
_____
_____
_____

144. Do you have any physical disability or impairment, or any other health problem(s) (e.g., sight, hearing, emotional, etc.), which might affect your ability to serve as a juror during the trial of this case?

Yes (__)    No (__)

If "Yes," briefly state the nature of your health problems: _____
_____
_____
_____

31

145.    Do you have any medical conditions that require regular or frequent medication, or regular or frequent medical care and attention?

Yes (__)      No (__)

If "Yes," please explain: _____
_____
_____
_____

146.    Is there any other reason, that you have not been asked about,  that would interfere with your ability to serve, or that you believe would cause you to be unable to serve, as a juror for a period as long as 8 weeks, beginning in mid- to late-May, 2005?

Yes (__)      No (__)      Don't know/No Opinion (__)

If "Yes," please explain: _____
_____
_____
_____

### OATH OR AFFIRMATION

**I hereby declare, under the penalties of perjury, that all of my answers to the foregoing questions, and that all information I have provided herein, is true, correct, and complete.**


_____          _____
JUROR SIGNATURE                                   JUROR NUMBER

32

ADDITIONAL ANSWER SHEETS
(Please Make Reference to the Number of the Question Being Answered)

34