IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

**FILED UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DYLANN STORM ROOF | ) | |

### DEFENDANT'S REMAINING OBJECTIONS TO THE COURT'S PROPOSED CASE-SPECIFIC QUESTIONNAIRE (DKT. NOS. 391-92)

The Court has directed the parties to set forth any additional objections to the questions set forth in Docket Entries 391 and 392, without re-litigating issues already briefed.

Subject to and reserving all requests and objections previously made, the defense requests one additional modification to the questions set forth in Docket Entry 392. With respect to Question 31, the defense requests that the questions in subparts A-D be modified so as to make clear that the issue of guilt or innocence has been resolved, and thereby minimize the possibility that jurors would answer "No" for the irrelevant reason that guilt might not be proven beyond a reasonable doubt. *See Morgan v. Illinois*, cited and briefed in Dkt. No. 382. *See also* Dkt. Nos. 214, 291, 303, 330, 338, 343, 344. As modified, these questions at the end of Q 31 would read as follows:

(A)   Should the death penalty always be imposed when someone intentionally murders another person?

(B)   Should the death penalty always be imposed when someone commits multiple intentional murders?

(C)   Should the death penalty always be imposed when someone commits intentional murder because of the victims' race or color?

(D)   Should the death penalty always be imposed when someone intentionally murders another person while the victim is freely exercising his or her religious beliefs.

Respectfully submitted,

*s/ David I. Bruck*
David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Kimberly C. Stevens
Capital Resource Counsel
Assistant Federal Defender, District of Oregon
1070-1 Tunnel Road, Suite 10-215
Asheville, NC 28805
(336) 788-3779
kim_stevens@fd.org

Sarah S. Gannett
Assistant Federal Public Defender
Federal Public Defender for the District of Arizona
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
602-382-2862
sarah_gannett@fd.org

Attorneys for Dylann S. Roof

2