EXHIBIT 2

RESTRICTED MATERIAL

PRESENTATION OF WITNESS

RE:   CASE OF DYLANN STORM ROOF

WITNESS:   Jacob Meek

BEFORE:   GRAND JURY #3

DATE:   July 20, 2015

PRESENTED BY:   Ms. Paige Fitzgerald
U.S. Department of Justice
Civil Rights Section
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**BRUCE** *Reporting Service*
536 Benton Court
Sumter, South Carolina   29150
803-775-9047                                E-mail: bpeggs@sc.rr.com

RESTRICTED MATERIAL                                                    US-020286

```
 1         A:   No, he did not.
 2         Q:   Do you remember Dylann ever making any racial
 3    related remarks back then, back in middle school, when he was
 4    in middle school?
 5         A:   I don't really know.
 6         Q:   Okay.  Did there come a period of time that you
 7    didn't see much of Dylann anymore?
 8         A:   Yeah.
 9         Q:   How did that happen?
10         A:   I mean, when he was in ninth grade, I was a little
11    bit younger, but he -- he stopped coming by and I haven't seen
12    him since.
13         Q:   Okay.
14         A:   And then he came back this year.
15         Q:   So, from the time that he was in about ninth grade
16    until about May, April?
17         A:   The end of May.
18         Q:   Okay.  You didn't see Dylann.
19         A:   Un-unh.
20         Q:   And then Dylann reappeared.
21         A:   Yeah, he did.
22         Q:   How did Dylann reappear?
23         A:   He message Joey on Facebook that he was at the
24    Creative Library that day.
25         Q:   How do you know that?
```

                                          Roof Investigation - J. MEEK - 8

```
 1         A:   His 21st birthday.
 2         Q:   Did you ever hear Dylann saying anything racial
 3   when he came back to your -- to your place?
 4         A:   No, I haven't.
 5         Q:   Do you remember him talking about Hitler?
 6         A:   He talked about Hitler but he didn't really say
 7   much about it to me, but he did say that, he was mad that
 8   Hitler lost his power and he went out in a coward way.
 9         Q:   That what?
10         A:   That he went out a coward way.
11         Q:   He went out a coward's way?  What -- what did he
12   mean by that?
13         A:   Like he killed himself instead of getting -- taken
14   for who he was.
15         Q:   So Hitler took a coward's way out by killing
16   himself?
17         A:   Yeah.
18         Q:   And Dylann indicated to you that he was
19   disappointed that Hitler had lost power?
20         A:   Yeah.
21         Q:   Do you remember Dylann talking about wanting to get
22   South Carolina on the news?
23         A:   Yeah, he did.
24         Q:   Tell me about that.
25         A:   One day he -- we were sitting around and we decided
```

Roof Investigation - J. MEEK - 12

```
 1  to watch the news for just the one day, and he -- he saw that
 2  -- he was seeing the news and he said that this is where South
 3  Carolina had never been on worldwide news.  He said he wished
 4  someone would make South Carolina on like global news.
 5       Q:   Did he talk about other states who had gotten on
 6  Global news?
 7       A:   He said from New York, the 9/11 when the planes
 8  crashed into the twin towers?
 9       Q:   Uh-huh.
10       A:   He said a massacre that happened in Texas.
11       Q:   Did you and Dylann have a conversation about things
12  that you all might be able to do to get South Carolina on the
13  global news?
14       A:   I mean, he does not have many ideas of what he
15  wanted to do.
16       Q:   Did you came up with some suggestions?
17       A:   Well, I kind of did, but I mean…
18       Q:   Like what?
19       A:   I said, well, we can make you this -- because you
20  know, there's ping-pong championships and everything.  I was
21  like, "Well, why would you we start playing ping-pong and do
22  the championships that way and get South Carolina on the news?"
23       Q:   Did Dylann think that was a good idea?
24       A:   He laughed at it.
25       Q:   Okay, did you come…
```

Roof Investigation - J. MEEK - 13

```
 1        Q:    You said that Dylann created a Facebook account to
 2   contact Joey the day that he reappeared in Joey's life?
 3        A:    Yeah, he did.
 4        Q:    Do you know anything about his friends on Facebook?
 5        A:    Well, he kept his friends listed 88.
 6        Q:    Did he tell you that?
 7        A:    Yeah.
 8        Q:    Why did he keep his friends listed 88?
 9        A:    Because he said that if he went past the 88, them
10   he had to delete someone to keep that 88.
11        Q:    Why did he want to keep it at 88?
12        A:    He said because 88 is his favorite number.
13        Q:    It's what?
14        A:    His favorite number.
15        Q:    Did he tell you why?
16        A:    He never told me why.
17        Q:    Did he tell you anything about the eighth letter of
18   the alphabet?
19        A:    He -- he said eighth letter of alphabet is "H", and
20   I guess he said it's -- I guess I learned that it stand for
21   Hitler.
22        Q:    Did Dylann tell you that?
23        A:    No.
24        Q:    What did Dylann tell you about why it was 88?
25        A:    He didn't really say why it was 88, all he said was
```

Roof Investigation - J. MEEK - 15