EXHIBIT 3

FD-302 (Rev. 5-8-10)                          - 1 of 5 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/29/2015

    Jacob Hunter Meek, date of birth ▇▇▇▇▇▇▇▇▇▇, residential address ▇▇▇▇▇▇▇▇▇▇, Lexington, South Carolina 29073, was interviewed outside of his residence. After being advised of the identities of the interviewing agents and the nature of the interview, Meek provided the following information:

    Meek is a student at White Knoll High School and will be a sophomore during the next school year. Meek does not have a telephone number. Meek's mother's cell phone number is ▇▇▇▇▇▇▇▇▇▇.

    Meek can read and write and has no learning disabilities. Meek's family has been residing at ▇▇▇▇▇▇▇▇▇▇ for less than two months. Meek suffers from insomnia.

    Meek estimated that two weeks after he and his family moved into ▇▇▇▇▇▇▇▇▇▇, Dylann Roof messaged Meek's brother Joseph "Joey" Meek (Joey) on Facebook and began to come around the house. Roof told Meek that he created the Facebook account just so Roof could reach out to Joey.

    On the night of June 17, 2015, Meek was hanging out at Chris Salas and Cassie Mosteller's home which is a mobile home located near Meek's residence. Meek went to Salas and Mosteller's home sometime between 5 p.m. and 6 p.m. Meek was hanging out with Joey, Joey's girlfriend Lindsey Fry, Salas, and Mosteller. Meek's other brother, Justin Meek, remained home asleep.

    Once everyone got together they all shared a "bowl" of marijuana. Joey did not use as much marijuana because he was already on probation.

    At approximately 10 p.m., Fry learned of the shootings in Charleston through a news feed on her phone. Meek recalled that everyone was shocked. Meek recalled that the shootings made Joey think back to how Roof was

Investigation on  06/22/2015  at  Lexington, South Carolina, United States (In Person)

File #  44A-CO-6460937                                       Date drafted  06/23/2015

by  Christopher P. Garrett, COLLIER P DOUGLAS JR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Interview of Jacob Meek  , On 06/22/2015 , Page 2 of 5

saying "crazy" things about going to "shoot up" the university in Charleston.

When Meek first heard of the shooting, he thought that Roof's previous statements about shooting up the university in Charleston and an actual shooting taking place could have been a coincidence. Meek did not recall Joey saying much else because Joey was shocked at the news. Joey was also worried that Roof might return to their residence.

Joey called the authorities on the morning of June 18, 2015 to positively identify Roof as the shooter. Joey did not immediately call the police because he wanted to see a picture of the suspected shooter. Joey did not instruct anyone not to speak or not to cooperate with law enforcement regarding the shootings in Charleston. Joey wanted to make sure it really was Roof before he notified the police. Joey did not want to wrongly accuse Roof of anything because they were still friends and had been friends since childhood.

Meek estimated that he and Joey and Fry left Salas and Mosteller's home at about 11 p.m. and returned to Meek's residence at 132B Weaver Drive.

Salas works with installing Smartboards in schools and Mosteller just started a new job on June 22, 2015.

Meek was about five or seven years old when he first met Roof. Roof seemed like a "weird kid" who did not like to talk. When Roof reconnected with Joey, Roof was even quieter than he was before.

After reconnecting with Joey, Meek recalled that they asked Roof what was wrong and Roof would not tell them. Meek never saw Roof exhibiting racist behavior. Meek recalled that Roof would not refer to black people with the "N word" but would use the term "African Americans."

Roof showed everyone the gun he received on his 21st birthday. Meek saw the gun with the magazine but there were no bullets in the magazine.

Meek described Roof as someone who was "real small" and who could not fight.

On Tuesday, June 16, 2015, Roof drove Meek, Joey, and Fry to the beach at Lake Murray. Roof dropped everyone off at the beach and told them he was going to see the movie Jurassic World. Meek wanted to go to the movie with Roof, but Roof did not want to pay for Meek's admission. Roof had a $20 coupon to AMC Cinemas and told Meek that if Meek had $7 he could go see the movie with him. Meek did not know if Roof really went to see the movie or not.

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Interview of Jacob Meek  , On  06/22/2015  , Page  3 of 5

    On the way to the lake, Meek sat in the backseat behind Roof. There was a black bag on the floorboard at Meek's feet that Roof told Meek not to "mess with" because it had "magazines" in it. At the time, Meek thought Roof meant magazines that were publications, but now Meek believes the black bag contained the magazines for Roof's gun.

    Meek's mother picked everyone up from the lake. Meek did not see Roof again after he dropped everyone off at the lake. Meek pointed out how had he stayed with Roof to go see the movie, Roof may have taken him to Charleston too which would have gotten Meek in trouble.

