EXHIBIT 4

FD-302 (Rev. 5-8-10)                    -1 of 1-



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/17/2015

    Lindsey Nichole Fry (Fry) (previously interviewed), was interviewed at The FBI Columbia Division Annex, 107 Westpark Blvd, Columbia, South Carolina. The enterview was conducted with U.S. Department of Justice (DOJ), Criminal Section, Civil Rights Division, Deputy Chief Paige Fitzgerald and DOJ Attorney Nick Murphy in preparation of grand jury testimony. FBI Special Agents Craig Januchowski and Julie Bitzel were also present.

    FRY confirmed statements made to Januchowski and Bitzel in a previous interview documented in serial 148 of the case file. FRY also provided the following information:

    FRY was aware that Dylann ROOF (ROOF) made multiple trips to Charleston, South Carolina. ROOF told Joey MEEK (MEEK) and FRY that during one of his trips he met an unidentified male (UM) who offered ROOF a place to stay in Charleston. ROOF asked MEEK to go with him to Charleston to rob the UM. MEEK told ROOF that he did not want to rob the UM with ROOF and that it was a bad idea.

    FRY identified cellular telephone number ████████████ as her old cell phone number. FRY stated that she utilized ████████████ during a time frame in 2014 while she was dating MEEK. MEEK did not have his own cell phone, therefor MEEK would use her cell phone. (At this time, FRY was shown a copy of SMS messages between ROOF and cell phone number ████████████ FRY reviewed several SMS messages between ROOF and cell phone number ████████████ dated on or around 4/22/2014. FRY stated that she did not recognize the messages. FRY did not recall ROOF being in contact with MEEK at that time. FRY related that if MEEK and ROOF were exchanging text messages on her cell phone, she may not have known about the conversation.

Investigation on    07/07/2015    at    Columbia, South Carolina, United States (In Person)

File #  44A-CO-6460937                                              Date drafted    07/08/2015

by    BITZEL JULIE M, Craig A. Januchowski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.