EXHIBIT 6

RESTRICTED MATERIAL



Friendship Baptist
Sunday 10:00am  Wednesday 7:00pm
Thursday 6-8pm
1237 House Street Columbia 803-798-8906

Antioch AME Zion
1136 Antioch AMEZ Church Road Eastover
803-353-7143

Salem Black Presbyt
1060 Brick Church Road Mayesville SC

Trinity 1100 Sumter Street Columbia
Just to tour  803-771-7300

RESTRICTED MATERIAL  LS-012769