EXHIBIT 8

RESTRICTED MATERIAL



RESTRICTED MATERIAL