IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 2:15-CR-00472-RMG |
|  | ) |  |
| **v.** | ) |  |
|  | ) | **UNDER SEAL** |
| **DYLANN STORM ROOF** | ) |  |
|  | ) |  |

### SUPPLEMENT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE

In the Government's Response to Defendant's Motion in Limine (DE 425), the government stated its opposition to the Defendant's motion to exclude two photographs of the Branch AME Church and the GPS data showing he traveled near the Branch AME Church after he attacked Emanuel AME Church ("Branch AME Church Evidence"). After further consideration, the government has decided to withdraw its opposition to that portion of Defendant's motion in limine. The government intends to rely on the GPS data to show Defendant's path of travel as he fled from Emanuel AME Church, but the government does not intend to identify Branch AME Church as one of the locations he passed along that path.

Respectfully submitted,

By s/Mary J. Hahn

| | |
|---|---|
| Julius N. Richardson | Mary J. Hahn |
| Nathan Williams | Trial Attorney |
| Assistant United States Attorney | Stephen J. Curran |
| 1441 Main Street, Suite 500 | Special Litigation Counsel |
| Columbia, SC 29201 | U.S. Department of Justice |
| (803) 929-3000 | Civil Rights Division |
|  | 601 D Street NW, Rm 5200 |
|  | Washington, DC 20579 |
|  | (202) 305-0921 |

September 28, 2016