✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

V.

DYLANN STORM ROOF

**EXHIBIT AND WITNESS LIST**

Case Number: 2:15-472

| PRESIDING JUDGE  The Honorable Richard M. Gergel | PLAINTIFF'S ATTORNEY  Nathan S. Williams, AUSA; Jay N. Ric[hardson] | DEFENDANT'S ATTORNEY  David I. Bruck, Esquire; Kimberly C. St[evens] |
|---|---|---|
| TRIAL DATE (S)  November 7, 2016-January 30, 2017 | COURT REPORTER | COURTROOM DEPUTY  Eunice Ravenel-Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 001 | | | | D01083 Photo Dylann and Amber Roof |
| | 002 | | | | D01806 Photo Dylann Roof 2000.07.05 |
| | 003 | | | | D03427 Photo 401 Smokey Joe Court |
| | 004 | | | | D04131 Photo 159 Vermont Road |
| | 005 | | | | D04133 Photo 323 Howard Street |
| | 006 | | | | D04134 Photo 611 Elm Avenue |
| | 007 | | | | D05529 Photo Dylann Roof |
| | 008 | | | | D05550 Photo Dylann Roof in Car Seat |
| | 009 | | | | D05602 Photo Dylann Roof Family |
| | 010 | | | | D08149 Photo 159 Vermont Road |
| | 011 | | | | D09448 Photo Dylann and Amber Roof on Thanksgiving |
| | 012 | | | | D11784 Photo Roof Siblings |
| | 013 | | | | DD11799 Photo Roof Siblings on Bench |
| | 014 | | | | D11806 Photo Dylann Roof with Bird |
| | 015 | | | | D11853 Photo Roof Family 2005 |
| | 016 | | | | D11971 Photo Dylann Roof as Toddler |
| | 017 | | | | D12000 Photo Dylann Roof on Electronic |
| | 018 | | | | D12001 Photo Dylann Roof as Baby |
| | 019 | | | | D12182 Photo Trunk of Dylann Roof Car |
| | 020 | | | | D12183 Photo Trunk of Dylann Roof Car 2 |
| | 021 | | | | D12192 Photo Trunk of Dylann Roof Car 3 |
| | 022 | | | | D12193 Photo Trunk of Dylann Roof Car 4 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 7 Pages

✏AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA VS. DYLANN STORM ROOF | | | | | CASE NO. 2:15-472 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 023 | | | | D12198 Photo Concert Under the Stars Cassette |
| | 024 | | | | D12223 Photo Concert Under the Stars Cover |
| | 025 | | | | D12199-D12200 Photo Job Application |
| | 026 | | | | D12226 Photo Smirnoff Ice Bottle |
| | 027 | | | | D12236-D12237 Photo Concert Under the Stars Cassette |
| | 028 | | | | D12248 Photo Contents of Car Back Seat |
| | 029 | | | | D12265 Photo Clothing in Car |
| | 030 | | | | D12271 Photo Clothing in Car 2 |
| | 031 | | | | D12273 Photo Clothing in Car 3 |
| | 032 | | | | D12275 Photo Clothing in Car 4 |
| | 033 | | | | D12288 Photo Clothing in Car 5 |
| | 034 | | | | D12289 Photo Clothing in Car 6 |
| | 035 | | | | D12293 Photo Clothing in Car 7 |
| | 036 | | | | Red Suitcase From Car and Contents |
| | 037 | | | | D12319 Photo Pillow Car Back Seat |
| | 038 | | | | D12330 Photo Towel Car Back Seat |
| | 039 | | | | D12331 Photo Toiletry Bag Car Back Seat |
| | 040 | | | | D12333 Photo Pillow Trunk of Car |
| | 041 | | | | D12338 Photo Shampoo Car Back Seat |
| | 042 | | | | D12339 Photo Face Wash Car Back Seat |
| | 043 | | | | D12373 2015.03.16 CVS Photos |
| | 044 | | | | D12374 Photo Cat 2015.03.16 |
| | 045 | | | | D12375 Photo Cat 2015.03.16 |
| | 046 | | | | D12376 Photo Cat 2015.03.16 |
| | 047 | | | | D12378 Photo Dylann Roof Bedroom 2015.03.16 |
| | 048 | | | | D12379 Photo Dylann Roof Bedroom 2015.03.16 |
| | 049 | | | | D12380 Photo Cat 2015.03.16 |

