# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| | ) | Criminal No. 2:15-472 |
| vs. | ) | |
| | ) | |
| Dylann Storm Roof, | ) | |
| | ) | **ORDER** |
| | ) | |

An issue has arisen concerning the Defendant's competency to stand trial. Federal law requires the Court to order a competency evaluation of Defendant and to conduct a hearing on the matter. The competency evaluation is now underway with a report to the Court anticipated on November 14, 2016. The Court will conduct a hearing on this matter on November 16, 2016 and will issue an order ruling on the competency issue on or before November 18, 2016. The best practice in such circumstances is to delay court proceedings until a competency determination is made. For that reason, the Court will briefly suspend jury selection until November 21, 2016. Once the jury selection process is completed, the Court will commence the trial of this case.

The Court is mindful that this delay in jury selection may be disappointing to some, but it is the Court's duty to conduct a fair trial and follow procedures which protect the legal rights of the Defendant. Under the present circumstances, the Court finds this brief delay in jury selection to serve the ends of justice.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

November 2, 2016
Charleston, South Carolina