IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| United States of America, | ) | Criminal No. 2:15-472-RMG |
|  | ) |  |
| VS. | ) | EVENING POST INDUSTRIES, INC.'S |
|  | ) | OBJECTION TO CLOSURE |
| Dylann Storm Roof, | ) |  |

Evening Post Industries, Inc. objects to closure of defendant's competency hearing for the reasons advanced in opposition to the previous closed hearing, and those advanced in opposition to closure by the government in the current matter.

The undersigned is unable to attend the scheduled hearing, and Evening Post Industries, Inc. rests on the arguments advanced in its previously filed memorandum and those made by the government at the hearing.

        _S/Jay Bender_____
        Jay Bender
        Federal I.D. No. 01294
        BAKER, RAVENEL & BENDER, L.L.P.
        Post Office Box 8057
        Columbia, SC 29202
        803.799.9091 (telephone)

November 14, 2016