IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Ex Parte: ) | |
| The State Media Company, Inc. ) | |
| ) | |
| United States of America, ) | Criminal No. 2:15-472-RMG |
| ) | |
| VS. ) | THE STATE MEDIA COMPANY, INC.'S |
| ) | OBJECTION TO CLOSURE |
| Dylann Storm Roof, ) | |
| _____ | |

The State Media Company, Inc. joins Evening Post Industries, Inc. in opposition to closure of any hearing relating to defendant's competency to stand trial. The State Media Company, Inc. adopts the arguments previously made in opposition to closure by Evening Post Industries, Inc. and the arguments of the government in opposition to closure in the current instance.

    _S/Jay Bender_____
Jay Bender
Federal I.D. No. 01294
BAKER, RAVENEL & BENDER, L.L.P.
Post Office Box 8057
Columbia, SC 29202
803.799.9091 (telephone)
Attorney for The State Media Company, Inc.

November 14, 2016