**DAVID I BRUCK**
ATTORNEY AT LAW
WASHINGTON & LEE SCHOOL OF LAW
LEXINGTON, VIRGINIA 24450
540-460-8178
bruckd@wlu.edu

November 16, 2016

Hon. Richard M. Gergel
United States District Judge
P.O. Box 835
Charleston, South Carolina 29402

        Re: *United States v. Dylann Roof*, No. 15CR472
                         **(Filed under seal**)

Dear Judge Gergel:

    I write to enquire whether the Court expects us to continue to communicate with the court-appointed competency evaluators only through the Court, or whether we may communicate directly with them in preparing for the competency hearing. We are also preparing to issue subpoenas duces tecum for both Dr. Ballenger and Dr. Wagner to ensure their presence at the competency hearing and to obtain relevant materials and information, but I wanted to inform the Court of our plans to do so in advance, in case the Court wishes to provide other direction.

                                                Yours truly,

                                                David I. Bruck
                                                Attorney for Dylann S. Roof