IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| vs. ) | Criminal No. 2:15-472-RMG |
| ) | |
| Dylann Storm Roof, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

The court-appointed examiner's report relating to the competency evaluation of Defendant was received by the Court after business hours on November 15, 2016. The Defendant has moved for the Court to reschedule the competency hearing, now set for November 17, 2016, because of the late hour in which the examiner's report was received and the need for adequate time to prepare for the competency hearing. (Dkt. No. 615). For good cause shown, the motion is granted. The competency hearing is rescheduled for November 21, 2016 at 9:00 a.m. The Court is presently scheduled to resume jury selection in this matter following the Thanksgiving holiday, on November 28, 2016.

By separate order, the Court has closed the Defendant's November 21, 2016 competency hearing to the public. Any interested persons objecting to the Court's decision may be heard in person by the Court on November 17, 2016 at 1:00 p.m. at the J. Waties Waring Judicial Center.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

November 16, 2016
Charleston, South Carolina