## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| vs. ) | Criminal No. 2:15-472 |
| ) | |
| Dylann Storm Roof, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | (Under Seal) |
| ) | |

In the course of reviewing the Case Specific Questionnaires in the above captioned matter, the Court has identified certain responses of prospective jurors that appear likely to form the basis for strikes for cause. These responses were provided in writing and under oath. In an effort to promote the most efficient use of the time of counsel and the Court in selecting a fair and impartial jury in this matter, the Court directs the parties to review the responses of the prospective jurors listed below and to confer with the opposing party on November 28, 2016, concerning whether mutual agreement can be reached regarding these specific prospective jurors. To the extent agreement to strike cannot be reached, each party is directed to advise the Court by 5:00 p.m. on November 29, 2016, his/its position on a strike for cause for each prospective juror listed below:

Juror Numbers 256, 276, 278, 284, 336, 341, 344, 381, 392, 436.

In the event any of these prospective jurors are struck for cause prior to individual voir dire, notice will be provided to the parties and other jurors sequentially numbered will be filled in to complete the schedule.

-1-

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

November 28, 2016
Charleston, South Carolina

-2-