```
                IN THE DISTRICT COURT OF THE UNITED STATES
                       DISTRICT OF SOUTH CAROLINA
                          CHARLESTON DIVISION

UNITED STATES OF AMERICA,    )         2:15-CR-472
                             )
            Plaintiff        )         Charleston,
                             )         South Carolina
VS                           )         November 22, 2016
                             )
DYLANN STORM ROOF,           )
                             )
            Defendant        )

        REDACTED PARTIAL TRANSCRIPT OF COMPETENCY HEARING
            BEFORE THE HONORABLE RICHARD M. GERGEL,
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      JULIUS NESS RICHARDSON
                        Assistant United States Attorney
                        1441 Main Street
                        Suite 500
                        Columbia, SC 29201

                        STEPHEN CURRAN
                        U.S. Department of Justice
                        Civil Rights Division
                        601 D Street NW
                        Patrick Henry Building
                        Room 5808
                        Washington DC 20004

                        NATHAN STUART WILLIAMS
                        Assistant U.S. Attorney
                        U.S. Attorney's Office
                        P.O. Box 876
                        Charleston, SC 29401

                        RICHARD E. BURNS
                        Assistant U.S. Attorney
                        U.S. Department of Justice
                        1331 F Street NW, Suite 625
                        Washington, DC 20530
```

```
 1
        For the Defendant:      DAVID I. BRUCK, ESQ.
 2                              Virginia Capital Case Clearinghouse
                                Washington and Lee School of Law
 3                              Charleston, SC 29402

 4                              KIMBERLY STEVENS, ESQ.
                                1070 I Tunnel Road
 5                              Suite 10-215
                                Asheville, NC 28805
 6
                                SARAH S. GANNETT
 7                              Assistant Federal Public Defender
                                Arizona Federal Public
 8                              Defender's Office
                                850 West Adams Street, Suite 201
 9                              Phoenix, Arizona 85007

10                              EMILY PAAVOLA, ESQ.
                                Justice 360
11                              900 Elmwood Avenue, Suite 101
                                Columbia, South Carolina 29201
12

13

14

15

16

17

18                                   *   *   *
19

20

21

22

23      Court Reporter:         Amy C. Diaz, RPR, CRR
                                P.O. Box 835
24                              Charleston, SC 29402

25              Proceedings recorded by mechanical shorthand,
        Transcript produced by computer-aided transcription.
```

1  THE COURT: Mr. Roof, I'm going to ask you to come
2  to the podium for just a moment. I want to have a
3  conversation with you if I could, sir.
4  EXAMINATION
5  BY THE COURT:
6  Q. ********** (Redaction).
7  I take no position regarding whether you plead
8  guilty -- you should plead guilty or not guilty, but I want
9  to make sure you understand your legal rights and make a
10  knowing and intelligent decision regarding the exercise of
11  those rights. So with that, I want to explain to you
12  that as a defendant in a criminal case, you have the right to
13  plead guilty and you have the right to plead not guilty to
14  any charge. You are not prohibited from pleading guilty
15  because one or more of the charges carries a potential
16  sentence of death.
17  The decision to plead guilty or the decision to
18  plead not guilty is a decision of the defendant and not his
19  attorney; however, I urge you to consider carefully the
20  advice of your attorneys regarding your plea because there
21  are many consequences which flow from pleading guilty, and
22  your attorneys have considerable experience in this area.
23  Also, I want you to understand that if you plead
24  guilty, there will be a jury trial regarding the proper
25  sentence to be imposed. If you plead not guilty and are

|     |     |
| --- | --- |
| 1   | convicted by the jury on one or more charges that carries a |
| 2   | death penalty, there will be a jury trial regarding your |
| 3   | sentence, as well.  In other words, a plea of guilty does not |
| 4   | avoid a jury trial on whether the death penalty will be |
| 5   | imposed. |
| 6   |     Now that I've provided you that information, let me |
| 7   | ask you a few questions:  Number one, do you understand that |
| 8   | you have presently pled not guilty to the charges against |
| 9   | you?  Do you understand that? |
| 10  |  A. Yes. |
| 11  |  Q. Do you understand that you have the right to plead not |
| 12  | guilty and the right to plead guilty?  Do you understand |
| 13  | that? |
| 14  |  A. Yes. |
| 15  |  Q. Do you understand that the decision regarding what plea |
| 16  | will be entered is your decision to make? |
| 17  |  A. Yes. |
| 18  |  Q. Have you had a chance to consult with your lawyers |
| 19  | regarding your plea? |
| 20  |  A. Yes. |
| 21  |  Q. Have you given your attorneys' advice careful |
| 22  | consideration? |
| 23  |  A. No. |
| 24  |  Q. And why is that? |
| 25  |  A. I haven't really been thinking about it. |

1     Q. Okay.

2     A. They did talk to me about it sometime recently.

3     Q. Okay.  Do you understand that if you plead guilty, you

4     will -- you will still have a jury trial on whether the death

5     penalty will be imposed, you understand that?

6     A. Yes.

7     Q. Knowing all of these factors, do you have a present

8     desire to maintain your plea of not guilty or to change your

9     plea?

10    A. Maintain it.

11    Q. I'm sorry?

12    A. Maintain it.

13    Q. You would like to maintain your plea of not guilty?

14    A. Yes.

15    Q. Very good.

16            THE COURT:  Okay.  With that, you may return to your

17    seat.

18            With that, the matter will be adjourned.

19                  *****     *****     *****

```
 1
 2    I certify that the foregoing is a correct transcript from the
 3    record of proceedings in the above-titled matter.
 4
 5
 6
 7    ---------------------------
 8
 9    Amy C. Diaz, RPR, CRR              December 1, 2016
10    S/  Amy Diaz
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER