Dear Judge Gergel,

   I would like to ask if my lawyers can represent me for the guilt phase of the trial only.

Can you let me have them back for the guilt phase, and then let me represent myself for the sentencing phase of the trial?

If you would allow that, then that is what I would like to do.

Dylann Roof

12/04/16