**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| United States of America, ) | Criminal No. 2:15-472-RMG |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dylann Storm Roof. ) | |
| _____ ) | |

In addition to the federal charges Defendant faces in this case, Defendant faces state charges. Defendant's counsel in his state case ("State Counsel") filed a motion requesting, *inter alia*, access to certain materials the Court has maintained under seal. (Dkt. No. 729). State Counsel made this request notwithstanding their understanding that the Court had previously denied a request by Defendant's federal counsel to release similar materials to State Counsel. (*Id.* at 3). Because State Counsel is not counsel of record in this case, the Court directs the Clerk of Court to STRIKE the motion from the docket, and State Counsel must seek leave of Court before filing any additional motions.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

December 5, 2016
Charleston, South Carolina