IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 2:15-472-RMG |
| vs. ) | |
| ) | |
| Dylann Storm Roof, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

This matter is before the Court on the Government's motion to limit the distribution of certain evidence expected to be introduced at trial. (Dkt. No. 702). Specifically, the Government requests that evidence depicting the deceased victims at the crime scene not be posted on the Court's website or be made available for copying. (*Id.*). Importantly, the Government is not asking to seal this evidence, only to limit its distribution. Members of the public will be able to view the evidence in open court and hear any testimony regarding it. No member of the public or media has objected to this request, and Defendant consented to the motion in open court. Therefore, for good cause shown, the motion is GRANTED. Depictions of the deceased victims at the crime scene will not be posted to the Court's website and will not be available for copying.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

December 5, 2016
Charleston, South Carolina

-1-