IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:15-472-RMG |
| | ) | |
| Dylann Storm Roof, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

Defendant has moved once again to delay the trial in this matter and/or to reopen voir dire, this time based upon the dubious premise that prospective jurors in this case would respond to a mistrial in a Charleston County state court case, *State v. Michael Slager*, by imposing "a harsher punishment" on Defendant than he might otherwise receive. (Dkt. No. 764). The Court has just completed extensive jury selection procedures, including a 45-question case-specific questionnaire and court-directed individual voir dire, in which prospective jurors who were qualified assured the Court that they understood their duty to base any verdict on the evidence presented at trial and to disregard all other matters. The Court found those assurances credible and reliable, and the Court disqualified any juror who was equivocal on that issue.

Further, the notion that a prospective juror in this case would respond to a mistrial in a state court case involving a police officer's alleged criminal activity by imposing greater than deserved punishment on a defendant who is alleged to have entered a church building during Wednesday night Bible study and committed completely unrelated crimes seems utterly far-fetched and illogical to the Court. The Court cannot respond to every breaking news story or

development in the local court system by continuing a trial that has been scheduled since June 2016 or reopening comprehensive and completed voir dire.    The Court must maintain the orderly process of criminal trials.

Defendant's motion to delay the trial and/or reopen voir dire is DENIED.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

December 6, 2016
Charleston, South Carolina