# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 2:15-472

Dylann Storm Roof

## PLEA

The Defendant, **Dylann Storm Roof** acknowledges receipt of a copy of the Indictment and after arraignment pleads NOT GUILTY in open court.

✓ _Entered on behalf of Court_
      (Signed)    Defendant

Date: July 31, 2015
Charleston, South Carolina

Dylann Roof
12/07/16