# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 2:15-472-RMG |
| vs. ) | |
| ) | |
| Dylann Storm Roof, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

On December 9, 2016, Defendant filed a document titled "Notice of Filing of Form AO-12." (Dkt. No. 782). This filing does not ask for any relief. The document states that Defendant files Form AO-12, Report on the Operation of the Jury Selection Plan "for the record." (*Id.*). Form AO-12 is not normally filed in the ECF record of cases in this Court, and this "notice," which contains no request for relief, is improper. Therefore, the Court **STRIKES** this improper filing (Dkt. No. 782) from the record. Should Defendant wish to make a motion regarding the Jury Wheel or Form AO-12, he may, of course, do so, and the Court will address it.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

December 7, 2016
Charleston, South Carolina