# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | Criminal No. 2:15-472-RMG |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dylann Storm Roof. ) | |
| ) | |

This matter is before the Court on several motions made by Defendant. Because the jury has been empaneled, Defendant's motions regarding voir dire questions (Dkt. Nos. 695 and 703) are **DENIED AS MOOT**. Because Defendant is now represented and no longer has standby counsel, Defendant's motion regarding the utilization of standby counsel (Dkt. No. 708) is **DENIED AS MOOT**.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

December __, 2016
Charleston, South Carolina

-1-