# EXHIBIT 2

●●●○○ Verizon 🛜          11:15 AM          ⌖ 53% 🔋

 **Tweet**  

 **Chad K. Mills** ✓
@ChadKMills



Richardson says Roof will go to Hell whether he's put to death or dies of natural causes. #sctweets @wis10 #DylannRoof #RoofTrial

12/8/16, 9:49 AM

**12** RETWEETS   **7** LIKES

        

 **14** @Vom_Kriege                                 1h
@ChadKMills @wis10 I'll take option A.

     1  

 **Melissa** ⭐ @MeeBee23                          13m
@ChadKMills @wis10 damn


**Chad K. Mills** ✓
@ChadKMills

Richardson, yelling passionately, says it's a matter of fact that #DylannRoof is going to Hell. #sctweets @wis10 #DylannRoof #RoofTrial

12/8/16, 9:48 AM

**12** RETWEETS  **7** LIKES

    


**Different Drummer** @mgd4161     14h
@ChadKMills @wis10 That's for God to decide!

