**EXHIBIT 2C**

**EXHIBIT 2C**

RESTRICTED MATERIAL

# Timesheet

Printed on: 04/07/2016

Name: Roof, Dylann

Apr 6 to Apr 12, 2015

| Customer:Job | Service Item | Payroll Item | Notes | Class | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark, D:Maintenance 2015 | Lawn:Maintenance | COGS - Hourly ... | | Special Projects | | | | | 0.90 | | | 0.90 | B |
| Clark, Mr.:Lawn Maintenance 2015 | Lawn:Maintenance | COGS - Hourly ... | | Special Projects | | | | | 0.70 | | | 0.70 | B |
| Lawn | Lawn:Euipment/ Material Prep | COGS - Hourly ... | | Lawn:Maintena... | | | | | 0.70 | | | 0.70 | B |
| Lawn | Lawn:Maintenance | COGS - Hourly ... | | Lawn:Maintena... | | | | | 3.70 | | | 3.70 | B |
| Lawn | Lawn:Travel Time | COGS - Hourly ... | | Lawn:Maintena... | | | | | 2.10 | | | 2.10 | B |
| Totals | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 8.10 | 0.00 | 0.00 | 8.10 | |

Signature _____

RESTRICTED MATERIAL

US-060466

RESTRICTED MATERIAL

# Timesheet

Printed on: 04/07/2016

Name: Roof, Dylann

Apr 13 to Apr 19, 2015

| Customer:Job | Service Item | Payroll Item | Notes | Class | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark's - Southwest Office:Lawn Maintenance 2015 | Lawn:Maintenance | COGS - Overti... | | Special Projects | | | | 0.90 | | | | 0.90 | B |
| Hammonds Hill Homeowners Association:Maintenance 2015 | Lawn:Maintenance | COGS - Hourly... | | Lawn:Maintena... | | | | 1.00 | | | | 1.00 | B |
| IHOP:Maintenance 2015 | Lawn:Maintenance | COGS - Hourly... | | Lawn:Maintena... | | | 1.30 | 1.30 | | | | 1.30 | B |
| Lawn | Lawn:Euipment/Material Prep | COGS - Hourly... | | Lawn:Maintena... | 0.90 | 1.10 | | 1.10 | 1.50 | | | 5.90 | B |
| Lawn | Lawn:Maintenance | COGS - Hourly... | | Lawn:Maintena... | 8.20 | 0.50 | 2.80 | 3.00 | | | | 14.50 | B |
| Lawn | Lawn:Maintenance | COGS - Overti... | | Lawn:Maintena... | | | | | 7.50 | | | 7.50 | B |
| Lawn | Lawn:Travel Time | COGS - Hourly... | | Lawn:Maintena... | 1.40 | 1.60 | 1.60 | 3.10 | 0.90 | | | 8.60 | B |
| Long's Drugs:Maintenance 2015 | Lawn:Maintenance | COGS - Hourly... | | Lawn:Maintena... | | | 1.30 | | | | | 1.30 | B |
| Sysco Foods:Weekly Maintenance 2015 | Lawn:Maintenance | COGS - Hourly... | | Lawn:Maintena... | | 7.40 | | | | | | 7.40 | B |
| Tisdale, Scotty & Jan:Lawn Maintenance 2015 | Lawn:Maintenance | COGS - Overti... | | Special Projects | | | | | 0.90 | | | 0.90 | B |
| Totals | | | | | 10.50 | 10.60 | 7.00 | 10.40 | 10.80 | 0.00 | 0.00 | 49.30 | |

Signature _____

US-060467
RESTRICTED MATERIAL

RESTRICTED MATERIAL

# Timesheet

Printed on: 04/07/2016

Name: Roof, Dylann

Apr 20 to Apr 26, 2015

| Customer:Job | Service Item | Payroll Item | Notes | Class | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark, D:Maintenance 2015 | Lawn:Maintenance | COGS - Overti... | | Special Projects | | | | | 1.60 | | | 1.60 | B |
| Clark, Mr.:Mr. Clark House:Lawn Maintenance 2015 | Lawn:Maintenance | COGS - Overti... | | Special Projects | | | | | 0.90 | | | 0.90 | B |
| Lawn | Lawn:Euipment/ Material Prep | COGS - Hourly... | | Lawn:Maintena... | 1.10 | 1.50 | 1.30 | 1.10 | 1.30 | | | 6.30 | B |
| Lawn | Lawn:Maintenance | COGS - Hourly... | | Lawn:Maintena... | 1.60 | 4.00 | 5.60 | 4.10 | | | | 15.30 | B |
| Lawn | Lawn:Maintenance | COGS - Overti... | | Lawn:Maintena... | | | | 3.20 | 6.00 | | | 9.20 | B |
| Lawn | Lawn:Travel Time | COGS - Hourly... | | Lawn:Maintena... | 0.70 | 3.90 | 3.10 | 4.10 | 3.20 | | | 15.00 | B |
| Sysco Foods:Weekly Maintenance 2015 | Lawn:Maintenance | COGS - Hourly... | | Lawn:Maintena... | | 2.60 | | | | | | 2.60 | B |
| Tsunami:Maintenance 2015 | Lawn:Maintenance | COGS - Hourly... | | Lawn:Maintena... | | | 0.80 | | | | | 0.80 | B |
| Totals | | | | | 3.40 | 12.00 | 10.80 | 12.50 | 13.00 | 0.00 | 0.00 | 51.70 | |

