I, Dylann Roof, withdraw the notice relating to presenting mental health mitigation through expert testimony. I will not be calling mental health experts or presenting mental health evidence.

Dylann Roof