# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | Criminal No. 2:15-472-RMG |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| Dylann Storm Roof.  ) | |
| ) | |

The Court hereby sets a Pretrial Conference for the sentencing phase of the trial for December 28, 2016, at 10:00 a.m. in Courtroom IV of the Charleston Federal Courthouse. The United States Marshal is directed to promptly serve a copy of this order on Defendant.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

December 19, 2016
Charleston, South Carolina

-1-