# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America,   ) | Criminal No. 2:15-472-RMG |
| )  | |
| v.   ) | **ORDER** |
| )  | |
| Dylann Storm Roof.   ) | |
| ) | |

This Order regulates the position and movement of persons in the well of the courtroom during the sentencing phase of this trial, during which Defendant proceeds *pro se*. Standby Counsel shall sit at Defendant's counsel table in first and second seats from the center aisle, and Defendant shall sit at the third seat from the center aisle. Government counsel and Defendant will address the jury for opening and closing statements from a lectern facing the jury, which will be removed for witness examinations. Witnesses will be examined from the central lectern facing the bench. Defendant will not attempt to approach the jury, the witness stand, or the bench. If Defendant needs to give a document to a witness or the Court, he will alert the Court and courtroom staff will transfer the document from the lectern to the witness stand or to the Court.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

January 2, 2017
Charleston, South Carolina