IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

### **DEFENDANT'S MOTION REGARDING NEW TRIAL MOTION**

I have asked the Court to provide me ninety days from the verdict in which to file my motion for a new trial. This is to provide some background for that request. My standby counsel have learned that such a request within the range of other extensions of time granted in federal death penalty trials.

- In *United States v. Tsarnaev*, 13-10200 (D. Mass.), the extension was 95 days.

- In *United States v. Sanders*, 10-00351 (W.D. La.), the extension was 105 days.

- In *United States v. Savage*, 07-0050 (E.D. Pa.), the extension was 92 days.

- In *United States v. Ebron*, 08- 00036 (W.D. Tx.), the extension was 157 days.

In a number of other cases, extensions of 30-60 days have been granted.

Respectfully submitted,

_Dylann Roof_
Dylann S. Roof

January 11, 2017