IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:15-CR-00472-RMG |
| v. | |
| DYLANN STORM ROOF | **ORDER** |

This matter is before the Court on a consent motion (Dkt. No. 915) to authorize counsel for the prosecution and defense in the state court case against the defendant to receive, under seal, copies of the following materials that were previously furnished to the presiding judge in that case:

1. the sealed correspondence filed November 7, 2016 (Dkt. Nos. 545 & 546),

2. the sealed transcript of the hearing held on November 7, 2016 (Dkt. No. 556),

3. the Court-appointed examiner's first report on Defendant's competency (Dkt. Nos. 648,648-1,649,650,650-1,650-2,651),

4. the sealed transcript of the competency hearing held on November 22-23, 2016 (Dkt. Nos. 707 & 882),

5. the Court's sealed findings of fact and conclusions of law regarding Defendant's competency (Dkt. No. 656),

6. the Court-appointed examiner's second report on Defendant's competency report (Dkt. No. 858),

7. defense experts' reports on Defendant's competency (Dkt. Nos. 832-1, 832-2,832-3,832-4),

8. the joint declaration of January 1, 2017 (Dkt. Nos. 840 & 840-1),

9. the sealed transcript of the competency hearing held on January 2, 2017 (Dkt. No. 880), and

10. the Court's sealed opinion of January 18, 2017 (Dkt. No. 881).

The Court finds that this joint request to be reasonable, promotes efficiency by avoiding potentially needless repetition of competency proceedings, and furthers the goals of mutual respect and comity between the state and federal courts. For these reasons, the Court authorizes the Solicitor and state court defense counsel to receive, under seal, copies of all materials provided to Judge Nicholson pursuant to the Court's January 24, 2017 order. The Court authorizes the prosecution and the defense counsel in the federal action to make the documents listed above available to the state prosecutor and defense counsel.

The parties filed this motion under seal and requested that this Court issue its order under seal. The Court has carefully reviewed the parties' joint motion and this order and finds that there is no need to maintain the motion or this order under seal.

IT IS FURTHER ORDERED that the disclosed materials shall remain under seal and may not otherwise be disclosed until this Court addresses the unsealing of those matters by later order.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Court Judge

February 13, 2017
Charleston, S.C.