IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

IN RE: THE STATE OF SOUTH CAROLINA            2:15-cr-00472-RMG
Petitioner,

vs.                                           **WRIT OF HABEAS CORPUS**
                                              **AD PROSEQUENDUM**

DYLANN STORM ROOF
Defendant,

TO:   UNITED STATES MARSHAL
      DISTRICT OF SOUTH CAROLINA

This matter appears before this Court by way of motion of the United States Attorney's Office after a request from the State of South Carolina, through a duly appointed representative of the Solicitor of the Ninth Judicial Circuit. The State moves this Court to order the temporary transfer of the above-named defendant from federal custody to the custody of the Sheriff of Charleston County or a duly appointed representative for the purpose of disposition of State matters now pending against the defendant.

**IT APPEARS THAT** the above-named defendant is currently being detained by the United States Marshal Service in the Charleston County Detention Center, Charleston, South Carolina, and that custody of the above-named defendant is required by the State of South Carolina for disposition of State matters now pending.

**IT FURTHER APPEARS** that the State of South Carolina requires the above-named defendant to be released to the custody of the Sheriff of Charleston County or a duly appointed representative on Monday, April 10, 2017, to be housed in Charleston County and returned by same to federal custody at the Charleston County Detention Center at the conclusion of the matter. The defendant is to be provided safekeeping, housing, custody and care while in the custody of the Sheriff of Charleston County at the State's expense.

**THEREFORE, IT IS ORDERED** that the United States Marshal Service release the above-named defendant to the custody of the Sheriff of Charleston County or a duly appointed representative, at the above-mentioned place, time and date, for disposition of state matters and that the above-named defendant be returned to federal custody at the State's expense, at the conclusion of the matter on April 10, 2017.

**AND IT IS SO ORDERED.**

_____
RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

Charleston, SC

April __7__, 2017

I SO MOVE:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

s/Nathan S. Williams
NATHAN S. WILLIAMS (10400)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC  29401-2238