IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 2:15-472-RMG |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Dylann Storm Roof. | ) | |

This matter is before the Court on Defendant's motion to substitute the Federal Defender Office for the Central District of California and the Federal Defender Office for the District of Maryland in place of trial counsel David Bruck, Kimberly Stevens, and Emily Paavola, effective upon the filing of the notice of appeal. (Dkt. No. 963.)

Counsel for Defendant represent that the Federal Defender Offices Central District of California and the District of Maryland are experienced in capital-case appellate litigation and have available counsel qualified to represent Defendant under 18 U.S.C. § 3599. Counsel further represent that the Administrative Office of the United States Courts, which reviews such out-of-district representations, has authorized the Federal Defender Offices of the Central District of California and the District of Maryland to handle the defendant's appeal, with the approval of Chief Judge Gregory of the United States Court of Appeals for the Fourth Circuit. Finally, counsel represent that the Federal Defender for the District of South Carolina and the Federal Capital Appellate Resource Counsel concur with the motion to substitute counsel.

The Court finds that the Federal Defender Office for the Central District of California and the Federal Defender Office for the District of Maryland are qualified under 18 U.S.C. § 3599 to represent Defendant on appeal and that their appointment in this case is appropriate. The Court therefore **GRANTS** the motion to substitute counsel for appeal (Dkt. No. 963) and **ORDERS** that, upon the filing of a notice of appeal, David Bruck, Esq., Kimberly Stevens, Esq., and Emily

-2-

Paavola, Esq., are relieved as counsel for Defendant Dylann Roof and the Federal Defender Office for the Central District of California and the Federal Defender Office for the District of Maryland are appointed in their stead as counsel of record for Defendant.

**AND IT IS SO ORDERED.**

_[signature]_
Richard Mark Gergel
United States District Court Judge

May 11, 2017
Charleston, South Carolina