**APPEAL TRANSMITTAL SHEET (Death Penalty)**

| **Transmittal to 4CCA of notice of appeal filed:** _____ <br><br> ___ First NOA in Case <br> ___ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA    ___ Paper Supp. <br> Vols: _____ <br> Other: _____ | **District:** <br><br> **Division:** <br><br> **Caption:** | **District Case No.:** <br><br> **4CCA No(s). for any prior NOA:** <br><br> **4CCA Case Manager: RJ Warren** <br><br> Direct notification of capital appeal also sent by: <br><br> ___ **phone call to 804-916-2738 or** <br><br> ___ **email to rj_warren@ca4.uscourts.gov** |
|---|---|---|
| **Capital Appeal Type:** <br><br> ___ § 2254 appeal <br><br> ___ Direct appeal from conviction <br><br> ___ § 2255 appeal <br><br> ___ Pretrial appeal in federal case | **Fee Status:** <br> ___ No fee required (USA appeal)    ___ Appeal fees paid in full    ___ Fee not paid <br> `*See (964)Order` <br> **Criminal Cases:** <br> ___ District court granted & did not revoke CJA status (continues on appeal) <br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) || 
| **District Judge:** ||
| **Court Reporter** (list all): <br><br><br><br> **Coordinator:** | **PLRA Cases:** <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) ||
|| **Sealed Status** (check all that apply)**:** <br> ____ Portions of record under seal <br> ____ Entire record under seal <br> ____ Party names under seal <br> ____ Docket under seal ||

| **Record Status for Pro Se Appeals** (check any applicable)**:** <br> ___ Assembled electronic record transmitted <br> ___ Additional sealed record emailed to 4cca-filing <br> ___ Paper record or supplement shipped to 4CCA <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | **Record Status for Counseled Appeals** (check any applicable)**:** <br> ___ Assembled electronic record available if requested <br> ___ Additional sealed record available if requested <br> ___ Paper record or supplement available if requested <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: |
|---|---|

Deputy Clerk: _____ Phone:_____ Date:_____

08/2012