FILED: May 23, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-3
(2:15-cr-00472-RMG-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

DYLANN STORM ROOF

 Defendant - Appellant

_____

O R D E R
_____

 The court appoints the Federal Defender Office for the Central District of California and the Federal Defender Office for the District of Maryland as counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective 05/23/2017.

 In light of this appointment, appellate counsel is granted access to sealed district court material, with the exception of ex parte or in camera material to which defense counsel did not have access in the district court.

All case filings must be made using the court's Electronic Case Filing system (CM/ECF). Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer. See **Required Steps for Registration as an ECF Filer**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk