# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
**(502) 564-3795**
**FAX (502) 564-3225**
**www.kybar.org**



**OFFICERS**
J.D. Meyer
President

Amy D. Cubbage
President-Elect

W. Fletcher Schrock
Vice President

Thomas N. Kerrick
Immediate Past President

Megan P. Keane
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Rhonda Jennings Blackburn
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Todd V. McMurtry
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
James A. Sigler
Van F. Sims
J. Tanner Watkins

## THIS IS TO CERTIFY THAT

### ANGELA S. ELLEMAN

*1707 Tyler Parkway*
*Louisville, Kentucky 40204*

### Membership No. 94631

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 27th day of May, 2022.*

**JOHN D. MEYERS**
**REGISTRAR**

By: _____

**John D. Meyers, Registrar**