UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00472-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Angela S. Elleman, Indiana Federal Community Defenders, Inc., as counsel for the Movant, pursuant to this Court's Order of Appointment.

Dated:  August 29, 2022
Charleston, South Carolina

Respectfully submitted,

 /s/ Jill E.M. HaLevi
Jill E.M. HaLevi
102 Broad Street, Suite C
Charleston, SC 29401
843-819-0557
E-Mail: jill@charlestonmediator.com

1

2

  /s/ Angela S. Elleman
Angela S. Elleman
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN  46204
(317) 383-3520
E-Mail: angie_elleman@fd.org

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 29, 2022, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ Angela S. Elleman</u>
Angela S. Elleman