UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00472-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| _____ | ) | |

Undersigned counsel hereby provides notice to the Court regarding the

attached agreement and waiver.

Respectfully submitted,


  /s/ Jill E.M. HaLevi
Jill E.M. HaLevi
102 Broad Street, Suite C
Charleston, SC 29401
843-819-0557
E-Mail: jill@charlestonmediator.com


  /s/ Angela S. Elleman
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated:  July 5, 2023

1

2

CERTIFICATE OF SERVICE

I certify that on July 5, 2023 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

 */s/ Angela s. Elleman*
Angela S. Elleman

2