**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No. 2:15-CR-00472-RMG** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DYLANN STORM ROOF** | ) | **APPEARANCE OF COUNSEL** |
| | ) | |
| | ) | |

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I hereby appear in this

case as counsel for The United States of America.

Respectfully,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

*/s/Kathleen Michelle Stoughton*
Kathleen Michelle Stoughton (ID No. 12161)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel. (803) 929-3114
Fax. (803) 929-3135
Email: Kathleen.Stoughton@usdoj.gov

June 13, 2023