IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. <u>2:15-cr-472</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| DYLANN ROOF | ) | <u>NOTICE OF APPEARANCE</u> |

I, Christopher B. Schoen, hereby notify this Honorable Court that I will appear

on behalf of the United States in the above-named case.


Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

s/*Christopher B. Schoen*
Christopher B. Schoen (Fed. ID # 11421)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Telephone: (864) 282-2100
Email: Christopher.Schoen@usdoj.gov


July 29, 2024