UNITED STATES DISTRICT COURT
DISTICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 2:15-CR-00472-RMG |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## MOTION FOR DISCOVERY

Dylann Roof, through counsel, respectfully moves for an order authorizing Mr. Roof to conduct discovery under the Federal Rules of Criminal Procedure and Civil Procedure.

Mr. Roof's specific discovery requests and the corresponding reasons for them are explained in the attached memorandum of support.

## CONCLUSION

WHEREFORE, Mr. Roof respectfully requests that the Court grant an order authorizing him to conduct discovery. A memorandum of support follows, and a proposed order is submitted.

Respectfully submitted,

 */s/ Angela Elleman*
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

*/s/ Jill E.M. HaLevi*
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
843-819-0557
E-Mail: jill@charlestonmediator.com

Dated:
February 25, 2025

2