**UNITED STATES DISTRICT COURT**
**DISTICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **Case No. 2:15-CR-00472-RMG** |
| v. | ) | |
| | ) | |
| **DYLANN STORM ROOF,** | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## <u>PROPOSED ORDER</u>

After full and fair consideration of Defendant's Motion for Discovery, the Motion is Granted.

It is **ORDERED** that Mr. Roof's counsel is permitted to serve the proposed subpoenas to the Lexington County Sheriff's Department and to Court Reporters Amy Diaz and Debbie Potacki, and to serve Requests for Production on the Department of Justice. The Department of Justice must respond in accordance with the Federal Rules of Civil Procedure. The Clerk of Court is hereby ordered to make available to Counsel for Petitioner Dylann Roof any audio recordings of pretrial and trial proceedings.

Dated:

_____
The Honorable Richard M. Gergel
United States District Judge