AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of South Carolina ▼

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-CR-00472-RMG |
| DYLANN STORM ROOF | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                                            .

Date:      03/07/2025

s/Aaron Stewart
*Attorney's signature*

Aaron J. Stewart OK Bar No. 31721
*Printed name and bar number*
United States Department of Justice
Capital Case Section
1331 F Street, NW; 6th Floor
Washington, D.C. 20530

*Address*

Aaron.J.Stewart@usdoj.gov
*E-mail address*

(202) 320-4385
*Telephone number*

(202) 353-9779
*FAX number*

<u>CERTIFICATE OF SERVICE</u>

I certify that on March 7, 2025, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/Aaron J. Stewart</u>
Aaron J. Stewart