UNITED STATES DISTRICT COURT
DISTICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,    )
                             )
    *Plaintiff-Respondent*,  )
                             )    Case No. 2:15-CR-00472-RMG
        v.                   )
                             )
DYLANN STORM ROOF,           )
                             )
    *Defendant-Petitioner*.  )
_____    )

## PROPOSED ORDER

After consideration of Defendant's Motion for Judge Gergel to Recuse From § 2255 Proceedings, the Motion is Granted.

It is **ORDERED** that the undersigned United States District Court Judge, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of the Court for reassignment pursuant to 28 U.S.C § 455.

Dated:

_____
The Honorable Richard M. Gergel
United States District Judge