UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15-472-RMG |
| | ) | |
| Dylann Storm Roof | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    I submit this statement in response to a motion filed in the above captioned case which inaccurately contends that I played a role in the assignment of *United States v. Roof* to United States District Judge Richard Gergel.

    1. The Defendant' motion contends that I "let [Judge Gergel] have" the case because he allegedly indicated an interest in wanting to preside over the case. (Dkt. No. 1049 at 1). This is simply untrue. I never had *United States v. Roof* assigned to me. I played no role in the assignment of the case to Judge Gergel. I am unaware of any effort by Judge Gergel to have the case assigned to him.

    2. The docket in *United States v. Roof* sets forth the official record of the case. The docket documents that the Defendant was indicted on July 22, 2015, and Judge Gergel was assigned the case the next day, July 23, 2023. (Dkt. Nos. 2, 10). The case went from "unassigned" to Judge Gergel. No other judge, including myself was assigned the case. Until the case was indicted, there was no case to be assigned.

    3. The Defendant's motion is based upon an erroneous premise that individual district

judges participate in the assignment of criminal cases to them within the District of South Carolina. This is simply not the case. The assignment of criminal cases is made under the direction and supervision of the Chief Judge. Judge Terry Wooten was the chief judge at the time of the indictment of the Defendant Roof.

4. I was not involved in any way in the assignment of the *Roof* case to Judge Gergel. I did not communicate with Chief Judge Wooten or Judge Gergel prior to the assignment of the case and am aware of no facts indicating that this assignment was not handled routinely by Chief Judge Wooten.

5. This is the first occasion in the nearly ten years since the *Roof* case was assigned to Judge Gergel that I have been aware of any claim that I played any role in steering the *Roof* case assignment to Judge Gergel. This did not happen. Anyone who reached the conclusion that I played a role in the assignment of the *Roof* case to Judge Gergel based on a conversation with me misunderstood our discussion.

_____
David C. Norton
United States District Judge

April 3, 2025