# Exhibit 1

| | |
|---|---|
| **From:** | SCDEfilingstat@scd.uscourts.gov |
| **To:** | scd_ecf_nef@scd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cr-00472-RMG USA v. Roof Affidavit in Opposition to Motion |
| **Date:** | Friday, April 4, 2025 11:25:46 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 4/4/2025 at 11:23 AM EDT and filed on 4/4/2025
**Case Name:**      USA v. Roof
**Case Number:**      2:15-cr-00472-RMG
**Filer:**
**Document Number:** 1051

**Docket Text:**
**AFFIDAVIT of Judge Terry Wooten re [1049] MOTION for Recusal . (ltap, )**

**2:15-cr-00472-RMG-1 Notice has been electronically mailed to:**

Jill EM HaLevi     jill@charlestonmediator.com, clerk@charlestonmediator.com

Christopher Braden Schoen     christopher.schoen@usdoj.gov, CaseView.ECF@usdoj.gov, Kelly.Reynolds@usdoj.gov, USA-SC-ECF-Docket-J@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-CHAS@usdoj.gov, USASCALS@usa.doj.gov, deborah.l.deyton@usdoj.gov

Everett Eugene McMillian     everett.mcmillian@usdoj.gov, CaseView.ECF@usdoj.gov, USA-SC-ECF-Docket-M@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-CHAS@usdoj.gov, dena.strickland@usdoj.gov

Paige M Fitzgerald     paige.fitzgerald@usdoj.gov

Kathleen Michelle Stoughton     kathleen.stoughton@usdoj.gov, CaseView.ECF@usdoj.gov, Tamieka.Russell-Brown@usdoj.gov, USA-SC-ECF-Docket-J@usdoj.gov, USASC.Postconviction@usdoj.gov

Stephen Curran     stephen.curran@usdoj.gov, eric.peffley@usdoj.gov

Mary J Hahn     mary.hahn@usdoj.gov, eric.peffley@usdoj.gov, mary.hahn3@usdoj.gov

Richard E Burns     richard.burns@usdoj.gov

Angela S Elleman     angie_elleman@fd.org, revae_miller@fd.org

Aaron Stewart     aaron.j.stewart@usdoj.gov

**2:15-cr-00472-RMG-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091130295 [Date=4/4/2025] [FileNumber=12375429-0
] [8b31c45023052514d37e1a3f63eb482a83f2962e2dff2ce5ec9538cbf3613cdba6a
05670c108cdeea1def46f69919c64140d5c0cdd0f9abdb81b2daf882ffdb2]]