# Exhibit 2

| | |
|---|---|
| **From:** | SCDEfilingstat@scd.uscourts.gov |
| **To:** | scd_ecf_nef@scd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cr-00472-RMG USA v. Roof Affidavit in Opposition to Motion |
| **Date:** | Friday, April 4, 2025 11:26:50 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of South Carolina

### Notice of Electronic Filing

The following transaction was entered on 4/4/2025 at 11:25 AM EDT and filed on 4/4/2025
**Case Name:**       USA v. Roof
**Case Number:**     2:15-cr-00472-RMG
**Filer:**
**Document Number:** 1052

**Docket Text:**
**AFFIDAVIT of Judge David Norton re [1049] MOTION for Recusal . (ltap, )**

**2:15-cr-00472-RMG-1 Notice has been electronically mailed to:**

Jill EM HaLevi     jill@charlestonmediator.com, clerk@charlestonmediator.com

Christopher Braden Schoen     christopher.schoen@usdoj.gov, CaseView.ECF@usdoj.gov, Kelly.Reynolds@usdoj.gov, USA-SC-ECF-Docket-J@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-CHAS@usdoj.gov, USASCALS@usa.doj.gov, deborah.l.deyton@usdoj.gov

Everett Eugene McMillian     everett.mcmillian@usdoj.gov, CaseView.ECF@usdoj.gov, USA-SC-ECF-Docket-M@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-CHAS@usdoj.gov, dena.strickland@usdoj.gov

Paige M Fitzgerald     paige.fitzgerald@usdoj.gov

Kathleen Michelle Stoughton     kathleen.stoughton@usdoj.gov, CaseView.ECF@usdoj.gov, Tamieka.Russell-Brown@usdoj.gov, USA-SC-ECF-Docket-J@usdoj.gov, USASC.Postconviction@usdoj.gov

Stephen Curran        stephen.curran@usdoj.gov, eric.peffley@usdoj.gov

Mary J Hahn        mary.hahn@usdoj.gov, eric.peffley@usdoj.gov, mary.hahn3@usdoj.gov

Richard E Burns        richard.burns@usdoj.gov

Angela S Elleman        angie_elleman@fd.org, revae_miller@fd.org

Aaron Stewart        aaron.j.stewart@usdoj.gov

**2:15-cr-00472-RMG-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091130295 [Date=4/4/2025] [FileNumber=12375450-0
] [07ce157564850bcf15cecac50029c66d0f232a16c2b0e3500931dba52f74dd34167
f3519ed4362236119e33a9235213187cdb6b0a03365b6246878ce0764da41]]