# Exhibit 3

| | |
|---|---|
| **From:** | SCDEfilingstat@scd.uscourts.gov |
| **To:** | scd_ecf_nef@scd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cr-00472-RMG USA v. Roof Order on Motion for Recusal |
| **Date:** | Friday, April 4, 2025 11:49:49 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 4/4/2025 at 11:47 AM EDT and filed on 4/4/2025
**Case Name:**      USA v. Roof
**Case Number:**      2:15-cr-00472-RMG
**Filer:**
**Document Number:** 1053

**Docket Text:**
**ORDER denying [1049] Motion for Recusal as to Dylann Storm Roof (1). AND IT IS SO ORDERED. Signed by Honorable Richard M Gergel on 4/4/25.(cper, )**

**2:15-cr-00472-RMG-1 Notice has been electronically mailed to:**

Jill EM HaLevi      jill@charlestonmediator.com, clerk@charlestonmediator.com

Christopher Braden Schoen      christopher.schoen@usdoj.gov, CaseView.ECF@usdoj.gov, Kelly.Reynolds@usdoj.gov, USA-SC-ECF-Docket-J@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-CHAS@usdoj.gov, USASCALS@usa.doj.gov, deborah.l.deyton@usdoj.gov

Everett Eugene McMillian      everett.mcmillian@usdoj.gov, CaseView.ECF@usdoj.gov, USA-SC-ECF-Docket-M@usdoj.gov, USA-SC-ECF-FLU@usdoj.gov, USA-SC-ECF-VW-CHAS@usdoj.gov, dena.strickland@usdoj.gov

Paige M Fitzgerald      paige.fitzgerald@usdoj.gov

Kathleen Michelle Stoughton      kathleen.stoughton@usdoj.gov, CaseView.ECF@usdoj.gov, Tamieka.Russell-Brown@usdoj.gov, USA-SC-ECF-Docket-J@usdoj.gov, USASC.Postconviction@usdoj.gov

Stephen Curran     stephen.curran@usdoj.gov, eric.peffley@usdoj.gov

Mary J Hahn     mary.hahn@usdoj.gov, eric.peffley@usdoj.gov, mary.hahn3@usdoj.gov

Richard E Burns     richard.burns@usdoj.gov

Angela S Elleman     angie_elleman@fd.org, revae_miller@fd.org

Aaron Stewart     aaron.j.stewart@usdoj.gov

**2:15-cr-00472-RMG-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091130295 [Date=4/4/2025] [FileNumber=12375641-0
] [127ea569525686d01dc6d725edf8fb0449bfffd0a128bd672a130b91924ea883755
980c8c9d948c654639789c74c4ad355a5394febdef1cf5f3cb03a2077496f]]