**UNITED STATES DISTRICT COURT**
**DISTICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff-Respondent,* | ) | |
| | ) | **Case No. 2:15-CR-00472-RMG** |
| v. | ) | |
| | ) | |
| **DYLANN STORM ROOF,** | ) | |
| | ) | |
| *Defendant-Petitioner.* | ) | |
| | ) | |

## <u>PROPOSED ORDER</u>

After consideration of Defendant's Renewed Motion for Judge Gergel to Recuse From § 2255 Proceedings, the Motion is Granted.

It is **ORDERED** that the undersigned United States District Court Judge, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of the Court for reassignment pursuant to 28 U.S.C § 455.

Dated:

_____
The Honorable Richard M. Gergel
United States District Judge