**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 2:15-CR-00472-RMG** |
| | ) | |
| **Plaintiff-Respondent,** | ) | |
| | ) | **MOTION TO FILE PORTIONS** |
| **v.** | ) | **OF § 2255 MOTION AND EXHIBITS** |
| | ) | **UNDER SEAL** |
| **DYLANN STORM ROOF** | ) | |
| | ) | |
| **Defendant-Petitioner.** | ) | |
| | ) | |

**MOTION TO FILE PORTIONS OF § 2255 MOTION AND EXHIBITS UNDER SEAL**

Petitioner, Dylann Storm Roof, by and through appointed counsel Jill E.M. HaLevi and Angela S. Elleman, respectfully submits this Motion to File Portions of § 2255 Motion and Selected Exhibits Under Seal.[1] The reasons for this request are explained in the attached memorandum of support. Undersigned counsel contacted opposing counsel by email on Friday, April 11, 2025, after work hours about the government's position on this motion. Understandably, counsel has not received a response.

**CONCLUSION**

WHEREFORE, Mr. Roof respectfully requests that the Court grant an order

---

[1] A Motion for Recusal was filed in this Court. Dkt. No. 1049. After the Court denied the motion, undersigned counsel filed a motion for reconsideration and renewed Motion for Recusal based on new grounds which remains pending at this time. Dkt. No. 1054. Counsel believes that recusal is necessary for the reasons stated in those motions. Therefore, it is appropriate for a new judge, one outside the District of South Carolina, be appointed to consider this motion.

1

authorizing him to file portions of his § 2255 motion and selected Exhibits under seal. A

memorandum of support follows, and a proposed order is submitted.

Dated April 13, 2025                              Respectfully submitted,

                                                  */s/ Jill E.M. HaLevi*
                                                  Jill E.M. HaLevi
                                                  Mediation and Legal Services
                                                  102 Broad Street, Suite C
                                                  Charleston, SC 29401
                                                  843-819-0557
                                                  E-Mail: jill@charlestonmediator.com

                                                  */s/ Angela S. Elleman*
                                                  Angela S. Elleman
                                                  Chief, § 2255 Unit
                                                  Indiana Federal Community Defenders
                                                  111 Monument Circle, Suite 3200
                                                  Indianapolis, IN 46204
                                                  Phone: 317-383-3520
                                                  E-Mail: angie_elleman@fd.org

2