**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 2:15-CR-00472-RMG** |
| | ) | |
| **Plaintiff-Respondent,** | ) | |
| | ) | **MOTION FOR LEAVE TO** |
| **v.** | ) | **FILE CORRECTED 2255** |
| | ) | |
| **DYLANN STORM ROOF** | ) | |
| | ) | |
| **Defendant-Petitioner.** | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE CORRECTED § 2255 MOTION ON OR BEFORE**
**AGREED UPON STATUTE OF LIMITATIONS DATE JULY 21, 2025**

Petitioner, Dylann Storm Roof, by and through appointed counsel Jill E.M. HaLevi and

Angela S. Elleman, respectfully submits this motion requesting that the Court grant him

permission to file a corrected § 2255 motion in this matter on or before the agreed upon Statute

of Limitations date July 21, 2025.[1] The reasons for this request are explained in the attached

memorandum of support.

CONCLUSION

WHEREFORE, Mr. Roof respectfully requests that the Court grant leave to file a

corrected § 2255 motion on or before July 21, 2025, and schedule any response to this motion

only after that date.

---

[1] A Motion for Recusal was filed in this Court. Dkt. No. 1049. After the Court denied the motion, undersigned counsel filed a motion for reconsideration and renewed Motion for Recusal based on new grounds which remains pending at this time. Dkt. No. 1054. Counsel believes that recusal is necessary for the reasons stated in those motions. Therefore, it is appropriate for a new judge, one outside the District of South Carolina, to be appointed to consider this motion.

1

Dated April 17, 2025

Respectfully submitted,

*/s/ Jill E.M. HaLevi*
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
843-819-0557
E-Mail: jill@charlestonmediator.com


*/s/ Angela S. Elleman*
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org