# Exhibit 1

**From:** Schoen, Christopher (USASC)
**To:** Angie Elleman
**Subject:** RE: Roof
**Date:** Friday, January 10, 2025 3:44:39 PM

Angie,

I am sorry for the delay in getting back to you. I was in trial earlier this week and am getting ready for another one next week. After talking with my chain, we are willing to extend the statute of limitations for another 90 days, but this will be the last extension I can agree to.

If you will draft the paperwork and send it to me, I am happy to review once I am done with this next trial. Please let me know if you have any questions or concerns.

Have a nice weekend,
Chris

--
Chris Schoen
Assistant United States Attorney
District of South Carolina
o. 864-282-2141
c. 843-609-4953

**From:** Angie Elleman <Angie_Elleman@fd.org>
**Sent:** Tuesday, January 7, 2025 4:42 PM
**To:** Schoen, Christopher (USASC) <cschoen@usa.doj.gov>
**Subject:** [EXTERNAL] Roof

Chris,
Hope you had a restful vacation and aren't coming back to too many fires to put out.

Let me know what sort of timeline we can anticipate in terms of our request for more time.

Thanks,
Angie

Angela Elleman
Chief, Capital 2255 Unit
Indiana Federal Community Defenders
(317)383-3520