# Exhibit 2

**From:** Schoen, Christopher (USASC)
**To:** Angie Elleman
**Subject:** Re: Roof
**Date:** Friday, December 27, 2024 9:00:08 PM

Good evening, Angie.

I have a couple more calls to make on this, but won't be back in the office until the new year. I will follow up then.

Happy Holidays!
Chris

Get Outlook for iOS

**From:** Angie Elleman <Angie_Elleman@fd.org>
**Sent:** Thursday, December 26, 2024 4:16:47 PM
**To:** Schoen, Christopher (USASC) <cschoen@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Roof

Thanks Chris,
After this week's news, we are renewing this request.  We worked very hard for clemency, and have spent a lot of time on that effort. It wasn't to be.  But we obviously now need to shift our efforts to preparing the 2255.

Let us know the status of this request, and Happy Holidays.

Angie

**From:** Schoen, Christopher (USASC) <Christopher.Schoen@usdoj.gov>
**Sent:** Friday, December 13, 2024 6:03 PM
**To:** Angie Elleman <Angie_Elleman@fd.org>
**Subject:** RE: Roof

Angie,

Let me reach out to my chain regarding your request, and I will follow up.

Have a nice weekend,
Chris

--
Chris Schoen
Assistant United States Attorney
District of South Carolina
o. 864-282-2141

c. 843-609-4953

---

**From:** Angie Elleman <Angie_Elleman@fd.org>
**Sent:** Thursday, December 12, 2024 7:32 PM
**To:** Schoen, Christopher (USASC) <cschoen@usa.doj.gov>
**Subject:** [EXTERNAL] Roof

Chris,
Hope you are well.

I am writing now to formally request additional time, and another agreement by the government to waive a statute of limitations defense.

The reasons are several, which I will mention here, but first and foremost is that we have seen it as our obligation to our client to diligently pursue clemency based on the impending end of President Biden's term.  (Obviously if clemency were granted, this request would be moot; however, we thought it made sense to seek this agreement under the current leadership.)  We have put significant resources and time into the clemency effort, knowing all along that this is unlikely but also a part of our appointment and duty.

In addition to this:  we have had numerous personnel changes in our office.  We had another attorney working on this case end her employment with our office in the last few weeks.  This is after earlier this year one of the attorneys in my office working almost exclusively on this case left the Unit.

Further, we have had continued difficulty obtaining essential records from the Lexington County Sheriff's Office.  I have previously kept Kathleen informed of this and sought her assistance in obtaining those records.  We have sought those records diligently.  Since March of 2023 they have informed us that they cannot comply with our request because their microfiche machine is broken.  The most recent communication from them is that a new machine has been ordered.  The email is pasted below.

Finally, this is just an enormous file.  Our Unit is small, with only five attorneys in total (one just hired beginning Nov. 12, 2024).  Just our review of the voluminous files we inherited from trial counsel is not complete.

I am hopeful that we can reach an additional agreement for six more months in which to file Mr. Roof's 2255 Motion.

Please let me know if you have any questions.  I am happy to chat.

Best,
Angie

Email from LCSD:


**From:** LCSD FOIA <FOIA@lcsd.sc.gov>
**Sent:** Wednesday, December 11, 2024 12:00 PM
**To:** Devon Larson <devonlarson710@gmail.com>
**Cc:** Jean Giles <Jean_Giles@fd.org>
**Subject:** RE: Microfiche Machine

Good morning,

We are still waiting for the new machine to be delivered and installed. I apologize that this has taken so long. I will update you once the new machine has been installed and working properly.

Thank you!



Angela Elleman
Chief, Capital 2255 Unit
Indiana Federal Community Defenders
Indianapolis, IN 46204
(317) 383-3520