

## Jay R. Lucker, Ed.D., CCC-A/SLP, FAAA
### Certified/Licensed Audiologist
### Certified/Licensed Speech-Language Pathologist
### Specializing in Auditory Processing

*Providing Assessments of Auditory and Language Processing Abilities*
*Consultation and Parent/Child Advocacy*
*Education and In-Service Training*

**CONTACT**
1900 Campus Commons Drive
Suite 100
Reston, VA 20191

**TELEPHONE**
(301) 254-8583

**EMAIL**
apddrj@gmail.com

**Office in Metro DC Area**

**Associated with:**
Professor
Dept. of Communication
   Sciences & Disorders
Howard University
Washington, DC

**CERTIFICATIONS**
Audiologist
Speech-Language Pathologist
Teacher of the Speech &
Hearing Handicapped (NYS)

**LICENSES**
Audiologist
Speech-Language Pathologist

## Auditory Processing Assessment

Name: Dylann Roof
Eval:   10/23/2024
DOB:  04/03/1994
CA:     30-years, 6-months
Report: 11/04/2024
Diagnoses:
   H93.25 – Central Auditory Processing Disorder
   H93.299 – Abnormal Auditory Perception

### Background information

Dylann Roof is a 30-years, 6-months old adult male whom Dr. Jay R. Lucker saw for an Auditory Processing Assessment on 10/23/2024. Dylann is an inmate in the United States Penitentiary (USP) in Terre Haute, Indiana. His attorney, Angela Elleman, Chief, Capital 2255 Unit, Indiana Federal Community Defenders, Indianapolis, IN 46204 obtained permission for this professional, Dr. Jay R. Lucker, to meet with Dylann at the USP to conduct a comprehensive auditory processing evaluation with Dylann to identify whether he has any specific auditory processing disorders (APD) that could affect his abilities to understand things spoken to him, in conversations with others, and to comprehend verbal input. These were the focus for today's auditory processing assessment.

### Dr. Lucker's Qualifications

Dr. Lucker is an Indiana state licensed audiologist (license number 23002882A), as well as a Certified Audiologist and Speech-Language Pathologist (certified by our national professional American Speech-Language Hearing Association, ASHA). He specializes in auditory processing disorders as well as language processing disorders. He is also a professor at a number of universities.

### Review of Previous Evaluations

To gain some background information regarding Dylann, a number of reports were reviewed by this professional. The following are authors of reports reviewed that involved information regarding possible auditory processing disorders for Dylann:
   -Amy Fritz Ocock who included a screening of auditory processing which Dylann failed
   -Mark Wagner, Ph.D. indicating some possible auditory processing disorders (APD) as well as psychological problems that could interact with Dylann's abilities to process and understand what he hears
   -Paul J. Moberg, Ph.D, ABBP whose findings also indicate issues that could interact with Dylann's abilities to process what he hears

Ex. 3 pg.1 of 7

Dylann Roof
Auditory Processing Assessment Report
11/04/2024
Page 2

Any one of these reports support a conclusion that Dylann likely has some auditory processing disorders (APD) which needed to be evaluated. My focus was to identify (a) whether Dylann has any APD and (b) how such APD can negatively affect his abilities to understand and respond to what is spoken to him.

**Understanding the Auditory Information Processing Evaluation**
**Auditory information processing is referred to in this report as those internal processes that a person uses to make sense out of auditory messages taken in**. Auditory processing involves all of the things our brain does to obtain meaning from the information we receive through our auditory systems getting that information from the "outside world" though our ears, up to the auditory centers of the brain, and interacting with other centers of the brain including the language centers, the cognitive centers, the emotional centers, the memory centers, the executive functioning centers, and other sensory centers (Lucker 2005, 2007, 2008, 2009, 2010, 2011, 2014, 2015; Edell, Lucker, and Alderman, 2008; Hawkins and Lucker, 2018).

