**Erin David Bigler, Ph.D.**
A Professional Corporation
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

April 2, 2025

Angie Elleman
Chief, Capital §2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204

   RE: Dylann Roof

Dear Ms. Elleman:

As a Professor Emeritus of Psychology and Neuroscience, Board-Certified Clinical Neuropsychologist and Cognitive Neuroscientist with an extensive background in neuroimaging, you have retained me to review the neuroimaging studies that were performed back in 2016 on Dylann Roof. The MRI was on March 13, 2016, and it was done at the Medical University of South Carolina (MUSC).  The studies were done under an alias – Spencer Patton – so, some of the imaging that I will show will have Spencer Patton as the name in the Digital Imaging Communications in Medicine (DICOM) file, but this is actually Dylann Roof. I have not personally examined Mr. Roof back in 2016 or currently. Accordingly all of the opinions that I make in this report are based on my 50+ years of a clinical, research and academic career (vita is attached).

The original trial team contacted me to perform some preliminary analyses, which I did back in 2016. However, for a variety of factors and events, I did not participate further as part of the original trial team.

You have provided me with some updated records, which have allowed me to hone in on more specific analyses of Mr. Roof's brain MRI:

- MUSC Health Imaging
- Robert H. Ouaou, Ph.D. (Corrected Neuropsychological Report)
- Dylann Roof APD Eval Oct 2024 Final Report (Jay R. Lucker, Ed.D., CCC-A/SLP, FAAA)
- D00062 Dylann Roof Pediatric Records (Carolina Pediatrics/Dr. Mubarak)
- DR_MRI (Results provided 2016.03.29)
- DR_Z-Score_data
- DR_NP-SummarySheet_2016

**Primary Mailing Address:**  PO Box 1968, Provo, UT 84603-1968
**Primary Express Mail Address:**  455 South 1220 West, Provo, UT 84601
(801) 368-9865 or (801) 374-8536    Fax: (801) 374-1072

**Secondary Mailing Address:** PO Box 129, Somerset, CA 95684
**Secondary Express Mail Address:** 3281 Corral Trail Road, Somerset, CA 95684

IFCD 004359

Angie Elleman
RE: Dylann Roof
April 2, 2025
Page 2

- D00001 SC Dept of Ed (GED Diploma)
- D00239 Dylann Roof Richland One School Records
- D01048 DR Provost Academy Records
- D02039 DR School Records (Additional from Lexington)
- D06186 DR School Records – Richard One Responsive to Subpoena
- DR Lexington School Records
- Report of Dr. Amy Fritz (Date of Report: 2/25/25)

I'll begin with Dr. Lucker's report. On page 2 of his assessment involving Mr. Roof and auditory processing, he makes the following statement about auditory processing as follows:

> Auditory processing involves all of the things our brain does to obtain meaning from the information we receive through our auditory systems, getting that information from the outside world through our ears up to the auditory centers of the brain and interacting with other centers of the brain including the language centers, the cognitive centers, the emotional centers, the memory centers, the executive functioning centers, and other sensory centers.

Dr. Lucker, on page 4, makes the following diagnostic conclusion:

> Today's auditory processing evaluation with Dylann Roof supports a conclusion that he has a significant auditory processing disorder (APD) with lexical integration at both the neurophysiological level as well as within other areas of brain processing such as integrating what he hears with interpreting the linguistic meaning as well as the cognitive processes of interpreting the overall meaning of the linguistic messages he hears. As stated earlier, this can then lead to frustrations and negative emotional reactions causing anxieties and other negative emotionally involved factors that would make his processing and understanding of what is spoken worse.

Dr. Lucker further characterizes these APD problems as "very significant."

Identifying APD means that any neuroimaging analysis should focus primarily on temporal lobe structures and their neural networks associated with auditory processing, as is presented in **Figure 1**. This is a classic illustration from the Netter Neuroanatomy CIBA collection that shows the VIII cranial nerve that carries auditory information from the ear to auditory cortex in the brain. Note that auditory pathways involve multiple structures from the brainstem to cerebral cortex, which means there are complex neural transmission and synapses that occur for sounds to register in the auditory cortex, but then there are additional synaptic connections necessary to make meaning out of auditory input.

