DECLARATION OF DANNY ATKINSON

I, Danny Atkinson, state as follows:

1. My name is Danny Atkinson. I was on Dylann Roof's trial as a juror.

2. I remember the details of Dylann Roof's trial like it was yesterday.

3. I did not want to drive two hours, each way to be a juror. I had to call in every morning to the court clerk to determine whether I was needed to go into court, prior to being selected for the jury. Once selected for the jury, I stayed in the hotel provided by the court, due to the excessive amount of driving. I do not recall the name of the hotel.

4. I was employed by Beaufort County, who was supportive of me on the jury. I provided my employer with a letter from the court.

5. I questioned why Dylann Roof's attorneys would have selected me to be on the jury, considering that I am an African American male. It seems like I would have been their least likely choice. There was discussion amongst the other jurors, who insinuated that I may have been selected due to political concern. Not so much me specificially, but there needed to be a black man.

6. When we had the opportunity to talk, we tried to keep our conversations lighthearted and jovial. We joked a lot. We tried to talk about things to keep our mind off of the case. On the way to the courthouse, we often talked to the US Marshal who was driving the van. He told us he had been specially selected to drive the van for this trial.

7. The US Marshals provided intense security around the jurors and during the trial, which was very intriguing.

8. Upon entering the courthouse, all cellphones were collected by court security and retuned at the end of the day.

9. The trial consisted of long days and was extremely emotional. We often got bathroom and smoke breaks. I didn't smoke, but I used the opportunity to stretch my legs. US Marshals wasn't assigned to the courtyard where we smoked, but instead a court clerk stood with us. Court personnel were available nearby. I am unsure of the position of the personnel assigned to our breaks.

10. During Dylann Roof's argument, it was believed that he seemed to be addressing one juror in particular, the youngest juror in the group. He looked at her and told us that he only needs one of us.

11. Dylann Roof did not speak as a witness during trial, and everything was expressed by his lawyer. In his lawyer's closing statements, he gave a beautiful history of the church. It was his way of

1

IFCD 001040

expressing his disdain for his client. His lawyer was appointed and likely unhappy about having to represent him. His attorney asked really good questions and seemed like he was trying his best.

12. If Dylann Roof had taken the stand, it would've mattered what he had to say.

13. Dylann Roof looked down the entire time and did not talk to his attorneys during trial.

14. I was initially asked to be the jury foreman, but I declined because I'm not a very social person. I thought that I would have to stand in the courtroom and read the verdict after we deliberated, and I did not want to do that. I regret not being the jury foreman.

15. Prior to this trial, I had never served on a capital case, but I sat on a criminal case where we found the defendant guilty.

16. When we deliberated during the penalty phase, we all were in agreement, except the juror that he seemed to have been targeting. She said that she wanted to be sure that we were following the instructions right and was concerned about the process. She wanted clarification on the jury instructions. We did not get clarification from the judge and provided the clarification ourselves. ~~We shot her down quickly and she agreed that he should be sentenced to death.~~ *Her concerns were satisfied for her and she could then vote. She then voted for the death penalty.*

17. I did not go back for sentencing. We had already made our decision and I did not see a need for that.

18. I am a retired teacher for ~~children with disabilities and special needs.~~ *preschool aged children.* I would've wanted to know if Dylann Roof had any mental illnesses or disabilities. *I'm also a retired disabilities and special needs trainees for adults with special needs.*

19. During the trial, I did not have access to social media or any news outlets. I did not talk to anyone, other than my wife. After court each day, I'd get to call her from the phone in the hotel. I remember telling her that during his argument how close he was to me and how the day went. She told me this was historical. *I kept out all of the gore and only shared surface level details.*

20. After the trial, I never spoke to anyone from the media about this case.

21. During the victim impact statements, I remember thinking I wanted someone to show radical love to Dylann Roof's mother, but they never did. She couldn't control what her son did. I wanted them to invite her to the church.

22. I think of Dylann Roof ~~often,~~ *every now and then,* more than I do the trial. I wonder what he's doing and if he has to communicate with black guards that bring him his food. I wonder what they talk about and if they've become friends, if his friends will tell him that his beliefs about black people are not correct. I wonder if after all this time, he has anything to say.

23. I would have no issue if the President granted Dylann Roof clemency.

24. I am over 18 years of age and am competent to make this declaration.

2

IFCD 001041

25. I, Danny Atkinson, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

26. Executed on _June 27,_____ , 2023 in

_Jasper_____County, South Carolina.

_Danny Atkinson_

3