DECLARATION OF BRIAN FANNING

I, Brian Fanning, state as follows:

1. My name is Brian Fanning. I live in Elgin, South Carolina.

2. I was a manager at Clark's Termite & Pest Control when Dylann Roof worked there in both 2014 and 2015. Clark's was a big company, even in 2015, and it had different divisions. Most people at Clark's worked in the pest control division, but Dylann and I both worked in the much smaller landscaping division. I was manager of the division, and Dylann worked under me in 2014 and 2015.

3. Dylann seemed slow, his IQ seemed low. He was slow to learn, and he had difficulty retaining new information. For example, I met the crew in the shop each morning. While I gave the crew leaders their crew assignments, the other guys all loaded the trucks with equipment. However, we had to tell Dylann every single piece of equipment that he had to load. He'd stand there at the shop off to the side, with this nervous shy grin on his face. You'd have to go to Dylann and tell him explicitly every single piece of equipment. I don't think it was laziness that prevented Dylann from getting equipment without being told – he was just not good at processing things, and he truly couldn't assess and make decisions about what was needed for a job without someone helping him.

4. Even after three months of working at Clark's, the crew leaders had to tell Dylann every time that they got to a job exactly what he needed to do. They went to the same houses most weeks, and did the same exact types of work – mow, weed eat, mulch, etc. – but Dylann hardly ever picked up on anything. When he returned to the same house the following week, someone would have to re-explain to Dylann what his job was. Each week, they had to tell him exactly, step by step, everything that he was supposed to do.

5. Typically, after doing it for a few months, most people tend to get the hang of the job that Dylann had. Not Dylann. He wasn't capable of much of anything. And some people initiated and went to the crew leaders to ask what type of stuff they needed for the day. Not Dylann -- he didn't show initiative.

6. Dylann also was prone to zoning out. One time Dylann was told to weed eat on a house, and the next thing we knew, Dylann was weed eating three houses down from where he was supposed to be.

7. In addition to struggling with the work, Dylann struggled in interacting with people. He was so shy and socially awkward and very introverted. It seemed like it was hard for Dylann to look anybody in the eye. It wasn't just that Dylann couldn't look at me in the eye because I was his manager, it was tough for Dylann to look anyone in the eye.

1

IFCD 001057

8. Even though Dylann was 20 and 21 years old when he worked for Clark's, he seemed more like he was in his early teens. He was like a kid among men at work. His total lack of confidence is a big part of the reason why Dylann seemed so young.

9. Dylann got embarrassed easily -- just trying to have a conversation would make him embarrassed. If he came to ask me for a day off, he would wring his hands painfully hard. It was hard for him to talk, and it was painful for me to watch him try to talk. You had to pry words out of his mouth when talking to him. Dylann answered questions asked of him with the bare minimum number of words possible. It was like pulling teeth to get him to give more than a one-word answer. He spoke in the shortest sentences possible. Even when he did give us one or two words, it took him a long time to ever give us that kind of answer. Not once did I see him initiate a conversation.

10. Dylann had a nervousness about him. He nearly always looked uncomfortable. He had the tendency to look down or away when speaking. When he actually spoke, his voice sounded nervous, too. He wasn't a leader at all, he was definitely a follower. I never heard of Dylann arguing with anyone on the crew. Dylann would just say "okay" when someone told him what to do. And he'd look down.

11. Once, I asked Dylann what his hobbies are, what he liked to do all day. Dylann replied that the only thing that he did was sit in his room and watch movies. It was like Dylann wanted to create his own fantasy life and live in his own world in his room.

12. When the work crew all ate together at a restaurant for lunch, Dylann almost always sat by himself at lunch while the rest of the crew sat at the same table.

13. After the crew got back to the shop at the end of the work day and unloaded their trucks, the guys usually hung around to shoot the crap, especially if two crews arrived back at the same time. But Dylann just got in his car and left, while most of the other guys stuck around for 15 or 20 minutes to chat.

14. It didn't seem like Dylann had any friends or an active social life. When I was Dylann's age, I was out on the town, meeting girls and running around. If you're sitting in your room watching movies all day, you can't do things like that.

15. If I tried to joke with Dylann, all I'd get was a weird grin. I pretty much never saw Dylann smile or laugh.

16. I let Dylann go about a week and a half before the crime. I didn't fire Dylann to his face because he just stopped showing up for work, so I didn't have the chance to talk to him directly. But Dylann had been a no-show for about four days or so, so I called his dad and spoke to him instead, saying that we had to let Dylann go. His dad asked if Dylann could have another chance, and I told him that this *was* Dylann's second chance.

IFCD 001058

*-seemed BF*

17. Dylann's dad seemed surprised to hear that Dylann was getting fired. He wasn't angry, he was just sad. He didn't seem to know that Dylann hadn't been showing up for work. I had the impression that Dylann was working at Clark's because his dad wanted him to.

18. I always thought Dylann was probably somewhere on the autism spectrum. Dylann was so socially awkward. There were few people I have interacted with over my entire life that were more awkward than Dylann.

19. I never saw Dylann as harmful or violent, I just saw him as a misfit. I never heard Dylann raise his voice or be aggressive in any sense. He was just a really insecure, shy, nervous kid.

20. I was surprised to find out that Dylann represented himself at trial. I can't imagine that Dylann had the confidence to make arguments in his defense. He couldn't look people that he'd worked with for months on end in the eyes, so I don't know how he could look at the jurors or talk to them in a way that made sense.

I, Brian Fanning, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on ___Sept 14___, 20_23_, in ___Elgin SC___.

___Brian Fanning___

3 BF

IFCD 001059