## DECLARATION OF BONNYLIN HENRY

I, Bonnylin Henry, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I have known Dylann Roof his entire life. His parents and grandparents attended St. Paul's Lutheran Church in Columbia, SC, for as long as I have known them. They brought Dylann to church since he was a small child. I was his Sunday school teacher at St. Paul's from fifth grade through eighth grade. He was my student for confirmation studies, which occurred in the eighth grade.

3. Dylann was a shy and reserved loner. He was very withdrawn from other people. He had a sweet face and a bowl haircut. He was well dressed and groomed.

4. Dylann did not seem close with anyone except his sister, Amber. I noticed a change in his demeanor when she was around him. He was happier and calmer. He seemed the most comfortable and protected when she was near. Amber was Dylann's security.

5. Amber was shy as well, but not like Dylann. Amber had close friends and would interact with a small group of kids. She participated in a play with her sister Morgan, Morgan's mother, Paige, and their grandfather, Joe. Dylann did not join. He came to the production but just sat motionless, like a bump on a log in the audience. He showed no emotion.

6. Dylann asked a lot of theological questions. They were about every topic that comes up in Sunday School. I found him to be an inquisitive child. He was well behaved in class. I never saw him angry or aggressive. He was not rambunctious or difficult in any way.

7. Many kids in our parish would bring outside friends to church. Dylann never did that. He never talked about having a "best friend" like you would expect from a child his age. He never buddied up with anyone to play.

8. Dylann acted like a little adult. He did not play games with his peers or do what they were doing. He seemed to have no desire to freely interact with them. He did not run off with the other kids when they had free time.

9. I remember when Dylann's father, Benn Roof, and I had to force Dylann to go to confirmation camp. It was a weeklong sleepaway camp a few hours from Columbia. Dylann was in eighth grade. He did not want to go, because he would be around people

1

Declaration of Bonnylin Henry                                        Initials _____

he did not know. Benn and I talked about it and agreed it was best for Dylann to go to camp. Dylann needed to interact with other kids his age. He needed to meet people and build friendships. He never had any friends like the other kids his age. Dylann did not seem comfortable around people he did not know.

10. Dylann's parents divorced when he was young. It is hard for any child to deal with divorce, but especially at an early stage in life. The back and forth can be difficult. And with the divorce, I know Dylann changed schools frequently. His early life appeared to have a lot of chaos.

11. I know many members of Dylann's family and have never heard them say anything racist. I do not believe Dylann was raised to be racist either. He never said anything racist in my presence.

12. This crime was so shocking. I did not think in a million years that Dylann Roof would do this. If I had to guess, I would have thought Dylann would become a pastor. I remember him as a shy boy who needed a hug.

Pursuant to 28 U.S.C. §1746, I, Bonnylin Henry, declare under penalty of perjury under the laws of the United States that the above is true and correct.

_Oct. 17, 2023 Columbia SC_      _Bonnylin g. Henry_

Date and Place                         Bonnylin Henry

2

Declaration of Bonnylin Henry                             Initials _by_