DECLARATION OF KATHY BROWN

I, Kathy Brown state as follows:

1. My name is Kathy Brown. I live in Prosperity, SC. I used to teach for Lexington County School District, and I spent ~~many~~ about ten KB years teaching second grade at White Knoll Elementary School. I remember Dylann Roof from his time attending White Knoll Elementary School.

2. ~~Catherine Garren~~ Ms. Catherine Garren KB was Dylann's second-grade teacher at White Knoll back in the early 2000's. Although Dylann was not in my own second-grade homeroom class, I remember seeing him at school when we interacted with students outside of our homeroom - at events like recess or lunchtime.

3. Dylann was not a bad child. He was remarkably quiet. He listened, he followed directions, and he was a good kid. But Dylann was not a verbal child. He was not very open.

4. Back in second grade, Dylann didn't have a peer group – he was a loner. It's hard to have a peer group when you're like Dylann and you just don't talk. But as teachers we didn't catch that there was something more happening in Dylann's head, he just seemed shy. Dylann didn't interact much with anyone back then – not teachers, not his peers. You would have to go up to him and talk to him, he wasn't the type of kid to initiate a conversation. But he wasn't a troublemaker.

5. When I think of second-grade Dylann, I imagine him moving around slowly and intentionally. He seemed more concerned with how he came off to the other kids than other kids his age. I wonder if he struggled with anxiety.

*KB* 1

IFCD 001128

6. Dylann was not a smiley kid. He was very withdrawn. In fact, I do not remember ever seeing Dylann laughing, even though I saw him in fun settings, like at recess or during lunch.

7. Back in 2000, White Knoll Elementary had one or two counselors who helped students that were super sad or that had behavioral issues. A counselor came to each class about once a month, and would talk with kids about how to get help if they needed anything. Even though the counselor told the kids how to get help, I don't think Dylann is the type of kid who would tell someone that he needed help. *I don't think that he even know he needed help. KB*

8. Dylann was quiet, he was just there. Maybe if he had been shouting and making a scene people would have sensed something was wrong. But we as teachers thought that Dylann was okay. When kids are quiet, it's hard to know they're not okay. Sometimes WKES parents pointed out to the school that their kids needed extra help, or parents might share with the counselors that their family was going through a hard time. Parents had to sign a form for their kid to get extra testing if there was additional support needed for the child. As far as I know, Dylann's mom and dad did not come to the school and ask that Dylann receive any additional supports or treatments. There was a district-wide school psychologist who could be called in if a child was identified as needing additional help. That did not happen for Dylann. Although I know that I should not feel this way, I feel guilty that we as teachers did not get Dylann the help that he needed.

9. I spoke with several other White Knoll Elementary School teachers after seeing the news about the crime that Dylann committed. It was a total shock to all of us that Dylann committed the crime. He was such a quiet child, I still cannot believe that he did what he did, and I never would have predicted Dylann's life would turn out this way.

*KB* 2

IFCD 001129

10. No one from Dylann's trial team ever came to speak with me. If they had asked me the same kind of questions I was asked by Dylann's post-conviction team, I would have told them everything that is contained in this declaration.

11. I am over 18 years of age and am competent to make this declaration.

I, Kathy Brown, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _Oct 21_____, 20_23_, in _Prosperity, SC_____.

_____.


_Kathy Brown_____
Kathy Brown

IFCD 001130