## DECLARATION OF RALPH WALDROP

I, Ralph Waldrop, state as follows:

1. My name is Ralph Waldrop. I live in Columbia, South Carolina.

2. I was Dylann Roof's fifth grade art teacher at Rosewood Elementary School. I had Dylann in class for 45 minutes each week for one year. I taught about 500 kids each week.

3. I remember Dylann. He wore the same shirt nearly every day. I think that the shirt was orange, and it was frayed. Thinking back now, it makes me sad that Dylann's parents allowed him to go out looking like that every day. The fact that Dylann wore the same shirt all the time is really what sticks out to me about Dylann.

4. Other children made fun of Dylann for wearing that shirt every day at school. One time I asked another student if Dylann wore that shirt every day, and the student said yes, that Dylann wore it every day. I don't remember saying anything to the kids who were picking on Dylann for wearing his frayed orange shirt. *I did not witness the kids picking on Dylann, but another kid told me that it happened.* RW

5. I have taught many students over the years. I remember the stellar kids, and I remember the kids who caused problems and were hauled out of class. Dylann was neither. He wasn't exemplary or a stand-out artist, and he wasn't the type that teachers would have to restrain or discipline.

6. Dylann was very quiet in my class. Dylann made eye contact occasionally, but not in a normal way. Dylann was different. Most children were interested in the things I said in class, because I was the fun art teacher. But Dylann sat in his chair with his arms crossed over his chest. It was like he was trying to show the world he wasn't interested. He did

not seem to have fun in my class or think I was a fun guy. Dylann did not build a connection with me as his teacher. I felt like Dylann was distant and unapproachable.

7. Art teachers love strange kids, but Dylann wasn't strange in a creative way. I wasn't able to approach Dylann and make him laugh.

8. I don't remember seeing Dylann interact with anyone else in class. Dylann didn't appear to have a best buddy.

9. I never met Dylann's parents.

10. Nobody talked to me about my memories of Dylann before his trial. If Dylann's trial team had asked me the same kind of questions I was asked by Dylann's post-conviction team, I would have told them everything that is contained in this declaration.

11. I am over 18 years of age and am competent to make this declaration.

I, Ralph Waldrop, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _NOVEMBER 13_, 20_23_, in _Columbia, SC (Richland County)_

_[signature]_

IFCD 001351