## DECLARATION OF ALLISON DeLEON ~~VEECK~~

I, Allison DeLeon ~~Veeck~~, state as follows:

1. My name is Allison DeLeon ~~Veeck~~, and I am over 18 years of age. I am an art teacher at an elementary school in South Carolina.

2. I was Dylann Roof's academic advisor at Provost Academy from 2010 through 2013. I began working at Provost in 2010. Provost Academy is now called Odyssey Online. Provost Academy is an online school, and all of my contact with Dylann was online or on the telephone.

3. Students attended Provost for a variety of reasons. Some students were pregnant, some were bullied in brick-and-mortar school and just want to be done with high school, and some were working actors and athletes who needed to finish their schooling so they could begin their professions. Many students were catching up on credits. Dylann himself entered Provost as a ninth grader. He had previously attended ninth grade twice, at White Knoll High School and Dreher High School, before transferring to online school at Provost.

4. Provost school years were divided into quarters. In the beginning of a school the year, I received packets with information about my students. I called them, introduced myself, and gave them their login information. I would find out where they were located and what they needed from me. I reminded them of deadlines and made sure they were logging on. I also uploaded modules once a student finished their work. I could see how often my students logged on, for how long, and what percentage of their classes they finished.

5. The classes at Provost were more unstructured compared to pandemic-era online schools. Students followed along in the textbook and watched some videos if the teacher put them up on their page, but students didn't have class-wide videochats the way that they often do today. Students largely worked alone. Teachers had office hours if a student wanted to go to them, but they were voluntary. There were also tutoring sessions available.

6. One of my main duties as an academic advisor was to contact students or their parents every week or every other week. I had about 200 to 250 students to manage during the

1

Declaration of Allison DeLeon ~~Veeck~~                                      Initials

IFCD 002837

time that I was Dylann's advisor. It was a lot to keep track of, so I was glad when Provost hired more advisors to reduce those numbers. However, most students did not pick up the phone when I called, so I had to leave a lot of messages.

7. I tried to find ways to connect with my students, but it was hard to connect with Dylann. Dylann was quiet and meek. I recall trying to understand what Dylann did with his days, so I could build him up and encourage him to do his work by connecting it to something he cared about. I asked him what he did for fun, and he said he did nothing. I would ask him about his weekend, and he would say that he did not do anything. He seemed like an outcast in many ways. As far as I could tell, Dylann was not included in things and did not have many friends. He did not seem to have any hobbies. Dylann seemed developmentally delayed as well. Other students regularly asked me questions when I spoke with them, but Dylann never asked me any questions. There were no group projects at Provost, so Dylann did not engage with other students.

8. I recall that Dylann's mom was named Amy Roof. She was nice, had a bubbly voice, and wanted Dylann to graduate from high school. When I spoke with Amy on the phone, I got the impression that Dylann was living at his grandparent's house. I did not have a real sense of Dylann's home life. My window into Dylann's world was so small, and you cannot tell much about a student's life when you only talk to them on the phone. But I sensed that Dylann was pushed to the side during his life.

9. When a student turns 18 years old, I stop talking to their parent as the primary contact for the child's education and speak to the student directly. When Dylann turned eighteen, I asked him if he wanted his mom to hear the update about how he was doing in school. He responded quietly in a monotone voice that it was okay to tell her.

10. One of the few phone calls I remember was a three-way phone call where Dylann allowed his mom to be present on the phone with him. His voice was low and soft; he sounded timid. Amy was scolding Dylann for not doing his work. Amy was not nagging him but rather trying to get him to listen to her and complete his work. Dylann sounded like he was not trying to fight about it with Amy, but he also was not going to do the work. He said that he and his mom should talk about it later. Amy really wanted Dylann to graduate, but he just was not interested in doing the work. My impression was that

Declaration of Allison DeLeon ~~Veeck~~      2                     Initials

IFCD 002838

Amy cared but was over the fight. Amy had been fighting for Dylann but he was not fighting for himself, so she also gave up.

11. My impression is that Dylann was doing his online schooling for his mom. I never heard him speak about his father. There is not much a parent can do when their child does not want to do online schooling. Online school is best for a student who is motivated to finish their schooling quickly, because they have something else to do. A student must be on top of the work and keep a certain pace in the school - otherwise they fall behind.

12. Dylann was not the kind of student who would ask for help in school. He did not have the motivation or drive. Some kids stay at Provost until they are 21 years old, which is when they are kicked out. I do not know if Dylann ever got his GED. It would be hard for him because the GED has a math requirement. Math was his most challenging subject.

13. Dylann was at Provost for three years, but he never technically left the ninth grade. He never finished ninth grade Math I, which was a core requirement to move to the next grade. Math I is mostly algebra. Dylann did not struggle with math but rather expressed no desire to do it. Unfortunately, teachers at Provost could not force anyone to do anything; the student had to have the motivation to work.

14. I would contact teachers if needed. I did not contact Dylann's teachers about him. Usually, I would talk to teachers if a student was struggling with some work, but they were trying hard. If there was no motivation, that was on the student and their parents to fix.

15. At Provost, truancy plans were more for the school so that they could document absences. If a student missed more than ten days in a row, they were automatically dropped from the school. A student would be put on a truancy plan at Provost if you missed a certain number of days in a row. Dylann was likely dropped after they put the truancy plan in place in September of 2013.

16. Dylann had a dramatic decline from being in honors classes in the ninth grade and then staying in online school for three years. But he stayed in school even after he was eighteen and legally did not have to attend. He continued to do most of his classwork but still struggled with math.

17. In my experience, Dylann is the type of person who would easily latch onto something someone tells him online. He did not go places and seemed like an outcast child. He

3

Declaration of Allison DeLeon ~~Veeck~~ *AP*                     Initials *AP*

IFCD 002839

would be vulnerable to other people showing an interest in him. And sometimes, as we see in gang cultures, that combination is a problem.

18. After the crime, I spoke on the phone with someone from Dylann's defense team. However, I was not asked about everything that I mentioned in this declaration. Had I been asked by Dylann's trial team the same questions I was asked by his post-conviction team, I would have mentioned everything I said above.

19. I did not know that Dylann represented himself at trial. Doing that requires confidence, and --based on my three years of biweekly conversations with him-- I do not think Dylann had the confidence to do that.

I, Allison DeLeon ~~Veeck~~, declare under penalty of perjury under the laws of the United States that the above is true and correct.

4/27/24
_____
Date and Place

_____
Allison DeLeon ~~Veeck~~

Declaration of Allison DeLeon ~~Veeck~~                    4                    Initials _____

IFCD 002840