## DECLARATION OF AMELIA ROOF

1. My name is Amelia Roof, but most people call me Amy. I have two children, Amber and Dylann.
2. I grew up in Columbia, South Carolina and have lived here most of my life. I have a sister, Susan Hargis, and a brother, Carson Cowles. Susan and her family live in Columbia.
3. I found out I was pregnant with Dylann using a home pregnancy test. I was so excited! When I found out I was having a boy, I was so excited to have a son because I already had a daughter. Dylann was born on April 3, 1994. After years of working, I became a stay-at-home-mom when Dylann was born.
4. Dylann was the cutest little baby. He had such blond hair. When he got a little older, he would say he loved me three times. Then I had to kiss him three times every night and he would hug me.

 

5. When he was little, Dylann wanted to be like his father, Benn. Benn often peed off the porch between the slats, and Dylann tried to do the same. It helped him to potty train very early, right after he learned to walk.
6. Dylann played in the backyard as a little kid. On Halloween, he dressed up and everyone thought he was so cute. He wasn't talkative, but he was a good kid.
7. Dylann loved story time and building things with blocks. When he was a little older, he loved fishing at the Pond House. It was wonderful, because he caught a lot of fish, so we had lots of fish to fry at night.

IFCD 004174

8. Dylann's first pet was a dog named Raven. This is when I saw his love for animals.



 9. Dylann was close with his grandparents, Joe and Lucy Roof. Lucy babysat Dylann. They played with Playdough, and she took him on walks around the neighborhood. My mom sometimes watched Amber and Dylann too. I was lucky not to need to let strangers watch my kids. They occasionally went to the church daycare. Both Lucy and my mom Sara were stay-at-home moms like me.

10. When Dylann was in elementary school, we lived in a trailer behind Mr. Green's house in West Columbia. I loved the Green family, and they became like family to me. They loved me. It was a great place for Dylann because there were neighborhood kids. This is where Dylann met his friend Jack Chandler.

11. Jack Chandler was Dylann's close friend. His family lived around the corner from our trailer. Jack's mom Melissa Chandler invited Dylann over to their house. Melissa and her husband were very religious. They wanted to know who I was before they felt comfortable letting Jack come over to my house. Jack and Dylann stayed friends for many years. They went over to each other's houses, went into their



rooms to play video games, that sort of thing. I don't know exactly what they did – boys don't let their moms in on that sort of thing. Jack came over to see my duplex off Rosewood many years later. Jack later died in a car accident as a teenager.

12. I raised Dylann and Amber in the Lutheran church. Benn's family was religious, and I felt like I should raise the kids that way for Benn's sake.

IFCD 004175

13. After Benn and I divorced, he married Paige Hastings. Paige bought Dylann and Amber anything they wanted. They had a pool in their backyard. Paige dressed Dylann in preppy clothes, which he didn't like. He wanted to wear all black and roll his pants up like highwaters.

14. Benn was a very good dad to Amber and Dylann. They were very close and went to Key West together.



15. Dylann stopped going to school around ninth grade. He enrolled in an online academy.

16. Dylann wanted to stop school about three months before his seventeenth birthday. He told the counselor/academic advisor at Dreher that they could get the truancy officer involved but he wasn't going to go, and he hoped the officer could run fast. Dylann was good at sticking to his choices. Dylann eventually got his GED when we lived at Danny's house. I am proud he finished his education.

17. Dylann and I are like night and day. He does not talk a lot, and I am a motormouth.

18. Dylann is funny. He has a dry sense of humor. I think his humor is unique. He shoots straight from the hip. I often can't tell if Dylann is joking. Dylann didn't get his humor from me - his dad was very comical.

19. I met Danny Beard around 2010. Danny jokes about how he's stuck with me now, and says he tends to pick up strays, just like Dylann and I picked up our cats, Boots and Avery. Danny's house is a log cabin on top of a hill.

20. I am so grateful for Danny. He takes good care of me. He is a good chef—he even makes breads and biscuits from scratch. He feeds me well and I am lucky I do not have to work.

21. Dylann loves his cats, Boots and Avery. Dylann named Boots for her four white paws. Avery is named after a man who lived near Benn.

22. Dylann had a keyboard piano in his bedroom at Danny's house. He never took lessons, but I loved to hear him play.

23. I had a heart attack during Dylann's trial. I had to spend three days in the hospital in Charleston, and the doctors told me not to go back to court because it would be bad for me. I wanted to be there to support Dylann.

24. I spend a lot of time wondering if there was something I could have done when Dylann was a child to prevent all this from happening. I can't wrap my head around what happened. I

IFCD 004176

think about what I was like as a mom and try to figure out if I did something wrong along the way.

25. I cannot imagine what his execution might do to me. I wished I told the jury this. I wish they saw these images of Dylann. I wish they knew more about my son.

26. I would have testified to all of the above statements at the penalty phase of Dylann's trial.

27. Dylann's father died two years ago. It was unexpected and devastating for our family. I felt like I lost my best friend. I cannot imagine how painful it was for Dylann. I know that Benn would have testified for Dylann at trial.

28. Dylann's grandpa Joe died several years ago, and his grandma Lucy is in extremely poor health. Both Joe and Lucy love Dylann very much and would have testified on his behalf at trial.

29. I don't get to see Dylann very much, because he is so far away. I worry about him, but I am lucky I talk to him on the telephone about once a week. I always wish I had more time to talk to him. But every time we do, he tells me he loves me.



I, Amelia Roof, declare under penalty of perjury under the laws of the United States that the above is true and correct.

3-18-2025

_____
Date and Place

EASTOVER S.C.

_____
Amelia Roof

IFCD 004177