## DECLARATION OF ASHLEY IRELAND

I, Ashley Ireland, state as follows:

1. My name is Ashley Ireland. I am from Baltimore, Maryland, and I currently am incarcerated in South Carolina.

2. I met Dylann Roof in 2015 when we were both being held at the Charleston County Jail. I was a dorm worker, which means that I was able to spend a lot of time out of my cell. Because of that, I could communicate with Dylann, who was housed two doors down from me in the permanent lockdown unit.

3. I believe that everyone in the dorm knew Dylann and what he did. When other inmates were out, they often went to Dylann's door and gave him shit. They'd scream at him and threaten him through the door. The racial makeup of the unit was about 60/40, with the majority being black. The black inmates were angry at Dylann but a few decided what he'd done was between him and God.

4. What first intrigued me about Dylann was that he read the Bible in his cell nearly every day. I wondered how he could have done such a horrible thing but not lost his faith.

5. I first approached Dylann by asking him what Bible verse he was reading. He told me that he was searching for the truth. It didn't take long for me to figure out that Dylann didn't know anything about the Bible. It was almost like he was just looking at the words, like they were going to speak to him. He didn't really understand what any of it meant. I don't think he was even really reading it. *and was reaching for anything - AI*

6. Dylann seemed constantly lost and confused. He was passive and fragile; his demeanor and aura were delicate. He moved nervously and seemed scared. Dylann seemed. depressed, lost, and hopeless.

1 AI

7. Dylann seemed numb to it all and just going through the motions to get through the day. I never saw him act normal. There wasn't a time that I spoke with him that he actually seemed mentally present. That man was broken. ~~It's like he needed a battery in his back just to build him up.~~ He Seemed like an empty vessel. AI

8. The unit was on lockdown for 23 hours a day, and inmates were allowed to come out of their cell for recreation for just an hour a day. During Dylann's recreation time, he took a shower, ordered from the canteen and went back in the cell. I often asked him why he only used a few minutes of his recreation time, and Dylann said he didn't feel worthy to be out. He'd only be out about 15 minutes or less. He said didn't want to take away from free time that other people could be using. He didn't order much from the canteen either.

9. Dylann didn't talk about his family or friends to me.

10. Once Dylann told me that he couldn't really talk about the crime, but he didn't want to die. I asked if he was going to plead insanity and Dylann said he couldn't have certain or didn't want to do it. people thinking that he was insane. He told me that he wished that he didn't do it and didn't even know why he did it.

11. Dylann received a huge stack of mail every day, but I didn't ever see him read it. It stayed in the same stack in his cell. & even when I war out of my cell at night. AI

12. I didn't see Dylann sleep. When I saw him, he was sitting up and thinking. The light in his cell didn't go off.

2 AI

IFCD 001135

I, Ashley Ireland, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___OCTOBER 23___, 20 23, in ___McCORMICK IBSPP___, SC.

_____
Ashley Ireland

3 A I

IFCD 001136