DECLARATION OF ALICE RICHARDSON

I, Alice Richardson, state as follows:

1. My name is Alice Richardson. I am a member of the St. Paul's Lutheran Church in Columbia, South Carolina. I am also the church receptionist. I have worked at St. Paul's for over 35 years, and I have been part of the St. Paul's community for my entire life. I am 78 years old.

2. I have known Dylann Roof his whole life. He was both baptized and confirmed at St. Paul's. Dylann was baptized at St. Paul's on April 20, 1997, and he was confirmed here on May 11, 2008. The Roof family has been part of St. Paul's community for a very long time. Everyone knew everyone from St. Paul's.

3. As a young child, Dylann's eyes were strange - they looked like they didn't see anything. Babies are usually happy and wanting things from others, but Dylann didn't have that same engagement with people around him.

4. Dylann's older sister, Amber, used to stay at the daycare at St. Paul's when she was younger. Our church had daycare for kids until they were about four years old, at which time they could begin to go to public school. Amber was a bouncy little thing as a kid, which is part of the reason why it was so odd to me that Dylann was the opposite. Amber was always dancing around, jumping up and down as a kid.

5. I knew Dylann's mother, Amy Roof. Amy was up and down as a person. I never knew if Amy was going to be happy or sad, and so I had to look to see whether I should speak to her or not. You measure your words carefully around people like that. Amy was a loose cannon. I vividly remember I was helping my Aunt Helen cook a meal at the church. Amy came to the church that day to pick up Amber from the daycare and went off on Aunt Helen for no reason. Aunt Helen and I had no idea what was happening. Amy started screaming at Helen, which scared Helen and caused her to withdraw from conversation.

6. Dylann was often alone as a child. But even though he was a loner without friends, Dylann was very polite. He answered the questions you asked, but he didn't speak much or seek engagement. I saw blankness in Dylann. It was like he had nothing to say.

7. Dylann's dad, Bennett Roof, attended St. Paul's as well. Benn attended church a lot, though he stopped coming as much after Dylann's crime. Dylann's half-sister Morgan was in the church play when she was younger, and Benn brought Morgan to play practice. Benn had a lot of tattoos. When Benn's father, Joe ⬛, died, Benn got a tattoo on his arm of his dad's distinctive signature. Instead of finishing college Benn went

1

    IFCD 002608

straight into the contracting business. Benn was very different from his brothers Joey and Paul Roof. Paul is a college professor, and Joey attended college and has had different careers throughout his life. When Benn and Amy Roof got divorced, it was one of the first divorces in the Roof family.

8. Dylann sometimes came to St. Paul's with his grandfather, Joe ~~Jr.~~, and his grandmother, Lucy Roof on Wednesday nights. The Roof connection to St. Paul's is very strong.

9. Joe Roof, ~~Jr.~~'s mom, who is my Aunt Helen, died in 1994 when she was driving to Harvest Hope, which is a local foodbank. Helen was the main trunk of the Roof family. Joe ~~Jr.~~'s dad Wilbur remarried someone named Frances following Aunt Helen's passing. *Aunt Helen and Wilbur had been divorced for decades by the time she died.*

10. Nobody from Dylann's previous defense team reached out to talk to me to talk about Dylann, though someone from his team did ask me to gather church records and connect the team with Dylann's Sunday School teacher. If this team member would have asked me questions about Dylann's behavior and my impressions of his family, I would have told them the same thing I said above.

11. I am over 18 years of age and competent to make this declaration.

I, Alice Richardson, declare under penalty of perjury under the laws of the United States that the ~~forgoing~~ *foregoing* is true and correct.

Executed on *April 30th*, 20 *24*, in ___*Richland*___ County, *SC* .

_____
Alice Richardson

IFCD 002609