<u>DECLARATION OF BRITTANY SIMMONS</u>

I, Brittany Simmons, state as follows:

1. My name is Brittany Simmons. I used to live on Smokey Court, which is in the Ridgewood neighborhood of Lexington, South Carolina, out near Red Bank. I lived there, in the same neighborhood as Dylann Roof, for about two years, from around 2007-2008. I could see Dylann's house from my front yard – he lived on Smokey Joe Court back then. Dylann and I are the same age.

2. Dylann was a very, very quiet teenager. He was tall, skinny and lanky, and he wore emo clothes and Vans with his skinny jeans. When people talked to Dylann, he looked at the ground. Sometimes, but rarely, he pulled his long hair to the side and looked up at you. Dylann was not a people person unless he felt very comfortable. He seemed comfortable around our other neighbor, Joey Meek, but not comfortable around most people.

3. Dylann and I rode the school bus together. The group of us kids all waited for the bus stop at the stop sign together. Dylann didn't talk while we waited for the bus in the morning. Dylann mainly kept his head down on the bus. I could tell Dylann didn't feel comfortable around people because of how he acted at the bus stop.

4. Dylann was not a verbally expressive person. I do not remember ever seeing Dylann angry. His hair covered half of his face so you could hardly see his facial expressions.

5. Dylann was quiet and weird. He was a soft talker. He was not a violent person. He was a very mellowed out and quiet person. Dylann carried around a notebook in school and liked to draw random animated characters.

6. I do not remember Dylann spending much time with anyone besides Joey Meek. Dylann and Joey seemed to be good neighborhood friends back then. Joey did stupid stuff like steal, and later, he got involved with drugs. Joey ended up being sent away to Juvie for a while after he got in trouble. My dad was strict from his military days, and he didn't like Joey Meek. I wasn't allowed to hang out at places that Joey was at, because of the fact that my dad didn't like or trust Joey. My dad knew of Joey and Joey's decision-making and didn't want me to get involved with him. I had the impression that Joey Meek's family was struggling financially. Joey's mom Kim worked a low wage job at Waffle House, and they ended up having to leave their house in Ridgewood after the bank took the house. Kim was a good person. She worked hard to support her sons the best she could.

7. I did not meet Dylann's parents, even though we were neighbors for two years. Dylann's house did not have many rules. It seemed like Dylann could have walked out the front

1

IFCD 001179

door of his house in the middle of the night, and no one would have cared – he wouldn't have to "sneak out" like most teenagers would. Dylann was able to leave his house in the middle of the night and do whatever he wanted. It was weird to me that Dylann didn't seem to get in trouble like other kids in our neighborhood did. Dylann was not a delinquent when I knew him, but still, you would think he'd have some form of house rules he had to follow.

8. The fact that I didn't see Dylann's parents around was very, very weird to me. I often saw neighborhood kids' parents out in their front yards, or going to work, or coming back from work. But I truly never saw Dylann's mom or dad. I remember other parents in the neighborhood from back then. Everyone would come outside while the kids hung out, but Dylann's parents didn't do that. Dylann's house on Smokey Joe Court looked like a ghost home. I could see Dylann's house from my own front yard back then.

9. Dylann was not a bad person when I knew him, and I oftentimes wonder what happened to him to make him go down this path, because it's not the way that I saw him when we were neighbors in Ridgewood.

10. No one from Dylann's trial team ever came to speak with me. If they had asked me the same kind of questions I was asked by Dylann's post-conviction team, I would have told them everything that is contained in this declaration.

11. I did not type this statement, but I have carefully reviewed it. I am over 18 years of age and am competent to make this declaration.

I, Brittany Simmons, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on NOV 17th , 2023, in lexington County, SC .
(Redbank, SC)

_Brittany Cai_

IFCD 001180

Ex. 44 pg.2 of 2