DECLARATION OF JACK ZURHEIDE

I, Jack Zurheide, state as follows:

1. My name is Jack Zurheide. I live in Key West, Florida on Mickens Lane. For about a year or so in the mid-2000s, Dylann Roof's dad Benn and stepmom Paige owned a house that was next door to me. Dylann was in his early teens when I knew him.

2. Dylann was timid and meek. I remember him sitting on my couch, his shoulders hunched together and like he wanted to make himself invisible. The other kids—I think Dylann's dad's business partner's kids and Dylann's sisters—would be laughing and talking, but he'd sit there and look very uncomfortable. His shoulders were hunched together, and his head was down. He wouldn't really make eye contact if someone talked to him.

3. Once, I remember seeing Dylann walk toward downtown with a group of kids. Even though it was 90 degrees out, he had on dark jeans and a dark t-shirt. The other kids were laughing and talking, but Dylann wasn't part of their conversation. I called out hello to them, and Dylann gave a quick sideways glance and a short little wave, like he wanted to be polite but didn't feel comfortable engaging more.

4. When I think of Dylann's dad, Benn, I think of him alongside his business partner, Lee Bennett. I remember Benn and Lee's construction company building the house on the empty lot next to my house on Mickens Lane, and then Benn's family would come and go, driving down from South Carolina. Sometimes just the adults would visit Key West, and other times they'd bring their kids, too. I don't remember seeing Dylann interact much with his dad or stepmom.

5. Key West has a reputation for being a party destination, and it's why a lot of people move here. Benn and Lee also liked to party, which is what I think drew them to Key West. I remember seeing them carrying big bottles of Patron and other alcohol into the house. Cocaine was popular around the time they lived in Key West, but I wasn't partying with Benn and Lee.

6. No one from Dylann's trial team ever came to speak with me. I currently live at the same house I lived in when I knew Dylann's family. If they had asked me the same kind of questions I was asked by Dylann's post-conviction team, I would have told them everything that is contained in this declaration.

p. 1 of 2

1

IFCD 001666

7. I am over 18 years of age and am competent to make this declaration.

I, Jack Zurheide, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____ Jan 24 _____, 20 24, in _____ Key West _____, FL .

_____
Jack Zurheide

p. 2 of 2

2

                                                                 IFCD 001667