DECLARATION OF JILL HNAT

I, Jill Hnat, state as follows:

1.  My name is Jill Hnat. I live in Columbia, South Carolina. I taught French at White Knoll High School in Lexington, South Carolina. I have since retired.

2.  Dylann Roof was in French I class during the 2008-2009 school year. He was in the ninth grade. That year I was supervising a French teacher who wasn't licensed in South Carolina, so I was teacher of record, but I only observed Dylann's class a few times.

3.  I have looked back at Dylann's school records from White Knoll High School. Dylann received a grade of "FA" in French class, which means that he failed due to absences. I have looked through Dylann's attendance log and noticed that Dylann regularly skipped out during his second and third blocks. I think that Dylann was in French I class during second block.

4.  Most classes, including French I class, were 90 minutes long. Some classes, like Piano and Strategies for Success, were called embedded courses, meaning that they were each 45 minutes long and together made up one block.

5.  Looking at Dylann's school records, I see that in one semester of ninth grade, he failed all of his classes: Algebra I, French class, Business, and Strategies for Success. Strategies for Success is not an academic class, it's the type of class where you write down your goals, and the teachers really just spend timing talking to the kids.

6.  Dylann had six absences from French class, and students were only allowed five absences per block. There is an administrator assigned to each student, and the administrator is responsible for making sure that their students are in class. If a student was not attending class, they were dealt with by John Nicks, who was the attendance guy, and one of the

1

IFCD 002650

most compassionate people around. After four unexcused absences, parents get a phone call. After five unexcused absences, the administration had more contact with the parents. I do not remember ever meeting Dylann's parents.

7. Dylann was very quiet. He smiled a lot, and he had a pleasant face. Dylann sat in the back of the classroom. The desks were arranged in groups of four so that kids could talk to each other more easily instead of having to talk across an aisle. Dylann seemed like one of those kids who sat in the back because he didn't want the teacher to ask anything of him. The French teacher I was supervising had a hard time getting Dylann to speak. He wasn't defiant about it -- he just didn't speak.

8. Red Bank, the area where White Knoll High School is located, has an aura of redneck racism about it, or at least that's what people from outside the community think. However, White Knoll High School is one of the most diverse schools in the Lexington County School District. I can tell when my students are racist. I had a lot of African American students in my French I classes because kids are excited to learn that French is spoken in Africa. In my own classes, I had white students who I can tell don't like the Black students. I did not have that feeling from Dylann at all.

9. I was not interviewed prior to Dylann's trial. If his legal team had contacted me, I would have been willing to share the information I shared with his post-conviction legal team that is contained in this declaration.

10. I did not type this declaration, but I have reviewed its contents carefully. I am over 18 years of age and am competent to make this declaration.

IFCD 002651

I, Jill Hnat, declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Executed on _2 May_____, 20 _24_ in _Columbia_____, _SC_.

_Jill Hnat_

IFCD 002652