Memorandum

To:     Roof Team

From:  TLN

Re:     Interview of Amy Cradock, MSW (w/f)
        Charleston/Dorchester Mental Health Center
        Sheriff Al Cannon Detention Center
        (843) 529-2698 EXT. 8785
        FAX (843)529-7340
        amy.cradock@scdmh.org

Date:   July 25, 2016

    On July 22, 2016, I interviewed Amy at the Charleston Detention Center, along with Harry Long, PD Investigator.  Amy is the supervisor for mental health services at the jail.  She has made several entries in Dylann's records, as she saw him when he first arrived at the jail.  She has also seen him since.

    Amy recalled that she saw Dylann on several occasions where she entered notes in his records.  The first time was when he was first brought in.  He was placed on suicide watch just as a precaution, but he denied any problems and she observed none.  She made sure that he was aware and knew how to contact mental health if he wanted.  There is some sort of kiosk in the cellblock where inmates can write notes/requests directly to mental health without having to go through CO's.  Amy or one of her staff checks this mail regularly and will respond to it.

    Dylann has never engaged in conversation with Amy other than answering her questions.  The only medical problem he has mentioned to her had to do with lower back problems.  He also requested "anti-depressant" medication in anticipation of his upcoming trial proceedings.  While he denied any symptoms of depression, he told her he was afraid he would become depressed.  She referred him to the psychiatrist for follow-up, but she did not see any need for medication at the time.

    While Dylann is brought to the evaluation area for anything private, Amy also goes through the cellblock at times and has seen Dylann's cell.  She recalled it as "neat and orderly."  She knows that Dylann reads a lot, but does not know what he reads.

    All other inmates are locked down when Dylann is out of his cell just as a precautionary measure for his safety.  While this is not "typical," Dylann and Slager are such high-profile guys and their cases have racial overtones, that it was felt these measures were warranted for them.