RESTRICTED MATERIAL

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**OFFICIAL RECORD**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    12/08/2016

Michael Bixby, date of birth ████████████, Bureau of Prisons registration number 26528-171 was interviewed at the U.S. Penitentiary (USP) located at 9300 S. Wilmot Road, Tucson, AZ. After being advised of the identity of the interviewing agents, SA Adam Radtke and Task Force Officer Al Lozoya, and the nature of the interview, Bixby provided the following information:

Bixby arrived at the Tucson USP in March 2016. Before arriving, he was incarcerated at the Charleston County Detention Center (CCDC) in South Carolina. Bixby was at the CCDC for approximately 1.5 years. He was originally housed with the general population, then was moved to the administrative segregation unit after a few months. While at CCDC, Bixby's primary job was as a "trustee" that allowed him to serve meals to other inmates.

Dylann Roof and Bixby were in the administrative segregation unit together. Roof was put in this unit for his protection. Bixby briefly interacted with Roof when he delivered his food trays. Those interactions were very brief and through the crack in the door or the opening where the food trays were passed. The correctional officers (COs) were tasked to limit the interaction of other inmates with Roof. There were times when some COs would want to pass the trays to Roof through the door opening.

Roof was only allowed to be out of his cell for one hour per day. The CCDC would "shut down everything" so Roof could move around freely during his free time. He would usually shower, use the phone, talk with other white inmates (through cell doors), and swap books underneath doors. When Bixby would talk with Roof, they would talk about music, books, life on the outside, prison advice, movies, and camping. Bixby once slid a People Magazine under Roof's cell door so he could read an article about him. Roof said some of the information was not true. Bixby would stop Roof when he started talking about his case. Bixby was not interested in it. Roof did talk about his arrest and how he was transported using airplanes after his arrest. Roof never talked about his family or his social life. People "on the outside" would send books to Roof, and add money to his commissary account. Roof received a lot of mail.

| | | |
|---|---|---|
| Investigation on | 12/05/2016 at | Tucson, Arizona, United States (In Person) |
| File # | 44A-CO-6460937 | Date drafted   12/06/2016 |
| by | RADTKE ADAM, Alfonso Jose Lozoya | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

RESTRICTED MATERIAL

US-067884

Ex. 50 pg.1 of 2

RESTRICTED MATERIAL

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  (U) Interview of Michael Bixby _____ , On  12/05/2016 , Page  2 of 2

    Officer Michael Slager (South Carolina officer who shot an African American man earlier in the year) was also incarcerated at CCDC during the same time.  Slager was at CCDC when Roof arrived and the two of them were in cells next to each other for their protection.  The two would frequently speak to one another due to their similar circumstances.

    Roof was young, naive, and smart about current events.  He seemed like a good guy.  He wouldn't eat much even on a "good" food day.  Bixby advised that Roof was tough to gauge because any sort of substantial interaction with him was very restrictive.  Conversations were literally held between cracks in the door, never fact to face.  Bixby just tried his best to keep Roof's sanity in check.  Roof was put on a suicide watch at one point.  Both Roof and Bixby never knew why.  Several people never liked that Bixby would interact with Roof. Bixby did not care what people thought of him.  Bixby was tasked by the COs to clean the spit of Roof's cell door.  Several inmates would also turn off the lights in Roof's cell because the switch was on the outside.  Bixby would turn the lights back on for him.

    A Tucson attorney interviewed Bixby approximately four months ago.  The attorney asked similar questions, and Bixby provided similar answers.  Bixby would be surprised if Roof's defense team asked him to testify.  Roof never shared any information about his actions or case.

    Jerry Ballard was a African American inmate who was a "black racist." He was tall, skinny and had dreadlocks.  He would talk with Roof and Bixby.  Ballard provided a different view on cultural differences.  However, Ballard did hint that he would have to  fight/attack Roof if the opportunity presented itself.  Ballard was upset with Roof's crime.  Bixby advised there was another "Jerry Ballard" in the administrative segregation unit at the same time.  The two looked alike.

    Bixby did not remember Ashley Ireland or Damon Jackson.  He thought he remembered Jhamien Robinson, but would need a photograph to be sure.

    SA Radtke's notes were placed in an FD-340c envelope and will be maintained with this file.

RESTRICTED MATERIAL

US-067885

Ex. 50 pg.2 of 2