**SOUTH CAROLINA**
**REVENUE AND FISCAL AFFAIRS OFFICE**
*Transforming data into solutions for South Carolina*

HOME    ABOUT US    EVENTS    BOARDS & COMMITTEES

Home › Data & Research › South Carolina Census State Data Center › Population Data › Population Estimates by County 2010-2020, 2000-2009

Download CSV

| County | July 1, 2010 Estimates* | July 1, 2011 Estimates | July 1, 2012 Estimates | July 1, 2013 Estimates | July 1, 2014 Estimates | July 1, 2015 Estimates | July 1, 2016 Estimates | July 1, 2017 Estimates | July 1, 2018 Estimates | July 1, 2019 Estimates | July 1, 2020 Estimates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| South Carolina | 4,635,846 | 4,672,655 | 4,719,027 | 4,766,469 | 4,826,858 | 4,896,006 | 4,963,031 | 5,027,102 | 5,091,702 | 5,157,702 | 5,218,040 |
| Abbeville | 25,338 | 25,093 | 25,033 | 24,912 | 24,811 | 24,814 | 24,688 | 24,598 | 24,637 | 24,584 | 24,404 |
| Aiken | 160,558 | 161,628 | 162,982 | 163,789 | 164,333 | 165,827 | 167,328 | 168,510 | 169,703 | 171,300 | 172,895 |
| Allendale | 10,354 | 10,237 | 9,982 | 9,828 | 9,704 | 9,435 | 9,071 | 9,010 | 8,906 | 8,627 | 8,331 |
| Anderson | 187,095 | 188,183 | 188,860 | 190,070 | 191,872 | 193,806 | 195,672 | 198,255 | 200,209 | 202,424 | 204,353 |
| Bamberg | 15,945 | 15,809 | 15,683 | 15,389 | 15,148 | 14,676 | 14,478 | 14,402 | 14,288 | 14,108 | 13,906 |
| Barnwell | 22,639 | 22,463 | 22,362 | 22,217 | 22,032 | 21,791 | 21,610 | 21,362 | 21,150 | 20,924 | 20,805 |
| Beaufort | 162,843 | 163,864 | 167,423 | 171,095 | 175,318 | 180,070 | 183,808 | 186,993 | 189,563 | 192,638 | 195,656 |
| Berkeley | 179,492 | 183,833 | 189,696 | 194,171 | 198,485 | 203,313 | 208,798 | 214,938 | 221,841 | 228,952 | 235,987 |
| Calhoun | 15,098 | 15,098 | 14,872 | 14,990 | 14,844 | 14,758 | 14,754 | 14,689 | 14,530 | 14,513 | 14,554 |
| Charleston | 350,998 | 357,461 | 364,913 | 372,065 | 380,239 | 389,885 | 397,433 | 402,725 | 406,959 | 412,615 | 417,981 |
| Cherokee | 55,534 | 55,706 | 55,829 | 56,065 | 56,361 | 56,534 | 56,730 | 56,974 | 57,198 | 57,331 | 57,316 |
| Chester | 33,163 | 32,884 | 32,708 | 32,744 | 32,449 | 32,420 | 32,299 | 32,300 | 32,281 | 32,186 | 32,232 |
| Chesterfield | 46,612 | 46,498 | 46,078 | 46,133 | 46,162 | 46,161 | 46,134 | 45,987 | 45,807 | 45,631 | 45,606 |
| Clarendon | 34,947 | 34,711 | 34,329 | 34,267 | 34,222 | 34,037 | 34,283 | 34,053 | 33,772 | 33,803 | 33,415 |
| Colleton | 38,886 | 38,447 | 38,106 | 37,666 | 37,529 | 37,444 | 37,603 | 37,599 | 37,731 | 37,705 | 37,481 |
| Darlington | 68,513 | 68,162 | 68,053 | 67,809 | 67,660 | 67,539 | 67,310 | 67,022 | 66,793 | 66,656 | 66,509 |
| Dillon | 32,080 | 31,752 | 31,529 | 31,407 | 31,290 | 31,138 | 30,695 | 30,442 | 30,509 | 30,352 | 30,367 |
| Dorchester | 137,005 | 140,155 | 142,645 | 145,614 | 148,854 | 152,946 | 156,418 | 159,533 | 161,340 | 163,517 | 165,737 |
| Edgefield | 26,965 | 26,894 | 26,563 | 26,573 | 26,655 | 26,789 | 26,637 | 26,846 | 27,151 | 27,349 | 27,120 |
| Fairfield | 23,860 | 23,591 | 23,425 | 23,216 | 23,050 | 22,899 | 22,651 | 22,608 | 22,392 | 22,322 | 22,059 |
