11/17/2016                           Justice 360 Mail - Fwd: Roof; Tomorrow's Hearing



**Lindsey Vann <lindsey@deathpenaltyresource.org>**

## Fwd: Roof; Tomorrow's Hearing
1 message

**Sarah Gannett** <Sarah_Gannett@fd.org>                                    Wed, Nov 16, 2016 at 6:15 PM
To: "Lindsey S. Vann" <lindsey@justice360sc.org>

Begin forwarded message:

**From:** "Phillip D Barber" <Phillip_Barber@scd.uscourts.gov>
**Date:** November 16, 2016 at 6:11:55 PM EST
**To:** "Sarah Gannett" <Sarah_Gannett@fd.org>
**Cc:** "Adair Boroughs" <Adair_Boroughs@scd.uscourts.gov>, "'David Bruck'" <bruckd@wlu.edu>, "'Emily Paavola'" <Emily@justice360sc.org>, "'Kim Stevens'" <kimstevensnc@gmail.com>, "Lena Tapscott" <Lena_Tapscott@scd.uscourts.gov>
**Subject: Re: Roof; Tomorrow's Hearing**

Judge Gergel has asked me to tell you that we are not bringing Mr. Roof for tomorrow's hearing regarding closure of the Monday hearing.

Phil

Phillip D. Barber
Law Clerk to the Honorable Richard Mark Gergel
United States District Court for the District of South Carolina
(843) 579-2601
phillip_barber@scd.uscourts.gov

Sarah Gannett---11/16/2016 05:09:32 PM---We are obliged to inform the Court that Mr. Roof refused our visit for the first time today, and so

From: Sarah Gannett/AZF/09/FDO@FDO
To: Phillip D Barber/SCD/04/USCOURTS@USCOURTS@USCEXT
Cc: Adair Boroughs/SCD/04/USCOURTS@USCOURTS, "'David Bruck'" <bruckd@wlu.edu>, "'Emily Paavola'" <Emily@justice360sc.org>, "'Kim Stevens'" <kimstevensnc@gmail.com>, Lena Tapscott/SCD/04/USCOURTS@USCOURTS
Date: 11/16/2016 05:09 PM
Subject: Re: Roof; Tomorrow's Hearing

We are obliged to inform the Court that Mr. Roof refused our visit for the first time today, and so we cannot advise the Court as to his wishes.

Thanks,
Sarah

_____
Sarah S. Gannett
Assistant Federal Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
Work Location: Washington, DC
(602) 382-2862
sarah_gannett@fd.org

Ex. 64 pg.1 of 2

Phillip D Barber---11/16/2016 05:05:00 PM---I've asked Judge Gergel, who has directed me to let you know that whether Mr. Roof attends the meeti

From: Phillip D Barber/SCD/04/USCOURTS@USCOURTS
To: Sarah Gannett/AZF/09/FDO@FDO@USCEXT
Cc: Adair Boroughs/SCD/04/USCOURTS@USCOURTS, "'David Bruck'" <bruckd@wlu.edu>, "'Emily Paavola'" <Emily@justice360sc.org>, "'Kim Stevens'" <kimstevensnc@gmail.com>, Lena Tapscott/SCD/04/USCOURTS@USCOURTS
Date: 11/16/2016 05:05 PM
Subject: Re: Roof; Tomorrow's Hearing

I've asked Judge Gergel, who has directed me to let you know that whether Mr. Roof attends the meeting is entirely up to the defense team. The hearing is currently scheduled for a courtroom that cannot accommodate the requisite security measures, so please advise as soon as possible if you intend for Mr. Roof to attend as we will need to use a different courtroom.

Thanks,
Phil

Phillip D. Barber
Law Clerk to the Honorable Richard Mark Gergel
United States District Court for the District of South Carolina
(843) 579-2601
phillip_barber@scd.uscourts.gov


Sarah Gannett---11/16/2016 04:57:07 PM---Does the Court anticipate bringing Mr. Roof for tomorrow's hearing regarding sealing Monday's procee

From: Sarah Gannett/AZF/09/FDO@FDO
To: Adair Boroughs/SCD/04/USCOURTS@USCOURTS, Lena Tapscott/SCD/04/USCOURTS@USCOURTS, Phillip D Barber/SCD/04/USCOURTS@USCOURTS
Cc: "'Emily Paavola'" <Emily@justice360sc.org>, "'Kim Stevens'" <kimstevensnc@gmail.com>, "'David Bruck'" <bruckd@wlu.edu>
Date: 11/16/2016 04:57 PM
Subject: Roof; Tomorrow's Hearing

Does the Court anticipate bringing Mr. Roof for tomorrow's hearing regarding sealing Monday's proceeding?

Thank you,
Sarah

_____
Sarah S. Gannett
Assistant Federal Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, AZ 85007
Work Location: Washington, DC
(602) 382-2862
sarah_gannett@fd.org

Ex. 64 pg.2 of 2