**The Post and Courier Facebook Page**
https://www.facebook.com/ThePostandCourier

21. December 7th, 2016 (2 of 2)
https://www.facebook.com/share/Bm5HZBmg7LtKrHfm/





**Sheila McClammy Hinson**
I hate there's a trial!!! Just put him out back and shoot him!!! I hate seeing his mug!!! He is most definitely evil!!!

7y   Like   Reply   3 👍



**Sandy Ronaldson Kinard**
Why is their a waste of a trial. He is guilty, he admitted, witnesses saw it. Just sentence him already. He has no soul.

7y   Like   Reply



**Alice Danehey Gatch**
So unfair that these families have to do this. They have endured enough

7y   Like   Reply



**Gale Alge Fennell**
There are no words to say to this mother...just pain in my heart.

7y   Like   Reply



💎 Top fan
**Margaret Corn**
So sorry for all you have all endured. I have never witnessed such dignity and grace as the families of the victims have shown. God bless you all and give you peace.



**Haley Marie**

I really don't care about his background. You can't blame how your childhood was on 9 innocent people. What did they do to you?! You didn't know them. You planned this and now you have to face the consequences you are wanting to say "oh I had a bad upbringing" ain't nobody buying that shit. Save it for someone who cares. You destroyed many people's lives cause of the tragedy you started here in Charleston. You drove 90 minutes to get here. You deserve the death penalty plain and simple. No one feels sorry for you. And frankly no one really cares what happens to you. So save your pity party for the devil when you meet him.You're nothing but an evil person and you deserve everything you are going to get.

7y    Like    Reply    10 👍

Ex. 80 pg.3 of 6



◈ Top fan

**Gloria B. Jenkins**
I don't know if I'd be able to talk about it, yet, if I were her! I can't imagine how horrible watching your child die would be! Especially a young man who was apparently so pleasant and so capable of doing good in the world. Such a tragedy!

7y    Like    Reply



**Pamela Sumter**



7y    Like    Reply



**Deborah Santos Harper**
God help his poisoned soul

7y    Like    Reply



**Terry Jackson**
Wow. I'm sure this is selfish but not sure I'll be able to keep up with this trial. I may have to just wait for the verdict.

7y    Like    Reply

Ex. 80 pg.4 of 6





**Marjorie Swofford**
He cold bloodedly murdered 9 of Charleston's finest citizens. The survivors suffered physically, mentally and emotionally and they will the rest of their lives. How someone could do that after being welcomed to their bible study lovingly is beyond me. The only explanation is that he's a sick and evil person. One can only wonder the wonderful things those nine beautiful people could have done for their God, their church and their community had they lived full lives. Their families needed them, Charleston needed them. There is no punishment that will ever be enough payment for this crime. Justice will be served whether it's in this life or the next.

7y    Like    Reply



**Roblow Og**
He's a who deserve to be lockdown all day

7y    Like    Reply



**Amanda Williams**
OMG Felicia. I am so sorry. There should be a fast train to Hell for people like him.

7y    Like    Reply

Ex. 80 pg.6 of 6