DECLARATION OF FARAH WILSON

I, Farah Wilson, state as follows:

1. My name is Farah Wilson. I live in Lexington, SC, in a neighborhood called Ridgewood. Dylann Roof used to be my neighbor. I live across the street and a few doors down from where he used to live on Smokey Joe Court, back when he was a teenager. I moved to the neighborhood in 2005, and I still live there today. I am 46 years old.

2. There was always something off with Dylann. He'd be sitting randomly around the neighborhood, not looking anywhere or doing anything. He often sat by the manhole covers on the street for hours, not doing anything but rocking back and forth. It wasn't a violent rocking, but it would have been a good ab work out. Once I drove out of the neighborhood to go to the grocery store, and I saw Dylann rocking on the manhole cover. When I came back from the store an hour later, he was there in the same exact position. Even back then I remember looking at Dylann and wondering what in the world he was doing out there. My impression was that he did not like to be inside his house, although I do not know why that was the case.

3. When Dylann was sitting on the manhole covers, it was like he was in his own world. I waved to him when I drove by, but he didn't say anything. He seemed ~~zoned out a lot of~~ the time. Once, I saw him next to the manhole while he was wearing a coat in the [trenchcoat & black] summer. I said something like, "How are you not burning up boy?" and he said something short in response like "I'm alright," with an odd awkward nod. Dylann seemed [skinny jeans] to grunt a lot when people spoke to him. I wonder if he didn't have the skills to talk.

4. When Dylann walked around the neighborhood, sometimes I called out to him and said hi, but he didn't acknowledge me. I saw him do this with other people, too. He just was zoned out and in his own world, it's almost like he didn't hear people when they were talking to him. Back then, I saw Dylann daily walking around the neighborhood and sitting next to these manhole covers. Some days, he'd pace up and down between the cul de sacs, walking back and forth and back and forth.

5. I never met Dylann's mom or dad or anyone in the family. I would not know Dylann's mom from a hole in the ground, she was not outside walking around the neighborhood like other parents were. I remember thinking back then that Dylann didn't have anyone ~~anybody~~, he had no parents around. My impression was that Dylann's family did not have much financially.

6. Sonya Clifford and her kids, Brandon and Vanessa, lived across the street from me. The neighborhood kids hung out at the Clifford house a lot, and it was always loud over there. I tried to be the big sister to the neighborhood kids, which included the Cliffords and their

1 ____

IFCD001067

friend group. I made them smile and helped guide them to a better life. They liked and trusted me. I saw that group of neighborhood kids a lot because back then, I used to be a smoker, and so I sat on my front porch every day. The neighborhood kids hung out at the Clifford's house all the time – it was the party house – and since I lived directly across from the Clifford's, I saw that group of neighborhood kids all the time. I saw that Dylann went over to the Clifford house at night, like the other neighborhood kids did. The kids drank at the Clifford house a lot, and I remember Dylann drinking a few beers over there, too. The Clifford house parties involved smoking pot, too. A lot of the kids hanging out at the Clifford house would come over to my porch and brag to me about doing drugs back then. Dylann didn't brag the way the other kids did. I remember one night in which Dylann was on drugs, and tumbled down the hill near my house. That night, Dylann was embarrassed, and his friends were all laughing at him.

*or FBW drunk*

7. Dylann didn't have the same relationship with me that many of the other kids in the neighborhood did. The other kids walked right up the porch to give me a hug, but Dylann wasn't that way, he wouldn't even come up my porch. He had a really big shell, and I don't know if anyone ever cracked the shell.

8. I knew Joey Meek and his younger brothers, who also lived in our neighborhood. Back then, Joey and Dylann seemed like the best of friends. Joey had the reputation of being a bad boy, and it was clear that he wanted that image. Dylann didn't appear to want that image the way that Joey did. Joey liked the attention, while Dylann just wanted to be in the background. Joey was an instigator. I have a teenage daughter now, and Joey is the type of person that I would not allow to be around my daughter.

9. Dylann wore all black all the time, even in the summertime. And he regularly wore a long black trench coat in the summer, too. Dylann even wore a trench coat in 100 degree heat. I remember watching him get on the school bus close to summertime wearing his trench coat. It seemed weird to me.

10. Dylann was an introverted teenager. He was reserved. He seemed like he was deep in thought all the time. From what I saw of his interactions with his peers, he did not talk much to them, either.

11. It seemed clear to me back then that Dylann was a boy who needed help. Dylann pacing the neighborhood and rocking back and forth next to the manhole covers were huge red flags. If his parents didn't see that Dylann needed help, they weren't trying to see it.

12. Dylann thought he was very smart and always right. When the neighborhood boys would argue about things, Dylann always thought he was 100% right. Dylann was a stubborn kid; once his mind was made up, his mind was made up.

2  FBW

IFCD001068

13. Dylann did not look people in the eyes. It didn't seem like drug use to me, it seemed like something else. Dylann had a lot of odd behavior like this, but it wasn't like Dylann was acting out. He wasn't shooting at cars and houses with bb guns the way that some of the other neighborhood kids were; he wasn't the neighborhood trouble maker by any means. Dylann flew under the radar. Even though he walked around the neighborhood with some of the other neighborhood kids, it seemed to me that he was still a loner.

14. I can't imagine Dylann standing up in the courtroom and representing himself. He couldn't even look other people in the eyes. When he walked around the neighborhood he stared at the ground, and he avoided eye contact with people who passed him. I don't remember ever having a real conversation with him. He spoke rarely and often just grunted yes or no. Dylann acted like someone who was picked on as a kid. He acted like he was trying to hide himself.

15. No one from Dylann's trial team ever came to speak with me. I have lived at the same house ever since 2005 and would have been interested to talk to them about Dylann had they tried to locate me. If they had asked me the same kind of questions I was asked by Dylann's post-conviction team, I would have told them everything that is contained in this declaration.

16. I am over 18 years of age and am competent to make this declaration.

I, Farah Wilson, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___9/13/2023___, 20_23_, in _Lexington___, _SC_.

_Farah B Wilson_
Farah Wilson

IFCD001069