<u>DECLARATION OF FREDRICK FLYNN STORK III</u>

1. My name is Fredrick "Flynn" Stork III. I live in Columbia, South Carolina, and I am 36 ~~35~~ *FFS* years old.

2. I used to be very close friends with Amber Roof, who is Dylann Roof's older sister. Amber and I met during our formative school years. We were particularly close from 2005-2009 – during our time at Dreher High School and for a few years after we graduated. We were about 17-22 years old during the time that we were very close. After high school, Amber dated my close friend, Grayson Wessinger. The three of us spent a lot of time together.

3. While they were dating, Amber and Grayson moved in with Amber's mom Amy and brother Dylann. They all lived together in a duplex on Howard Street, behind the bar called Rockaways Athletic Club. I believe that Amber moved back in with her mom because the area she and Grayson had been renting off Fort Jackson was not very nice, so they were only moving back home temporarily before finding another place. Amber and Grayson lived at Amy's house on Howard St. for several months.

4. I first met Amy when I went to her duplex to visit Amber and Grayson. Dylann was also living with his mom Amy at that point, so I got to know Dylann, too. I regularly spent the night on the couch at Amy and Dylann's house.

5. Dylann was about 15 years old when I saw him regularly at his house during my visits to see Amber and Grayson. Dylann was very much a homebody. I have always suspected that Dylann was agoraphobic. Dylann was reluctant to leave his mom's house for any purpose. Dylann truly didn't want to leave the house – or even his room. I saw this myself. Amber, Amy and Grayson also talked about how Dylann didn't leave the house. Everyone was concerned about Dylann.

6. There were multiple days in a row when Dylann simply would not leave his bedroom. Once Dylann was in his room, there was no talking to him. I don't know if Dylann locked the door physically behind him, but it felt like the door was locked, because no one followed him in there. Dylann was wrapped up in his own world. People would swing by and knock on his door and see if he needed anything. Dylann might ask for a drink out of the fridge, or something like that. Or Dylann sometimes scurried out of his room like a

1

IFCD 002599

little rat to get food in the kitchen. I also remember Amy making Dylann breakfast and leaving it next to Dylann's door. She also made him sandwiches and snacks and put them on a tray for Dylann. Sometimes, an entire day would pass with a tray of untouched food sitting outside his door. Amy would eventually just throw that food away. I remember there being multiple occasions when Dylann spent two or three days in a row in his room.

7. I would never know how long Dylann would come out of his room. Sometimes Dylann came out for twenty minutes, sometimes Dylann came out for a couple of hours, and sometimes he came out all night to play video games. When I would go over to their house to hang out with Grayson or Amber, I wondered if I would see Dylann. I would estimate that 90 percent of the time I was at Amy's house, Dylann was in his room.

8. When Dylann did leave his room, he didn't talk much. He certainly never spoke about himself, or how he felt. Instead, he hung out and just listened to others. He seldom injected himself into a conversation. He just observed. Sometimes he would stand near Grayson and me as we played video games, and then he would randomly leave – all without saying a word.

9. When Dylann eventually came out of his room, he was usually pretty well put together. He was showered and clean-looking. There was a Jack and Jill bathroom that connected Amber's and Dylann's bedrooms, so Dylann didn't have to leave his room to go to the bathroom.

10. One time, Amy shared her concerns about Dylann directly to me. I had spent the night at Amy and Amber's house and had fallen asleep around 4:00 a.m. after staying up late with Grayson playing Call of Duty. I woke up around 8:00 a.m.. I smelled coffee and went into the kitchen, and Amy was making coffee and offered me a cup. She then said she had offered Dylann some coffee, but he didn't even open the door to his mom anymore. She told me that she didn't know what to do about Dylann. Amy went on a two-minute tirade about Dylann not leaving his room. I was young and unsure how to respond to Amy. Amy told me that she had encouraged Dylann to come out, but at the same time, Amy had this attitude of "it's just who he is." Amy didn't seem willing to push it, she seemed like she'd tried already with Dylann and now she just had to accept him for who he was. She was resigned.

2 *PFS*

11. Amy had a separate room in the back, then Dylann lived in the middle room and Amber lived in the front room. Before Amber moved in, her room had been the living room, and the living room was the dining room. The Roof house wasn't intended to be a 3-bedroom house, but they made it work.

