## DECLARATION OF AUSTIN BRAZELL

I, Austin Brazell, state as follows:

1. My name is Austin Brazell. I live in West Columbia, South Carolina.

2. I met Dylann Roof when his family moved into the trailer behind my grandparents' house on Vermont Road. I had lived in that trailer with my family when I was in diapers. My family moved out but stayed nearby. When we moved out, Dylann's family moved in.

3. I have an older brother named Aaron Brazell. Aaron is close in age to Dylann's sister Amber. Amber wasn't around much back when they lived in my grandparents' trailer.

4. Most times that I visited my grandparents, Dylann was outside in his yard. He was alone outside; he wasn't with Amber or his mom.

5. I often went over to Dylann's trailer and played inside with him. We hung out in Dylann's room and played games like Sorry. Dylann had a train set that I liked to play with.

6. Dylann was a funny kid, but he kept to himself. He didn't really talk unless someone talked to him directly.

7. Dylann's mom Amy was chaotic and hectic. She yelled at Dylann a lot. Dylann didn't stand up to his mom, he just let her scream. One time, Amy screamed at Dylann for hiding her cigarettes. I thought that was so funny back then.

8. I was excited to be in the same 5th grade class as Dylann at White Knoll Elementary School, but Dylann didn't show up to school. I later learned that Dylann had moved. Nobody had told me that Dylann was moving, and Dylann didn't talk about personal things much. I thought Dylann might have gone to live with his dad, but I never met his dad.



IFCD 003683

9. After not seeing Dylann in middle school, we saw each other again at White Knoll High School. I was surprised when I saw him because he looked totally different. His hair was long. He wore skinny jeans and a t-shirt. He was more punk than he had been as a kid when I grew up with him. I didn't care much about school or do my homework back then, and I don't imagine Dylann did either.

10. White Knoll High School has three different lunch periods. Dylann and I sat together at lunch for one semester. Dylann really liked music and usually sat at the lunch table with one headphone in. He sat at the lunch table with his hand holding his hair out of his eyes. I remember that vividly because he held his hair the whole meal. At lunch, Dylann and I sat with Connor Hamm and my twin brother Adam Brazell.

11. Connor and I invited Dylann to come to church with us in high school, but he never came. We wanted to invite him as a friend. Dylann didn't reject our offer to come to church, but he didn't accept it, either.

12. Dylann was not a confrontational person. He was very quiet. He didn't talk very much. He was funny, though. He bantered with people at the lunch table.

13. Besides at lunch, Dylann was usually alone when I saw him at school. I don't remember who, if anyone, he hung out with. Dylann liked to do his own thing.

14. Dylann and I didn't hang out outside of school when we were in high school. I think Dylann was held back or switched schools after 9th grade. The last memory I have of Dylann is when I saw him with paint all over him and on his hands, like from huffing paint.

15. My favorite memories with Dylann are from when we were little kids. We had no cares in the world when we were little.



IFCD 003684

16. I am over 18 years of age and am competent to make this declaration.

I, Austin Brazell, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on ___11 - 7 - 24___, 20_24_, in ___LEXINGTON___County, SC.

Austin Brazell

3 ____

IFCD 003685

Ex. 96 pg.3 of 3