## DECLARATION OF JEANNA SIMPSON

I, Jeanna Simpson, state as follows:

1. I work at Mr. Bunky's Market in Eastover, South Carolina.

2. I waited on Dylann Roof two or three times about ten years ago. He was alone and I recall that he ordered the chicken fingers. He was quiet and had a bowl haircut. I would have guessed that he was thirteen years old. His face looked so young.

3. Dylann was soft-spoken and I had to ask him to repeat his order a few times so I could hear him.

4. I had just started waitressing at Mr. Bunky's when this crime happened. I was watching the news at home when they had pictures of Dylann on television. I told my daughter that I just waited on that kid.

5. I recall the FBI came to the restaurant the next day because they were still looking for Dylann.

6. I have never met Amy Roof or Danny Beard. I did not know they lived so close; I learned this fact after the crime. I do not currently know them either.

7. I spoke with Dylann's attorneys about this interaction at some point.

8. I am over 18 years of age and am competent to make this declaration.

I, Jeanna Simpson, declare under penalty of perjury under the laws of the United States that the above is true and correct.

6-3-24

Date and Place

_Jeanna S Simpson_
Jeanna Simpson

EASTOVER SC

Declaration of Jeanna Simpson

1

Initials _____

IFCD 003253

Ex. 98 pg.1 of 1