<u>DECLARATION OF NICHOLE STAFFORD</u>

I, Nichole Stafford, state as follows:

1. My name is Nichole Stafford. I live in Cayce, South Carolina.

2. Growing up, I was best friends with Vanessa Clifford. Vanessa and I were neighbors until Vanessa moved to a new neighborhood when she was in 8th grade. After her move, Dylann Roof lived a few houses down from Vanessa on Smokey Joe Court. The summer before ninth grade, I frequently spent nights at Vanessa's house. My parents knew Vanessa's mom, Sonya, well, and trusted her. During that summer before ninth grade, I saw Dylann Roof about once or twice per week. I spent time at Vanessa's house the following years, but only recall Dylann hanging out with us that one summer.

3. Vanessa and Dylann were friends. Johnny Matthews, Kyle Swindler and Ben Wood were also part of their friend group. Joey Meek was around, too. Dylann and Johnny Matthews were together often. Dylann usually came over to Vanessa's house with Johnny rather than by himself. Johnny was laid back but strait laced and ended up joining the military. Kyle was very outgoing. I remember the whole group of guys being a bunch of goofballs.

4. Sometimes the group hung out for hours, and sometimes just for a little bit. We hung out in Vanessa's room and chatted or walked around the neighborhood together.

5. We also hung out with Ms. Farah, a neighbor who lived across the street from Vanessa's house. Ms. Farah sat on her front porch smoking, so we went over and chatted with her. In hindsight, I think it's odd that a group of us teenagers would go hang out with a neighbor who was much older than us, but at the time I didn't think it was weird.

6. I went to Dylann's house once or twice during that summer before 9th grade. One time, Jack Chandler was there playing the guitar. I knew Jack because he used to date my

1 <span>𝓛𝓢</span>

IFCD 003146

friend Laura Plexico's sister, Katherine. Vanessa, Laura, and Ben were also there that day, and we all played pool in the basement. I didn't meet Dylann's mom or get a sense of his home life.

7. Dylann smoked weed. It was more or less his life that summer. I didn't see him smoke, but I knew he was high. I felt like he was always high. He was chilled out and level, not hyper like a lot of teenagers.

8. The friend group was made up of misfits. They were emo. Dylann was a weirdo just like the rest of the group. He was reserved. Dylann was not confrontational or aggressive. Dylann was just there.

9. I remember joking with Dylann about how to pronounce the name of the band he was wearing on his t-shirt. Dylann was usually dressed in a band t-shirt with skinny jeans. He wore emo kid clothes.

10. When I think of Dylann, I think of a photograph of him that Vanessa used to have. Dylann is holding Vanessa's little wiener dog and sitting down next to her bed.

11. I went to White Knoll Middle School with Vanessa. We were in the same grade. The rest of the kids in Vanessa's neighborhood went to a different middle school, but Vanessa's mom drove her to school every day. Vanessa went to White Knoll High School with the rest of the neighborhood and graduated on track in 2013. I went to Airport High School and graduated online in 2014.

12. Jack Chandler and Kyle Swindler have both passed away. Lots of people I knew back then have passed away. Jack died in a car accident when we were in high school, and Kyle committed suicide a couple of years after high school.

2

13. When I saw Dylann's crime on the news, my jaw dropped. It was awful. I was in shock. From what I knew of him as a teenage boy, the crime seemed totally out of character.

14. I spoke to someone from Dylann's legal team on the phone before his trial.

15. I did not type this declaration, but I have reviewed its contents carefully. I am over 18 years of age and am competent to make this declaration.

I, Nichole Stafford, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on __May 8th__, 20 24, in __Lexington__ County, __SS__.

_____
Nichole Stafford

3 NS

IFCD 003148