**Post and Courier Comment:**



**Facebook Name**: Anne Pineault

**Facebook Profile URL**: https://www.facebook.com/anne.pineault

**Location**: Goose Creek, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Brenda Capers

**Facebook Profile URL**: https://www.facebook.com/brenda.capers.18

**Location**: Charleston, South Carolina



**Post and Courier Comment:**

 **Bryant Criminger**
He'll probably be like the rest of these cowards that do horrendous acts like this and kill himself instead of facing what he's done to leave us all wondering!

9y   Like   Reply

**Facebook Name**: Bryant Criminger

**Facebook Profile URL**: https://www.facebook.com/bryant.criminger

**Location**: Garden City Beach, South Carolina



**Post and Courier Comment:**



**Carolyn Dunbar**
The answer is they be Possesssed with demons

9y    Like    Reply

**Facebook Name**: Carolyn Dunbar

**Facebook Profile URL**: https://www.facebook.com/SISCAROLYN

**Location**: Aiken, South Carolina



**Post and Courier Comment:**



Catherine Bouch
I can't wrap my mind around what the hell was wrong with the father that gave him a Gun for his 21 birthday when he himself said that his son was depressed charge the parents too! There is no excuse for this non!

9y  Like  Reply

**Facebook Name**: Catherine Bouch

**Facebook Profile URL**: https://www.facebook.com/catherine.bouch

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Chris Glaz

**Facebook Profile URL**: https://www.facebook.com/chris.glaz

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



Chuck Bowers
That face Shows he has always be crazy
9y   Like   Reply

**Facebook Name**: Chuck Bowers

**Facebook Profile URL**: https://www.facebook.com/bowerscb

**Location**: Fort Mill, South Carolina



**Post and Courier Comment:**



Crystal Rotolo
No way am I saying I want him to use that in court. I hope he gets all the justice thrown at him. Put away for life

9y    Like    Reply

**Facebook Name**: Crystal Rotolo

**Facebook Profile URL**: https://www.facebook.com/crystal.r.lax

**Location**: Columbia, South Carolina



**Crystal Rotolo**

Posts    About    Friends    Photos    Videos    Reels

**Intro**

Do not fear failure, but please be terrified of regret

🏠 Lives in **Columbia, South Carolina**

📍 From **Metairie, Louisiana**

❤️ Engaged to **Brian Dicker**

🔊 Pronounces name KRIS-tahl roh-TAW-LOH

🔊 Followed by **883 people**

**Post and Courier Comment:**



Elizabeth Lee
And got the nerve to wear a jacket with the old South African flag on it WOW!!
9y   Like   Reply   119

**Facebook Name**: Elizabeth Lee

**Facebook Profile URL**: https://www.facebook.com/elizabeth.lee.3192

**Location**: North Charleston, South Carolina



**Elizabeth Lee**
1K friends

Posts   About   Friends   Photos   Videos   Check-ins

**Intro**

💼 Worked at Self-Employed

🎓 Studied at **Trident Technical College**

🏠 Lives in **North Charleston, South Carolina**

📍 From **Charleston, South Carolina**

❤️ Married

**Post and Courier Comment:**



**Facebook Name**: Ellen Cassano

**Facebook Profile URL**: https://www.facebook.com/ellen.cassano.3

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



Emma Owens
Not for one second do I believe this is a mental issue. It is a cultural issue. This child has grown up to believe these things. he deserves the highest punishment possible.

9y   Like   Reply

**Facebook Name**: Emma Owens

**Facebook Profile URL**: https://www.facebook.com/esowens

**Location**: Murrells Inlet, South Carolina



**Post and Courier Comment:**



**Fatima Holston**
He better pray that the cops get him before the other people get him.
9y   Like   Reply

**Facebook Name**: Fatima Holston

**Facebook Profile URL**: https://www.facebook.com/fatima.holston

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



Garet LilMan Creech
psychotic or not, knowing not to kill innocent human beings is common sence. Sooner or later people are going to realize all they have to do to get out of a crime is say they are mentally ill or "Psycho" snd you'll hear of things like this more and more often. it should be an eye for an eye and a tooth for a tooth. if someone did this in my town and I found them before the police did, I'd justify it myself. our justice system is not strict enough. this fella deserves nothing but the worst

9y   Like   Reply                                                6

**Facebook Name**: Garet LilMan Creech

**Facebook Profile URL**: https://www.facebook.com/garet.creech

**Location**: Easley, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Hannah Greene

**Facebook Profile URL**: https://www.facebook.com/hannah.mcgraw.18

**Location**: Boiling Springs, South Carolina



**Post and Courier Comment:**



Heather Crenshaw-martin
Oh he looks like he has something evil in him. They don't need to lock him up they need to wipe him out!

