**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

|  |  |
|---|---|
| United States of America | Criminal No. 2:15-cr-00472-RMG |
| vs. | |
| | **[PROPOSED] SCHEDULING ORDER** |
| Dylann Storm Roof, | |

On April 17, 2025, Defendant Dylann Storm Roof filed a motion to vacate his sentence under 28 U.S.C. § 2255 (Dkt. No. 1063) along with 171 supporting Exhibits (Dkt. Nos. 1057 & 1058). After considering the parties' scheduling proposals, the Court imposes the following briefing schedule:

1. The Government is directed to file a response to Defendant's § 2255 motion on or before July 24, 2025.

2. The Defendant may file a reply on or before September 8, 2025.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

April___, 2025
Charleston, South Carolina