UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,    )      Case No. 2:15-CR-00472-RMG
                             )      Civil Case No. 2:25-cv-03298-RMG
        Plaintiff-Respondent,    )
                             )      Judge Richard M. Gergel
        v.                   )
                             )
                             )
DYLANN STORM ROOF            )
                             )
                             )
        Defendant-Petitioner.    )
_____)

**PROPOSED ORDER**

It is ORDERED that the following schedule for litigation in this matter be observed by the parties.

Counsel, on behalf of Defendant, Dylann Roof, shall file any motion for discovery 90 days after the filing of his § 2255 motion;

The Government shall file any Response to the Defendant's Motion for Discovery 60 days after the filing of any Motion for Discovery; and

Mr. Roof shall file any Reply to the Government's response 45 days after the Government's filing.

Once Discovery is complete, or after any denial of Discovery, Mr. Roof shall file an Amended § 2255 Motion within 90 days;

After the filing of an Amended § 2255 Motion, the Government shall have 90 days to file a response/answer to the Motion; and

Mr. Roof shall file any Reply to the Government's Response 90 days following the Government's Response.

_____
Honorable Richard M. Gergel
United States District Judge

Dated: _____,2025
Charleston, South Carolina