## DECLARATION OF MICHAEL P. O'CONNELL

I, Michael O'Connell, state as follows:

1. My name is Michael O'Connell.

2. During the summer of 2015 I received a call from David Bruck. He called because he was recruiting counsel to represent Dylann Roof. He had an idea of another lawyer that would be my cocounsel. I declined to work on the case at that time.

3. A week or two later, David Bruck called me back. He had agreed to be lead counsel in the federal case of Dylann Roof. He asked me to be his co-counsel. I immediately agreed. I have great respect for David Bruck. We were law school classmates and we worked together as Assistant Public Defenders in Columbia, South Carolina at the beginning of our careers.

4. By this time, I had not been keeping up with advances in capital work. I left the Charleston Federal Public Defender's office in 1996. After that I practiced with my wife, doing family law and criminal law.

5. I realized that I was not up to working on the Roof case. I did work on the case around CJA billing and more administrative tasks. But I was not really functioning as co-counsel to David Bruck. I wasn't pulling my weight. I withdrew from the case in the Spring of 2016.

6. Judge David Norton was also a law school classmate. I spoke by phone with him in the summer of 2015 after I told David Bruck I would be his co-counsel for Dylann Roof. I think Judge Norton called me to find out if I had agreed to be one of Dylann Roof's lawyers. I asked Judge Norton what Judge was getting the Roof case. Judge Norton told me, "Gergel really wants to do it, so I'm gonna let him have it."

7. I think I told my wife about this conversation. I don't recall sharing it with anyone else until this month.

8. I told this to Mr. Roof's post-conviction counsel Angela Elleman by telephone on March 12, 2025.

This declaration is based on my first-hand experiences and observations. I am over 18 years of age and am competent to make this declaration.

I, Michael O'Connell, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _MARCH 20_, 2025, in _CHARLESTON, S.C._.

_Michael P. O'Connell_
Michael O'Connell

1

IFCD 004187