## DECLARATION OF LAURA CARPENTER, PHD

I, Laura Carpenter, PhD, state as follows:

1.     I am over 18 years of age and am competent to make this declaration.

2.     I am a psychologist practicing in a division of Developmental Behavioral Pediatrics at the Medical University of South Carolina (MUSC). I specialize in the diagnosis and treatment of children with autism spectrum disorder and other neurodevelopmental disorders.

3.     In November 2016, I was contacted by attorneys representing Dylann Roof. I understood that their expert in autism, Dr. Rachel Loftin, was out of the country. They had a hearing coming up and asked me to testify in a limited capacity about autism in Dr. Loftin's absence.

4.     I was contacted within a few days of Mr. Roof's hearing. Before this hearing, I had never testified in court. In fact, this case is still the only time I have testified in court.

5.     I understood from the attorneys that Dr. Loftin had diagnosed Mr. Roof with autism, but I did not review psychological reports pertaining to Mr. Roof. I did not speak to Dr. Loftin before or after the hearing.

6.     While there are certain traits common in people with autism, every person with autism is different. People with autism can have a variety of different strengths and weaknesses.

7.     At the time of the trial I had no forensic experience and knew little about the process of capital trials.

8.     I did not meet or evaluate Dylann, so I had no opinion as to whether he was a person with autism. I was then, and am now, unable to say whether Dylann was competent or had the skills to represent himself.

Pursuant to 28 U.S.C. §1746, I, Laura Carpenter, PhD, declare under penalty of perjury under the laws of the United States that the above is true and correct.

3/31/25  Mount Pleasant,    _Laura Carpenter_
SC
Date and Place                                Laura Carpenter, PhD

IFCD 004316