## DECLARATION OF ALI BURCH

I, Ali Burch, state as follows:

1.  I am a teacher. I used to teach at Rosewood Elementary School, which is in Columbia, SC. I was Dylann Roof's fifth-grade homeroom teacher at Rosewood. I also taught some of his other courses like science, and social studies. I currently live and teach in Atlanta, GA.

2.  Dylann did not attend Rosewood Elementary School for long, he was only there in the fifth grade. He attended a different school out of district before he came to Rosewood for fifth grade. Rosewood was in Richland County.

3.  Below is a class picture from when Dylann was in my class. Dylann is the student on the left in the red zipper jacket.



IFCD001050

4. Dylann was a cute kid, but he wasn't as funny as the other students. He was not a memorable student. He did not act out, and he did not warrant any extra attention. He was not disruptive, nor was he outgoing. I do not recall him participating in any extracurriculars.

5. Dylann was the new kid. I do not believe there were any other new kids in the class that year. Most of the other students knew each other through most of elementary school. The class was racially diverse, but the biggest divide would have been socioeconomic. I do not remember seeing any racist behavior from Dylann.

6. Dylann was an average student. My class would have been one of the first classes where the students had to write term papers. I had a medieval times research project that I had my fifth graders do every year. They were also assigned projects, portfolio tests, book reports, and homework every night.

7. ~~Dylann was a germaphobe back in fifth grade~~ I have an unusual memory of Dylann from fifth grade AB. I kept a bottle of hand sanitizer in the classroom for kids to use when they came back from recess. Dylan used the hand sanitizer every time he came back from recess, and he made sure he really rubbed it into his hands and fingers. Back then, I found this very cute.

8. I do not believe that I met Dylann's parents. The school held optional parent-teacher conference days where parents could call and schedule a time to meet, or they could simply drop in. I do not ~~believe that~~ remember AB Dylann's parents came to parent-teacher conferences. I also don't remember them being involved in field trips or other activities at the school.

9. I can't wrap my head around what Dylann did. It is hard to believe that the fifth grader I knew could have done what he did. Something must have happened to him to make him that way. From my experience, the kids who misbehave usually do so as a result of issues going on in the home. I have had past students who I was able to ~~predict~~ believe AB would have future problems; however, those kids usually had behavioral problems or acted out. Dylann was not this way. He was not disruptive.

10. ~~It would~~ So I am AB not surprise ~~me if~~ to hear that AB Dylann was diagnosed with autism. Looking back, I can see it. Socially, he didn't have a lot of little friends. I think the fact that he was new and none of the teachers or students knew him very well, on top of him being a very quiet kid made it easier to overlook.

11. I did not type this declaration, but I have reviewed its contents carefully. I am over 18 years of age and am competent to make this declaration.

2

IFCD001051

I, Ali Burch, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _August 24_ , 20_23_, in Fulton County, GA.

_Ali Burch_

Ali Burch

3

IFCD001052