DECLARATION OF KAREN ABLE

I, Karen Able, state as follows:

1. My name is Karen Able. I live in Lexington, SC. I was Dylann Roof's homeroom teacher during his third-grade year at White Knoll Elementary School. He was in my classroom during the 2002-2003 school year.

2. Dylann was a sweet boy, though he was more on the quiet side. He was a good kid and was not a behavioral problem in school.

3. Dylann wasn't a shining star academically, he was just average. He was not the type of student to ask lot of questions, so he was on my list of kids that I'd have to walk by and check in on to make sure they understood what the class was doing. Since Dylann didn't ask questions to clarify anything, I liked to reach out to him about projects to make sure he was good and could follow along.

4. I do not remember Dylann as a popular kid. He was not the type of kid who played with a lot of kids during recess, maybe he had one or two friends he'd hang out with.

5. Dylann was definitely a follower. He didn't speak a lot and he stayed in the background. If someone asked Dylann to do something, he'd do it, but not with a lot of initiative. He was not a go-getter by any means.

6. Dylann was not very emotive, he just went with the flow.

7. Dylann was a talented artist, especially for an eight-year-old. Below is a photo I took of a self-portrait that Dylann created in our third-grade class. Next to the drawing is a photo of Dylann when he dressed up for Medieval Day, which is an annual celebration at White Knoll Elementary School.

*KwA*

IFCD 001125





8. Below is a photo of my third-grade class during the 2002-2003 school year. Dylann is in the front row on the left, wearing the red shirt. ~~In looking at the photo, you can see that~~ *KWA* ~~Dylann is standing straight up, whereas nearly all the other kids in the front row are crouching. I recall that, generally, Dylann's body language as a third grader seemed kind of stiff, like he wasn't relaxed.~~ He sat pretty still in class, too.



IFCD 001126



9. All three of the above photos are things in my personal possession that ~~I have saved all these years since Dylann was my~~ *happen to* I ^*have kept* ~~stud~~ent. *from various student I have thought throughout the years.* KWA

10. No one from Dylann's trial team ever came to speak with me. If they had asked me the same kind of questions I was asked by Dylann's post-conviction team, I would have told them everything that is contained in this declaration.

11. I am over 18 years of age and am competent to make this declaration.

I, Karen Able, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _____October 28_____, 20 _23_, in _____Lexington, SC_____.

_____Karen Able_____.


_____Karen Able_____

KWA 3

     IFCD 001127