## DECLARATION OF KAY HORTON

I, Kay Horton, state as follows:

1. My name is Kay Horton. I am an English teacher at White Knoll High School. Dylann Roof was in my 9th grade Honors English I class at White Knoll during the 2008-2009 school year.

2. Dylann was a little mouse. He did not talk much, and he did not have a peer group in class. He was quiet and on his own. I remember much more about the Meek brothers, with whom Dylann later lived, than I remember about Dylann.

3. I have no memories of Dylann's academic performance in my class. Dylann did not do anything to stick out. I tend to remember the kids who have behavioral problems or are eccentric. Dylann was a wallflower.

4. I learned from school records that Dylann received a 79% in my class. I do not know how he was doing in his other classes.

5. I did not know that Dylann failed his 9th grade year at White Knoll High School and had to repeat 9th grade again the following year. Individual teachers are not responsible for failing students; whether a student advances to the next grade is all dependent upon the grades that the student gets across all their classes. Each student needs a certain number of credits to advance to the next year.

6. I do not remember Dylann exhibiting behavioral issues. If there was a behavioral issue with a student in my class, I would write them up and turn the write-up in to the administrators. The guidance counselor and admin would follow up from there.

7. White Knoll is a very large high school. I started teaching here in 2002, and the school has gotten more and more kids nearly every year. Each year I teach about 200 students. I would estimate that there are ~more than~ 2,000 students in the school this year. _KH_

8. Nobody from Dylann's previous defense team reached out to talk to me to talk about Dylann. If asked, I would have told them the same thing I said above.

9. I am over 18 years of age and competent to make this declaration.

I, Kay Horton, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _December 5th_, 20_23_, in _Lexington_ County, _S.C._
(West Columbia)

_Kay Horton (signature)_

Kay Horton

_KH_

IFCD 001352