DECLARATION OF JAMES GRAYSON HICKS

I, James Grayson Hicks, state as follows:

1. My name is James Grayson Hicks. I was a personal banker and retail sales manager at First Citizens Bank in Columbia, South Carolina. Benn and Dylann Roof both had accounts with First Citizens when I worked there.

2. I interacted with Dylann a few times in the spring of 2015. The first time he came in, he wanted to get a debit card. In the 15 or so minutes I spent with him that first time, I knew something was off about him. He was meek, hunched over, and spoke very quietly. When I brought him to my office to fill out the information to apply for the debit card, I noticed that he got distracted and looked off and around in the distance. It was like he was not there with me. It took him a while to answer the questions, and I had to repeat most of them before he would answer. I thought the noise in the background might be too much and closed the door to my office. Closing the door was not something I typically did with clients, but it seemed to help him be a little less distracted.

3. Dylann also avoided making direct eye contact, mumbled when he spoke, and struggled to understand simple questions about his mother's maiden name. He also struggled to write and fill out some of the paperwork. I remember he wrote in very blocky handwriting, and it took him a very long time.

4. Although I rarely asked other tellers about clients, I did ask them about Dylann. They agreed that he seemed odd.

5. I did not see Dylann act violently or say anything racist, but you could tell that he was not fully there.

1

IFCD 002558

Ex. 32 pg.1 of 3

6. Dylann dressed like a typical guy, wearing a T shirt and jeans. He appeared well groomed. Nothing really stood out about his appearance.

7. I worked with a lot of people with mental disabilities at the bank in downtown Columbia because it was located next to a homeless shelter. I had a man who suffered from schizophrenia come in asking for a loan and hand me multiple random documents and papers. We also had a man dressed up as Santa Claus come and rob us. ~~I assumed Dylann was from the shelter unti~~l another employee who had worked there for several years told me that he ~~was not and that, in fact, he~~ was Benn Roof's son.

8. I was familiar with Benn Roof because he was a contractor and made deposits every Friday.

9. Another time I saw Dylann was when he came up to pick up his debit card. I did not have any significant or long interactions with him after the first time.

10. I left the bank after I was diagnosed with cancer in May 2015. My family and I packed up everything we had and decided to go on a year-long road trip. One of the first places we went was to the North Georgia mountains. I remember I had very little service on my phone, but I saw something on the news about the shooting in Charleston. I felt like I needed to call the FBI and tell them that I knew Dylann and that I believed him to be mentally ill. I spoke to them on June 18, 2015.

11. I was later contacted by someone from Dylann's defense team by phone. They told me that they might subpoena me to come and testify at trial. I was willing to come and speak to all the above, but I was told that I no longer needed to come. I was not aware that Dylann represented himself in the penalty phase until now.

12. I did not keep up with Dylann's trial and avoided the news.

2

13. I am over 18 years of age and am competent to make this declaration.

I, James Grayson Hicks, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____APRIL   7_____, 20_24_, in __ST. TAMMANY   PARISH, LA__.

_____
James Grayson Hicks

3

IFCD 002560

Ex. 32 pg.3 of 3