DECLARATION OF KIMBERLY ~~KONZNY~~ Schultz.

I, Kimberly ~~Konzny~~ Schultz, state as follows:

1. My name is Kimberly ~~Konzny~~ Schultz. I go by Kim. I live in Darlington, South Carolina.

2. My oldest son, Joey Meek, was good friends with Dylann Roof. My two younger sons, Justin and Jacob Meek, also knew Dylann. Around 2007, Dylann and his mom, Amy Roof, moved into our neighborhood, Ridgewood. My family lived on Ridgehill Dr., and Dylann lived on nearby Smokey Joe Ct. Amy came by my house one day and asked if Joey could be friends with Dylann because Dylann was new to the neighborhood. She wanted Dylann to have friends and to get out of the house. Dylann and Joey were about 12 or 13 years old at the time. Back then, Dylann was skinny, had long hair, and wore skinny jeans.

3. Joey introduced Dylann to the other kids in the neighborhood. Many of the kids in the neighborhood played together after school, including Dylann, Joey, Vanessa and Brandon Clifford, and Salina and Annissa Gonzalez.

4. Joey and Dylann clicked because they both liked skateboarding and would skateboard together. They were both only okay at skateboarding, but they tried to get better. Dylann and Joey made some home videos of their skateboarding. In the videos, the boys were trying to do ollies and jump the curb.

5. Joey stayed over at Dylann's house, but Dylann didn't come to my house much when we lived on Ridgehill Drive.

6. One time, when Dylann and Joey were about 14 years old, they helped Dylann's dad with his construction business for the weekend. They worked out of town all weekend and made some money. Dylann's mom, Amy, called me when they got home, and she was

1

IFCD 002561

upset because the boys bought marijuana with the money they'd earned from Dylann's dad. Amy said she was going to flush the weed down the toilet.

7.  I didn't see Amy discipline Dylann that I can recall. Amy called me a few times to tell me to tell Joey that Dylann was grounded and couldn't hang out with Joey for a couple of days.

8.  I don't know whether Dylann received mental health services as a kid. My sons, Joey and Justin, were both in therapy as children. Joey was diagnosed with depression and ADHD. It's not hard to make an appointment for your child to talk to a therapist. You just have to call the Department of Mental Health and make an appointment. If you have insurance or are on Medicaid, the appointments are basically free.

9.  When Dylann moved from the Ridgewood neighborhood, he just up and left. It was like he just disappeared.

10. My life, and my children's lives, spiraled in 2013. In the summer of 2013, my ex-husband, Sean Konzny, walked out on me. This happened three weeks after I was laid off from my own job. Sean was the breadwinner; he had a good paying job as a drive-through technician and made about $50,000 a year. I didn't get child support from Sean because he wasn't the father of my three boys.

11. My family went from having everything to having nothing. My car was in the shop when Sean walked out on me, and we had two payments left to make on the car. I couldn't make those payments myself, so the car was repossessed. I was able to use Sean's company truck for a bit, but then he took it back. Sean cut my phone access off, too.

2

IFCD 002562

12. The boys and I stayed in our home on Ridgehill Dr. until the house was foreclosed on in 2015. Then, we moved over to a trailer on Weaver Dr., which is in Redbank, SC. I tried to pick up the pieces after Sean walked out, but it was hard.

13. I didn't spend a lot of time at the trailer on Weaver Dr. I worked at Waffle House back then. I worked doubles, working from 7am to 9pm. Sometimes I had to stay later and work through half a graveyard shift. So, I was gone from my home a lot. I don't know what all was going on while I wasn't at home.

14. When Dylann first back came around in 2015, he reached out to Joey on Facebook. Joey invited Dylann over to our trailer on Weaver Dr. That day, Joey brought Dylann to me and said, "remember him?"

15. Joey told me that Dylann seemed different than he had been in middle school, when we had lived in the Ridgewood neighborhood together. But I just thought that of course he would seem different, they weren't in middle school anymore. He didn't seem loud or hateful. He seemed shy. Dylann was always shy and talked quiet. He never wanted to speak up.

16. When Dylann first came over to hang out with my boys in 2015, he was working. I am not sure what he did for work, but I think he ended up leaving his job.

17. Shane Kimrey was one of Joey's close friends. They had a good friendship. We knew Shane because he lived nearby us back in our old neighborhood on Ridgehill Dr. Shane was a good cat. He could have been a comedian; he was so very funny. If you didn't laugh around Shane, then there was something wrong with you.



3

IFCD 002563

18. Shane was around my house on Weaver Dr. a lot. I didn't like when there were random people at my house, but I didn't mind when Shane was there. Shane was like one of my own children. He called me mom. Whenever he walked in the door he'd say, "hi mom!"

19. In late May of 2015, Shane killed himself. Joey went over to Shane's house after it happened. Joey told me that it was a big mess. All of Shane's blood and guts were still on the floor. Joey told me that it was the worst thing he'd ever seen.

20. Shane's death shook Joey up for a while. Joey couldn't get it off his mind. Joey talked about Shane all the time after it happened. My other two boys, Justin and Jacob, were just as upset as Joey was about Shane's death. Shane was at my house the day before he died. He had been teaching my youngest son to play the guitar.

21. There was a lot of police activity near our trailer on Weaver Dr. In August 2015, a boy who was hanging out with my boys at my Weaver Dr. trailer stole Joey's Carhartt jacket and an iPad. We called the police on him, and the police were able to track down the iPad. *It was a school iPad, so it had a GPS on it.* That same summer, after an incident between some of Joey's coworkers, someone came to my house and pointed a gun at one of Joey's friends. I wasn't there. I was at work when it happened. Christon Scriven, a neighbor of ours at the trailer on Weaver Dr., was a hot mess. He worked with me at Waffle House. I didn't like the area I lived in at Weaver Dr. There was a lot of drug activity and violence over there. People had a lot of guns around there. I moved to Darlington, SC, in 2016.

22. A couple days before the crime happened, I met Joey and the boys at Walmart to give them money for snacks before they went to the lake. Apparently, Dylann drove them that day, but I didn't see him.

4

IFCD 002564

23. No one from Dylann's trial team ever came to speak with me in depth about Dylann. If they had asked me the same kind of questions I was asked by Dylann's post-conviction team, I would have told them everything that is contained in this declaration.

24. I am over 18 years of age and am competent to make this declaration.

I, Kimberly Konzny, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on ___April  14___ , 20_24_, in ___Darlington  SC___.



IFCD 002565