<u>DECLARATION OF DARCE CRUEA</u>

I, Darce Cruea, state as follows:

1. My name is Darce Cruea. I have been a teacher for 26 years and taught at Carolina Springs Middle School in Lexington, South Carolina for nine and a half years. Dylann Roof was in my Algebra I Honors class from 2007-2008, during his eighth-grade year.

2. Dylann was enrolled at Carolina Springs the first year that the school opened. The zoned school for the area had been White Knoll Middle School, but the population had exploded. There were so many students that we taught students in trailers that had been converted into makeshift classrooms outside in the school yard. To make room for the growing student population, the district decided to open another middle school in the same zone. Half the students went to White Knoll Middle School, and the other half to Carolina Springs. This enrollment decision was based solely on where a student resided in the attendance zone and which school was closer. The only exception to this was if you were an eighth-grade student at White Knoll Middle School, you had the choice of whether to stay at White Knoll Middle School to finish out your eighth-grade year. The students at White Knoll Middle School and Carolina Springs were mostly from a lower socio-economic background and were predominantly white. Most teachers and staff were also white.

3. Dylann was on the Honors track. If a student was in one Honors class, they were also in the other Honors classes. Students in Honors classes were usually flagged as gifted and talented in elementary school, or were in Honors classes at their previous school. There were no entry exams or assessments that had to be taken to remain in the program, even if



IFCD 002832

a student was failing. In Dylann's case, he seemed to be doing well in his other core classes, besides mine, and wasn't moved to regular classes.

4. There were no interventions for students who were doing poorly. They either did the work or they didn't. The lowest grade that teachers were allowed to give the students was a 50%. If they had a 50, as Dylann did in my class, that probably meant their score was much lower, but that was the lowest grade I could give. My job was just to push students along. This was a school policy and not necessarily something that the district implemented. At the end of the year, all of my students had to take an end of the year exam. The exam is based on regular Algebra I, so most of my students in the Honors class scored incredibly high. In my entire teaching career, I have only had three students fail the end of the year exam. Dylann was one of those students - he got a very low grade.

5. Dylann hated my Honors Algebra I class, but there was something about him. We had an understanding and developed a good rapport. Dylann was funny, witty, sweet, goofy, and polite. Dylann rarely completed his homework assignments. When he walked into my classroom, I would ask him if he did his homework. Dylann would respond, "no, ma'am." I knew he didn't complete it before I even asked, so sometimes he just laughed when I asked him.

6. Dylann sat in the back of the classroom and didn't say much of anything. He didn't try, and he wouldn't accept help. He just let you talk with him and smile and nod but then still wouldn't do the work. He was very polite about it, though. He had long hair that hung over his eyes. Sometimes I asked him to move his hair so that I could see his face. Dylann always obliged and didn't give me any back talk.

IFCD 002833

Ex. 34 pg.2 of 5

7. Dylann was different from other students, not only because he was so reserved, but because of the way he dressed. Dylann dressed grunge. He wore a t-shirt, black skinny jeans, and sometimes a jacket. He wore it so often that it was almost like a uniform. His clothes looked clean and free of holes, but they didn't vary. I don't recall any other students dressing this way. Dylann's clothing made him stand out.

8. Dylann sat next to Rico Rodriguez in my class. Seats were assigned alphabetically by last name, so Dylann and Rico ended up as neighbors for the year. I can still picture where their desks were. Rico and Dylann were both new to the group of students. The school itself was new, but most of the other students had been together in sixth and seventh grade. Rico and Dylann didn't know all the others at the beginning of the year. They also would have traveled to all of their core classes together.  Rico was the exact opposite of Dylann.  He was outgoing, personable, and very talkative. Rico is the only person who I remember Dylann communicating with in my classroom. I think that's partly because Rico was so outgoing and also because neither one of them knew anyone else when they started the year.

9. When Dylann was in my class, I didn't have any concerns about him. I thought he was just quiet and hated math. I thought he was just lazy. I wish that I had taken the time to pay more attention or ask him what was going on. I don't know whether Dylann received any counseling services from the school counselor. A teacher had to refer a student to a school counselor, if they didn't go on their own. I never met either of Dylann's parents in person. They did not attend parent-teacher conferences or school events. I'm sure I would have called his mother about his performance in class, but I don't remember actually talking to her or getting a response. I did not know about Dylann's home life.



3

IFCD 002834

10. Looking back, I feel like I failed Dylann. He was in my class for a year, and I didn't notice that he needed help. I know there were other adults in his life, but I feel some responsibility in letting him slip through the cracks and not helping him. During our planning period, teachers got together and talked about students who were doing really well or very poorly. Dylann never came up.

11. I used to teach at an alternative school. I learned in my time teaching that if you give kids attention early and show them love, they'd never end up in alternative school. I wish that more teachers could have the experiences I've had working with students in alternative school.

12. After Dylann committed the shooting in Charleston, I saw Joey Meek on the news. I knew Joey and one of his younger brothers from being students at Carolina Springs, and was surprised that Dylann had befriended the Meek boys. The Meek boys were bad news. They lived in the trailers down the street from the school, and they were always dirty. Dylann wasn't the type of kid to hang out with the Meeks or get into this type of trouble. If one of the Meeks had been charged with this crime, I wouldn't have been surprised, but the fact that it was Dylann was a complete shock.

13. I spoke with someone from Dylann's trial team in 2016. Had they asked me to testify to the contents of this declaration, I would have been willing to do so.

14. I did not type this declaration, but I have reviewed its contents carefully. I am over 18 years of age and am competent to make this declaration.



4

IFCD 002835

I, Darce Cruea, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___April 30___ , 20_24_, in ___Lexington___ , _SC_.

_Darce Cruea_
Darce Cruea