DECLARATION OF WILLIAM SHOCKEY

I, William Shockey, state as follows:

1. My name is William "Bill" Shockey. I used to date and sometimes stay with Dylann Roof's mother, Amy Roof, on and off from about 2000 through 2006.

    *WBS, Jr.*

2. I met Dylann's father, Benn, before I met Amy. ~~We had gone to school together.~~ I would *I knew people that went to school w/ Ben L* also run into him at a bar called Cussin Bills. Both Benn and I liked to drink and party. He was a good guy and I got along with him.

3. I met Amy at a bar in Columbia called Woodshed. She was there alone, and I thought she was the cutest thing. I liked small girls, and Amy was tiny and blonde. She was several years older than me. I was separated from my wife at the time, Karen, who has since passed away, and I was going out drinking and partying a lot. I gave Amy my number, and she called me several days later.

4. Even though Amy and I met at a bar, I didn't know her to drink much. She was drinking water the night we met. I drank a lot back then. Amy's nickname for me was "Wild Bill".

5. When Amy and I first got together she was living in Lexington County. She later moved in with her mother at 611 Elm Avenue, in the Rosewood neighborhood. This was the Cowles family home where Amy grew up. The Elm Avenue house belonged to Carson, Amy, and Sara, but Amy and I did most of the maintenance. It was my understanding that because Carson and Susan have children with autism and weren't able to help much with Sara's caregiving.

*W.B.S. Jr. 1__*

IFCD 001188

6. I did a lot of work on the house and Amy kept it clean and tidy. Sara was a tiny woman with a big attitude. Sara and Amy got along well but fussed at each other from time to time. I think this is because Sara was older and more demanding. Amy was close with her siblings -Susan, and Carson. She spoke with Susan almost every day and with Carson once a week. After Sara passed, Carson and Amy decided to sell the house. It was too big for Amy to take care of on her own, and Carson didn't want to rent it out to USC students that would probably trash the place.

7. Even though I dated Amy off and on for years and was close to her, she had some things she just didn't talk about with me. I noticed that she didn't talk about her father, her relationship with her mother, or her childhood. It seemed unusual to me.

   Most of the time that I spent with Amy, Amber, and Dylann was at Amy's house on Elm Avenue. I had custody of my daughter, Taylor, every other weekend. Taylor and Dylann got along well because they were close in age and went to Rosewood Elementary and Hand Middle School together. Amber was older so she spent more time talking with her friends on MySpace. Taylor is more artsy and creative, so she spent a lot of time drawing. Dylann sometimes drew with her, but he couldn't sit still for too long.

8. Dylann liked to wrestle in the yard with me. We watched wrestling together and I took him to some wrestling events. Dylann's favorite wrestler was "Big Show." He also liked to watch Ninja Turtles, Star Wars, and ride his bike in the neighborhood with his friends. Dylann collected Ninja Turtle cards and traded them with his friends. Amy and I also got him a Star Wars lightsaber and he would play with it in the yard. Dylann did not like watching sports, he preferred to be outside.

W.B.S. Jr. 2—

IFCD 001189

9. Dylann was a smart kid. When we went grocery shopping, he memorized the PLU numbers of the produce and recited them when we were checking out. Sometimes he even corrected the cashiers. Dylann got into some trouble at school, but I believe it was only for correcting the teachers.

10. Amy didn't work outside the home. Instead, she received child support from Benn and money from the government for being her mother Sarah's caregiver. Amy was frugal and was able to make that money stretch since she didn't have many expenses. I felt like Amber and Dylann had what they needed. Dylann was attached to Amy at the hip and never left her side. They were similar in that they both liked to keep things neat and tidy.

11. I didn't move in with Amy, even though I spent most of my time at her house on Elm Ave. Amy wanted me to sell my place and move in with her so I could help her with the bills, but I refused. I had a daughter, Taylor, that I needed to think about – I didn't want to end up homeless if Amy and I didn't work out. This was one of the main issues Amy and I fought about during our relationship.

12. Amy and my relationship had its ups and downs, and we broke up multiple times throughout our many-year-relationship. Another big reason for our fights was because Amy kept in touch with her ex-boyfriends, particularly Brett Easton. Amy tried to reassure me that they were just friends, but I didn't think it was right for them to stay in contact. I knew Amy and Brett broke up on bad terms, so I don't understand why she stayed friends with him. One time we drove over to Carson's house and saw him and Brett hanging out and drinking in the yard. I know Carson drank a lot and didn't want to deal with both him and Brett. I turned the car around and drove us back home.

W.B.S. Jr. 3

13. Back then, Amy got frustrated by my long work hours. I used to work for a company called Aerostar, which later became Aerogas. It was a dangerous job because I had to be around hazardous gases and chemicals, but it paid well. I had to travel to Georgia and North Carolina for work and Amy didn't like it. It was hard for me to be away for so long because I just wanted to come home after work.

14. Amy and I broke up due to infidelity on both sides. We remained friends after the breakup and stayed in touch for several years. Amy called me when she got in fights with David Sprayberry, and I told her to leave. David was a mean drunk. Amy didn't listen to me and stayed with David until he finally threw her out.

15. I don't understand how Dylann could have done what he did. I still don't understand it.

16. After the crime, I spoke with someone from Dylann's defense team. However, I was not asked about everything that I mentioned in this declaration. Had I been asked by Dylann's trial team the same questions I was asked by his post-conviction team; I would have mentioned everything I said above.

17. I am over 18 years of age and am competent to make this declaration.

I, William Shockey, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on ___Nov 16___, 20 23, in ___Lexington___ County, __SC__.

___William B. Shockey Jr.,___
William Shockey

4___

                          IFCD 001191