## DECLARATION OF SONYA CLIFFORD

I, Sonya Clifford, state as follows:

1. My name is Sonya Clifford. I live in Eutawville, South Carolina.

2. When my two youngest children, Vanessa Clifford and Brandon Clifford, were teenagers, we lived off Smokey Joe Ct. in Lexington, South Carolina. Dylann Roof was our neighbor, and he was close friends with my daughter Vanessa. Dylann lived three or four doors down from us for about ~~three years.~~ a couple of years SC

3. For a good while, Dylann came over to my house nearly every day after school to hang out with Vanessa and her friends. And yet even though he was over all the time, he was completely forgettable.

4. Dylann wanted to fade into the background in life. He didn't call any attention to himself. There was absolutely nothing to make Dylann stand out. He was at my house all the time, but I hardly have any memories about him. Dylann was quiet and shy, and he faded into the woodwork. I do not recall remember having any conversations with him. He was slouchy.

5. Sometimes Dylann just looked blank. I could walk into my house and not know Dylann was there, and just look right past him. The other kids that my children invited over were so present and alive, but Dylann wasn't. He didn't do anything to stand out.

6. My son Brandon Clifford was in high school at the same time Dylann was. Brandon had friends over to our house all the time, including lots of black friends. I do not ever recall Dylann having problems with them.

7. Joey Meek, another neighborhood kid, was not my favorite kid. Joey was obnoxious and loud mouthed, and Joey's obnoxiousness was central to who he was. It was clear that Joey had problems at home. Dylann, on the other hand, seemed empty and did not want to be noticed. He was there but not really there. Dylann was certainly not an overachiever about anything. Dylann never appeared to have rage, he didn't appear to have much emotion at all.

8. Although he lived a few doors down from me, I didn't ever meet Dylann's mom. I do not know about Dylann's home life. SC

9. My daughter Vanessa ~~Clifford~~ Otero SC was interviewed about Dylann's criminal case. She spoke to Dylann's defense team on multiple occasions. No one from Dylann's trial team ever

IFCD 003239

came to speak with me. If they had asked me the same kind of questions I was asked by Dylann's post-conviction team, I would have told them everything that is contained in this declaration.

10. I am over 18 years of age and am competent to make this declaration.

I, Sonya Clifford, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _June 6_ , 20_24_, in _Eutawville, SC_

IFCD 003240