## DECLARATION OF TIM LIVINGSTON

I, Tim Livingston, state as follows:

1. My name is Tim Livingston. I was the Vice Principal at White Knoll Elementary School when Dylann Roof was a student there.

2. I was a Vice Principal at White Knoll Elementary School from 1997 to 2004. I worked alongside Dianne Belec under Dr. Darrell Barringer. After leaving White Knoll Elementary, I worked in some other schools and at Lexington County School District. Over the years, I worked with thousands of kids. I had previously worked with adults in the criminal justice system for 13 years and served on the Board of Paroles and Pardons but chose to get my PhD in education because I believed that if you were to implement actual change in a person's life, it would be in a child's early years. I did not ultimately obtain my PhD because I did not write my final dissertation.

3. Dylann was a very agreeable kid. He didn't talk much. Dylann kept his head down a lot. On occasion, Dylann got this sweet mischievous smile. He reminded me of Dennis the Menace, but in a good way. Dylann had a lot of energy, like a lot of the smaller kids usually did. Dylann seemed clean and his hair looked like it was washed every day.

4. Teachers and administrators tend to notice the kids who will most likely get into trouble as adults. I did not once think that Dylann would be that kid. I do not remember sending Dylann home for disruptive behavior. Dylann was sent to the office a couple of times. Catherine Garren was Dylann's second grade teacher. Mrs. Garren leaned on me a lot to help with students who struggled with their work. Dylann was sent to my office when he was in Mrs. Garren's class for not being able to focus on an assignment or for falling asleep in class. I don't recall Dylann being sent in from recess. There were a lot of

1__

IFCD 004366

13. White Knoll High School struggled with drugs, particularly pills. I heard about kids throwing parties where they would bring pills, put them in a bowl, and pick out random pills to take.

14. Based on how withdrawn Dylann was in school, I think he must have struggled forming relationships and letting people love on him. Most kids in elementary school hug their teachers and classmates, but I don't recall Dylann hugging anyone. Maybe he struggled to find a place where he felt like he belonged and found that in whatever websites he was on later in life.

15. I read Dylann's manifesto after the crime. I thought it looked like it had been copied and pasted from other sources, the way kids do when they write school papers. They take other people's ideas and add a couple pieces of their own writing and try to tie it together.

16. I first learned about Dylann's crime on the news. I was blown away by the families' forgiveness towards Dylann. It is a true testament of faith. As a believer myself, I hope that Dylann has forgiven himself and accepted God's love and forgiveness. I do not want to see Dylann die. People have asked me how I have so much empathy for Dylann. I tell them that whenever I think of Dylann, I see the cute little elementary school kid that I knew.

17. I have learned that Dylann has been diagnosed with Autism Spectrum Disorder. I think that we missed the signs of ASD in Dylann, especially because he seemed high functioning and was so quiet and withdrawn. Perhaps Dylann's ASD diagnosis helps explain why Dylann struggled with doing some of his work in class. At White Knoll Elementary, we dealt with kids that exhibited various behaviors and needs. Some students we worked with were violent, one student sat under his desk, another student only talked

4__

IFCD 004367

about space lasers, and some of the kids were brilliant. I understand that ASD manifests in different ways, and maybe we missed Dylann's symptoms.

18. Nobody had spoken to me about Dylann until I met with a member of Dylann's post-conviction legal team. I am upset that nobody spoke with me or with more White Knoll Elementary teachers and staff before Dylann's trial. White Knoll Elementary teachers and staff were like a family. Dylann had some very sweet and nurturing teachers who were extremely loving towards their students. If someone from Dylann's trial defense team had wanted to speak with me, I would have shared with them all of the information I shared with his post-conviction team.

19. I did not type this declaration. I told this information to a member of Dylann's post-conviction legal team who typed it for me. I have reviewed the contents carefully. I am over the age of 18 and competent to make this declaration.

I, Tim Livingston, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___7 DECEMBER___, 20 23, in ___Richland County___, S.C.

Tim Livingston

5___

IFCD 004368

Ex. 39 pg.3 of 3