DECLARATION OF KATHLEEN MCATEER

I, Kathleen McAteer, state as follows:

1. My name is Kathleen McAteer. I currently live in Corvallis, Oregon. I used to live in Columbia, South Carolina, where I worked as a teacher at Rosewood Elementary School. I moved to Oregon in 2005. Dylann Roof was one of my fifth grade students during the 2004-2005 school year at Rosewood. I remember Dylann's class very well, because my daughter Isabel was in fifth grade at Rosewood the same year as Dylann. My daughter was in Dylann's class.

2. Rosewood Elementary School had three fifth grade classes the year that Dylann was in fifth grade. Dylann's homeroom teacher was Ali Burch. I was another fifth grade teacher, and then someone named Pat Peter taught the third fifth grade class.

*It is possible that there was also one part-time teacher. KM*

3. Ali had Dylann every day in his homeroom and while guiding the students to their rotating classes. The homeroom teacher was the mother hen of sorts. Ali Burch was a young and really well-liked teacher.

4. We three fifth grade teachers divided the students up by ability for some subjects and rotated teaching other subjects. All three of us taught math and language arts, but we split classrooms up and taught kids based on their ability levels for those two subjects. Then for other subjects we rotated students through the school year.

*Students were assigned to Math classes and Language Arts classes by their 4th grade teachers and other staff. KM*

5. Even though Dylann's homeroom teacher was Ali Burch, Dylann was also my student as he rotated through the teachers for the subjects we rotated. I taught Dylann social studies three out of every nine weeks. The social studies curriculum was split into four parts.

6. The math and language arts classes that I personally taught that year were for the kids who were in the Gifted and Talented Program. Dylann was not receiving services for Gifted and Talented students, so he was not in my classroom for math or language arts. Pat Peter was in charge of teaching the kids who were in the bottom tier of math and language arts, and Ali taught the middle group.

*or the part-time 5th grade teacher KM*

7. The three fifth grade classes at Rosewood Elementary School were all next to each other, and there were accordion dividers that separated the classes. The kids went to their respective homerooms at the beginning of the day, but since the dividers were open in the beginning of the day, you could see what was going on in the other rooms.

1 *KM*

8. One strong memory I have of Dylann is that he arrived to school late one day and then everyone in the class started to giggle. I do not know if the kids were laughing at something he said, something he did, or if they were laughing at him.

9. When I think of Dylann, I think of a quiet, giggly, and very small person.

10. There were a lot of kids that I wouldn't have remembered from that 2004-2005 school year, but Dylann was one that I do remember. Dylann was a small kid, fair haired and slight. He had a little jokester energy to him. I think of him as a trickster mainly because of the memory in which the other students were all giggling after Dylann arrived late to class. Like other fifth graders, Dylann was silly, and he liked to get laughs out of people. Dylann did not have fantastic attendance, from what I can remember.

11. Dylann was friendly with his eyes. He had a pleasant expression on his face, and his eyes were an extension of that. I didn't see Dylann as a moody or pouty or agitated person. He was simply pleasant and quiet, and flew under the radar.

12. At Rosewood Elementary School, students are tested between second and third grade to see if they can join the Gifted and Talented Program, which I believe received state funding. If they are in the Gifted and Talented Program, they are in the top "ability" math and language arts class. I am not sure how the school chooses between the bottom and middle level math and language arts classes for students who are not identified as gifted. But as kids succeed or need additional support in their "ability" class, they can move up or down. Dylann was a transfer student at Rosewood Elementary School, so I do not know how the school decided his ability group, since he wasn't at Rosewood when kids get tested for Gifted and Talented.

13. Dylann moved schools a lot, from what I can tell. He transferred into Rosewood from somewhere in Lexington County.

14. The social studies curriculum that I taught to Dylann was a history class on mainly 20th century American history. In brief, we went through the world wars, studied civil rights, MLK Jr., all of that stuff. Back then, I had my students write paragraphs as if they were writing for the newspaper at the time a historical event was happening. I do not have any records of Dylann's written assignments. We tried not to give the kids homework in social studies.

15. I cannot think of a single time that Dylann initiated a conversation with me. I do not remember him ever raising his hand to contribute to class, not even once. I did not see

*I do not have a memory of Dylann's attendance. KW*

IFCD 004369

Dylann as a leader academically. I would guess that Dylann initiated conversations with friends only if he felt comfortable with people.

