DECLARATION OF BROCK PACK

I, Brock Pack, state as follows:

1. My name is Brock Pack. I live in Sumter, South Carolina.

2. In 2015, I was a crew leader at Clark's Termite & Pest Control. At Clark's, each crew had one or two people, in addition to the crew leader. The largest crew I ever led was four people. Crews changed all the time, so I worked with lots of different people on my crews over the years. Dylann Roof was one of the people on my crew. During the couple of months that Dylan worked at Clark's in 2015, I worked with him at least 20 times.

3. Dylann had a weird sense of humor. It wasn't that it was dark, there was just no punchline. For example, one day I came into work one day and Dylann seemed sad. I asked him what was up, and Dylann said that his cat died. I said that I was sorry, but then Dylann said, actually, my goldfish died. He then said that his father died. I didn't know where Dylann was going with his joke, and he kept a straight face the entire time.

4. Dylann nodded off a lot. Nearly every time we got in the truck to drive to a work site, Dylann fell asleep. Sometimes, we went to 30 sites a day, and Dylann still slept in between every site. It didn't matter how long we were driving. I remember saying something like: "What'd you do all night, party?" to Dylann in an attempt to connect with him. But Dylann just said "no."

5. When a new person would join at Clark's, there was no onboarding process—you just got to work. Everyone showed up about 8 a.m., and we'd work sunup to sundown. Summers were especially busy, because everyone wants their lawns to look nice. As far as I know, Dylann only worked in the lawn care section. I couldn't give Dylann work that could be easily messed up or that would cause a lot of damage if he messed it up. The work I did assign to Dylann, like spreading pine straw, mulching, weeding, edging, was easy. Once when I assigned Dylann to weed eat, he zoned out and ended up weed eating three houses down. Someone BoP

6. Dylann was a secluded kind of guy. He was introverted and didn't look like he socialized with people often. Dylann didn't have a shell to him. His voice was soft. He didn't project, and he didn't have a lot of base to him. ~~If he got embarrassed, he'd get~~ He ~~a strange grin.~~ Seemed like a nerdy, wimpy guy. He never threatened me or expressed anger at me in any way, but it he had, I wouldn't have then him BoP Seriously.

7. Dylann never asked me questions about my life. When I'd ask him questions, he'd just give short answers. I like to talk at work because the time passes more quickly, but BoP Dylann wasn't like that.

1 BoP

IFCD 001063

8. Once I tried to ask Dylann if he did anything outside of work, but Dylan replied that he did nothing but stare at the wall.

9. Dylann lacked ambition. He never talked about a future.

10. Dylann wore the same thing to work every day—a long-sleeve shirt and long pants, and he tucked his pants into his socks in a weird way. No one else wore their pants like this. Dylann might've even worn two pairs of socks. He wore a long undershirt under his Clark's t-shirt, too, which was also odd, because nobody else did that unless it was the winter and they were cold, but Dylann did this during the summer.

11. John Patton, another crew leader at Clark's, told me that Dylann's dad was friends with one of the big guys at Clark's, which is how Dylann got the job. This made sense, because I got the impression from Dylan that Dylann didn't actually want to be there.

12. I was shocked to learn that Dylann represented himself at trial. Besides the one time that Dylann told me about his goldfish, cat, or father having died, I don't remember Dylann ever speaking in actual sentences. I cannot imagine Dylann speaking to a jury.

13. I am over 18 years of age and am competent to make this declaration.

I, Brock Pack, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _____9-13_____, 20_23, in ___Sumter   SC_____.

Dylann almost always sat alone at lunch while the rest of us sat together. He didn't socialize. BOP

Brock Pack
Brock Pack

2 BOP