RESTRICTED MATERIAL

FD-302 (Rev. 5-8-10)

- 1 of 2 -


OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     09/19/2016

Detention Officer Elijah McPherson, DOB: ▮▮▮▮▮▮, telephone number (843) 513-3535 was interviewed at his place of employment Charleston County Detention Center, 3841 Leeds Avenue, North Charleston, South Carolina. Department of Justice, Civil Rights Division, Special Litigation Counsel, Stephen Curran conducted the interview. After being advised of the identity of the interviewing Agent and the nature of the interview, McPherson provided the following information:

McPherson attended Francis Marion College. McPherson's began his law enforcement career as a Detention Officer at the Charleston County Sherriff's Office (CCSO) in 2007. McPherson was assigned to the Detention Center, Special Operation Group (SOG) in approximately 2010. McPherson became a SOG Team Leader in 2011. McPherson is currently a SOG Team Leader with Team 3. Team 3 is comprised of Detention Officer's Chase Sprott and Brent Bagwell.

McPherson remembers inmate Dylann Storm Roof was put on suicide watch. McPherson did not recall participating in the suicide watch search of Roof's jail cell. If he had participated in a suicide watch search of inmate Roof's jail cell there would be an incident report reflecting his participation.

McPherson has interacted with Roof over 50 times but fewer than 100 times during his CCSO SOG Team leader assignment. Since Roof is a high profile prisoner and to prevent harm on Roof from other inmates, Roof is escorted by SOG whenever he moves outside his unit. This includes medical visits and contact visits. Roof is placed into leg irons, bracings and restraints. All doors are secured when Roof is being transported. Another high profile CCSO inmate, Michael Slager, was subject to the same transport procedures.

McPherson did not know if Roof had any inmate friends. McPherson remembered only a few times Roof had talked to him other than saying hi or good-bye. Approximately six months ago, Roof was laughing when McPherson had approached Roof. McPherson asked Roof if he was ok. Roof responded he had just heard they were seeking the death penalty on Roof for his crime. McPherson thought Roof heard this information on his radio. Roof had a radio in his jail cell. Radios can be purchased at the jail canteen. Since he first met Roof, Roof has had a radio in his jail cell.

In another interaction with Roof, Roof was in an elevator being escorted by McPherson and another officer. The guard was protecting Roof while being transported. Roof said thank you to the guard, you guys are all my friends.

Approximately six months ago, McPherson noticed Roof's white shoes had

| | | |
|---|---|---|
| Investigation on | 09/15/2016 at | North Charleston, South Carolina, United States (In Person) |
| File # | 44A-CO-6460937 | Date drafted     09/15/2016 |
| by | POWER NEIL T | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

     RESTRICTED MATERIAL     US-063534

RESTRICTED MATERIAL

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of (U) Interview of Elijah McPherson _____ , On 09/15/2016 , Page 2 of 2

handwritten drawing on the outside of his shoe. McPherson believed they were upside down crosses with a circle. Detention Officer Chase Sprott was present when the shoe drawing was identified. McPherson told Sprott to look at Roof's shoe drawing. They presumed the drawing was gang related. Detention Officers are trained to identify possible gang contraband and Roof's drawing looked like possible gang contraband. McPherson stated they notified the prison Security Threat Group (STG) of the drawing and possible gang affiliated drawing. STG Detention Officer Lisa Bloodworth was notified. STG addressed gang contraband in the prison. SOG will forward any possible gang related material to STG. McPherson believes someone took a picture of Roof's shoe. A picture of Roof's shoe was presented to McPherson and he confirmed those were Roof's shoes with a drawing. McPherson did not know what happened to Roof's shoes with the drawing.

Anything found in prisoners cells considered to be contraband is forwarded to STG. McPherson is familiar with STG's Bloodworth and Shellie Green. STG never asked McPherson or anyone he knows to search Roof's prison cell.

McPherson had training on suicide watch policy. SOG is involved in the searches of violent and high profile inmates. If an inmate makes a comment about committing suicide, McPherson will notify his supervisor and they both have the authority to put the prisoner on suicide watch.

When an inmate is placed on suicide watch, the inmate is told they are put on suicide watch, they are strip searched, clothes are removed, put on suicide smock, and are placed in a suicide watch cell in the Special Management Unit (SMU). Everything is taken out of the suicide watch inmate's jail cell other than the mattress. The suicide watch inmates belonging box is removed from their jail cell and is placed with the prison floor supervisor. Suicide watch inmates might be allowed back in their original cell, if the SMU and medical floor rooms are filled or if the original room could be visibly monitored by jail personnel. Suicide watch inmates are monitored regularly.

Sometimes STG is involved in a suicide watch inmate's jail cell search. STG will participate in high profile prisoner suicide watch jail cell search.

McPherson was never asked to search a cell for evidence in relation to an inmate's case, to include STG personnel. Nobody ever told McPherson that Roof was put on suicide watch for reasons other than suicide.

McPherson was not familiar with Lauren Mosher (Knapp).

    RESTRICTED MATERIAL    US-063535