Personal Identifying Information has been redacted from this exhibit pursuant to Fed. R. Civ. Pro. 5.2.

## RESPONSE TO SUBPOENA TO JAIL OFFICIALS

2.     The complete inmate file for the Defendant.

D01283

Ex. 54 pg.1 of 68



# DEATH PENALTY
# RESOURCE & DEFENSE CENTER

August 17, 2015

Sheriff Al Cannon Detention Center
Inmate Records
3841 Leeds Avenue
North Charleston, SC 29405

Re:    *Dylann Roof*

Dear Custodian of Records:

Please be advised that our office has been retained by D. Ashley Pennington, Ninth Circuit Public Defender to obtain records for Dylann Storm Roof (Inmate No. 1518680, DO█: ███████, SS#: ███████). To properly assist in Mr. Roof's defense, it is necessary that we obtain all of his inmate records, including his general records, mental health records, and medical records. I write to respectfully request a copy of any and all records you may have concerning Mr. Roof.

Enclosed, please find a letter from Mr. Pennington authorizing me to act as his representative in obtaining Mr. Roof's records and a written authorization from Mr. Roof for release of his records.

If you should have any questions, please do not hesitate to contact me. Thank you in advance for your assistance.

Sincerely,

Lindsey S. Vann
Staff Attorney
lindsey@deathpeanltyresource.org

Enclosures (2)

900 Elmwood Avenue, Suite 101 • Columbia, SC 29201 • 803.765.1044 tel • 803.765.1143 fax
www.deathpenaltyresource.org

D01284

**Berkeley County**
219 N. Hwy. 52, Suite E
P.O. Box 1687
Moncks Corner, SC 29461
(843) 899-2777
(843) 899-2701 Fax
Cody J. Groeber
Berkeley County Public Defender

## Ninth Circuit Public Defender

*Berkeley & Charleston Counties*

D. Ashley Pennington, Circuit Defender
(843) 958-1870
(843) 958-5149 Fax
apennington@charlestoncounty.org

*Charleston County*
O.T. Wallace Building
101 Meeting Street, 5th Floor
Charleston, SC 29401-2214
(843) 958-1850
(843) 958-1860 Fax
Lorelle D. Proctor
Charleston County Public Defender

August 5, 2015

Emily Paavola, Esquire
Lindsey S. Vann, Esquire
SC Death Penalty Resource & Defense Center
900 Elmwood Avenue, Suite 200
Columbia, SC 29201

RE:    Collection of Records of Dylann S. Roof

Dear Ms. Paavola & Ms. Vann:

I have obtained a written authorization to obtain records from my client Dylann S. Roof. As you know, I am his attorney appointed by the Court in South Carolina. I have forwarded this Release to you for your use in obtaining all relevant records regarding Mr. Roof on my behalf. You are authorized to act as my representative in obtaining and organizing these records.

Please contact me if you have any questions or concerns regarding this matter. I look forward to working with you.

With warm regards, I am

Very truly yours,

D. Ashley Pennington
Ninth Circuit Public Defender
Counsel for Dylann S. Roof

DAP/jd

D01285

Ex. 54 pg.3 of 68

**ARREST REPORT** Pg 1 of 3

| INFO | | | | | | |
|---|---|---|---|---|---|---|
| Agency Name: Charleston Police Department | | ORI: SC0100100 | Date/Time Arrested: 06/18/2015 09:01 Thu | | Case #: See Charges | |
| Taken | | Arrest Tract | Residence Tract | | Arrest Number | |

**INFO**

| | | | | | |
|---|---|---|---|---|---|
| Name (Last, First, Middle): **ROOF, DYLANN STORM** | | Age: 21 | Race: W | Sex: M | Place of Birth: SC | Citizenship: US |
| Current Address: [redacted] | Phone: refused | Occupation: refused | | | Residence Status: S |
| Employer's Name: unemployed | Address | | | | Phone |
| Also Known As (Alias Names) | | Hgt: 5'09 | Wgt: 120 | Hair: Brn | Eyes: Blue | Skin Tone: Fair |
| Scars, Marks, Tattoos | Social Security #: [redacted] | OLN and State: 102180963-SC | | Misc. # and Type | |
| Nearest Relative Name: refused | Address | | | Phone | |

**ARREST INFO**

| If Armed, Type of Weapon: UNARMED | Type of Arrest: TAKEN INTO CUSTODY | | Place of Arrest: AL CANNON DETENTION CENTER, CHARLESTON | | | |
|---|---|---|---|---|---|---|
| Charge #1: Murder/nonnegligent Manslaughter  Case #: 1510152 | Type: Fel | Counts: 9 | IBR Code: 09A | Warrant/Summons #: K-740365 | Statute #: 16-3-10 | Warr. Date: 06/18/2015 |
| Charge #2: Poss Of Firearm / Knife During Comm. Of Violent Crime  Case #: 1510152 | Type: Fel | Counts: 1 | IBR Code: 13A | Warrant/Summons #: 2015A1010 202672 | Statute #: 16-23-490 | Warr. Date: 06/18/2015 |
| Charge #3 | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |

**VEH INFO**

| VYR | Make | Model | | Style | |
|---|---|---|---|---|---|
| Color | Plate #/State/Plate Year | | VIN | | |
| Vehicle | | | | | |

**CONFINED / BOND**

| Date/Time Confined: 06/18/2015 17:30:00 | Place Confined: AL CANNON DETENTION | | Committing Magistrate: BOND COURT CHARLESTON CO | |
|---|---|---|---|---|
| Type Bond | Bond Amount | Trial Date | Time | Court Of: General Sessions | City: CHARLESTON |
| Arresting Officer Name/ID #/Bureau: BURCKHARDT, R. J. (CENT, VCU) (443) INSP | | | | |
| Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released | |

**Status Codes:** 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown/Lost

**DRUGS / ARREST**

| Code | Status | Quantity | Type Measure | Suspected Type |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Other Name**

| Name | Address | Phone |
|---|---|---|
| Name | Address | Phone |

**NARRATIVE**

First Murder Warrant Number: K-740365, DOW: 06/18/2015
Additional Murder/Weapon Offense Warrants:

#1518680

OCA: 15-10152

**STATUS**

| Arresting Officer Signature/ID #/Bureau: BURCKHARDT, R. J. (CENT, VCU) (443) INSP | |
|---|---|
| Case Status | Arrestee Signature |

r_ar1br     , COC2C90RN1 # parkerb

D01286

06/19/2015  10:32   5770117                    CPD CENTRAL                              PAGE  01

## ARREST REPORT     Pg 2 of 3

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| Charleston Police Department | SC0100100 | 06/18/2015 09:01   Thu | See Charges |
| Taken | Arrest Tract | Residence Tract | Arrest Number |

| Name (Last, First, Middle) | | D.O.B. | Age | Race | Sex | Place of Birth | Citizenship |
|---|---|---|---|---|---|---|---|
| ROOF, DYLANN STORM | | ▮▮▮▮ | 21 | W | M | | US |

| Current Address | Phone | Occupation | Residence Status |
|---|---|---|---|
| | | | S |

| Employer's Name | Address | Phone |
|---|---|---|
| | | |

| Also Known As (Alias Names) | | Hgt | Wgt | Hair | Eyes | Skin Tone |
|---|---|---|---|---|---|---|
| | | 5'09 | 120 | Brn | Blue | Fair |

| Scars, Marks, Tattoos | Social Security # | OLN and State | Misc. # and Type |
|---|---|---|---|
| | ▮▮▮▮ | 102180963-SC | |

| Nearest Relative Name | Address | Phone |
|---|---|---|
| | | |

| If Armed, Type of Weapon | Type of Arrest | Place of Arrest |
|---|---|---|
| UNARMED | TAKEN INTO CUSTODY | AL CANNON DETENTION CENTER, CHARLESTON |

| Charge #1 | Case #: 1510152 | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|---|
| Murder/nonnegligent Manslaughter | | Fel | 1 | 09A | 2015 A 1010   2D2 655 | 16-3-10 | 6-19-2015 |
| Charge #2   Case #: 1510152 | | Fel | 1 | 09A | 2015 A 1010   202664 | 16-3-10 | 6-19-2015 |
| Murder/nonnegligent Manslaughter | | | | | | | |
| Charge #3   Case #: 1510152 | | Fel | 1 | 09A | 2015 A 1010   202665 | 16-3-10 | 6-19-2015 |
| Murder/nonnegligent Manslaughter | | | | | | | |

| VYR | Make | Model | Style |
|---|---|---|---|
| Color | Plate #/State/Plate Year | VIN | |
| Vehicle | | | |

| Date/Time Confined | Place Confined | Committing Magistrate |
|---|---|---|
| 06/18/2015 17:30:00 | AL CANNON DETENTION | BOND COURT CHARLESTON CO |
| Type Bond | Bond Amount | Trial Date | Time | Court Of   General Sessions | City   CHARLESTON |

Arresting Officer Name/ID #/Bureau
BURCKHARDT, R. J. (CENT, VCU) (443)  INSP

| Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released |
|---|---|---|
| | | |

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown/Lost

| Code | Status | Quantity | Type Measure | Suspend Type | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Name | Address | Phone |
|---|---|---|
| Name | Address | Phone |

OCA: 15-10152

Arresting Officer Signature/ID #/Bureau
BURCKHARDT, R. J. (CENT, VCU) (443)  INSP

| Case Status | Arrestee Signature |
|---|---|

r_artlbr                    , COC2C90RN1 # parkerb

D01287

06/19/2015  16:32   5770117                    CPD CENTRAL                          PAGE  02

ARREST REPORT (Additional Charges)    Pg 3of3

| Name | | ORI | Date/Time Arrested | | Case # | |
|---|---|---|---|---|---|---|
| rleston Police Department | | SC0100100 | 06/18/2015  09:01 | | See Charges | |
| e Name | | | | | Arrest Number | |
| OF, DYLANN STORM | | | | | | |

| ge | Fel/Misd | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
| 4) Murder/nonnegligent Manslaughter | Fel | 1 | 09A  Case #: 1510152 | 2015A1010  202 666 | 16-3-10 | 6-19-2015 |
| 5) Murder/nonnegligent Manslaughter | Fel | 1 | 09A  Case #: 1510152 | 2015A1010  202 667 | 16-3-10 | 6-19-2015 |
| 6) Murder/nonnegligent Manslaughter | Fel | 1 | 09A  Case #: 1510152 | 2015A1010  202 668 | 16-3-10 | 6-19-2015 |
| 7) Murder/nonnegligent Manslaughter | Fel | 1 | 09A  Case #: 1510152 | 2015A1010  202669 | 16-3-10 | 6-19-2015 |
| 8) Murder/nonnegligent Manslaughter | Fel | 1 | 09A  Case #: 1510152 | 2015A1010  202670 | 16-3-10 | 6-19-2015 |

rrest Report (Additional Charges)                                                  Page 2

D01288

# CHARLESTON COUNTY SHERIFF'S OFFICE
3505 PINEHAVEN DRIVE, CHARLESTON, S.C. 29405-7789   (843) 202-1700

## ☐ ARREST AND ☐ SUPPLEMENTAL BOOKING REPORT

J.Al Cannon, Jr.
Sheriff

| SC0100000 | TIME | CURRENT DATE | | DISPATCH NO. | | ORIGINAL CASE NO. | | | TRACT # |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT NAME (LAST, FIRST, MIDDLE) | | | | | | | RACE | SEX | DATE OF BIRTH |
| AGE | ETH. | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER | VISIBLE SCARS AND MARKS | NCIC I.D. NUMBER | |
| ADDRESS (NUMBER AND STREET) | | | | CITY | | STATE | ZIP CODE | RESIDENT | PHONE NUMBER |
| ALIAS | | PLACE OF BIRTH | | | | DRIVERS LICENSE NUMBER/I.D. # & STATE | | | |
| EMPLOYER OR OCCUPATION | | NEXT OF KIN | | | | ADDRESS (CITY AND STATE) | | | PHONE NUMBER |
| TRANSPORTING OFFICERS NAME | | NUMBER | | ARRESTING OFFICER | | NUMBER | | AGENCY | |

**CHARGE**

ARRESTEE ARMED  ☐ YES ☐ NO  WEAPON TYPE  ☐ SEMI-AUTO  ☐ FULL-AUTO   ☐ ON VIEW ARREST  ☐ SUMMONED  ☐ CUSTODY

JUVENILE DISPOSITION  1. ☐ HANDLED, RELEASED  2. ☐ REFERRED TO OTHER AUTHORITY   EXAMINED BY HOSPITAL ☐ YES ☐ NO   VEHICLE TOWED ☐ YES ☐ NO  TOWED BY:  IF HOLDING FOR ANOTHER AGENCY, CIRCLE CHARGE A, B, C

| CHARGE I.D. | A | B | C |
|---|---|---|---|
| ADDITIONAL CASE NO.'S | | | |
| CHARGE | | | |
| STATUTE | | | |
| BOND AMOUNT | | | |
| WARRANT/TICKET # | | | |
| BOND/HEARING DATE | | | |
| DATE & TIME OF TRIAL/MAGISTRATE | | | |

**REMARKS**

THE UNDERSIGNED HEREBY COMMITS TO YOUR CUSTODY THE ABOVE INDIVIDUAL AND SWEARS THAT THE INFORMATION CONTAINED IN THIS SUPPLEMENTAL ARREST & BOOKING REPORT IS TRUE AND CORRECT TO THE BEST OF HIS/HER KNOWLEDGE.   SIGNATURE

**I.D. OFF**

| DATE F.P. | TIME F.P. | I.D. TECHNICIAN | PHOTO ID # | DATE OF PHOTO |
|---|---|---|---|---|
| DATE 6/19/15 | TIME 12:21 | SEARCHING OFFICER | SUPERVISOR REVIEW AND SIGN | |

**BOOKING OFFICER**

CONDITION AT TIME OF ADMISSION   HOW LONG IN CHAS.   RELIGION   EDUCATION

EXPLAIN

| LOCAL PRIOR ARREST ☐ YES ☐ NO | WANTED ON WARRANT ☐ YES ☐ NO | MISCELLANEOUS  Added Charge | | |
|---|---|---|---|---|
| ATTORNEY | PERSON TO CALL IN EMERGENCY | ADDRESS | | PHONE NUMBER |

**DISPOSITION**

| SENTENCE TO DAYS | AND/OR | FINE AMOUNT | COURT | EXPIRATION OF SENTENCE |
|---|---|---|---|---|
| A. | | | | |
| B. | | | | |
| C. | | | | |

HOW INMATE RELEASED:  ☐ BOND  ☐ FINE AMOUNTS   ☐ SURETY BOND / COMPANY  RECEIPT NO.   ☐ EXPIRATION OF SENTENCE  ☐ BY CLERK OF COURT  ☐ REL. AT COURT   DATE  TIME

TRANSFERRED OR RELEASED TO:  AGENCY:   OFFICER:   DATE  TIME

**DUTY SGT**

RELEASING OFFICER   SUPERVISOR REVIEW AND SIGN

CCSO-104   OCT 2006

D01289

Ex. 54 pg.7 of 68

# THE STATE OF SOUTH CAROLINA
## CHARLESTON COUNTY

### COMMITMENT FORM

TO:  JAILER, CHARLESTON COUNTY JAIL

DATE:  June 19, 2015

You are requested to commit the below named person to jail under the following sentence and you are further required to receive the below named person into your custody and there safely keep as stated below, or until discharged, by the course of law.

| NAME: | DYLANN STORM ROOF | | |
|---|---|---|---|
| ADDRESS: | | | |
| CHARGED WITH THE OFFENSE OF: | POSS OF A FIREARM DURING THE COMMISSION OF A VIOLENT CRIME / MURDER X 9 | | |
| CRIMINAL CHARGING DOCUMENT NO.: | 2015A101 0202655  $0.00 X | 2015A101 0202664  $0.00 | 2015A101 0202665  $0.00 X |
| | 2015A101 0202666  $0.00 X | 2015A101 0202667  $0.00 | 2015A101 0202668  $0.00 |
| | 2015A101 0202669  $0.00 | 2015A101 0202670  $0.00 | 2015A101 0202672  $1,000,000.00 |
| | K740365  $0.00 X | | |
| AMOUNT OF BOND: | $1,000,000.00 AND NO BOND | | |
| TYPE OF BOND: | ☐ Personal Recognizance<br>☐ Cash<br>☒ Surety | | |
| AMOUNT OF FINE AND/OR TIME SERVED: | | | |
| DATE OF RELEASE: | June 19, 2015 | TIME OF RELEASE: | 11:46 AM |

D01290

015A1010202668, 2015A1010202669
015A1010202672, 2015GS1004188.
015GS1004186, 2015GS1004187

K740365, 2015A1010202670, 2015a1010202655
2015A1010202664, 2015A1010202665,
2015A1010202666, 2015A1010202667

Ticket or Warrant No.: _____

STATE OF SOUTH CAROLINA
COUNTY OF __CHARLESTON__
STATE OF SOUTH CAROLINA

IN THE (✓) COURT OF GENERAL SESSIONS
( ) MAGISTRATE'S COURT
( ) MUNICIPAL COURT OF_____

v. DYLANN STORM ROOF
Name of Defendant

ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE
(Bail Proceeding Form 2)

Offense Charged: __MURDER (9 cts.), ATT MURDER (3 cts) POSS OF WPN VIOLENT CRIME__

At a bail proceeding conducted by undersigned judge, for the defendant named above, it was determined by the court (check one or both):

☒ The release of the defendant on recognizance will not reasonably assure his appearance as required.
☒ The release of the defendant on recognizance will result in an unreasonable danger to the community.
This determination was based upon the following findings of fact:

_Bond denied_

[Considerations: Nature and circumstances of the offense charged, the accused's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

THEREFORE, IT IS HEREBY ORDERED:

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.
2. That the above named defendant be released from custody provided as follows (check one):

CASH IN LIEU OF BOND
☐ The defendant, acknowledging himself to be indebted to the State of South Carolina, deposits $_____ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

CASH PERCENTAGE IN LIEU OF BOND
☐ The defendant acknowledges himself to be indebted to the State of South Carolina in the sum of $_____, his release to be obtained by payment to the court of _____ (  %) of this bond in cash, this amount being $_____. The defendant will be obligated to the State in the full amount of $_____; such sum to be levied on his real and personal property for the use of the State, should he fail to perform the conditions of this Order.

