1

DECLARATION OF KELSEY HARGIS HENDRIX draft

I, Kelsey Hargis Hendrix, state as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I am the daughter of Clay Hargis. Susan Cowles Hargis is my stepmother. My dad and Susan were married in 2002, so Susan has been in my life for as long as I can remember. She raised me.

3. Over the years, I have come to know Susan's extended family members, including the Cowles and Roof families. We would get together for holidays and family parties. Like most families, we spent a lot of time together for many years because we all lived in and around Columbia, South Carolina.

4. Susan has two siblings: Carson Cowles and Amelia Cowles Roof. Amelia is Dylann Roof's mother, and I always called her "Mimi."

5. My youngest memories of Dylann are when he was 7 years old. He was only a year younger than me. He was so sweet and kind. And so smart - he could remember everything! As he got to middle school, 1 knew he was in honors classes and had friends to play with.

6. Dylann was very thoughtful about giving gifts. He always remembered what people liked. Even if he was not giving the gift, he would simply notice what made someone happy. He paid attention.

7. Dylann was so witty. He had this great, adult sense of humor. He always knew how to make me laugh. He played a lot of video games and watched a lot of YouTube videos. I remember he would cheer me up by showing me clips from the television show Futurama. He was intuitive like that - he knew how to make a person laugh.

8. Dylann and his cousin Travis were close growing up. Dylann was like an older brother to him. When Travis wanted to play the Mousetrap game repeatedly, Dylann would play with Travis even though Dylann was too old and not interested in the game. He stepped into the role of big brother for Travis in such a kind way.

IFCD 005504

2

Pursuant to 28 U.S.C. §1746, I, Kelsey Hargis Hendrix, declare under penalty of perjury under the laws of the United States that the above is true and correct.

6/30/25   Gaston SC

Date and Place

Kelsey Hargis Hendrix

IFCD 005505

Ex. 73 pg.2 of 2