## Jury Areas

The District of South Carolina is divided into four large jury areas which may require travel to a courthouse some distance from one's home. Since all jurors are selected randomly by computer, a person may be summoned to a courthouse which is not the closest Federal Courthouse to his/her home.



▲ [ TOP OF PAGE ]

## Employment Rights

Federal jurors are protected against discharge or coercion by employers as a result of being called for jury duty. District courts have jurisdiction of these civil actions. A mechanism is provided for the appointment and compensation of counsel for jurors claiming violation by their employers and whose claims are found to have probable merit. The court will provide a certificate of service showing attendance for jurors whose employers require them.

▲ [ TOP OF PAGE ]

## Reporting

Jurors are provided with a toll-free number, 1-866-865-8152, and dialing instructions to access the status of a request for excuse or postponement as well as reporting information the day before jury selection and throughout their term of service. The recorded message gives changes regarding jury selection and disposition of civil and criminal cases prior to the trial if jury service is no longer needed.

To access this information online click here.

▲ [ TOP OF PAGE ]

## Dress Code

**Jury service is a serious civil responsibility. Appropriate dress is required.** T-shirts, tank-tops, halter tops, shorts and flip flops are not appropriate.

▲ [ TOP OF PAGE ]

## Hardship Excuse

Click here to obtain information on excuses from Jury Service.

▲ [ TOP OF PAGE ]

Ex. 79 pg.1 of 1