

Ex. 82 pg.1 of 3

like a machine gun.

Sanders went under a table with her granddaughter. She held the little girl so tightly she thought she may hurt the child. The grandchild told her "granny, I"m so scared," and Sanders told her to play dead.

Her aunt, who was near her, was also hit by gunfire. "I could feel the warm blood flowing from my Aunt Susie," she said.

During the carnage, she said her son asked Roof why he was doing what he doing, telling the man, "you don't have to do this, we don't mean you any harm."

She said Roof responded with, "You're raping our women and you're taking over the world."

"That's when he pumped five bullets into my son," she said.

As Roof was leaving, her son was screaming for Aunt Susie, and wanted water. saying he couldn't breathe.

"I watched my son come into this world, and I watched my son leave this world," she said.

"He's evil. There's no place on earth for him except the pit of hell," she told the court.

After her testimony, firefighters and police officers who responded to the scene testified as to what they saw.

**Previous Coverage:** Prosecutors Lay Out Chilling Details of Church Massare to Start Trial

During opening statements in the morning, Assistant U.S. Attorney Jay Richardson said Roof. fueled by racial hatred, had been planning the killings for months, and his actions were "cold" and "calculated." Defense attorney David Bruck said his side won't contest the guilt of Roof, but are trying to spare him from the death penalty.

There are 12 jurors, with six alternates. Of those, 13 are women, and five are men; five are African-American, 12 are white, and one is listed by the court as "other."

The trial is set to resume at 9:30 a.m. Thursday.

Ex. 82 pg.2 of 3



Ex. 82 pg.3 of 3