ADVERTISEMENT

Advance with confidence
Strategic solutions for better communities
Strategic planning | ERP consulting | Organization development
Explore more
BerryDunn

## Heart-Rending Testimony as Dylann Roof Trial Opens

Share full article



Dylann S. Roof at a court hearing in Charleston, S.C., in July 2015.  Pool photo by Grace Beahm

By Kevin Sack and Alan Blinder
Dec. 7, 2016

CHARLESTON, S.C. — She recalled watching the young white man stroll into Bible study, thinking he just wanted to seek the word of God. He was handed a Bible and a worksheet about that Wednesday night's lesson, the parable of the sower, and took a seat next to the pastor. He said nothing for nearly 45 minutes, hanging his head and waiting for the 12 parishioners to stand and close their eyes in benediction.

Then Felicia Sanders heard the first startling boom, she said, as Dylann S. Roof removed a Glock .45-caliber handgun from his fanny pack and methodically shot one African-American worshiper after the next, nine in all, starting with the pastor of Emanuel African Methodist Episcopal Church, the Rev. Clementa C. Pinckney.

Before it ended, 77 hollow-point rounds later, Ms. Sanders, the first witness to testify in Mr. Roof's federal death penalty trial on Wednesday, found herself underneath a table muzzling her 11-year-old granddaughter so hard she feared she would suffocate her. Her wounded son, Tywanza Sanders, 26, had already fallen on one side of her; her aunt, Susie Jackson, 87, lay dead on the other. She rubbed her leg in the blood pooling on the linoleum floor so the gunman might think she and her granddaughter were dead.

As Mr. Roof made his way out of the church that unholy night, June 17, 2015, Mr. Sanders moved toward Ms. Jackson, begging for water because he could not breathe.

"When he reached Aunt Susie," Ms. Sanders wailed from the witness stand, dabbing at her eyes with a tissue, "he grabbed a handful of her hair and took his last breath. I watched my son come in this world and I watched my son leave this world."

Ms. Sanders's heart-rending account opened testimony in United States District Court after Mr. Roof's lawyer began to argue for a sentence of life in prison for the 22-year-old avowed white supremacist. Faced with perhaps his only chance to persuade the jury to spare Mr. Roof's life, the lawyer, David I. Bruck, used his opening statement to concede Mr. Roof's guilt and suggest doubts about his stability.

"In fairness and in mercy, our society does not invoke the death penalty if there are reasons to choose life, a life in prison," said Mr. Bruck, the leader of the court-appointed defense team that Mr. Roof plans to jettison during a second phase of the trial, when jurors will decide whether he should be executed. "We do not behave like the person who committed this crime."

Ex. 85 pg.1 of 3

Mr. Roof, dressed in the striped uniform of the county jail, sat expressionless, staring down at the defense table, as he did throughout more than seven hours in court.

Earlier, the lead prosecutor, Julius N. Richardson, an assistant United States attorney, introduced each of the nine victims, showing the jurors their photographs, describing their lives and explaining how they came to gather in the church's fellowship hall that night. But he spent much of his 49-minute opening statement emphasizing Mr. Roof's deliberateness and premeditation.

"We will prove to you that the defendant's attack was cold and calculating," Mr. Richardson said. "It was done with malice in his heart, in his mind, racist retribution for perceived offenses against the white race."

Mr. Richardson told the jury that the prosecution would prove that Mr. Roof was well aware of the historic church's significance to the African-American community and that he intended the attack as a racial call to arms. Founded in 1818, the downtown church, known here as Mother Emanuel, is one of the oldest independent black congregations in the South and played central roles in the plotting of a failed slave revolt in 1822 and in civil rights activities 140 years later.



Felicia Sanders was the first to testify against Dylann Roof.
Stephen B. Morton for The New York Times

Ms. Sanders testified that her wounded son managed to tell Mr. Roof that he did not need to continue shooting, that they meant him no harm. "I have to do this," she quoted the gunman as responding, "because y'all are raping our women and y'all are taking over our world." That, she said, was "when he put about five bullets in my son. I couldn't move. I was just waiting on my turn."

Mr. Roof is charged with 33 counts, including hate crimes resulting in death, and also faces a death penalty trial in state court that is scheduled for mid-January. Federal prosecutors rejected his offer to plead guilty in exchange for a sentence of life without parole.

His victims included Mr. Pinckney, 41, who was also a state senator; Ms. Jackson, a church matriarch who sang in the choir; Mr. Sanders, a recent college graduate and aspiring poet; the Rev. Sharonda Coleman-Singleton, 45, a high school speech pathologist and track coach; Cynthia Hurd, 54, a county library manager; Ethel Lee Lance, 70, a longtime church member and sexton; the Rev. DePayne Middleton-Doctor, 49, a college enrollment counselor; the Rev. Daniel Lee Simmons Sr., 74, a retired pastor who filled in part-time at the church; and Myra Thompson, 59, an English teacher and guidance counselor.

Two adults and a child survived in the fellowship hall, along with Mr. Pinckney's wife and their younger daughter, who were hiding in his adjacent study. The gunman fled in his black Hyundai Elantra and was captured without incident the next day in North Carolina with the murder weapon in his back seat.

Police officers and other emergency workers testified Wednesday of finding an unimaginable scene. Footage from a police sergeant's body camera showed them trying to determine the number of casualties.

"We've got one, two, three, four, five, five, six, seven, eight, make that eight," one officer counted as he surveyed the room.

that eight," one officer counted as he surveyed the room.

Mr. Bruck made no effort to dispute the thrust of the prosecution's case. "The story Mr. Richardson just finished telling you really did occur," he said. "Dylann Roof really is the person."

The jury of 18, including six alternates, that was selected Wednesday morning consists of 12 whites, five blacks and one who identifies as "other." Thirteen are women and five are men.

Mr. Roof and his defense team have been at uneasy odds for a month over the lawyers' desire to try to save his life by presenting evidence of mental instability. After a week of legal wrangling, Judge Richard M. Gergel agreed to Mr. Roof's request that Mr. Bruck and his team represent him during the guilt phase but that he represent himself during the penalty phase.

Knowing he would be sidelined when allowed to present evidence of Mr. Roof's family background and psychological history, Mr. Bruck, one of the country's foremost capital defenders, used his opening statement to plant notions that the rampage was the work of a disturbed man.

"On what planet does someone have to be to think you could advance a political agenda by attacking these nine people who are the most kind, upstanding — I will use the world noble — people you could possibly find in this community or any other," Mr. Bruck told the jury. "Does it make any sense at all and, if not, what does that tell you?"

He also tried to focus the jury on Mr. Roof's youth. In his only question to Ms. Sanders, he asked if Mr. Roof had said at some point that he was 21 years old. He had, she said. Then she added that Mr. Roof had said he was going to kill himself. "I was counting on that," she said, glaring at him. "He is evil. There is no place for him except the pit of hell."

A version of this article appears in print on Dec. 8, 2016, Section A, Page 1 of the New York edition with the headline: At Trial, Reliving Terror in a Charleston Church . Order Reprints | Today's Paper | Subscribe

Share full article

Ex. 85 pg.3 of 3