4/11/25, 6:12 PM                    Document | Post and Courier Archives

← Back

# Graphic crime scene photos at Dylann Roof trial show carnage inside Emanuel AME Church

*By The Post and Courier    December 9, 2016    Publication: Post and Courier, The (Charleston, SC)    Page: 001    Word Count: 1656*

BY GLENN SMITH, JENNIFER BERRY HAWES and ABIGAIL DARLINGTON

Graphic images of bodies, blood and bullets flashed before a jury and families of the dead Thursday as federal prosecutors continued to build their case against a self-avowed white supremacist accused of turning a cherished Charleston sanctuary into a gruesome tomb.

Dylann Roof, 22, sat still and expressionless, looking down at the defense table, as federal prosecutors in his hate crimes trial showed 360-degree image scans from inside the Emanuel AME Church fellowship hall where nine black worshipers died in a barrage of bullets. The chilling images showed the dead lying on a white tile floor smeared with blood and littered with spent shell casings and emptied magazines that had been cast aside when their rounds were exhausted.

Brittany Burke, a former State Law Enforcement Division crime scene technician, methodically walked the court through the visual display, identifying the fallen and pointing

https://postandcourier.newsbank.com/doc/news/1612ACBD6863A150?search_terms=Graphic%2Bcrime%2Bscene%2Bphotos%2Bat%2BDylann%2B…    1/7

out evidence left in the killer's wake. Despite a warning from the presiding judge "that there's no shame in stepping out for this," about 50 victims' loved ones filled half of the courtroom as the horrific images appeared on two TV screens in front of them. One family member left the courtroom, while soft cries wafted through the gallery.

In all, SLED collected 74 shell casings from the room, and 54 rounds were pulled from the victims' bodies during autopsies, Burke said.

The victims were peppered with bullets. Susie Jackson, an 87-year-old parishioner and family matriarch, took the most rounds, with 11 shots to her body. Doctors also recovered four rounds from Tywanza Sanders; three from the church's pastor, the Rev. Clementa Pinckney; six from Cynthia Graham Hurd; seven from Ethel Lance; eight from the Rev. DePayne Middleton Doctor; four from the Rev. Daniel L. Simmons Sr.; five from Sharonda Coleman-Singleton; and eight from the Rev. Myra Thompson.

After he died, Sanders lay on his back, one arm stretched to touch his elderly Aunt Susie, whom he had crawled across the floor to try to rescue. He died touching her hair. Others lay near or beneath tables covered with white cloths and open Bibles. Many looked as if they'd died while hiding under those tables, which they had used to study Scripture just minutes before being killed. Away from the rest, Pinckney lay face-down on the tile, a stream of blood stretching from his body, which was facing the fellowship hall's altar.

One by one, these nine had arrived at the stately white church on June 17, 2015, some chatting on phones or sharing a moment of fellowship before entering through a tall wooden door along the side of the building. Despite the heat of a muggy day, they wore bright dresses and business suits as they flocked to Mother Emanuel for a series of meetings and the weekly Bible study.

A video surveillance camera above the doorway recorded each of their arrivals, just as it had on many other occasions. But in a matter of hours, this doorway would transform from a warm welcome point for a tight-knit church community to a threshold for tragedy.

The video footage showed a black Hyundai pull into a parking space by the side door at about 8:17 p.m. A young man with a bowl haircut stepped from of the car, clad in a gray long-sleeve shirt and toting a fanny pack. At 9:07 p.m., the motion-activated camera captured him leaving the Calhoun Street church as well.

This time, he cautiously eased out the door and carefully looked both ways before slinking to his car. At his side, he gripped a black pistol.

This footage would prove critical in identifying Roof as the prime suspect in the killings. It's now a crucial piece of evidence in the federal hate crimes trial that could send him to his death. The jury that will decide his fate in the coming weeks watched the footage as the death penalty trial entered its second day.

The day began with a judge denying a last-minute defense motion to declare a mistrial, ruling that a survivor's emotional comments on the witness stand the previous day were not unduly prejudicial.

The defense argued that prosecutors overstepped in eliciting testimony on Wednesday from survivor Felicia Sanders describing Roof as "evil," and that her comments on the stand veered into the territory of suggesting an appropriate sentence for Roof before guilt has been established.

Ex. 87 pg.3 of 7

"After the Court overruled defense counsel's objection to this testimony, the witness later continued on cross-examination, 'He's evil. There's no place on earth for him except the pit of hell,'" the motion stated. "The strength and authenticity of the witness's emotion was both apparent and entirely understandable. But the law is well-established that such statements simply do not belong in a courtroom."

