11-13-24

I, Michael Robert Bixby, declare as follows:

1. I currently am incarcerated at FCI Manianne.

2. I met Dylann Root in the Adseg unit at the Charleston County Jail. Adseg houses people who have high profile cases or mental health issues. He was being held there before his trial in 2015-16.

3. I was a trustee, so I cleaned the unit, served trays, and cleaned the cells after people left. Other inmates were only allowed out of their cells for an hour a day, but as a trustee, I was out a lot more.

4. I talked with Dylann almost every day. He was awkward. Each time I spoke with him, it was like we were talking for the first time. He knew who I was, but it was like we had to get to know each other again.

5. Sometimes we'd be in the middle of a conversation, and there would be an awkward pause. It was like he was spacing out, but then he'd come back to the conversation.

MB p-1

IFCD 003692

6. Dylann seemed really young for his age. He was socially awkward and didn't know how to fit in.

7. Dylann didn't seem to understand the ramifications of his actions. He told me he thought the police would be waiting for him when he left the church and he would be killed. He was at a complete loss as to what to do, and he just drove.

8. When Dylann first got to the jail, black inmates spit on his cell door multiple times a day. They'd even do it while I was standing there, and I'd use my rag to clean it off.

9. Dylann is different from any other inmate I have met. I've known lots of murderers and criminals. Dylann seemed resigned to whatever might happen. He expected to get the death penalty.

_MB_ p.2

IFCD 003693

10. I am over 18 and competent to make this declaration.

Dated this 13th day of November, 2024. In Marianna, Florida.

x _____

Michael Bixby

IFCD 003694

Ex. 93 pg.3 of 3