<u>DECLARATION OF ERIN FORSELL</u>

I, Erin Forsell, state as follows:

1. My name is Erin Forsell, though my maiden name is Shealy. I am close friends with Amber Roof, Dylann Roof's sister. My family knew the Roof family from church and school. We grew up going to St. Paul's Church and Rosewood Elementary School together.

2. I remember when Amy and Benn Roof divorced because they were one of the first couples, I knew who went through that. My parents sat me down and explained what a divorce is. I think my parents, Todd and Lisa Shealy, wrote a letter that they submitted as part of Amy and Benn's divorce file.

3. Amber and Amy's relationship has been contentious for as long as I can remember. They fought a lot when Amber was growing up. I remember Amber talking badly about one of Amy's boyfriends, whose name, I believe, was David. Even now, Amber keeps Amy at a bit of a distance. I'm not exactly sure why Amber moved out of Amy's house, but her relationship with her mom wasn't great, and Amber preferred to live with her grandparents or with her dad.

4. I loved visiting Amber when she stayed with her grandparents, Joe and Lucy. They were the sweetest people. Whenever I went over, Lucy set up arts and crafts for us to do. Joe and Lucy were wonderful people.

5. I remember visiting Amber when she lived in the little house behind Benn's house. Amber had her own space there. One thing that stuck out to me was that Benn's wife, Paige, walked around in big t-shirts and no underwear. I could see her whole ass.

1

IFCD 003268

Ex. 97. pg.1 of 2

6. Dylann was like the annoying little brother who was always around. I don't remember him having friends over. Instead, he would run around bothering Amber. He was high energy. I vividly recall Dylann smiling with a mouthful of candy and teeth fillings when he was around seven or eight years old.

7. I was supposed to be in Amber's wedding. Dylann's crime occurred three days before; therefor the planned wedding did not occur. Amber was devastated and the wedding had to be cancelled. Amber has distanced herself from Dylann.

8. Amber moved to Georgia, and we don't see each other as often as we used to. I have gone to her baby shower, her son's birthday party, and a girls' trip with her. Amber seems like she is doing well, but Benn's death was very hard on her. Amber and Benn were very close. Amber has been through a lot with her family. Even though she has been through so much, Amber is very stoic and doesn't show a lot of her emotions. She has always been this way.

9. Nobody from Dylann's legal team contacted me before his trial. If I had been contacted, I would have been willing to share the information I have provided in this declaration.

10. I did not type this declaration, but I have reviewed its contents carefully. I am over 18 years of age and am competent to make this declaration.

I, Erin Forsell, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _June 20th_____, 20_24_, in _DeKalb_____County, _GA_.

_Erin Forsell_____

Erin Forsell

2

IFCD 003269