<u>DECLARATION OF JEAN SULLIVAN</u>

I, Jean Sullivan, state as follows:

1.  My name is Jean Sullivan. I live in Columbia, South Carolina.

2.  I first met the Roof family through Joe Roof, Sr. My husband Eddie Sullivan used to work at the same law firm as Joe, though they stopped working together a long time ago. In addition, my family and the Roof family both lived in the Earlewood neighborhood of Columbia back in the mid-to-late 90's. I met the Roof family because Benn is a contractor, and he did some contract work on my house.

3.  One time, when Benn was over working on my house, I told him about how my husband and I had abruptly lost childcare right after I had my second child. In telling the story to Benn, Benn said that his wife Amy could watch the kids for us. I told him it would just be until summer, just a temporary thing. So, my kids stayed with Amy Roof for about 12 weeks total, likely around 7am until 4pm. My daughter was born in September, and this happened from roughly March until May of the year following her birth.

4.  Amy Roof watched my son when he was two years old, and Dylann was three. I thought that Dylann and my son were the same age back then though, because Dylann seemed much younger and was a lot smaller than my son. Amy was different, but she was likeable. She loved her kids. At the time that I knew her, Amy was a caring, loving mother. Amy was kind and patient with my children. Amber and Dylann's behavior did not seem to require strict behavior from Amy. Dylann was quiet, and Amber had some personality to her, but was a good kid.

5.  Amy was not hosting a daycare by any stretch, it was just Amy's two children and my two children that Amy watched. Four children is a lot of children to watch, but Amy seemed capable from what I saw. Amy was a stay-at-home mom. I was a working mom; leaving my kids at Amy's house goes to show you the things you do out of desperation as

1

a working mom. I do not have a lot of memories about the arrangement because it was so long ago, and not much stands out in particular.

6. The one big memory that stands out to me from those months is that Amy was not making my roughly six-month-old daughter's bottles correctly. I provided baby formula to Amy, bringing it to her house when I brought my children. You simply mixed the powder with water to make the formula, but Amy had misunderstood the instructions and was putting less formula in the bottle than she should've been. I learned from my pediatrician that my daughter was anemic, which is how I realized the issue with Amy's feeding. It wasn't the biggest deal ever because it was reversible, my daughter just needed more iron. And Amy was feeding my daughter two bottles a day while I also fed my daughter two bottles, so my daughter's entire diet hadn't been altered. When I put two and two together that Amy had been making the bottles wrong, I did not want to make Amy feel bad, so I just went to Amy and told her that she'd been doing the bottles wrong. Amy apologized, and we moved on. I wasn't mean about it because we were in a desperate childcare situation. I learned that Amy was incorrectly feeding my daughter around April. After this happened, I stopped feeling comfortable bringing my children to Amy's house. Luckily, things ended up working out perfectly with my job, and I was able to stay home for the next year or two.

7. Back then, I recall being struck by how different Dylann was from my own son. My son was super animated, curious and vivacious, and was busy talking and exploring at age two. Dylann, on the other hand, was low affect.

8. Dylann had dark circles under his eyes all the time. He seemed sleepy a lot. He was very thin – but again, Amy was also small. He had a hollowness in his face.

9. The three year old Dylann that I knew did not feel like a typical three year old. He sat there on the couch a lot. He did not talk. He wasn't a hitter or a fighter. Dylann was never pushing himself to be seen or saying "Momma, Momma" to Amy. My son and Amber both did things like that, they both talked a lot. But Dylann did not ask questions or really

2

IFCD 001346

talk at all. He was not interactive. He did not parallel play or play together with the other kids. They watched a lot of TV at the Roof house.

10. Dylann's older sister Amber was engaging and imaginative in her play though, so I did not think Dylann's low affect was something Amy had done, I just figured Dylann was different. And, as the second child, sometimes that sort of thing happens – that the second children let the first child run the show. It seemed like Amber was a bit of a caregiver to Dylann.

11. Given Dylann's incredibly small size, I did wonder if Dylann had been a picky eater or if he wasn't getting enough food as a child. It crossed my mind back then that he wasn't getting enough nutrition. But, since sitting next to Dylann on the couch was his enthusiastic and vibrant sister, I did not think too much of it. Plus, my own son was a very picky eater, so I understand what that can be like.

