## DECLARATION OF ROBBIE WRIGHT

I, Robbie Wright, state as follows:   *my full legal name is Robert Wright.*
*I go by Robbie - RW*

1. My name is Robbie Wright. I lived near Dylann Roof when he lived on Smokey Joe Court. We attended the same schools on and off from second to ninth grade.

2. Dylann and I were in the same second grade class at White Knoll Elementary School. Our teacher was Mrs. Garren. I attended White Knoll schools from second grade to ninth grade. Between ninth and tenth grades, I moved with my mom and stepdad to Pittsburgh, Pennsylvania.

3. Dylann and I spent the most time together around eighth grade. At that time, I lived in Long Pond Estates on Knotts Road. There were four developments off of Nazareth Road. One was on the lower end socioeconomically, then Dylann's neighborhood, then mine, then a neighborhood that was the upper echelon neighborhood. The main road in Dylann's neighborhood ran directly parallel to mine. I was able to cut through people's backyards to get between my house and my friends' houses who lived near Dylann.

4. My core friend group was Kyle Swindler, Alex Russell, and Johnny Matthews. We all rode the bus together with Dylann. After school, I got off the bus in their neighborhood, and walked home at the end of the day. Alex lived right up the street from Dylann, so sometimes as we were walking by, we'd knock on Dylann's door to see if he wanted to hang out with us.

5. Dylann was a weird kid. He didn't blend in. He was small, thin, and wore skinny jeans. Dylann wore all black clothing, and sometimes a trench coat. Other kids didn't dress like Dylann did. Dylann had long blond hair. His hair hung over his face and whenever Dylann talked, he brushed it down on the side of his face. It was like touching his hair

*RW*₁

IFCD001214

was compulsory. He did it every time he spoke. Dylann didn't talk much, but when he did, he blinked his eyes quickly. He was odd and mousy.

6. Dylann talked weird. He spoke quietly when he did speak, but he mostly just agreed with other people. He was not very social and kept very much to himself. Dylann didn't make eye contact. He'd look above my head or down to the side instead of looking at me. Dylann sometimes smiled, but it *didnt seem to be · RW* wasn't a real smile. It was like he wanted to have friends and fit in, but he just didn't. He was different. Dylann had sunken eyes, like he didn't sleep.

7. I tried not to leave Dylann out because he was the weird kid. I put myself in his shoes and knew that I would want friends if I were him. I have always tried to include everyone, including Dylann. Although he wasn't in our core group of friends, we sometimes knocked on his door as we were walking by and asked if he wanted to hang out. Sometimes he did, and sometimes he didn't. We didn't outwardly bully Dylann, we tried to make him one of the boys by inviting him to hang out. Nearly everyone in my friend group felt uncomfortable around Dylann because he was so odd. No one understood Dylann.

8. When we hung out after school, we got into all sorts of trouble. We lived in a basic, middle-class subdivision that was growing fast. They were constantly clearing trees and building new homes. My friends and I liked to go into the construction sites. We liked to light things on fire and blow things up. We were typical middle school boys who were little pyros. Dylann tagged along but was quiet. Occasionally he chimed in, usually to agree with something that someone else said. He was agreeable, but he didn't have much depth.

RW₂

IFCD001215

9. Dylann was a heavy marijuana user in middle school. I'm not sure where he got it, but he was high nearly every day that I saw him. Marijuana made Dylann giggly. I didn't start using marijuana as young as Dylann did, but I got into it in ninth grade.

10. Nearly all the kids I knew back then had access to guns. In eighth grade, I used to go to a friend's house and shoot .22s. Kyle, Alex and Dylann all had access to guns. We liked to shoot at pretend people and make up scenarios that involved shooting. Video games like Call of Duty and zombie games were popular at that time, which influenced how we played with real guns. The guys said stupid things, like about shooting people. Dylann's comments were usually in agreement with other people's comments. If someone said something about shooting black people in our pretend game, Dylann would agree, but nobody took it seriously or thought that something like that was even close to reality. ~ could have run BB gun or blades. RW Dylann was very easily influenced. ~~Dylann had a pistol~~, and he used to shoot at the trees in his backyard. Dylann liked to talk about guns. My stepdad worked for ATF, so I usually started to exit when the guns came out. We had no adult supervision.

11. I had the impression that Dylann did not have the best home life. His parents were separated. He talked about how his mom wouldn't let him come hangout, but he didn't ever mention his dad. Dylann lived with his mom and a man, who I believe was her boyfriend. Dylann didn't like the boyfriend and complained about him. I never met Dylann's mom or her boyfriend – either they were not home or they didn't come out when my friends and I knocked on Dylann's door. I don't remember him having any siblings around. I remember that Dylann lived in the basement for a period of time. I only went inside Dylann's house once. It was not very clean and had a musky smell.

RW 3

IFCD001216

12. Dylann listened to heavy metal music like ~~Slipknot~~. With his sunken eyes, low energy and skinny frame, you could tell he had something going on. He often fell asleep in class. He was like a dark, mysterious cloud. Dylann made me uncomfortable, but I still tried to include him.

13. In the broader neighborhood friend group, there was one black kid. Dylann got along with him. Growing up in South Carolina, everyone has a little racism. I would never use the n-word but people, including Dylann, did. It was a pretty common thing for white kids to talk like that, in my experience. Pretty much everyone made some kind of racist comments. Nobody was brave enough to push back on those racist comments. I kept quiet and didn't say anything. The black kid in our friend group was chill and made jest of it, saying things like, "you white people."

14. I'm not sure if Dylann had any other friends. He claimed he hung out with members of a band called Oceana. I'm not sure if it was true, but he talked about it like he had these cool, older friends.

15. I left South Carolina after finishing ninth grade at White Knoll High School. I was sad to leave. I had a great childhood there. I floated between friend groups at school and had friends in Dylann's neighborhood and a friend group in my own neighborhood. We all had electric scooters and scootered all over the neighborhood together. I stayed in touch with Kyle, Alex, and Johnny for a while. Kyle came to visit me in Pennsylvania a few times. He committed suicide several years ago.

16. I heard that White Knoll High School changed after I left. One student from our class, Jeffrey Kite, killed his neighbor after his neighbor ran over Jeffrey's dog. A few kids

IFCD001217

from White Knoll died in meth house explosions. The school later installed metal detectors, and drugs became more prevalent.

17. My family and I were on our way to go camping in Boone, North Carolina when we heard about Dylann's crime. I was shocked. I was shocked to know the person who did this, and also that I happened to be in North Carolina at the time and so close to where Dylann was arrested.

18. I think that what Dylann did is horrible. I wish that I could ask him why. I hope that Dylann seeks repentance.

19. Nobody from Dylann's legal team came to talk to me before his trial. I have always expected that someone would. If his trial team had spoken with me and asked me the same types of questions I was asked by his post-conviction team, I would have shared with them the information contained in this declaration.

20. I did not type this declaration. I told this information to a member of Dylann's post-conviction legal team who typed it for me. I have reviewed the contents carefully. I am over the age of 18 and competent to make this declaration.

I, Robbie Wright, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _November 19th_, 20_23_, in _Danville_, _PA_.

Robbie Wright

IFCD001218

Ex. 101 pg.5 of 5