## DECLARATION OF PATRICIA HASTINGS

I, Patricia Hastings, state as follows:

1. I am 69 years old and live in Chapin, South Carolina.

2. Paige Hastings Mann is my daughter. Paige was married to Benn Roof for ten years. They had one child together, Morgan Roof, and divorced in 2008. Paige has shared with me her feelings and experiences about her life with Benn.

3. Dylann Roof was Paige's stepson. He was a little boy when Paige and Benn married. Dylann has an older sister named Amber. I have spent time with all the Roof children since Paige met and married Benn.

4. When Paige and Benn were first married, they lived in Columbia, South Carolina. Their home was very nice, and all the children enjoyed spending time there. It was a comfortable life.

5. Paige and Dylann got along well. Paige enrolled Dylann in martial arts classes and the family all attended church together. Benn took a paternity test after Dylann was born to determine if he was Dylann's father; it came back that he was.

6. During the late 2000s, Benn, Paige and Morgan moved to Key West, Florida for Benn's work. Dylann stayed in South Carolina to live with his mother, Amy Roof, and Amber.

7. Dylann was very shy. He was quieter than the other Roof kids, and he kept to himself more. Dylann became even more withdrawn after Benn and Paige moved to Key West. He spent a lot of time in his room. He was on the computer all the time. He was not like that when he was younger.

1

Declaration of Patricia Hastings                                     Initials _CH_

IFCD 001203

Ex. 102 pg.1 of 3

8. Paige was concerned for Dylann's wellbeing when he lived with Amy. Amy was obsessed with cleaning and germs to such extremes that she did not care what Dylann did as long as he was tidy. Amy was OCD and had to have everything in its place. When Dylann knocked a lamp over at my house, he got really scared and cowered because he was used to Amy yelling at him for messing things up. Dylann was afraid of Amy. As he got older, Paige worried about him always wanting to be in his room.

9. Amber and Dylann used to arrive at Benn and Paige's house in the same dirty clothes they wore all the time. Paige bought them new clothes to take home. Amy returned the unworn clothes to the store in exchange for cash. It made me sad when Amy returned clothes and gifts that people gave to Dylann and Amber to collect the money. It was also sad that Dylann had to live with the various boyfriends that would come in and out of Amy's life and home. Amy was constantly with a new man, living with one and then another in rapid succession. Despite everything going on in his life, Dylann was very polite. I never saw him be violent or communicate any racist thoughts.

10. The move to Key West turned out to be devastating for Paige and Morgan. Benn was partying and using drugs more often than ever. It was no secret that Benn struggled with drugs for most of his life, but things got worse when he was living in Key West. Paige was concerned about Benn's drug use and partying – especially around the children. But it became too much in Key West. The marriage fell apart. Paige moved back to South Carolina and filed for divorce.

11. After Dylann was arrested, Benn's drug use increased and continued until his recent death.

Declaration of Patricia Hastings                          Initials _____

IFCD 001204

Ex. 102 pg.2 of 3

12. I believe Benn was a good person. I never saw signs of racism in him, and I trust he wanted the best for his children. Benn just could not shake his drug problem. I wonder what would have happened if Dylann had remained with Benn and Paige as a family in Columbia, and if Benn had cleaned up his bad habits. Dylann's life could have been different.

13. I am over 18 years of age and am competent to make this declaration.

I, Patricia Hastings, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____*Nov 15*_____, 20*23*, in _*Richland Cty*_, *SC*

_____
Patricia Hastings

3

Declaration of Patricia Hastings          Initials _____

IFCD 001205

Ex. 102 pg.3 of 3