Personal Identifying Information has been redacted from this exhibit pursuant to Fed. R. Civ. Pro. 5.2.

RPT# 16-0080434 Generated 01/31/24 10:43AM EST Page: 1 of 4



| PRID:43459334 | RPT#:16-0080434 | Response District:01 |

**Service:** Charleston County EMS
**Base:** Medic 01
**Unit:** M01
**Shift:** A
**Tail/Reg:** 5219
**EMD:** Yes, Pre-Arrival Instr. - 31D03 Emergency Response
**Type of Svc:** (Primary Response Area) Unscheduled
**Dispatch Priority:** Delta
**Response Mode:** Lights / Sirens
**Moved Via:** Stretcher
**Position:** Semi-Fowlers
**Disposition:** Transported

**Date:** December 7, 2016
**Team:** ALS
**Crew 1:** Primary Caregiver
\* Rowell, Elizabeth (SC024545)
**Crew 2:** Driver
Shirar, George (SC023813)

\* designates an ALS Provider

**Transport Mode:** Lights / Sirens
**Moved From:** Stretcher
**Pt. Condition:** Unchanged

**Ref Other Type:** Courthouse
**Referring / Scene:** 85 Broad St
CHARLESTON, SC 29401
Charleston County
United States
**Ref. GPS:** 32.77628,-79.93179

**Receiving /Hospital**
**Destination:** MUSC - Ashley River Tower
Now: MUSC Health - Ashley
River Tower
Emergency Department
25 Courtenay Drive
Charleston, SC 29425
**Dest. GPS:** 32.782999,-79.950734

---

**Last Name:** Roof  **First:** Amy
**Address:**
**City:**
**County:**
**Country:**
**Phone:** Home:
**DOB:**      **SSN**
**Age:**   **ex:** F            100 lb
**Height:**
**Subscriber:** No
**Race:** White, non-Hispanic
**DNR Orders:** None
**Billing Information:**

| Odometer | | Times | |
|---|---|---|---|
| **Start:** | 0.0 | **Received:** | 11:58 |
| **At Ref:** | 0.0 | **Dispatch:** | 11:59 |
| **At Rec:** | 1.3 | **EnRoute:** | 11:59 |
| **End:** | 1.3 | **First Resp:** | 12:05 |
| **Ld Miles:** | 1.3 | **At Ref:** | 12:06 |
| **Tot Miles:** | 1.3 | **At Patient:** | 12:07 |
| | | **Leave Ref:** | 12:55 |
| | | **At Rec:** | 13:02 |
| | | **Available:** | 13:36 |
| | | **Med control:** | 13:30 |

**Notice of Privacy Practices Given:** None
**Consent Signed:** No
**PCS / Medical Necessity Signed:** No
**Primary Method of Payment:** Insurance

---

### Scene Information

**Description:** \*\*\*Continued HPI due to character limit\*\*\*\* He advised to contact MUSC 1 West's charge nurse in order to facilitate the transport. Taylor at MUSC was contacted and informed of the situation with the pt's permission, and stated that the pt would be entered in the computer system as a "Doe" and public safety would be notified. Taylor also advised that pt would be going to the Ashley River Tower and that Charge Nurse Jaci would be calling to receive encode. Paramedic Rowell spoke with Jaci at the chest pain center, and a STEMI alert was called. EKG was transmitted once internet was obtained. Once speaking with the hospital, and insuring that discretion and privacy would be maintained, the pt then agreed to be transported. Delay in transport was due to facilitating the court staff's requests along with pt's requests. Once all were met, pt agreed to be transported. While on scene pt was given 324 mg of aspirin PO. Nitro was withheld due to pt having elevation in the inferior leads. Pt was moved along with security down to the rear of the courthouse. The ambulance was moved around to the back so that it was out of view. Pt was then moved to the ambulance. Pt's boyfriend rode with EMS. While in route a right sided EKG was obtained. IV access was also obtained in the right AC with an 18 gauge IV. While in route pt condition remained the same. Upon arrival Jaci met M1 crew and pt at the elevator and an escort was provided to the cath lab. Pt care was transferred to the cath lab staff, and MD. Medic 1 was clear available.

