### DECLARATION OF JONATHAN I. GRONER, M.D.

I, Jonathan I. Groner, declare and state as follows:

### Qualifications

1. I am a medical doctor and Emeritus Professor of Clinical Surgery at The Ohio State University College of Medicine. I graduated from Northwestern University Medical School in 1984. I completed my residency in General Surgery at the Medical College of Wisconsin and in Pediatric Surgery at Nationwide Children's Hospital. I became licensed to practice medicine in the State of Ohio in 1992 and remain licensed to practice in Ohio. I was appointed to the faculty of The Ohio State University College of Medicine in 1994. I practiced surgery and trained medical students and residents in the practice of surgery for over 30 years. My particular specialties included pediatric surgery, trauma surgery and burn care.

2. During my career as a pediatric surgeon, I inserted over one thousand IVs in patients ranging from less than 2 pounds to over 200 pounds including peripheral IVs, cutdowns, and central lines.

3. I hold a certification in General Surgery and Pediatric Surgery from the American Board of Surgery and have served as an Examiner for the American Board of Surgery's General Surgery Qualifying Examination. I also hold multiple certifications in advanced burn life support and in advanced trauma life support. I have served as the president of the Central Ohio Trauma System and served on the Ohio Emergency Medical Services Board.

4. I have done extensive research in the areas of pediatric surgery, general surgery, and trauma surgery. My related research interests include the impact of trauma on children, firearm trauma, ATV injuries, child abuse, and physician participation in lethal injection. I have published multiple peer-reviewed articles on the administration of capital punishment by lethal injection.

5. I am also the author of *The Hippocratic Paradox: The Role of the Medical Profession in Capital Punishment in the United States*, 35 Fordham Urb. L.J. 883 (2008). In that article, I wrote that, assuming the shooters hit their mark (the heart), execution by firing squad would be "nearly instantaneous and painless." That is because the "[d]isruption of blood flow to the brain, which would result from lacerations to the heart by multiple bullets, causes almost immediate loss of consciousness, resulting in rapid death with little or no pain."

6. In arriving at my opinion that, *in principle and good faith practice*, the firing squad method is far more humane, in practice, than lethal injection, I have extensively reviewed the history of the firing squad and all other execution methods used in the United States for a forthcoming book to be published by the University of California Press.

7. I have submitted expert statements endorsing firing squad executions as a viable way to execute the death sentence without violating the Eighth Amendment's prohibition of cruel

Ex. 174 pg.1 of 58

and unusual punishment.

8. For further details, see my Curriculum Vitae, attached as Exhibit A.

**Engagement and Reliance Materials**

9. Counsel for Stephen C. Stanko contacted me to offer expert opinion on South Carolina's firing squad and lethal injection execution practices since resuming executions in 2024.

10. I have reviewed the following materials:

- Brad K. Sigmon Autopsy Report, March 8, 2025, by Daren J. Monroe, M.D., of Professional Pathology Services, PC
- One of the photos taken in the Sigmon autopsy
- Mikal Mahdi Autopsy Report, April 12, 2025, by Bradley J. Marcus, M.D., of Professional Pathology Services, PC
- Two photos taken in the Mahdi autopsy
- Report of Dr. Jonathan L. Arden, M.D., May 5, 2025
- March 18, 2022, letter from SCDC describing and quoting from the firing squad protocol.
- August 28, 2024, Affidavit of Bryan P. Stirling, available methods for Freddie Owens execution
- October 8, 2024, Affidavit of Bryan P. Stirling, available methods for Richard Moore execution
- January 8, 2025, Affidavit of Bryan P. Stirling, available methods for Marion Bowman, Jr., execution
- Autopsy report of Marion Bowman, Jr., February 1, 2025, by Amy M. Durso, MD, Professional Pathology Services, PC
- Declaration of Dr. Terri Haddix, June 2, 2025
- Declaration of Director Ryan Thornell, March 15, 2023
- Declaration of Amanda Bass, May 18, 2022.

**Second Doses of Pentobarbital in Lethal Injection Executions**

11. Director Stirling certified that one of the methods available to Freddie Owens, Richard Moore, and Marion Bowman, Jr., was "lethal injection . . . via a single dose of pentobarbital." He further certified in each case that, "I have confirmed that the pentobarbital in the Department's possession is of sufficient potency, purity, and stability to carry out an execution successfully using the Department's lethal injection protocol."

12. Available autopsy reports of Moore and Bowman and the twenty-minute interval before Owens was pronounced dead[1] represent that in each of these three lethal injection executions, a second 5g dose (each dose given in "2 x 2.5g" amounts at the same time) was administered. The second dose (also "2 x 2.5g") was administered in each case approximately ten minutes after the first dose.

13. The administration of a second dose is troubling. Five grams of pentobarbital is a massive overdose, which should induce unconsciousness and cause cessation of organized heart beating sufficient to pump blood throughout the body much sooner than ten minutes.

14. The immediate concern is that the first dose failed to do so, and therefore a second dose, prepared as a back-up, was administered.

15. In the great majority of the cases I have reviewed, the cause of botched lethal injection executions is an improperly placed or failed intravenous (IV) line. Failures of these types lead to a slow and painful death.

16. The placement and use of an IV line is a medical procedure and requires more skill than drawing blood. Establishing a line is a practice-based skill because it involves inserting a small plastic catheter into a vein, which has thin walls and is easily punctured or torn. Proficiency or even mere competence is a product of dozens of repetitions daily sustained over a career. Without regular performance of the procedure, competence is doubtful. Those who have a limited experience level or who are removed in time from frequent performance are susceptible to substandard performance in establishing a line.



17. Secrecy laws shield the identity, and even shield any indication of qualifications and background for an execution team member responsible for inserting IV lines. My review of decades of experience in dozens of states, amounting to well over 1,400 lethal injection executions, points to the likelihood that the execution team member responsible for establishing the IV line is not someone who practices this skill daily in a health care setting. That is because participating in an execution, directly or indirectly, is opposed by the American Medical Association, the American Nurses Association, and other medical professional organizations.

"Romell Broom displays the 18 different locations in which Ohio execution personnel unsuccessfully attempted to set an intravenous line to execute him in September 2009."[1]

---

[1] Freddie Owens Execution Press Conference, at 00:26–00:35 (Sept. 20, 2024), *available at* https://www.youtube.com/watch?v=IsdjqNuBqHI.

18. A clear example of serious problems that arise from a rather routine lack of proficiency may be seen in the case of Romell Broom, a man sentenced to death in Ohio. Mr. Broom died in 2020 during the COVID-19 pandemic. I examined and photographed Mr. Broom a few days following failed attempts to place IV lines for his execution scheduled for September 15, 2009. As the Supreme Court of Ohio found in this case, my "photographs show 18 injection sites: one on each bicep, four on his left antecubital (forearm), three on his right antecubital, three on his left wrist, one on the back of his left hand, three on the back of his right hand, and one on each ankle. Prison officials later confirmed that he was stuck at least 18 times." *State v. Broom*, 146 Ohio St. 3d 60, 62 (2016).

19. On November 15, 2017, the State of Ohio again was unable to carry out the lethal injection of Alva Campbell due to its failure to place an IV line in the 69-year-old man. I examined Mr. Campbell a few days after his attempted lethal injection. He had normal appearing veins and I concluded that the only reason his lethal injection failed was that the person or team assigned to insert his IVs was incompetent. Months later, Mr. Campbell died complications of emphysema and cancer.

20. It is quite common in lethal injections for the execution team to make multiple attempts to insert an IV line. Frequently, these attempts occur along the same blood vessel. Typically, the punctures for the failed IV attempts are covered with a simple bandage, if at all. The punctured blood vessel under a bandaged site remains under pressure and is therefore prone to leakage. Accordingly, it is foreseeable that execution teams inject the pentobarbital on the same limb at a more peripheral IV site, only to have some of it leak immediately, reducing the effective dose administered possibly to a level below lethality.

21. The Bowman Autopsy Report shows evidence of failed attempts to establish IV lines, documenting an unspecified number of "puncture marks covered by bandages on the right antecubital fossa, on the lateral right upper arm, and on the anteriomedial right lower arm," in addition to a single "puncture mark in the left antecubital fossa without overlying bandage." Bowman Autopsy Report at 2. The last is presumably the site of the IV that was used to administer both doses of pentobarbital.

22. Most botches are the result of a failure of an IV thought to be properly in place. For example, in the operating room, an anesthesia provider monitors the IV as the anesthetic drugs are injected, and therefore would be aware if the drugs are not infusing correctly. This risk is highest when, as in South Carolina, the IV line is draped and not in full view. In such cases, the lethal substances are not delivered directly into the blood stream. Rather, the substance would infuse subcutaneously into the tissue surrounding the vein where it would be slowly and partially taken up into the blood stream. In order for the drug to cause loss of consciousness, it must reach the brain in a high concentration. If the drug is injected subcutaneously instead of intravenously due to a misplaced or dislodged IV, the barbiturate effect of the drug is attenuated, and loss of consciousness can be substantially delayed.

---

[2] Photo and caption, *Romell Broom, Who Survived Botched Execution, Dies of COVID-19 on Ohio Death Row*, DEATH PENALTY INFORMATION CTR. (Updated Mar. 14, 2025), https://deathpenaltyinfo.org/romell-broom-who-survived-botched-execution-dies-of-covid-19-on-ohio-death-row.

23. A further prominent example of that sort of failure is observed in the case of Clayton Lockett, in Oklahoma, under that state's former three-drug midazolam protocol. Reports from the evening of his death reflect that he succumbed to a massive heart attack approximately 43 minutes after the delivery of the designated drugs due to the failure of the IV line, which led to the infiltration of the drugs to tissue surrounding the IV's insertion rather than its delivery through his veins. Additionally, a large dose of pentobarbital delivered into the subcutaneous tissue itself causes a very painful burning sensation surrounding the injection site and can cause chemical burns similar to what may be experienced if chemotherapy drugs are accidentally injected subcutaneously.

24. An earlier example of the severe consequences from a faulty IV line comes from Florida, on December 13, 2006, in the execution of Angel Diaz. Under the thiopental protocol at the time, the results of the infiltration on Mr. Diaz's arms resembled, as I have previously stated upon review of photographs of the deceased, "the kind of injury we see when a kid has fallen in a campfire or set his arm on fire."

25. Less than two weeks ago, on May 20, 2025, the State of Indiana executed Benjamin Ritchie by an injection of pentobarbital. Witnesses reported that Mr. Ritchie "violently sat up – raised his shoulders – and twitched violently for about three seconds," before he gradually returned to a supine position. The Indiana Department of Corrections issued a statement that "the execution process" started shortly after 12:00 a.m. and Mr. Ritchie was pronounced dead at 12:46 a.m.[3] The statement did not specify when after midnight the delivery of the pentobarbital through the IV line(s) occurred.

26. A properly administered 5-gram IV dose of pentobarbital rapidly renders a patient deeply unconscious and causes cessation of all movement including breathing. Thus, Mr. Ritchie's high level of movement demonstrates that his execution was far from consistent with Indiana's design for lethal injection.

27. A forensic autopsy should provide insights into the problems with Mr. Ritchie's execution. For now, the lack of information concerning Mr. Ritchie's death does not permit a determination of whether it was the placement of the IV line or the quality of the pentobarbital that explains how the man was able to move at all, let alone resist against his restraints to that degree, under an extremely high dose of a powerful barbiturate.

28. The lack of information concerning Mr. Ritchie's death, at least at this moment, limits the level of evaluation. But it is evident that either the IV line was inserted incorrectly, became dislodged during infusion of the drug, or the drug itself was not sufficiently potent.

29. SCDC's record of using two doses in each of the three prior lethal injections indicates that the first dose failed to work. Such a failure would be extremely problematic.

---

[3] Casey Smith, *State Executes Death Row Inmate Benjamin Ritchie for Fatal Shooting of Police Officer*, IND. CAPITAL CHRONICLE (May 20, 2025), https://indianacapitalchronicle.com/2025/05/20/state-executes-death-row-inmate-benjamin-ritchie-for-fatal-shooting-of-police-officer/.

30. Various states' publicly available lethal injection protocols have a provision calling for administration of a stand-by second dose if there are signs of life after a certain time. Yet there seems to be only a single instance in nearly a half-century of experience—other than with the past three South Carolina lethal injections—wherein a second dose of pentobarbital has been used.[4]

31. Some states, such as Utah, rely on an electrocardiogram (EKG) for the purpose of detecting signs of life. However, an EKG monitor can continue to show electrical activity even if the heart is not pumping blood.

32. The heart muscle, or myocardium, has the ability to contract and generate electrical activity on its own. Even myocardial cells in a petri dish can produce electrical signals. After death, the heart may produce some electrical activity that shows on an EKG monitor. This does not necessarily indicate a heart that is pumping blood.[5] The information available to date concerning SCDC's second doses does not answer whether, for any or all these condemned men, meaningful cardiac activity persisted and thus required an emergency second dose to extinguish life.

33. Autopsy reporting in the prior lethal injections shows an interval of ten minutes between doses of pentobarbital. If the first dose worked properly in those injections, there would be no meaningful sign, electrical or otherwise, that the heart was pumping blood to the brain.

34. Apparently, the protocol calls for the delivery of additional doses "until the physician determines death has occurred," but I am aware of no suggestion that the execution team would be prepared to deliver a third dose if a physician was unable, after a second one, to declare the condemned man dead.

35. The larger point in the apparent escalation path of the protocol is that if a single dose of 5 grams of pentobarbital has not killed the human subject, it is far from clear what is happening with a second dose that *is* causing death. The need to deliver 10 grams of pentobarbital to end the life of each of these individuals lacks a reasonable medical explanation. If a person is not dead after a 5 gram dose, then something is profoundly wrong with the pharmaceutical substance or its intravenous delivery.

### Mr. Mahdi's Execution Was Botched

---

[4] At the Utah, August 8, 2024, execution of Taberon Honie, "It took 17 minutes from when the first dose of pentobarbital was given to Honie to when an electrocardiogram detected his heart was no longer beating. He was pronounced dead at 12:25 a.m. Honie was given a second dose of pentobarbital about five minutes into his execution at the advice of medical professionals, said Corrections Director Brian Redd." Jessica Miller Schreifels & Paighten Harkins, *Taberon Honie Dies by Lethal Injection, the First Execution in Utah in 14 Years*, SALT LAKE TRIBUNE (Aug. 8, 2024), https://www.sltrib.com/news/2024/08/08/utah-executes-taberon-honie-by/. At a press conference, the State claims they had planned in advance to administer the second dose after 20 minutes, but as there was no signs of life after about five minutes, they administered it then. *See*, https://www.youtube.com/watch?v=7Um4N2c15JU, at 23:32–24:16.

[5] In clinical settings, when a child dies, the EKG monitor is customarily disconnected before the family comes in to see the body of their child. The disorganized signals they might see on the monitor can confuse them into thinking their child is still alive.

Ex. 174 pg.6 of 58

36. As I have reported and declared elsewhere, if the shooters hit the heart, a firing squad execution causes nearly instantaneous, painless death.[6]

37. I agree with Dr. Haddix's pathology reporting on Mr. Mahdi's execution. Because the left side of the heart was not injured, the heart would have continued pumping blood to the brain until the substantial supply of available blood was exhausted.

38. The implication of the autopsy report is that Mr. Mahdi suffered excruciating pain as the bullets tore open his skin, caused "soft tissue and bone disruption" and he continued to experience this pain until he lost enough blood to lose consciousness as he bled to death.

39. The various reports recognize the perforation of the right ventricle and pericardium. Causing glancing wounds that result in exsanguinating hemorrhage (bleeding to death), is not the designed firing squad outcome. The firing squad method contemplates destruction of the heart and, as I have opined historically, should be essentially foolproof if performed in good faith.

40. With three presumed proficient riflemen firing on the targeted heart from merely 15 feet (5 yards) away in a controlled environment, using powerful hunting rifles that are capable of killing a deer at 300 to 500 yards, it would be unlikely that left ventricle would not be obliterated three times over. It is incomprehensible that none of the three marksmen hit the target, let alone that one of them failed to strike the body of the condemned anywhere. This level of failure is difficult to explain on the basis of pure incompetence.[7]

41. I will not speculate on whether factors concerning Mr. Mahdi's criminal case or his

---

[6] Deborah W. Denno, *The Firing Squad As "A Known and Available Alternative Method of Execution" Post*-Glossip, 49 U. MICH. J.L. REFORM 749, 777–78 (2016).

[7] Two of the three executions carried out in Arizona in 2022 involved inserting IV lines into the femoral vein in a manner that was gratuitous and likely painful. In the only other execution (of Mr. Atwood, *infra*), the execution team attempted to use a femoral line but were diverted. In the case of Clarence Dixon, it appears that a "cutdown" was performed. A "cutdown" is a procedure in which an incision is made in the groin to locate and dissect out the saphenous or femoral vein, which is then cut open to insert a catheter. The procedure is not standard of care because it is painful, may cause bleeding, and has been replaced by ultrasound-guided percutaneous techniques. For the second execution (Murray Hooper), the team placed a percutaneous line is his femoral vein and sutured it into place after failing to start IVs in his arms. In the hospital setting, if a health care worker is unable to insert an IV in a patient's arm, the next step is to find someone with more experience (there are many available veins in an adult's arms), not to gratuitously perform a procedure that involves cutting or suturing in the patient's groin. *Murray Hooper Execution in Arizona: Protesters at the State Capitol Stand United with Hooper*, ARIZ. REPUBLIC (Nov. 16, 2022), https://www.azcentral.com/story/news/local/arizona/2022/11/16/arizona-death-row-murray-hooper-execution/10702863002/ ("He turned to Hooper and said, 'I don't want you to hurt too much,' and Hooper chuckled at that. Femoral insertion took about 10 minutes, according to Christie. While the first IV insertion was not successful, the second one was.").

