# <u>EXPERT DECLARATION OF MARK A. EDGAR, M.D.</u>

I, Mark Edgar, under the penalty of perjury, declare the following to be true:

1. My name is Mark A. Edgar, M.D. I am an Associate Professor of Pathology at Emory University School of Medicine, in Atlanta, Georgia. I am a practicing, Board-certified anatomic pathologist and neuropathologist, and I am involved in resident training in anatomic pathology.

2. The factual statements and conclusions I make in this declaration are true and correct to the best of my knowledge and experience and to a reasonable degree of medical certainty.

3. I have been asked by counsel representing inmates Alfred Bourgeois, Dustin Honken, Chadrick Fulks, and Jeffrey Paul to provide opinions related to the lethal injection execution protocol employed by the Federal Government.

4. In preparing this report and reaching the expert opinions contained herein, I have reviewed, among other materials, autopsy reports of inmates executed using lethal injection protocols employing pentobarbital, including reports for the following inmates executed in the state of Georgia: John Conner, Andrew Cook, Marcus Wellons, Robert Holsey, Andrew Brannan, Warren Hill, Jr., Kelly Gissendaner, Marcus Johnson, Bryan Terrell, Brandon Jones, Travis Hittson, Kenneth Fults, Daniel Lucas, Joshua Bishop, and Robert Earl Butts. I have also reviewed media

Ex. K

reports of witness observations from lethal injection executions employing pentobarbital protocols including those from Texas (John Battaglia, Danny Bible, Carl Blue, Lester Bower, Alvin Braziel, Juan Castillo, Elroy Chester, Troy Clark, Billie Coble, Billy Crutsinger, Erick Davila, Arturo Diaz, Gustavo Garcia, Robert Garza, Robert Ladd, Rickey Lewis, Daniel Lopez, Kimberly McCarthy, Jamie McCoskey, Carroll Parr, TaiChin Preyor, Arnold Prieto, Roberto Ramos, Vaughn Ross, Ronaldo Ruiz, Mark Soliz, Robert Sparks, Kent Sprouse, Larry Swearingen, Ronnie Threadgill, Manuel Vasquez, Jose Villegas, Christopher Young, and Michael Yowell), Georgia (Robert Butts, Jr., Andrew Cook, Carlton Gray, Travis Hittson, Gregory Lawler, J. W. Ledford, Scotty Morrow, William Sallie, Steven Spears, Marion Wilson, Jr., and Marcus Wellons), Missouri (Jeffrey Ferguson, Joseph Franklin, Allen Nicklasson, and Michael Worthington), and South Dakota (Rodney Berget, Donald Moeller, and Eric Robert).  I have reviewed affidavits of Niski Paredes and K. Knox Nunnally (witnesses to the execution of Anthony Shore) and affidavits of Danielle Allen and Liliane Sticher (witnesses to the execution of William Rayford). I have reviewed the 8/23/2019 Complaint for Injunctive and Declaratory Relief of Daniel Lewis Lee.  I have reviewed the State of Georgia lethal injection protocol.  I have read sections of the Administrative Record regarding the revised BOP Federal Execution Protocol including: Administrative Record Summary (Bates Stamped pages 1-6), Lindley letter/report (p. 525-26), Memorandum for the Attorney General (p. 855-59), Memorandum for the Attorney General (p. 869-73), Current pentobarbital protocol (labeled an "addendum") (p. 874-75), and

2

**Ex. K**

Administrative Record Summary (p. 929-34). I have reviewed the package insert for pentobarbital (Leucadia Pharmaceuticals, Revised October 2017). I reviewed an article on acute pulmonary edema (*NEJM* 2005; 353: 2788- 2796). I have reviewed a paper that describes findings in an experimental model of pulmonary edema in the dog (*Journal of Clinical Investigation* 44(3), 1965).

5. Pulmonary edema is the movement of fluid from small blood vessels in the lung (alveolar capillaries) into the air spaces (Ware et al). It can be caused by increased hydrostatic pressure and congestion in capillaries as the result of fluid back-up in the lungs resulting from a failing heart (cardiogenic pulmonary edema) or it can be the result of a variety of chemical, infectious, or physical insults to the lung such as inhaled toxic gas or reaction to intravenous contrast media used by radiologists. Pulmonary edema has a variety of effects on the body.  First, the presence of fluid in airspaces (alveolar sacs) interferes with normal gas exchange which reduces the amount of oxygen in the blood.  It also increases the work of breathing; in mild cases, this causes shortness of breath, sometimes coughing or wheezing, and increase in the rate of breathing, but with increasing severity it greatly increases the work of breathing such that the chest muscles and diaphragm strain as they expend greater effort to move air into the lungs. This also produces sensations similar to drowning or asphyxiation as fluid occupies a greater volume of the air spaces. Severe pulmonary edema is an intolerable state that produces panic and terror. These sensations are increased when subjects lay flat.

**Ex. K**

6. Normal adult lungs weigh about 350-400 grams and these lung weights are seen in people who die very suddenly as from a ruptured aneurysm in the brain or from sudden trauma. Most deaths are not instantaneous, however, but are a more gradual process in which multiple organs gradually fail together. This results in heavy lungs and, in patients with heart failure, pulmonary edema can be seen.

7. Significant degrees of pulmonary edema are evident to the naked eye. Lungs are typically heavy and wet, with cut sections leaking fluid and resembling a wet sponge as fluid pours from the tissue when it is squeezed. Blood is often present in the fluid, giving it a red color described as serosanguineous. Pulmonary edema may arise suddenly, over the course of minutes and when sudden and severe in onset (fulminant) it may result in the presence of foam or froth in the small/lower or large/upper airways (bronchi and trachea) resulting from the mixture of air, edema fluid, and pulmonary surfactant (a detergent-like secretion normally present in the airspaces).  Minor degrees of pulmonary edema may result in heavy lungs that do not appear wet, but edema fluid may be evident in lung tissue examined under the microscope. Pulmonary congestion (increase in the volume of blood within blood vessels) commonly precedes or accompanies pulmonary edema, but it is not clinically or pathologically equivalent to pulmonary edema.

**Ex. K**

## AUTOPSY REPORTS (AND WITNESS OBSERVATIONS) OF GEORGIA INMATES EXECUTED USING PENTOBARBITAL PROTOCOL

8. **John Conner (7/15/2016).** The autopsy report indicates that right and left lungs weighed 860 and 820 grams, respectively. No other note was made of abnormalities in the lungs.

9. **Andrew Cook (2/21/2013).** Media reports of witness accounts state that after the execution began Cook blinked his eyes a few times and his eyes soon got heavy. His chest was heaving for about two to three minutes as his eyes closed. The autopsy report states that right and left lungs weighed 720 and 640 grams, respectively. Note was made of frothy fluid in the tracheobronchial tree. This finding confirms that Cook developed acute pulmonary edema during the execution.

10. **Marcus Wellons (6/17/2014).** Media reports of witness observations state that a few minutes after the execution began, Wellons took a couple of heavy breaths and blew air out through his lips as if snoring. The autopsy report states that right and left lungs weighed 860 and 720 grams, respectively. Lungs are described as congested.

11. **Robert Holsey (12/9/2014).** The autopsy report indicates that right and left lungs weighed 740 and 580 grams, respectively. Lungs were described as moderately congested.

5

**Ex. K**

12.    **Andrew Brannan (1/13/2015).** The autopsy report indicates that right and left lungs weighed 820 and 720 grams, respectively. There was a mild degree of frothy fluid in the lower airways. This finding confirms that Brannan developed pulmonary edema during the execution.

13.    **Warren Hill, Jr. (1/27/2015).** The autopsy report indicates that right and left lungs weighed 760 and 700 grams, respectively. The cut surfaces of lungs exuded minimal frothy fluid. This finding confirms that Hill developed pulmonary edema during the execution.

14.    **Kelly Gissendaner (9/30/2015).** The autopsy report indicates that right and left lungs weighed 620 and 520 grams, respectively. There was a moderate amount of white foam in the upper airway. Pulmonary parenchyma exuded a moderate amount of blood-tinged foamy fluid. These findings confirm that Gissendaner developed pulmonary edema during the execution.

