Exhibit 182 has been provided to the Court, but is not publicly filed due to a pending request to seal the document