UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00472-RMG |
| | ) | |
| Plaintiff-Respondent, | ) | EXHIBITS IN SUPPORT |
| | ) | OF *CORRECTED* MOTION TO VACATE, |
| v. | ) | SET ASIDE, OR CORRECT |
| | ) | THE CONVICTION & SENTENCE |
| DYLANN STORM ROOF, | ) | PURSUANT TO 28 U.S.C. § 2255 |
| | ) | |
| Defendant-Petitioner. | ) | |
| | ) | |

## INDEX TO EXHIBITS

Exhibit 1.   Report of Dr. Amy Fritz
Exhibit 2.   Report of Dr. Robert Ouaou
Exhibit 3.   Report of Dr. Jay Lucker
Exhibit 4.   Report of Dr. Erin Bigler
Exhibit 5.   Declaration of David Bruck
Exhibit 6.   Declaration of Kimberly Stevens
Exhibit 7.   Declaration of Emily Paavola
Exhibit 8.   Declaration of Michael O'Connell
Exhibit 9.   Declaration of Lindsey Vann
Exhibit 10.   Declaration of Ashley Pennington
Exhibit 11.   Declaration of William (Bill) McGuire
Exhibit 12.   Declaration of Teresa Norris
Exhibit 13.   Declaration of Dr. Donna Schwartz Maddox
Exhibit 14.   Declaration of Dr. Rachel Loftin
Exhibit 15.   Declaration of Dr. George Woods
Exhibit 16.   Declaration of Dr. Arlene Andrews
Exhibit 17.   Declaration of Denise de La Rue
Exhibit 18.   Declaration of Jeffrey Martin
Exhibit 19.   Declaration of Laura Carpenter
Exhibit 20.   Declaration of Meredith Childs
Exhibit 21.   Affidavit of Dr. James Austin 04-14-25

1

Exhibit 22.   This Exhibit is filed under seal
Exhibit 23.   Declaration of Ali Burch
Exhibit 24.   Declaration of Brian Fanning
Exhibit 25.   Declaration of Bonnylin Henry
Exhibit 26.   Declaration of Karen Able
Exhibit 27.   Declaration of Kathy Brown
Exhibit 28.   Declaration of Catherine Garren
Exhibit 29.   Declaration of Geoffrey McConnell
Exhibit 30.   Declaration of Ralph Waldrop
Exhibit 31.   Declaration of Kay Horton
Exhibit 32.   Declaration of James Grayson Hicks
Exhibit 33.   Declaration of Kimberly Konzny (Schultz)
Exhibit 34.   Declaration of Darce Cruea
Exhibit 35.   Declaration of Alison DeLeon
Exhibit 36.   Declaration of William Shockey
Exhibit 37.   Declaration of Sonya Clifford
Exhibit 38.   Declaration of Amy Roof
Exhibit 39.   Declaration of Tim Livingston
Exhibit 40.   Declaration of Kathleen McAteer
Exhibit 41.   Declaration of Ashley Ireland
Exhibit 42.   Declaration of Brock Pack
Exhibit 43.   Declaration of Alice Richardson
Exhibit 44.   Declaration of Brittany Simmons
Exhibit 45.   Declaration of Jack Zurheide
Exhibit 46.   Declaration of Philip Mubarak
Exhibit 47.   Declaration of Jill Hnat
Exhibit 48.   This Exhibit is filed under seal
Exhibit 49.   Cradock Interview 07-25-16
Exhibit 50.   Bixby 302
Exhibit 51.   McPherson 302
Exhibit 52.   2016 Area C Demographics
Exhibit 53.   Memo of Investigation 09-07-15
Exhibit 54.   Complete Inmate file CDC
Exhibit 55.   Declaration of Bryan Edelman
Exhibit 56.   Holland news article ("Dylann Roof trial")
Exhibit 57.   Lerman law review article ("Lying to Clients")
Exhibit 58.   Steinberg 2012 academic article ("Adolescent Brain Development")
Exhibit 59.   USSC Report ("Youthful Offenders")
Exhibit 60.   Rudolph et al. academic article ("At risk of being risky")
Exhibit 61.   Breiner et al. research article ("Cognitive control in adolescents")

