FILED: August 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2
(2:15-cr-00472-RMG-1)
(2:25-cv-03298-RMG)

_____

In re: DYLANN STORM ROOF

Petitioner

_____

J U D G M E N T

_____

In accordance with the decision of this court, the petition for writ of mandamus is denied.

/s/ NWAMAKA ANOWI, CLERK