    Roof kept his laptop in a backpack. Meek described Roof's laptop as a "cheap Samsung" laptop. Roof had access to his mother's digital camera. Meek described the camera as "big" and black in color with "a little bit" of silver. Roof also had a tripod for his mother's camera. Meek never saw Roof take pictures with his mother's camera. Roof brought it over to show it off to Meek and his brothers and told them that he was thinking about selling it. After showing the camera off, Roof told Meek that he did not end up selling the camera.

    Meek knew that Roof used both Xanax and marijuana after Roof dropped out of high school. Meek suspected that Roof used cocaine too. Roof would tell Meek that he was "looking for something to do" and would then run his finger underneath his nose. Meek understood this motion to be a signal from Roof that he was about to go out and use cocaine. Roof liked to smoke American Spirit cigarettes and drink Taaka Vodka which was a British liquor. When Roof started hanging back out with the Meeks, he asked them where he could get some Xanax from, but they did not know anyone that could supply Roof with Xanax.

    Meek did not know if Roof was a member of any church. Meek was not familiar with Roof's political beliefs.

    Meek has overheard Roof talking about Hitler once and a while. Initially Meek described these conversations as Roof simply discussing history, but Meek later explained that Roof was disappointed that Hitler lost World War II and that white people had lost the power because of Hitler's loss. Roof was disappointed that white people were no longer in control and that everyone had power now. Roof talked positively about Martin Luther King Jr. too, describing him as a good speaker. Meek believed that when Roof talked positively about King, Roof may have been trying to disguise his true feelings. Meek overheard Roof compliment King's "I Have a Dream" speech on only one occasion. Meek overheard Roof talking positively about Hitler on more than four occasions.

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Interview of Jacob Meek  , On  06/22/2015  , Page  4 of 5

   Roof did not talk bad about people in front of Meek. When Roof drank he opened up a little, but not much.

   Roof told Meek and his brothers that he had built a website, but Roof never told Meek where it was, or what it was about.

   Since Roof reconnected with Joey, Roof seemed like he was in a "nervous" and "sketchy" state. Roof kept to himself. Meek believed that when Roof shot the people in the church in Charleston, Roof must have been on drugs.

   Meek described Roof as always being "scared" because he was small. Meek believed that Roof had the gun so Roof could protect himself.

   Roof's parents pressured Roof to get a job. Roof's parents did not know that Roof had recently lost his job at Clark's, a pest control and landscaping company.

   Roof knew how to use a computer and claimed he was able to set up a website. Meek has heard that the shooting in Charleston was Roof's final entry on the website.

   Meek recalled Roof discussing how he wanted South Carolina to be in the national news and how nothing "big" ever happened in South Carolina. When Roof talked like this, Roof did not indicate that Roof wanted to be part of this "big" event. Meek recalled Roof talking like this before the night that Roof got drunk and Joey hid his gun.

   The night that Roof got drunk and scared Joey, Roof said he wanted to do something "crazy" at the college in Charleston. Meek believed that Joey, Justin, and Fry overheard Roof talk about doing something crazy in Charleston. Meek thought that Roof was talking like this because he had been drinking. That night Roof passed out and Joey hid Roof's gun in a vent inside Meek's home in the living room, near the television.

   Joey gave the gun back because he was on probation and did not want to get into trouble with it. Joey went into Roof's car to remove the gun from the trunk when Roof was passed out. He put it back in trunk before Roof awoke. It was easy to get into Roof's car because the windows did not stay up on their own.

   Meek believed that he and his brothers were the only friends that Roof had. Roof had a hard time making friends.

   The only social media account that Meek knew Roof used was on Facebook.

   Roof had an LG smartphone, but it did not have any cellular service.

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  Interview of Jacob Meek  , On  06/22/2015  , Page  5 of 5

Roof used WiFi through his smartphone because he did not have any cellular service. Roof told Meek that he had a tablet style computer, but it was at Roof's father's house.

Roof did not like President Barack Obama. Roof talked about how President Obama messed up the healthcare system. Meek has overheard Roof talking about how he thought that President Obama was going to start World War III. Roof believed that President Obama has hurt the United States instead of making it better. Meek recalled that Roof talked like this once at 2 a.m. and that Roof was not drunk.

Meek did not know if Roof was an alcoholic or not. When Roof drank, he would consume five to six shots of alcohol at a time.

Meek denied that he viewed pornography with Roof. Roof did not show any websites with Nazi themes to Meek.

Roof enjoyed sad movies like "Stand By Me" and "Titanic."

Joey can be reached through Fry's cellular telephone number ███████████. Fry's parents' telephone number is ███████████.

Meek has been interviewed by reporters from Dateline NBC. Meek advised that the people from Dateline took him, Joey, and Fry to the Ruth's Chris in Columbia, South Carolina. Another media group sent a limousine to pick Meek up to be interviewed.