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. DYLANN STORM ROOF | | | | CASE NO. 2:15-472 | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 050 | | | | D12422 Photo Clothing from Benn Roof Residence |
| | 051 | | | | D12428 Photo Clothing from Benn Roof Residence |
| | 052 | | | | Gold Timex Watch |
| | 053 | | | | D12520 Photo Gold Timex Watch |
| | 054 | | | | D12527 Photo Clothing Roof Wearing |
| | 055 | | | | D04249-D042450 Incident Report 2015.04.26 |
| | 056 | | | | D04251-D04254 Incident Report 2015.02.28 |
| | 057 | | | | D-VID-031 2016.08.04 Video of Roof Jail Assault |
| | 058 | | | | D-VID-032 2016.08.04 Video of Roof Jail Assault |
| | 059 | | | | D10553-D10556 Thomas Heirs Craigslist Memo 2015.09.12 |
| | 060 | | | | US016909-US016911 Email, SLED Explanation of the CJIS Gun Check for ROOF, 2015.06.26 |
| | 061 | | | | D04129-D04130 2015.07.10 Statement by FBI Director James Comey Regarding Gun Purchase |
| | 062 | | | | D02058-D02060 2015.08.01 Dylann Roof Letter to Amber Roof |
| | 063 | | | | D01404-D01472 Charleston County Detention Center Records |
| | 064 | | | | D01351-D01353 Charleston County Detention Center Forms Signed |
| | 065 | | | | D11572 2016.08.04 Photo Jail Assault Roof Headshot |
| | 066 | | | | D11541 Photo Unit Jail Assault |
| | 067 | | | | D11542 Photo Cell Jail Assault |
| | 068 | | | | D11544 Photo Dylann Roof Jail Assault |
| | 069 | | | | D11545 Photo Dylann Roof Jail Assault 2 |
| | 070 | | | | D11546 Photo Dylann Roof Jail Assault 3 |
| | 071 | | | | D11550 Photo Dylann Roof Jail Assault 4 |
| | 072 | | | | D11551 Photo Dylann Roof Jail Assault 5 |
| | 073 | | | | D11552 Photo Dylann Roof Jail Assault 6 |
| | 074 | | | | D11554 Photo Dylann Roof Jail Assault 7 |
| | 081 | | | | D11537 Photo Dwanye Stafford Jail Assault |
| | 082 | | | | D11538 Photo Dwayne Stafford Jail Assault 2 |

Page   3   of   7   Pages

✎ AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | vs. | DYLANN STORM ROOF | CASE NO. 2:15-572 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 083 | | | | D11459 Photo Cell Jail Assault |
| | 084 | | | | D11521-D11534 Photos Jail Assault Scene |
| | 085 | | | | D11394-D11406 Incident Report on Jail Assault |
| | 086 | | | | D-AUDIO-040 2016.08.04 Dylann Roof Assault Interview 2 |
| | 087 | | | | D-AUDIO-039 2016.08.04 Dylann Roof Assault Interview 1 |
| | 088 | | | | D-AUDIO-041 2016.08.04 Dwayne Stafford Assault Interview |
| | 089 | | | | D-AUDIO-001 Dylann Roof City of Columbia Hearing 2015.05.27 |
| | 090 | | | | US012370-US012922 Photographs, Vehicle |
| | 091 | | | | US022094-US022216 Photographs, ROOF Home and Car |
| | 092 | | | | US000225-US000236 Facebook Records, Dylann Roof and Plexico |
| | 093 | | | | US000243-US000253 Facebook Records, Dylann Roof and Joey Meek |
| | 094 | | | | US-AUDIO-038-SN421 FD302-Jeff Osburn Investigative Report 8-15-2016-Officer Gerald-801_0240 |
| | 095 | | | | D13302 Heidi Beirich Documents |
| | 096 | | | | D-VID-041 2016.08.04 You Tube (Charleston County Sheriff - Press conference About Dylann Roof |
| | 097 | | | | D05511 Photo Dylann Roof and Lucy Roof |
| | 098 | | | | D05535 Photo Dylann Roof in hat |
| | 099 | | | | D05540 Photo Dylann Roof Painting |
| | 100 | | | | D05544 Photo Dylann Roof and Joe Roof |
| | 101 | | | | D05564 Photo Dylann Roof Toddler |
| | 102 | | | | US055858 Pages from US055816 Photographs, Artwork and Personal Items provided by ROOF Fa |
| | | | | | All Exhibits Listed by the Government |