Signature _____

RESTRICTED MATERIAL

US-060468

RESTRICTED MATERIAL

# Timesheet

Printed on: 04/07/2016

Name: Roof, Dylann

Apr 27 to May 3, 2015

| Customer:Job | Service Item | Payroll Item | Notes | Class | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawn | Lawn:Euipment/ Material Prep | COGS - Hourly ... | | Lawn:Maintena... | 0.00 | 1.60 | 1.20 | 0.50 | 1.20 | 1.00 | | 5.50 | B |
| Lawn | Lawn:Maintenance | COGS - Hourly ... | | Lawn:Maintena... | 0.00 | | | | | | | 0.00 | B |
| Lawn | Lawn:Travel Time | COGS - Hourly ... | | Lawn:Maintena... | 0.00 | 0.90 | 0.60 | 0.90 | 0.70 | 0.90 | | 4.00 | B |
| Sysco Foods:Weekly Maintenance 2015 | Lawn:Maintenance | COGS - Hourly ... | | Lawn:Maintena... | | 8.80 | | | | | | 8.80 | B |
| Wagner, Robert:Sod,irrig & mulch 4/15 | Lawn:Lawn Misc | COGS - Hourly ... | | Lawn:Project In... | | | 8.10 | 10.40 | 3.20 | | | 21.70 | B |
| Wagner, Robert:Sod,irrig & mulch 4/15 | Lawn:Lawn Misc | COGS - Overti... | | Lawn:Project In... | | | | | 5.90 | 10.10 | | 16.00 | B |
| Totals | | | | | 0.00 | 11.30 | 9.90 | 11.80 | 11.00 | 12.00 | 0.00 | 56.00 | |

Signature _____

RESTRICTED MATERIAL

US-060469

RESTRICTED MATERIAL

# Timesheet

Printed on: 04/07/2016

Name: Roof, Dylann

May 4 to May 10, 2015

US-060470

| Customer:Job | Service Item | Payroll Item | Notes | Class | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark, D:Removal of shrubs 5/2015 | Lawn:Landscape Installation | COGS - Overti... | | Special Projects | | | | | 1.50 | | | 1.50 | B |
| Crosby, Emily 10053208:Plantin g shrubs 5/15 | Lawn:Landscape Installation | COGS - Hourly ... | | Lawn:Project In... | | | | | 0.60 | | | 0.60 | B |
| Hamilton, Judge Clyde:Plant shrubs 5/2015 | Lawn:Landscape Installation | COGS - Hourly ... | | Lawn:Project In... | | | | | 0.30 | | | 0.30 | B |
| Hammonds Hill Homeowners Association:Main tenance 2015 | Lawn:Maintenanc e | COGS - Hourly ... | | Lawn:Maintena... | | | | 1.80 | | | | 1.80 | B |
| IHOP:Maintenan ce 2015 | Lawn:Maintenanc e | COGS - Hourly ... | | Lawn:Maintena... | | | | 1.70 | | | | 1.70 | B |
| Lawn | Lawn:Euipment/ Material Prep | COGS - Hourly ... | | Lawn:Maintena... | 0.80 | 0.50 | 0.80 | 1.10 | 0.50 | | | 3.70 | B |
| Lawn | Lawn:Maintenanc e | COGS - Hourly ... | | Lawn:Maintena... | 5.70 | | | | | | | 5.70 | B |
| Lawn | Lawn:Maintenanc e | COGS - Overti... | | Lawn:Maintena... | 2.20 | 0.60 | 1.00 | 6.70 | 0.90 | | | 11.40 | B |
| Lawn | Lawn:Travel Time | COGS - Hourly ... | | Lawn:Maintena... | 4.30 | 1.40 | 0.50 | 0.90 | 2.40 | | | 9.50 | B |
| Mayer, Roxanne-100773 77:Lawn clean up-plant shrubs 5/15 | Lawn:Landscape Installation | COGS - Hourly ... | | Lawn:Project In... | | 9.00 | 7.70 | | | | | 7.70 | B |
| Sysco Foods:Weekly Maintenance 2015 | Lawn:Maintenanc e | COGS - Hourly ... | | Lawn:Maintena... | 0.00 | | | | | | | 9.00 | B |
| Totals | | | | | 13.00 | 11.50 | 10.00 | 12.20 | 6.20 | 0.00 | 0.00 | 52.90 | |