Auditory processing has been described as "What we do with what we hear" (Katz, Stecker, and Henderson, "Central Auditory Processing; A Transdisciplinary Approach,"1992). as well as "How the ear speaks to the brain." (Chermak & Musiek, "Central Auditory Processing Disorders: New Perspectives," 1997). Lucker (2005, 2007, 2008, 2009, 2010, 2011, 2014, 2015; Hawkins and Lucker, 2018) defined auditory processing as those things the entire central nervous system does when it receives information through the auditory system and gets it into the higher cognitive levels of the brain where meaning is placed on that information, so the listener makes sense and comprehends what is heard.

The approach taken in this report (Lucker, 2005, 2007, 2008, 2009, 2010, 2011, 2014, 2015; Edell, Lucker, and Alderman, 2008; Hawkins and Lucker, 2018) is one in which auditory information processing is viewed as a series of steps or processes beginning after a person hears or "receives" the auditory signal at the ear and involves the entire central nervous system in the brain. In this approach, there are hypothesized to be different areas of processing that interact with each other and lead to the final comprehension of the message. Furthermore, in each area are subcategories of processes that can be identified as normal or deficient during the comprehensive assessment of auditory processing abilities when considering various factors. These factors include a complex interaction of auditory abilities, language abilities, sensory abilities, cognitive abilities, emotional factors, behavioral issues, and sensory factors. Considering these factors, below is a summary of what today's auditory information processing test battery indicates regarding Dylann's abilities to process in each of these areas and subcategories within each area of auditory processing.

**Analyses of Assessment**
Assessing Dylann's hearing and auditory processing was provided by formal, standardized measures as well as observations interacting with him. The formal standardized assessment is based on quantitative information obtained from Dylann's results of the tests, comparing his performance with the norms for each measure completed. Qualitative observations and interactions between this professional and Dylann provided further input, and both are discussed below.

Dylann Roof
Auditory Processing Assessment Report
11/04/2024
Page 3

## Observations

Dylann entered the room in which the assessments were completed in a positive manner. He greeted me saying my last name. He took a seat and I provided him with two copies of a form which he was told to read and, if he agreed to participate in today's evaluation, he would sign and date the copies of the Agreement to Participate form. He was told that one copy was for this professional and the other was for his attorney. He signed both copies.

Throughout today's assessment, all interactions were very pleasant. At two points during the evaluation, Dylann was given a "break" from the testing, and he started with conversations between himself and this professional discussing movies that he liked, asking if I liked them as well. In this conversation, he was very appropriate in his verbal interactions, and once this professional had to repeat something he said, and another time expand on something else he said to clarify for Dylann what was meant.

During the formal, standardized testing, Dylann often asked if he did well. Twice this professional asked him if he was aware of his performance in repeating what he heard in his right ear versus his left ear. This was asked because, as the quantitative analysis revealed, he has uneven performance between ears which is a positive indication of what is called an auditory integration processing disorder also known as a disorder in dichotic listening. The typical listener will perform without a significant difference between the two ears. As the reader will see in the discussion of quantitative test results (below), Dylann's performance on Ear Difference Analysis was very significant, below -2 standard deviations on four of the measures. This indicates an auditory processing disorder, based on our professional association's publications regarding what audiologists are to use as a diagnosis of an auditory processing disorder (American Speech-Hearing-Language Association (ASHA) 2005 and the American Academy of Audiology (AAA) 2010.

Another observation noted was that Dylann often took longer than expected to respond, even if he responded appropriately. Typically, an adult takes about one second to repeat what he has to repeat on the auditory processing tests. However, Dylann often took two or more seconds to repeat the words or sentences he heard. (As the reader will see, auditory processing testing only asks the person to repeat what is verbally presented via the formal, calibrated recorded presentations for each measure presented.) This indicates the likelihood that it takes his processing system longer than normal to work on processing the information taken in verbally which could then lead to frustrations and negative emotional reactions, such as anxieties, because a very bright person, such as Dylann, expects to be able to respond immediately (i.e., no longer than one second).