IFCD 004360

Angie Elleman
RE: Dylann Roof
April 2, 2025
Page 3



**Figure 1.**

IFCD 004361

Angie Elleman
RE: Dylann Roof
April 2, 2025
Page 4

**Figure 2** shows Mr. Roof's MRI coronal section through the temporal lobe and auditory cortex, which is labelled **Figure 3,** where **Figures 2** and **3** are integrated. Note that the left side of Mr. Roof's head MRI is as if he were standing in front of the viewer.



**Figure 2.**



**Figure 3.**

IFCD 004362

Angie Elleman
RE: Dylann Roof
April 2, 2025
Page 5

**Figure 3.** This is the same MRI as in Figure 2, with key anatomical parts of the auditory system labelled.

Knowing that an Auditory Processing Disorder is present and given the known neuroanatomical components of the auditory system, means that the focus of my analysis can now be specific to the temporal lobe. As such, this permits the narrowing down of what to review from a quantitative neuroimaging analysis perspective.

Accordingly, I have performed two quantitative image analyses. One of those is an update of NeuroQuant (https://www.cortechs.ai/neuroquant/) that was originally performed in 2016. NeuroQuant is an FDA-approved program that provides an overview of temporal lobe regions-of-interest (ROI) volumetric findings. Since NeuroQuant has undergone some changes since 2016, including expanded normative data, I reran NeuroQuant and paid particular attention to temporal lobe regions with the following values obtained:

| Regional Lobe Analysis | Normative Percentiles | | |
| --- | --- | --- | --- |
| | Left | Right | Total |
| Temporal Lobe | 89 | 97 | 94 |
| — Hippocampus | 21 | 31 | 24 |
| — Entorhinal Cortex | 25 | 85 | 57 |
| — Parahippocampal Gyrus | 35 | 3 | 13 |
| — Amygdala | 99 | 99 | 99 |

The magenta highlight means the value is statistically significant and below the 95th percentile confidence interval (CI), whereas in contrast, the blue indicate volumes in excess of the 95th CI. Also, of note, the hippocampus, entorhinal cortex and parahippocampal gyrus that all participate in memory, emotional control and regulation as well as roles in auditory processing are less than optimal. These lower values are particularly interesting, because overall the temporal lobe volume is close to being beyond the 95th percentile. Note the larger than neurotypical size of the amygdala, where aberrant size of the amygdala may be associated with various types of anxiety-based disorders as has been diagnosed by Dr. Ouau.

Another program VolBrain (https://www.volbrain.net/), was run, which actually allows a more detailed analysis of some of structures of the temporal lobe, not assessed by NeuroQuant analyses. In Figure **4** below, I have screen grabbed the VolBrain output and which shows that there are a number of areas in red (which represent values that exceed the 95th confidence interval), but some are larger and some are smaller. For an entirely neurotypical quantitative temporal lobe analysis, one would expect there to be nothing highlighted – nothing that would deviate from the norm. As can be seen, there are several areas that deviate outside of the boundaries of what is considered neurotypical. I believe that these quantitative volume indicators about brain structures have relevance for understanding the clinical assessments of audiological, neuropsychological, and the language and auditory processing findings.