| Florence | 137,161 | 137,670 | 138,031 | 138,230 | 138,837 | 138,781 | 138,665 | 138,510 | 138,294 | 138,128 | 137,588 |
| Georgetown | 60,343 | 60,192 | 60,253 | 60,503 | 60,866 | 61,506 | 61,609 | 61,894 | 62,462 | 63,025 | 63,353 |
| Greenville | 452,688 | 458,972 | 466,172 | 473,196 | 481,737 | 491,218 | 499,595 | 507,484 | 515,552 | 524,748 | 532,486 |
| Greenwood | 69,759 | 69,846 | 69,966 | 69,835 | 69,686 | 69,992 | 70,175 | 70,515 | 70,633 | 70,963 | 71,074 |
| Hampton | 21,074 | 20,798 | 20,738 | 20,387 | 20,433 | 19,969 | 19,804 | 19,527 | 19,416 | 19,316 | 18,053 |
| Horry | 270,295 | 275,545 | 281,441 | 289,005 | 298,042 | 309,350 | 321,542 | 333,246 | 344,680 | 354,418 | 365,449 |
| Jasper | 24,949 | 25,303 | 25,743 | 26,348 | 26,712 | 27,490 | 28,122 | 28,556 | 29,228 | 30,294 | 31,588 |
| Kershaw | 61,700 | 62,125 | 62,296 | 62,601 | 63,201 | 63,677 | 64,337 | 65,219 | 65,856 | 66,748 | 67,472 |
| Lancaster | 76,976 | 77,872 | 79,350 | 80,698 | 83,499 | 86,346 | 89,953 | 92,517 | 95,213 | 98,280 | 100,926 |
| Laurens | 66,519 | 66,462 | 66,239 | 66,177 | 66,490 | 66,459 | 66,651 | 66,858 | 66,855 | 67,448 | 67,883 |
| Lee | 19,221 | 18,887 | 18,634 | 18,381 | 18,339 | 17,813 | 17,508 | 17,385 | 17,269 | 16,856 | 16,701 |
| Lexington | 263,365 | 266,409 | 269,868 | 273,363 | 277,568 | 281,855 | 286,521 | 290,511 | 294,766 | 299,421 | 303,946 |
| Mccormick | 10,210 | 10,017 | 9,926 | 9,881 | 9,816 | 9,671 | 9,597 | 9,568 | 9,417 | 9,462 | 9,430 |
| Marion | 32,951 | 32,774 | 32,398 | 32,075 | 31,947 | 31,769 | 31,772 | 31,288 | 30,989 | 30,565 | 30,158 |
| Marlboro | 28,918 | 28,589 | 28,263 | 28,069 | 28,049 | 27,594 | 27,023 | 26,708 | 26,413 | 26,157 | 25,581 |
| Newberry | 37,611 | 37,507 | 37,542 | 37,474 | 37,675 | 37,787 | 37,957 | 38,377 | 38,460 | 38,408 | 38,445 |
| Oconee | 74,349 | 74,265 | 74,574 | 74,962 | 75,254 | 75,908 | 76,508 | 77,382 | 78,215 | 79,450 | 80,015 |
| Orangeburg | 92,323 | 91,706 | 91,471 | 90,682 | 90,058 | 89,174 | 88,421 | 87,664 | 87,106 | 86,231 | 85,343 |
| Pickens | 119,344 | 119,735 | 119,863 | 119,333 | 120,651 | 121,637 | 123,180 | 123,590 | 125,176 | 126,974 | 127,983 |
| Richland | 385,754 | 389,333 | 393,205 | 397,015 | 400,688 | 406,455 | 409,569 | 412,492 | 415,159 | 417,027 | 419,051 |
| Saluda | 19,905 | 19,797 | 19,858 | 20,053 | 20,061 | 20,155 | 20,171 | 20,262 | 20,333 | 20,381 | 20,315 |
| Spartanburg | 284,769 | 286,180 | 288,283 | 290,545 | 293,146 | 296,741 | 301,027 | 306,979 | 314,490 | 320,254 | 326,205 |
| Sumter | 107,610 | 107,316 | 107,944 | 107,840 | 107,784 | 107,346 | 107,257 | 106,604 | 106,518 | 106,635 | 106,360 |
| Union | 28,914 | 28,654 | 28,193 | 27,991 | 27,912 | 27,731 | 27,651 | 27,433 | 27,327 | 27,221 | 26,991 |
| Williamsburg | 34,342 | 34,101 | 33,554 | 33,069 | 32,728 | 32,515 | 31,876 | 31,185 | 30,907 | 30,256 | 29,825 |
| York | 226,871 | 230,131 | 234,151 | 238,736 | 244,661 | 250,785 | 258,140 | 266,502 | 274,188 | 281,499 | 289,105 |

**Notes:**

July 1, 2010 and July 1, 2020 estimates are not equal to April 1, 2010 and 2020 decennial census counts, and are included here for the purpose of trend analysis.