12. I felt bad for Dylann back then because it seemed like he was dealing with a lot. He needed more than he was getting. Dylann needed some kind of intervention. When your kids are young, you can force them to do anything. But when your kids get older, you can't make them do anything. You just hope that your child respects you enough to listen to you and do what you ask.

13. Dylann began attending school on the internet when I knew him. Amy enrolled Dylann in online school because he didn't want to go to high school anymore. This was shocking to me, it was so unusual at the time. I did not have any clue what Dylann was doing in his room all day. I had tried to take an online class, and I know that you have to be incredibly internally motivated to take a class online.

14. Amber was concerned about Dylann's isolation. She was worried about the fact that Dylann wasn't socializing with anyone, and he only talked to people in the house, if that. Amber mentioned to me multiple times that Dylann didn't have friends, and he didn't go anywhere. Amber would ask Grayson and me to hang out with Dylann when we were at Amy and Amber's house. Amber would ask us to try and get Dylann out of his room while we were there. Amber did not want Dylann to spend so much time alone. Amber was concerned about Dylann, but at the same time, Amber had to keep living her own life.

15. Amy was subdued and demure in her dealings with Dylann. She was soft-spoken in her nature when she was around him. She spoke in low, soft tones, as if to tell him she was there when he was ready. It was like Amy wasn't willing to risk doing anything to push Dylann further into his room. It seemed like Amy walked on eggshells around Dylann a bit. It was like she didn't want him to have a mental breakdown, like she felt that Dylann couldn't handle serious things. I believe that Amy truly did not know what the problem was with Dylann, even though she must have recognized something was wrong. This led to her tiptoeing around him as much as she did. It was as if she was questioning what her next step should be.

3

16. Amy was also very protective of Dylann, which is why I didn't bring my concerns about Dylann up with Amy. Everyone knew that Dylann was dealing with something back then. It was obvious, but we didn't talk about it with each other much. Amy wanted to be around Dylann a lot back then. She was generally pretty concerned about him. When he'd come out of his room to play videogames with Grayson or me in the living room, Amy would pop her head in every twenty minutes or so and just see how we were doing, or ask them if they needed anything. Dylann would reply "we're fine" or something like that.

17. Grayson spent a good amount of time with Dylann. Grayson and Dylann both got really into this one browser-based Korean video game they played, called Maplestory. Grayson tried to get Dylann out of his shell, and Dylann liked Maplestory, so Grayson and Dylann played it together. Maplestory is a classic side scrolling beat 'em up game, where you have a platform and different levels to beat. Dylann was obsessed, and he played the game for hours at a time. Maplestory was a game geared to younger children, so it was odd to me that Dylann played it as much as he did as a teenager.

18. Dylann had a computer in his bedroom. I always felt like if Dylann didn't have the computer in his bedroom, it wouldn't have been so hard to get him out. I thought about saying something to Amy about Dylann, but I didn't want to get yelled at. I didn't feel like Amber would have gotten mad if I said anything to her about Dylann, but I did feel like Amy might've gotten mad at me. I once told Grayson that I thought Dylann shouldn't have a computer in his room.

19. Grayson played video games in the Roof's living room while Dylann played alone on the computer in his bedroom. Since Grayson didn't work, he stayed at the Roof house all day long. They were close, because Grayson was at his house all day every day. Amy didn't mind Grayson living there at the house with her and her kids, but she minded that Grayson was lazy. She frequently complained to Amber that Grayson was on the couch all day, meanwhile Amber was simultaneously working and going to school.

20. Amber and Grayson loved and cared for each other very deeply, but they didn't work out due to different maturity levels. Amber was ambitious, and Grayson was content drinking Mountain Dew and playing Call of Duty all day. I recall telling Grayson once that Amber was not a "layout" like the two of us were. And, lo and behold, a few months later

4 _FR_

IFCD 002602

Amber came to that realization too, and she broke up with Grayson. When Amber and Grayson broke up, I stayed close with both of them.

21. Amber had quite a big group of friends; she was very social. She was charismatic, friendly, and genuinely nice. People liked her, but she kept her social circle somewhat small.