9y   Like   Reply

**Facebook Name**: Heather Crenshaw-martin

**Facebook Profile URL**: https://www.facebook.com/heather.crenshawmartin

**Location**: Moncks Corner, South Carolina



Ex. 104 pg.15 of 46

**Post and Courier Comment:**



**John Smith**
And now the hunt is on. Come on yall, let's find this sorry excuse for a human being.
9y   Like   Reply   70

**Facebook Name**: John Smith

**Facebook Profile URL**: https://www.facebook.com/profile.php?id=100007070911981

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



**Facebook Name**: K.C. Or Cherie Lombard

**Facebook Profile URL**: https://www.facebook.com/k.c.orcherie.lombard

**Location**: Johns Island, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Kami Ocean Sinclair Turner

**Facebook Profile URL**: https://www.facebook.com/KamiOcean

**Location**: Greenville, South Carolina



**Post and Courier Comment:**



Katheryn Marie
He does look insane, but he deserves to be locked away forever. There is no excuse for what he did, none

9y   Like   Reply   Edited                                                    13

**Facebook Name**: Katheryn Marie

**Facebook Profile URL**: https://www.facebook.com/katherynbrennan.ldsrealtor

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Kirby Winstead

**Facebook Profile URL**: https://www.facebook.com/kirby.winstead

**Location**: South Carolina



**Post and Courier Comment:**



**Facebook Name**: Marissa Rice

**Facebook Profile URL**: https://www.facebook.com/marissaaarice

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Marsha Amb

**Facebook Profile URL**: https://www.facebook.com/marsha.amb

**Location**: North Myrtle Beach, South Carolina



**Post and Courier Comment:**



OG Gant F Duffey
The cops should've feared for their life's and shot him like they do us!

9y   Like   Reply   Edited                                           2

**Facebook Name**: OG Gant F Duffey

**Facebook Profile URL**: https://www.facebook.com/GantryGaNT.FOstaFoster

**Location**: Gaffney, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Raymond Patterson

**Facebook Profile URL**: https://www.facebook.com/raymond.patterson3

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



Rebekah Davis White
The face of evil! So heartbroken for all of the families!

9y    Like    Reply

**Facebook Name**: Rebekah Davis White

**Facebook Profile URL**: https://www.facebook.com/rebekah.d.white

**Location**: Walterboro, South Carolina



**Post and Courier Comment:**



Rhonda Shuler Adams
To the family of this evil monster PLEASE DO NOT give us the same ole song and dance about ohhhh he was a troubled child, he has been on medication all his life, our family doesn't own guns, blah blah blah blah blah.

9y    Like    Reply    428

**Facebook Name**: Rhonda Shuler Adams

**Facebook Profile URL**: https://www.facebook.com/rhonda.s.adams1

**Location**: Providence, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Sally Watts

**Facebook Profile URL**: https://www.facebook.com/sally.c.watts

**Location**: Charleston, South Carolina



Ex. 104 pg.27 of 46

**Post and Courier Comment:**



**Facebook Name**: Sharolyn Lester Howard

**Facebook Profile URL**: https://www.facebook.com/sharolyn.howard

**Location**: Marion, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Stephanie George

**Facebook Profile URL**: https://www.facebook.com/stephanie.fisher.5437

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



**Facebook Name**: T.j. Grayson

**Facebook Profile URL**: https://www.facebook.com/profile.php?id=100000112757987

**Location**: Summerville, South Carolina



**Post and Courier Comment:**



Tiffany Arrington
I really don't want to hear nothing from the family we have to protect ourselves from policeman now we got to protect ourelves from stupid behind young white boy with hatred in his heart for black people they better fine him before somebody else do