16. I do not have a great sense of how Dylann performed academically. I truly do not remember if he turned in assignments or not. Before I was a teacher, I used to think that all kids did their homework every night they were assigned it. I quickly learned that this was not the case. Some kids did not turn in a single homework assignment. When this was the case, we had to get the principal to call the parents and intervene. I do not recall any interactions with Dylann's parents, which is why I have the impression that Dylann must have completed his homework, at least part of the time.

17. In my year of working with Dylann, he did not ever misbehave, that I can now recall. He flew under the radar. The squeaky wheel gets the grease, and Dylann was no squeaky wheel. As a 10-year-old, Dylann was regularly smiling, he was cute and very darling. He didn't cause a disruption in class. He seemed to get along with the other kids, he didn't rock the boat.

18. I did not meet Dylann's parents. Typically, at Rosewood you only met the parents of your homeroom kids. I also knew the parents of the Gifted and Talented kids, because when parents came to parent teacher conferences, they could meet with their student's math and language arts teachers, too. I only had Dylann for social studies, so if Dylann's parents came to parent teacher conferences, they would likely have met with Ali Burch or Pat Peter.

19. Rosewood Elementary School's counselor, Rhonda Barnes, was a very nice lady. She did presentations for classes and had a character development class. It was her job to know students well. By fifth grade, a student at Rosewood who needed additional supports would likely already have been identified. If a student needed additional supports in school, they would go to the LRC – the Learning Resource Center. Kids who struggled academically, or who had something like dyslexia which I would not have had the skills to service, would go to the LRC. I do not know if Dylann went to the LRC.

20. If there were behavioral issues with a student, the teacher who had an issue with the student would have the principal call the parents, or the teachers themselves would. I had a student in Dylann's year who had to be handcuffed by a uniformed resource officer after throwing a desk. Dylann was not that way. I never heard or saw anything that made me feel like Dylann was aggressive. In addition, I had students in Dylann's year who were bouncing off the walls

IFCD 004370

with ADHD. Dylann was not that. Since I taught Dylann's class after lunch, many of the kids took a while to settle back down in the afternoon, but Dylann was not that way.

21. Dylann transferred to Richland from Lexington County. I imagine that as teachers we had no program for new or transfer students back then. Fifth graders themselves aren't so gracious, either, and they probably wouldn't have thought about how hard it would be for someone like Dylann to join the school in fifth grade. I myself probably didn't know that Dylann had transferred to Rosewood as a fifth grader, since I didn't know I was teaching full-time fifth grade until the school year had practically started and the beginning of the year was a whirlwind for me.

22. There would be low expectations for a transfer student to ~~have~~ begin the school year with a lot of friends. No one would expect much socially from a transfer student like Dylann. Maybe that's part of how Dylann flew under the radar.

23. I taught at Rosewood Elementary School for three years. Dylann's class was my final class teaching at Rosewood. After Dylann's class, I moved with my family to Corvallis, Oregon, for my husband's work as an oceanographer. Before I worked at Rosewood Elementary School, I taught prison adult education. I worked at halfway houses and rehab centers, and also worked in Richland County's jail. I enjoyed working with adults.

24. I read that Dylann represented himself at his capital trial. This shocked me based on the 10-year-old boy I knew. The Dylann I recall didn't speak up in class, much less have the skills or ability to make an argument in front of others. He sought to stay under the radar, so I never could picture him standing up and talking in front of a class or a courtroom.

25. The Dylann that I knew back then was silly and happy. And a human. When you know someone as a 10-year-old child, and know that they weren't malicious, you feel tenderness towards them. There must've been bad experiences he faced that took him down the path he was on. What he did was a terrible thing. But when I knew him, he didn't have an ounce of racism. Something must have gone really wrong for Dylann, because when I knew him he wasn't a killer. That wasn't part of him when he was 10. A couple of students each year I would be able to imagine could end up in a bad path in life – I never would have expected that for Dylann.

26. I spoke on the phone with one of Dylann's defense attorneys prior to his capital trial.

IFCD 004371

27. I did not type this declaration, but I have reviewed its contents carefully. I am over 18 years of age and am competent to make this declaration.

I, Kathleen McAteer declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _April 3_____, 20_25_, in ___Corvallis, Benton County, OR___

(City, County, State)

IFCD 004372