APPEARANCE RECOGNIZANCE WITH SURETY
☐ The defendant will provide good and sufficient surety approved in the court, in the form set forth on the reverse side, acknowledging an indebtedness to the State in the amount of $_____.

3. That the defendant shall appear at (check one):
☐ the term of the court of general sessions beginning on [Date:]_____ at [Time:]__:__ o'clock, __.M., at [Place:]_____ and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.
☐ the session of magistrate/municipal (circle one) court beginning on [Date:]_____ at [Time:]__:__ o'clock, __.M., at [Place:]_____. If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

Initials of Defendant [_____]

4. That the defendant will notify the court promptly if he changes his address from the one contained in this order and he will comply with those conditions described on the reverse side, which are marked.

_____     7/15/15
Signature of Judge              Date

ACKNOWLEDGEMENT BY DEFENDANT

I understand that if I violate any condition of this Order, including any conditions included on the reverse side of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, an additional criminal charge will be instituted against me. If the failure to appear is in connection with a felony charge, or while awaiting sentence, or pending appeal or certiorari after conviction, the penalty is a fine of not more than $5,000 or imprisonment for not more than five years, or both; if I fail to appear in connection with a misdemeanor charge, the penalty is a fine of not more than $1,000 or imprisonment for not more than one year, or both.

I acknowledge the receipt of a copy of this Order and understand the conditions of my release and the penalties applicable to me in the _____ to appear as required.

████████████████
Address

████████████████
Zip

Social Security Number/Telephone No.

Signature of Defendant: _Dylann Roof_
Date: 7/16/15

Ashley Pennington / Bill McGuire
Attorney Representing Accused (If known)

ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED.
Original copy for the Trial Court — Copy for the Defendant
FORM CONTINUES ON BACK

SCCA/511 (3/90)

D01291

Ex. 54 pg.9 of 68

## SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of:_____

_____ Name of person or organization

_____ _____ _____ _____
Address                      City       State/Zip   Telephone

who agrees (1) to supervise the defendant in accordance with conditions set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

_____ _____
Signature of Custodian (If Appointed)           Date

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions:

_____

_____

_____

c. ☐ Part-time Release. The defendant will be released from custody from ___:___ o'clock, ___.M. to ___:___ o'clock, ___.M. on _____ on condition that he return to the custody of _____ _____ at _____ as designated.

d. ☐ Other Conditions. The defendant will comply with the following other conditions of release:

_____

_____

_____

_____

### APPEARANCE RECOGNIZANCE WITH SURETY

On the _____ day of _____, 19____, personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of $_____, such sum to be levied on his real and personal property for the use of the State, if the within named defendant shall fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property exempt from execution.

_____      _____
Name of Surety (Printed or Typed)        Signature of Surety

_____      _____
Address of Surety                        Signature of Judge

_____      _____
City/State/Zip                           Date

Form Approved by
S.C. Attorney General
Section 17-15-40
March 7, 1990

D01292

Ex. 54 pg.10 of 68

**STATE OF NORTH CAROLINA**

_____CLEVELAND_____ County

**STATE VERSUS**

Name And Address Of Defendant
DYLANN STORM ROOF

File No.
15CR 052677

In The General Court Of Justice
[X] District [ ] Superior Court Division

**CONDITIONS OF RELEASE
AND RELEASE ORDER**

\# 15RO710237                    G.S. Chapter 15A, Art. 25, 26

Amount Of Bond
$

Offenses And Additional File Numbers
15CR52677     FGTV WRNT; F-EXTRADITION/FUGITIVE OTH STATE

[ ] See Attachment

Location Of Court
Cleveland County Courthouse, 0002         [X] District [ ] Superior
Date 06/18/2015     Time 09:00 [X] AM [ ] PM

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
[ ] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear [ ] UNSECURED BOND in the amount shown above
[ ] CUSTODY RELEASE [ ] SECURED BOND in the amount shown above.
[ ] HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of [ ] employment [ ] counseling [ ] course of study [ ] vocational training

[X] Your release is not authorized.
[X] The defendant is required to provide (check all that apply) [X] fingerprints under G.S. 15A-502(a1) or (a2). [ ] a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her (check all that apply) [X] fingerprints. [ ] DNA sample.
[ ] The defendant has been [ ] (i) charged with a felony while on probation (complete AOC-CR-272, Side One). [ ] (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
[ ] This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.
[ ] This was the defendant's second or subsequent failure to appear in this case.
[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-270. [ ] Other: _____

Additional Information

| Date | Signature Of Judicial Official | |
|---|---|---|
| 06/18/2015 | ASHLYN T. HARRIS | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court [ ] District Court Judge [ ] Superior Court Judge |

**ORDER OF COMMITMENT**

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [ ] produce him/her in Court as provided above.
[X] hold him/her [ ] as provided on the attached AOC-CR-272. [X] for the following purpose: FUGITIVE

[ ] [Check in all domestic violence and stalking cases covered by G.S. 15A-534.1(b)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____
[ ] AM [ ] PM produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Signature Of Judicial Official |
|---|---|---|
| CLEVELAND COUNTY JAIL | 06/18/2015 | ASHLYN T. HARRIS |

**WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE**

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (Type Or Print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

**DEFENDANT RELEASED ON BAIL**

| Date | Time | Signature Of Jailer |
|---|---|---|
| | [ ] AM [ ] PM | |

AOC-CR-200, Rev. 12/12
© 2012 Administrative Office of the Courts

**DEFENDANT COPY**

D01293

Ex. 54 pg.11 of 68

2015A1010202668, 2015A1010202669    K740365, 2015A1010202670, 2015a1010202655
2015A1010202672, 2015GS1004188    2015A1010202664, 2015A1010202665,
2015GS1004186, 2015GS1004187    2015A1010202666, 2015A1010202667

Ticket or Warrant No.: _____

STATE OF SOUTH CAROLINA    IN THE (✓) COURT OF GENERAL SESSIONS
COUNTY OF __CHARLESTON__    ( ) MAGISTRATE'S COURT
STATE OF SOUTH CAROLINA    ( ) MUNICIPAL COURT OF _____

v. DYLANN STORM ROOF    ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE
_____    (Bail Proceeding Form 2)
Name of Defendant

Offense Charged: __MURDER (9 cts.), ATT MURDER (3 cts) POSS OF WPN VIOLENT CRIME__

At a bail proceeding conducted by undersigned judge, for the defendant named above, it was determined by the court (check one or both):

☒ The release of the defendant on recognizance will not reasonably assure his appearance as required.
☒ The release of the defendant on recognizance will result in an unreasonable danger to the community.
This determination was based upon the following findings of fact:

Bond denied

[Considerations: Nature and circumstances of the offense charged, the accused's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

THEREFORE, IT IS HEREBY ORDERED:

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.

2. That the above named defendant be released from custody provided as follows (check one):

**CASH IN LIEU OF BOND**
☐ The defendant, acknowledging himself to be indebted to the State of South Carolina, deposits $_____ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

**CASH PERCENTAGE IN LIEU OF BOND**
☐ The defendant acknowledges himself to be indebted to the State of South Carolina in the sum of $_____, his release to be obtained by payment of ( ___ %) of this bond in cash, this amount being $_____. The defendant will be obligated to the State in the full amount of $_____, such sum to be levied on his real and personal property for the use of the State, should he fail to perform the conditions of this Order.

**APPEARANCE RECOGNIZANCE WITH SURETY**
☐ The defendant will provide good and sufficient surety approved in the court, in the form set forth on the reverse side, acknowledging an indebtedness to the State in the amount of $_____.

3. That the defendant shall appear at (check one):
☐ the term of the court of general sessions beginning on [Date]_____ at [Time]___:___ o'clock, ___M., at [Place]_____ and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.
☐ the session of magistrate/municipal (circle one) court beginning on [Date]_____ at [Time]___:___ o'clock, ___M., at [Place]_____. If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

Initials of Defendant [    ]

4. That the defendant will notify the court promptly if he changes his address from the one contained in this order and he will comply with those conditions described on the reverse side, which are marked.

_____    7/15/15
Signature of Judge    Date

**ACKNOWLEDGEMENT BY DEFENDANT**

I understand that if I violate any condition of this Order, including any conditions included on the reverse side of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, an additional criminal charge will be instituted against me. If the failure to appear is in connection with a felony charge, or while awaiting sentence, or pending appeal or certiorari after conviction, the penalty is a fine of not more than $5,000 or imprisonment for not more than five years, or both; if I fail to appear in connection with a misdemeanor charge, the penalty is a fine of not more than $1,000 or imprisonment for not more than one year, or both.

I acknowledge the receipt of a copy of this Order and understand the conditions of my release and the penalties applicable to me in the event I violate any condition of the Order or fail to appear as required.

Dylann Roof
Signature of Defendant

7/16/15
Date

Ashley Pennington / Bill McGuire
Attorney Representing Accused (If known)

City/State/Zip

Social Security Number/Telephone No.

ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED.
Original copy for the Trial Court — Copy for the Defendant

SCCA/511 (3/90)    FORM CONTINUES ON BACK

D01294

## SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of:_____

_____ Name of person or organization

_____|_____|_____|_____
Address                     City            State/Zip    Telephone

who agrees (1) to supervise the defendant in accordance with conditions set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

_____ _____
Signature of Custodian (If Appointed)             Date

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions:

_____
_____
_____
_____

c. ☐ Part-time Release. The defendant will be released from custody from ___:___ o'clock ___.M. to ___:___ o'clock ___.M. on _____ on condition that he return to the custody of
_____ _____ at _____ as designated.

d. ☐ Other Conditions. The defendant will comply with the following other conditions of release:

_____
_____
_____
_____
_____

## APPEARANCE RECOGNIZANCE WITH SURETY

On the _____ day of _____, 19___, personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of $_____, such sum to be levied on his real and personal property for the use of the State, if the within named defendant shall fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property exempt from execution.

_____        _____
Name of Surety (Printed or Typed)         Signature of Surety

_____        _____
Address of Surety                         Signature of Judge

_____        _____
City/State/Zip                            Date

Form Approved by
S.C. Attorney General
Section 17-15-40
March 7, 1990

D01295

Ex. 54 pg.13 of 68

DEF COPY

| File No. 15CR 052677 | STATE OF NORTH CAROLINA |
|---|---|

**WARRANT FOR ARREST FOR FUGITIVE**

STATE OF NORTH CAROLINA

CLEVELAND _____ County

In The General Court Of Justice
District Court Division

Crime(s) In Demanding State
HOMICIDE

To any officer with authority and jurisdiction to execute a warrant for arrest:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the demanding state and county named above the crime named above was committed and the defendant named above is now in the State of North Carolina and

Date Of Offense
06/18/2015

☒ has been charged with the commission of that crime and has fled from justice.

☐ has been convicted of that crime and has escaped from confinement.

☐ has broken the terms of his/her bail, probation and parole.

Name Of Demanding State And County Of Offense
SOUTH CAROLINA     CHARLESTON

THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
DYLANN STORM ROOF

This Warrant is issued pursuant to Section 15A-733 of the North Carolina General Statutes upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge above.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | | |

Social Security No.

Drivers License No. & State

Name Of Defendant's Employer

| Offense Code(s) | Arrest Under G.S. |
|---|---|
| 9901 | 15A-733 |

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Arresting Officer (Name, Department, Phone No.)
C D TRUETT
SHELBY POLICE DEPARTMENT

| Date Issued 06/18/2015 | Signature ASHLYN T. HARRIS ☒ Magistrate ☐ Superior Court Judge ☐ District Court Judge | Location Of Court Cleveland County Courthouse; 0002 100 JUSTICE PLACE SHELBY,NC 28150 | Court Date |
|---|---|---|---|
| | | | Court Time ☐ AM ☐ PM |

AOC-CR-910M, Rev. 4/11
© 2011 Administrative Office of the Courts

**DEFENDANT COPY**

Ex. 54 pg.15 of 69

D01296

Ex. 54 pg.14 of 68

# STATE OF NORTH CAROLINA

_____ CLEVELAND _____ County

**File No.**
15CR 052677

In The General Court Of Justice
[X] District  [ ] Superior Court Division

### STATE VERSUS

**Name Of Defendant**
DYLANN STORM ROOF

**Crime(s) In Demanding State**
HOMICIDE

**FUGITIVE AFFIDAVIT**

G.S. 15A-733, 15A-734

**Name, Address And Telephone No. Of Contact Person In Demanding State**
S, LEWIS

**Date Of Crime**
06/18/2015

(843) 720-2422

**Name Of Demanding State And County Of Crime**
SOUTH CAROLINA       CHARLESTON

**Title**

I, the undersigned, state that this Affidavit is based upon

[ ] 1. criminal process issued by a judicial official of the demanding state, a copy of which is attached.

[ ] 2. the affidavit of the contact person named above, a copy of which is attached.

[X] 3. a NCIC-DCI message from the contact person named above, a copy of which is attached.

[ ] 4. a telephone message from the contact person named above.

[ ] 5. Other:

On or about the date of offense shown and in the demanding state and county named above the crime named above was committed and the defendant named above is now in the State of North Carolina and has

[X] 1. been charged with the commission of that crime and has fled from justice.

[ ] 2. been convicted of that crime and has escaped from confinement.

[ ] 3. broken the terms of bail, probation or parole.

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

**Date**

**Date**
06/18/2015

**Signature Of Affiant**

**Signature**
ASHLYN T. HARRIS

**Name Of Affiant (Type Or Print)**
C D TRUETT (SHELBY POLICE DEPARTMENT)

[X] Magistrate  [ ] District Court Judge  [ ] Superior Court Judge

**Title Of Person Signing**
CID

**OTHER AGENCY COPY**

AOC-CR-911M, Rev. 9/98
© 1998 Administrative Office of the Courts

D01297

Ex. 54 pg.15 of 68

Jul. 31. 2015  8:01AM                                          No. 0062   P. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA       ) CR. NO.:  2:15cr472
                               )
            v.                 )
                               )      WRIT OF HABEAS CORPUS
DYLANN STORM ROOF              )        AD PROSEQUENDUM

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, DYLANN STORM ROOF is presently incarcerated at the Al Cannon Detention Center. It is therefore

ORDERED that the Warden, or their authorized representative, deliver DYLANN STORM ROOF to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

1

**D01298**

Ex. 54 pg.16 of 68

Jul. 31. 2015  8:01AM                                            No. 0062    P.  2

2:15-cr-00472-RMG     Date Filed 07/22/15     Entry Number 7     Page 2 of 2

UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

July 22, 2015

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By:

Julius N. Richardson (#9823)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000
Jay.N.Richardson@usdoj.gov

SA Joseph Hamski
FBI
843-323-5303 (C)
843-881-0194 (o)

2.