The motion also stated that Roof's mother was rushed to a hospital on Wednesday and admitted for treatment of a heart attack following opening statements in the case, "highlighting the emotional nature of the proceedings."

U.S. District Court Judge Richard Gergel, however, said it was Roof's lawyer, David Bruck, who elicited the "pit of hell" comment on cross-examination. This was in response to Bruck's asking Sanders if Roof had indicated during the attack that he was just 21 years old and that he planned to take his own life after the shooting. Gergel said neither of those factors were relevant during the guilt phase of the trial. "That's not an element to the crime, it's not a defense to the crime," he said.

Gergel also said he would not strike Sanders' comments from the record. But he said he would remind the jury that the question of punishment is their decision alone. "I will instruct the jury that the sentencing decision is always theirs and not the responsibility of any of the parties or any of the witnesses," he said.

Prosecutors spent much of the day continuing to lay the foundation for their case, detailing the extent of the carnage and introducing evidence linking Roof to the crime.

Charleston police Sgt. Dan English testified about finding the first images of the gunman on

Ex. 87 pg.4 of 7

the church's video surveillance system, along with footage of the suspect's car, a black Hyundai Elantra. English used the images to create a wanted poster that led to Roof being identified as the man they were seeking.

English also narrated a video timeline he created from Emanuel's surveillance footage showing each of the nine victims arriving at the church that day and entering through a side door, beginning with Coleman-Singleton at 1:06 p.m. The timeline ended with Roof leaving with the gun clutched in his hand.

Burke, the former SLED crime scene investigator, then set the scene for the jury, describing what the killer left behind. She said she found shell casings and ammunition magazines strewn about the hall where the Bible study had been taking place, along with bullet holes piercing the walls, ceiling and furniture, Burke said. "It was indicative of someone moving while shooting and changing magazines" as they went, she said.

Burke said it took SLED personnel eight or nine hours to collect an "overwhelming amount" of evidence, some 117 items in all. There were so many items, the team ran out of evidence markers and had to use index cards.

She was followed by Keon Gordon, a friend of Tywanza Sanders, who testified about a 10-second video of the Bible study that Sanders had posted on Snapchat before the shooting started. Gordon said he came across the video on Sanders' account and noted that a young white man in the footage appeared to be the suspect accused of the shooting. As the video was set to expire within 24 hours, Gordon said he made a copy and took screenshots of the images, turning them both over to the FBI.

Two Shelby, N.C., police officers later described how they apprehended Roof during a traffic

Ex. 87 pg.5 of 7

stop the next morning after getting a call from a woman who spotted the suspect's car driving through their town. Officer Daniel Bernat testified that Roof put up no resistance as he and other officers took him into custody, volunteering his name when questioned. Beneath a pillow in his car they found a Glock pistol, he said.

Shelby police Sgt. Michael Myers said Roof told him the gun was in the vehicle. Roof also stated that he was the person involved in the shooting in Charleston, Myers said.

Roof's defense team asked few questions of the witnesses. Bruck had indicated Wednesday that the defense planned to call few, if any witnesses, of its own. He all but conceded Roof's guilt in the June 2015 massacre. At this point, Bruck said, the defense's goal is to keep Roof from getting the death penalty.

That decision will fall to a jury of 12 people. A panel of 18 jurors and alternates - 12 whites, five blacks and one other of unspecified race – are now hearing the case. They won't know until the trial concludes whether they will be among the dozen deciding Roof's fate.

The trial will resume at 9:30 a.m. Friday with more testimony from Shelby police officers. Prosecutors also indicated that they plan to play Roof's two-hour taped confession to the mass shooting - recorded in North Carolina on the day of his arrest - in its entirety.

Roof faces 33 federal charges in all, including violations of hate crime laws and religious freedoms. While Bruck and his team are handling the guilt phase of trial, Roof has indicated that he intends to represent himself during the penalty phase of trial, when the jury would decide on sentencing him to death or a life term in prison.

Ex. 87 pg.6 of 7

Roof's attorneys have offered for him to plead guilty and serve life in prison, but federal prosecutors are seeking the ultimate punishment instead.

Meanwhile, state prosecutors also are seeking the death penalty. They have charged Roof with nine counts of murder and other charges. That trial is to begin Jan. 17.

Dylann Roof appears for a state court hearing in July 2015. File/staff Homeland Security police patrol the streets around the federal courthouse in downtown Charleston on Thursday morning during Dylann Roof's federal death penalty trial. Leroy Burnell/Staff By Jennifer Berry Hawes

---

**Post and Courier, The (Charleston, SC)**

**Date:** December 9, 2016

**Page:** 001

Copyright, 2016, The Post and Courier. All Rights Reserved.

Ex. 87 pg.7 of 7