12. Although three-year-old Dylann did not seem to be talking when I knew him, I recall that my own son spoke by age two. My doctor told me that by age two my son should have a twenty ten-word vocabulary. I did not see Dylann talking much at age three.

13. The Roof home was well-kept and child friendly. The home might not have been engaging, but it was clean. I do not think they had a lot of books or toys. Also, the Roof home was right next to the railroad tracks and there was hardly a front yard, so I knew that my kids weren't going to have a lot of outside time when they were with Amy.

14. Later on, after Amy had stopped watching my kids, I knew that there were custody issues between the Roof's, and that they were going through a divorce. Amy knew that I was a marshmallow, and Amy came to me and asked me if I would please speak on her behalf in court, because she has no one else. I told Amy that I would speak the truth about how Amy was a good mom while watching her kids. I believe that my children were approaching kindergarten at the time Amy asked this. I eventually submitted a support letter for Amy in her divorce from Benn Roof. In my letter of support for Amy, I did not



include the story about my daughter becoming anemic. I was trying to support Amy, from one mom to another, but I was pretty diplomatic in my description of Amy's parenting. I wrote that letter for Amy because I wanted to be an advocate for Amy. I recalled feeling for her, as a mother, and thinking she needed support. It is in my nature to be helpful. I went out of my way to be kind to Amy.

15. Amy was scared that she wasn't going to be treated fairly during the custody proceedings because she did not have the legal family representation that Benn had, what with Benn's father Joe Roof being a lawyer.

16. Earlewood, the neighborhood that my family lived in near Amy and Benn, was and still is a very transitional neighborhood. My family lived in a beautiful 1900's Victorian home with a wraparound porch. Yet, the residence next door was a duplex with roaches. It was an excellent neighborhood to walk around in during the daytime, but it did not have the best reputation at night. There were a lot of door knockers, a lot of people asking for food or assistance within the neighborhood. It was very diverse racially and socioeconomically. You did not move to Earlewood if you did not want to live with Black neighbors. There was a school near the neighborhood that was called Logan Elementary School, though it used to be called something else. It was a heavily-minority school, and none of the white families that lived in Earlewood sent their kids to that school. It wasn't considered racist back then for them to want a different school for their kids. It was common for white families in the Earlewood Neighborhood to either move before their kids were five, or send their kids to private school or another public school out of their zoning. Benn was renovating the house on River Drive that the Roof family lived in. My memory is that Amy and Benn got special permission to send their kids to a different non-zoned public school. So, the Roof kids went to Rosewood Elementary School, even though that was several miles away from the neighborhood.

17. I never recalled feeling like Amy or Benn were racist back when I knew them in the late 90's, and if I had felt like they were racist, I would not have felt comfortable leaving my children at their house.

4

IFCD 001348

18. My husband and I moved to our current house in 1999. Amy and I did not cross paths regularly after my family moved away.

19. However, there was one day in the late 90's when Amy called me and said that she couldn't pick her daughter Amber up from school that day because she'd just had a breast enlargement. Amy asked me if I could pick Amber up and drop her off somewhere. I believe that Amber was in fifth grade at Rosewood Elementary School at the time. It felt very strange to me that Amy called me to ask the favor, simply because Amy and I were not close. It was odd. I thought Amy must've had closer friends that she could have asked to do that. But, I also never met Amy's friends if Amy had them. I ended up helping Amy out by picking Amber up that day.  I imagine that Amy probably called me to pick Amber up because I had recently helped Amy out with the letter of support.

*As a former elementary school counselor, I know that children with overt behavioral problems get the most attention. I imagine Dylann did not receive many behavioral interventions — he was compliant & teachable. The squeaky wheel gets the grease. JSS*

20. Before Dylann's trial I spoke on the phone with someone from Dylann's trial team. I would have shared with them any of the things in this declaration had I been asked.

21. I am over 18 years of age and am competent to make this declaration.

I, Jean Sullivan, declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on _November 15_, 20_23_, in ___Richland___ County, _SC_.
*Columbia, SC*

*[signature: Jean S Sullivan]*

IFCD 001349