**First Agency Unit on Scene?:** Yes
**Num. Patients On Scene:** 1
**Patient Belongings:** None brought with patient.
**Other Agencies:** Fire

---

### Chief Complaint (Category: Unconscious / Fainting)

fainting

**Duration:** 15 Minutes
**ALS Assessment:** Completed for Suspected Illness

### Secondary Complaint

ST Elevation

**Duration:** 15 Minutes

---

Patient Record 43459334

## History of Present Illness

Medic 1 was dispatched by CDC to the scene of an unconscious/fainting. Caller advised a female passed out in the courtroom. Upon arrival on scene, LE officials met EMS and advised EMS where to park, then escorted crew to the pt. Upon contact pt was seated on a bench in the court room, with FD personnel and staff on scene. Pt was anxious and stated " I am okay I don't want to go to the hospital." FD personnel stated that the people in the court house stated that she passed out. Pt stated that she felt fine she was just very anxious. Pt stated that she would let EMS check her vitals but that she did not want to be transported. Pt was ambulatory to the stretcher. Courthouse officials advised Paramedic Rowell that they preferred if she did not leave the courtroom due to it being a high profile case. A private room was requested near the courtroom if possible in order to perform an EKG. A witness room on the same floor was cleared by the courthouse staff and the pt was moved there via stretcher. Pt was shaking and stated that she was really stressed out and that she was sure that was what caused everything. Pt denied any pain, nausea, shortness of breath, and maintained that she felt fine , was just very anxious and upset. Pt allowed EMS to perform a 4 lead and 12 lead EKG. Upon obtaining an EKG, pt was in bigeminy PVCs, and ST elevation was noted in II, III, AVf, V3, V4, and V5 leads. Pt denied ever having chest pain, but later stated that she was having heart burn recently. Pt was placed on oxygen at 2 L via NC. Pt denied any cardiac history or medical history. Pt was explained the severity of the findings and that transport was strongly encouraged. Pt continued to deny transport due to being worried about being seen by the media and she did not want to leave her son without support. Pt requested to just go back to her hotel and rest because she needed to be in court tomorrow. Pt was very anxious and was very concerned about missing court and did not want to leave. Lawyers on scene requested that discretion be used. U.S. Attorney Greenman requested to speak with Paramedic Rowell in regards to the situation. She explained that the pt was the mother of Dylann Roof and that having her transported out of the media and public eye was important. Paramedic Rowell informed her that a supervisor would be contacted and the hospital would also be notified prior to transport ,pending the patients approval, in order to facilitate that. Delta 2 was consulted an informed of what was going on. ***HPI continued in Scene description section of report due to character limit.****

| Medical History | Current Medications | Allergies |
|---|---|---|
| Unknown<br>Obtained From: Not Recorded | Unknown | None |

## Neurological Exam

**Level of Consciousness:** Alert    **Loss of Consciousness:** No

**Chemically Paralyzed:** No

**Neurological Present:** Normal

**Mental Present:** Normal

| | Motor | Sensory |
|---|---|---|
| LA: | Normal | Normal |
| RA: | Normal | Normal |
| LL: | Normal | Normal |
| RL: | Normal | Normal |

### Glasgow Coma Scale

| | E | V | M | Tot |
|---|---|---|---|---|
| Int: | 4 | 5 | 6 | = 15 |

Qual: Legitimate values w/o interventions such as intubation and sedation

## Airway / Respiratory

**Status:** Patent

**Effort:** Normal

**Sounds: L:** Clear    **R:** Clear

**Oxygen:** 4 lpm via Nasal Cannula    **Performed By:** EMS Provider    **Outcome:** Improved

## Cardiovascular

**JVD:** Not Checked    **Cap. Refill:** Brisk

**Edema:** Not Checked

### Pulses

| | Left | Right |
|---|---|---|
| Carotid: | Not Checked | Not Checked |
| Radial: | Normal | Not Checked |
| Femoral: | Not Checked | Not Checked |

## Injury Details

**Reason for Encounter:** Non-Injury

**Drugs/Alcohol?:** None

## Initial Physical Findings

**Assessment**    **Tubes/Drains:**

**Skin:** Normal

**Skin Findings:**

## Impression / Diagnosis

Patient Record 43459334

RPT# 16-0080434 Generated 01/31/24 10:43AM EST Page: 3 of 4

**System:** Global
**Symptoms:** Change in Responsiveness
**Impression:** Sick Person, NOS
**Initial Patient Acuity:** Lower Acuity (Green)