Attorney Amanda Bass's declaration reports in great detail the repeatedly failed efforts to establish a conventional IV in Mr. Dixon, leading up to a bloody cutdown IV. Declaration of Amanda Bass, at 1–5; accord *Clarence Dixon Execution Updates: Ducey Says Execution is Justice Served*, Ariz. Republic (updated Mar. 18, 2025), https://www.azcentral.com/story/news/local/arizona/2022/05/11/execution-death-row-inmate-clarence-dixon-arizona-updates-protests/9710466002/ ("Witnesses said there were issues inserting the IV. Dixon, who was 67, appeared to be in pain as the execution team tried to place the IV, eventually putting it in his groin. 'I did see what appeared to be some cutting into the groin, they did have to wipe up a fair amount of blood,' said Paul Davenport, a

experience in custody may have had a bearing on the conduct of his execution. I will observe that there are instances of bad faith in the conduct of executions in this country's recent history.

42. My review of the available information and evidence of Mr. Mahdi's execution leads me to conclude that his firing squad was conducted without the requisite good faith to perform a procedure that is essentially foolproof. Based on many years of review of executions and specific study of firing squads, I am concerned that some element of those responsible for carrying out Mr. Mahdi's execution intended not to hit his target and to cause great pain before his death.

43. In Mr. Mahdi's case, the left ventricle and aorta, the critical parts in the circulation of blood to the rest of the body including the brain, were somehow unscathed by the bullets. Rather than a *sudden* loss of blood pressure to the brain, the left side of Mr. Mahdi's heart would continue to pump oxygenated blood to the body, maintaining sufficient blood pressure to the brain to keep him conscious and, as his visible and audible reactions that the witnesses observed manifest, sensate for a prolonged period, despite the damage to the right ventricle. The right ventricle functions to pump deoxygenated blood to the lungs. Accordingly, as the supply of oxygenated blood runs out, the blood pressure to the brain *gradually* drops.

44. While the circulatory system continues under these compromised circumstances, Mr. Mahdi's nervous system would have endured extreme pain from the multiple major injuries from the bullets. The bullets struck his sternum and rib cage, causing severe pain due to multiple fractures. The aggregate result would have reached maximum pain, which is to say the ceiling for pain that a human can experience.

45. Firing squad design, as a method, can target one of two organs to cause the rapid loss of consciousness and then death. Bullets fired into the brain cause immediate loss of

---

media witness for the Associated Press." – Jimmy Jenkins).In Frank Atwood's execution—the only other Arizona execution in 2022—the technician intended to perform a cutdown after several failed efforts to establish a conventional IV, but Atwood objected, saying, "They draw blood from my right arm with no problem all the time." After repeated failures on the right arm, staff again indicated they wanted to perform a femoral vein cutdown, but Atwood persuaded them to try his right hand which "proved effective." *Witness: In 'Surreal' Event, Possibly Innocent Death-Row Prisoner Helped Arizona Executioners Find a Vein After They Failed to Set IV Line*, Death Penalty Information Center (Mar. 14, 2025), https://deathpenaltyinfo.org/witness-in-surreal-event-possibly-innocent-death-row-prisoner-helped-arizona-executioners-find-a-vein-after-they-failed-to-set-iv-line.

Director Ryan Thornell, the successor to Arizona Department of Corrections, Rehabilitation, and Reentry (ADCRR) Superintendent David Shinn, stated in a declaration dated March 15, 2023, "I have been told [by prison personnel] that IV team members who participated in the most recent execution were directed by the prior administration to only use the inmate's femoral central line, which goes against Department policy." Declaration of Ryan Thornell, at ¶24. Specifically, the applicable Department policy at that time was ADCRR "Department Order 710 – Execution Procedures." Within Attachment D "Preparation and Administration of Chemicals," Section E, "Intravenous Lines," the protocol provides: "The Director acting upon the advice of the IV Team Leader shall determine the catheter sites. A femoral central line shall only be used if the person inserting the line is currently qualified by experience, training, certification or licensure within the United States to insert a femoral central line. The IV Team members shall insert a primary IV catheter and a back up IV catheter.

All of this is to convey that, however unseemly it may be to entertain malign intent at this level of this solemn process, the intentional infliction of pain is not out of the question.

consciousness and death. Firing squad design targeting the heart results, in a best-case scenario, with a rapid, but not immediate, loss of consciousness, then death.

46. The capacity of the central nervous system to experience pain has a threshold. This threshold can be met by more common occurrences, such as a compound fracture of a bone, or extraordinary events, such as being burned at the stake. Both scenarios are considered to exceed the maximum threshold of nociceptive pain. The injuries Mr. Mahdi suffered and the absence of disruption to his central nervous system (which would occur if someone is executed by shots fired through the brain) meant that, until he was fully unconscious from blood loss, he experienced the most severe suffering a human can endure.

47. Thus, the available evidence, as limited as it is, leaves me with the impression that Mr. Mahdi suffered the severest pain a human can experience for a period of approximately one minute to several minutes in duration until he finally lost consciousness in the process of bleeding to death.

### The Electric Chair Causes Intense, Torturous Pain

48. The theory is that the electric chair causes relatively instantaneous death by causing ventricular fibrillation (that is, disorganized asynchronous twitching of the heart muscle) that instantaneously prevents the heart from pumping blood to the brain.

49. In fact, it is unclear that the electric chair causes fibrillation. I have personally seen accidental electrocution victims who experienced severe injuries, but did not experience fibrillation and survived. One patient of mine was electrocuted by a charge that went from one hand, across the torso to the other. It caused such severe burn damage that both arms had to be amputated and a large injury on his torso required skin grafting, but it did not cause fibrillation, despite evidence that a powerful electrical current traveled directly across the chest.

50. Many electric chair executions I have reviewed required multiple discharges of electricity to cause death. Burn injuries at electrode sites have been documented and some inmates actually caught on fire. Clearly, the theory that the initial shock causes fibrillation is not always the reality, and it may never be. There is simply a lack of scientific evidence to establish the theory that has guided the use of the electric chair since its inception in the 19th century.

51. It is entirely possible that it causes a horrifically painful and slow death by literally cooking the brain. If so, it is a nightmarishly torturous way to die, and not a reasonable option. The annals of this branch of execution history are extensive.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States and the State of Ohio on June 3, 2025.

_JONATHAN I. GRONER, M.D._

## CURRICULUM VITAE

### JONATHAN I. GRONER, M.D.

**Professional Appointments**
*The Ohio State University College of Medicine*
Clinical Professor of Surgery (2007 - 2024)
Emeritus Clinical Professor of Surgery (2024 – current)

*Nationwide Children's Hospital*
Surgical Operations Officer (June 2012 – 2024)

*The Research Institute at Nationwide Children's Hospital*
Medical Director, Center for Pediatric Trauma Research (2014 – present)

*Nationwide Children's Hospital – Level 1 Trauma Program*
Trauma Quality Medical Director (2020 – 2024)
Trauma Medical Director (1999 – 2019)

e-mail:  Jonathan.groner@nationwidechildrens.org

**Education**

| | | |
|---|---|---|
| B.S. | Northwestern University<br>Honors Program in Medical Education | 1978 – 1982 |
| M.D. | Northwestern University Medical School<br>Chicago, Illinois | 1980 – 1984 |

**Postgraduate Training**

Internship in General Surgery    1984 – 1985
Medical College of Wisconsin
Milwaukee, Wisconsin

Residency in General Surgery    1985 – 1991
Medical College of Wisconsin
Milwaukee, Wisconsin

Residency in General Surgery    January – June 1990

12/12/2024

John Radcliffe Hospital
Oxford, England

Fellowship in Research                                      1987 – 1989
Department of Surgery
Children's Hospital of Philadelphia
Philadelphia, Pennsylvania

Postdoctoral Research Fellow                                1988 – 1989
in Cancer and Nutrition
The University of Pennsylvania School of Medicine
Philadelphia, Pennsylvania

Assistant Chief Resident in Pediatric Surgery              1991 – 1992
Children's Hospital
Columbus, Ohio

Chief Resident in Pediatric Surgery                        1992 – 1993
Children's Hospital
Columbus, Ohio

**Board Certification**

| | |
|---|---|
| National Board of Medical Examiners, #297406 | 1985 |
| American Board of Surgery, #37757 | 1992 |
| American Board of Surgery, Recertification, #37757 | 2000 |
| American Board of Surgery, Pediatric Surgery #612 | 1994 |

**Special Certifications**

| | |
|---|---|
| Advanced Cardiac Life Support | 1985 |
| Advanced Trauma Life Support Provider | 1986 |
| Recertified | 1990, 1994, 1998 |
| Advanced Trauma Life Support Instructor Course | 1999 |
| ATLS Instructor, Ohio State University | May,1999 |
| ATLS Instructor, Ohio State University | July,1999 |
| ATLS Instructor, Ohio State University | October 26 & 27, 2001 |
| ATLS Instructor, Ohio ACEP office | June 14, 2002 |
| ATLS Instructor, Ohio State University | July 26 & 27, 2002 |
| ATLS Instructor, Central Ohio Trauma System | December 2, 2005 |
| ATLS Instructor, Central Ohio Trauma System | November 2-3, 2006 |
| ATLS Instructor, Central Ohio Trauma System | July 10, 2008 |
| ATLS Instructor, Central Ohio Trauma System | October 16-17, 2009 |
| ATLS Instructor, Central Ohio Trauma System | February 19-20, 2010 |

12/12/2024

| | |
|---|---|
| ATLS Instructor, Central Ohio Trauma System | April 13, 2011 |
| ATLS Instructor, Central Ohio Trauma System | December 11, 2015 |
| ATLS Instructor, Central Ohio Trauma System | March 10, 2017 |
| ATLS Course Director, Central Ohio Trauma System | April 25, 26, 2003 |
| Columbus, Ohio | January 23, 24, 2004 |
| | March 31, 2006 |
| | November 2, 2006 |
| | July 30, 2009 |
| | August 13, 2010 |
| | May 2-3, 2014 |
| | March 19, 2015 |
| | |
| ATLS State Faculty | 2004 |
| Advanced Burn Life Support Provider Course | 1994, 2003, 2008, 2015 |
| Advanced Burn Life Support Instructor Course | April 21, 2015 |
| Advanced Burn Life Support Instructor | October 15, 2015 |
| Pediatric Advanced Life Support Provider Course | 2001, 2014 |
| Basic Disaster Life Support | June 14, 2005 |
| Pediatric Fundamental Critical Care Support (PFCCS) | October 1, 2015 |
| (certificate of successful completion) | |

**Licensure**

| | |
|---|---|
| Wisconsin:  No. 26983 (inactive) | 1985 |
| Pennsylvania:  No. 040053-E (inactive) | 1987 |
| Ohio:  No. 35061563 | 1992 |

**Teaching Appointments**

| | |
|---|---|
| Clinical Instructor of Surgery<br>Department of Surgery<br>The Ohio State University College of Medicine<br>And Public Health | 1991 – 1993 |
| Assistant Professor of Clinical Surgery<br>Department of Surgery<br>The Ohio State University College of Medicine<br>And Public Health | 1999 – 2002 |
| Associate Professor of Clinical Surgery<br>Department of Surgery<br>The Ohio State University College of Medicine<br>And Public Health | 2002 – 2007 |

12/12/2024

Professor of Clinical Surgery                                 2007 – 2024
Department of Surgery
The Ohio State University College of Medicine

**Honors and Awards**

| | |
|---|---|
| Milwaukee Academy of Surgery: Resident paper competition, First prize | 1987 |
| Columbus Children's Hospital Department of Pediatric Surgery "Teacher of the Year" Award | 2007 |
| Nationwide Children's Hospital Department of Pediatric Surgery "Denis R King Teacher of the Year Award" | 2009 |
| Nationwide Children's Hospital Department of Pediatric Surgery "Denis R King Teacher of the Year Award" | 2011 |
| Nationwide Children's Hospital Department of Pediatric Surgery "Golden Apple Teaching Award" (medical student education) | 2013 |
| Nationwide Children's Hospital Department of Pediatric Surgery "Denis R King Teacher of the Year Award" | 2014 |
| Nationwide Children's Hospital "Golden Stethoscope Award" | 2015 |
| Nationwide Children's Hospital "J. Terrance Davis MD Safety Award" (For Pediatric CAUTI Reduction Team) | 2015 |
| Nationwide Children's Hospital "2017 NCH Career Contribution Award" | 2017 |

**Society Memberships**

*International:*
Amnesty International
Physicians for Human Rights

*National:*
American Academy of Pediatrics:  Surgery Specialty Fellow
American Academy of Pediatrics:  Section on Injury & Poison Prevention
American College of Surgeons (Fellow)
       *Committee on Trauma (2017 - 2024 )*
American Pediatric Surgical Association
American Pediatric Surgical Association-Trauma Committee
American Public Health Association
American Trauma Society

12/12/2024

Eastern Association for the Surgery of Trauma
National Association of EMS Physicians
Central Surgical Association – March 2008
The American Association for the Surgery of Trauma
Injury Free Coalition for Kids (Board Member 2009 – 2010)
Pediatric Trauma Society
> Secretary (2012 –2014)
> President-Elect (2016)
> President (2017)

*State and Local:*
> Ohio Committee on Trauma, American College of Surgeons
> Ohio Chapter, American College of Surgeons
> Ohio State Medical Association
> Columbus Surgical Society
> Columbus Medical Association
> Central Ohio Pediatric Society
> Robert M. Zollinger/Ohio State University Surgical Society

**State and Local Organizations**

| | |
|---|---|
| Central Ohio Trauma System Foundation Board | 2001 – 2006 |
| *President* | |
| Central Ohio Trauma System Foundation Board | 1999 – 2001 |
| *Secretary, Treasurer* | |
| Central Ohio Trauma System Board Member | 1999 – 2014 |
| City of Columbus Transportation and Pedestrian Commission | 2003 – 2006 |
| Ohio Society for Parenteral and Enteral Nutrition | 1994 – 1996 |
| Ohio State Emergency Medical Services Board | 2004 – 2010 |

**Committee Participation**

*National, State, Local Committees:*

| | |
|---|---|
| Ohio Chapter, American College of Surgeons | |
| *Member, Committee on Applicants for Fellowship, District #3* | |
| Ohio Society for Parenteral and Enteral Nutrition | 1994 – 1996 |
| *Chairman, Scholarship Committee* | |
| Central Ohio Trauma System Finance Committee | 1999 – 2001 |
| *Chairman* | |
| Medical Response System Committee | |
| Ohio Department of Health Trauma Rules and Regulations Committee | 2001 |
| Ohio State Trauma Committee | 2004 – 2010 |
| Ohio State Emergency Medical Services Board | 2004 – 2010 |
| *(Representing Ohio Chapter, American College of Surgeons)* | |

12/12/2024

|  |  |
|---|---|
| The American Association for the Surgery of Trauma | 2011 |
|     *Pediatric Trauma Ad Hoc Committee* |  |
| EAST (Eastern Association for the Surgery of Trauma) |  |
|     *Ad Hoc Pediatric Trauma Committee* |  |
| American College of Surgeons | 2017 – 2023 |
|     *Committee on Trauma* |  |

*Nationwide Children's Hospital Committees*:

| | |
|---|---|
| Bloodborne Pathogens Exposure Task Force | 1996 – 1997 |
| Continuing Medical Education Committee | 1994 – 1997 |
| Critical Care Committee | 1998 – 1999 |
| Disaster Committee | 1993 – 2000 |
| EMTEK Physician Order Entry Steering Committee | 1997 – 2000 |
| Head Trauma Collaborative Group | 1998 – 2001 |
| Human Subjects Research Committee | 1999 – 2004 |
| Library Committee | 1999 – 2004 |
| 2000 Medical Leadership Program | 2000 – 2001 |
| Medical Executive Committee | 2003 – 2005 |
| Medical Staff Nominating Committee | 1998 – 2000 |
| Physician's Healthcare Network Committee | 1997 – 2000 |
| Physician Satisfaction Service Team | 1998 – 2000 |
| Operating Room Block Time Committee | 1998 – 2008 |
| Transfusion Committee | 1996 – 2024 |
| Trauma Performance Improvement Committee | 1997 – 2024 |
| Trauma Performance Improvement Committee (Chair) | 1998 – 2024 |
| Trauma Research Committee (Chair) | 1998 – 2002 |
| Utilization Management Committee | 1997 – 1998 |
| CAUTI Committee (Co-Chair) | 2010 – 2020 |
| Medical Ethics Committee | 2011 – 2015 |
| Capital Budget Committee | 2012 – 2024 |
| Burn Performance and Patient Safety (BPIPS) | 2015 – 2022 |
| Global Symposium of Innovation in Trauma | 2017 |
| Clinical Pathway Program | 2019 |

*Ohio State University College of Medicine Committees*:

| | |
|---|---|
| Undergraduate Medical Education Committee | 2000 – 2006 |
| Promotion and Tenure Committee | 2007 – 2010 |

**Other Activities**

| | |
|---|---|
| Pennsylvania Trauma System Foundation Site Surveyor | May, 2004 |
| | April, 2007 |
| | April, 2008 |
| | April, 2009 |
| | April, 2013 |
| | |
| First Aid Science Advisory Board (American Heart Association) | 2007 – 2011 |

12/12/2024

(*representing APSA*)

Editorial Boards
- Journal of Pediatric Surgery Case Reviews          2012 – 2022

Invited reviewer for peer-reviewed medical journals:
- Journal of the American Medical Association
- Journal of the National Medical Association
- Journal of Pediatric Surgery
- Journal of Trauma and Acute Care Surgery
- The Lancet
- PLoS Medicine
- Injury Prevention
- Journal of Medical Ethics
- Pediatric Quality and Safety

Trauma Program Site Surveyor, Committee on Trauma
American College of Surgeons                         2004

Associate Examiner, American Board of Surgery
General Surgery Qualifying Examination               October, 2007

**Major Research Interests**
Trauma Systems, Trauma Care, and Injury Prevention

**Research/Grant Support**
*Nutrition Center Pilot Project Program*            $8,000.00
"Intestinal Motor Activity in Neonatal Short Bowel Syndrome"
1988-1989
Children's Hospital of Philadelphia

*Surgical Associates Research & Education Foundation*:   $5,000.00
"Comparison of Energy Expenditure with Injury Severity Score
in Childhood Trauma"
1988-1989
Children's Hospital of Philadelphia

NIH Grant – National Cancer Institute Training Grant in
Cancer and Nutrition

12/12/2024

#2-T32-CA09430
"Intestinal Motor Activity in Neonatal Short Bowel Syndrome"
1988-1989