15.    **Marcus Johnson (11/19/2015).** The autopsy report indicates that right and left lungs weighed 760 and 640 grams, respectively. Cut sections of lungs showed congestion and edema. This finding confirms that Johnson developed pulmonary edema during the execution.

16.    **Bryan Terrell (12/9/2015).** The autopsy report indicates that right and left lungs weighed 800 and 640 grams, respectively. Frothy material was noted in main bronchi and smaller airways. This finding

Ex. K

confirms that Terrell developed pulmonary edema during the execution.

17.     **Brandon Jones (2/3/2016).** The autopsy report indicates that right and left lungs weighed 720 and 600 grams, respectively. Lungs were described as congested.

18.     **Travis Hittson (2/17/2016).** Media reports of witness accounts state that Hittson appeared to take several deep breaths before becoming still about four minutes after the warden left the execution chamber. The autopsy report indicates that right and left lungs each weighed 580 grams. Pulmonary parenchyma was described as edematous. This finding indicates that Hittson developed pulmonary edema during the execution.

19.     **Kenneth Fults (4/12/2016).** The autopsy report indicates that right and left lungs weighed 560 and 460 grams, respectively. Cut sections of lung showed edema with edematous fluid in major airways. Lung parenchyma was moderately congested and edematous.  These findings confirm that Fults developed pulmonary edema during the execution.

20.     **Daniel Lucas (4/27/2016).** The autopsy report indicates that right and left lungs weighed 520 and 540 grams, respectively. White frothy fluid was noted in the tracheobronchial tree.  This finding confirms that Lucas developed pulmonary edema during the execution.

**Ex. K**

21. **Joshua Bishop (3/31/2016).** The autopsy report indicates that right and left lungs weighed 760 and 620 grams, respectively. No other note was made of abnormalities in the lungs.

22. **Robert Butts (5/4/2018).** Media reports of witness accounts state that Butts twitched briefly as the lethal injection flowed into his body and he groaned, "It burns, man". His chest rose high as his back arched. He took about nine deep breaths; after that he lay still.  The autopsy report indicates that right and left lungs weighed 780 and 680 grams, respectively. The pulmonary parenchyma was purple, exuding moderate amounts of bloody fluid. Upper airways contained a moderate amount of foam. These findings confirm that Butts developed pulmonary edema during the execution.

## ADDITIONAL WITNESS OBSERVATIONS OF INMATES EXECUTED USING PENTOBARBITAL PROTOCOLS

23. **John Battaglia (2/1/2018, TX).** Media reports of witness accounts state that during the execution the inmate gasped twice and started to snore. Within a few more seconds all movement had stopped.

24. **Danny Bible (6/27/2018, TX).** Media reports of witness accounts state that after the execution began the inmate started breathing heavily before saying "it burned".  He stopped moving three minutes later.

25. **Carl Blue (2/21/2013, TX).** Media reports of witness accounts state that during the execution the

**Ex. K**

inmate took about a dozen breaths, said he could "feel it", then slipped into unconsciousness.

26.     **Lester Bower (6/3/2015, TX).** Media reports of witness accounts state that during the execution the inmate closed his eyes and could be heard taking deep breaths.  After several minutes he made some grunting, snore-like sounds. His mouth opened and he lay still.

27.     **Alvin Braziel (12/11/2018, TX).** Media reports of witness accounts state that during the execution the inmate took a couple breaths, gasped, then snored loudly three times.  The fourth snore was noticeably less pronounced and then all movement stopped.

28.     **Juan Castillo (5/16/2018, TX).** Media reports of witness accounts state that during the execution the inmate struggled to lift his head and look down at his feet.  "I can taste this s---", he added.  "S--- does burn".  He began breathing heavily then stopped a minute later.

29.     **Elroy Chester (6/12/2013, TX).** Media reports of witness accounts state that during the execution the inmate began breathing heavily and yawned before losing consciousness.

30.     **Troy Clark (9/26/2018, TX).** Media reports of witness accounts state that during the execution the inmate remarked that the drug "burned going in".  "I feel it", he said. Then he grunted, gasped, and began to snore. Seconds later all movement stopped.

9

**Ex. K**

31.     **Billie Coble (2/28/2019, TX).** Media reports of witness accounts state that during the execution the inmate gasped several times and began snoring.

32.     **Billy Crutsinger (9/4/2019, TX).** Media reports of witness accounts state that during the execution the inmate said he could feel it "in my left arm. It's kind of burning". Crutsinger then began coughing and breathing heavily and then made snoring noises at least 29 times before he stopped moving.

33.     **Erick Davila (4/25/2018, TX).** Media reports of witness accounts state that during the execution the inmate tried to mumble a few words and started breathing heavily.  Moments later Davila lost consciousness.

34.     **Arturo Diaz (9/26/2013, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths, began snoring and ceased movement in less than a minute.

35.     **Gustavo Garcia (2/16/2016, TX).** Media reports of witness accounts state that during the execution the inmate yawned, gurgled, exhaled and started to snore quietly.  Within 30 seconds all movement stopped.

36.     **Robert Garza (9/19/2013, TX).**  Media reports of witness accounts state that during the execution the inmate took several deep breaths then began snoring. All movement stopped within less than one minute.

37.     **Robert Ladd (1/29/2015, TX).** Media reports of witness accounts state that during the execution the

Ex. K

inmate said, "Stings my arm, man!" He began taking deep breaths then started snoring. His snores became breaths, each one becoming less pronounced, before he stopped all movement.

38.    **Rickey Lewis (4/9/2013, TX).** Media reports of witness accounts state that during the execution the inmate said, "I feel it in my throat. I'm getting dizzy", before he started to snore and, seconds later, lost consciousness. As the drug began taking effect he said he could feel it "burning my arm".

39.    **Daniel Lopez (8/12/2015, TX).** Media reports of witness accounts state that during the execution the inmate took two deep breaths, then two shallower breaths. Then all movement stopped.

40.    **Kimberly McCarthy (6/26/2013, TX).** Media reports of witness accounts state that during the execution the inmate took hard, raspy, loud breaths for several seconds before becoming quiet. Then, her chest moved up and down for another minute before she stopped breathing.

41.    **Jamie McCoskey (11/12/2013, TX).** Media reports of witness accounts state that during the execution the inmate let out a loud laugh then began taking deep breaths that became several snores.

42.    **Carroll Parr (5/7/2013, TX).** Media reports of witness accounts state that during the execution the inmate yawned and made several deep breathing sounds before falling silent.

**Ex. K**

43.    **TaiChin Preyor (7/27/2017, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths, then began snoring, each sound decreasing in volume. Within a minute all movement stopped.

44.    **Arnold Prieto (1/21/2015, TX).** Media reports of witness accounts state that during the execution the inmate screamed, "I can smell it… whoa".

45.    **Roberto Ramos (11/14/2018, TX).** Media reports of witness accounts state that during the execution the inmate took a couple of deep breaths, sputtered once and began snoring. Within seconds all movement stopped.

46.    **Vaughn Ross (7/18/2013, TX).** Media reports of witness accounts state that during the execution the inmate's breathing quickly became labored and he seemed to briefly strain against the leather restraints. His eyes slowly closed and he snored several times.

47.    **Rolando Ruiz (3/7/2017, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths, then began snoring quietly. All movement stopped within about 30 seconds.

48.    **Mark Soliz (9/10/2019, TX).** Media reports of witness accounts state that during the execution the inmate gasped, snorted, and appeared to go to sleep.

49.    **Robert Sparks (9/25/2019, TX).** Media reports of witness accounts state that during the execution the

Ex. K

inmate said, "I feel it". He took two deep breaths almost immediately, snored three times and then all movement ceased.

50.     **Kent Sprouse (4/9/2015, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths then began snoring. Within a minute all movement stopped.

51.     **Larry Swearingen (8/21/2019, TX).** Media reports of witness accounts state that during the execution the inmate said he could "hear it" going into a vein in his arm and he could taste it. "It's actually burning in my right arm.  I don't feel anything in the left arm". Almost immediately he took a short breath, then started to snore quietly.