Exhibit 62.  Cohen et al. law review article ("When does a Juvenile Become an Adult")
Exhibit 63.  Giedd academic article ("The Amazing Teen Brain").pdf
Exhibit 64.  Email from Court 11-16-16
Exhibit 65.  Scott et al. law review article ("Young Adulthood")
Exhibit 66.  Shulman et al. academic article ("The Dual Systems Model")
Exhibit 67.  Steinberg 2008 academic article ("Adolescent Risk-Taking")
Exhibit 68.  Steinberg et al. academic article ("Immature Self-regulation")
Exhibit 69.  Taber-Thomas et al. academic article ("Adulthood Brain Development")
Exhibit 70.  Cohen et. al. research article ("When is an Adolescent an Adult")
Exhibit 71.  Declaration of Sarah Gannett
Exhibit 72.  Declaration of William Stejskal
Exhibit 73.  Declaration of Kelsey Hendrix
Exhibit 74.  Declaration of Laura Young
Exhibit 75.  2004 BOP Execution Protocol
Exhibit 76.  Elliot news article ("Charleston's Oldest Black Church")
Exhibit 77.  Cobb news article ("Trial of Dylann Roof")
Exhibit 78.  This Exhibit is filed under seal
Exhibit 79.  SC Federal Jury Areas
Exhibit 80.  P&C Facebook Page post -12-7-16
Exhibit 81.  BBC news article ("Dylann Roof trial")
Exhibit 82.  Santaella news article ("Pit of Hell")
Exhibit 83.  NBC news article ("Roof's Mom Had Heart Attack During Trial")
Exhibit 84.  Hersher news article ("We All Know I am Guilty")
Exhibit 85.  Sack news article ("Dylann Roof Trial")
Exhibit 86.  Berry Hawes news article ("He is evil")
Exhibit 87.  Smith et al news article ("Dylann Roof trial")
Exhibit 88.  This Exhibit is filed under seal
Exhibit 89.  This Exhibit is filed under seal
Exhibit 90.  This Exhibit is filed under seal
Exhibit 91.  This Exhibit is filed under seal
Exhibit 92.  This Exhibit is filed under seal
Exhibit 93.  Declaration of Michael Bixby
Exhibit 94.  Declaration of Farah Wilson
Exhibit 95.  Declaration of Fredrick Stork
Exhibit 96.  Declaration of Austin Brazell
Exhibit 97.  Declaration of Erin Forsell
Exhibit 98.  Declaration of Jeanna Simpson
Exhibit 99.  Declaration of Nichole Stafford
Exhibit 100. Declaration of Jean Sullivan
Exhibit 101. Declaration of Robbie Wright

Exhibit 102. Declaration of Patricia Hastings
Exhibit 103. Amy Roof EMS Records
Exhibit 104. P&C Facebook Comments
Exhibit 105. Incident Report 08-18-16
Exhibit 106. This Exhibit is filed under seal
Exhibit 107. This Exhibit is filed under seal
Exhibit 108. This Exhibit is filed under seal
Exhibit 109. This Exhibit is filed under seal
Exhibit 107. This Exhibit is filed under seal
Exhibit 108. This Exhibit is filed under seal
Exhibit 109. This Exhibit is filed under seal
Exhibit 110. This Exhibit is filed under seal
Exhibit 111. This Exhibit is filed under seal
Exhibit 112. This Exhibit is filed under seal
Exhibit 113. This Exhibit is filed under seal
Exhibit 114. This Exhibit is filed under seal
Exhibit 115. This Exhibit is filed under seal
Exhibit 116. This Exhibit is filed under seal
Exhibit 117. This Exhibit is filed under seal
Exhibit 118. This Exhibit is filed under seal
Exhibit 119. This Exhibit is filed under seal
Exhibit 120. This Exhibit is filed under seal
Exhibit 121. This Exhibit is filed under seal
Exhibit 122. This Exhibit is filed under seal
Exhibit 123. This Exhibit is filed under seal
Exhibit 124. This Exhibit is filed under seal
Exhibit 125. This Exhibit is filed under seal
Exhibit 126. This Exhibit is filed under seal
Exhibit 127. This Exhibit is filed under seal
Exhibit 128. This Exhibit is filed under seal
Exhibit 129. This Exhibit is filed under seal
Exhibit 130. This Exhibit is filed under seal
Exhibit 131. This Exhibit is filed under seal
Exhibit 132. This Exhibit is filed under seal
Exhibit 133. This Exhibit is filed under seal
Exhibit 134. This Exhibit is filed under seal
Exhibit 135. This Exhibit is filed under seal
Exhibit 136. This Exhibit is filed under seal
Exhibit 137. This Exhibit is filed under seal
Exhibit 138. This Exhibit is filed under seal