✎AO 187A (Rev. 7/87)       **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | VS. | | DYLANN STORM ROOF   CASE NO. 2:15-472 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | WITNESSES |
| | | | | | Adams, Pamela |
| | | | | | Areheart, Kevin |
| | | | | | Areheart, Flower |
| | | | | | Ballard, Jerry |
| | | | | | Beard, Danny |
| | | | | | Beirich, Heidi |
| | | | | | Benson, Paula |
| | | | | | Biddulph, Audrey |
| | | | | | Bixby, Michael |
| | | | | | Blackburn, Cohen |
| | | | | | Brown, Linda |
| | | | | | Byrd, Nolan |
| | | | | | Chandler, Melissa |
| | | | | | Cruea, Darce |
| | | | | | Fanning, Brian |
| | | | | | Hamilton, Beverly |
| | | | | | Heirs, Thom |
| | | | | | Henry, Bonnie |
| | | | | | Heyward, Taliaferro |
| | | | | | Hicks, Grayson |
| | | | | | Hubbs, Jack, Jr. |
| | | | | | Ireland, Ashley |
| | | | | | Jackson, Damon |
| | | | | | Kuehl, Brian |
| | | | | | Meek, Justin |
| | | | | | Metze, Tony |

Page  5  of  7  Pages

✎AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. DYLANN STORM ROOF | | | | | CASE NO. 2:15-472 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | Munoz, Jacquelin |
| | | | | | Pack, Brock |
| | | | | | Patton, John |
| | | | | | Rivas, Cecilia |
| | | | | | Robinson, Jhamien |
| | | | | | Rodgers, Kyle |
| | | | | | Roof, Lucy |
| | | | | | Roof, Joseph Trenholm |
| | | | | | Shockey, William |
| | | | | | Simpson, Jeanna |
| | | | | | Sprayberry, David |
| | | | | | Stewart, Gregg |
| | | | | | Troisi, Stacy |
| | | | | | Wachter, Ted |
| | | | | | Wyatt, Jeff |
| | | | | | Flemming, Kim |
| | | | | | Mental Health Witnesses |
| | | | | | All Goverment Listed Witnesses |
| | | | | | Beard, Erika |
| | | | | | Bedenbaugh, Steven |
| | | | | | Bonner, Treyon |
| | | | | | Brazell, Elizabeth |
| | | | | | Counts, Warren |
| | | | | | Deal, Stephanie |
| | | | | | Easton, Brett |
| | | | | | Harkey, Phillip |
| | | | | | Moore, Peter |

Page   6   of   7   Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | VS. | DYLANN STORM ROOF | | CASE NO. 2:15-472 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | Moore, Sally |
| | | | | | Neese, Renee |
| | | | | | Parker, John |
| | | | | | Scott, Matthew |
| | | | | | Stork, Frederick |
| | | | | | Sullivan, Jean |
| | | | | | Tolleson, Gaye |
| | | | | | Benfield, Jason |
| | | | | | Berchey, Kenneth |
| | | | | | Buriss, Joe |
| | | | | | Seate, Steve |
| | | | | | Veeck, DeLeon, Allison |
| | | | | | Williamson, Keith |

Page ___7___ of ___7___ Pages