Signature _____

RESTRICTED MATERIAL

RESTRICTED MATERIAL

# Timesheet

Printed on: 04/07/2016

Name: Roof, Dylann

May 11 to May 17, 2015

| Customer:Job | Service Item | Payroll Item | Notes | Class | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brown, Marie 10040179:Backya rd clean up 05/2015 | Lawn:Lawn Misc | COGS - Hourly ... | | Lawn:Project In... | | | | | 6.60 | | | 6.60 | B |
| Duncan, Hamilton:Lawn cleanup-05/2015 | Lawn:Lawn Misc | COGS - Hourly ... | | Lawn:Project In... | 5.50 | | | 0.00 | | | | 5.50 | B |
| Lawn | Lawn:Euipment/ Material Prep | COGS - Hourly ... | | Lawn:Maintena... | 2.50 | 1.20 | 0.60 | 0.00 | 1.00 | | | 5.30 | B |
| Lawn | Lawn:Maintenanc e | COGS - Hourly ... | | Lawn:Maintena... | 0.00 | | 5.30 | 0.00 | | | | 5.30 | B |
| Lawn | Lawn:Maintenanc e | COGS - Overti... | | Lawn:Maintena... | | | 2.70 | | | | | 2.70 | B |
| Lawn | Lawn:Travel Time | COGS - Hourly ... | | Lawn:Maintena... | 0.80 | 1.00 | 3.40 | 0.00 | 1.40 | | | 6.60 | B |
| Mayer, Roxanne-100773 77:Lawn clean up-plant shrubs 5/15 | Lawn:Landscape Installation | COGS - Hourly ... | | Lawn:Project In... | | | | | 1.20 | | | 1.20 | B |
| Sysco Foods:Weekly Maintenance 2015 | Lawn:Maintenanc e | COGS - Hourly ... | | Lawn:Maintena... | | 9.00 | | 0.00 | | | | 9.00 | B |
| Tsunami:Mainten ance 2015 | Lawn:Maintenanc e | COGS - Hourly ... | | Lawn:Maintena... | | | 0.50 | 0.00 | | | | 0.50 | B |
| Totals | | | | | 8.80 | 11.20 | 12.50 | 0.00 | 10.20 | 0.00 | 0.00 | 42.70 | |

Signature _____

RESTRICTED MATERIAL

US-060471

RESTRICTED MATERIAL

# Timesheet
Printed on: 04/07/2016

Name: Roof, Dylann

May 18 to May 24, 2015

| Customer:Job | Service Item | Payroll Item | Notes | Class | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hall, Jeff 10059219:Sod,mulch,pinestraw 5/15 | Lawn:Landscape Installation | COGS - Hourly ... | | Lawn:Project In... | | | | 12.20 | 0.00 | | | 12.20 | B |
| Lawn | Lawn:Euipment/Material Prep | COGS - Hourly ... | | Lawn:Maintena... | 0.70 | 1.10 | 0.40 | 0.60 | 0.00 | | | 2.80 | B |
| Lawn | Lawn:Maintenance | COGS - Hourly ... | | Lawn:Maintena... | 6.50 | | 6.80 | | 0.00 | | | 13.30 | B |
| Lawn | Lawn:Travel Time | COGS - Hourly ... | | Lawn:Maintena... | 4.80 | 1.80 | 4.60 | 0.50 | 0.00 | | | 11.70 | B |
| Sysco Foods:Weekly Maintenance 2015 | Lawn:Maintenance | COGS - Overti... | | Lawn:Maintena... | | 8.10 | | | | | | 8.10 | B |
| Totals | | | | | 12.00 | 11.00 | 11.80 | 13.30 | 0.00 | 0.00 | 0.00 | 48.10 | |

Signature _____

RESTRICTED MATERIAL

US-060472

RESTRICTED MATERIAL

RESTRICTED MATERIAL

US-060473

# Timesheet

Printed on: 04/07/2016

Name: Roof, Dylann

May 25 to May 31, 2015

| Customer:Job | Service Item | Payroll Item | Notes | Class | M | Tu | W | Th | F | Sa | Su | Total | Bill* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark's Termite & Pest:405 Western Lan - Lawn Maint 2013:Lawn Maintenance 2015 | Lawn:Maintenance | COGS - Hourly ... | | Special Projects | | 1.90 | 0.00 | 0.00 | | | | 1.90 | B |
| Lawn | Lawn:Euipment/ Material Prep | COGS - Hourly ... | | Lawn:Maintena... | | 0.60 | 0.00 | 0.00 | | | | 0.60 | B |
| Lawn | Lawn:Maintenance | COGS - Hourly ... | | Lawn:Maintena... | 8.00 | | 0.00 | 0.00 | | | | 8.00 | B |
| Lawn | Lawn:Maintenance | COGS - Hourly ... | | Lawn:Maintena... | | 4.40 | 0.00 | 0.00 | | | | 4.40 | B |
| Lawn | Lawn:Travel Time | COGS - Hourly ... | | Lawn:Maintena... | | 3.40 | | 0.00 | | | | 3.40 | B |
| Totals | | | | | 8.00 | 10.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.30 | |

Signature _____