## Quantitative Analyses of Test Findings

The other analysis used is quantitative based on formal standardized objective test results compared with the norms for each measure presented. As stated above, all tests were presented via recorded material at a calibrated level of normal conversational speaking (50dBHL). Only the hearing evaluation presented nonverbal tones at different loudness (intensity) levels to determine if hearing for each ear were normal no greater than 20dBHL. Results for all measures completed in today's comprehensive audiological and auditory processing evaluation are provided in the appendix of this report (Test Data).

The findings from the hearing testing revealed normal hearing so that the APD problems found are not due to Dylann's inability to hear what is spoken. All areas of auditory processing were found to be normal **except for auditory lexical integration at both the neurophysiological and the verbal processing levels**.

Ex. 3 pg.3 of 7

Dylann Roof
Auditory Processing Assessment Report
11/04/2024
Page 4

As stated earlier in this report, the diagnosis of an auditory processing disorder (APD) occurs when a person fails any two measures of auditory processing below -2 standard deviations (below the 2nd percentile). Additionally, any auditory processing disorder could occur when one compares performance between measures and notes that there is a specific area of auditory processing for which the listener performs at more than -1 standard deviation below that listener's performance on every other measure evaluated.

Looking at Dylann's performance on all measures of auditory processing that compare his two ears, on the SCAN-3A Ear Difference Analysis, of the 7 measures, 4 (more than 50%) were abnormal. These 4 abnormal findings are each -2 standard deviations below the mean, indicating very significant problems with what is called auditory lexical integration at the neurophysiological level. This relates to integration between the different areas of the brain involved in processing what is heard.

Also, looking at the SCAN-3A's 2 Competing Words measures, the results are -1 standard deviation below the mean, whereas all of the other measures are above the mean. Comparing the results for Competing Words and all of the other measures, there is a relative abnormality in Dylann's abilities to process linguistic information (lexical integration) functionally. Thus, he has significant APD problems at the neurophysiological level and at the general, overall lexical integration level so that he cannot always "get" and understand what is spoken. This can then contribute to frustrations which can lead to negative emotional reactions and misunderstanding of what he hears. This is an important factor indicating that **Dylann has very significant APD problems**. When we then include the observations of him needing extra time to respond to what he hears (on the formal testing it only involved repeating the words or sentences he heard) he may have a problem pulling out the appropriate response from his brain as he is taking in information. Thus, the reader should look to see what the psychological evaluations indicate regarding speed of processing. Additionally, a recommendation is provided that he needs to have a linguistic speed of processing evaluation.

**Conclusions**

Today's auditory processing evaluation with Dylann Roof supports a conclusion that he has a significant auditory processing disorder (APD) with lexical integration at both the neurophysiological level as well as within other areas of brain processing such as integrating what he hears with interpreting the linguistic meaning as well as the cognitive processes of interpreting the overall meaning of the linguistic messages he hears. As stated earlier, this can then lead to frustrations and negative emotional reactions causing anxieties and other negative emotionally involved factors that would make his processing and understanding of what is spoken worse. We need to consider these factors regarding Dylann and his issues that have led to him being placed in USP as well as when we converse with him in general.

What is important also for the listener to note is that today's assessment was completed in a controlled and familiar environment for Dylann. Because of this, he did not display any negative emotional reactions or anxieties so that the test findings purely look at his auditory information processing abilities. Thus, when we combine his auditory lexical integration APD with any other factors, such as negative emotional reactions, frustrations, and anxieties, he likely is significantly less able to process and understand what is spoken to him.

Dylann Roof
Auditory Processing Assessment Report
11/04/2024
Page 5

      It is hoped that this report provides the reader with a better understanding of Dylann Roof's auditory information processing abilities and needs.