IFCD 004363

Angie Elleman
RE: Dylann Roof
April 2, 2025
Page 6

| | Total (cm³ / %) | Right (cm³ / %) | Left (cm³ / %) | Asymmetry (%) |
|---|---|---|---|---|
| **Temporal lobe** | 139.95 / 9.526 | 70.75 / 4.816 | 69.20 / 4.710 | 2.2225 |
| | [8.005, 9.346] | [3.990, 4.747] | [3.971, 4.673] | [-4.898, 7.581] |
| Fusiform gyrus | 21.18 / 1.441 | 11.32 / 0.770 | 9.86 / 0.671 | 13.7455 |
| | [1.039, 1.456] | [0.508, 0.752] | [0.495, 0.729] | [-16.931, 23.644] |
| Planum polare | 3.86 / 0.263 | 2.04 / 0.139 | 1.82 / 0.124 | 11.7842 |
| | [0.263, 0.383] | [0.125, 0.195] | [0.129, 0.201] | [-25.740, 21.488] |
| Planum temporale | 4.84 / 0.329 | 1.97 / 0.134 | 2.86 / 0.195 | -36.8829 |
| | [0.235, 0.409] | [0.092, 0.193] | [0.127, 0.236] | [-62.718, 11.865] |
| Inf. temporal gyrus | 28.25 / 1.923 | 14.03 / 0.955 | 14.22 / 0.968 | -1.3676 |
| | [1.612, 2.159] | [0.766, 1.102] | [0.791, 1.122] | [-21.403, 16.629] |
| Middle temporal gyrus | 34.67 / 2.360 | 17.85 / 1.215 | 16.82 / 1.145 | 5.9266 |
| | [2.041, 2.640] | [1.014, 1.361] | [0.962, 1.330] | [-14.341, 20.553] |
| Sup. temporal gyrus | 17.25 / 1.174 | 8.34 / 0.568 | 8.91 / 0.606 | -6.5549 |
| | [0.963, 1.312] | [0.449, 0.672] | [0.471, 0.690] | [-26.976, 19.660] |
| Transverse temporal gyrus | 4.20 / 0.286 | 1.75 / 0.119 | 2.45 / 0.167 | -33.3270 |
| | [0.177, 0.296] | [0.075, 0.146] | [0.088, 0.162] | [-49.082, 21.831] |
| Temporal pole | 25.70 / 1.750 | 13.45 / 0.915 | 12.25 / 0.834 | 9.2990 |
| | [1.245, 1.723] | [0.614, 0.879] | [0.612, 0.875] | [-13.766, 14.341] |

Going back to my original retention in 2016, one of the working diagnostic issues for Mr. Roof was that he was on the autism spectrum. As a core feature of anyone who is on the autism spectrum, there will be some kind of impairment in language and/or auditory processing and communication. While there were prior neuropsychological and ASD evaluations, I do not believe there was the level of focus on APD like has recently been undertaken. Furthermore, with the current evaluations and in particular where Dr. Ouau concluded the following: "Dylann. Roof is a 30-year-old male with a lifelong history of childhood neglect, developmental delays in the domains of communication and social development, chronic social anxiety. Additionally, it has become evident that he suffers from a neurodevelopmental disorder, namely Language Disorder (i.e., Auditory Processing Disorder) and Social Anxiety Disorder."

Please note that the evaluations performed by Drs. Ouau, Lucker and Fritz were valid assessments. As Dr. Ouau states in his evaluation, he gave numerous external as well as embedded test validity measures, all of which were passed. These evaluations provide compelling clinical evidence for neural dysfunction within auditory, temporal lobe and limbic systems. By undertaking a focused analysis of temporal lobe integrity from neuroimaging, the analyses reported herein support the clinical decision making offered by Drs. Ouau, Lucker and Fritz.

Returning to Figure 1, please note that the auditory system is dependent upon multisynaptic connections that also requires the integration between not only the temporal lobes but both hemispheres and other brain regions to coordinate auditory information. All of this takes neural speed and neural computational time. Anything that may slow that down is going to impact auditory processing and may have a secondary, downstream impact on language and communication.

IFCD 004364

Angie Elleman
RE: Dylann Roof
April 2, 2025
Page 7


Had I been asked to, I could have provided these types of analyses and explanations in 2016. Even without the updated NeuroQuant available today, the same analysis in this report could have been conducted manually if I had known about the APD diagnosis. Furthermore, if updated neuroimaging were done, especially involving functioning neuroimaging with auditory neural network analyses, even further assessment and more specific analyses of the dysfunction auditory system could be done.

There is more that can be done with the 2016 MRI, including showing the auditory system within a 3-D display of Mr. Roof 2016 MRI but I could not undertake additional analyses given the time constraints, but should you request those be done in the future, I can supplement this report.

Should there be a need to elaborate on any of the points raised in this report, I am happy to provide additional explanations.

Sincerely,

Erin D. Bigler, Ph.D.
Professor Emeritus of Psychology and Neuroscience,
    Brigham Young University, Susa Young Gates Endowed Chair
Department Chair (1996-2002)
Director, Brain Imaging and Behavior Laboratory, BYU (1990 – 2018)
Founding Director, BYU's MRI Research Facility (2013-2018)
Utah Psychology License #116117-2501
California Psychology License #27509
Texas Psychology License #21600
Hawaii Psychology License #PSY1019


EDB:srw

IFCD 004365