With each new release of annual estimates, the entire time series of estimates is revised for all years back to the last census, and all previously published estimates are superseded.

**Source:** US Census Bureau Population and Housing Unit Estimates, County Population Totals 2010-2020

Download CSV

| County | July 1, 2000 Estimates* | July 1, 2001 Estimates | July 1, 2002 Estimates | July 1, 2003 Estimates | July 1, 2004 Estimates | July 1, 2005 Estimates | July 1, 2006 Estimates | July 1, 2007 Estimates | July 1, 2008 Estimates | July 1, 2009 Estimates |
|---|---|---|---|---|---|---|---|---|---|---|
| South Carolina | 4,024,223 | 4,064,995 | 4,107,795 | 4,150,297 | 4,210,921 | 4,270,150 | 4,357,847 | 4,444,110 | 4,528,996 | 4,589,872 |
| Abbeville | 26,229 | 26,330 | 26,311 | 26,306 | 26,235 | 25,995 | 25,821 | 25,745 | 25,699 | 25,614 |
| Aiken | 142,742 | 143,676 | 145,226 | 146,793 | 148,746 | 150,152 | 152,577 | 154,814 | 156,896 | 158,499 |
| Allendale | 11,193 | 11,022 | 11,114 | 11,092 | 11,049 | 11,021 | 10,882 | 10,787 | 10,803 | 10,619 |
| Anderson | 166,304 | 168,881 | 170,287 | 171,862 | 173,539 | 175,467 | 178,579 | 181,543 | 184,520 | 186,544 |
| Bamberg | 16,680 | 16,580 | 16,548 | 16,342 | 16,322 | 16,360 | 16,392 | 16,226 | 16,104 | 16,022 |
| Barnwell | 23,478 | 23,406 | 23,177 | 23,211 | 22,980 | 22,965 | 22,886 | 22,851 | 22,761 | 22,611 |
| Beaufort | 122,306 | 125,550 | 129,290 | 130,998 | 136,331 | 141,498 | 147,213 | 151,411 | 156,399 | 159,737 |
| Berkeley | 143,410 | 145,153 | 146,733 | 148,035 | 151,789 | 153,489 | 159,501 | 164,913 | 171,099 | 175,092 |
| Calhoun | 15,192 | 15,301 | 15,257 | 15,309 | 15,247 | 15,212 | 15,229 | 15,260 | 15,175 | 15,268 |
| Charleston | 310,749 | 313,065 | 317,379 | 321,222 | 328,105 | 331,589 | 334,826 | 337,147 | 341,921 | 346,795 |
| Cherokee | 52,649 | 53,020 | 53,407 | 53,437 | 53,642 | 53,772 | 54,166 | 54,467 | 54,981 | 55,149 |
| Chester | 34,159 | 34,064 | 34,083 | 33,920 | 33,633 | 33,373 | 33,222 | 33,247 | 33,454 | 33,210 |
| Chesterfield | 42,911 | 43,339 | 43,834 | 44,107 | 44,348 | 44,766 | 45,103 | 45,708 | 46,319 | 46,638 |
| Clarendon | 32,528 | 32,887 | 33,094 | 33,305 | 33,622 | 33,847 | 34,094 | 34,250 | 34,875 | 34,942 |
| Colleton | 38,304 | 38,339 | 38,463 | 38,543 | 38,672 | 38,728 | 38,608 | 38,765 | 39,014 | 38,864 |
| Darlington | 67,523 | 67,863 | 68,247 | 68,382 | 68,155 | 68,185 | 68,424 | 68,489 | 68,773 | 68,705 |
| Dillon | 30,699 | 30,995 | 31,000 | 31,093 | 31,241 | 31,239 | 31,373 | 31,433 | 31,585 | 31,817 |
| Dorchester | 96,757 | 98,683 | 101,067 | 104,119 | 107,337 | 113,235 | 120,136 | 126,324 | 130,593 | 133,560 |
| Edgefield | 24,586 | 24,690 | 24,962 | 25,404 | 25,819 | 26,196 | 26,135 | 26,493 | 26,774 | 27,032 |
| Fairfield | 23,479 | 23,614 | 23,890 | 23,904 | 24,273 | 24,132 | 24,177 | 23,917 | 24,131 | 24,084 |
| Florence | 125,767 | 126,377 | 127,343 | 128,671 | 129,855 | 130,982 | 132,489 | 133,757 | 135,032 | 136,120 |
| Georgetown | 56,080 | 56,800 | 57,688 | 58,387 | 59,176 | 59,521 | 59,821 | 60,277 | 60,621 | 60,369 |
| Greenville | 380,949 | 385,780 | 390,197 | 394,242 | 399,319 | 405,608 | 415,957 | 427,970 | 438,742 | 446,655 |
| Greenwood | 66,303 | 66,544 | 66,996 | 67,288 | 67,255 | 67,630 | 68,091 | 68,198 | 68,862 | 69,598 |
| Hampton | 21,344 | 21,262 | 21,186 | 21,267 | 21,072 | 21,109 | 21,104 | 21,295 | 21,212 | 21,205 |
| Horry | 198,019 | 201,982 | 206,566 | 211,725 | 219,094 | 229,899 | 242,194 | 252,464 | 260,609 | 265,640 |
| Jasper | 20,721 | 21,024 | 21,102 | 21,236 | 21,456 | 21,845 | 22,406 | 22,971 | 23,620 | 24,234 |
| Kershaw | 52,851 | 53,474 | 53,714 | 54,614 | 55,415 | 56,506 | 58,060 | 59,380 | 60,395 | 61,143 |
| Lancaster | 61,571 | 62,250 | 63,282 | 64,210 | 65,079 | 65,875 | 66,992 | 69,504 | 72,733 | 75,394 |