22. Amber was an anxious person. At times in high school she appeared very anxious. She was like a chihuahua - very worried and nervous about everything. Amber took anti-anxiety medications regularly. I had suspected that Amber had social anxiety even before learning about the medication, because she wasn't a fan of large gatherings of people. Amber liked to go out at night if she had a group of people, but she was insular within that group. Although she was social, she was also somewhat socially anxious as a person. Her dad, Benn, on the other hand, would have talked to anyone and everyone. Amy seemed insular to me, too, and Amber was a lot like her mother in that regard.

23. Dylann was socially anxious like his sister. I assumed that Dylann's social anxiety was why he was in his room all the time. It was like Dylann had Amber's issues, but a million-fold.

24. When I knew her, Amy was usually at the house. She also seemed to struggle with anxiety. Amy was less anxious than Amber, probably because she had found a way to deal with her anxiety better since she was older. Amy was skittish and jumpy. I recall coming into the kitchen to say hi to Amy and she'd jump, as if she wasn't prepared for people to be around her, even though there were several people playing video games in the next room.

25. I remember Amy chain-smoking outside the house. She had a cocktail or glass of wine on occasion, too.

26. Grayson was in the military before he dated Amber. I even drove Grayson to the drop-off point for basic training. He was discharged a year and a half later. ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. When Grayson came back from the military, he and I spent a lot of time playing Call of Duty together.

27. Amber used to have friends over to her dad Benn's house for parties, because she could get away with more there than at Amy's house. Benn would regularly be cooking on the grill when Amber would have friends over. He drank beer like a good old country boy.

5 FES

IFCD 002603

Ex. 95 pg.5 of 9

He is a classic southerner in a lot of ways – he has the beer gut and he loves hanging outside. Most of his friends are tradesman, from my memory. Benn likely wasn't the most educated. My friends and I weren't twenty-one yet, but Benn didn't mind if we drank beer we brought. In hindsight, that probably wasn't that great to do. He let us play beer pong and would hang out with us, too. He smoked weed with us, lighting up a joint and then offering it to us and passing it around. Benn was a fun guy.

28. Benn didn't care about sophistication or what other people thought of him. My parents, on the other hand cared more about what people thought.

29. Amber mothered her dad. She acted more like a parent to him than he was to her. Benn was immature, but fun. He was happy-go-lucky. Amber was the more driven one out of the Amber and Benn duo. Amber would sometimes tell her dad to pick up his clothes or clean his dishes. Amber would clean his house when she'd go over there, and she was exasperated at the things that Benn wasn't doing. She was the more responsible one of the two. Benn was very child-like. He wanted to have fun. Benn was not a very responsible person. Even when his daughter lived with him, he lived the life of a bachelor. He lived the kind of lifestyle in which his bathroom toilet was gross, and he was a fully-grown adult. That was how Benn lived.

30. Amy has a very different personality than Benn. Amy kept to a tight schedule, and she seemed very organized and put together. Amy was really particular about how she kept the home and if you went over to her house to visit you knew to pick up after yourself and not leave a mess. She kept her house very clean and neat – like a museum – everything in its place.

31. Amber might be the balance that Amy and Benn never figured out themselves. Amber could know how to have fun after a long week of working hard. Meanwhile, her mom couldn't do that, and her dad couldn't *stop* doing that.

32. I smoked weed with Dylann a handful of times, and maybe we shared a beer every now and then, too.

33. Dylann was intelligent in his own way, but he was so underexposed to the world. He seemed emotionally and mentally further behind than he should have been. He was generally confused about everyday things.

6 *EES*

34. Dylann could sound very smart about things that he was interested in, like Maplestory. He could tell you all the levels and the game caps, and he had memorized a ton of facts about the game. Dylann's knowledge of Maplestory is what led me to think that Dylann was capable of more than he was exposed to as a kid. But he was in his room all the time, so he didn't learn the things he should've known.

35. Dylann's general behavior was strange. He had odd ticks and speech patterns. Dylann spoke about things in ways that showed his thought process was slightly reversed. He might use words in different positions than would be normal, and while it was not technically wrong, it was just not normal. He had a stilted way of speaking. And he would have laser like focus on something if he was interested in it. But Dylann simply could not read the room. Sometimes he'd just keep talking about something he cared about without realizing no one else cared. Dylann was soft spoken, even when he was obsessive about something.