9y    Like    Reply                                                         3

**Facebook Name**: Tiffany Arrington

**Facebook Profile URL**: https://www.facebook.com/tiffany.arrington.16

**Location**: Andrews, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Tim Davison

**Facebook Profile URL**: https://www.facebook.com/timothy.j.davison

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



**Amanda Jayne Gill**
Blame this low life scum not the gun! Yes I agree it shouldnt have been just above the story of the shooting but this isnt a gun issue at all. This is an issue of people who think they have the right to take innocent lives. Praying for these families and for the parents and family of dylann

9y    Like    Reply                                    13 👍

**Facebook Name**: Amanda Jayne Gill

**Facebook Profile URL**: https://www.facebook.com/amanda.kirchmeyer

**Location**: Conway, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Chrisey Mundy Mizzell

**Facebook Profile URL**: https://www.facebook.com/chrisey.mundymizzell.3

**Location**: Round O, South Carolina



**Post and Courier Comment:**



Christopher Allen Sweat
I personally think he should be taken to the steps of the church and stoned or caned by the congregation and the community. Until justice is served.

9y    Like    Reply    9

**Facebook Name**: Christopher Allen Sweat

**Facebook Profile URL**: https://www.facebook.com/christopher.a.sweat

**Location**: Summerville, SC



**Post and Courier Comment:**



**Facebook Name**: Dru Bland

**Facebook Profile URL**: https://www.facebook.com/DRU85

**Location**: Moncks Corner, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Joseph Lewis

**Facebook Profile URL**: https://www.facebook.com/joseph.lewis.39142

**Location**: Florence, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Katie J Nardone

**Facebook Profile URL**: https://www.facebook.com/katie.nardone.1

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



**Facebook Name**: Stephanie Zeliff

**Facebook Profile URL**: https://www.facebook.com/stephanie.zeliff

**Location**: Charleston, South Carolina



Ex. 104 pg.39 of 46

**Post and Courier Comment:**



**Facebook Name**: Taisha D. Pete

**Facebook Profile URL**: https://www.facebook.com/taisha.petebrewer

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



Ashley Bautista
He's definitely going to hell ! In a church really SMH

9y    Like    Reply

**Facebook Name**: Ashley Bautista

**Facebook Profile URL**: https://www.facebook.com/profile.php?id=100009041154844

**Location**: North Charleston, South Carolina



**Post and Courier Comment:**



> **Betty Eggers**
> I think he should punished by a public hanging. If our laws would permit public hangings, a lot of this junk would stop. The punishment needs to fit the crime. Prayers for the families and to the Church.
>
> 9y    Like    Reply

**Facebook Name**: Betty Eggers

**Facebook Profile URL**: https://www.facebook.com/beggers2

**Location**: Chesnee, South Carolina



**Post and Courier Comment:**



Cari Morlan Prewitt
When was ge identified??? Evil!! Pure evil!!

9y    Like    Reply

**Facebook Name**: Cari Morlan Prewitt

**Facebook Profile URL**: https://www.facebook.com/cari.morlanprewitt

**Location**: Columbia, South Carolina



**Post and Courier Comment:**



Carolyn Jett
I pray that he is found before he decides to take his own life. The cowards way out.

9y   Like   Reply                                                                3 👍

**Facebook Name**: Carolyn Jett

**Facebook Profile URL**: https://www.facebook.com/carolyn.jett.7

**Location**: Moncks Corner, South Carolina



Ex. 104 pg.44 of 46

**Post and Courier Comment:**



**Facebook Name**: Jennifer Netzer Hartley

**Facebook Profile URL**: https://www.facebook.com/jennifer.n.hartley

**Location**: Charleston, South Carolina



**Post and Courier Comment:**



**John Farrell**
In a case like this, 100%. Good thing South Carolina will execute this animal. And the torture he gets to look forward to in jail, no more fun for Dylann Roof.

9y   Like   Reply

**Facebook Name**: John Farrell

**Facebook Profile URL**: https://www.facebook.com/jerseyjohnfarrell

**Location**: Myrtle Beach, South Carolina



Ex. 104 pg.46 of 46