D01299

Ex. 54 pg.17 of 68

#151 8680

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA        ) CR. NO.: 2:15cr472
                                )
          v.                    )
                                )    WRIT OF HABEAS CORPUS
DYLANN STORM ROOF               )      AD PROSEQUENDUM

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, DYLANN STORM ROOF is presently incarcerated at the Al Cannon Detention Center. It is therefore

ORDERED that the Warden, or their authorized representative, deliver DYLANN STORM ROOF to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

1

D01300

Ex. 54 pg.18 of 68

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

July 22, 2015

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: _____
    Julius N. Richardson (#9823)
    Assistant United States Attorney
    1441 Main Street, Suite 500
    Columbia, South Carolina 29201
    (803) 929-3000
    Jay.N.Richardson@usdoj.gov

2

**D01301**

Ex. 54 pg.19 of 68

File No.

**STATE OF NORTH CAROLINA**

Cleveland _____ County

In The General Court Of Justice
District/Superior Court Division

**SEARCH WARRANT**

**IN THE MATTER OF**

DYLANN STORM ROOF ( ▮▮▮▮ )

| | | |
|---|---|---|
| Date Issued 6-18-15 | Time Issued 4:34 ☐ AM ☒ PM | |

Name Of Applicant
S.M. Treadway

Name Of Additional Affiant

Name Of Additional Affiant

**RETURN OF SERVICE**

I certify that this Search Warrant was received and executed as follows:

| Date Received | Time Received ☐ AM ☐ PM |
|---|---|
| Date Executed | Time Executed ☐ AM ☐ PM |

☐ I made a search of _____

_____

_____

_____ as commanded.

☐ I seized the items listed on the attached inventory.

☐ I did not seize any items.

☐ This Warrant WAS NOT executed within forty-eight (48) hours of the date of issuance and I hereby return it not executed.

Signature Of Officer Making Return

| Department Or Agency Of Officer | Incident Number |
|---|---|
| | |

To any officer with authority and jurisdiction to conduct the search authorized by this Search Warrant:

I, the undersigned, find that there is probable cause to believe that the property and person described in the application on the reverse side and related to the commission of a crime is located as described in the application.

You are commanded to search the premises, vehicle, person and other place or item described in the application for the property and person in question. If the property and/or person are found, make the seizure and keep the property subject to Court Order and process the person according to law.

You are directed to execute this Search Warrant within forty-eight (48) hours from the time indicated on this Warrant and make due return to the Clerk of the Issuing Court.

This Search Warrant is issued upon information furnished under oath by the person(s) shown.

| Date 6-18-15 | Signature Ashlim J Hauis | ☐ Deputy CSC ☐ Assistant CSC ☐ CSC ☒ Magistrate ☐ District Ct. Judge ☐ Superior Ct. Judge |
|---|---|---|

This Search Warrant was returned to me on the date and time shown below.

| Date | Time ☐ AM ☐ PM | Signature | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|---|---|

AOC-CR-119, Rev. 9/02
©2002 Administrative Office of the Courts

(Over)

D01302

Ex. 54 pg.20 of 68

## APPLICATION FOR SEARCH WARRANT

I, Detective Seth Treadway, Shelby Police Department

*(insert name and address; or if law enforcement officer, name, rank and agency)*

being duly sworn, request that the Court issue a warrant to search the person, place, vehicle, and other items described in this application and to find and seize the property and person described in this application. There is probable cause to believe that *(Describe property to be seized; or if search warrant is to be used for searching a place to serve an arrest warrant or other process, name person to be arrested)*

items of evidentiary value surrounding the murders of the victims, such as but not limited to DNA, blood, trace evidence and/or gunshot residue

constitutes evidence of a crime and the identity of a person participating in a crime. *(Name crime)* Murder

and is located *(Check appropriate box(es) and fill-in specified information)*

☐ in the following premises *(Give address and, if useful, describe premises)*

*(and)*

☒ on the following person(s) *(Give name(s) and, if useful, describe person(s))*

DYLANN STORM ROOF ( ▇▇▇▇▇ )

*(and)*

☐ in the following vehicle(s) *(Describe vehicle(s))*

*(and)*

☒ *(Name and/or describe other places or items to be searched, if applicable)*

See Attachment A

The applicant swears to the following facts to establish probable cause for the issuance of a search warrant:

See Attachment A

SWORN AND SUBSCRIBED TO BEFORE ME

Date 6-18-15

Signature of Applicant

Date 6-18-15

Signature ashlun J Harris

☒ Magistrate   ☐ Dep. CSC   ☐ Asst. CSC   ☐ Clerk of Superior Court   ☐ Judge

☒ In addition to the affidavit included above, this application is supported by additional affidavits, attached, made by _____

S.M. Treadway

☐ In addition to the affidavit included above, this application is supported by sworn testimony, given by _____

This testimony has been *(check appropriate box)*   ☐ reduced to writing
☐ tape recorded and I have filed each with the clerk.

NOTE: *If more space is needed for any section, continue the statement on an attached sheet of paper with a notation saying "see attachment." Date the continuation and include on it the signatures of applicant and issuing official.*

AOC-CR-119, Rev. 9/02
©2002 Administrative Office of the Courts

D01303

Ex. 54 pg.21 of 68

ATTACHMENT A                                                           Page 1 of 3
Attachment to Search Warrant Application for the person of DYLANN STORM ROOF (████████████) by Detective Seth M.
Treadway dated June 18, 2015.

The application for this Search Warrant is submitted based on the following evidence and credentials. As the applicant of this request, I affirm that I am a full-time sworn Law Enforcement Officer holding the position of Detective in the Criminal Investigation Division of the Shelby Police Department. Prior to serving in this position I served as a Community Police Officer in the Problem Solving Unit under the Community Oriented Policing Division of the Shelby Police Department in Shelby, North Carolina. In this position I was responsible for investigating repeat or ongoing problems in the City of Shelby and handling them accordingly. In addition to these responsibilities, I investigated gangs within the city and tracked their activities. Prior to working in the Community Policing Division I served in the K-9 Unit as a K-9 handler for 2 years and prior to that I was an officer in the Street Crimes Unit under the Vice/Narcotics Division. Before serving in the Street Crimes Division, I served as a Field Training officer in the Patrol Division. I currently have over 10 years of Law Enforcement experience. All of my time as a Law Enforcement Officer has been with the Shelby Police Department.

As a Lead Case Officer, I have successfully investigated and obtained convictions on persons for criminal activity, both misdemeanors and felonies to include, but not limited to, breaking and entering, both residential and commercial, larceny, traffic violations, armed robberies, weapons violations and narcotic violations. I have frequently assisted other Case Officers in the investigation of criminal activity where they have successfully obtained convictions. I have worked among and spoken at length with persons involved in criminal activity. Initially, I received over 400 hours of training to become an officer at the Shelby Police Department to include, but not limited to, Police Field Operations, Elements of Criminal Law, Crime Scene Investigation, Basic Narcotics Investigations and Juvenile Law. During my career, I have received over 1000 additional hours of training to include, but not limited to, Legal Updates, Police Law Institute, Interview and Interrogation, Drug Enforcement for Patrol Officers and Gang Investigations. Furthermore, I have attended several conferences pertaining to Gang and Gun Investigations.

The information in this application is based upon my training, experience, knowledge, and any information that I have ascertained during this investigation.

Unless otherwise stated, any reference made to persons, places, or things in this Search Warrant Application are considered to be located in the City of Shelby, which is in the County of Cleveland, and the State of North Carolina.

The person requesting to be searched is DYLANN STORM ROOF (████████████).

On the evening of June 17, 2015, nine people were murdered as the result of a shooting at a church located at 110 Calhoun Street, Charleston, South Carolina. During the investigation of these murders, Law Enforcement Officials ultimately obtained surveillance footage surrounding the incident and identified the shooter as a white male that was driving a dark in color car.

At approximately 6:00 a.m. on June 18, 2015, law enforcement officials published photographs from the video surveillance and began soliciting assistance from the general public via a tip line. A call into this tip line by a subject named Dalton Tyler indicated the shooter in the video that was released was named DYLANN STORM ROOF. Tyler knew ROOF's parents to live in Lexington, South Carolina. Tyler further stated that ROOF

Sworn and subscribed
Before Me On the __18__ Day
Of __June__ , 2015.

_Ashlum J Harris_
Magistrate

_[signature]_
Applicant

D01304

Ex. 54 pg.22 of 68

ATTACHMENT A                                                                              Page 2 of 3
Attachment to Search Warrant Application for the person of DYLANN STORM ROOF ▮▮▮▮▮▮▮▮) by Detective Seth M.
Treadway dated June 18, 2015.

drove a car with a confederate tag that says "South will rise again", ROOF visited Charleston a lot and always talked about segregation and another Civil War.

Shortly after the call from Tyler, the tip line received another call from a female identifying herself as Amber Roof. Amber Roof indicated the subject she observed in the publicly released surveillance footage was her brother, DYLANN STORM ROOF. Amber Roof stated DYLANN STORM ROOF had been living in his black in color Hyundai or Honda. Amber Roof further stated that their parents live in Columbia and both of her parents had called her "in tears" when they saw the pictures on the news. The parent's names are Bennett Roof (father) and Amy Roof (mother). Amber Roof indicated that DYLANN STORM ROOF does own a gun as her mother has seen it.

After the call from Amber Roof, Dalton Tyler called back in to the tip line and indicated he had taken screen shots of the Facebook pages belonging to DYLANN STORM ROOF. These screen shots were supplied to Law Enforcement Officials by Tyler. The person and vehicle depicted in the images appearing in these screen shots were confirmed to be the same person that appears in the surveillance footage of these crimes and the same vehicle that the shooter utilized during the commission of these crimes.

Upon learning the aforementioned facts, investigators began ascertaining information regarding licensing and vehicle registrations of DYLANN STORM ROOF. As investigators were obtaining more information, contact was made with DYLANN STORM ROOF's father, Bennett Roof. Bennett Roof first told investigators over the phone that the images he had seen on the news regarding this incident were images of his son, DYLANN STORM ROOF. He subsequently confirmed the identity of the suspect upon viewing the photos in person, during an interview with investigators.

On June 18, 2015 at approximately 10:33 hours, The Shelby Police Department received a call from a motorist indicating the suspect from this incident was traveling west on US Highway 74 through Shelby. This motorist gave a description of the car and suspect. This car was ultimately stopped on US Highway 74. The driver of the car, DYLANN STORM ROOF (▮▮▮▮▮▮▮▮▮), was taken into custody and interviewed by investigators at the Shelby Police Department. DYLANN STORM ROOF ▮▮▮▮▮▮▮▮) is currently in the custody of the Shelby Police Department and will remain there pending the outcome of this search warrant application.

Based on the facts revealed in this affidavit, the totality of the circumstances would lead a reasonable person to believe items of evidentiary value surrounding the murders of the victims, such as but not limited to DNA, blood, trace evidence and/or gunshot residue, would be located on the person of DYLANN STORM ROOF (▮▮▮▮▮▮). Affiant prays unto the court that a warrant be issued to search the person of DYLANN STORM ROOF (▮▮▮▮▮▮) to obtain clothing, skin swabs and to obtain a DNA profile standard by means of buccal swab, blood sample or both and by a reasonable amount of force if necessary to obtain said standard.

Affiant further requests that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an extremely sensitive ongoing criminal investigation that is neither public nor known to all targets of the investigation. Accordingly,

Sworn and subscribed
Before Me On the ___18___ Day
Of ___June___, 2015.                                    _ashum F Harris_
                                                              Magistrate

                                                              _____
                                                              Applicant

                                                                                    D01305

Ex. 54 pg.23 of 68

ATTACHMENT A                                                                                     Page 3 of 3
Attachment to Search Warrant Application for the person of DYLANN STORM ROOF (████████) by Detective Seth M.
Treadway dated June 18, 2015.

there is good cause to seal these documents because their premature disclosure may seriously jeopardize that
investigation.

Further the AFFIANT sayeth not.

Sworn and subscribed
Before Me On the ___18___ Day
Of ___June___, 2015.

_Ashlynn J Harris_
Magistrate

_____
Applicant

**D01306**

Ex. 54 pg.24 of 68



**State of South Carolina**
County of Charleston
# CRIME VICTIM INFORMATION
*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

### DEFENDANT/JUVENILE INFORMATION

CHECK (✓) COURT WHERE CHARGES WILL BE HEARD: ✓ **General Sessions** ☐ **Summary Court** ☐ **Family Court**

| ACCUSED'S LAST NAME: Root | ACCUSED'S FIRST NAME: Dylann | MIDDLE INITIAL: S |
|---|---|---|

CHARGE(S) Murder (x9) Poss. of Firearm During Violent Crime

| TICKET/ARREST WARRANT(S)# 2015 A 1010 202 655 / 262 672 | DATE OF ARREST 6/18/2015 | OCA# 15-13152 |
|---|---|---|

| ARRESTING OFFICER R. Burkhardt | BADGE NUMBER | POLICE AGENCY CPD |
|---|---|---|

### VICTIM INFORMATION

| VICTIM'S LAST NAME Middleton-Doctor | VICTIM'S FIRST NAME DePayne (REV) |
|---|---|

| STREET ADDRESS ▮▮▮ | CITY/STATE ▮▮▮ | ZIP CODE ▮▮▮ |
|---|---|---|

| MAILING ADDRESS IF DIFFERENT FROM ABOVE | CITY/STATE |
|---|---|

| TELEPHONE NUMBERS OF VICTIMS | HOME | WORK | PAGER | MOBILE |
|---|---|---|---|---|

VICTIM NOTIFICATION IS (✓) REQUESTED OR (  ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.

### ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD

| LAST NAME OF ALTERNATE CONTACT Brown | FIRST NAME Bethane | RELATIONSHIP Sister |
|---|---|---|

| STREET ADDRESS | CITY/STATE | ZIP CODE |
|---|---|---|

| MAILING ADDRESS IF DIFFERENT FROM ABOVE | CITY/STATE | ZIP CODE |
|---|---|---|

| TELEPHONE NUMBERS OF ALTERNATE CONTACT | HOME | WORK | PAGER | MOBILE ▮▮▮ |
|---|---|---|---|---|

### PERSON COMPLETING ABOVE INFORMATION

| NAME OF OFFICER James Jukes | AGENCY CPD | BADGE NUMBER 1516 |
|---|---|---|

| SIGNATURE OF OFFICER J. Jukes | | DATE 6/15/2015 |
|---|---|---|

### CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)

The victim/alternate contact was notified of the bond hearing to be held on 6/19/15 (DATE) at 2:00 pm (TIME) by Miriam Wolfer, Victim Advocate (OFFICER)

☑ Will be present for bond hearing

☐ Will NOT be present for bond hearing

☐ Unable to contact victim

Comments: Ms. Behane Brown was notified and will attend Bond hearing. Phoned at approximately 8:58 a.m.

| Signature of Officer: J. Jukes | Date: 6/15/2015 | Phone# 522-7141 |
|---|---|---|

If more than one victim - PAGE ____ OF ____

CCSO-147 6/13

D01307

Ex. 54 pg.25 of 68



## State of South Carolina
### County of Charleston
# CRIME VICTIM INFORMATION
*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

### DEFENDANT/JUVENILE INFORMATION

CHECK (✓) COURT WHERE CHARGES WILL BE HEARD  [✓] General Sessions   [ ] Summary Court   [ ] Family Court

ACCUSED'S LAST NAME: Roof

ACCUSED'S FIRST NAME: Dylan

MIDDLE INITIAL: S

CHARGE(S): Murder (x9) Poss of Firm Durn Violnt Crime

TICKET/ARREST WARRANT(S)#: 2015 A1010202664 / 202622

DATE OF ARREST: 6/14/15

OCA#: 15-13152

ARRESTING OFFICER: M. Buckhardt

BADGE NUMBER:

POLICE AGENCY: CPD

### VICTIM INFORMATION

VICTIM'S LAST NAME: Pinckney

VICTIM'S FIRST NAME: Clemante

STREET ADDRESS: ▇▇▇    CITY/STATE: ▇▇▇    ZIP CODE: ▇▇▇

MAILING ADDRESS IF DIFFERENT FROM ABOVE:    CITY/STATE:

TELEPHONE NUMBERS OF VICTIMS — HOME:    WORK:    PAGER:    MOBILE:

VICTIM NOTIFICATION IS ( ) REQUESTED OR ( ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.

### ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD

LAST NAME OF ALTERNATE CONTACT: Pinckney

FIRST NAME: Jennifer

RELATIONSHIP: Wife

STREET ADDRESS: ▇▇▇    CITY/STATE: ▇▇▇    ZIP CODE: ▇▇▇

MAILING ADDRESS IF DIFFERENT FROM ABOVE:    CITY/STATE:    ZIP CODE:

TELEPHONE NUMBERS OF ALTERNATE CONTACT — HOME:    WORK:    PAGER:    ▇▇▇

### PERSON COMPLETING ABOVE INFORMATION

NAME OF OFFICER: J. Jackson

AGENCY: CPD

BADGE NUMBER: 1516

SIGNATURE OF OFFICER: J. Jack

DATE: 6/15/15

### CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)

The victim/alternate contact was notified of the bond hearing to be held on 6/19/15 (DATE) at 2:00 p.m. (TIME) by Miriam Walker Victim Advocate (OFFICER)

[ ] Will be present for bond hearing

[ ] Will NOT be present for bond hearing

[✓] Unable to contact victim

at 9:06 a.m.