| Time | H.R. | REG | B.P. | MAP | RA SaO2 | Resp | Rhythm | GCS | ECG Method | Prtcl | Pain | CRW* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | H.R. Method | | B.P. Method | SpCO | LOC | | Resp Effort | | | | | |
| **Action** | **Comment** | | | | | | | | | | | |
| 12:12 | 73 | REG | 146 / 106 | 119 | 100 | 18 | Premature Ventricular Contractions, | 4/5/6 | | General Medical | 0 | #1 |
| | Electric Monitor - Cardiac | | Auto. Cuff | | Alert | | Normal | | | | | |
| Cardiac | Vital Signs. Cardiac Monitor performed by Elizabeth Rowell. Successful. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | | | | |
| 12:17 | | | | | | | | | | General Medical | | #1 |
| Cardiac | 12-Lead Analysis - Status: Ended - Twelve Lead Analysis. 12-Lead EKG performed by Elizabeth Rowell. Successful. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | | | | |
| 12:17 | 113 | REG | 204 / 98 | 133 | 100 | 18 | 12-Lead - Anterior Ischemia,12-Lead - Inferior Ischemia, | 4/5/6 | | General Medical | 0 | #1 |
| | Electric Monitor - Cardiac | | Auto. Cuff | | Alert | | Normal | | | | | |
| | Vital Signs. | | | | | | | | | | | |
| 12:20 | | | | | | | | | | | | |
| Cardiac | 12-Lead Analysis - Status: Ended - Twelve Lead Analysis. 12-Lead EKG performed by Elizabeth Rowell. Successful. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | | | | |
| 12:21 | | | | | | | | | | General Medical | | #1 |
| Airway | Oxygen initiated at 4 lpm via NC by Elizabeth Rowell. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | | | | |
| 12:23 | | | | | | | | | | | | |
| Cardiac | 12-Lead Analysis - Status: Ended - Twelve Lead Analysis. 12-Lead EKG performed by Elizabeth Rowell. Successful. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | | | | |
| 12:24 | | | | | | | | | | General Medical | | #1 |
| Hosp. Notify | STEMI alert sent by Elizabeth Rowell via Cellular. NUrse at 1 West and ART tower via Cellphone. | | | | | | | | | | | |
| 12:26 | | | | | | | | | | General Medical | | #1 |
| Cardiac | 12-Lead Analysis - Status: Started - Twelve Lead Analysis. 12-Lead EKG performed by Elizabeth Rowell. Successful. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | | | | |
| 12:30 | 212 | REG | 111 / 102 | 107 | 98 | 19 | 12 Lead - Posterior Ischemia / Infarct,12-Lead - Anterior Ischemia,12-Lead - Inferior Ischemia, | 4/5/6 | | General Medical | 0 | #1 |
| | Electric Monitor - Cardiac | | Auto. Cuff | | Alert | | Normal | | | | | |
| Med. | Vital Signs. Aspirin, 324 MG via PO given by Elizabeth Rowell. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | | | | |
| 12:43 | | | | | | | | | | General Medical | | #1 |
| Cardiac | 12-Lead Analysis - Status: Started - Twelve Lead Analysis. 12-Lead EKG performed by Elizabeth Rowell. Successful. Authorization: Via Protocol. Pt. Response: Unchanged. | | | | | | | | | | | |
| 12:49 | 102 | REG | 170 / 119 | 136 | 99 | 16 | 12-Lead - Anterior Ischemia,12-Lead - Inferior Ischemia, | 4/5/6 | | Chest Pain | 0 | #1 |
| | Electric Monitor - Cardiac | | Auto. Cuff | 0 | Alert | | Normal | | | | | |
| | Vital Signs. | | | | | | | | | | | |
| 12:55 | 100 | | 173 / 95 | 121 | 99 | 18 | | 4/5/6 | | General Medical | 0 | #1 |
| | Electric Monitor - Cardiac | | Auto. Cuff | | Alert | | Normal | | | | | |
| | Vital Signs. | | | | | | | | | | | |
| 12:58 | | | | | | | | | | | | |
| | 12-Lead Analysis - Status: Ended - Twelve Lead Analysis. | | | | | | | | | | | |

*\* Assessment made by*

**Response Factors Affecting Care:** None
**Scene Factors Affecting Care:** Other
**Transportation Factors Affecting Care:** Other

**Dispatch Factors:** None

**Turn-Around Factors:** EMS Crew Accompanies Patient for Facility Procedure

Patient Record 43459334

RPT# 16-0080434 Generated 01/31/24 10:43AM EST Page: 4 of 4

Rowell, Elizabeth:        *Electronically Signed on 12/07/2016 18:15:47 EST*


Shirar, George:        *Electronically Signed on 12/07/2016 18:43:09 EST*


Receiving Physician:        _____

Patient Record 43459334

Ex. 103 pg.4 of 4