Food and Drug Administration, IND: 42898
CHRF Protocol No: 96HS041
"The Use of Cholecystokinin Octapeptide to Prevent
Parenteral Nutrition-Associated Cholestasis"
November 1997-2000

Ohio Department of Public Safety GR-1 Agreement #0941.0:    $55.351.00
CHRF Protocol No: 99HSE020
Principle Investigator
"Moving Children Safely II"
October 1, 1998-September 30, 1999

Ohio Department of Public Safety    $160,000.00
Principle Investigator
"Car Seats Close to Home"
October 1, 1999-September 30, 2000

Ohio Department of Public Safety GR-1 Agreement #01086.0:    $70,000.00
CHRF Protocol
Principle Investigator
"Moving Children Safely III"
January 5, 2000-September 30, 2000

Ohio Department of Public Safety GR-1 Agreement #1461:    $178,547.00
Principle Investigator
"Car Seats Close to Home"
October 1, 2000-September 30, 2001

Ohio Department of Public Safety GR-1    $156,014.00
CHRF Protocol No:
Principle Investigator
"Car Seats Close to Home"
October 1, 2001-September 30, 2002

Ohio Department of Public Safety GR-1 Agreement #C23808:    $185,371.00
EMS Board "HB138 Trauma Studies #2"
Principle Investigator
April 15, 2002 through June 30, 2003

Ohio Department of Public Safety GR-1 Agreement #C23970:    $49,545.00
CHRF Protocol No:

12/12/2024

Principle Investigator
"EMS Board HB138 Special Trauma Study #4"
June 17, 2002 – June 17, 2003

Ohio Department of Public Safety GR-1                    $75,000.00
CHRF Protocol NO:
Principle Investigator
"Head Smarts Program"
June 17, 2002 – June 17, 2003

Ohio Department of Public Safety GR-1                    $112,429.00
CHRF Protocol No: H80402
Principle Investigator
"Car Seats Close to Home"
October 1, 2002 – September 30, 2003

Ohio Department of Public Safety GR-1                    $74,786.00
CHRF Protocol No: 325903
Principle Investigator
"Safe Transport"
July 1, 2003 – June 30, 2004

Ohio Department of Public Safety GR-1                    $56,479.00
CHRF Protocol No: 4151.0
Principle Investigator
"Making a Difference with Passenger Safety II Program"
October 1, 2003 – September 30, 2004

The Robert Wood Johnson Foundation  Reference #049454    $300,000.00
Co-Principle Investigator
"Injury Free Coalition for Kids:  Dissemination of  a Model
Injury Prevention Program for Children and Adolescents"
November 1, 2003 – October 31, 2006

Implementation Science to Increase Use of Evidence Based Pediatric Brain Injury
Guidelines (PEGASUS)
Principal Investigator: Monica Vavilala – University of Washington
Role:  Site PI
Funding Period:    9/2010 to 8/2015
Funding Source/Grant Number:  NIH 680511
Amount: $201,754

The Impact of pediatric trauma centers on the outcome of injured children in Ohio
Principal Investigator:  Laura Cassidy
Role:  co-investigator
Funding Period:    7/15/2013 – 6/30/2014

12/12/2024

Funding Source/Grant Number: 1R03HD071924-01A1
Amount: $84,260

A Virtual Reality-based Training Program for Cognitive Rehabilitation in Pediatric Patients with Traumatic Brain Injury
Principal Investigator: Huiyun Xiang
Role: co-investigator
Funding Period: 07/01/2016 - 07/02/2018
Funding Source/Grant Number: NCH Clinical and Translational Intramural Funding
Amount: $40,000

Follow-up Appointment Compliance after Pediatric TBI Funding Submission
Principal Investigator: Huiyun Xiang
Role: co-investigator
Funding Period: 07/01/2016 - 06/30/2017
Funding Source/Grant Number: Ohio Department of Public Safety #82179916
Amount: $72,409

A Multicenter Trial of Contrast-Enhanced Ultrasound in the Evaluation of Abdominal Solid Organ Injuries in Pediatric Principal Investigator: Eileen Bulger MD
Role: Site PI
Funding Period: 03/01/2018-02/28/2020
Funding Source: Boston Children's Hospital
Amount: $11,000.00

Developing a National Trauma Research Action Plan in the United States
Principal Investigator: Eileen Bulger MD
Role: Site PI
Funding Period: 9/24/2018 – 9/23/2021
Funding Source: National Trauma Institute/Department of Defense
Amount: $64,887

The Impact of Ohio's Opioid Prescriptions Law on Opioid Use and Outcomes in Pediatric Patients
Role: Co-Investigator
Funding Period: 07/01/20-06/30/21
Funding Source: Ohio Department of Public Safety/EMFTS Research Grant #
Amount: $161,100

Machine Intelligence Evaluation of Trauma Team Activation Criteria in Emergency Medical Services Care of Injured Children
Role: Site PI
Funding Period: 12/01/2020-12/02/22
Funding Source: NCH Clinical and Translational Intramural Funding
Amount: $50,000.00

12/12/2024

**Community Activities**

Habitat for Humanity Volunteer                                                          1993 – 2001
Ohio Brain Injury Association          *Board Member-At-Large*          1997 – 1999
B.R.E.A.D. Youth Concerns Committee                                          2000 – 2001
Central Ohio Amateur Radio Emergency Service                          2000 – 2008
Ohio Coalition Against Gun Violence          *Board Member*          2002 – 2013
Staff Photographer, *The New Standard*                                      2006 – 2007
Recreation Unlimited          *Board Member*                                2010 – 2012

**Presentations at Major Academic Meetings**

1. **Groner JI**, Schumann R, Lang IM, Telford GL: "Fentanyl and Alfentanil Initiate the Migrating Myoelectric Complex but not the Vomiting Response in the Canine Small Intestine." Presented at the 29th Annual University Surgical Residents' Conference, Columbus, Ohio February 1987.

2. **Groner JI**, Telford GL, Krepel CJ, Condon RE, Edmiston CE: "The Efficacy of Oral Antibiotics in Reducing Colon Mucosal Associated Aerobic and Anaerobic Microflora." Presented at the International Congress on Intra-Abdominal Infections, Hamburg, Germany, 1987.

3. **Groner JI**, Altschuler SM, Ziegler MM, O'Neill JA Jr: "Recovery of Small Intestinal Myoelectric Activity in the Young Piglet Following Abdominal Surgery." Presented at the 3rd Annual Society for Surgery of the Alimentary Tract/Ross Residents and Fellows Research Conference, New Orleans, Louisiana, May 1988.

4. **Groner JI**, Furlan LE, Brown MF, Altschuler SM, Cohen DE, Ziegler MM: "The Effect of Cisapride on Small Intestinal Myoelectric Activity in the Young Piglet." Presented at the American Motility Society, Asilomar, California, October 1988.

5. **Groner JI**, Brown MF, Stallings VA, Ziegler MM, O'Neill JA Jr: "Resting Energy Expenditure in Children Following Major Operative Procedures." Presented at the Surgical Section of the American Academy of Pediatrics, San Francisco, California, October 1988.

6. **Groner JI**, Broussard DL, Furlan LE, Ziegler MM, Altschuler SM: "Migrating Myoelectric Activity in the Neonatal Piglet Small Intestine Following Bowel Resection." Presented at the 9th Annual Pediatric Surgical Residents' Conference, Boston, Massachusetts, November 1988.

7. **Groner JI**, Broussard DL, Nathan TR, Altschuler SM, Ziegler MM: "Small Intestinal Motility in a Newborn Model of Short Bowel Syndrome." Presented at the Annual

12/12/2024

Meeting of the American Pediatric Surgical Association, Baltimore, Maryland, May 1989.

8. Teich S, **Groner JI**: "A Synthetic Meshed Polymer for the Treatment of Newborns with Severe Partial Thickness Skin Loss Due to Epidermolysis Bullosa." Presented at the Pan Pacific Regional Meeting of the International Society for Burn Injuries, Maui, Hawaii, February 1993.

9. **Groner JI**, Marlow J, Teich S: "Groin Laparoscopy for the Evaluation of the Contralateral Groin in Pediatric Hernia Repair." Presented at the IV International Congress for Endosurgery in Children, Orlando, Florida, May 1995.

10. Teich S, **Groner JI**: "Optimal Management of Epidermolysis Bullosa in Infants with Severe Perinatal Skin Loss." Presented at the Surgical Section of the American Academy of Pediatrics, San Francisco, California, October 1995.

11. **Groner JI**: "Endotoxin and Transient Hypoxia Cause Severe Acidosis in the Piglet." Presented at eh Surgical Section of the American Academy of Pediatrics, Boston, Massachusetts, October 1996.

12. Meric F, Teitelbaum DH, Geiger JD, Harmon CM, **Groner JI**: "Latex Sensitization in General Pediatric Surgical Patients: A Call for Increased Screening of Our Patients." Presented at the Surgical Section of the American Academy of Pediatrics, New Orleans, Louisiana, November 1997.

13. Cook CH, Melvin WS, **Groner JI**, Allen E, King D: "A Cost effective Thoracoscopic Treatment Strategy for Pediatric Spontaneous Pneumothorax." Presented at the 1998 Scientific Session of the Society of American Gastrointestinal Endoscopic Surgeons (SAGES), Washington State Convention Center, Seattle, Washington, April 1998.

14. Nikokirakis MC, **Groner JI**, Zipf WB, Davis J, Burke R, Gilles EE: "Cortisol Levels After Moderate-Severe TBI in Young Children Predict Early Posttraumatic Seizures and Acute Outcome." Presented at Pediatric Academic Societies & American Academy of Pediatrics Joint Meeting, Hynes Convention Center, Boston, Massachusetts, May 13, 2000.

15. Hill JS, Dietrich AM, **Groner JI**, Brown WB, Davis J, Gilles EE: "Neuron Specific Enolase Predicts Injury Severity After Moderate to Severe Trauma Brain Injury in Young Children." Presented at Pediatric Academic Societies & American Academy of Pediatrics Joint Meeting, Hynes Convention Center, Boston, Massachusetts, May 13, 2000.

16. Abdurrahman O, **Groner JI**: "Recognition of Shock in the Pediatric Trauma Patient: An Ongoing Challenge." Presented at the American Academy of Pediatrics 2000 Annual Meeting, Chicago, Illinois, October 28-November 1, 2000.

12/12/2024

17. **Groner JI**, Kosnik LM, Bowen W, Hayes JR: "Hazards of Home: An Analysis of Pediatric Gun Injuries." Presented at the American Public Health Association Annual Meeting, Boston, Massachusetts, November 12-16, 2000

18. Coury D, Haley K, Hayes J, Yeates K, **Groner JI**: "ADHD and Injury Risk." Presented at the Pediatric Academic Societies Meeting, Baltimore, Maryland, April 28, 2001.

19. Hirschfeld J, **Groner JI**, Keys B, Hayes J: "Effectiveness of Car Seat Training Provided at Children's Hospital." Presented at the Pediatric Academic Societies Meeting, Baltimore, Maryland, May 1, 2001.

20. **Groner JI**, Hayes JR, Bowen W, Munczinski DR. "The Increasing Risk of Pediatric Injury from Motorized Recreational Vehicles." Poster presentation at annual meeting of the American Public Health Association, Atlanta, Georgia, October 23, 2001.

21. Nelles M, Armen S, Miller M, **Groner JI**. "Snowboard Spleen and Other Hazards of Adolescent Snowboarding." Poster presentation at annual meeting of the American Public Health Association, Philadelphia, Pennsylvania, November 11, 2002.

22. Hayes JR, **Groner JI**. "Is There a TRISS for Pediatric Trauma?" Poster presentation at annual meeting of Pediatric Academic Societies, Seattle, Washington, May 3-6, 2003.

23. Hayes JR, **Groner JI**, Cohen DM, Dietrich AM, et al. "A System to Detect an Unusual Increase in Emergency Department Visits". Poster presentation at annual meeting of Pediatric Academic Societies, Seattle, Washington, May 3-6, 2003.

24. **Groner JI**, Isariyawongse JP, Isariyawongse BK, et al. "Demographic and Environmental Factors Predict Pediatric Pedestrian Injuries In An Urban Setting." Poster presentation at annual meeting of the American Pediatric Surgical Association, Fort Lauderdale, Florida, May 25-28, 2003.

25. Haut ER, Nance ML, Keller MS, **Groner JI**, et al. "Management of Penetrating Colorectal Injuries in the Pediatric Population." Poster presentation at American Society Colon Rectal Surgery in Philadelphia, Pennsylvania, August, 2003.

26. **Groner JI**, Hayes JR. "The Impact of Major Burns on Minority Children." Oral presentation at the 36th Annual Meeting of the American Burn Association, Vancouver, BC, March 25, 2004.

27. Coffey C, Haley K, Hayes J, **Groner JI**. The Risk of Child Abuse in Infants and Toddlers with Lower Extremity Injuries. Poster Presentation at the Annual Meeting of the American Pediatric Surgical Association, Jacksonville, FL, May, 2004.

28. **Groner JI**. Minority Status and The Risk of Pediatric Firearm Injury. Poster Presentation at the Annual Meeting of the British Association of Paediatric Surgeons, Oxford, England, July 27-30, 2004.

12/12/2024

29. Abdessalam SF, Keller A, **Groner JI**, et al. An Analysis of Children Receiving Cardiopulmonary Resuscitation (CPR) Following Cardiac Arrest with Blunt Trauma. Oral Presentation at the Pediatric Surgery Section of the Clinical Congress of the American College of Surgeons, New Orleans, LA, October 2004.

30. Hayes JR, Kable R, Lowell W, Haley K, **Groner JI**. Is Trauma an Accident? Incidence of Injury is Predictable. Poster presentation at the Pediatric Academic Societies' Annual Meeting, Washington, DC, May 14-17, 2005.

31. Georges AA, **Groner JI**, Haley KJ, Hayes JR, Caniano DA, Nwomeh BC. A Leap in Faith: The Impact of Removing the Surgeon from the Level 2 Trauma Response. Oral Presentation at the Section on Surgery of the American Academy of Pediatrics National Conference and Exhibition, Washington, DC, October 7-9, 2005.

32. **Groner JI**, Covert JH, Lowell WL, Hayes JR, Nwomeh BC, Caniano DA. The Impact of Managing Moderately Injured Pediatric Trauma Patients Without Immediate Surgeon Presence. Oral Presentation at the Section on Surgery of the American Academy of Pediatrics National Conference and Exhibition, Atlanta, GA, October 6-8, 2006.

33. Hayes JR, **Groner JI**. The Increasing Incidence of Snowboard-Related Trauma. Oral Presentation at the 40th Annual Meeting of the Canadian Association of Pediatric Surgeons, St. Johns, Newfoundland, August 26, 2007.

34. Hayes JR, **Groner JI**. Using Multiple Imputation and Propensity Scores to Test the Effect of Car Seats and Seat Belt Usage on Injury Severity from Trauma Registry Data. Oral Presentation at the 40th Annual Meeting of the Canadian Association of Pediatric Surgeons, St. Johns, Newfoundland, August 26, 2007.

35. Hall MW, Nateri J, **Groner JI**, Besner GE, Raffel R. Innate Immune Function and Nosocomial Sepsis After Pediatric Critical Injury. Presented at the Society of Critical Care Medicine 2009, Nashville, Tennessee, January 31, 2009.

36. Rocourt DC, Hall M, Kenney BD, Fabia R, **Groner JI**, Besner GE. Respiratory Failure after Pediatric Scald Injury: Does Altered Immune Function Play a Role? Presented at the American Burn Association 41st annual meeting, San Antonio, Texas, March 24-27, 2009.

37. **Groner JI**, Teich S, Nwomeh BE, Moss L. The Impact of A Structured Patient Care Model On Productivity Measures In An Academic Surgical Practice. Oral Presentation at the Annual meeting of the surgical section of the American Academy of Pediatrics, New Orleans, LA, October 2012.

38. Deans K, Minneci PC, Lowell W, **Groner JI**. Increased morbidity and mortality of trauma brain injury in victims of non-accidental trauma. Poster presentation at the Eastern Association for the Surgery of Trauma, Phoenix, AZ, January 15-19, 2013.

12/12/2024

39. Deans K, Askegard-Giesmann JR, **Groner JI**, Thackery J, Minneci PC. Mortality increases with repeated episodes on non-accidental trauma in children. Poster presentation at the Eastern Association for the Surgery of Trauma, Phoenix, AZ, January 15-19, 2013.

40. Wurster L, Coffey C, Haley K, **Groner JI**. Development of an Electronic Flow Sheet for Documentation of Trauma Resuscitations at a Level 1 Pediatric Trauma Center. Poster presentation at 16th annual meeting of the Trauma Center Association of America, Reno, Nevada, November 5-8, 2013.

41. Boomer LA, Nielsen J, Lowell W, Haley KJ, Coffey C, Nuss K, Nwomeh BC, **Groner JI**. Managing Moderately Injured Pediatric Patients Without Immediate Surgeon Presence: 10 years later. Oral presentation at the 45th annual meeting of the American Pediatric Surgical Association, Phoenix, AZ, May 31, 2014.

42. Nielsen JW, Raval MV, Kupzyk K, Kenney BD, King DR, **Groner JI**. Bites, Kicks, and Falls: the Impact of Animal Related Trauma in Children. Poster presentation at the American Academy of Pediatrics Annual Meeting, San Diego, CA, October 11-14 2014.

43. Nielsen JW, Shi J, Wheeler K, **Groner JI**, Besner GB, Xiang H, Kenney BD. Characteristics of Penetrating Pediatric Trauma in the US: A National Trauma Data Bank Analysis. Oral presentation at the American Academy of Pediatrics Annual Meeting, San Diego, CA, October 11-14 2014.

44. Boomer LA, Nielsen J, Lowell W, Haley KJ, Coffey C, Nuss K, Nwomeh BC, **Groner JI**. Managing Moderately Injured Pediatric Patients Without Immediate Surgeon Presence: 10 years later. Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014

45. Nielsen J, Kenney BD, **Groner JI**. 10 Year Review of CPR Outcomes in Pediatric Trauma. Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014

46. Asti L, Mahida JB, Deans KJ, Minneci PC, **Groner JI**, Raval MV. Pediatric Motorized Recreational Vehicle (MRV) Injuries in Children: Are organized events (OE) safer? Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014.