52.     **Ronnie Threadgill (4/16/2013, TX).** Media reports of witness accounts state that during the execution the inmate took several deep breaths, then began snoring loudly. Within a few seconds the sounds stopped.

53.     **Manuel Vasquez (3/11/2015, TX).** Media reports of witness accounts state that during the execution the inmate took three deep breaths then began snoring loudly. The snores became progressively quiet and all movement stopped in less than a minute.

54.     **Jose Villegas (4/16/2014, TX).** Media reports of witness accounts state that during the execution the inmate said, "It does kind of burn. Goodbye". He gasped several times then started to breathe quietly. Within less than a minute all movement had stopped.

**Ex. K**

55.    **Christopher Young (7/17/2018, TX).** Media reports of witness accounts state that during the execution the inmate said, "I taste it in my throat" He cursed twice and said that the drug burned his throat. Then he slipped into unconsciousness, saying something incomprehensible. He started taking shallow breaths. Within about 30 seconds he stopped moving.

56.    **Michael Yowell (10/9/2013, TX).** Media reports of witness accounts state that during the execution the inmate appeared to struggle for breath several times before settling into sleep, inhaling and snoring eight times before his audible breathing stopped.

57.    **Carlton Gary (3/15/2018, GA).** Media reports of witness accounts state that during the execution the inmate took several quick breaths within a few minutes of the warden exiting and then yawned before becoming still.

58.    **Gregory Lawler (10/19/2016, GA).** Media reports of witness accounts state that during the execution the inmate took several deep breaths before yawning and becoming still.

59.    **J.W. Ledford (5/17/2017, GA).** Media reports of witness accounts state that during the execution the inmate raised his head to look at his right arm. He appeared to take several deep breaths before falling still within two to three minutes of the warden leaving.

Ex. K

60. **Scotty Morrow (5/2/2019, GA).** Media reports of witness accounts state that during the execution the inmate's chest heaved, he tilted his head to the right, and one minute later he yawned. Then he was still.

61. **William Sallie (12/6/2016, GA).** Media reports of witness accounts state that during the execution the inmate's shoulders twitched four or five times, but his eyes remained closed.  Then he was still.

62. **Steven Spears (11/16/2016, GA).** Media reports of witness accounts state that during the execution the inmate took several deep breaths and swallowed a few times before becoming still.

63. **Marion Wilson, Jr. (6/20/2019, GA).** Media reports of witness accounts state that during the execution the inmate breathed deeply about ten times, yawned and took several more deep breaths before becoming still.

64. **Jeffrey Ferguson (3/26/2014, MO).** Media reports of witness accounts state that during the execution the inmate took a few deep breaths before becoming still.

65. **Joseph Franklin (11/20/2013, MO).** Media reports of witness accounts state that during the execution the inmate breathed heavily a few times and swallowed hard. The heaving of his chest slowed and finally stopped.

66. **Allen Nicklasson (11/20/2013, MO).** Media reports of witness accounts state that during the

Ex. K

execution the inmate briefly breathed heavily about two minutes into the process.

67.    **Michael Worthington (8/6/2014, MO).** Media reports of witness accounts state that during the execution the inmate appeared to breathe deeply for about 15 seconds before closing his eyes.

68.    **Rodney Berget (10/29/2018, SD).** Media reports of witness accounts state that during the execution the inmate said, "Is it supposed to feel like that?", groaned, pushed out his chest, said, "ahh", began breathing heavily and snored.

69.    **Donald Moeller (10/30/2012, SD).** Media reports of witness accounts state that during the execution the inmate took about eight heavy breaths before the breathing stopped.

70.    **Eric Robert (10/15/2012, SD).** Media reports of witness accounts state that during the execution the inmate appeared to be clearing his throat and then began to make heavy gasps. He started snoring for about 30 seconds.

71.    **William Rayford (1/30/2018, TX).** Sworn affidavit of Danielle Allen (witness to the execution) describes Rayford jerking his head and his face twisting into a grimace after the execution began. Allen further states, "His eyes were squinted, and his face was tensed. It's hard to describe, but Mr. Rayford was clearly in severe pain". She describes Rayford breathing heavily and unevenly for a while until his breathing became inaudible. Sworn affidavit of Liliane

16

**Ex. K**

Sticher (witness to the execution) describes Rayford raising the upper part of his body to about 30 degrees after the execution began. He was shaking and appeared to be in distress. Rayford's breathing was intermittently heavy and his body was shaking more than once.

72.    **Anthony Shore (1/18/2018, TX).** Sworn affidavit of Niski Paredes (witness to the execution and spiritual adviser to Shore) states that about two minutes after he said his final words, Mr. Shore's body started to tremble. He then said in a stressed voice, "Ohh weeee, I can feel that it does burn. Burning!" Paredes further states that as he said this his voice became progressively louder and more agitated. After that he shut his eyes and had a desperate look on his face. Mr. Shore appeared to be struggling to breathe. Sworn affidavit of K. Knox Nunnally (witness to the execution and Shore's legal counsel) also describes Shore saying, in a stressed voice, "Ohh weee, I can feel that it does burn. Burning!"

73.    **Roy Blankenship (6/23/2011, GA).** Media reports of witness accounts state that during the execution the inmate jerked his head toward his left arm and made a startled face while blinking rapidly. He soon lurched to his right arm, lunging with his mouth agape twice. One eyewitness reported, "Blankenship was apparently much more aware of his surroundings at a time when he shouldn't have been".

17

**Ex. K**

**EVALUATION OF AUTOPSY FINDINGS AND WITNESS OBSERVATIONS IN LETHAL INJECTION EXECUTIONS USING PENTOBARBITAL**

74.    Ten of 15 autopsy reports show evidence of pulmonary edema with eight of these demonstrating fulminant (acute and severe) pulmonary edema with foam or froth in airways. Microscopic examination was not reported in any of these autopsies; this might have shown evidence of pulmonary edema in cases where it was not appreciated grossly.  Furthermore, some of the autopsy reports make reference to airway froth, but do not note evidence of fluid in the lungs (i.e. gross pulmonary edema), despite the fact that such cases would have been expected to show edema fluid in the airspaces. This suggests that pulmonary edema may have actually been present in some cases where it was not described, and the number of cases affected by pulmonary edema may be understated in this series. Therefore, at least two-thirds of autopsies showed findings consistent with development of acute pulmonary edema during execution by lethal injection with pentobarbital.

75.    Witness observations describe heavy breathing in 29 reports that I have reviewed, with evidence of respiratory distress (gasping, "struggling to breathe", chest heaving) in an additional 15 cases. In seven of these reports (Anthony Shore, Scotty Morrow, Michael Yowell, Vaughn Ross, Erick Davila, Elroy Chester, and Danny Bible), witnesses describe the onset of respiratory distress prior to loss of consciousness. Eleven reports state that the inmate complained of burning after the execution began, most often at the

**Ex. K**

site of injection in the arm but also in the throat (in one case).

76.    Pentobarbital solution is highly alkaline with a pH of about 9.5 (normal blood pH is 7.4). Review of the Administrative record shows even more alkaline pH measurements on samples submitted for analysis with values of 9.91, 10.0, 10.03, 10.3, and 10.12. Inadvertent injection into an artery can cause severe tissue injury and gangrene, indicating that high concentrations of the drug are directly toxic to tissue and/or the lining of blood vessels. Reports of inmates complaining of burning as the execution begins are additional evidence of pentobarbital's injurious, caustic effect on blood vessels when injected in high doses, possibly the result of highly alkaline pH.

77.    Overdose of oral pentobarbital (and other barbiturates) causes death from respiratory depression due to effects exerted on the brain stem centers responsible for control of breathing (Goodman and Gilman, *The Pharmacological Basis of Therapeutics*, 12e, chapter 17).  This produces decreased oxygen concentration in the blood and leads to cardiac arrest. Cardiogenic pulmonary edema may develop as a consequence of heart failure induced by decreasing blood oxygen levels.