Exhibit 139. This Exhibit is filed under seal
Exhibit 140. This Exhibit is filed under seal
Exhibit 141. This Exhibit is filed under seal
Exhibit 142. This Exhibit is filed under seal
Exhibit 143. This Exhibit is filed under seal
Exhibit 144. This Exhibit is filed under seal
Exhibit 145. This Exhibit is filed under seal
Exhibit 146. This Exhibit is filed under seal
Exhibit 147. This Exhibit is filed under seal
Exhibit 148. This Exhibit is filed under seal
Exhibit 149. This Exhibit is filed under seal
Exhibit 150. This Exhibit is filed under seal
Exhibit 151. This Exhibit is filed under seal
Exhibit 152. This Exhibit is filed under seal
Exhibit 153. This Exhibit is filed under seal
Exhibit 154. This Exhibit is filed under seal
Exhibit 155. This Exhibit is filed under seal
Exhibit 156. This Exhibit is filed under seal
Exhibit 157. This Exhibit is filed under seal
Exhibit 158. This Exhibit is filed under seal
Exhibit 159. This Exhibit is filed under seal
Exhibit 160. This Exhibit is filed under seal
Exhibit 161. This Exhibit is filed under seal
Exhibit 162. This Exhibit is filed under seal
Exhibit 163. This Exhibit is filed under seal
Exhibit 164. This Exhibit is filed under seal
Exhibit 165. This Exhibit is filed under seal
Exhibit 166. This Exhibit is filed under seal
Exhibit 167. This Exhibit is filed under seal
Exhibit 168. This Exhibit is filed under seal
Exhibit 169. This Exhibit is filed under seal
Exhibit 170. This Exhibit is filed under seal
Exhibit 171. This Exhibit is filed under seal
Exhibit 172. 2008 Addendum to BOP Execution Protocol
Exhibit 173. 2019 Addendum to BOP Execution Protocol
Exhibit 174. Declaration of Dr. Jonathan Groner
Exhibit 175. Affidavit of Dr. Michaela Almgren - 08-31-2024
Exhibit 176. Declaration of Dr. Michaela Almgren - 12-12-2022
Exhibit 177. Declaration of Dr. Michaela Almgren - 10-31-2019
Exhibit 178. Declaration of Dr. Mark Heath

Exhibit 179. Declaration of Dr. Mark Edgar
Exhibit 180. Supplemental Declaration of Dr. Gail Van Norman
Exhibit 181. Declaration of Dr. Gail Van Norman
Exhibit 182. This Exhibit is filed under seal
Exhibit 183. This Exhibit is filed under seal
Exhibit 184. This Exhibit is filed under seal
Exhibit 185. This Exhibit is filed under seal
Exhibit 186. This Exhibit is filed under seal
Exhibit 187. This Exhibit is filed under seal
Exhibit 188. This Exhibit is filed under seal
Exhibit 189. This Exhibit is filed under seal
Exhibit 190. This Exhibit is filed under seal
Exhibit 191. This Exhibit is filed under seal
Exhibit 192. This Exhibit is filed under seal
Exhibit 193. This Exhibit is filed under seal
Exhibit 194. This Exhibit is filed under seal
Exhibit 195. This Exhibit is filed under seal
Exhibit 196. This Exhibit is filed under seal
Exhibit 197. This Exhibit is filed under seal
Exhibit 198. This Exhibit is filed under seal
Exhibit 199. This Exhibit is filed under seal
Exhibit 200. This Exhibit is filed under seal
Exhibit 201. This Exhibit is filed under seal
Exhibit 202. This Exhibit is filed under seal
Exhibit 203. This Exhibit is filed under seal
Exhibit 204. This Exhibit is filed under seal
Exhibit 205. This Exhibit is filed under seal
Exhibit 206. This Exhibit is filed under seal
Exhibit 207. This Exhibit is filed under seal
Exhibit 208. This Exhibit is filed under seal
Exhibit 209. This Exhibit is filed under seal
Exhibit 210. This Exhibit is filed under seal
Exhibit 211. This Exhibit is filed under seal
Exhibit 212. This Exhibit is filed under seal
Exhibit 213. This Exhibit is filed under seal
Exhibit 214. This Exhibit is filed under seal
Exhibit 215. This Exhibit is filed under seal
Exhibit 216. This Exhibit is filed under seal
Exhibit 217. This Exhibit is filed under seal
Exhibit 218. This Exhibit is filed under seal

Exhibit 219. This Exhibit is filed under seal
Exhibit 220. This Exhibit is filed under seal
Exhibit 221. This Exhibit is filed under seal
Exhibit 222. This Exhibit is filed under seal
Exhibit 223. This Exhibit is filed under seal
Exhibit 224. This Exhibit is filed under seal
Exhibit 225. This Exhibit is filed under seal
Exhibit 226. This Exhibit is filed under seal
Exhibit 227. This Exhibit is filed under seal
Exhibit 228. This Exhibit is filed under seal
Exhibit 229. This Exhibit is filed under seal
Exhibit 230. This Exhibit is filed under seal

Respectfully submitted,

/s/ Jill E.M. HaLevi
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
Phone: 843-819-0557
E-Mail: jill@charlestonmediator.com

/s/ Angela S. Elleman
Angela S. Elleman Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Attorneys for Defendant-Petitioner Dylann Roof