Electronically signed,
Jay R. Lucker, Ed.D., CCC-A/SLP, FAAA
Certified/Licensed Audiologist
Specializing in Auditory Processing Disorders (APD) &
Language Processing Disorders
Indiana State Audiology License Number 23002882A

Dylann Roof
Auditory Processing Assessment Report
11/04/2024
Page 6

## Test Data
*Indicates a finding at or below the normal range for that measure
**Indicates a finding at or below -1.5 standard deviations for that measure
***Indicates a finding at or below -2 standard deviations for that measure
****Relative deficit – relative to all other APD findings by at least 1 standard deviation

### Auditory Sensitivity: Pure Tone Hearing Thresholds (normal level = 20dBHL)

| Frequency in Hz | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|
| Right ear in dBHL | 0 | 0 | 5 | 10 | 15 | 40*** |
| Left ear in dBHL | 0 | 0 | 5 | 5 | 10 | 40*** |

### Auditory Hypersensitivity: Tolerance Levels (maximum up to 100dBHL)

| Frequency in Hz | 250 | 500 | 750 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|---|
| Right ear in dBHL | >max | >max | >max | >max | >max | >max | >max | >max | >max | >max |
| Left ear in dBHL | >max | >max | >max | >max | >max | >max | >max | >max | >max | >max |

### Speech Thresholds: SRT (norm is a difference up to 10dB)

| Ear | PTA | SRT | Difference |
|---|---|---|---|
| Right in dBHL | 5 | 0 | 0 |
| Left in dBHL | 3.3 | 0 | 3.3 |

### Word Recognition in Quiet and Noise (S/N+5) (@ 50dBHL)

| Measure | Quiet | Norm | Noise | Q/N Difference | Norm | Noise Ear Difference |
|---|---|---|---|---|---|---|
| Right ear | 100% | 93% | 100% | 0% | 28% | 4% |
| Left ear | 100% | 94% | 96% | 4% | 31% | 15% |

### SCAN-3A (norms are scaled scores between 7 and 13 with a mean of 10 and a standard deviation of 3)

| Subtest | Scaled Score | Percentile |
|---|---|---|
| Filtered Words | 13 | 84th |
| Auditory Figure-Ground 0 | 11 | 63rd |
| Auditory Figure-Ground+8 | 12 | 75th |
| Competing Words – Free Recall | 8**** | 25th***** |
| Competing Words – Directed Recall | 9**** | 37th***** |
| Competing Sentences | 12 | 75th |
| Time Compressed Sentences | 12 | 75th |

**Time Compressed Sentences Test baseline measure at 0% compression = 0 errors**

Dylann Roof
Auditory Processing Assessment Report
11/04/2024
Page 7

## Ear Difference Analysis

| Subtest | Ear Effect | Normal? |
|---|---|---|
| Filtered Words | LEA | **No*** |
| Auditory Figure-Ground 0 | REA | **No*** |
| Auditory Figure-Ground+8 | REA | **No*** |
| Competing Words – Free Recall | REA | Yes |
| Competing Words – REF | REA | **No*** |
| Competing Words – LEF | REA | Yes |
| Competing Sentences | None | Yes |
| Time Compressed Sentences | None | Yes |

## SSW

8CN (Number of Errors)

| | RNC | RC | LC | LNC | | LNC | LC | RC | RNC |
|---|---|---|---|---|---|---|---|---|---|
| REF | 0 | 0 | 0 | 0 | LEF | 0 | 0 | 0 | 0 |

Number of Errors

| Condition | Value | Normal Limit @ -2SD |
|---|---|---|
| RNC | 0 | 1 |
| RC | 0 | 2 |
| LC | 0 | 4 |
| LNC | 0 | 1 |

Response Bias

| Effect | Type | Difference |
|---|---|---|
| Ear | None | None |
| Order | None | None |
| Reversals | None | None |
| Type A | None | None |
| All Others | None | None |

## Phonemic Synthesis Test (PST)

| Analysis | Correct | Normal Cut-off for Correct |
|---|---|---|
| Quantitative | 23 | 23 out of 25 |
| Qualitative | 23 | 22 out of 25 |