Ex. 52 pg.1 of 2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Laurens | 69,428 | 69,407 | 68,841 | 68,468 | 67,784 | 67,629 | 67,388 | 67,172 | 67,173 | 66,897 |
| Lee | 20,088 | 19,957 | 19,970 | 20,005 | 20,157 | 20,079 | 20,001 | 19,836 | 19,697 | 19,352 |
| Lexington | 216,873 | 220,099 | 222,761 | 226,887 | 230,832 | 235,176 | 241,219 | 246,461 | 252,747 | 258,983 |
| McCormick | 9,957 | 10,095 | 10,110 | 10,167 | 9,982 | 10,049 | 10,166 | 10,162 | 10,224 | 10,235 |
| Marion | 35,463 | 35,119 | 34,786 | 34,690 | 34,577 | 34,334 | 33,994 | 33,842 | 33,724 | 33,277 |
| Marlboro | 28,800 | 28,606 | 28,599 | 28,485 | 28,351 | 27,918 | 29,199 | 29,221 | 29,079 | 29,189 |
| Newberry | 35,958 | 36,053 | 36,244 | 36,226 | 36,312 | 36,399 | 36,746 | 37,061 | 37,192 | 37,413 |
| Oconee | 66,434 | 67,170 | 68,194 | 68,900 | 69,615 | 70,581 | 71,490 | 72,407 | 73,089 | 73,829 |
| Orangeburg | 91,524 | 91,536 | 91,676 | 91,788 | 91,691 | 92,197 | 91,761 | 92,626 | 92,886 | 92,755 |
| Pickens | 111,062 | 111,600 | 111,806 | 112,704 | 113,554 | 114,344 | 115,570 | 116,815 | 118,330 | 119,183 |
| Richland | 321,981 | 327,446 | 331,285 | 336,273 | 345,750 | 349,003 | 357,096 | 366,111 | 373,789 | 380,245 |
| Saluda | 19,191 | 19,191 | 19,180 | 19,096 | 18,904 | 19,131 | 19,310 | 19,417 | 19,503 | 19,677 |
| Spartanburg | 254,443 | 256,469 | 258,467 | 260,223 | 261,828 | 264,481 | 268,898 | 274,215 | 279,673 | 283,335 |
| Sumter | 104,802 | 104,629 | 105,380 | 105,112 | 106,099 | 106,082 | 105,953 | 106,014 | 106,463 | 107,004 |
| Union | 29,971 | 29,813 | 29,699 | 29,519 | 29,279 | 29,241 | 29,248 | 29,060 | 29,172 | 29,100 |
| Williamsburg | 37,145 | 36,751 | 36,333 | 35,592 | 35,561 | 35,193 | 35,458 | 35,444 | 35,090 | 34,622 |
| York | 165,620 | 169,103 | 173,021 | 177,138 | 181,839 | 188,117 | 197,892 | 208,640 | 217,463 | 223,616 |

**Notes:**

July 1, 2000 and July 1, 2010 estimates are not equal to April 1, 2000 and 2010 decennial census counts, and are included here for the purpose of trend analysis.

With each new release of annual estimates, the entire time series of estimates is revised for all years back to the last census, and all previously published estimates are superseded.

**Source:** US Census Bureau Population and Housing Unit Estimates, County Population Totals 2000-2010

Back to Top ⌃

**South Carolina**
**Revenue and Fiscal Affairs Office**

Privacy and Disclaimers

Freedom of Information Act (FOIA)

Disclosures and Reporting

Report Fraud

Accessibility

Employment Opportunities

Contact Us

LOCATION

1000 Assembly Street
Rembert Dennis Building, Suite 421
Columbia, SC 29201
(803) 734-3793

publicrelations@rfa.sc.gov

Ex. 52 pg.2 of 2