36. Dylann had a shoulder tick where he'd stand, hands in his pockets, and move his right shoulder over and over again. This happened on many occasions. Little things like tics and language choice and laser focus – things that separately would just seem quirky, all together made me really wonder what else was going on with Dylann. Something wasn't right.

37. Amber's relationship with Dylann seemed good. Amber had some of the same concerns for Dylann that Amy had. She loved Dylann but her relationship with Dylann was one of concern – protective concern – like a parent might feel.

38. Amy was trying, she was doing the best that she could with Dylann with the knowledge that she had. If she had more access to resources, she could have gotten more help. Amy wanted to help Dylann desperately, but she clearly didn't know how to move forward with him—she was clearly at a loss for what to do with Dylann. I do not think Amy would have known how to seek outside help for Dylann.

39. Amber lived with her grandparents during her high school years and then after high school, too, before she moved in with Grayson. Amber's grandpa was into history, and he traced their family history. I met Amber's grandparents because I occasionally went to Amber's house with Grayson to pick up Amber. Amber wouldn't be ready yet, so she'd

7 _FFS_

IFCD 002605

have Grayson and I wait inside and talk to her grandparents until she was ready. I enjoyed talking to her grandpa about history. Amber clearly loved her grandparents and they seemed to have a really nice relationship.

40. In addition to living with her grandparents at various points of young adulthood, Amber also lived with some sorority sisters at University of South Carolina, too. Though Amber and I were high school friends, we still kept in touch and went to some of the same parties once Amber was in college. We were still very much in the same scene.

41. I saw Dylann again was when he was around 18 years old. Dylann showed up at Benn's house for a birthday party for Amber. Dylann didn't seem happy or upset to be there, he was just there. He seemed the same at age 18 as he had been at about 15 FFS years old, even though he had physically grown a little.

42. I saw a news report saying that a "Dylann Roof" had committed the crime in Charleston. I called Amber up and told her that I couldn't believe someone with her brother's name committed the crime, and Amber told me it was her brother. After the crime, Amber postponed her wedding, which was supposed to take place around the same date that Dylann committed the crime.

43. I cannot imagine the Dylann I knew hurting anyone. Dylann didn't even like to be around people, let alone walk into a place to kill people. I hadn't seen Dylann for a couple of years before the crime. But I don't think I ever saw Dylann get angry. I honestly didn't even think that Dylann had the ability to feel anger. Dylann didn't talk about race at all with me back when we hung out. Columbia is historically a black city, and it's hard to maintain a level of cultural hatred when you're smack dab in the middle of this cultural background. Racism is very casual in Columbia – it is surface level, but it's not militant or violent in the way Dylann displayed it in the church.

44. I remember watching the news and seeing that Dylann represented himself. I couldn't believe this. I can't imagine Dylann having the ability to interact with people in a courtroom, ask questions, or make an argument. He could barely leave his room to talk to his own family, so I couldn't imagine him being able to represent himself.

45. Dylann was obsessively passionate about the things he was knowledgeable about. He could effectively argue something if he thought that he was right about something. We never discussed race or politics, but if Dylann was 100% certain about something, he'd

8 FFS

argue it ad nauseum. He'd back that pony whether it was lame or not. If Dylann accepted something into his heart as true and if it clicked with him, he could argue it to the end. Even if you had written proof that Dylann was wrong, he would stand by his belief. I remember Dylann arguing shaky points but having a bizarre confidence in their truth. If Dylann decided something was true, he was confident in it. If Dylann, in his heart, thought something was true, he would take that argument to the grave.

46. I recall that the FBI spoke to me on the phone one morning.

47. I also spoke to someone from Dylann's defense team. We did not meet in person for very long, it was only 10 minutes or so. They did not ask me the sort of detailed questions that I was asked by Dylann's current legal team. Any information in this declaration I would have been willing to provide at any previous time if I had been asked.

48. I did not type this declaration. Instead, I told this information to a member of Dylann's legal team, who typed this declaration for me. I have reviewed it carefully.

49. I am over 18 years of age and am competent to make this declaration.

I, Fredrick Flynn Stork III, declare under penalty of perjury under the laws of the United States that the ~~foregoing is~~ *foregoing FFS* true and correct.

Executed on _April 28th_, 20_24_, in _Columbia, South Carolina_

_F. Flynn Stork III_

9 *FFS*

IFCD 002607