Comments: Phoned Mrs. Jennifer Pinckney at ▇▇▇ and phone& voice mail full. Could not leave a messag

Signature of Officer: J. Jacks    Date: 6/15/15    Phone#: 555-2134

If more than one victim - PAGE ____ OF ____

CCSO-147 6/13

GOLD Law Enforcement Agency    GRED01308

Ex. 54 pg.26 of 68



## State of South Carolina
### County of Charleston
# CRIME VICTIM INFORMATION

*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

### DEFENDANT/JUVENILE INFORMATION

**CHECK (✓) COURT WHERE CHARGES WILL BE HEARD:** [✗] General Sessions   [ ] Summary Court   [ ] Family Court

**ACCUSED'S LAST NAME:** Roof

**ACCUSED'S FIRST NAME:** Dylann

**MIDDLE INITIAL:** S

**CHARGE(S):** Murder (x9)  Poss of Firearm During Violent Crime

**TICKET/ARREST WARRANT(S)#:** 2015 A 1010 202665 / 202665

**DATE OF ARREST:** 6/14/2015

**OCA#:** 15-70157

**ARRESTING OFFICER:** B. Burkhardt

**BADGE NUMBER:** 943

**POLICE AGENCY:** CPD

### VICTIM INFORMATION

**VICTIM'S LAST NAME:** Simmons, Sr

**VICTIM'S FIRST NAME:** Daniel

**STREET ADDRESS:** ▮▮▮

**CITY/STATE:** ▮▮▮

**ZIP CODE:** ▮▮▮

**MAILING ADDRESS IF DIFFERENT FROM ABOVE:**

**CITY/STATE:**

**TELEPHONE NUMBERS OF VICTIMS:** HOME ___ WORK ___ PAGER ___ MOBILE ___

**VICTIM NOTIFICATION IS (✓) REQUESTED OR ( ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.**

### ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD

**LAST NAME OF ALTERNATE CONTACT:** Simmons, Jr

**FIRST NAME:** Daniel

**RELATIONSHIP:** Son

**STREET ADDRESS:** ▮▮▮

**CITY/STATE:** ▮▮▮

**ZIP CODE:** ▮▮▮

**MAILING ADDRESS IF DIFFERENT FROM ABOVE:**

**CITY/STATE:**

**ZIP CODE:**

**TELEPHONE NUMBERS OF ALTERNATE CONTACT:** HOME ___ WORK ___ PAGER ___ MOBILE ▮▮▮

### PERSON COMPLETING ABOVE INFORMATION

**NAME OF OFFICER:** Jennie Jackson

**AGENCY:** CPD

**BADGE NUMBER:** 1516

**SIGNATURE OF OFFICER:** J. Jackson

**DATE:** 6/5/2015

### CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)

The victim/alternate contact was notified of the bond hearing to be held on **6/20/15 (DATE)** at **9:50 (TIME)** by **Ashley Standafer (OFFICER)**.

[✓] Will be present for bond hearing

[✓] Will NOT be present for bond hearing

[ ] Unable to contact victim

2 people will attend

Comments: ___

**Signature of Officer:** Ashley Standafer   **Date:** 6/20/15   **Phone#:** 720-3033

*If more than one victim - PAGE ___ OF ___*

CCSO-747 6/13

D01309

Ex. 54 pg.27 of 68



## State of South Carolina
### County of Charleston
# CRIME VICTIM INFORMATION
*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

### DEFENDANT/JUVENILE INFORMATION

CHECK (✓) COURT WHERE CHARGES WILL BE HEARD  [✓] **General Sessions**  [ ] **Summary Court**  [ ] **Family Court**

ACCUSED'S LAST NAME: Root
ACCUSED'S FIRST NAME: Dylan
MIDDLE INITIAL: S

CHARGE(S): Murder (x9) Poss of Firearm During Violent Crime

TICKET/ARREST WARRANT(S)#: 2015A1010202666/202677
DATE OF ARREST: 6/15/2015
OCA#: 15-10152

ARRESTING OFFICER: D. Burkhardt
BADGE NUMBER:
POLICE AGENCY: CPD

### VICTIM INFORMATION

VICTIM'S LAST NAME: Hurd
VICTIM'S FIRST NAME: Cynthia

STREET ADDRESS: ▮▮▮▮▮
CITY/STATE: ▮▮▮▮▮
ZIP CODE: ▮▮▮▮▮

MAILING ADDRESS IF DIFFERENT FROM ABOVE:
CITY/STATE:

TELEPHONE NUMBERS OF VICTIMS  HOME:  WORK:  PAGER:  MOBILE:

VICTIM NOTIFICATION IS (✓) REQUESTED OR ( ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.

### ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD

LAST NAME OF ALTERNATE CONTACT: Graham
FIRST NAME: Melvin
RELATIONSHIP: Brother

STREET ADDRESS: ▮▮▮▮▮
CITY/STATE: ▮▮▮▮▮
ZIP CODE: ▮▮▮▮▮

MAILING ADDRESS IF DIFFERENT FROM ABOVE:
CITY/STATE:
ZIP CODE:

TELEPHONE NUMBERS OF ALTERNATE CONTACT  HOME:  WORK:  PAGER:  MOBILE: ▮▮▮▮▮

### PERSON COMPLETING ABOVE INFORMATION

NAME OF OFFICER: James Jackson
AGENCY: CPD
BADGE NUMBER: 1516

SIGNATURE OF OFFICER: Jackson
DATE: 6/15/2015

### CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)

The victim/alternate contact was notified of the bond hearing to be held on
6/19/15 (DATE) at 2:00 p.m (TIME) by Miriam Walker Victim Advocate (OFFICER)

[ ] Will be present for bond hearing
[ ] Will NOT be present for bond hearing  } notified, by not sure.
[ ] Unable to contact victim

Comments: AT 9:16 a.m I spoke to Mr. Melvin Graham and he informed me that He'll think about coming to this Bond Hearing. Having a bad day.

Signature of Officer: J. Jackson
Date: 6/15/2015
Phone#: 522-7154

If more than one victim - PAGE _____ OF _____

CCSO-147 6/13

GREED01310

Ex. 54 pg.28 of 68



## State of South Carolina
### County of Charleston
# CRIME VICTIM INFORMATION
*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

### DEFENDANT/JUVENILE INFORMATION

CHECK (✓) COURT WHERE CHARGES WILL BE HEARD: [✓] General Sessions  [ ] Summary Court  [ ] Family Court

ACCUSED'S LAST NAME: Root

ACCUSED'S FIRST NAME: Dylann

MIDDLE INITIAL: S

CHARGE(S): Murder (x9) Poss. of firearm during violent crime

TICKET/ARREST WARRANT(S)#: 2015 A 1010 202667 / 202672

DATE OF ARREST: 6/14/2015

OCA#: 15-1515?

ARRESTING OFFICER: M. Bucknell

BADGE NUMBER: 443

POLICE AGENCY: CPD

### VICTIM INFORMATION

VICTIM'S LAST NAME: Jackson

VICTIM'S FIRST NAME: Susie (deceased)

TELEPHONE NUMBERS OF VICTIMS — HOME / WORK / PAGER / MOBILE

VICTIM NOTIFICATION IS (✓) REQUESTED OR (  ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.

### ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD

LAST NAME OF ALTERNATE CONTACT: Dilligard and Jackson

FIRST NAME: Eve and Gayle

RELATIONSHIP: Sister / Niece

STREET ADDRESS:

MAILING ADDRESS IF DIFFERENT FROM ABOVE:

TELEPHONE NUMBERS OF ALTERNATE CONTACT — HOME / WORK / PAGER / MOBILE

### PERSON COMPLETING ABOVE INFORMATION

NAME OF OFFICER: J. Jackson

AGENCY: CPD

BADGE NUMBER: 151L

SIGNATURE OF OFFICER: J. Jackson

DATE: 6/15/25

### CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)

The victim/alternate contact was notified of the bond hearing to be held on 6/20/15 (DATE) at 2:00 (TIME) by Ashley Standifer (OFFICER).

[ ] Will be present for bond hearing

[ ] Will NOT be present for bond hearing

[✓] Unable to contact victim

Comments: left voice mails for

Signature of Officer: Ashley Standifer    Date: 6/20/15    Phone#: 720-3032

If more than one victim - PAGE ___ OF ___

CCSO-147 6/13

D01311

Ex. 54 pg.29 of 68



## State of South Carolina
### County of Charleston
# CRIME VICTIM INFORMATION

*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

### DEFENDANT/JUVENILE INFORMATION

CHECK (√) COURT WHERE CHARGES WILL BE HEARD:  [✓] General Sessions   [ ] Summary Court   [ ] Family Court

ACCUSED'S LAST NAME: _____  ACCUSED'S FIRST NAME: Dylann _____ MIDDLE INITIAL: _____

CHARGES: _____ Poss of firearm during a violent crime

TICKET/ARREST WARRANT #: 2015A1010202 666 / 262672    DATE OF ARREST: 6/16/2015    OCA#: 15-0152

ARRESTING OFFICER: M. Burkhardt    BADGE NUMBER: 4443    POLICE AGENCY: CPD

### VICTIM INFORMATION

VICTIM'S LAST NAME: Lance    VICTIM'S FIRST NAME: Ethel

STREET ADDRESS: ███████    CITY/STATE: ███████    ZIP CODE: ███████

MAILING ADDRESS IF DIFFERENT FROM ABOVE: _____   CITY/STATE: _____

TELEPHONE NUMBERS OF VICTIMS:  HOME _____  WORK _____  PAGER _____  MOBILE _____

VICTIM NOTIFICATION IS (√) REQUESTED OR ( ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.

### ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD

LAST NAME OF ALTERNATE CONTACT: Collier    FIRST NAME: Nadene Henry    RELATIONSHIP: daughter & son in law

STREET ADDRESS: ███████    CITY/STATE: ███████    ZIP CODE: ███████

MAILING ADDRESS IF DIFFERENT FROM ABOVE: _____    CITY/STATE: _____    ZIP CODE: _____

TELEPHONE NUMBERS OF ALTERNATE CONTACT:  HOME daughter's# ███████  WORK son-in-law# ███████  PAGER _____  MOBILE _____

### PERSON COMPLETING ABOVE INFORMATION

NAME OF OFFICER: J. Jackson    AGENCY: CPD    BADGE NUMBER: 1316

SIGNATURE OF OFFICER: J. J.    DATE: 6/15/2015

### CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)

The victim/alternate contact was notified of the bond hearing to be held on ___6/20/15___ (DATE) at __2:00pm__ (TIME) by __Ashley Standifer__ (OFFICER).

[✓] Will be present for bond hearing    her & her husband to attend

[ ] Will NOT be present for bond hearing

[✓] Unable to contact victim

Comments: called both #'s ███████ and ███████ left voice mails

Signature of Officer: Ashley Standifer    Date: 6/20/15    Phone#: 720-3032

If more than one victim - PAGE _____ OF _____

CCSO-147 6/13

GRE D01842

Ex. 54 pg.30 of 68



## State of South Carolina
### County of Charleston
# CRIME VICTIM INFORMATION
*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

**DEFENDANT/JUVENILE INFORMATION**

CHECK (✓) COURT WHERE CHARGES WILL BE HEARD: ☒ General Sessions ☐ Summary Court ☐ Family Court

ACCUSED'S LAST NAME: Roof
ACCUSED'S FIRST NAME: Dylann
MIDDLE INITIAL: S

CHARGE(S): Murder (x9) Poss of Firearm During Violent Crime

TICKET/ARREST WARRANT(S)#: 2015A10102026 69/202672
DATE OF ARREST: 6/19/2015
OCA#: 15-1015L

ARRESTING OFFICER: N. Burkhardt
BADGE NUMBER: 443
POLICE AGENCY: CPD

**VICTIM INFORMATION**

VICTIM'S LAST NAME: Singleton
VICTIM'S FIRST NAME: Sharonda

STREET ADDRESS: ▮▮▮
CITY/STATE: ▮▮▮
ZIP CODE: ▮▮▮

MAILING ADDRESS IF DIFFERENT FROM ABOVE:
CITY/STATE:

TELEPHONE NUMBERS OF VICTIMS — HOME: | WORK: | PAGER: | MOBILE:

VICTIM NOTIFICATION IS ( ) REQUESTED OR ( ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.

**ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD**

LAST NAME OF ALTERNATE CONTACT: Melvin
FIRST NAME: Rev.
RELATIONSHIP: brother in law

STREET ADDRESS:
CITY/STATE:
ZIP CODE:

MAILING ADDRESS IF DIFFERENT FROM ABOVE:
CITY/STATE:
ZIP CODE:

TELEPHONE NUMBERS OF ALTERNATE CONTACT — HOME: | WORK: | PAGER: | ▮▮▮

**PERSON COMPLETING ABOVE INFORMATION**

NAME OF OFFICER: J. Julison
AGENCY: LPD
BADGE NUMBER: 1516

SIGNATURE OF OFFICER: J. Julison
DATE: 6/18/15

**CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)**

The victim/alternate contact was notified of the bond hearing to be held on
6/20/15 (DATE) at 9:30am (TIME) by Ashley Standafer (OFFICER)

☒ Will be present for bond hearing
☐ Will NOT be present for bond hearing
☐ Unable to contact victim

Comments: spoke w/ Rev. Melvin will be @ hearing and he will ensure victim's son Chris Singleton is in attendance

Signature of Officer: Ashley Standafer    Date: 6/20/15    Phone#: 720-3032

If more than one victim - PAGE ____ OF ____

CCSO-147 8/13

D01313

Ex. 54 pg.31 of 68



## State of South Carolina
### County of Charleston
# CRIME VICTIM INFORMATION
*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

**DEFENDANT/JUVENILE INFORMATION**

CHECK (✓) COURT WHERE CHARGES WILL BE HEARD: [✓] General Sessions [ ] Summary Court [ ] Family Court

ACCUSED'S LAST NAME: Roof

ACCUSED'S FIRST NAME: Dylann

MIDDLE INITIAL:

CHARGE(S): Murder (x9) Poss of Firearm During Violent Crime

TICKET/ARREST WARRANT(S)#: 2015A1010202670 / 202672

DATE OF ARREST: 6/14/2015

OCA#: 15-13152

ARRESTING OFFICER: D. Buckhardt

BADGE NUMBER: 443

POLICE AGENCY: CPD

**VICTIM INFORMATION**

VICTIM'S LAST NAME: Thompson

VICTIM'S FIRST NAME: Myra

STREET ADDRESS: ▮▮▮▮ CITY/STATE: ▮▮▮▮ ZIP CODE: ▮▮▮▮

MAILING ADDRESS IF DIFFERENT FROM ABOVE: CITY/STATE:

TELEPHONE NUMBERS OF VICTIMS — HOME: WORK: PAGER: MOBILE:

VICTIM NOTIFICATION IS ( ) REQUESTED OR ( ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.

**ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD**

LAST NAME OF ALTERNATE CONTACT: Thompson

FIRST NAME: Anthony

RELATIONSHIP:

STREET ADDRESS: ▮▮▮▮ CITY/STATE: ▮▮▮▮ ZIP CODE: ▮▮▮▮

MAILING ADDRESS IF DIFFERENT FROM ABOVE: CITY/STATE: ZIP CODE:

TELEPHONE NUMBERS OF ALTERNATE CONTACT — HOME: WORK: PAGER: MOBILE: ▮▮▮▮

**PERSON COMPLETING ABOVE INFORMATION**

NAME OF OFFICER: J. Jilisz

AGENCY: CPD

BADGE NUMBER: 1516

SIGNATURE OF OFFICER: J. Jail

DATE: 6/16/2015

**CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)**

The victim/alternate contact was notified of the bond hearing to be held on

6/20/15 (DATE) at 9:40 (TIME) by Ashley Standafer (OFFICER).

[✓] Will be present for bond hearing

[ ] Will NOT be present for bond hearing

[ ] Unable to contact victim

Comments: Both Rev. Thompson and Denise Quarles were on the phone at same time.