47. Nielsen J, Kenney BD, **Groner JI**. The Demographics of Pediatric Firearm Injuries a 10 year Review. Oral presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014.

48. Minneci PC, Cooper JN, **Groner JI**, Thackeray J, Deans KJ. Predictors of Increased Injury Severity across Recurrent Episodes of Suspected Non-accidental Trauma. Oral

12/12/2024

presentation at the 1st annual meeting of the Pediatric Trauma Society, Chicago, IL, November 14-15, 2014.

49. Giles SA, Kurtovic K, **Groner JI**, Humphrey R, Fabia R, Besner GE, Van Sadovszky V. Evaluation of a Nursing Pain Assessment Tool for Burn Dressing Changes in a Pediatric Burn Center. Oral presentation at the 47th annual meeting of the American Burn Association, Chicago, IL, April 22, 2015.

50. Wheeler K, Shi J, Xiang H, Haley KJ, **Groner JI**. Safety in Numbers: Pediatric Emergency Department Volume Affects Imaging and Admission Rates for Child Maltreatment. Accepted for Oral presentation at the Section on Surgery of the American Academy of Pediatrics, Washington, DC, October 24-27, 2015.

51. Noffsinger DL, Johnson SR, Wheeler K, Shi J, Xiang H, **Groner JI**. Exercise Treadmills: A Cause of Significant Hand Injuries in Young Children. Accepted for Poster presentation at the Section on Surgery of the American Academy of Pediatrics, Washington, DC, October 24-27, 2015.

52. Ertl A, Cassidy LD, **Groner JI**. Characteristics of Pediatric Assault Patients: A Statewide Assessment. Poster Presentation at the 74th Annual Meeting of the American Association for the Surgery of Trauma and Clinical Congress of Acute Care Surgery, Las Vegas NV, September 9-12 2015.

53. Kannan N, Wang J, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rowhani-Rahbar A, Vavilala MS. Timely Hemodynamic Resuscitation and Discharge Outcomes in Severe Traumatic Brain Injury: Preliminary Findings. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

54. Pan S, Kannan N, Wang J, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rowhani-Rahbar A, Vavilala MS Emergency Department Intracranial Pressure Monitoring in Severe Traumatic Brain Injury. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

55. Tarima S, Ertl A, Cassidy LD, **Groner, JI**. Association Between Insurance and Pediatric Trauma Mortality During First Hospitalization Day Among Patients with Severe Injuries. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

56. Cassidy LD, Halling M, Ertl A, Schmidt S, **Groner JI**. Probability of Head CT Use in Non-Trauma Centers Compared to Pediatric Trauma Centers. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

57. Halling M, Cassidy LD, Ertl A, Piatt JH, Schmidt S, **Groner JI**. Transfer of Children with TBI for Definitive Care, Particularly Without Airway Control, is a Risk Factor for

12/12/2024

Mortality. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

58. Ertl A, Zhou Y, Beyer K, Tarima S, **Groner JI** and Cassidy LD. The Spatial Epidemiology of Pediatric Trauma: A Statewide Assessment. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

59. Johnson S, Shi J, Xiang H, **Groner JI**, Thakkar RK, Fabia R, Besner GE, Wheeler KK. Factors Associated with Inter-Facility Transfer of Pediatric Burn Patients in U.S. Emergency Departments. Podium Presentation at the 2nd Annual meeting of the Pediatric Trauma Society, Phoenix, AZ, November 6-7, 2015.

60. McCulloh C, Saadai P, Boomer L, Wurster L, Kurtovic K, **Groner JI**. Reducing Over-triage for Level Two Activations at a Pediatric Level One Trauma Center. Poster Presentation at the 2016 ACS NSQIP Annual Conference, San Diego, CA, July 16-19, 2016.

61. Talbot LJ, Fabia R, **Groner JI**, Thakkar R, Kenney B. Early Fluid Overresuscitation Patterns in Severe Pediatric Burn Injuries and Influence on outcomes. Podium Presentation at the 75th Annual Meeting of AAST and Clinical Congress of Acute Care Surgery, Waikoloa, HI, September 14-17, 2016.

62. Talbot LJ, Fabia R, Kenney B, **Groner JI**, Thakkar R. Association of Early Resuscitation with 5% Albumin Solution and Late Infectious Complications in Pediatric Severe Burn Patients. Poster Presentation at the 75th Annual Meeting of AAST and Clinical Congress of Acute Care Surgery, Waikoloa, HI, September 14-17, 2016.

63. Talbot LJ, Fabia R, **Groner JI**, Kenney B, Thakkar R. Fever Trends and Utility of Early Broad Spectrum Antibiotic Therapy in Pediatric Severe Burn Patients. Poster Presentation at the 75th Annual Meeting of AAST and Clinical Congress of Acute Care Surgery, Waikoloa, HI, September 14-17, 2016.

64. Verlee S, Buchanan L, Giles S, **Groner JI**, Thakkar R, Fabia R. Perceived Stress Response in Caregivers Following Pediatric Burn Injury. Poster Presentation at 44th Annual Eastern Great Lakes Burn Conference, Cuyahoga Falls, Ohio, September 29-30, 2016.

65. Lundine JP, Spaw A, Johnson S, Peng J, Wheeler K, Shi J, Yang G, Haley K, **Groner JI**, & Xiang H. (November, 2016). Who Comes Back? Follow-up care compliance after hospital discharge in pediatric TBI. Poster presented at the American College of Rehabilitation Medicine Annual Conference, Chicago, October 30-November 4, 2016.

66. Wheeler K, Shi J, Xiang H, Thakkar RK, **Groner JI**. Pediatric Trauma and Burn Patient Unplanned 30 Day Readmissions. Poster Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

12/12/2024

67. Naik-Mathuria B, Rosenfeld E, Russell R, Vogel A, Falcone R, Moody S, Juan D, Mooney D, Thakkar R, **Groner JI**, Klinkner D, Gosain A, Fenton S, Stevens A. Non-Operative Management of High-grade Pediatric Pancreatic Injuries: Contemporary Trends. Oral Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

68. VerLee S, Buchanan L, Giles S, Thakkar R, **Groner JI**, Fabia R. Measuring Perceived Stress Response in Caregivers Following Pediatric Burn Injury. Oral Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

69. **Groner JI**, Koko T, Ertl A, Tarima S, Cassidy LD. Factors Associated with Mortality from Pediatric Blunt Liver Trauma in a State Trauma System. Poster Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

70. Wurster LA, Thakkar RK, Haley KJ, Wheeler KK, Larson J, Stoner M, Gerwitz Y, Holman T, Buckingham D, **Groner JI**. Standardizing the Initial Resuscitation of the Trauma Patient with the Primary Assessment Completion Tool (PACT) Using Video Review. Oral Presentation at 3rd Annual Pediatric Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

71. Noffsinger D, Wurster LA, Wheeler K, Shi J, Xiang H, **Groner JI**. Analysis of Alcohol and Drug Screening Results in Adolescent Trauma Alerts at a Level 1 Pediatric Trauma Center. Poster Presentation at 3rd Annual Trauma Society Conference, Nashville, Tennessee, November 9-12, 2016.

72. Wheeler KK, Shi J, Xiang H, Nordin AB, **Groner JI**, Fabia R, Thakkar RK. Unplanned 30 Day Readmission Rates in Acutely Injured Pediatric Burn Patients. Oral Presentation at American Burn Association 49th Annual Meeting, Boston, Massachusetts, March 21-24, 2017.

73. Lodwick DL, Cooper J, **Groner JI**, Gonzalez DO, Lee C, Kelleher K, Minneci PC, Summit S, Krishnamurthy R, Deans KJ. Disparities in Radiation Burden from Computed Tomography in Trauma Patients Triaged to Pediatric vs. Non-Pediatric Institutions. Poster Presentation, Society for Pediatric Radiology Annual Meeting, Vancouver, British Columbia, Canada, May 16-20, 2017.

74. Kelley-Quon LI, Pringle K, Shi J, Xiang H, Wheeler KK, **Groner JI**. Influence of Concealed Carry Legislation and Socioeconomic Status on Pediatric Firearm Injuries. Poster Presentation, American Association for the Surgery of Trauma, September 13, 2017.

75. Shen J, Thakkar R, Fabia R, **Groner JI**, Wheeler K, Radlinski D, Caupp D, Giles S, Xiang H. Feasibility, User Experience, and Preliminary Efficacy of a Portable Virtual Reality Pain Management Tool for Pediatric Burn Dressing Changes: A Pilot

12/12/2024

Randomized Controlled Trial.  Presented at the 4th Annual Meeting of the Pediatric Trauma Society, Charleston, SC, November 3, 2017.

76. Thakkar R, Devine R, Fabia R, **Groner JI**, Hall M. Measures of Systemic Innate Immune Function Predict the Risk of Nosocomial Infection in Pediatric Burn Patients. Poster Presentation, American Burn Association 50th Annual Meeting, Chicago, Illinois, April 10-13, 2018.

77. Giles SA, Thakkar R, Noffsinger D, Fabia R, **Groner JI**. A Quality Improvement Project to Increase Deep Sedation for Initial Burn Wound Debridement. Poster Presentation, American Burn Association 50th Annual Meeting, Chicago, Illinois, April 10-13, 2018.

78. Hodosevich Z, Wheeler KK, Shi J, Coffey R, Bailey K, Jones LM, Thakkar R, Fabia R, **Groner JI**, Xiang H. The Incidence of Adult Burn Patient Unplanned 30-Day Readmissions in the United States. Oral Presentation, American Burn Association 50th Annual Meeting, Chicago, Illinois, April 10-13, 2018.

79. Crichton KG, Wheeler K, Shi J, Thakkar RK, **Groner JI**, Fabia R, Xiang H, Brink F. A Comparison of Self-inflicted versus Unintentional burns in the U.S. Inpatient Pediatric Population. Oral presentation at the 51st annual meeting of the American Burn Association, Las Vegas, NV, April 2-5, 2019.

80. Thakkar R, Devine R, Fabia R, **Groner JI**, Hall M. Monocyte Dysfunction Following Pediatric Thermal Injury May Predict the Development of Nosocomial Infections. Poster presentation at the 51st annual meeting of the American Burn Association, Las Vegas, NV, April 2-5, 2019.

81. Butler EK, Mills BM, Arbabi S, Bulger EM, Vavilala MS, **Groner JI**, Stansbury LG, Hess JR, Rivara FP. Association of blood component ratios with 24-hour mortality in injured children receiving massive transfusion. Oral Presentation, American Pediatric Surgical Association 50th Annual Meeting, Boston, MA, May 19-22, 2019.

82. Butler EK, **Groner JI**, Vavilala MS, Arbabi S, Rivara FP. Evaluation of Age-Adjusted systolic Blood Pressure and Shock Index for Pediatric Trauma Team Activation. Oral Presentation at the American Association for Surgery of Trauma, Dallas, TX, September 18-21, 2019.

83. Butler, EK, Mills BM, Arbabi S, **Groner JI**, Vavilala MS, Rivara FP. Laparoscopy compared to laparotomy for management of blunt abdominal trauma. Poster Presentation at The American Association for the Surgery of Trauma Annual Meeting, Dallas, Texas, September 18-21, 2019.

84. Ramsden M, Wheeler KK, Shi J, Thakkar RK, Fabia RB, **Groner JI**, Noffsinger D, Giles SA, Xiang H. Trend and Characteristics of US Pediatric Burn Hospitalizations, 2003-

12/12/2024

2016. Poster Presentation at Pediatric Trauma Society Annual Meeting, San Diego, California, November 13-16, 2019.

85. Butler EK, Killie EY, **Groner JI**, Arbabi S, Vavilala MS, Rivara FB. Optimal timing of tracheostomy in injured children. Quick Shot Presentation at Pediatric Trauma Society Annual Meeting, San Diego, California, November 13-16, 2019.

86. Butler EK, **Groner, JI**, Vavilala MS, Bulger EM, Rivara FB. Surgeon choice in management of pediatric abdominal trauma. Oral Presentation at American Pediatric Surgical Association (APSA) Annual Meeting, Orlando, Florida, May 13-17, 2020.

87. Noffsinger D, **Groner JI**, Thakkar RK, Xiang H, Samora J, Wurster L, Cassill H, Wallace A, Keesari, R. "Factors in an Increasing Prevalence of Pediatric Firearm Deaths and Hospital Admissions at a Level 1 Pediatric Trauma Center: Preliminary Findings." Poster Presentation at Inaugural Surgical Research Day, September 15, 2021

88. Armstrong M, **Groner JI**, Samora J, Olbrecht V, Tram NK, Noffsinger D, Xiang H. "The Impact of Ohio's Opioid Prescription Law on Opioid Use and Outcomes in Pediatric Patients." Abstract at Society for Advancement of Violence and Injury Research, April 17 -19, 2023.

**Participation in Local Meetings**

1. **Groner JI**: "Pediatric Trauma Case Studies." Presented at the Emergency Care Series, Children's Hospital, Columbus, Ohio April 1998.

2. **Groner JI**: "Hazards of Home: An Analysis of Pediatric Firearm Injuries." Presented at The Center for Injury Research and Policy, Children's Hospital, Columbus, Ohio, November 16, 2001.

3. Kuhn A, Hayes J, Bowen W, Caniano D, **Groner JI**: "Seat Belts Save Lives, Reduce Injuries and Lower Hospital Charges". Presented at the Columbus Surgical Society's Presidential Symposium, Columbus, Ohio February 9, 2002.

4. Corpron C, **Groner JI**, Roberts G, Haley K, Taheri P, Caniano D: "Pediatric Trauma Services: A Profit Center". Presented at the Columbus Surgical Society's Presidential Symposium, Columbus, Ohio, February 9, 2002.

5. Martin A, Clark C, Corpron C, Chapman J, Martin L, Coffee C, Caniano D, **Groner JI**: "Delayed Diagnosis of Injuries in Pediatric Trauma Patients". Presented at the Columbus Surgical Society's Presidential Symposium, Columbus, Ohio, February 9, 2002.

6. Nelles M, Miller M, Armen S, **Groner JI**: "Snowboard Spleen and Other Hazards of Adolescent Snowboarding". Presented at the 23rd Annual Children's Hospital Research Forum, Columbus, Ohio, June 6, 2002.

7. Corpron C, Roberts G, Haley H, Taheri P, Caniano D, **Groner JI**: "Pediatric Trauma Services: A Profit Center". Presented at the 23rd Annual Children's Hospital Research Forum, Columbus, Ohio, June 7, 2002.

8. Martin A, Clark C, Corpron C, Chapman J, Martin L, Coffey C, Caniano D, **Groner JI**: "Delayed Diagnosis of Injuries in Pediatric Trauma Patients". Presented at the 23rd Annual Children's Hospital Research Forum, Columbus, Ohio, June 7, 2002.

9. Askegard-Giesmann JR, Boomer L, Hackworth JL, Resler JA, **Groner JI**. "Low Velocity Pancreatic Trauma in Children: A ten-year perspective. Presented at the Indiana Chapter of the American College of Surgeons, Carmel, IN, April 25-26, 2014.

10. Talbot LJ, Fabia R, **Groner JI**, Kenney B, Thakkar R. Fever Trends and Utility of Early Broad Spectrum Antibiotic Therapy in Pediatric Severe Burn Patients. Presented at the Central Ohio Trauma Research Symposium, Columbus, OH, May 10, 2016.

11. Talbot LJ, Fabia R, Kenney B, **Groner JI**, Thakkar R. Association of Early Resuscitation with 5% Albumin Solution and Late Infectious Complications in Pediatric Severe Burn Patients. Presented at the Central Ohio Trauma Research Symposium, Columbus, OH, May 10, 2016.

12. Wurster LA, Thakkar RK, **Groner JI**. Improving Compliance with the ATLS Primary Assessment. Presented at the Central Ohio Trauma Research Symposium, Columbus, OH, May 10, 2016.

13. McCulloh C, Nordin A, Talbot LJ, Shi J, **Groner JI**. Fabia R, Thakkar R. Evaluation of Central Ohio Providers in Estimation of Total Body Surface Area Burned in Severe Pediatric Thermal Injury. Presented at the Central Ohio Trauma Research Symposium, Columbus, OH, May 11, 2017.

**Invited Lectures – National and International**
1. "Firearm Policies of the American College of Emergency Physicians and the Eastern Association for the Surgery of Trauma." Presented at Defining a Medical Standard of Care for Gun Injury Prevention: The HELP Networks's 8th Conference, Chicago, IL, April 17, 2004.

2. "Taking it to the Streets: Firearm Advocacy in the Community." Presented at Defining a Medical Standard of Care for Gun Injury Prevention: The HELP Networks' 8th Conference, Chicago, IL, April 17, 2004.

3. "Lethal Injection – a Prophesy Fulfilled." Presented at the Physicians' Roundtable of the 2nd World Congress against the Death Penalty, Montreal, QC, October 7, 2004.

12/12/2024

4.  "Minority Status and the Risk of Pediatric Firearm Injury." Presented at "Forging New Frontiers: The ABCs of Injury Prevention." The 9th Annual Injury Free Coalition for Kids Conference, Ft. Lauderdale, FL, December 3, 2004.

5.  "Lethal Injection: The Medical Charade." Presented at the Nongovernmental Tribunal on Lethal Injection in Missouri, St. Louis University School of Law, St. Louis, Missouri, March 7, 2006.

6.  "Lethal Injection on Trial." (symposium speaker)  Presented at the 3rd World Congress Against the Death Penalty, Cite Internationale Universitaire de Paris, Paris, France, February 1, 2007.

7.  "Hazards of the Home: An Analysis of Pediatric Firearm Injuries." Presented at the 14th Annual Trauma Symposium, Memorial Regional Medical Center, Fort Lauderdale, Florida, February 8, 2007.

8.  "Pediatric Soft Tissue Trauma." Presented at the 14th Annual Trauma Symposium, Memorial Regional Medical Center, Fort Lauderdale, Florida, February 9, 2007.

9.  "Child Abuse: A Primer for Surgeons." Presented at the 14th Annual Trauma Symposium, Memorial Regional Medical Center, Fort Lauderdale, Florida, February 10, 2007.