78.    Pentobarbital may also be producing non-cardiogenic pulmonary edema during lethal injection executions as the result of injection of a high volume of alkaline solution which travels from a peripheral vein, then to the right side of the heart, and then directly to the lungs.  Witness observations of

19

**Ex. K**

respiratory distress support this idea as breathing is frequently described as labored before it becomes shallow and stops. Furthermore, in seven cases, witnesses describe the onset of respiratory distress before loss of consciousness, making it extremely unlikely that the respiratory distress was due to cardiogenic pulmonary edema, as the drug had not yet acted on the brain to produce deep sedation (and therefore would not be expected to produce respiratory depression through an effect on the brain). If pentobarbital caused *only* respiratory depression and arrest, inmates would be expected to demonstrate *only* decreased movements of breathing, without gasping and evidence of labored or heavy breathing.

79.     The presence of fulminant pulmonary edema in more than half of the autopsies also raises concern for the occurrence of acute, non-cardiogenic pulmonary edema as a direct toxic effect of alkaline pentobarbital solution on the lung capillaries. If the only effect pentobarbital produced on the respiratory system was to depress and stop breathing, edema fluid would be expected in the airspaces of the lung as the result of heart failure due to low oxygen tension in the blood; this would occur whether the lungs were actively inflating/deflating or not. The presence of foam or froth in the airways indicates the active mixing of edema fluid with air, a process that could only occur while the inmate was still breathing (that is, before the drug had acted on the brain to stop breathing). Put another way, the presence of froth in the airways indicates that there was continued breathing for a significant period of time after pulmonary edema had commenced, and witness reports of respiratory

20

**Ex. K**

distress in some of the inmates before loss of consciousness suggest this can occur soon after administration of the drug.

80.    Because pulmonary edema produces sensations of drowning and asphyxia, the experience of this condition in an inmate who was still sensate would result in extreme pain, terror and panic.

## CONCLUSIONS

81.    Pulmonary edema (and fulminant pulmonary edema) is described in more than half of available autopsy reports from inmates executed by lethal injection protocols using pentobarbital.

82.    Witness observations report respiratory distress in a significant number of lethal injection executions employing pentobarbital, including examples in which the onset of labored breathing precedes loss of consciousness.

83.    The presence of fulminant pulmonary edema at autopsy is evidence that inmates are continuing to breathe while fluid leaks into their lungs, a finding which would not be expected if pentobarbital rapidly produced respiratory arrest. This fact, combined with the witness observations noted above, the highly alkaline pH of pentobarbital, its known capacity to produce tissue damage in high concentrations, and evidence of burning at the time of injection in lethal injection executions, raises concern that inmates are rapidly developing acute non-cardiogenic pulmonary

**Ex. K**

edema following injection of high volumes of caustic pentobarbital solution.

84.     Acute pulmonary edema is a terrifying and painful condition which would be made more frightening by being positioned lying flat in restraints (a position which aggravates the noxious sensations of pulmonary edema).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this, the 24th day of October, 2019.

_____
Mark A. Edgar, M.D.

22

Ex. K

Curriculum Vitae

Mark Allen Edgar

1292 Timberland Dr SE                                      (770) 693-4335  Home
Marietta, GA                                              (404) 686-1915  Work

Date of Birth:        August 6, 1963

Citizenship:        American

DEGREES:  B. Sc. *cum laude*  (Psychology), Dalhousie University, Halifax, Nova
Scotia, Canada, 1984.

M.D. *cum laude*, Dalhousie University, Halifax, Nova Scotia, 1988.


APPOINTMENTS:

Associate Professor of Pathology, Emory University School of Medicine, September
2010 - present

Director, Emory Bone and Soft Tissue Pathology Service, 3/2019 - present

Director, Emory Pathology Expert Consultation Service, 3/2019 - present

Staff Pathologist, CellNetix Laboratories, Seattle, WA, 9/2008-8/2010.

Associate Clinical Member, Memorial Sloan-Kettering Cancer Center (Hospital
Appointment) Hospital, July 2004 – August 2008

Associate Attending Pathologist (Anatomic Pathology and Neuropathology), Memorial
Sloan-Kettering Cancer Center, New York, NY (2004-2008)

Associate Professor of Clinical Pathology, Weill Medical College of Cornell University,
New York, NY (2000-2008)

Assistant Professor of Clinical Pathology, Cornell University Medical Center (1995-
2000)


LICENCES AND PROFESSIONAL MEMBERSHIPS:

Licentiate of the Medical Council of Canada, 1988

1

**Ex. L**

Licentiate of the National Board of Medical Examiners of USA, 1989

Diplomate, Royal College of Physicians and Surgeons of Canada (Anatomic Pathology), 1993

Diplomate, American Board of Pathology (Anatomic Pathology, 93-206)

Diplomate, American Board of Pathology (Neuropathology, SQ 95-056)

Affiliate Member, American Association of Neuropathologists

Member, International Society of Neuropathology

Member, United States and Canadian Academy of Pathology

Member, New York Bone Pathology Club (2004-2008)

Member, International Society of Bone and Soft Tissue Pathologists

DEA number BE5425803

Georgia Medical License (64366, Exp. 8/31/2017)


EDUCATION:

1984-1988   Faculty of Medicine, Dalhousie University, Halifax, Nova Scotia

1981-1984   Faculty of Arts and Science, Dalhousie University, Halifax, Nova Scotia (B.Sc. psychology)


AWARDS AND SCHOLARSHIPS

2012        Golden Apple Award for Resident Teaching, Emory Pathology Residents

2003        Senior List, graduating Cornell Medical College Class of 2003

2002        Excellence in Teaching Award, Cornell Medical College

2002        Honorary Member, Alpha Omega Alpha Medical Honor Society

1996        Citation: Participation in NJ Summer Scholars Program


2

**Ex. L**

1993          Outstanding Resident Award, Anatomic Pathology

1988          W.H. Hattie Prize in Internal Medicine

1988           Poulenc Prize

1988          R.O. Jones Prize in Psychiatry

1988          Lange Book Prize

1986          Ross Stewart Smith Medical Scholarship

1985          Ross Stewart Smith Medical Scholarship

1984          Avery Prize

1983          Ross  Stewart Smith Undergraduate Scholarship

1982          Marjorie F Ellis Scholarship

1981           Dalhousie Arts and Science Entrance Scholarship


INTERNSHIP:

Rotating Intern, Mount Sinai Hospital, Toronto, Ontario, 1988-1989


RESIDENCY TRAINING:

Anatomic Pathology Residency Training Program, Dalhousie University, Halifax, Nova Scotia, 1990-1993

Chief Resident in Pathology, Victoria General Hospital, 1991-1993

Neuropathology Residency Training Program, Massachusetts General Hospital, Boston, Massachusetts, 1993-1995


UNDERGRADUATE TEACHING RESPONSIBILITIES:

General Pathology lectures, VGH School of Cytotechnology, Cell Injury and Inflammation, 1990-1993

Med II Seminars, General Pathology, Cell Injury, Inflammation,

3

**Ex. L**

Infarction, and Neoplasia, 1989-1993

Med II Laboratory Instructor, Systems Pathology (Gastrointestinal and Gynecologic), 1991-1993

Med II Lectures in Systems Pathology (Hematopathology), Dalhousie Medical School, 1992

Med II Lectures in General Pathology (Cell Injury), Dalhousie Medical School, 1992

Laboratory Instructor and Oral Examiner, Human Nervous System and Behavior Course, Harvard University Medical School, 1993

Laboratory Instructor, Neuroanatomy, Harvard Medical School HST Course, Fall 1994

Laboratory Instructor, Second Year Pathology Course, Cornell University Medical College, 1995-1999

Tutor, Neurology Problem - Based Learning Pilot Course, Cornell University Medical College, Spring 1996

Neuropathology Lectures, Second Year Medicine, Cornell Medical College, Fall and Winter 1997

Neuropathology Lecture, Degenerative and Metabolic Diseases, New York Medical College, Valhalla, Spring, 1996 and 1997

Neuropathology Lectures and Labs, Brain and Mind Course, Second Year  Medicine, Cornell Medical College, Fall, 1998 – 2003

Neuropathology Lecture, Cornell Physician's Assistant Class, 1996-2001

Basis of Disease Course, Cornell Second Year Medicine, Problem-Based Learning Sessions and Triple Jump Exam, Winter 2002-3 (Respiratory, Cardiac, and Renal Sections).