Signature of Officer: Ashley Standafer    Date: 6/20/15    Phone#: 720-3037

If more than one victim - PAGE ____ OF ____

CCSO-147 6/13

D01314



**State of South Carolina**
County of Charleston
# CRIME VICTIM INFORMATION
*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

## DEFENDANT/JUVENILE INFORMATION

CHECK (✓) COURT WHERE CHARGES WILL BE HEARD: ☒ General Sessions ☐ Summary Court ☐ Family Court

ACCUSED'S LAST NAME: Root
ACCUSED'S FIRST NAME: Dylann
MIDDLE INITIAL: S

CHARGE(S): Murder (9) Poss of Firearm During a Violent Crime

TICKET/ARREST WARRANT(S)#: K-740365 / 2015A1010 / 2022672
DATE OF ARREST: 6/18/15
OCA#: 15-13152

ARRESTING OFFICER: A. Burckhardt
BADGE NUMBER: 443
POLICE AGENCY: CPD

## VICTIM INFORMATION

VICTIM'S LAST NAME: Sanders
VICTIM'S FIRST NAME: Tiwanza (deceased)
CITY/STATE: ▮
ZIP CODE: ▮

MAILING ADDRESS IF DIFFERENT FROM ABOVE: ▮
CITY/STATE: ▮

TELEPHONE NUMBERS OF VICTIMS: HOME / WORK / PAGER / MOBILE

VICTIM NOTIFICATION IS (✓) REQUESTED OR ( ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.

## ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD

LAST NAME OF ALTERNATE CONTACT: Sanders
FIRST NAME: Felicia and Tyron
RELATIONSHIP: (parents)

STREET ADDRESS: 
CITY/STATE: 
ZIP CODE: 

MAILING ADDRESS IF DIFFERENT FROM ABOVE: 
CITY/STATE: 
ZIP CODE: 

TELEPHONE NUMBERS OF ALTERNATE CONTACT: HOME / WORK / PAGER

## PERSON COMPLETING ABOVE INFORMATION

NAME OF OFFICER: J. Jackson
AGENCY: CPD
BADGE NUMBER: 1516

SIGNATURE OF OFFICER: J. Jackson
DATE: 6/15/15

## CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)

The victim/alternate contact was notified of the bond hearing to be held on 6/20/15 (DATE) at 2:00 pm (TIME) by Ashley Stamaier (OFFICER).

☐ Will be present for bond hearing
☐ Will NOT be present for bond hearing
☒ Unable to contact victim

Comments: mail box full

Signature of Officer: Ashley Stamaier     Date: 6/20/15     Phone#: 720-3032

If more than one victim - PAGE ____ OF ____

CCSO-147 6/13

D01315

| | |
|---|---|
| SAW/0306060<br>WITNESSES | DOCKET NO. 2015-GS-10-04186 |

**The State of South Carolina**

County of Charleston

Charleston City Police Department

---

**AGENCY CASE NUMBER**

---

**COURT OF GENERAL SESSIONS**

**JULY TERM 2015**

---

**ARREST WARRANT NUMBER**

2015-GS-10-04186

**DATE OF ARREST**

06/18/2015

**THE STATE**

**ACTION OF GRAND JURY**

VS.

TRUE BILL

**DYLANN STORM ROOF**
W/M   DOB: ███████

JUL 07 2015

Foreperson of Grand Jury:        Date:

**VERDICT**

**Indictment for**

**ATTEMPTED MURDER**

SC Code: § 16-03-0029
CDR Code: 3410

Foreperson of Petit Jury        Date:



FILED
2015 JUL -7  AM 10: 37
JULIE J. ARMSTRONG
CLERK OF COURT
BY: _____

D01316

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

INDICTMENT

At a Court of General Sessions, convened on July 6, 2015, the Grand Jurors of Charleston County present upon their oath:

**ATTEMPTED MURDER**

That in Charleston County, South Carolina, on or about June 17, 2015, the Defendant, Dylann Storm Roof, did, with intent to kill and malice aforethought, attempt to kill Jane Doe 1 a confidential minor victim born in 2004. This is in violation of Section 16-3-29 of the South Carolina Code of Laws (1976) as amended.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

_Scarlett A. Wilson_

SCARLETT A. WILSON
SOLICITOR

D01317

Ex. 54 pg.35 of 68

SAW/0306060
WITNESSES

Charleston City Police Department

AGENCY CASE NUMBER

ARREST WARRANT NUMBER

2015-GS-10-04187

DATE OF ARREST

06/18/2015

ACTION OF GRAND JURY

TRUE BILL

JUL B 7 · 2015

Foreperson of Grand Ju          Date:

VERDICT

Foreperson of Petit Jury          Date:

DOCKET NO. 2015-GS-10-04187

The State of South Carolina
County of Charleston

COURT OF GENERAL SESSIONS
JULY TERM 2015

THE STATE

VS.

DYLANN STORM ROOF
W/M   DOB: ███████

Indictment for

ATTEMPTED MURDER

SC Code: § 16-03-0029
CDR Code: 3410

FILED
2015 JUL -7 AM 10: 38
JULIE J. ARMSTRONG
CLERK OF COURT
BY

D01318

Ex. 54 pg.36 of 68

STATE OF SOUTH CAROLINA     |           INDICTMENT

COUNTY OF CHARLESTON     |

At a Court of General Sessions, convened on July 6, 2015, the Grand Jurors of Charleston County present upon their oath:

**ATTEMPTED MURDER**

That in Charleston County, South Carolina, on or about June 17, 2015, the Defendant, Dylann Storm Roof, did, with intent to kill and malice aforethought, attempt to kill Jane Doe 2, a confidential victim born in 1944. This is in violation of Section 16-3-29 of the South Carolina Code of Laws (1976) as amended.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

Scarlett A. Wilson

SCARLETT A. WILSON
SOLICITOR

D01319

Ex. 54 pg.37 of 68

SAW/0306060
WITNESSES

Charleston City Police Department

AGENCY CASE NUMBER

ARREST WARRANT NUMBER

2015-GS-10-04188

DATE OF ARREST

06/18/2015

ACTION OF GRAND JURY

**TRUE BILL**

JUL 07 2015

Foreperson of Grand Jury          Date:

VERDICT

Foreperson of Petit Jury          Date:

DOCKET NO. 2015-GS-10-04188

**The State of South Carolina**

County of Charleston

COURT OF GENERAL SESSIONS

JULY TERM 2015

THE STATE

VS.

**DYLANN STORM ROOF**
W/M ███████

Indictment for

ATTEMPTED MURDER

SC Code: § 16-03-0029
CDR Code: 3410

FILED

2015 JUL -7 AM 10: 37

JULIE J. ARMSTRONG
CLERK OF COURT

BY:

D01320

Ex. 54 pg.38 of 68

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

INDICTMENT

At a Court of General Sessions, convened on July 6, 2015, the Grand Jurors of Charleston County present upon their oath:

### ATTEMPTED MURDER

That in Charleston County, South Carolina, on or about June 17, 2015, the Defendant, Dylann Storm Roof, did, with intent to kill and malice aforethought, attempt to kill Jane Doe 3, a confidential victim born in 1957. This is in violation of Section 16-3-29 of the South Carolina Code of Laws (1976) as amended.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

SCARLETT A. WILSON
SOLICITOR

D01321

Ex. 54 pg.39 of 68

STATE OF SOUTH CAROLINA
COUNTY OF CHARLESTON

IN THE COURT OF GENERAL SESSIONS
NINTH JUDICIAL CIRCUIT

STATE OF SOUTH CAROLINA,

Plaintiff,

v.

DYLANN S. ROOF,

Defendant.

FILED
2015 JUL 10 PM 1:17
JULIE J. ARMSTRONG
CLERK OF COURT

| Docket Number: | |
|---|---|
| | 2015-GS-10-4123 – Murder |
| | 2015-GS-10-4115 – Murder |
| | 2015-GS-10-4116 – Murder |
| | 2015-GS-10-4117 – Murder |
| | 2015-GS-10-4118 – Murder |
| | 2015-GS-10-4119 – Murder |
| | 2015-GS-10-4120 – Murder |
| | 2015-GS-10-4121 – Murder |
| | 2015-GS-10-4122 – Murder |
| | 2015-GS-10-4124 – Possession of a Weapon During the Commission of a Violent Crime |
| | 2015-GS-10-4186 – Attempted Murder |
| | 2015-GS-10-4187 – Attempted Murder |
| | 2015-GS-10-4188 – Attempted Murder |

### SUA SPONTE ORDER IMPLEMENTING A TEMPORARY PROTECTION ORDER

THIS COURT FINDS THAT due to substantial pre-trial publicity, the Defendant's right to a fair and impartial trial could be in jeopardy. This Court must act to preserve the Defendant's ability to receive a fair trial and to that end:

IT IS THEREFORE ORDERED THAT until a hearing on the release of materials regarding this prosecution is held, all potential trial participants in these proceedings shall be prohibited from divulging any prejudicial matter or making any extrajudicial statement that has a substantial likelihood of materially prejudicing any adjudicative proceedings, including jury selection, in the above captioned matter. See Rule 3.6(a), S.C. Rules of Professional Conduct. Attorneys for the State and for the Defendant must exercise reasonable care to prevent persons assisting or associated with their litigation teams from making improper extrajudicial statements, even when such persons are not under their direct supervision. This Order shall apply to all solicitors, defense attorneys, court officials, all law enforcement officers involved in the

D01322

Ex. 54 pg.40 of 68

investigation as well as any other members of their respective law enforcement agencies, coroner and all members of her office, the medical examiner and any other persons involved in the investigation or potentially involved in the trial of this matter. This order exempts these matters from disclosure under SC Code 30-4-40.

IT IS FURTHER ORDERED THAT the information which shall not be disseminated shall specifically include but not be limited to any recordings of the 911 calls, the reports of the medical examiner, any reports of the coroner, reports of any forensic examinations, any pathology reports, the investigative reports from this case, statements of any witnesses and any information from the Defendant's medical and/or mental health records.

IT IS ALSO ORDERED THAT nothing in this Order shall be construed to limit any rights of the media or the public pursuant to the First Amendment or to limit public access to court proceedings as allowed by Court Order or statute, nor shall it limit (1) prosecutors from making statements that are necessary to inform the public of the nature and extent of the prosecutor's action and that serve a legitimate law enforcement purpose, or (2) prevent a lawyer from making make a statement that a reasonable lawyer would believe is required to protect a client from the substantial undue prejudicial effect of recent publicity not initiated by the lawyer or the lawyer's client, provided that such statement is limited to such information as is necessary to mitigate the recent adverse publicity. Rule 3.6(c), S.C. Rules of Professional Conduct. .

IT IS ALSO ORDERED THAT the Court will address this issue further on Thursday, July 16, 2015 at 10:00 AM at the Charleston County Courthouse.

SO ORDERED this _10_ day _July_ 2015.

The Honorable J.C. Nicholson
Circuit Court Judge, Ninth Judicial Circuit
State of South Carolina

BY
CLERK OF COURT
JULIE J. ARMSTRONG

2015 JUL 10 PM 1: 17

FILED

D01323

Ex. 54 pg.41 of 68

## ARREST WARRANT

### K- 740365

#### STATE OF SOUTH CAROLINA

☐ County/ ☑ Municipality of
Charleston

**THE STATE**
against

Dylann Storm Roof

Address: ▮▮▮▮▮▮▮▮▮▮▮▮

Phone: _____ SSN: _____
Sex: M Race: W Height: 5'9 Weight: 120
DL State: SC DL#: ▮▮▮▮▮
DOB: ▮▮▮▮ Agency ORI#: SC0100100
Prosecuting Agency: Charleston Police Dept.
Prosecuting Officer: R. Burckhardt
Offense: Murder
                    Offense Code: _____
Code/Ordinance Sec: 16-3-10

This Warrant is **CERTIFIED FOR SERVICE** in the
☐ County/ ☐ Municipality of
_____. The accused
is to be arrested and brought before me to be
dealt with according to law.

_____ (L.S.)
Signature of Judge

Date: _____

#### RETURN

A copy of this arrest warrant was delivered to
defendant Dylann Storm Roof
on 6/19/2015

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**

---

STATE OF SOUTH CAROLINA )
☐ County/ ☑ Municipality of )
Charleston )

Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 618

## AFFIDAVIT

Personally appeared before me the affiant Det. Richard Burckhardt who
being duly sworn deposes and says that defendant Dylann Storm Roof
did within this county and state on 17 June 2015 violate the criminal laws of the
State of South Carolina (or ordinance of ☐ County/ ☑ Municipality of Charleston )
in the following particulars:
**DESCRIPTION OF OFFENSE:** Murder 16-3-10

I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

— See Attachment —

ORIGINAL

Charleston Police
JUN 18 2015
NCIC Operations

Signature of Affiant _____

STATE OF SOUTH CAROLINA )
☐ County/ ☑ Municipality of )
Charleston )

Affiant's Address 180 Lockwood Blvd
                    Chas   SC   29403
Affiant's Telephone 843 577-7434

### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:
It appearing from the above affidavit that there are reasonable grounds to believe that
on 17 June 2015 defendant Dylann Storm Roof
did violate the criminal laws of the State of South Carolina (or ordinance of
☐ County/ ☑ Municipality of Charleston ) as set forth below:
**DESCRIPTION OF OFFENSE:**

Murder 16-3-10

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said
defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to
the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me
on June 18, 2015

_____ (L.S.)
Signature of Issuing Judge
Judge Code: _____

Judge's Address 100 Meeting Street
CHARLESTON SC 29401
Judge's Telephone 958-5000
Issuing Court: ☐ Magistrate ☐ Municipal ☑ Circuit

ORIGINAL

D01324

Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                                                                    AFFIDAVIT

Personally appear before me, a magistrate of this county one,     Detective Richard Burckhardt, who first being duly sworn deposed and says that,  Dylann Storm Roof, did within this county and state on the     17th of June, 2015     violate the criminal laws of the State of South Carolina in the following particular:

### DESCRIPTION OF OFFENSE

16-3-10
(Murder)



JUN 18 2015

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit:
The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall striking the victim, Mr. Tywanza Sanders multiple times as well as eight other parishioners. Mr. Sanders died as a result of his injuries. Prior to leaving the bible study room he stood over a witness to be named later and uttered a racially inflammatory statement to the witness. Video surveillance from the church captured a dark in color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m. An individual (white male, slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the church's side entrance which led to the bible study room. Approximately an hour later, the same individual emerges, looks both ways and then exits the building carrying a handgun. He climbs back into the Hyundai and flees the area. Still photographs of the individual were taken from the surveillance video and released to the media nationwide. The father and uncle of the defendant contacted CPD and positively identified the defendant and his vehicle as those they saw in the photographs. Further, the defendant's father told investigators that his son owns a .45 caliber handgun. .45 cal. fired casings were recovered from the crime scene. Additionally, the defendant matches the physical description and age of the shooter (described by witnesses who can be named later as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old) The defendant has a "bowl" haircut as can be seen on the video. South Carolina DMV records show the defendant as being the registered owner of a black 2000 Hyundai Elantra (SC Tag ▇▇▇▇). The above is true and believable based on the observations of witnesses along with the investigations of the Charleston Police Department.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS     18     DAY OF  JUNE     2015

_____ (L.S.)
SIGNATURE OF JUDGE                Circuit Ct.
COMPLAINT #     15-10152          217
WARRANT #       K-740365
INVESTIGATING OFFICER:   Det. Burckhardt

AFFIANT
180 Lockwood Blvd.
Charleston, SC 29403
843-577-7434

CPD Form OT3

D01325

## ARREST WARRANT

### 2015A1010202655

**STATE OF SOUTH CAROLINA**

[X] County/     [ ] Municipality of

Charleston

THE STATE
against

Dylann Storm Roof

Address: ███████████

███████████

Phone: _____  SSN: ███████

Sex: M   Race: ___   Height: 5  9  Weight: 120

DL State: SC   DL #: ___

DOB: ███████   Agency ORI #: SC0100100

Prosecuting Agency: Charleston City Police Department

Prosecuting Officer: Richard Burckhardt - 0065

Offense: Murder / Murder

Offense Code: 0116

Code/Ordinance Sec: 16-03-0010, 0020

This warrant is CERTIFIED FOR SERVICE in the

[ ] County/   [ ] Municipality of

The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)

Signature of Judge

Date: _____

### RETURN

A copy of this arrest warrant was delivered to defendant Dylann Storm Roof on 6/19/2015

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions

Charleston County Judicial Center

100 Broad Street, Suite 106

Charleston, SC 29401

---

**STATE OF SOUTH CAROLINA**          **AFFIDAVIT**          ORIGINAL

[X] County/   [ ] Municipality of

Charleston

Form Approved by S.C. Attorney General April 21, 2003 SCCA 518

Personally appeared before me the affiant Richard Burckhardt who being duly sworn deposes and says that defendant Dylann Storm Roof did within this county and state on or about 6/17/2015 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Charleston) in the following particulars:

DESCRIPTION OF OFFENSE: Murder / Murder

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

See Attached Affidavit

Signature of Affiant

**STATE OF SOUTH CAROLINA**

[X] County/   [ ] Municipality of

Charleston

Affiant's Address    180 Lockwood Blvd.
Charleston, SC 29403-

Affiant's Telephone   (843)577-7434

### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about 6/17/2015 defendant Dylann Storm Roof did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of Charleston) as set forth below:

DESCRIPTION OF OFFENSE: Murder / Murder

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me on 6/19/2015

(L.S.)