10. "Lethal Injection Ethics – A Surgeon's Perspective." Presented at "A Forum on Execution by Lethal Injection - The Eye of the Needle: Ethical Considerations in Medicine and Law" Widener University School of Law, Wilmington, Delaware, April 26, 2007.

11. "Challenging Decisions in Pediatric Surgery – The Child With an Open Abdomen." Presented at the 15th Annual Trauma Symposium, Memorial Regional Trauma Center and University of Miami Miller School of Medicine, Hollywood, Florida, February 7, 2008.

12. "Botched Lethal Injections." Presented at the 15th Annual Trauma Symposium, Memorial Regional Trauma Center and University of Miami Miller School of Medicine, Hollywood, Florida, February 8, 2008.

13. "Injury Prevention in Pediatric Trauma." Presented at the 15th Annual Trauma Symposium, Memorial Regional Trauma Center and University of Miami Miller School of Medicine, Hollywood, Florida, February 9, 2008.

14. "The Hippocratic Paradox: The Role of the Medical Profession in Capital Punishment in the United States." Presented at "The Lethal Injection Debate: Law and Science," Fordham Law School, New York, New York, March 8, 2008

15. "Trauma Medicine" (Panel Moderator), Pediatric Disaster and Emergency Services National Summit, Los Angeles, California, September 11-12, 2008.

12/12/2024

16. "The Good, the Bad and the Ugly: Recognition of Shock in Pediatric Trauma." Presented at the 16th Annual Trauma Symposium, Memorial Regional Trauma Center, Hollywood, Florida, February 12, 2009.

17. "Pediatric Solid Organ Injury: Observe, Embolize, or Operate?." Presented at the 16th Annual Trauma Symposium, Memorial Regional Trauma Center, Hollywood, Florida, February 13, 2009.

18. "What we do know," (session moderator) Seventh International Conference on Pediatric Trauma, Kiwanis Pediatric Trauma Institute, Fajardo, Puerto Rico, May 27, 2009.

19. "C-spine clearance: radiographs vs. CT" presented at the 40th annual meeting of the American Pediatric Surgical Association, Fajardo, Puerto Rico, May 28, 2009.

20. "Recognition and Management of Shock in Pediatric Trauma." Presented at the 6th Annual Advocate Injury Institute Symposium, Advocate Health Care System, Chicago, Illinois, November 19, 2009.

21. "Pediatric/Adolescent Solid Organ Injury: Observe, Embolize, or Operate?" Presented at the 6th Annual Advocate Injury Institute Symposium, Advocate Health Care System, Chicago, Illinois, November 19, 2009.

22. "Multidisciplinary Trauma Care:  Who's in Charge?" Presented at the 17th Annual Trauma Symposium, Memorial Healthcare System and University of Miami Miller School of Medicine, Hallandale Beach, Florida, February 11, 2010.

23. "Evolving Care of the Pediatric Trauma Patient – What's New in Pediatric Trauma," Presented at the 17th Annual Trauma Symposium, Memorial Healthcare System and University of Miami Miller School of Medicine, Hallandale Beach, Florida, February 12, 2010.

24. "ATV's, Farming Accidents, and Rural Pediatric Trauma," Presented at the 17th Annual Trauma Symposium, Memorial Healthcare System and University of Miami Miller School of Medicine, Hallandale Beach, Florida, February 13, 2010.

25. "Bullying & Violence in Today's Youth: From Little Rascals to Big Problems," presented at the 18th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 10, 2011.

26. "The Role of the Adult Surgeon in Pediatric Trauma Care," presented at the 18th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 10, 2011.

27. "Pediatric Burns – When Stop, Drop, Roll Fails," presented at the 18th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 12, 2011.

12/12/2024

28. "Delayed Diagnosis of Injuries in Pediatric Trauma Patients," presented at the 19th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 9, 2012.

29. "Is Pediatric Trauma an Accident? Potential for Prevention and Intervention," presented at the 19th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 10, 2012.

30. "Sport Related injuries in the Pediatric Population," presented at the 19th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 11, 2012.

31. "Pediatric Sports Related Injures," presented at Trauma Grand Rounds at Broward General Medical Center, Fort Lauderdale, Florida, November 6, 2012.

32. "Keys to Success in Pediatric Trauma Resuscitation," presented at the 20th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 7, 2013.

33. "Hot Principles for Care in Pediatric Burn Management," presented at the 20th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 8, 2013.

34. "Pediatric Damage Control: Injury to Reconstruction," presented at the 20th Annual Memorial Healthcare Trauma Symposium, Hollywood, Florida, February 9, 2013.

35. "Abdominal Damage Control in Pediatric Trauma," presented at the 13th annual John M. Templeton Pediatric Trauma Symposium, Pittsburgh, PA, March 2, 2013.

36. "Abdominal Damage Control in Pediatric Trauma," presented at the Annual Meeting of the American Pediatric Surgical Nurses Association, May 26, 2014.

37. "Keys to Success in Pediatric Trauma Resuscitation," presented at the Pediatric Trauma Conference, Providence Alaska Medical Center, Anchorage, AK, June 12, 2014.

38. "What's New in Pediatric Trauma," presented at the Pediatric Trauma Conference, Providence Alaska Medical Center, Anchorage, AK, June 12, 2014.

39. "Delayed Diagnosis of Injuries in Pediatric Trauma Patients," presented at the Pediatric Trauma Conference, Providence Alaska Medical Center, Anchorage, AK, June 12, 2014.

40. "Recognition and Management of Pediatric Surgical Acute Care Emergencies," presented at the 2014 annual meeting of The American Association for the Surgery of Trauma, Philadelphia, Pa, September 11, 2014 (lunch session presentation with R. Todd Maxson MD).

41. "The ABCs of Pediatric Trauma Resuscitation," presented at the American Association for the Surgery of Trauma Grand Rounds (webinar), October 15, 2014.

12/12/2024

42. "Pediatric Trauma Resuscitation:  Facts, Fears, and Fairy Tales," presented at the 22nd Annual Memorial Healthcare System Trauma Symposium, Hollywood, Florida, February 5, 2015.

43. "Missed Injuries in Pediatric Trauma – a Never Event?" presented at the 22nd Annual Memorial Healthcare System Trauma Symposium, Hollywood, Florida, February 5, 2015.

44. "The ABCs and 123s of Pediatric Solid Organ Injury," presented at the 22nd Annual Memorial Healthcare System Trauma Symposium, Hollywood, Florida, February 7, 2015.

45. "Firearm Trauma – A Pediatric Trauma Surgeon's Perspective," Keynote Address at the 9th Annual Children's Hospital and Medical Center Trauma Conference, Omaha, Nebraska, June 5, 2015.

46. "Blunt Pancreatic Trauma in Children:  non-operative management is the gold standard" (debate format with David Notrica MD). Presentation at the 74th Annual Meeting of the American Association for the Surgery of Trauma and Clinical Congress of Acute Care Surgery, Las Vegas NV, September 9, 2015.

47. "The Hippocratic Paradox − The Role of Medical Professionals in Capital Punishment in the United States," Joint Surgery/Anesthesia Grand Rounds, University of Washington Medical Center, January 13, 2016. (Visiting Professor, Harborview Injury Prevention & Research Center)

48. "Pediatric Firearm Trauma: A surgeon's perspective." Presented at Harborview Injury Prevention and Research Center, January 13, 2016.

49. "Learn From Our Mistakes – Missed Diagnoses in Pediatric Trauma." Presented at Department of Surgery Grand Rounds, Rush University Medical Center, June 15, 2016.

50. "Missed Injuries in Pediatric Trauma," presented at Dell Children's Medical Center of Central Texas, May 31, 2017

51. "Pediatric Firearm Injuries- A Surgeon's Perspective," presented at Dell Children's Medical Center of Central Texas, May 31, 2017

52. "Screening Practices for Non-Accidental Trauma – A Surgeon's Perspective," presented at the Western Pediatric Trauma Conference, Santa Barbara, CA, July 13, 2017.

53. "Disaster and Mass Casualty Training at a Community Hospital in Israel," presented at the Western Pediatric Trauma Conference, Santa Barbara, CA, July 14, 2017.

54. "The Hippocratic Paradox: A Surgeon's Journey to Death Row (and Back)," Presidential Address, Pediatric Trauma Society Annual Meeting, Charleston, SC, November 4, 2017.

12/12/2024

55. "Firearm Trauma: A Pediatric Trauma Surgeon's Perspective," presented at the Memorial Healthcare System Trauma Symposium, Weston, Florida, February 1, 2018.

56. "Disaster and Mass Casualty Training at a Community Hospital in Israel," presented at the Memorial Healthcare System Trauma Symposium, Weston, Florida, February 1, 2018.

57. "Standardized and Evidence Based Evaluation of Non-Accidental Trauma – Being consistent so we don't miss it!" Virtual Grand Rounds Webinar, The American Association for the Surgery of Trauma (AAST), November 18, 2020.

58. "NTRAP Trauma Research Gap Delphi Panels:  Pediatric Trauma" (national webinar) Presented by CNTR, the Coalition for National Trauma Research. March 23, 2023.


**Invited Lectures – Regional and Local**

1. "Seat Belt Injuries in Children."  Presented at the 1st Annual Ohio Pediatric Trauma Symposium, Rainbow Babies & Children's Hospital, Cleveland, Ohio, October 1998.

2. "Pediatric Abdominal Injuries and Pediatric Seat Belt Injuries." Presented at Genesis Health Care System, Zanesville, Ohio, October 28, 1998.

3. "Pediatric Surgical Abdomen:   Pediatric Seat Belt Injuries." Presented at the Pediatric Liaison Network Meeting, Pediatric Potpourri, Children's Hospital, Columbus, Ohio, December 8, 1998.

4. "Abdominal Catastrophes" Presented at the Lounge and Learn Series, Children's Hospital, Columbus, Ohio, January 29, 1999.

5. "Primary Seat Belt Legislation" Presented at the Capital Kids Campaign News Conference, Ohio Department of Public Safety, Columbus, Ohio, February 16, 1999.

6. "What's New with Pediatric Trauma?" Presented at the MED flight of Ohio and Ohio State University Medical Center, Columbus, Ohio, April 10, 1999.

7. "Concealed Weapons, HB 165" Testimony before the House Criminal Justice Committee, 123rd General Assembly, Columbus, Ohio, April 27, 1999.

8. "Acute Abdomen." Presented at Grant Hospital Family Practice Resident lecture, Grant Hospital, Columbus, Ohio, August 4, 1999.

9. "Pediatric Trauma – Initial Stabilization." Presented at Transported Training class, Children's Hospital, Columbus, Ohio, August 11, 1999.

12/12/2024

10. "Pediatric Blunt Abdominal Trauma." Presented at Association of Perioperative Registered Nurses Conference, St. Ann's Hospital, Columbus, Ohio, September 14, 1999.

11. "Don't Sweat the Small Things-Unless it's a Pediatric Trauma Patient." Presented at the Peninsula Regional Medical Center and the Division of Trauma 10th Annual Trauma Conference, Topics in Trauma. Roland E. Powell Convention Center, Ocean City, Maryland, September 30-October 1, 1999.

12. "Seat Belt Injuries in Children." Presented at 2nd Annual Ohio Pediatric Trauma Symposium, The Children's Medical Center, Dayton, Ohio, November 5, 1999.

13. "Firearm Safety-Testimony on HB526" Testimony before the House Criminal Justice Committee, 123rd General Assembly, Columbus, Ohio, April 11, 2000.

14. "Gun Safety" Presented at the Prevention Institute. Clarion Hotel, Worthington, Ohio, March 10, 2000.

15. "Pediatric Blunt Abdominal Trauma" Presented at Trauma Rounds," Rita's Medical Center, Lima, Ohio, April 25, 2000.

16. "Initial Resuscitation of Pediatric Trauma Patient" Presented at the St. Anne's Emergency Physician Staff Meeting, St. Ann's Hospital, Columbus, Ohio, April 28, 2000.

17. "Don't Sweat the Small Things-Unless It's a Pediatric Trauma Patient" Presented at Southern Ohio Medical Center, Portsmouth, Ohio, May 5, 2000.

18. "Don't Sweat the Small Things-Unless It's a Pediatric Trauma Patient" Presented at Children's Teleconferencing Programs/Ohio State Health Network, Columbus, Ohio, June 2, 2000.

19. "First Monday 2000-Unite to End Gun Violence" Presented at Ohio State University College of Law, Columbus, Ohio, October 2, 2000.

20. "Firearm Safety-An Overview" Presented at Ohio State School of Public Health Grand Rounds, Columbus, Ohio, October 13, 2000.

21. "Don't Sweat the Small Things-Unless It's a Pediatric Trauma Patient" Presented at Dayton Children's Medical Center, Dayton, Ohio, November 1-2, 2000.

22. "Common Neonatal Surgical Problems" Presented at Infants at Risk….An Interdisciplinary Approach to Neonatal Care Conference, Children's Hospital, Columbus, Ohio, November 6, 2000.

23. "Don't Sweat the Small Things-Unless It's a Pediatric Trauma Patient" Presented at Southeastern Ohio Regional Medical Center, Cambridge, Ohio, November 29, 2000.

12/12/2024

24. "Firearm Safety-An Overview" Presented at Presbyterian Women's Gathering, Boulevard Presbyterian Church, Columbus, Ohio, January 27, 2000.

25. "Firearm Safety" Presented at Mother's Day Rally, Statehouse, Columbus, Ohio, May 13, 2001.

26. "Fluid Resuscitation in Pediatric Trauma" Presented at Genesis Health Care System, Zanesville, Ohio, May 30, 2001.

27. "Fluid Resuscitation in Pediatric Trauma" Presented at Children's Hospital, Columbus, Ohio, June 27, 2001.

28. Opponent testimony on HB274 bill "Right to Carry Concealed Weapons" Statehouse, Columbus, Ohio, July 11, 2001.

29. "First Monday 2001-Gun Violence and Its Impact on Society" Presented at Ohio State University College of Law, Columbus, Ohio, October 1, 2001.

30. "Protecting our Children:  Injury Prevention and The Trauma Program at Children's Hospital" Presented at Children's Hospital, talk to financial professionals, Columbus, Ohio, October 16, 2001.

31. "Pneumothorax" Presented at Pediatric Surgery Seminar, Children's Hospital, Columbus, Ohio, February 27, 2002.

32. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, February 27, 2002.

33. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at Toledo Children's Hospital Trauma Services Spring Update Conference, Toledo, Ohio, March 8, 2002.

34. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at Trauma Symposium, Cincinnati Children's Hospital, April 19, 2002.

35. "Trauma Alerts 2002" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, May 22, 2002.

36. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at Gun Summit Conference, Cleveland, Ohio, June 7, 2002.

37. "Hazards of the Home: An Analysis of Pediatric Firearm Injuries" Presented at ODPS, EMS Division of Fire, Columbus, Ohio, August 21, 2002.

12/12/2024

38. Opponent Testimony on HB274 Bill – Right to Carry Concealed Weapons, Statehouse, Columbus, Ohio, September 3, 2002.

39. "Pediatric Trauma Centers, Do They Make A Difference?" Presented at Trauma Care Symposium Sponsored by Grant Medical Center, Adams Mark Hotel, Columbus, Ohio, November 14, 2002.

40. "Pediatric Trauma Centers:  Do They Make a Difference" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, November 27, 2002.

41. Opponent testimony on HB274 Bill – Right to Carry Concealed Weapons, Ohio Senate Criminal Justice Committee, Statehouse, Columbus, Ohio, December 4, 2002.

42. "Lethal Injection: A Stain on The Face of Medicine" Presented to the Unitarian Universalist Church of Columbus, Ohio, February 7, 2003.

43. "Firearm Injuries" Presented to Little Hocking EMS personnel, Belpre, Ohio, April 30, 2003.

44. "Seatbelt Injuries" Presented to Belle Valley EMS personnel, Zanesville, Ohio, May 14, 2003.

45. "Damage Control: What Is It?  Who Invented It?"  Presented at Statewide Trauma Symposium Sponsored by Children's Hospital, Greater Columbus Convention Center, Columbus, Ohio, May 16, 2003

46. "Pediatric Motorized Recreation Vehicles Injuries" Presented at the Public Field Hearing concerning all terrain vehicles sponsored by the Consumer Product Safety Commission, Morgantown, West Virginia, June 5, 2003.

47. "Damage Control-What Is It? Who Invented It?" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, July 23, 2003.

48. "The Epidemiology of Pediatric Firearm Injuries" Presented at Toledo Hospital, Toledo Children's Hospital Safe Kids Coalition meeting, Toledo, Ohio, September 5, 2003.

49. "Seatbelt Injuries" Presented to Columbus Division of Fire's, EMS Education Program, Columbus, Ohio, October 2, 2003.

50. "Seatbelt Injuries" Presented to Columbus Division of Fire's, EMS Education Program, Columbus, Ohio, October 16, 2003.

51. "Trauma Issues" Presented at Track II meeting, Children's Hospital, Columbus, Ohio, October 16, 2003.

12/12/2024

52. "Update of Trauma Team Response and Alert Criteria" Presented at Trauma Grand Rounds at Children's Hospital, Columbus, Ohio, October 22, 2003.

53. "The Teenager-Old Child or Young Adult?" Presented at Trauma Care 2003 conference sponsored by Grant Hospital at the Adam's Mark Hotel, Columbus, Ohio, November 11, 2003.

54. "The Epidemiology of Pediatric Firearm Injuries" Presented at the Central Ohio Pediatric Society's meeting, Lindey's Restaurant, Columbus, Ohio, January 21, 2004.

55. "Demographic and Environmental Factors Predict Pediatric Pedestrian Injuries In An Urban Setting." Presented at the Columbus Pedestrian and Transportation Commission, Columbus, Ohio, March 11, 2004.

56. "The Increasing Risk of Pediatric ATV Injuries" Presented at the Ohio Chapter of Emergency Nurses Association Meeting, Portsmouth, Ohio, April 24, 2004.

57. "The Epidemiology of Pediatric Firearm Injuries" Presented at the Columbus Neighborhood Safety Working Group, Columbus, Ohio, May 13, 2004.

58. "Abdominal and Genitourinary Trauma" Presented at Pediatric Surgical Tutorial, Children's Hospital, Columbus, Ohio, September 29, 2004.