Basis of Disease Course, Cornell Second Year Medicine, Problem-Based Learning Sessions and Triple Jump Exam, Winter 2003-4 (Respiratory, Cardiac, and Renal sections).

Medical Student Clinical Lab Experience, Laboratory tours and teaching (1 day), Emory University Medical School, 2010-2014

Bone Tumor Basics, Emory SOM Year 2, 2014-2018

4

**Ex. L**

OTHER TEACHING:

Neuropathology Conference for Neurology staff and students, Memorial Hospital, biweekly (2004-2007); monthly to 2008.

Neuropathology Review Conference, Memorial Sloan-Kettering BTC, monthly, October 2007 to July 2008.

Neuropathology Conference for Neurosurgery staff and students, Memorial Hospital, monthly (2004-2008).

Memorial Hospital Orthopedic fellows pathology teaching (monthly, at multi-headed microscope), 2004-2008.

Bone and Soft Tissue: Common Tumors, Weill-Cornell Pathology Residents, twice a year slide seminar, 2005 to 2008.

COMMITTEES:

Resident Member, Anatomic Pathology Residency Training Committee, Dalhousie University, 1990-1991.

Neuropathology Advisor, Brain and Mind Course Development Committee, (Second Year Medicine) Cornell Medical School, 1997 - 2003.

Anatomic Pathology Quality Assurance Committee, Weill-Cornell Medical Center (2002 to 2004).

Pathology Resident Selection Committee, Weill-Cornell Medical Center (2001 to 2004).

Pathology Residency Committee, Weill-Cornell Medical center, 2003-4.

Chairman, Pathology Quality Assessment Committee, Memorial Sloan-Kettering Cancer Center, 2004 to 2008.

Pathology Representative, Surgical Quality Assessment Committee, Memorial Sloan-Kettering Cancer Center, May 2005 to 2008.

Fellowship Committee, Memorial Sloan-Kettering Pathology Department, 2005 to 2008.

5

**Ex. L**

Chariman, Pathology QA Committee, Emory Department of Pathology, 2010-present.

EXPERT WITNESS WORK

*Ledford v Dozier et al:* United States District Court for the Northern District of Georgia, Case 1:17-cv-01705-SCJ. Prepared declaration.

*Abdur'Rahman v. Parker*: Chancery Court for State of Tennessee, Twentieth Judicial District, Davidson County, TN, Part III, Case No. 18- 183-II (III). Deposed by State, gave testimony in Chancery Court.

*In Re: Ohio Execuiton Protocol Litigation (Henness):*  Case No. 2:11-cv-1016. Prepared expert report and rebuttal report, gave testimony in court.

*Etheria v. Jackson:* Case No: 3-14-cv-1149-MMH-JBT. United States District Court, Middle District of Florida. Prepared declaration.

PRESENTED PAPERS:

Pulmonary Lymphangioleiomyomatosis: Pathologic Findings in Two Cases. Resident presentation, Canadian Association of Pathologists Annual Meeting, Toronto, 1992.

Mesenteric panniculitis: autopsy findings in three cases. Resident Presentation, Canadian Association of Pathologists Annual Meeting, Toronto, 1992.

FGF2/BDNF-responsive neuronal progenitor cells in the adult human subependymal zone. David W. Pincus, Catherine Harrison, Hansoo Keyoung, Robert R. Goodman, Richard A. R. Fraser, Mark Edgar, Maiken Nedergaard and Steven A. Goldman. Society for Neuroscience Conference, 1996.

Lobar atrophy with Lewy bodies. American Association of Neuropathologists Annual Meeting, June 10-15, 1997, Pittsburgh, Pennsylvania.

Annexin II: potential role in plasmin-mediated invasion of malignant glioma cells. Acharya S, Lev E, Edgar M, Hajjar K. American Society of Hematology Annual Meeting, Miami Beach, Fla, 1998.

MIB-1 staining index of pediatric meningiomas. Souweidane MM, Sandberg DI, Rutka JT, Resch LT and Edgar MA. Presented at AANS/CNS Section on Pediatric Neurological Surgery Annual Meeting, Atlanta, December 1-4, 1999.

Interobserver variability in determination of size of invasive carcinoma of breast. Shin S, DeLellis R, Edgar M, Flieder D and Hoda S. USCAP Annual meeting, San Francisco, CA, March 1999.

6

**Ex. L**

Convection-enhanced delivery into the brain stem: an animal model.  Sandberg D, Edgar M, and Souweidane MM.  Congress of Neurological Surgeons, San Diego, CA, Sept 29 – Oct 4, 2002.

Convection-enhanced delivery into the rat brainstem: a potential delivery mechanism for the treatment of diffuse pontine gliomas.  Sandberg D, Edgar M, and Souweidane MM AANS/CNS Section on Pediatric Neurosurgery, New York, NY, Nov 28 – Dec 1, 2001.

Global gene expression profiling of alveolar and embryonal rhabdomyosarcomas. Lae M, Edgar M, Chuai S, Olshen AB, Pawel BR, Barr FG, Ladanyi M. US and Canadian Academy of Pathology Annual Meeting, Atlanta, GA, February 2006.

Extra-axial ependymomas are distinct from central nervous system ependymomas. Soslow RA, Wei XJ, Park K, Rosenblum M, Woodruff J, Edgar M. US and Canadian Academy of Pathology Annual Meeting, Atlanta, GA, February 2006.

Lauer SR, Edgar M, Gardner J, Sebastian A, Weiss SW.  Soft tissue chordoma: a clinicopathologic analysis of 11 cases.  US and Canadian Academy of Pathology Annual Meeting, Vancouver, BC, March 2011.

Linos K, Carter J, Gardner J, Folpe A, Weiss SW, Edgar M. Myofibromas with atypical features: Expanding the morphologic spectrum of a benign entity.  US and Canadian Academy of Pathology Annual Meeting, Baltimore, MD, March 2012.

Epithelioid sarcoma-like hemangioendothelioma diagnosed by skin biopsy in a 30-year old man.  Stuart LN, Gardner JM, Lauer SR, Monson DK, Parker DC, Edgar M. American Society of Dermatopathology Annual Meeting, Chicago, IL, October 2012.


PUBLICATIONS:

Triggs WJ and Edgar MA. Case Records of The Massachusetts General Hospital. *New England Journal of Medicine*, Mar.16, 1995 **332** (11), 730-7.

Jones RH and Edgar MA. Case Records of The Massachusetts General Hospital. *New England Journal of Medicine*, Nov. 23, 1995, **333** (21), 1406-12.

Tatter SB, Edgar MA, Klibanski A and Swearingen B. Symptomatic salivary-rest cyst of the sella turcica. *Acta Neurochirurgica*, 1995, **135** (3-4), 150-3.

Greenberg S and Edgar MA. Case Records of The Massachusetts General Hospital. *New England Journal of Medicine*, July 18, 1996, **335** (3), 189-96.

Soslow RA, Edgar MA, Schron D, and Chung MH. Glial and neuronal neoplasms in ovarian teratomas. *Pathol Int*,  **46** (suppl 1), 1996, 372.

7

**Ex. L**

Relkin N, Edgar M, Gouras G, Gandy S and Goldsmith H. Decreased senile plaque density in Alzheimer neocortex adjacent to an omental transposition. *Neurological Research*, August, 1996, **18**, 291-294.

MacGowan DJL, Delanty N, Petito F, Edgar M, Mastrianni J and DeArmond SJ. Isolated myoclonic alien hand as the sole presentation of pathologically established Creutzfeldt-Jakob disease: a report of two patients. *Journal of Neurology, Neurosurgery and Psychiatry*, September, 1997, **63** (3), 404-407.

Sun DY, Edgar M, and Rubin M. Hemiparetic acute myopathy of intensive care progressing to triplegia. *Archives of Neurology*, Nov. 1997, **54**, 1420-1422.