Signature of Issuing Judge

James Benjamin Gosnell Jr.

Judge Code:   5904

Judge's Address    3831 Leeds Avenue, Ste 100
North Charleston, SC 29405-

Judge's Telephone   (843)745-2390

Issuing Court: [X] Magistrate  [ ] Municipal  [ ] Circuit

D01326

Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                              AFFIDAVIT

Personally appear before me, a magistrate of this county one,    Detective Richard Burckhardt,
who first being duly sworn deposed and says that,   Dylann Storm Roof,
did within this county and state on the        17th of June, 2015      violate the criminal laws of the State of South
Carolina in the following particular:

DESCRIPTION OF OFFENSE

16-3-10
(Murder)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth
and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street
which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did
knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit:
The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who
were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up
and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall
striking the victim, Ms. Depayne Doctor multiple times as well as eight other parishioners. Ms. Doctor died as
result of his injuries. Prior to leaving the bible study room he stood over a witness to be named later and
uttered a racially inflammatory statement to the witness. Video surveillance from the church captured a dark in
color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m. An individual (white male,
slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the church's
side entrance which led to the bible study room. Approximately an hour later, the same individual emerges,
looks both ways and then exits the building carrying a handgun. He climbs back into the Hyundai and flees the
area. Still photographs of the individual were taken from the surveillance video and released to the media
nationwide. The father and uncle of the defendant contacted CPD and positively identified the defendant and
his vehicle as those they saw in the photographs. Further, the defendant's father told investigators that his son
owns a .45 caliber handgun. .45 cal. fired casings were recovered from the crime scene. Additionally, the
defendant matches the physical description and age of the shooter (described by witnesses who can be named
later as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old)  The defendant
has a "bowl" haircut as can be seen on the video. South Carolina DMV records show the defendant as being the
registered owner of a black 2000 Hyundai Elantra (SC Tag # ▮▮▮▮ ). The above is true and believable based
on the observations of witnesses along with the investigations of the Charleston Police Department.

WORN TO AND SUBSCRIBED BEFORE ME

THIS        19        DAY OF   June      2015                           AFFIANT
                                                                        180 Lockwood Blvd.
                                                                        Charleston, SC 29403
                                                                        843-577-7434

_____ (L.S.)
SIGNATURE OF JUDGE
COMPLAINT #    15-10152
WARRANT #    K-740365
INVESTIGATING OFFICER:    Det. Burckhardt                              CPD Form QT3

D01327

Ex. 54 pg.45 of 68

ARREST WARRANT

## 2015A1010202664

STATE OF SOUTH CAROLINA

[X] County/     [ ] Municipality of

Charleston

THE STATE
against

Dylann Storm Roof

Address: ▮▮▮▮▮▮

▮▮▮▮▮▮

Phone: ▮▮▮▮     SSN: ▮▮▮
Sex: M   Race: ▮   Height: 5   9   Weight: 120
DL State: SC   DL #: ▮▮▮
▮▮ ▮▮   Agency ORI #: SC0100100
Prosecuting Agency: Charleston City Police Department
Prosecuting Officer: Richard Burckhardt - 0065
Offense: Murder / Murder

Offense Code:   0116
Code/Ordinance Sec:  16-03-0010, 0020

This warrant is   CERTIFIED   FOR   SERVICE   in   the
[ ] County/   [ ] Municipality of

The accused
is to be arrested and brought before me to be
dealt with according to the law.

(L.S.)

Signature of Judge

Date:

RETURN

A copy of this arrest warrant was delivered to
defendant   Dylann Storm Roof
on   6/17/2015

Sgt. _____

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions
Charleston County Judicial Center
100 Broad Street, Suite 106
Charleston, SC 29401

Ex. 54 pg.47 of 69

STATE OF SOUTH CAROLINA     )
[X] County/   [ ] Municipality of   )     AFFIDAVIT     ORIGINAL
)
Charleston     )

Personally appeared before me the affiant   Richard Burckhardt     who
being duly sworn deposes and says that defendant   Dylann Storm Roof
did within this county and state on or about   6/17/2015     violate the criminal laws of the
State of South Carolina (or ordinance of   [X] County/   [ ] Municipality of   Charleston     )
in the following particulars:

DESCRIPTION OF OFFENSE:  Murder / Murder

I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

See Attached Affidavit

Signature of Affiant

STATE OF SOUTH CAROLINA     )
[X] County/   [ ] Municipality of   )     Affiant's Address     180 Lockwood Blvd.
)     Charleston, SC 29403-
Charleston     )     Affiant's Telephone   (843)577-7434

ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that

on or about   6/17/2015     defendant   Dylann Storm Roof
did violate the criminal laws of the State of South Carolina (or ordinance of
[X] County/   [ ] Municipality of   Charleston     ) as set forth below:

DESCRIPTION OF OFFENSE:  Murder / Murder

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or
her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as
soon thereafter as is practicable

Sworn to and subscribed before me     )
on 6/19/2015     )
)
(L.S.)   )     Judge's Address   3831 Leeds Avenue, Ste 100
Signature of Issuing Judge     )     North Charleston, SC 29405-
James Benjamin Gosnell Jr.     Judge's Telephone   (843)745-2390
Judge Code:   5904     D01328
Issuing Court:   [X] Magistrate   [ ] Municipal   [ ] Circuit

Ex. 54 pg.46 of 68

Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                                    AFFIDAVIT

Personally appear before me, a magistrate of this county one,   Detective Richard Burckhardt, who first being duly sworn deposed and says that,   Dylann Storm Roof, did within this county and state on the      17th of June, 2015     violate the criminal laws of the State of South Carolina in the following particular:

DESCRIPTION OF OFFENSE

16-3-10
(Murder)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit:
The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall striking the victim, Mr. Clementa Pinckney multiple times as well as eight other parishioners. Mr. Pinckney died as a result of his injuries. Prior to leaving the bible study room he stood over a witness to be named later and uttered a racially inflammatory statement to the witness. Video surveillance from the church captured a dark in color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m. An individual (white male, slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the church's side entrance which led to the bible study room. Approximately an hour later, the same individual emerges, looks both ways and then exits the building carrying a handgun. He climbs back into the Hyundai and flees the area. Still photographs of the individual were taken from the surveillance video and released to the media nationwide. The father and uncle of the defendant contacted CPD and positively identified the defendant and his vehicle as those they saw in the photographs. Further, the defendant's father told investigators that his son owns a .45 caliber handgun. .45 cal. fired casings were recovered from the crime scene. Additionally, the defendant matches the physical description and age of the shooter (described by witnesses who can be named later as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old) The defendant has a "bowl" haircut as can be seen on the video. South Carolina DMV records show the defendant as being the registered owner of a black 2000 Hyundai Elantra (SC Tag # ███████ . The above is true and believable based on the observations of witnesses along with the investigations of the Charleston Police Department.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS     19     DAY OF    June     2015

                                                                    AFFIANT
                                                                    180 Lockwood Blvd.
                                                                    Charleston, SC 29403
                                                                    843-577-7434

_____(L.S.)
SIGNATURE OF JUDGE
COMPLAINT #   15-10152
WARRANT #     K-740365
INVESTIGATING OFFICER:   Det. Burckhardt                          CPD Form OT3

                                                                    D01329

Ex. 54 pg.47 of 68

ARREST WARRANT

## 2015A1010202665

STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

Charleston

THE STATE
against

Dylann Storm Roof

Address: ███████████

███████████

Phone: _____    SSN: █████████

Sex: M    Race: ___    Height: 5  9  Weight: 120

DL State: SC    DL #: _____

DOB: _____    Agency ORI #: SC0100100

Prosecuting Agency: Charleston City Police Department

Prosecuting Officer: Richard Burckhardt - 0065

Offense: Murder / Murder

Offense Code: 0116

Code/Ordinance Sec: 16-03-0010, 0020

This warrant is    CERTIFIED  FOR  SERVICE  in the

[ ] County/    [ ] Municipality of

The accused
is to be arrested and brought before me to be
dealt with according to the law.

_____ (L.S.)
Signature of Judge

Date: _____

### RETURN

A copy of this arrest warrant was delivered to
defendant    Dylann Storm Roof
on    6/19/2015

_____
Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions
Charleston County Judicial Center
100 Broad Street, Suite 106
Charleston, SC 29401

STATE OF SOUTH CAROLINA    )

[X] County/    [ ] Municipality of    )

Charleston    )

ORIGINAL    Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 618

### AFFIDAVIT

Personally appeared before me the affiant  Richard Burckhardt  who
being duly sworn deposes and says that defendant  Dylann Storm Roof
did within this county and state on or about  6/17/2015  violate the criminal laws of the
State of South Carolina (or ordinance of  [X] County/  [ ] Municipality of  Charleston  )
in the following particulars:

DESCRIPTION OF OFFENSE: Murder / Murder

I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

See Attached Affidavit

Signature of Affiant _____

STATE OF SOUTH CAROLINA    )

[X] County/    [ ] Municipality of    )

Charleston    )

Affiant's Address  180 Lockwood Blvd.
Charleston, SC 29403-

Affiant's Telephone  (843)577-7434

### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:
It appearing from the above affidavit that there are reasonable grounds to believe that
on or about  6/17/2015  defendant  Dylann Storm Roof
did violate the criminal laws of the State of South Carolina (or ordinance of
[X] County/  [ ] Municipality of  Charleston  ) as set forth below:

DESCRIPTION OF OFFENSE: Murder / Murder

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or
her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as
soon thereafter as is practicable

Sworn to and subscribed before me    )
on 6/19/2015    )

_____ (L.S.)    )
Signature of Issuing Judge    )
James Benjamin Gosnell Jr.    )
Judge Code:    5904    )

Judge's Address  3831 Leeds Avenue, Ste 100
North Charleston, SC 29405-

Judge's Telephone  (843)745-2390

Issuing Court: [X] Magistrate  [ ] Municipal  [ ] Circuit

D01330

## Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                                              AFFIDAVIT

Personally appear before me, a magistrate of this county one,    Detective Richard Burckhardt,
who first being duly sworn deposed and says that,   Dylann Storm Roof,
did within this county and state on the     17th of June, 2015     violate the criminal laws of the State of South
Carolina in the following particular:

DESCRIPTION OF OFFENSE

16-3-10
(Murder)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth
and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street
which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did
knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit:
The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who
were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up
and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall
striking the victim, Mr. Daniel Simmons multiple times as well as eight other parishioners. Mr. Simmons died
as a result of his injuries. Prior to leaving the bible study room he stood over a witness to be named later and
uttered a racially inflammatory statement to the witness. Video surveillance from the church captured a dark in
color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m. An individual (white male,
slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the church's
side entrance which led to the bible study room. Approximately an hour later, the same individual emerges,
looks both ways and then exits the building carrying a handgun. He climbs back into the Hyundai and flees the
area. Still photographs of the individual were taken from the surveillance video and released to the media
nationwide. The father and uncle of the defendant contacted CPD and positively identified the defendant and
his vehicle as those they saw in the photographs. Further, the defendant's father told investigators that his son
owns a .45 caliber handgun. .45 cal. fired casings were recovered from the crime scene. Additionally, the
defendant matches the physical description and age of the shooter (described by witnesses who can be named
later as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old). The defendant
has a "bowl" haircut as can be seen on the video. South Carolina DMV records show the defendant as being the
registered owner of a black 2000 Hyundai Elantra (SC Tag # ████). The above is true and believable based
on the observations of witnesses along with the investigations of the Charleston Police Department.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS     19     DAY OF   June     2015                          _____
                                                                                     AFFIANT
                                                                                     180 Lockwood Blvd.
                                                                                     Charleston, SC 29403
                                                                                     843-577-7434

_____ (L.S.)
SIGNATURE OF JUDGE
COMPLAINT #     15-10152
WARRANT #        K-740365
INVESTIGATING OFFICER:    Det. Burckhardt                          CPD Form OT3

                                                                                     D01331

Ex. 54 pg.49 of 68

ARREST WARRANT

## 2015A1010202666
STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

Charleston

THE STATE
against:

Dylann Storm Roof

Address:  ▓▓▓▓▓▓▓
       ▓▓▓▓▓▓▓

Phone:           SSN: ▓▓▓▓
Sex: M   Race:    Height: 5   9   Weight:   120
DL State: SC   DL #:
DOB: ▓▓▓▓     Agency ORI #: SC0100100
Prosecuting Agency:   Charleston City Police Department
Prosecuting Officer:   Richard Burckhardt - 0065
Offense: Murder / Murder

Offense Code:    0116
Code/Ordinance Sec:   16-03-0010, 0020

This warrant is   CERTIFIED FOR SERVICE   in the
[ ] County/    [ ] Municipality of

                      . The accused
is to be arrested and brought before me to be
dealt with according to the law.

                             (L.S.)

           Signature of Judge

Date:

### RETURN
A copy of this arrest warrant was delivered to
defendant
on    Dylann Storm Roof
     6/19/2015

       Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:
General Sessions
Charleston County Judicial Center
100 Broad Street, Suite 106
Charleston, SC 29401

---

STATE OF SOUTH CAROLINA     )
[X] County/    [ ] Municipality of    )
                       )
Charleston            )

**AFFIDAVIT**        ORIGINAL   Form Approved by S.C. Attorney General April 21, 2003 SCCA 518

Personally appeared before me the affiant   Richard Burckhardt     wh(
being duly sworn deposes and says that defendant   Dylann Storm Roof
did within this county and state on or about   6/17/2015     violate the criminal laws of the
State of South Carolina (or ordinance of [X] County/ [ ] Municipality of   Charleston
in the following particulars:

DESCRIPTION OF OFFENSE: Murder / Murder

I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

See Attached Affidavit

                     Signature of Affiant

STATE OF SOUTH CAROLINA     )
[X] County/    [ ] Municipality of    )
                       )
Charleston            )

Affiant's Address    180 Lockwood Blvd.
                    Charleston, SC 29403-
Affiant's Telephone   (843)577-7434

### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:
     It appearing from the above affidavit that there are reasonable grounds to believe that
on or about   6/17/2015        defendant   Dylann Storm Roof
did violate the criminal laws of the State of South Carolina (or ordinance of
[X] County/ [ ] Municipality of   Charleston        ) as set forth below:

DESCRIPTION OF OFFENSE: Murder / Murder

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or
her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as
soon thereafter as is practicable
Sworn to and subscribed before me     )
on 6/19/2015              )
                      )   Judge's Address    3831 Leeds Avenue, Ste 100
                     (L.S.) )               North Charleston, SC 29405-
   Signature of Issuing Judge         )
James Benjamin Gosnell Jr.        )   Judge's Telephone   (843)745-2390
Judge Code:   5904             )   Issuing Court: [X] Magistrate   [ ] Municipal   [ ] Circuit

D01332

## Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                                    AFFIDAVIT

Personally appear before me, a magistrate of this county one,  Detective Richard Burckhardt, who first being duly sworn deposed and says that,  Dylann Storm Roof, did within this county and state on the  17th of June, 2015  violate the criminal laws of the State of South Carolina in the following particular:

DESCRIPTION OF OFFENSE

16-3-10
(Murder)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit:
The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall striking the victim, Ms. Cynthia Hurd  multiple times as well as eight other parishioners. Ms. Hurd died as a result of his injuries. Prior to leaving the bible study room he stood over a witness to be named later and uttered a racially inflammatory statement to the witness. Video surveillance from the church captured a dark in color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m. An individual (white male, slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the church's side entrance which led to the bible study room. Approximately an hour later, the same individual emerges, looks both ways and then exits the building carrying a handgun. He climbs back into the Hyundai and flees the area. Still photographs of the individual were taken from the surveillance video and released to the media nationwide. The father and uncle of the defendant contacted CPD and positively identified the defendant and his vehicle as those they saw in the photographs. Further, the defendant's father told investigators that his son owns a .45 caliber handgun. .45 cal. fired casings were recovered from the crime scene. Additionally, the defendant matches the physical description and age of the shooter (described by witnesses who can be named later as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old) The defendant has a "bowl" haircut as can be seen on the video. South Carolina DMV records show the defendant as being the registered owner of a black 2000 Hyundai Elantra (SC Tag # ▉▉▉▉  The above is true and believable based on the observations of witnesses along with the investigations of the Charleston Police Department.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS    19    DAY OF    June    2015

_____ (L.S.)
SIGNATURE OF JUDGE
COMPLAINT #    15-10152
WARRANT #    K-740365
INVESTIGATING OFFICER:  Det. Burckhardt

AFFIANT
180 Lockwood Blvd.
Charleston, SC 29403
843-577-7434

CPD Form OT3

D01333

Ex. 54 pg.51 of 68

ARREST WARRANT

## 2015A1010202667

STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

Charleston

THE STATE
against

Dylann Storm Roof

Address:

Phone:              SSN:

Sex:  M    Race:                        120

DL State:   SC    DL #:

DOB:                Agency ORI #:   SC0100100

Prosecuting Agency:    Charleston City Police Department

Prosecuting Officer:    Richard Burckhardt - 0065

Offense:  Murder / Murder

Offense Code:    0116

Code/Ordinance Sec:   16-03-0010, 0020

This warrant is    CERTIFIED FOR SERVICE    in the
[ ] County/    [ ] Municipality of
                                        The accused
is to be arrested and brought before me to be
dealt with according to the law.