59. "Vacuum Assisted Wound Closure in Pediatric Trauma," Presented at Trauma Care 2004 sponsored by Grant Hospital, Columbus, Ohio, November 10, 2004.

60. "Management of Pediatric Soft Tissue Injuries" Presented at Trauma Grand Rounds, Children's Hospital, Columbus, Ohio, December 22, 2004.

61. "Pediatric Trauma Hot Topics" Presented at St. Rita's Medical Center, Columbus, Ohio, July 26, 2005.

62. "Child Abuse," Presented at the Critical Care Lecture Series, Children's Hospital, Columbus, Ohio, February 1, 2006.

63. "Pediatric Trauma Essentials," Presented at the Critical Care Lecture Series, Children's Hospital, Columbus, Ohio, February 8, 2006.

64. "Pediatric Soft Tissue Trauma," Presented at the "Lounge and Learn Lecture Series," Children's Hospital, Columbus, Ohio, February 10, 2006.

65. "Pediatric Soft Tissue Trauma," Presented at the surgery resident noon lecture series, Mount Carmel West Hospital, Columbus, Ohio, March 14, 2006.

66. "Congenital Chest Lesions," Presented at the pulmonary medicine lecture series, Children's Hospital, Columbus, Ohio, March 17, 2006.

12/12/2024

67. "Pediatric Soft Tissue Trauma," Presented at the McConnelsville-Malta Fire Department/EMS, McConnelsville, Ohio, September 25, 2006.

68. "Non-accidental trauma," presented at the Children's Hospital Critical Care Lecture Series, October 11, 2006.

69. "Child abuse – A surgeon's perspective," presented at the 8th Annual Ohio Pediatric Trauma Symposium, Dayton, Ohio, April 20, 2007.

70. "Interventional Radiology, Operate, or Observe:  Which Path Do I take?"  presented at the 9th Annual Ohio Pediatric Trauma Symposium, Mason, Ohio, April 25, 2008.

71. "Pediatric Trauma Research" presented at American Association of Orthopaedic Surgeons Capitol Hill Briefing Program, Washington, D.C., May 20, 2008.

72. "Building a Trauma Program – The Nationwide Children's Hospital Model" (Surgery Grand Rounds), presented at Brenner Children's Hospital, Wake Forest University Baptist Medical Center, February 4, 2009 (*visiting professor*)

73. "The Good, the Bad, and the Ugly: Recognition of Shock in Pediatric Trauma" presented at Brenner Children's Hospital, Wake Forest University Baptist Medical Center, February 4, 2009 (*visiting professor*)

74. "The Pediatric Acute Abdomen" presented at MedNet 21, Center for Continuing Medical Education, The Ohio State University College of Medicine, October 23, 2009.

75. "The Good, the Bad, and the Ugly: Recognition of Shock in Pediatric Trauma" presented at Trauma Grand Rounds, Rainbow Babies and Children's Hospital, Cleveland, Ohio, November 4, 2009.

76. "Pediatric Torso Trauma," presented at the 11th annual Ohio Pediatric Trauma Symposium, Akron, Ohio, April 16, 2010.

77. "Multi-disciplinary Trauma Care- Who is in Charge?" Trauma Grand Rounds, Nationwide Children's Hospital, May 26, 2010.

78. "The Good, The Bad, and The Ugly:  Recognition and Management of Shock in Pediatric Trauma." Presented at Genesis Health Care System, Zanesville, Ohio, December 7, 2011.

79. "The Good, The Bad, and The Ugly:  Recognition and Management of Shock in Pediatric Trauma." Presented at MedCentral Health System, Mansfield, Ohio, March 13, 2012.

80. "Pediatric Trauma" Presented at the Conference of the Ohio Association of Emergency Medical Services, Columbus, Ohio, June 27, 2012

12/12/2024

81. "Child Abuse." Presented at the OSU MedNet 21 CME program, (webcast) with Jonathan Thackery MD, November 22, 2013.

82. "Communication in the Trauma Room:  Working Together in a High Stress Environment." Presented at Trauma Grand Rounds, Nationwide Children's Hospital, January 8, 2014.

83. "The role of community hospitals in pediatric trauma," presented at Southeastern Medical Center, Cambridge, Ohio, April 30, 2014

84. "What's new in pediatric trauma," presented at surgical grand rounds, Mt. Carmel Medical Center, August 28, 2014.

85. "Pediatric Sports Related Injuries," presented at the 3rd Annual Pediatric Collaborative Colloquium, St. Rita's Hospital, Lima, Ohio, October 11, 2014.

86. "Abdominal Damage Control in Pediatric Trauma," presented at the 5th Annual Brenner Children's Hospital Pediatric Trauma Conference, Winston-Salem, North Carolina, October 22, 2014.

87. "Child Abuse – A Surgeon's Perspective," presented at the Pediatric Critical Care Medicine Fellowship lecture, Nationwide Children's Hospital, February 4, 2016.

88. "Pediatric Firearm Trauma – A Surgeon's Perspective," presented at the Injury Epidemiology class (PUBHEPI 6432) at The Ohio State University College of Public Health, February 29, 2016.

89. "Disparities in Trauma Care," presented at the Center for Injury Research and Policy at The Research Institute at Nationwide Children's Hospital, March 31, 2016.

90.  "Trauma Update," presented at Anesthesiology Grand Rounds, Nationwide Children's Hospital, May 11, 2016.

91. "Pediatric Trauma Resuscitation," presented at McConnelsville/Malta Fire Department, McConnelsville, Ohio, June 13, 2016.

92. "Perception – Pediatric Firearm Trauma," presented at TEDx Yearling Road, Whitehall, Ohio, June 22, 2016.

93. "Guns as a Public Health Issue," Presented at The Ohio State University College of Medicine-Medical Student Class, Advocacy and Social Determinants of Health, Columbus, Ohio, October 7, 2016.

94. "Stop the Bleed- Save a Life (Hemorrhage Control)," Presented at Trauma Grand Rounds, Nationwide Children's Hospital, Columbus, March 8, 2017.

12/12/2024

95. "The Impact of Domestic Terrorism and Active Shooter Incidents on Trauma Care at Pediatric Centers," presented at the Marietta Memorial Trauma Symposium, Marietta, Ohio, March 9, 2017.

96. "Outpatient Burn Management" presented at Emergency Medicine/Urgent Care Physicians, Nationwide Children's Hospital, Westerville Urgent Care, May 9, 2017.

97. "Penetrating Injuries" presented at Emergency Department Trauma Nurse Leadership meeting, Nationwide Children's Hospital, June 13, 2017.

98. "Injury Surveillance: Pediatric Firearm Injuries" presented at The Ohio State University-Center for Injury Research and Policy, The Ohio State University, February 27, 2018.

99. "Firearm Trauma: A Pediatric Trauma Surgeon's Perspective," presented at the 2018 Public Health Combined Conference, Worthington, Ohio, May 16, 2018.

100. "Non-Accidental Trauma" Presented at the Critical Care Lecture Series, Nationwide Children's Hospital, Columbus, Ohio, February 8, 2019.

101. "The Hippocratic Paradox: A surgeon's journey to death row and back." Pediatric Grand Rounds, Children's Hospital of the King's Daughter, May 16, 2019.

102. "Missed Injuries in Pediatric Trauma." Pediatrics Teaching Conference, Children's Hospital of the King's Daughter, May 16, 2019.

103. Non-Accidental Trauma" Presented at the Critical Care Lecture Series, Nationwide Children's Hospital, Columbus, Ohio, December 20, 2019.

104. "Firearm-Related Injuries/PUBHEPI 4432 Injury: A Public Health Problem" Presented at The Ohio State University, March 30, 2020.

105. "Combatting Racism in Pediatric Trauma Care," Presented at Trauma Grand Rounds, Nationwide Children's Hospital, July 8, 2020.

106. "Acute Diagnosis and Management of Pediatric Trauma," Presented at Pediatric Outreach Education Program of Nationwide Children's Hospital (virtual), July 21, 2021.

107. "ABCs of Pediatric Trauma Resuscitation – 2021 Edition," Presented at the OhioHealth Trauma Care 2021 Conference (virtual), November 9, 2021

108. "Missed Injuries in Pediatric Trauma – and How to Avoid Them," Presented at Surgery Grand Rounds, Nationwide Children's Hospital, November 10, 2021.

109. "Missed Injuries in Pediatric Trauma – and How to Avoid Them," Presented at at Pediatric Outreach Education Program of Nationwide Children's Hospital (virtual), August 23, 2022.

12/12/2024

110. "Pediatric Firearm Trauma – A Surgeon's Perspective," presented at "Emerging Trends in Healthcare – Firearm Diseases in Central Ohio," Columbus Medical Association, Columbus, Ohio, December 6, 2022.

111. "Pediatric Firearm Trauma – A Surgeon's Perspective," presented at the Kiwanis Club of Columbus, Columbus Public Library, December 20, 2022.

112. "Pediatric Firearm Trauma," presented at Church of the Messiah, Westerville, OH, April 23, 2023

113. "Missed Injuries in Pediatric Trauma – and How to Avoid Them" (Jack Hertzler Lecture) presented at Surgical Grand Rounds, Wayne State University, Detroit, MI, April 26. 2023

114. "Gun Violence" Presented at Pediatric Ground Rounds, Nationwide Children's Hospital, June 1, 2023.

115. "Pediatric Trauma 2023: Resuscitation and Prevention" Presented at Pediatric Outreach Webinar, Nationwide Children's Hospital, August 2, 2023.

## Bibliography

**Book Chapters**

1.  **Groner JI**, Ziegler MM. Management of Cloacal Exstrophy. *Newborn Surgery*. Heinemann Medical Books. (Puri P, ed.) London, 1996, pages 461-465.

2.  King DR, **Groner JI**. Renal Neoplasms. *Pediatric Surgery, 3rd edition*. (Ashcraft KW, ed.), W.B. Saunders CO., Philadelphia, Pennsylvania, 2000, pages 859-874.

3.  **Groner JI**, Ziegler MM. Cloacal Exstrophy. *Newborn Surgery*. (Puri P, ed.), Oxford University Press, New York, 2003.

4.  **Groner JI**. Ectopia and Sternal Defects. *Operative Pediatric Surgery*. (Ziegler MM et al, ed), McGraw-Hill, Philadelphia, Pennsylvania, 2003.

12/12/2024

5. King DR, **Groner JI**, Teich S. Mediastinal Cysts and Tumors. *Operative Pediatric Surgery*. (Ziegler MM et al, ed), McGraw-Hill, Philadelphia, Pennsylvania, 2003.

6. Dietrich AM, **Groner JI**. Trauma in Children. *Basic Trauma Life Support for the EMT-B and First Responder, 4th edition*. (Campbell JE, ed) Pearson Prentice Hall, Upper Saddle River, New Jersey, 2004.

7. **Groner JI**. Injuries to Children: A Surgeon's Perspective. *Forensic Medicine of the Lower Extremity*. (Rich J, Dean DE, Powers RH, eds), Humana Press, Totowa, New Jersey, 2005.

8. Dietrich AM, **Groner JI**. Trauma in Children. *Basic Trauma Life Support for Paramedics and Other Advanced Providers, 5th edition*. (Campbell JE, ed) Pearson Prentice Hall, Upper Saddle River, New Jersey, 2005.

9. Dietrich AM, **Groner JI**. Trauma in Children. *International Trauma Life Support for Prehospital Care Providers, 6th edition*.  (Campbell JE, ed) Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008.

10. **Groner JI**. Reoperation after Duodenal Atresia Repair and Management of Duodenal Fistulas.  *Reoperative Pediatric Surgery*. (Teich S and Caniano DA, eds), Humana Press, New Jersey, 2008.

11. **Groner JI**, Ogirima MO. Musculoskeletal Trauma. In: Ameh EA, Bickler SJ, Lakhoo K, Nwomeh BC, Poenaru D (eds), *Paediatric Surgery: A Comprehensive Textbook for Africa*.  Global-HELP Organization, Seattle, WA, 2010.

12. **Groner JI**. Ectopia Cordis and Sternal Defects.  In: Ziegler MM, Azizkhan R, Weber T, vonAllmen D (eds), *Operative Pediatric Surgery, Second Edition*. McGraw-Hill Professional, New York, February 2014, 277-291.

13. Teich S, Aldrink J**, Groner JI**. Mediastinal Cysts, Tumors and Myasthenia Gravis, In: Ziegler MM, Azizkhan R, Weber T, vonAllmen D (eds), *Operative Pediatric Surgery, Second Edition*. McGraw-Hill Professional, New York, February 2014, 393-406.

## Articles in Peer-Reviewed Journals

1. **Groner JI**, Schumann R, Lang IM, Telford GL. Fentanyl and Alfentanil Initiate the Migrating Myoelectric Complex but not the vomiting response in the Canine Small Intestine. *Current Surgery*. 1988 May – June; 45(3):209-211. PMID: 3135984.

2. **Groner JI**, Edmistion CE, Krepel CJ, Telford GL, Condon RE. The Efficacy of Oral Antibiotic in Reducing Colonic Mucosal Associated Aerobic and Anaerobic Microflora. *Archives of Surgery*. 1989 March; 123(3):281 – 284. PMID: 2919961.

12/12/2024

3. **Groner JI**, Brown MF, Stallings VA, Ziegler MM, O'Neill JA Jr. Resting Energy Expenditure in Children Following Major Operative Procedures. *Journal of Pediatric Surgery*. 1989 Aug;24(8):825 – 827. PMID: 2769551.

4. **Groner JI**, Altschuler SM, Ziegler MM. The Newborn Piglet: A Model of Neonatal Gastrointestinal Motility. *Journal of Pediatric Surgery*. 1990 March;25(3):315 – 318. PMID: 2313500.

5. **Groner JI**, Teich S, Schauer GM, King DR. Congenital Diaphragmatic Hernia and Profound Prematurity: Report of a Survivor. *Journal of Pediatric Surgery*. 1995 Sep;30(9):1370 – 1372. PMID: 8523250.

6. **Groner JI**, Marlow JP, Teich S. Groin Laparoscopy: A New Technique for Contralateral Groin Evaluation in Pediatric Inguinal Hernia Repair. *Journal of the American College of Surgeons*. 1995 Aug;181(2): 168 – 170. PMID: 7627391.

7. **Groner JI**, Teske DW, Teich S. Dicephalus Dipus Dibrachius: An Unusual Case of Conjoined Twins. *Journal of Pediatric Surgery*. 1996 Dec;31(12):1698 – 16700. PMID: 8986994.

8. **Groner JI**. Endotoxin and Transient Hypoxia Cause Severe Acidosis in the Piglet. *Journal of Pediatric Surgery*. 1997 Jul;32(7):1123 – 1125. PMID: 9247248.

9. Shaffer JP, Barson W, LuQuette M, **Groner JI**, Hogan MJ, Allen E. Massive Hemoptysis in a Child with Histoplasmosis. *Pediatric Pulmonary*. 1997 Jul;24(1):57 – 60. PMID: 9261855.

10. Meric F, Teitelbaum DH, Geiger JD, Harmon CM, **Groner JI**. Latex Sensitization in General Pediatric Surgical Patients: A Call for Increased Screening of Patient. *Journal of Pediatric Surgery*. 1998 Jul;33(7):1108 – 1111. PMID: 9694104.

11. Cook CH, Melvin WS, **Groner JI**, Allen E, King DR. A Cost-Effective Thoracoscopic Treatment Strategy for Pediatric Spontaneous Pneumothorax. *Surgical Endoscopy*. 1999 Dec;13(12):1208 – 1210. PMID: 10594264.

12. Coley BD, Mutabagani K, Martin LC, Zumberge N, Cooney DR, Caniano DA, Besner GE, **Groner JI**, Sheils WE. Focused Abdominal Sonography for Trauma (FAST) in Children with Blunt Abdominal Trauma. *The Journal of Trauma*. 2000 May;48(5):902 – 906. PMID: 10823534.

13. Kuhn MA, **Groner JI**. Fluid Resuscitation in the Pediatric Trauma Patient. *Trauma Reports* Vol. 2, No. 5, September-October, 2001.

14. Hayes JR, **Groner JI**. Should Level I Trauma Centers be rated NC-17? Letter to the editor. *The Journal of Trauma*. 2002 Jan;52(1):189 – 190. PMID: 11791078.

12/12/2024

15. **Groner JI**: Lethal Injection. A Stain on the Face of Medicine. British Medical Journal. 2002 Nov;325(7371):1026 – 1028. PMID: 12411367.

16. **Groner JI**. Lethal Injection and The Medicalization of Capital Punishment in The United States. Health and Human Rights: *An International Journal* 6(1):65-79, 2002.

17. Fangusaro J, Klopfenstein K, **Groner J**, Hammond S, Altura, RA. Inflammatory Myofibroblastic Tumor Following Hematopoietic Stem Cell Transplantation: Report of Two Pediatric Cases. *Bone Marrow Transplant*. 2004 Jan;33(1):103 – 107. PMID: 14647262.

18. **Groner JI**. Lethal Injection: The Medical Charade. *Ethics and Medicine*. 2004;20(2):25 – 30. PMID: 15468480.

19. Coffey C, Haley K, Hayes J, **Groner JI**. The Risk of Child Abuse in Infants and Toddlers with Lower Extremity Injuries. *Journal of Pediatric Surgery*. 2005 Jan;40(1):120 – 123. PMID: 15868570.

20. Arca MJ, Gates RL, **Groner JI**, Hammond S, Caniano DA. Clinical Manifestations of Appendiceal Pinworms in Children: an Institutional Experience and Review of the Literature. *Pediatric Surgery International*. 2004 May;20(5):372 – 375. PMID: 15141320.

21. Meeks TJ, Nwomeh BC, Abdessalam SF, **Groner JI**. Paradoxical Missle Embolus to the Right Superficial Femoral Artery Following Gunshot Wound to the Liver: A Case Report. *Journal of Trauma.* 2004 Dec;57(6):1338 – 1340. PMID: 15625473.

22. Haut ER, Nance ML, Keller MS, **Groner JI**, Ford HR, Kuhn A, Tuchfarber B, Garcia V, Schwab CW, Stafford PW. Management on Penetrating Colon and Rectal Injuries in the Pediatric Patient. *Diseases of the Colon and Rectum.* 2004 Sep;47:1525 – 1532. PMID: 15486752.