Pincus DW, Keyoung H, Restelli K, Goodman RR, Fraser RAR, Edgar M, Sakakibara S, Okano H, Nedergaard M and Goldman S. Fibroblast growth factor-2/brain-derived neurotrophic factor-associated maturation of new neurons generated from adult human subependymal cells. *Annals of Neurology*, 1998, **43** (5), 576-85.

Edgar M and Heier L. Case histories: diagnostic problems (Diagnosis: Varicella-zoster encephalitis). *Aids Patient Care and STDs*, January 1998, **12** (1), 71-2.

Friedman JE, Lyons MJ, Cu G, Ablashl DV, Whitman JE, Edgar M, Koskineimi M, Vaheri A and Zabriskie JB. The association of human herpesvirus-6 and MS. *Multiple Sclerosis*,1999, **5**, 355-362.

Sotsky TK, Chiou AC, Jacobson I, Leonard M, Edgar M, and Bertagnolli MM. Sclerosing mesenteritis presenting with ascites and peritoneal infiltration. *Contemporary Surgery*, September, 1999**, 55** (3): 132-4.

Byne W, Lasco MS, Kemether E, Kemether E, Shinwari A, Edgar M, Morgello S, Jones L, and Tobet S. The interstitial nuclei of the human anterior hypothalamus: an investigation of sexual variation in volume, cell size, number and density. *Brain Research,* 2000, **856**, 254-8.

Gouras GK, Tsai J, Naslund J, Vincent B, Edgar M, Greenfield M, Haroutunian V, Buxbaum JD, Xu H, Greengard P and Relkin NR. Intraneuronal A beta 42 accumulation in human brain. *Am J Pathol* , January 2000, **156** (1), 15-20.

Bruno MK, Winterkorn JW, Edgar MA, Kamal A and Stuebgen JP.  Unilateral Aide pupil as sole ophthalmic sign of Anti-Hu paraneoplastic syndrome*. Journal of Neuro-Ophthalmology* **20** (4): 248-249, 2000.

Zonenshayn M, Edgar MA, and Lavyne MH. Removal of a lumbar melanotic schwannoma via the far-lateral approach in a patient with Carney Complex. *Journal of Neurosurgery (Spine 2),* 2000, **92**: 241-5.

8

**Ex. L**

Canoll P and Edgar M. Crystalline cytoplasmic inclusions in an anaplastic oligodendroglioma. *Ultrastructural Pathology*, 2000, **24** (6), 423-5.

Sandberg D, Edgar M, Resch L, Rutka J, Becker L, and Souweidane M.  MIB-1 staining index of pediatric meningiomas. *Neurosurgery*, 2001, **48**: 590-597.

Filippi C, Edgar M, Ulug AM, Prowda JC, Heier LA and Zimmerman RD. Appearances of meningiomas on diffusion-weighted images: correlating diffusion constants with histopathologic findings. *Am J Neuroradiol,* 2001, **22**: 65-72.

Horská A, Ulug AM, Melhem ER, Filippi CG, Burger PC, Edgar MA, Souweidane MMS, Carson BS and Barker PB, Proton Magnetic Resonance Spectroscopy of Choroid Plexus Tumors in Children. *Journal of Magnetic Resonance Imaging*, 2001, **14**: 78-82.

Takahashi RH, Nam EE, Edgar M, Gouras GK.  Alzheimer beta-amyloid peptides: normal and abnormal localization.  *Histol Histopathol* **17** (1), 239-46, 2002.

Sandberg DI, Edgar MA, and Souweidane MM. Convection-enhanced delivery into the rat brainstem. *J Neurosurg* **96**: 885-891, 2002.

Lasco MS, Jordan TJ, Edgar MA, Petitio CK, and Byne W.  A lack of dimorphism of sex or sexual orientation in the human anterior commissure.  *Brain Research* **936** (1-2), 95-8, 2002.

Sandberg DI, Edgar M, and Souweidane M.  Effect of hyperosmolar mannitol on convection-enhanced delivery into the rat brain stem. *Journal of Neuro-Oncology* **58** (3), 187-192, 2002.

Reisuke H. Takahashi, Teresa A. Milner, Feng Li, Ellen E. Nam, Mark A. Edgar, Haruyasu Yamaguchi, M. Flint Beal, Huaxi Xu, Paul Greengard, and Gunnar K. Gouras. Intraneuronal Alzheimer Aß42 Accumulates in Multivesicular Bodies and Is Associated with Synaptic Pathology. *Am J Pathol* 2002 **161**: 1869-1879.

Chen X, Hoda SA and Edgar M. Cardiac rhabdomyoma. *Arch Pathol Lab Med* **126**: 1559, 2002.

Occhiogrosso G, Edgar MA, Sandberg DI, and Souweidane MM. Prolonged convection-enhanced delivery into the rat brainstem. *Neurosurgery* **52**: 388-394, 2003.

Scognamiglio T, Hoda RS, Edgar MA and Hoda SA.  The need for vigilance in the pathologic evaluation of sentinel lymph nodes: a report of two illustrative cases. *Breast J* **9** (5): 420-2, 2003.

Goldsmith HS, Wu W, Zhong J and Edgar M.  Omental transposition to the brain as a surgical method for treating Alzheimer's disease.  *Neurol Res* **25** (6): 625-34, 2003.

9

**Ex. L**

Darvesh G, Wolf-Klein G, Relkin N, Edgar M. Pesticide exposure and dementia. *J Am Geriatr Soc* **52**(9): 1590-1, 2004.

Greenberg E, Edgar MA and Lachs M.  A case report of corticobasal degeneration.  *J Am Geriat Soc*, **52** (3):472-474, 2004.

Souweidane MM, Occhiogrosso G, Mark E and Edgar MA.  Interstitial infusion of IL13-PE38QQR in the rat brain stem.  *Journal of Neuro-Oncology* **67**: 287-293, 2004.

Souweidane MM, Occhiogrosso G, Mark E, Edgar MA and Dunkel I.  Interstitial infusion of carmustine in the rat brain stem with systemic administration of O6-benzylguanine.  *Journal of Neuro-Oncology* **67**: 306-317, 2004.

Placantonakis DG, Ney G, Edgar M, Souweidane M, Hosain S, Schwartz TH. Neurosurgical management of medically intractable epilepsy associated with hypomelanosis of Ito. *Epilepsia* **46**(2):329-31, 2005.

Prabhakaran S, Bramlage M, Edgar MA, Diamond B, Hardin JA, Volpe BT. Overwhelmong leukoencephalopathy as the only sign of neuropsychiatric lupus. *J Rheumatol* **32**(9): 1843-5, 2005.

Renaud S, Hays AP, Brannagan TH 3rd, Sander HW, Edgar M, Weimer LH, Olarte MR, Dalakas MC, Xiang Z, Danon MJ, Latov N. Gene expression profiling in chronic inflammatory demyelinating polyneuropathy. *J Neuroimmunol* **159**(1-2): 203-14, 2005.

Virtanan JO, Zabriskie JB, Siren V, Friedman JE, Lyons MJ, Edgar M, Vaheri A, Koskiniemi M. Co-localization of human herpes virus 6 and tissue plasminogen activator in multiple sclerosis brain tissue. *Med Sci Monit* **11**(3): BR84-7, 2005.

Rutland BM, Edgar MA, Horenstein MG. Hypomelanosis of Ito associated with precocious puberty. *Pediatr Neurol*  Jan; **34**(1):51-4, 2006.

Kuo YH, Edgar MA, Luther N, Schwartz TH. Novel low grade glioneuronal neoplasm presenting in an octogenarian: case report and review of the literature. *Clin Neurol Neurosurg* **108**(4): 426-32, 2006.

Luther N, Edgar M, Dunkel IJ, Souweidane MM. Correlation of endoscopic biopsy with tumor marker status in primary intracranial germ cell tumors.  *J Neuro-oncol* **79**(1): 45-50, 2006.

Ganly I, Patel SG, Stambuk HE, Coleman M, Ghossein R, Carlson D, Edgar M, Shah JP. Solitary fibrous tumors of the head and neck: a clinicopathologic and radiologic review. *Arch Otolaryngol Head Neck Surg* **132**(5), 517-25, 2006.