                                        (L.S.)

Signature of Judge

Date:

### RETURN

A copy of this arrest warrant was delivered to
defendant
on    *Dylann Storm Roof*
      *6/19/2015*

*S/t Gabriel B*
Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions

Charleston County Judicial Center

100 Broad Street, Suite 106

Charleston, SC 29401

---

STATE OF SOUTH CAROLINA    )

[X] County/    [ ] Municipality of    )    **AFFIDAVIT**    ORIGINAL    Form Approved by S.C. Attorney General April 21, 2003 SCCA 518

Charleston    )

Personally appeared before me the affiant   Richard Burckhardt                    wh

being duly sworn deposes and says that defendant    Dylann Storm Roof

did within this county and state on or about   6/17/2015                    violate the criminal laws of the

State of South Carolina (or ordinance of   [X] County/   [ ] Municipality of    Charleston

in the following particulars:

DESCRIPTION OF OFFENSE:   Murder / Murder

I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

See Attached Affidavit

                    Signature of Affiant

STATE OF SOUTH CAROLINA    )

[X] County/    [ ] Municipality of    )    Affiant's Address    180 Lockwood Blvd.
                                            Charleston, SC 29403-
Charleston    )    Affiant's Telephone   (843)577-7434

### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that

on or about   6/17/2015              defendant   Dylann Storm Roof

did violate the criminal laws of the State of South Carolina (or ordinance of

[X] County/   [ ] Municipality of    Charleston              ) as set forth below:

DESCRIPTION OF OFFENSE:   Murder / Murder

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or
her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as
soon thereafter as is practicable

Sworn to and subscribed before me    )
on 6/19/2015    )
                                            (L.S.) )
Signature of Issuing Judge    )    Judge's Address    3831 Leeds Avenue, Ste 100
James Benjamin Gosnell Jr.    )                    North Charleston, SC 29405-
                              )    Judge's Telephone   (843)745-2390
Judge Code:    5904    )
                         )    Issuing Court:  [X] Magistrate  [ ] Municipal  [ ] Circuit

D01334

## Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                          AFFIDAVIT

Personally appear before me, a magistrate of this county one,     Detective Richard Burckhardt, who first being duly sworn deposed and says that,   Dylann Storm Roof, id within this county and state on the     17ᵗʰ of June, 2015     violate the criminal laws of the State of South Carolina in the following particulàr:

### DESCRIPTION OF OFFENSE

16-3-10
(Murder)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit: The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall striking the victim, Ms. Susie Jackson  multiple times as well as eight other parishioners. Ms. Jackson died as a result of his injuries. Prior to leaving the bible study room he stood over a witness to be named later and uttered a racially inflammatory statement to the witness. Video surveillance from the church captured a dark in color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m. An individual (white male, slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the church's side entrance which led to the bible study room. Approximately an hour later, the same individual emerges, looks both ways and then exits the building carrying a handgun. He climbs back into the Hyundai and flees the area. Still photographs of the individual were taken from the surveillance video and released to the media nationwide. The father and uncle of the defendant contacted CPD and positively identified the defendant and his vehicle as those they saw in the photographs. Further, the defendant's father told investigators that his son owns a .45 caliber handgun. .45 cal. fired casings were recovered from the crime scene. Additionally, the defendant matches the physical description and age of the shooter (described by witnesses who can be named later as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old) The defendant has a "bowl" haircut as can be seen on the video. South Carolina DMV records show the defendant as being the registered owner of a black 2000 Hyundai Elantra (SC Tag # ███████ ). The above is true and believable based on the observations of witnesses along with the investigations of the Charleston Police Department.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS     19     DAY OF     June     2015

_____ (L.S.)
SIGNATURE OF JUDGE
COMPLAINT #     15-10152
WARRANT #     K-740365
INVESTIGATING OFFICER:   Det. Burckhardt

AFFIANT
180 Lockwood Blvd.
Charleston, SC 29403
843-577-7434

CPD Form OT3

D01335

Ex. 54 pg.53 of 68

**ARREST WARRANT**

## 2015A1010202668

STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

Charleston

### THE STATE
against

Dylann Storm Roof

Address: ▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉

Phone: ▉▉▉▉    SSN: ▉▉▉▉

Sex: M    Race: ▉    Height: 5 9    Weight: 120

DL State: SC    DL #: ▉▉▉▉

DOB: ▉▉    Agency ORI #: C0100100

Prosecuting Agency: Charleston City Police Department

Prosecuting Officer: Richard Burckhardt - 0065

Offense: Murder / Murder

Offense Code: 0116

Code/Ordinance Sec: 16-03-0010, 0020

This warrant is CERTIFIED FOR SERVICE in the

[ ] County/    [ ] Municipality of

The accused is to be arrested and brought before me to be dealt with according to the law.

_____ (L.S.)

Signature of Judge

Date: _____

### RETURN

A copy of this arrest warrant was delivered to defendant *Dylann Storm Roof* on *6/19/2015*

*Sgt. Saleeby*

Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions

Charleston County Judicial Center

100 Broad Street, Suite 106

Charleston, SC 29401

---

STATE OF SOUTH CAROLINA        )
[X] County/    [ ] Municipality of    )        **AFFIDAVIT**
Charleston                       )

**ORIGINAL**    S.C. Attorney General
April 21, 2003
SCCA 518

Personally appeared before me the affiant    Richard Burckhardt    who being duly sworn, deposes and says that defendant    Dylann Storm Roof    did within this county and state on or about    6/17/2015    violate the criminal laws of the State of South Carolina (or ordinance of    [X] County/    [ ] Municipality of    Charleston    ) in the following particulars:

DESCRIPTION OF OFFENSE: Murder / Murder

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

See Attached Affidavit

Signature of Affiant _____

STATE OF SOUTH CAROLINA        )
[X] County/    [ ] Municipality of    )    Affiant's Address    180 Lockwood Blvd.
Charleston                       )                      Charleston, SC 29403-
                                 )    Affiant's Telephone    (843)577-7434

### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about    6/17/2015    defendant    Dylann Storm Roof    did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/    [ ] Municipality of    Charleston    ) as set forth below:

DESCRIPTION OF OFFENSE: Murder / Murder

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me
on 6/19/2015                       )
                                   )
_____ (L.S.)       )
Signature of Issuing Judge          )
James Benjamin Gosnell Jr.          )
Judge Code:    5904                 )

Judge's Address    3831 Leeds Avenue, Ste 100
                   North Charleston, SC 29405-
Judge's Telephone    (843)745-2390
Issuing Court:    [X] Magistrate    [ ] Municipal    [ ] Circuit

D01336

ORIGINAL        ORIGINAL        ORIGINAL

Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                                                    AFFIDAVIT

Personally appear before me, a magistrate of this county one,    Detective Richard Burckhardt,
who first being duly sworn deposed and says that,    Dylann Storm Roof,
did within this county and state on the     17th of June, 2015     violate the criminal laws of the State of South
Carolina in the following particular:

DESCRIPTION OF OFFENSE

16-3-10
(Murder)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth
and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street
which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did
knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit: ·
The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who
were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up
and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall
striking the victim, Ms. Ethel Washington Lance  multiple times as well as eight other parishioners. Ms. Lance
died as a result of his injuries.  Prior to leaving the bible study room he stood over a witness to be named later
and uttered a racially inflammatory statement to the witness.  Video surveillance from the church captured a
dark in color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m.  An individual (white
male, slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the
church's side entrance which led to the bible study room.  Approximately an hour later, the same individual
emerges, looks both ways and then exits the building carrying a handgun.  He climbs back into the Hyundai and
flees the area.  Still photographs of the individual were taken from the surveillance video and released to the
media nationwide.  The father and uncle of the defendant contacted CPD and positively identified the defendant
and his vehicle as those they saw in the photographs.  Further, the defendant's father told investigators that his
son owns a .45 caliber handgun.  .45 cal. fired casings were recovered from the crime scene.  Additionally, the
defendant matches the physical description and age of the shooter (described by witnesses who can be named
later as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old)  The defendant
has a "bowl" haircut as can be seen on the video.  South Carolina DMV records show the defendant as being the
registered owner of a black 2000 Hyundai Elantra (SC Tag # ████ ).  The above is true and believable based
on the observations of witnesses along with the investigations of the Charleston Police Department.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS     _19_     DAY OF     _Ju__,     2015.

_____                           _____ (L.S.)
                                                                                         AFFIANT
                                                                                         180 Lockwood Blvd,
                                                                                         Charleston, SC 29403
                                                                                         843-577-7434

_____ (L.S.)
SIGNATURE OF JUDGE
COMPLAINT #    15-10152
WARRANT #    K-740365
INVESTIGATING OFFICER:   Det. Burckhardt                                 CPD Form OT3

                                                                                         D01337

Ex. 54 pg.55 of 68

**ARREST WARRANT**

## 2015A1010202669

### STATE OF SOUTH CAROLINA

[X] County/    [ ] Municipality of

Charleston

#### THE STATE
against

Dylann Storm Roof

Address: ▮▮▮▮▮

Phone:     SSN: ▮▮▮
Sex: M   Race:   Height: 5 - 9   Weight: 120
DL State: SC   DL #: ▮▮▮▮   100100

Prosecuting Agency: Charleston City Police Department
Prosecuting Officer: Richard Burckhardt - 0065
Offense: Murder / Murder

Offense Code: 0116
Code/Ordinance Sec: 16-03-0010, 0020

This warrant is **CERTIFIED FOR SERVICE** in the
[ ] County/   [ ] Municipality of

The accused is to be arrested and brought before me to be dealt with according to the law.

_____ (L.S.)
Signature of Judge
Date:

#### RETURN

A copy of this arrest warrant was delivered to defendant *Dylann Storm Roof*
on *6/19/2015*

_____
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**
General Sessions
Charleston County Judicial Center
100 Broad Street, Suite 106
Charleston, SC 29401

Ex. 54 pg.57 of 69

---

### STATE OF SOUTH CAROLINA
[X] County/   [ ] Municipality of

Charleston

**AFFIDAVIT**     ORIGINAL

Form Approved by
S C. Attorney General
April 21, 2003
SCCA 516

Personally appeared before me the affiant **Richard Burckhardt** who being duly sworn deposes and says that defendant **Dylann Storm Roof** did within this county and state on or about **6/17/2015** violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Charleston** ) in the following particulars:

DESCRIPTION OF OFFENSE: Murder / Murder

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

See Attached Affidavit

_____
Signature of Affiant

### STATE OF SOUTH CAROLINA
[X] County/   [ ] Municipality of

Charleston

Affiant's Address   180 Lockwood Blvd.
Charleston, SC 29403-
Affiant's Telephone   (843)577-7434

#### ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:

It appearing from the above affidavit that there are reasonable grounds to believe that on or about **6/17/2015** defendant **Dylann Storm Roof** did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Charleston** ) as set forth below:

DESCRIPTION OF OFFENSE: Murder / Murder

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

Sworn to and subscribed before me on 6/19/2015

_____ (L.S.)
Signature of Issuing Judge
James Benjamin Gosnell Jr.
Judge Code: 5904

Judge's Address   3831 Leeds Avenue, Ste 100
North Charleston, SC 29405-
Judge's Telephone   (843)745-2390
Issuing Court: [X] Magistrate   [ ] Municipal   [ ] Circuit

D01338

Ex. 54 pg.56 of 68

Charleston Police Department

'ATE OF SOUTH CAROLINA

)UNTY OF CHARLESTON                                                                    AFFIDAVIT

Personally appear before me, a magistrate of this county one,   Detective Richard Burckhardt,
10 first being duly sworn deposed and says that,   Dylann Storm Roof,
i within this county and state on the      17ᵗʰ of June, 2015     violate the criminal laws of the State of South
irolina in the following particular:

DESCRIPTION OF OFFENSE

16-3-10
(Murder)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth
id that such probable cause is based on the following facts:

hat on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street
‘hich is located in the City and County of Charleston, in the State of South Carolina; the named defendant did
nowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit:
he defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who
‘ere conducting bible study for the evening. After approximately an hour of studying, the defendant stood up
nd with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall
iriking the victim, Ms. Sharonda Singleton multiple times as well as eight other parishioners. Ms. Singleton
ied as a result of his injuries. Prior to leaving the bible study room he stood over a witness to be named later
nd uttered a racially inflammatory statement to the witness. Video surveillance from the church captured a
ark in color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m. An individual (white
1ale, slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the
hurch's side entrance which led to the bible study room. Approximately an hour later, the same individual
merges, looks both ways and then exits the building carrying a handgun. He climbs back into the Hyundai and
lees the area. Still photographs of the individual were taken from the surveillance video and released to the
nedia nationwide. The father and uncle of the defendant contacted CPD and positively identified the defendant
nd his vehicle as those they saw in the photographs. Further, the defendant's father told investigators that his
ion owns a .45 caliber handgun. .45 cal. fired casings were recovered from the crime scene. Additionally, the
lefendant matches the physical description and age of the shooter (described by witnesses who can be named
ater as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old) The defendant
1as a "bowl" haircut as can be seen on the video. South Carolina DMV records show the defendant as being the
:egistered owner of a black 2000 Hyundai Elantra (SC Tag # ▮▮▮▮). The above is true and believable based
)n the observations of witnesses along with the investigations of the Charleston Police Department.
3WORN TO AND SUBSCRIBED BEFORE ME

                                                                        _Signature_
THIS      /9      DAY OF     J៷e      2015                                AFFIANT
                                                                        180 Lockwood Blvd.
                                                                        Charleston, SC 29403
                                                                        843-577-7434

_____ (L.S.)
SIGNATURE OF JUDGE
COMPLAINT #    15-10152
WARRANT #     K-740365
INVESTIGATING OFFICER:   Det. Burckhardt                                 CPD Form OT3

                                                                        D01339

Ex. 54 pg.57 of 68

ARREST WARRANT

## 2015A1010202670

STATE OF SOUTH CAROLINA

[X] County/      [ ] Municipality of

Charleston

THE STATE

against

Dylann Storm Roof

Address:

Phone:                          SSN:
Sex: M    Race:      Height: ˙5  9  Weight:      120
DL State: SC    DL #:
DOB:            Agency ORI #:  SC0100100
Prosecuting Agency:   Charleston City Police Department
Prosecuting Officer:   Richard Burckhardt - 0065
Offense:  Murder / Murder

Offense Code:      0116·
Code/Ordinance Sec:   16-03-0010, 0020

This warrant is   CERTIFIED   FOR   SERVICE   in the
[ ] County/   [ ] Municipality of

                                    . The accused
is   to   be . arrested  and   brought   before   me   to  be
dealt  with  according  to  the  law.

                                              (L.S.)