23. Hayes JR, **Groner JI**. Minority Status and the Risk of Serious Childhood Injury and Death. *Journal of the National Medical Association.* 2005 Mar;97(3):362 – 369. PMID: 15779500.

24. Teitelbaum DH, Tracy TF, Aouthmany MM, Llanos A, Brown MB, Yu S, Brown MR, Shulman RJ, Hirschl RB, Derusso PA, Cox J, Dahlgren J, **Groner JI**, Strouse PJ. Use of Cholecystokinin-octapeptide for the Prevention of Parenteral Nutrition-Associated Cholestasis. *Pediatrics.* 2005 May;115(5):1332 – 1340. PMID: 15867044.

25. Spencer AU, Yu S, Tracy TF, Aouthmany MM, Llanos A, Brown MB, Brown M, Shulman RJ, Hirschl RB, Derusso PA, Cox J, Dahlgren J, Strouse JI, **Groner JI**, Teitelbaum DH, Stechmiller JK. Parenteral Nutrition Associated Cholestasis in Neonates: Multivariate Analysis of the Potential Protective Effect of Taurine. *Journal of Parenteral and Enteral Nutrition.* 2005 Sep – Oct;29(5):337 – 343. PMID: 16107596.

12/12/2024

26. **Groner JI**. Inadequate Anaesthesia in Lethal Injection for Execution. *The Lancet.* 2005 Sep;366(9491):1073. PMID: 16182886.

27. Holmes JH, Wiebe DJ, Tataria M, Mattix KD, Mooney DP, Scaife ER, Brown RL, **Groner JI**, Brundage SI, Scherer LR, Nance ML. The Failure of Nonoperative Management in Pediatric Solid Organ Injury: A Multi-institutional Experience. *Journal of Trauma.* 2005 Dec;59(6):1309 – 1313. PMID: 16394902.

28. Nwomeh BC, Georges AJ, **Groner JI**, Haley KJ, Hayes JR, Caniano DA. A leap in faith: the impact of removing the surgeon from the level II trauma response. *Journal of Pediatric Surgery.* 2006 Apr;41(4):693 – 696. PMID: 16567178.

29. Gittelman MA, Pomerantz WJ, **Groner JI**, Smith GA. Pediatric All-Terrain Vehicle-Related Injuries in Ohio From 1995 to 2001: Using the Injury Severity Score to Determine Whether Helmets Are a Solution. *Pediatrics.* 2006 Jun;117(6):2190 – 2195. PMID: 16740864.

30. Mattix KD, Tataria M, Holmes J, Kristoffersen K, Brown R, **Groner JI**, Scaife E, Mooney D, Nance M, Scherer L. Pediatric pancreatic trauma: predictors of nonoperative management failure and associated outcomes. *Journal of Pediatric Surgery*. 2007 Feb;42(2):340 – 344. PMID: 17270545.

31. **Groner JI**, Covert J, Lowell WL, Hayes JR, Nwomeh BC, Caniano DA. The impact of managing moderately injured pediatric trauma patients without immediate surgeon presence. *Journal of Pediatric Surgery.* 2007 Jun;42(6):1026 – 1029. PMID: 17560214.

32. Tataria M, Nance ML, Holmes JH 4th, Miller CC 3rd, Mattix KD, Brown RL, Mooney DP, Scherer LR 3rd, **Groner JI**, Scaife ER, Spain DA, Brundage SI. Pediatric blunt abdominal injury: age is irrelevant and delayed operation is not detrimental. *Journal of Trauma.* 2007 Sept;63(3):608 – 614. PMID: 18073608.

33. Hayes JR, **Groner JI**. The increasing incidence of snowboard-related trauma. *Journal of Pediatric Surgery.* 2008 May;43(5):928 – 930. PMID: 18485968.

34. Hayes JR, **Groner JI**. Using multiple imputation and propensity scores to test the effect of car seats and seat belt usage on injury severity from trauma registry data. *Journal of Pediatric Surgery.* 2008 May;43(5):924 – 927. PMID: 18485967.

35. Hamner CE, **Groner JI**, Caniano DA, Hayes JR, Kenney BD. Blunt intraabdominal arterial injury in pediatric trauma patients: injury distribution and markers of outcome. *Journal of Pediatric Surgery.* 2008 May;43(5):916 – 923. PMID: 18485966.

36. Santanello S, Dean D, Hayes JR, Bonta M, **Groner JI**, Martin L, Sinard J, Shaffer LE, Bechtel N. Perceived value of trauma autopsy among trauma medical directors and coroners. *Injury.* 2008 Sep;39(9):1075 – 1081. PMID: 18586251.

12/12/2024

37. **Groner JI**. The Hippocratic Paradox: The Role of the Medical Profession in Capital Punishment in the United States. *Fordham Urban Law Journal* 35:883-917, 2008.

38. Conner KA, Xiang H, **Groner JI**, Smith GA. Using data linkage to assess the impact of motorized recreational vehicle related injuries in Ohio. *Journal of Safety and Research.* 2008;39(5):469 – 475. PMID: 19010120.

39. Shi J, Xiang H, Wheeler K, Smith GA, Stallones L **Groner JI**, Wang Z. Costs, mortality likelihood and outcomes of hospitalized US children with traumatic brain injuries. *Brain Injury.* 2009 Jul;23(7):602 – 611.

40. Chidester S, Rana A, Lowell W, Hayes J, **Groner JI**. Is the seat belt sign associated with serious abdominal injuries in pediatric trauma? *Journal of Trauma.* 2009 Jul;67(1Suppl):S34 – 36. PMID: 19590352.

41. Rana AR, Michalsky MP, Teich S, **Groner JI**, Caniano DA, Schuster DP. Childhood obesity: a risk factor for injuries observed at a Level-1 trauma center. *Journal of Pediatric Surgery*. 2009 Aug;44(8):1601 – 1605. PMID: 19635312.

42. Fabia R, **Groner JI**. Advances in the care of children with burns. *Advances in Pediatrics.* 2009;56:219 – 248.

43. Markenson D, Ferguson JD, Chameides L, Cassan P, Chung KL, Epstein JL, Gonzales L, Hazinski MF, Herrington RA, Pellegrino JL, Ratcliff N, Singer AJ; First Aid Chapter Collaborators. Part 13: first aid: 2010 American Heart Association and American Red Cross International Consensus on First Aid Science With Treatment Recommendations. *Circulation*. 2010 Oct 19;122(16 Suppl 2):S582 – 605. PMID:20956261.

44. Upperman JS, Burd R, Cox C, Ehrlich P, Mooney D, **Groner JI**. Pediatric applied trauma research network: a call to action. *Journal of Trauma.*2010 Nov;69(5):1304 – 1307. PMID: 21068626.

45. Upperman JS, Burd R, Cox C, Ehrlich P, Mooney D, **Groner JI**. Pediatric applied trauma research network: a call to action. *Journal of Pediatric Surgery.* 2010 Nov;69(5):1304 – 1307. PMID: 21068626.

46. Rocourt DV, Hall M, Kenney BD, Fabia R, **Groner JI**, Besner GE.  Respiratory failure after pediatric scald injury. *Journal of Pediatric Surgery*. 2011 Sept;46(9):1753 – 1758. PMID: 21929985.

47. Wurster LA, **Groner JI**, Hoffman J. Electronic documentation of trauma resuscitations and a level 1 pediatric trauma center. *Journal of Trauma Nursing.* 2012 Apr – Jun;19(2):76 – 79. PMID: 22673072.

48. Falcone RA Jr, Haas L, King E, Moody S, Crow J, Moss A, Gaines B, McKenna C, Gourlay DM, Werner C, Meagher DP Jr, Schwing L, Garcia N, Brown D, **Groner JI**,

12/12/2024

Haley K, Deross A, Cizmar L, Armola R. A multicenter prospective analysis of pediatric trauma activation criteria routinely used in addition to the six criteria of the American College of Surgeons. *Journal of Trauma and Acute Care Surgery*. 2012 Aug;73(2):377 – 384. PMID: 22846943.

49. Chidester SJ, Williams N, Wang W, **Groner JI**. A pediatric massive transfusion protocol. *Journal of Trauma and Acute Care Surgery.* 2012 Nov;73(5):1273 – 1277. PMID: 23064608.

50. Deans KJ, Thackeray J, Askegard-Giesmann JR, Earley E, **Groner JI**, Minneci PC. Mortality increases with recurrent episodes of nonaccidental trauma in children. *Journal of Trauma and Acute Care Surgery*. 2013 Jul;75(1):161 – 165. PMID: 23940863.

51. Deans KJ, Minneci PC, Lowell W**, Groner JI**. Increased morbidity and mortality of traumatic brain injury in victims of nonaccidental trauma. *Journal of Trauma and Acute Care Surgery*. 2013 Jul;75(1):157 – 160. PMID: 23940862.

52. Cleve WV, Kernic MA, Ellenbogen RG, Wang J, Zatzick DF, Bell MJ, Wainwright MS, **Groner JI**, Mink RB, Giza CC, Boyle LN, Mitchell PH, Rivara FP, Vavilala MS; for the PEGASUS (Pediatric Guideline Adherence and Outcomes) Project. National Variability in Intracranial Pressure Monitoring and Craniotomy for Children with Moderate to Severe Traumatic Brain Injury. *Neurosurgery*. 2013 Nov;73(5):746 – 752. PMID: 23863766.

53. Miller CM, Shi J, Wheeler KK, Yin H, Smith GA, **Groner JI**, Xiang H. Chronic conditions and outcomes of pediatric trauma patients. *Journal of Trauma and Acute Care Surgery*. 2013 Aug;75(2):250 – 257. PMID: 23823610.

54. Kernic MA, Rivara FP, Zatzick DF, Bell MJ, Wainwright MS, **Groner JI**, Giza CC, Mink RB, Ellenbogen RG, Boyle L, Mitchell PH, Kannan N, Vavilala For The Pegasus Pediatric Guideline Adherence And Outcomes Project MS. Triage of children with moderate and severe traumatic brain injury to trauma centers. *Journal of Neurotrauma.* 2013 Jul 1;30(13):1129 – 1136. PMID: 23343131.

55. Liu X, Yin H, Shi J, Wheeler KK, **Groner JI**, Xiang H. Medical errors in hospitalized pediatric trauma patients with chronic health conditions. *SAGE Open Medicine*. 2014 Jan 30;2050312113519987.

56. Thompson MC, Wheeler KK, Shi1J, Smith GA, **Groner JI**, Haley KJ, Xiang H. Surveillance of paediatric traumatic brain injuries using the NEISS: choosing an appropriate case definition. *Brain Injury*. 2014;28(4):431 – 437. PMID: 24564802.

57. Muszynski JA, Nofziger R, Greathouse K, Nateri J, Hanson-Huber L, Ccrn LS, Nicol K, **Groner JI**, Besner GE, Raffel C, Geyer S, El-Assal O, Hall MW. Innate immune function predicts the development of nosocomial infection in critically injured children. *Shock*. 2014 Oct;42(4):131 – 321. PMID: 24978895.

12/12/2024

58. Xiang H, Wheeler KK, **Groner JI**, Shi J, Haley KJ. Undertriage of major trauma patients in the US emergency departments. *The American Journal Emergency Medicine.* 2014 Sep;32(9):997 – 1004. PMID: 24993680.

59. Coffey C, Wurster LA, **Groner J**, Hoffman J, Hendren V, Nuss K, Haley K, Gerberick J, Malehorn B, Covert J. A Comparison of Paper Documentation to Electronic Documentation for Trauma Resuscitations at a Level I Pediatric Trauma Center. *Journal of Emergency Nursing.* 2015 Jan;41(1):52 – 56. PMID: 24996509.

60. Sulkowski JP, Nichol K, Raval MV, Yeager N, Setty B, **Groner JI**, Aldrink JH. Infantile fibroma of the intestine: A report of two cases and literature review. *Journal of Pediatric Surgery Case Reports*. 2014;2:290 – 293.

61. Vavilala MS, Kernic MA, Wang J, Kannan N, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rivara FP. Acute Care Clinical Indicators Associated With Discharge Outcomes in Children With Severe Traumatic Brain Injury. *Critical Care Medicine*. 2014 Oct;42(10):2258 – 2266. PMID: 25083982.

62. Deans KJ, Thackery J, **Groner JI**, Cooper JN, Minneci PC. Risk factors for recurrent injuries in victims of suspected non-accidental trauma: a retrospective cohort study. *BMC Pediatrics*. 2014 Aug 31;14(1):217. PMID: 25174531.

63. Boomer LA, Nielsen JW, Lowell W, Haley K, Coffey C, Nuss KE, Nwomeh BC, **Groner JI**.  Managing moderately injured pediatric patients without immediate surgeon presence: 10 years later. *Journal of Pediatric Surgery*. 2015 Jan;50(1):182 – 185. PMID: 25598120.

64. Mahida JB, Asti L, Patek K, Deans KJ, Minneci PC, **Groner JI**, Raval MV. A comparison of injuries sustained from recreational compared to organized motorized vehicle use in children. *Journal of Pediatric Surgery*. 2015 Jul;50(7):1188 – 1191. PMID: 25783309.

65. Vickers BP, Shi J, Lu B, Wheeler KK, Peng J, **Groner JI**, Haley KJ, Xiang H. Comparative study of ED mortality risk of US trauma patients treated at level I and level II vs nontrauma centers. *The American Journal of Emergency Medicine.* 2015 Sep;33(9): 1158 – 1165. PMID:26066772.

66. Huntington J, Thakkar RK, Boomer LA, **Groner JI**, Nwomeh BC. Evolving Roles of the Surgeon in the Management of Pediatric Trauma Resuscitation. *Current Surgery Reports*. 2015; 3(20):19-27.

67. Peng J, Wheeler K, Shi J, **Groner JI**, Haley KJ, Xiang H.  Trauma with Injury Severity Score of 75: Are These Unsurvivable Injuries?  *PLOS One*. 2015 Jul 31;10(7):e0134821. PMID: 26230931.

12/12/2024

68. Tarima S, Ertl A, **Groner JI**, Cassidy LD. Factors associated with patients transferred from undesignated trauma centers to trauma centers. *Journal of Trauma and Acute Care Surgery*. 2015 Sep;79(3):378 – 385. PMID: 23607869.

69.  Brolliar SM, Moore M, Thompson HJ, Whiteside LK, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Ng Boyle L, Mitchell PH, Rivara FP, Vavilala MS. A Qualitative Study Exploring Factors Associated with Provider Adherence to Severe Pediatric Traumatic Brain Injury Guidelines. *Journal of Neurotrauma*. 2016 Aug 15;33(16):1554 – 1560. PMID: 36760283.

70. Thackeray J, Minneci PC, Cooper JN, **Groner JI**, Deans KJ. Predictors of increasing injury severity across suspected recurrent episodes of non-accidental trauma: a retrospective cohort study. *BMC Pediatrics*. 2016 Jan 16;16:8. PMID: 26772185.

71. Graves JM, Kannan N, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rivara FP, Wang J, Rowhani-Rahbar A, Vavilala MS. Guideline Adherence and Hospital Costs in Pediatric Severe Traumatic Brain Injury. Pediatric Critical Care Medicine. 2016 May;17(5):438 – 443. PMID: 26934664.

72. Crichton KG, Cooper JN, Minneci PC, Groner JI, Thackeray JD, Deans KJ. A National Survey on the Use of Screening Tools to Detect Physical Child Abuse. *Pediatric Surgery International*. 2016 Aug;32(8):815 – 818.

73. Ostahowski PJ, Kannan N, Wainwright MS, Qiu Q, Mink RB, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Vavilala MS; PEGASUS (Pediatric Guideline Adherence and Outcomes) Study. Variation in seizure prophylaxis in severe pediatric traumatic brain injury. *Journal of Neurosurgery: Pediatrics*. 2016 Oct;18(4):499 – 506. PMID: 27258588.

74. Mahida JB, Asti L, Deans KJ, Minneci PC, **Groner JI**. Laparoscopic pyloromyotomy decreases postoperative length of stay in children with hypertrophic pyloric stenosis. *Journal of Pediatric Surgery*. 2016 Sep;51(9):1436 – 1439. PMID: 27292596.

75. Johnson S, Shi J, Xiang H, **Groner JI**, Thakkar RK, Fabia R, Besner GE, Wheeler KK. Inter-facility transfers of pediatric burn patients from U.S. Emergency Departments. *Burns*. 2016 Nov;42(7):1413 – 1422. PMID: 27554628.

76. Noffsinger D, Johnson SR, Wheeler K, Shi Junxin, Xiang H, **Groner JI**. Exercise Treadmills: A Cause of Significant Hand Burns in Young Children. *Journal of Burn Care Research*. 2017 Jul/Aug;38(4):215 – 219. PMID: 27679959.

77. Letton RW Jr, Campbell BT, Falcone RA Jr, Gaines BA, Gourlay DM, **Groner JI**, Mooney DP, Nance ML, Notrica DM, Petty JK, Sartorelli KH. Letter to the Editor: Post-traumatic liver and splenic pseudoaneurysms in children: Diagnosis, management, and

follow-up screening using contrast enhanced ultrasound (CEUS)" by Durkin et al J Pediatr Surg 51 (2016) 289-292. *Journal of Pediatric Surgery*. 2017 Feb;52(2):367 – 368. PMID: 27889065.

78. Ajdari A, Boyle LN, Kannan N, Rowhani-Rahbar A, Wang J, Mink R, Ries B, Wainwright M, **Groner JI**, Bell MJ, Giza C, Zatzick DF, Ellenbogen RG, Mitchell PH, Rivara FP, Vavilala MS. Examining emergency department treatment processes in severe pediatric trauma brain injury. *Journal for Healthcare Quality*. 2017 Nov/Dec;39(6):334 – 344. PMID: 28166114.

79. Shen J, Giles SA, Kurtovic K, Fabia R, Besner GE, Wheeler KK, Xiang H, **Groner JI**. Evaluation of nurse accuracy in rating procedural pain among pediatric burn patients using the Face, Legs, Activity, Cry, Consolability (FLACC) Scale. *Burns*. 2017 Feb;43(1):114 – 120. PMID: 27576937.