Edgar MA and Rosenblum MK. Mixed glioneuronal tumors: recently described entities. *Arch Pathol Lab Med* **131**(2): 228-233, 2006.

10

Hormigo A, Gu B, Karimi S, Riedel E, Panageas KS, Edgar MA, Tanwar MK, Rao JS, Fleischer M, DeAngelis LM, Holland EC. YKL-40 and matrix metalloproteinase-9 as potential serum biomarkers for patients with high grade gliomas. *Clin Cancer Res* **12**(19):5698-704, 2006.

Ellis SJ, Gordin S, Edgar MA, Morris CD. Multiple ipsilateral lower extremity masses in a 46-year-old man. *Clin Orthop Rel Res* **456**: 268-274, 2006.

Polydorides AD, Rosenblum MK, and Edgar MA. Metastatic renal cell carcinoma to hemangioblastoma in von Hippel-Lindau dieases. *Arch Pathol Lab Med* **131**(4): 641-5, 2007.

Barbashina V, Salazar P, Ladanyi M, Rosenblum MK, Edgar M. Glioneuronal tumor with neuropil-like islands (GNTI): a report of 8 cases with chromosome 1p/19q deletion analysis. *Am J Surg Pathol* **31**(8): 1196-1202, 2007.

Lae M, Ahn EH, Mercado GE, Chuai S, Edgar M, Pawel BR, Olshen A, Barr FG, Ladanyi M. Global gene expression profiling of PAX-FKHR fusion-positive alveolar and PAX-FKHR fusion-negative embryonal rhabdomyosarcomas. *J Pathol* **212**(2): 143-51, 2007.

Laufer I, Edgar MA, Hartl R. Primary intraosseous paraganglioma of the sacrum: a case report. *Spine J* **7**(6):733-8, 2007.

Matushansky I, Hernando E, Socci ND, Mills JE, Matos TA, Edgar MA, Singer S, Maki RG, Cordon-Cardo C. Derivation of sarcomas from mesenchymal stem cells via inactivation of the Wnt pathway. *J Clin Invest* **117**(11):3248-57, 2007.

Panagiotakos G, Alshamy G, Chan B, Abrams R, Greenberg E, Saxena A, Bradbury M, Edgar M, Gutin P, Tabar V. Long-term impact of radiation on the stem cell and oligodendrocyte precursors in the brain. *PloS ONE* **2**(7):e588, 2007.

Edgar MA, Rosenblum MK. The differential diagnosis of central nervous system tumors: a critical re-examination of some recent immunohistochemical applications. *Arch Pathol Lab Med* **132** (3): 500-9, 2008.

Idowu MO, Rosenblum MK, Wei XJ, Edgar MA, Soslow RA. Ependymomas of the central nervous system and adult extra-axial ependymomas are morphologically and immunohistochemically distinct – a comparative study with assessment of ovarian carcinomas for expression of glial fibrillary acidic protein. *Am J Surg Pathol* **32** (5): 710-8, 2008.

Momota H, Shih AH, Edgar MA, Holland EC. C-Myc and beta-catenin cooperate with loss of p53 to generate multiple members of the primitive neuroectodermal tumor family in mice. *Oncogene* **27**(32): 4392-401, 2008.

11

**Ex. L**

Becher OJ, Hambardzumyan D, Fomchenko EI, Momota H, Mainwaring L, Bleau AM, Katz AM, Edgar MA, Kenney AM, Cordon-Cardo C, Blasberg RG, Holland EC. Gli activity correlates with tumor grade in platelet-derived growth factor-induced gliomas. *Cancer Res* **68**(7): 2241-9, 2008.

Yoshida A, Edgar MA, Garcia J, Meyers PA, Morris CD, Panicek DM. Primary desmoplastic small round cell tumor of the femur. *Skel Radiol*, **37**(9): 857-62, 2008.

Polydorides AD, Perry A, Edgar MA. Large cell medulloblastoma with myogenic and melanotic differentiation: a case report with molecular analysis. *J Neurooncol* **88**(2): 193-7, 2008.

Luther N, Cheung NK, Dunkel IJ, Fraser JF, Edgar MA, Gutin PH, Souweidane MM. Intraparenchymal and intratumoral interstitial infusion of anti-glioma monoclonal antibody 8H9.  *Neurosurgery* **63**(6): 1166-74, 2008.

Souweidane MM, Morgenstern PF, Christos PJ, Edgar MA, Khakoo Y, Rutka JT, Dunkel IJ. Intraoperative arachnoid and cerebrospinal fluid sampling in children with posterior fossa brain tumors. *Neurosurgery* **65**:72-8, 2009.

Maki RG, D'Adamo DR, Keohan ML, Saulle M, Schuetze SM, Undevia SD, Livingston MB, Cooney MM, Hensley ML, Mita MM, Takimoto CH, Kraft AS, Elias AD, Brockstein B, Mlachere NE, Edgar MA, Schwartz LH, Qin LX, Antonescu CR, Schwartz GK. Phase II study of sorafenib in patients with metastatic or recurrent sarcomas. *J Clin Oncol* **27**(19): 3133-40, 2009.

Rabbani F, Fine RG, D'Adamo D, Edgar MA, Akin O, Paty P. Pure primary prostatic osteosarcoma arising in a non-irradiated prostate. *Urol Int* **82**(2): 236-8, 2009.

Luther N, Cheung NK, Souliopoulos EP, Karempelas I, Bassiri D, Edgar MA, Guo HF, Pastan I, Gutin PH, Souweidane MM. Interstitial infusion of glioma-targeted recombinant immunotoxin 8H9scFvPE38. *Mol Cancer Ther* **9**(4): 1039-46, 2010.

Morozov A, Downey RJ, Healey J, Moreira AL, Lou E, Franceschino A, Dogan Y, Leung R, Edgar M, LaQuaglia M, Maki RG, Moore MA. Benign mesenchymal stromal cells in human sarcomas. *Clin Cancer Res* **16**(23): 5630-40, 2010.

Gladdy RA, Qin LX, Moraco N, Edgar MA, Antonescu CR, Alektiar KM, Brennan MF, Singer S. Do radiation-associated sarcomas have the same prognosis as sporadic soft tissue sarcomas? *J Clin Oncol* **28**(12): 2064-9, 2010.

Scheithauer BW, Amrami KK, Folpe AL, Silva AI, Edgar MA, Woodruff JM, Levi AD, Spinner RJ. Synovial sarcoma of nerve. *Hum Pathol* **42**(4): 568-77, 2011.

Ex. L

Wernicke AG, Edgar MA, Lavi E, Liu H, Salerno P, Bander NH, Gutin PH. Prostate-specific membrane antigen as a potential novel vascular target for treatment of glioblastoma multiforme. *Arch Pathol Lab Med* **135**: 1486-9, 2011.

Edgar M, Lauer SR, Bridge JA, Rizzo M. Soft tissue angiofibroma: report of two cases of a recently described entity. *Human Pathology* Mar; **44**(3): 438-41, 2013.

Lauer SR, Edgar M, Gardner J, Sebastian A, Weiss SW.  Soft tissue chordoma: a clinicopathologic analysis of 11 cases. *Am J Surg Pathol* **37**(5): 719-726, 2013.

Marcus D, Stapleford L, Edgar M, Hawk N, Sullivan P.  Small cell carcinoma of the anus in the setting of prior squamous dysplasia and carcinoma in situ. *J Gastrointest Oncol* 2013 Jun 4, E1-4.

Hernandez A, Gardner J, Parker D, Monson D, Edgar M.  Chondroid syringoma with tyrosine crystals.  J Cutan Pathol **40**(6), 527-9, 2013.

Huse J, Edgar M, Mikolaenko I, Lavi E, Rosenblum M. Multinodular and vacuolating neuronal tumors of the cerebrum: ten cases of a distinctive seizure-associated lesion. *Brain Pathology* **23**(5): 515-24, 2013.

Stuart LN, Gardner JM, Lauer SR, Monson DK, Parker DC, Edgar MA. Epithelioid sarcoma-like (pseudomyogenic) hemangioendothelioma clinically mimicking dermatofibroma, diagnosed by skin biopsy in a 30-year-old man*. Journal of Cutaneous Pathology* **40**(10): 909-13, 2013.