_____
Signature of Judge

Date

RETURN

A· copy  of  this  arrest .warrant  was  delivered  to
defendant   *Dylann Storm Roof*
on         6 / 19 / 2015

_____
Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:

General Sessions ·.
Charleston County Judicial Center
100 Broad Street, Suite 106
Charleston, SC 29401 ·

---

STATE OF SOUTH CAROLINA           )
[X] County/     [ ] Municipality of   )          AFFIDAVIT        ORIGINAL
                                      )
Charleston                            )

Personally  appeared  before  me  the affiant    Richard  Burckhardt                      who
being  duly  sworn  deposes  and  says  that  defendant    Dylann Storm Roof
did  within  this  county  and  state  on  or about    6/17/2015                violate the criminal laws of the
State  of  South  Carolina  (or ordinance of  [X] County/   [ ] Municipality of   Charleston          )
in  the  following  particulars:

DESCRIPTION OF OFFENSE:   Murder / Murder

I  further  state  that   there  is  probable  cause  to  believe  that   the  defendant  named · above  did  commit
the  crime  set  forth  and  that  probable  cause  is  based  on  the  following  facts:

See Attached Affidavit

                        Signature of Affiant

STATE OF SOUTH CAROLINA          )
[X] County/    [ ] Municipality of   )   Affiant's Address    180 Lockwood Blvd.
                                     )                        Charleston, SC 29403-
Charleston ··                        )   Affiant's Telephone  (843)577-7434

ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:
              It · appearing  from  the  above  affidavit  that  there  are  reasonable  grounds  to  believe  that

on or about   6/17/2015                    defendant    Dylann Storm Roof
did  violate  the  criminal  laws  of  the  State  of  South  Carolina  (or  ordinance  of
[X] County/   [ ] Municipality of   Charleston  ·                    ) as set forth below:

DESCRIPTION OF OFFENSE:   Murder / Murder

Having  found  probable  cause  and  the  above  affiant  having  sworn  before  me,  you  are  empowered  and  directed  to  arrest  the  said  defendant  and  bring  him  or
her  before  me  forthwith  to  be  dealt  with  according to  law.  A  copy  of  this  Arrest  Warrant  shall  be  delivered  to  the  defendant  at  the  time  of  its  execution,  or  as
.soon  thereafter  as  is  practicable
Sworn  to  and  subscribed  before  me
on  6/19/2015  ·

                                  (L.S.)
_____
Signature of Issuing Judge
James Benjamin Gosnell Jr.
Judge Code:   5904

Judge's Address    3831 Leeds Avenue, Ste 100
                   North Charleston, SC 29405-
Judge's Telephone  (843)745-2390
Issuing Court:   [X] Magistrate   [ ] Municipal   [ ] Circuit

Form Approved by
S.C. Attorney General
April 21, 2003
SCCA 518

D01340

## Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                                AFFIDAVIT

Personally appear before me, a magistrate of this county one,     Detective Richard Burckhardt, who first being duly sworn deposed and says that,   Dylann Storm Roof, did within this county and state on the     17th of June, 2015     violate the criminal laws of the State of South Carolina in the following particular:

### DESCRIPTION OF OFFENSE

16-3-10
(Murder)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit:
The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall striking the victim, Ms. Myra Thompson  multiple times as well as eight other parishioners. Ms. Thompson died as a result of his injuries. Prior to leaving the bible study room he stood over a witness to be named later and uttered a racially inflammatory statement to the witness. Video surveillance from the church captured a dark in color Hyundai Elantra pulling into a parking space of the church around 8:06 p.m. An individual (white male, slender build wearing a gray long sleeve shirt, bowl style haircut) climbed out and walked through the church's side entrance which led to the bible study room. Approximately an hour later, the same individual emerges, looks both ways and then exits the building carrying a handgun. He climbs back into the Hyundai and flees the area. Still photographs of the individual were taken from the surveillance video and released to the media nationwide. The father and uncle of the defendant contacted CPD and positively identified the defendant and his vehicle as those they saw in the photographs. Further, the defendant's father told investigators that his son owns a .45 caliber handgun. .45 cal. fired casings were recovered from the crime scene. Additionally, the defendant matches the physical description and age of the shooter (described by witnesses who can be named later as a white male, approx. 5'07", slender build, who told the witness that he is 21 years old) The defendant has a "bowl" haircut as can be seen on the video. South Carolina DMV records show the defendant as being the registered owner of a black 2000 Hyundai Elantra (SC Tag # ███████  The above is true and believable based on the observations of witnesses along with the investigations of the Charleston Police Department.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS     19     DAY OF   Jun   2015

_____ AFFIANT
180 Lockwood Blvd.
Charleston, SC 29403
843-577-7434

_____ (L.S.)
SIGNATURE OF JUDGE
COMPLAINT #   15-10152
WARRANT #    K-740365
INVESTIGATING OFFICER:   Det. Burckhardt

CPD Form OT3

D01341

Ex. 54 pg.59 of 68

ARREST WARRANT

## 2015A1010202672

STATE OF SOUTH CAROLINA

[X] County/   [ ] Municipality of

Charleston

THE STATE
against

Dylann Storm Roof

Address: ▨▨▨▨

Phone: ▨▨  SSN: ▨▨
Sex: M   Race:   Height: 5  9  Weight: 120
DL State: SC   DL #:
DOB: ▨   Agency ORI #: SC0100100
Prosecuting Agency: Charleston City Police Department
Prosecuting Officer: Richard Burckhardt - 0065
Offense: Weapons / Poss. weapon during violent crime, if
not also sentenced to life without parole or death

Offense Code: 0549
Code/Ordinance Sec: 16-23-0490

This warrant is CERTIFIED FOR SERVICE in the
[ ] County/  [ ] Municipality of
                                    The accused
is to be arrested and brought before me to be
dealt with according to the law.

                                    (L.S.)
_____
Signature of Judge

Date:

RETURN
A copy of this arrest warrant was delivered to
defendant   Dylann Storm Roof
on         6/19/2015

_____
Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:
  General Sessions
  Charleston County Judicial Center
  100 Broad Street, Suite 106
  Charleston, SC 29401

Ex. 54 pg.61 of 69

---

STATE OF SOUTH CAROLINA )
[X] County/  [ ] Municipality of )          AFFIDAVIT          ORIGINAL   Form Approved by
                                 )                                        S.C. Attorney General
Charleston                       )                                        April 21, 2005
                                                                          SCCA 518

Personally appeared before me the affiant  Richard Burckhardt                who
being duly sworn deposes and says that defendant  Dylann Storm Roof
did within this county and state on or about  6/17/2015          violate the criminal laws of the
State of South Carolina (or ordinance of  [X] County/  [ ] Municipality of  Charleston    )
in the following particulars:

DESCRIPTION OF OFFENSE:  Weapons / Poss. weapon during violent crime, if not also sentenced to life without parole or death

I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

See Attached Affidavit

                    Signature of Affiant

STATE OF SOUTH CAROLINA )
[X] County/  [ ] Municipality of )   Affiant's Address   180 Lockwood Blvd.
                                 )                        Charleston, SC 29403-
Charleston                       )   Affiant's Telephone  (843)577-7434

                    ARREST WARRANT

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:
        It appearing from the above affidavit that there are reasonable grounds to believe that
on or about  6/17/2015          defendant  Dylann Storm Roof
did violate the criminal laws of the State of South Carolina (or ordinance of
[X] County/  [ ] Municipality of  Charleston                ) as set forth below:

DESCRIPTION OF OFFENSE:  Weapons / Poss. weapon during violent crime, if not also sentenced to life without parole or death

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or
her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as
soon thereafter as is practicable
Sworn to and subscribed before me
on 6/19/2015                                )
                                            )
                                   (L.S.)   )  Judge's Address  3831 Leeds Avenue, Ste 100
Signature of Issuing Judge                  )                   North Charleston, SC 29405-
James Benjamin Gosnell Jr.                  )  Judge's Telephone (843)745-2390
Judge Code: 5904                            )  Issuing Court: [X] Magistrate  [ ] Municipal  [ ] Circuit     D01342

---

Charleston Police Department

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON                                              AFFIDAVIT

Personally appear before me, a magistrate of this county one,    Detective Richard Burckhardt,
who first being duly sworn deposed and says that,   Dylann Storm Roof,
did within this county and state on the        17th of June, 2015      violate the criminal laws of the State of South
Carolina in the following particular:

### DESCRIPTION OF OFFENSE

16-23-490
(Use of Deadly weapon violent crime)

The affiant states there is probable cause to believe that the defendant named did commit the crime set forth
and that such probable cause is based on the following facts:

That on 06/17/15 at approximately 9:00 p.m. while at the Emanuel AME Church located at 110 Calhoun Street
which is located in the City and County of Charleston, in the State of South Carolina; the named defendant did
knowingly and unlawfully violate South Carolina State Statute 16-3-10 (Murder) to wit:
The defendant did enter the church at approx. 8:06 p.m. with a fanny pack. He met with the parishioners who
were conducting bible study for the evening. After approximately an hour of studying, the defendant stood up
and with malice and aforethought pulled out a handgun and began shooting at the parishioners inside the hall
striking nine victims. All victims were hit multiple times. All victims died as a result of their injuries. The act
of murder is considered a violent crime according to state statute. Prior to leaving the bible study room he
stood over a witness to be named later and uttered a racially inflammatory statement to the witness. Video
surveillance from the church captured a dark in color Hyundai Elantra pulling into a parking space of the church
around 8:06 p.m. An individual (white male, slender build wearing a gray long sleeve shirt, bowl style haircut)
climbed out and walked through the church's side entrance which led to the bible study room. Approximately
an hour later, the same individual emerges, looks both ways and then exits the building carrying a handgun. He
climbs back into the Hyundai and flees the area. Still photographs of the individual were taken from the
surveillance video and released to the media nationwide. The father and uncle of the defendant contacted CPD
and positively identified the defendant and his vehicle as those they saw in the photographs. Further, the
defendant's father told investigators that his son owns a .45 caliber handgun. .45 cal. fired casings were
recovered from the crime scene. Additionally, the defendant matches the physical description and age of the
shooter (described by witnesses who can be named later as a white male, approx. 5'07", slender build, who told
the witness that he is 21 years old)-The defendant has a "bowl" haircut as can be seen on the video. South
Carolina DMV records show the defendant as being the registered owner of a black 2000 Hyundai Elantra (SC
Tag # ▆▆▆▆ ). The above is true and believable based on the observations of witnesses along with the
SWORN TO AND SUBSCRIBED BEFORE ME

THIS      19      DAY OF      Jun      2015                                    AFFIANT
                                                                              180 Lockwood Blvd.
                                                                              Charleston, SC 29403
                                                                              843-577-7434

                                                     (L.S.)
SIGNATURE OF JUDGE
COMPLAINT #    15-10152
WARRANT #    K-740365
INVESTIGATING OFFICER:   Det. Burckhardt                         CPD Form OT3

                                                                              D01343

Ex. 54 pg.61 of 68

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) __Roof, Dylann__
    LAST        FIRST        MI

DATE OF BIRTH ████████    INMATE __15186 80__

Housing Recommendations:

General Population __A 1B__

Medical Observation Unit ____

Lower level/ Lower Bunk ___

Suicide Precautions __✳__ Remove from S/W but remain on mental health observation in unit A 1B until cleared by the psychiatrist. Also he will remain on continuous observation until cleared by the psychiatrist.

Special Watch (15 Minute Checks)____

Isolation ____

Initiate Universal Precautions____

Individual found to be:

Frail/ Elderly____

Physically Handicapped____

Developmentally Disabled____

Drug/ Alcohol Withdrawal____

Special Mental Health Needs __X__

Expressed Suicidal Ideation ____

History Seizures ____

Other ____

Specify _____

MH Nurse __Ay Crat—MSW__        Date __6/19/15__

SACDC Form-431-04/22/11

D01344

Ex. 54 pg.62 of 68

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) __Roof , Dylann__
                          LAST          FIRST          MI

DATE OF BIRTH ██ █ █ ██          INMATE # 1518680

Housing Recommendations:

General Population A 1B

Medical Observation Unit ____

Lower level/ Lower Bunk ____          ✳ Remove
                                        from
Suicide Precautions ____              Mental
                                      Health
Special Watch (15 Minute Checks) ____  Observation
                                        ⒶⒸ
Isolation ____

Initiate Universal Precautions ____

Individual found to be:

Frail/ Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/ Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History Seizures ____

Other ____

Specify _____

MH
Nurse Ay Grat MSW                    Date 6/22/15

SACDC Form-431-04/22/11

D01345

Ex. 54 pg.63 of 68

```
JAIL MANAGEMENT SYSTEM      INMATE INFORMATION SUMMARY   Fund Bal:      10.00
========================== No Flags Set ===============================
 Inmate 0001518680 Name ROOF, DYLANN STORM CL4
 Block  A1B      Cell 1141B    Booking Date 06/18/15   Booking Time 19:28
========================= Persons File Info ===========================
ex : M Race : W  DOB :          SS :           Home :  SC
t : 0'0" Wt :  FBI :  Emp :
tate Number :   Finger Print-NCIC :
========================= Arrest Information  ==========================
ate :  06/18/15 Time: 20:13 By: 000000 CPD
oc: CHAS, SC                          Veh: N/A
========================= Detainers ===================================
arr/Docket....  Agency.....  Charge........  Bail......  Date....  Status
OLD         CHARLESTON                             06/18/15  OPEN D



                 File, ? for More Commands: _____
```

New
All Clear
Hold on file
8r 6/19/15

D01346

Ex. 54 pg.64 of 68

```
DATE: 06-19-2015 12:46:29 AM    Type: Received
SUBJECT:   CHSDC111
Message:

Reference: Unknown
Msg ID    :
Msg Key   : ACK
Date/Time: 20150619004553
Ent Agy   :
Requester:
User      :
ORI       :
Source    : LEMS
Control   :
Summary   : CHSDC111

TXT: .ACK 2F000089A0 CHSDC111 0378C2 CHSDC111 0089A0 20150619 00:46:29
TRACKING: 06/19/2015, 00:45:53
- MKE: ACK
- Source: LEMS
- To: CHSDC111
- ISN: 04CX0001RZ
- REF: 0123456789
=========================================================================
```

D01347

Ex. 54 pg.65 of 68

```
DATE: 06-19-2015 12:46:31 AM     Type: Received
SUBJECT:    CHSDC111
Message:

Reference: Unknown
Msg ID    :
Msg Key   : RESPONSE
Date/Time: 20150619004554
Ent Agy   :
Requester:
User      :
ORI       :
Source    : NC2K
Control   :
Summary   : CHSDC111

TXT: .   TO: CHSDC111-227523    20150619 00:46:30  0006B51FBC
FROM:     NC2K-11870140  20150619 00:46:30  2F000089A0
1L012F000089A02QWA
SC010033C

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MKE/LOCATED WANTED PERSON
CMC/00 - ARMED AND DANGEROUS
EXL/1 - FULL EXTRADITION
ORI/SC0100100 NAM/ROOF, DYLANN STORM SEX/M RAC/W ETN/N POB/SC
DOB/████████ HGT/509 WGT/120 EYE/BLU HAI/BRO
SKN/FAR
MNU/OA-SC02190908 SOC/████████
OLN/████████ OLS/SC OLY/2020
OFF/HOMICIDE
DOW/20150618 OCA/1510152
WNO/K740365
MIS/SUSPECT IN POSSIBLE POSSESSION OF FIREARMS USE CAUTION SUSPECT IN ONGOING
MIS/MURDER INVESTIGATION  WARRANT K740365 FULL NATIONWIDE EXTRADITION
DNA/N
ORI IS CHARLESTON POLICE DEPARTMENT 843 720-2422
LOCATED/20150618 NC0230200 EXTR
NIC/W403793138 DTE/20150618 1516 EDT DLU/20150618 1539 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
TRACKING: 06/19/2015, 00:45:54
- MKE: RESPONSE
- Source: NC2K
- To: CHSDC111
- ISN: 04CX0001S1
- REF: 0123456789
================================================================
```



Page 1

**D01348**

Ex. 54 pg.66 of 68

```
                    THIS IS THE MASTER NAME FILE LOOKUP SCREEN
ERLOOKINQ                          ROO, DYLA                            PAGE 1
  MATCHED NAME.............. R S AGE DOB..... ACTUAL NAME......... MNI.......
. ROOF, DYLANN STORM          W M  21 D█████  ROOF, DYLANN STORM  ████████
```

```
,LINE#,Back,Newsearch,Lookup#,Replay,Create,eXit: ___
```

**D01349**

Ex. 54 pg.67 of 68

```
  .   .
  .  .
'ERINQ                      INQUIRY NAME INDEX
                             SCREEN 1 of 4                        0001518680

lame: ROOF, DYLANN STORM          Address:
:ity:                             State: SC  Home Phone:
lace: WHITE        Sex: M DOB: ▮▮▮▮▮   Age: 21   Height:        Weight:
usiness Phone:                    Juvenile: N Hispanic: N  Deceased:
 1. Alias Names:.....: 0              11. Offense Reports.....: 0
 2. Monikers.........: 0              12. Crime Tract.........:
 3. Vehicles.........: 0              13. Trespass Warnings...: 0
 4. Associates.......: 0              14. Old Addresses.......: 0
 5. Property.........: 0              15. Old Phone..........: 0
 6. Field Interviews.: 0              16. Bicycles...........: 0
 7. Pawn Tickets.....: 0              17. Businesses.........: 0
 8. Citations........: 0              18.
 9. Accidents........: 0              19. DUI Cases..........: 0
 0. Gun Registrations: 0              20. Old Date of Birth...: 0
                                      21. WARRANTS...........: 0

Comments:
Caution Notes:
Notify Notes.:

Enter line number,'RETURN',Screen#,eXit,IMPort,Lookup#,Replay,Dates,RPT:  ___
```

D01350

Ex. 54 pg.68 of 68