80. Wurster LA, **Groner JI**, Thakkar RK, Haley KJ, Wheeler KK, Shi J, Larson J, Stoner M, Gerwitz Y, Holman T, Buckingham D. Standardizing the Initial Resuscitation of the Trauma Patient with the Primary Assessment Completion Tool (PACT) Using Video Review. *Journal of Trauma and Acute Care Surgery*. 2017 Jun;82(6):1002 – 1006. PMID: 28248804.

81. Wheeler KK, Shi J, Xiang H, Haley KJ, **Groner JI**. Child maltreatment in U.S. emergency departments: Imaging and admissions. Child Abuse and Neglect. 2017 Jul;69:96 – 105. PMID: 28456069.

82. Ertl A, Beyer K, Tarima S, Zhou Y, **Groner JI**, Cassidy LD. The spatial epidemiology of pediatric trauma: A statewide assessment. *Journal of Trauma and Acute Care Surgery*. 2017 Aug;83(2):225 – 229. PMID: 28422922.

83. Chen C, Shi J, Stanley RM, Sribnick EA, **Groner JI**, Xiang H. U.S. trends of ED visits for pediatric traumatic brain injuries: Implications for clinical trials. *International Journal of Environmental Research and Public Health*. 2017 Apr 13;14(4):414. PMID: 28406438.

84. Peng J, Wheeler K, **Groner JI**, Haley KJ, Xiang H. Undertriage of Pediatric Major Trauma Patients in the United States. *Clinical Pediatrics (Phila)*. 2017 Aug;56(9):845 – 853. PMID: 28516800.

85. Kannan N, Quistberg A, Wang J, **Groner JI**, Mink RB, Wainwright MS, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Vavilala MS. Frequency of and factors associated with emergency department intracranial pressure monitor placement in severe paediatric traumatic brain injury. *Brain Injury*. 2017;31(13-14):1745 – 1752. PMID: 28829632.

12/12/2024

Ex. 174 pg.52 of 58

86. Shen J, Giles SA, Wheeler KK, Xiang H, **Groner JI**. Evaluation of nurse accuracy in rating procedural pain among pediatric burn patients using the Face, Legs, Activity, Cry, Consolability (FLACC) Scale. *Burns*. 2017 Feb;43(1):114 – 120. PMID: 27576937.

87. Ertl A, **Groner JI**, Tarima S, Cassidy LD. Characteristics of traumatically injured pediatric assault patients: A statewide assessment in Ohio. *Journal of Registry Management*. 2017 Winter;44(4):136 – 142. PMID: 30133429.

88. Wheeler K, Shi J, Nordin AB, Xiang H, **Groner JI**, Fabia R, Thakkar RK. U.S. Pediatric burn patient 30 day readmissions. *Journal of Burn Care and Research.* 2018 Jan 1;39(1):73 – 81. PMID: 28661983.

89. Hodosevich Z, Wheeler KK, Shi J, Coffey R, Bailey JK, Jones LM, Thakkar RK, Fabia RB, **Groner JI**, Xiang H. Incidence of Unplanned 30-Day Readmissions in Adult Burn Patients in the United States. *Journal of Burn Care and Research*. 2018 Oct 23;39(6):923 – 931. PMID: 29534188.

90. Wheeler K, Shi J, Xiang H, Thakkar RK, **Groner JI**. U.S. pediatric trauma patient unplanned 30 day readmissions. *Journal of Pediatric Surgery*. 2018 Apr;53(4):765 – 770. PMID:28844536.

91. Spaw AJ, Lundine JP, Johnson SA, Peng J, Wheeler KK, Shi J, Yang G, Haley KJ, **Groner JI**, Xiang H. Follow-Up Care Adherence After Hospital Discharge in Children With Traumatic Brain Injury. *The Journal of Head Trauma Rehabilitation*. 2018 May/Jun;33(3):E1 – E10. PMID: 28520664.

92. Kannan N, Wang J, Mink RB, Wainwright MS, **Groner JI**, Bell MJ, Giza CC, Zatzick DF, Ellenbogen RG, Boyle LN, Mitchell PH, Rivara FP, Rowhani-Rahbar A, Vavilala MS; PEGASUS (Pediatric Guideline Adherence Outcomes). Timely Hemodynamic Resuscitation and Outcomes in Severe Pediatric Traumatic Brain Injury: Preliminary Findings. *Pediatric Emergency Care*. 2018 May;34(5):325 – 329. PMID: 27387972.

93. **Groner JI**. The Hippocratic paradox: A surgeon's journey to death row and back. PTS 2017 Presidential Address. *Journal of Trauma and Acute Care Surgery*. 2018 Oct;85(4):679 – 683. PMID: 30256342.

94. Noffsinger DL, Wurster LA, Cooley J, Buchanan L, Wheeler KK, Shi J, Xiang H, **Groner JI**. Alcohol and drug screening of adolescent trauma alert patients at a level 1 pediatric trauma center. *American Journal of Emergency Medicine.* 2019 Sept;37(9),1672 – 1676. PMID: 30551939.

95. Butler EK, Mills BM, Arbabi S, Bulger EM, Vavilala MS, **Groner JI**, Stansbury LG, Hess JR, Rivara FP. Association of Blood Component Ratios With 24-Hour Mortality in Injured Children Receiving Massive Transfusion. *Critical Care Medicine*. 2019 Jul;47(7):975 – 983. PMID: 31205079.

12/12/2024

96. Otto L, Wang A, Wheeler K, Shi J, **Groner JI**, Haley KJ, Nuss KE, Xiang H. Comparison of Manual and Computer Assigned Injury Severity Scores. *Injury Prevention*. 2020 Aug;26(4):330 – 333. PMID: 31300467.

97. Kasick RT, Melvin JE, Perera ST, Perry MF, Black JD, Bode RS, **Groner JI**, Kersey KE, Klamer BG, Bai S, McClead RE. A Diagnostic Time-Out to Improve Differential Diagnosis in Pediatric Abdominal Pain. *Diagnosis* (Berlin). 2019 Nov 2;8(2):209 – 217. PMID: 31677376.

98. Zins Z, Wheeler KK, Brink F, Armstrong M, Shi J, **Groner JI**, Xiang H. Trends in US Physician Diagnosis of Child Physical Abuse and Neglect Injuries, 2006-2014. *Child Abuse and Neglect*. Dec 2019;98:104179. PMID: 31704543.

99. Shen J, Luna J, Grishchenko A, Patterson J, Strouse RV, Roland M, Lundine JP, Koterba CH, Lever KD, Xiang H, **Groner JI**, Huang Y, Lin ED. Designing a Virtual Reality-based Executive Function Rehabilitation System for Children with Traumatic Brain Injuries. *Journal of Medical Internet Research: Serious Games.* 2020 Aug25;8(3):e16947. PMID: 32447275.

100. Lundine JP, Peng J, Chen D, Lever K, Wheeler K, **Groner JI**, Shen J, Lu B, Xiang H.The impact of driving time on pediatric TBI follow-up visit attendance. *Brain Injury*. 2020;34(2):262 – 268. PMID: 31707871.

101. Butler EK, Mills BM, Arbabi S. **Groner JI**, Vavilala MS, Rivara FB. Laparoscopy Compared with Laparotomy for the Mangement of Pediatric Blunt Abdominal Trauma. *Journal of Surgical Research*. 2020 Jul;251:303 – 310. PMID:32200321.

102. Shen J, Xiang H, Luna J, Grishchenko A, Patterson J, Strouse RV, Roland M, Lundine JP, Koterba CH, Lever K, **Groner JI**, Huang Y, Lin ED. Virtual Reality- Based Executive Function Rehabilitation System for Children with Traumatic Brain Injury: Design and Usability Study. *Journal of Medical Internet Research: Serious Games.* 2020 Aug 25;8(3):e16947. PMID: 32447275.

103. Noffsinger DL, Wurster L, Wheeler KK, Thakkar R, Fabia R, Shi J, Xiang H, **Groner JI.** Impact of Dedicated Advanced Practice Provider Model for Pediatric Trauma and Burn Patients. *Journal of Trauma Nursing*. 2020 Sep/Oct;27(5):297 – 301. PMID: 32890246.

104. Armstrong M, Wheeler KK, Shi J, Thakkar RK, Fabia RB, **Groner JI**, Noffsinger D, Giles SA, Xiang H. Epidemiology and Trend of US Pediatric Burn Hospitalizations, 2003-2016. *Burns*. 2021 May;47(3):551 – 559. PMID: 33781634.

105. Butler EK, **Groner, JI**, Vavilala MS, Bulger EM, Rivara FP. Surgeon Choice Management of Pediatric Abdominal Trauma. *Journal of Pediatric Surgery.* 2021 Jan;56(1):146 – 152. PMID: 33139031.

12/12/2024

106. Xiang H, Shen J, Wheeler KK, Patterson J, Lever K, Armstrong M, Shi J, Thakkar RK**, Groner JI**, Noffsinger D, Giles S, Fabia RB. Efficacy of Smartphone Active and Passive Virtual Reality Distraction vs Standard Care on Burn Pain Among Pediatric Patients A Randomized Clinical Trial. *JAMA Network Open*. 2021 Jun 1;4(6):e2112082. PMID: 34152420.

107. Butler EK, Killien EY, **Groner JI**, Arbabi S, Vavilala MS, Rivara FP. Optimal Timing of Tracheostomy in Injured Adolescents. *Pediatric Critical Care Medicine*. 2021 Jul1;22(7):629 – 641. PMID: 34192728.

108. Cardosi JD, Shen H, **Groner JI**, Armstrong M, Xiang H. Machine learning for outcome predictions of patients with trauma during emergency department care. *BMJ Health Care Information*. 2021 Oct;28(1):e100407. PMID: 34625448.

109. **Groner JI**, Phuong J, Price MA, Bixby PJ, Ehrlich P, Burd R, Jensen A, Rivara FP, Sribnick E, Thakkar R, Bulger E; NTRAP Pediatric Trauma Panel. Developing a National Trauma Research Action Plan (NTRAP): Results from the Pediatric Research Gap Delphi Survey. *Journal of Trauma and Acute Care Surgery*. 2022 Sep 1;93(3):360 – 366. PMID: 35293373.

110. Armstrong M, Lun J, **Groner JI**, Thakkar RK, Fabia R, Noffsinger D, Ni A, Keesari R, Xiang H. Mobile phone virtual reality game for pediatric home burn dressing pain management: a randomized feasibility clinical trial. *Pilot and Feasibility Study.* 2022 Aug 18;8(1):186. PMID: 35982492.

111. Thakkar RK, Penatzer J, Simon S, Steele L, Fabia R, **Groner JI**, Keesari R, Hall M. Measures of Adaptive Immune Function Predict the Risk of Nosocomial Infection in Pediatric Burn Patients. *Journal of Burn Care and Research.* 2022 Nov 2:43(6):1416 – 1425. PMID: 35436346.

112. Zhao Z, Liu R, **Groner JI**, Xiang H, Zhang P. Data Imputation for Clinical Trial Emulation: A Case Study on Impact of Intracranial Pressure Monitoring for Traumatic Brain Injury. *medRxiv*. 2023 Feb PMID: 36778272

113. Villarreal CL, Price MA, Moreno AN, Zenteno A, Saenz C, Toppo A, Herrera-Escobar JP, Sims CA, Bulger EM; (NTRAP) Investigators Group National Trauma Research Action Plan. Regulatory challenges in conducting human subjects research in emergency settings: the National Trauma Research Action Plan (NTRAP) scoping review. *Trauma Surgery and Acute Care Open*. 2023 Mar 2;8(1):e001044. PMID: 36895783

114. Failing GRL, Klamer BG, Gorham TJ, **Groner JI**. The Impact of the COVID-19 Pandemic on Pediatric Bicycle Injury. *International Journal of Environmental Research and Public Health*. 2023 Apr 14;20(8):5515. PMID: 37107797

12/12/2024

115. Lowing D, Brink FW, Groner JI, Crichton KG. Current Approaches to Screening for Child Physical Abuse and Abusive Head Trauma. Current Trauma Reports. 2023 April. https://link.springer.com/article/10.1007/s40719-023-00257-5

116. Vest E, Armstrong M, Olbrecht VA, Thakkar RK, Fabia RB, **Groner JI**, Noffsinger D, Tram NK, Xiang H. Association of Pre-procedural Anxiety with Procedure-related Pain During Outpatient Pediatric Burn Care: A Pilot Study. *Journal of Burn Care and Research*. 2023 May 2;44(3):610 – 617. PMID: 35913793.

117. Scott JW, Cole FJ Jr; ACS TQIP Mortality Reporting System Writing Group.TQIP mortality reporting system case reports: Unanticipated mortality due to airway loss. *Journal of Trauma and Acute Care Surgery*. 2023 May 1;94(5):735-738. PMID: 36737860

118. Ross SW, Jacobs DG; ACS TQIP Mortality Reporting System Writing Group.TQIP mortality reporting system case reports: Unanticipated mortality due to inadequate preoperative ICU "clearance". *Journal of Trauma and Acute Care Surgery*. 2023 May 1;94(5):743-746. PMID: 36737857

119. Williams RF, Mandell SP; ACS TQIP Mortality Reporting System Writing Group.TQIP mortality reporting system case reports: Unanticipated mortality due to communication and handoff failures. *Journal of Trauma and Acute Care Surgery*. 2023 May 1;94(5):739-742. PMID: 36737856

120. Williams RF, Davis KA; ACS TQIP Mortality Reporting System Writing Group. TQIP mortality reporting system case reports: Unanticipated mortality due to failures in clinical performance. *Journal of Trauma and Acute Care Surgery*. 2023 May 1;94(5):747-749. PMID: 36735543

121. Armstrong M, Groner JI, Samora J, Olbrecht VA, Tram NK, Noffsinger D, Boyer EW, Xiang H. Impact of opioid law on prescriptions and satisfaction of pediatric burn and orthopedic patients: An epidemiologic study. *PLOS One*. 2023 Nov 16;18(11):e0294279. doi: 10.1371/journal.pone.0294279. PMID: 37972014

122. Gilkey S, Armstrong M, Alexander R, Osong B, Sribnick EA, Stanley RM, **Groner JI**, Cook LJ, Lu B, Xiang H.  Impact of COVID-19 pandemic on traumatic brain injury emergency department visits, interfacility transfer and mortality in the United States, 2016-2020: a cross-sectional study. BMJ Open. 2024 Nov 28;14(11):e090141. doi: 10.1136/bmjopen-2024-090141.  PMID: 39613432

123. Jones K, Armstrong M, Luna J, Thakkar RK, Fabia R, **Groner JI**, Noffsinger D, Ni A, Griffin B, Xiang H.  Age and Sex Differences of Virtual Reality Pain Alleviation Therapeutic During Pediatric Burn Care: A Randomized Clinical Trial. J Med Ext Real. 2024 Jul 24;1(1):163-173. doi: 10.1089/jmxr.2024.0004. eCollection 2024 Jul.PMID: 39091668

12/12/2024

**Other Publications**

1.  Groner JI. Complicated Pneumonias: A Modern Approach to An Old Disease. Pediatric Directions, Children's Hospital, Winter 2000.

2.  Groner JI. The Trauma Program at Children's Hospital. Critical Measures, Children's Hospital, Spring 2000.

3.  Groner JI. The Trauma Program at Children's Hospital. Critical Measures, Children's Hospital, Winter 2000-2001.

4.  Groner JI. Helmet Safety for Central Ohio Kids. Columbus Parent, September 2001.

5.  Groner JI. Pediatric Firearm Injuries – A Preventable Tragedy. Critical Measures, Children's Hospital, Fall 2001.

6.  Groner JI. Pediatric Firearm Injuries – A Preventable Tragedy. Critical Measures, Children's Hospital, June 25, 2001.

7.  Groner JI. Helmet Safety for Central Ohio Kids. Central Ohio Pediatric Society Pediatric Supplement, June 25, 2001.

8.  Horn P, Klamar J, Groner JI, Klingele K. The Dangers of ATVs:  Photo Essay. Consultant for Pediatricians, 6:654-658, 2007.

**Published Abstracts**

1.  Groner JI, Furlan LE, Brown MF, Altschuler SM, Cohen DE, Ziegler MM:  The Effect of Cisapride on Small Intestinal Myoelectric Activity in the Young Piglet. Gastroenterology 95:868, 1988.

2.  Coury KL, Haley K, Hayes JR, Yeates KO, Groner JI: ADHD and injury risk. Pediatric Research 49:19A, 2001.

**Newspaper Articles or Opinion Pieces**

1.  Groner JI. "Does the Violence Stop This Way?" The Plain Dealer (Cleveland) December 11, 1995, p.9B

2.  Groner JI. "Young Superpredators are right-wing myths" The Columbus Dispatch, June 7, 1996, p. 9A.

3.  Groner JI. "Boutique Hospitals in Ohio Unhealthy." The Columbus Dispatch, October 10, 1998, p.13A

12/12/2024

4.  Groner JI. "Car-Seat Legislation Would Save Kids' Lives." <u>The Columbus Dispatch</u>, September 7, 2001, p. 12A

5.  Groner JI. "Boutique Would Hinder Trauma Care." <u>The Columbus Dispatch</u>, June 1, 2002, p.9A.

6.  Groner JI. "Closets are The Most Unsafe Place for Guns." <u>The Columbus Dispatch</u>, January 19, 2004, Page 8A.

7.  Groner JI. "Physicians Shouldn't Forsake Morals to Serve Government." <u>The Advocate-Messenger</u> (Danville, Kentucky), December 3, 2004

8.  Groner JI. "Physicians Can End Madness of Execution." <u>The Day</u> (New London, Connecticut), January 8, 2004

9.  Groner JI. "Saturday Essay:  Doctors don't belong on execution team" The Blade (Toledo, Ohio), May 27, 2006

10.  Groner JI. "Lethal Injection: A Closer Look." ABC news (Posted at http://abcnews.go.com/, January 16, 2007.

11. "Sentencing even one drug dealer to death is a pointless, expensive and cruel distraction from the opioid crisis," NBCnews.com, March, 20, 2018. Available at: https://www.nbcnews.com/think/opinion/sentencing-even-one-drug-dealer-death-pointless-expensive-cruel-distraction-ncna858066

12/12/2024