Hart JL, Edgar M, Gardner JM. Vascular Tumors of Bone. *Seminars in Diagnostic Pathology* **30**(1): 30-38, 2014.

Luther N, Zhou Z, Zanzonico P, Cheung NK, Humm J, Edgar M, Souweidane MM. The potential of theragnostic 124I-8H9 convection-enhanced delivery in diffuse intrinsic pontine glioma. *Neuro Oncol* **16**(6): 800-6, 2014.

Linos K, Bridge JA, Edgar M. MUC4-negative FUS-CREB3L2 rearranged low grade fibromyxoid sarcoma. *Histopathology* **65**(5): 722-4, 2014.

Linos K, Carter JM, Gardner JM, Folpe AL, Weiss SW, Edgar MA. Myofibromas with atypical features: expanding the morphologic spectrum of a benign entity. *Am J Surg Pathol* **38**(12): 1649-54, 2014.

Hart JL, Edgar MA, Gardner JM. Vascular tumors of bone. *Semin Diagn Pathol* **31**(1): 30-8, 2014.

Linos K, Stuart L, Goncharuk V, Edgar M. Benign cutaneous biphasic hybrid tumor of perineurioma and cellular neurothekeoma: a case report expanding the clinical and

13

histopathologic features of a recently described entity. *Am J Dermatopathol* **37**(4): 319-22, 2015.

Sullivan HC, Edgar MA, Cohen C, Kovach CK, HooKim K, Reid MD. The utility of ERG, CD31, and CD34 in the cytological diagnosis of angiosarcoma: an analysis of 25 cases. *J Clin Pathol* **68**(1): 44-50, 2015.

Clay MR, Martinez AP, Weiss SW, Edgar MA. MDM2 amplification in problematic lipomatous tumors: analysis of FISH testing criteria. *Am J Surg Pathol* **39**(10): 1433-9, 2015.

Hart J, Gardner JM, Edgar M, Weiss SW. Epithelioid schwannomas: An analysis of 58 cases including atypical variants. *Am J Surg Pathol* 40(5): 704-13, 2016.

Rizer M, Singer AD, Edgar M, Jose J, Subhawong TK. The histological variants of liposarcoma: predictive MRI findings with prognostic implications, management, follow-up and differential diagnosis. *Skel Radiol* 2016 May 21 (Epub ahead of print)

Geller RL, Hookim K, Sullivan HC, Stuart LN, Edgar M, Reid MD. Cytologic features of angiosarcoma: A review of 26 cases diagnosed on FNA. *Cancer Cytopathol* 2016 Sep; 124(9):659-68.

Clay MR, Martinez AP. Weiss SW, Edgar MA. MDM2 and CDK4 immunohistochemistry: Should it be used in problematic differentiated lipomatous tumors? A new perspective. *Am J Surg Pathol* 2016 Dec;40(12): 1647-1652.

Magliocca KR, Edgar MA, Cory A, Villari CR. Dedifferentiated chondrosarcoma of the larynx: Radiological, gross, microscopic and clinical features. *Ann Diagn Pathol* 2017 Oct;30:42-46.

Patel KR, Martinez A, Stahl JM, Logan SJ, Perricone AJ, Ferris MJ, Buchwald ZS, Chowdhary M, Delman KA, Monson DK, Oskouei SV, Reimer NB, Cardona K, Edgar M, Godette KD. *Oncoimmunology* 2018 Mar 15;7(7):e1442168. Doi: 10.1080/2162402X.2018.1442168.  PMID: 29900051


BOOK CHAPTERS

Spinal Vascular Malformations in *Operative Techniques in Neurosurgery* Vol 6, Issue 3: 122-124, September 2003.

Benign Nerve Sheath Tumors in *Orthopedic Knowledge Update: Musculoskeletal Tumors 2*, Herbert S. Schwartz, ed. American Academy of Orthopedic Surgeons, 2007.


INVITED PRESENTATIONS:

**Ex. L**

Postmortem Diagnosis of Neurodegenerative Disorders. Short Course 09, USCAP Annual Meeting 1999 - 2002 with MJ Ma, MD, PhD and JP vonSattel, MD.

Moderator, Neuropathology Section, Proffered Papers, USCAP Annual Meeting, New Orleans, LA, March 2000.

Neuroscience Grand Rounds, Memorial Sloan-Kettering Cancer Center, NY, March 20, 2001. Oligodendroglioma: One Neuropathologist's Perspective.

Immunohistochemistry in Brain Tumor Diagnosis and Prognosis. Society for Applied Immunohistochemistry, 4 October 2003.

Human Neurodegenerative Diseases: Immunohistochemistry in Diagnosis. Society for Applied Immunohistochemistry, 4 October 2003.

WHO 2000 Classification of Brain Tumors. Annual Spring Meeting of The New York Roentgen Society, 14 April 2004, Rockefeller University.

WHO Classification of Brain Tumors. Brain Tumors: Advances in Diagnosis & Treatment, A Comprehensive Review (Cornell). New York Grand Hyatt, 8 November 2004.

Intraoperative Smear Cytology in Neuropathology. Evolution of Cytopathology, Memorial Sloan-Kettering Cancer Center, NY, 21 November 2004.

Intraoperative Smear Cytology in Neuropathology. Pathology Grand Rounds, Long Island Jewish Hospital, NY, 13 January 2005.

Skeletal Metastases. Pathology Refresher Course, International Skeletal Society Annual Meeting, Singapore, 29 September 2005.

Update on Pathology and Genetics. Advances in Neuro-Oncology, Memorial Sloan-Kettering Cancer Center, NY, Department of Neurology 30th Anniversary, 21 October 2005.

Subspecialty Conference: Neuropathology. US and Canadian Academy of Pathology Annual Meeting, Atlanta, GA, February 2006 (presented *in absentia* by Dr. Gregory Fuller during The Blizzard of 2006).

Subspecialty Conference: Neuropathology. US and Canadian Academy of Pathology Annual Meeting, San Diego, CA, March 2007.

Surgical Pathology of Neoplastic Diseases; MSKCC 25th Anniversary Course. May 9: Case Presentation; May 11: Intraoperative Smear Cytology of CNS Lesions (for Dr. Marc Rosenblum).

15

**Ex. L**

Epithelioid Vascular Tumors of Soft Tissue and Bone.  Moffitt Cancer Center, Tampa, Florida; 15 April 2008.

Intraoperative Smear Cytology of CNS lesions.  CellNetix Pathology, Seattle, WA; 18 April 2008.

Bone and Soft Tissue Tumors of the Head and Neck.  The Surgical Pathology of Neoplastic Diseases, Memorial Sloan-Kettering Cancer Center, New York, NY; 14 May 2008.

Spindle Cell Tumors of the Breast.  The Surgical Pathology of Neoplastic Diseases, Memorial Sloan-Kettering Cancer Center, New York, NY; 15 May 2008.

What's New and Neuronal: Brain Tumor Update.  PSPH Olympia Neurosurgery Grand Rounds, Olympia WA; 6 February 2009

Epithleioid Tumors of Bone and Soft Tissue.  WSSP Meeting, Seattle, WA February 7, 2009.

Notochordal and Related Lesions.  Moffitt Cancer Center, Tampa, FL; 2 June 2009.

Bone and Soft Tissue Tumors: an Update.  Duckworth Pathology Group Continuing Medical Education, Memphis, TN, 19 February 2011

Bone Tumor Basics.  Emory Orthopedic Surgery Grand Rounds, Atlanta, GA, 1 May 2012.


OTHER ACTIVITIES:

*Ad hoc* reviewer:

      American Journal of Pathology
      American Journal of Dermatopathology
      Annals of Surgical Oncology
      Applied Immunohistochemistry and Molecular Morphology
      Children's Brain Tumor Foundation
      Cutaneous Pathology
      Head & Neck
      Head and Neck Pathology
      Histology and Histopathology
      Neuro-oncology
      Neurosurgery
      Virchows Archiv
      International Journal of Surgical Pathology

**Ex. L**