UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00472-RMG |
| | ) | DEATH PENALTY CASE |
| Plaintiff-Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN STORM ROOF, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |
| | ) | |

NOTICE

Dylann Roof, through counsel, hereby provides notice of the following:

Through counsel Mr. Roof filed a 2255 Motion on July 17, 2025. See Dkt. 1078.

Several citations were incorrect. Counsel thus provides the following:

Page 26: citations to Exhibit 222 and Exhibit 223 should be citations to Exhibits

201 and 202.

Pages 226-227: citations to Exhibit 91 should be citations to Sealed Exhibit 232.

Pages 230-232, 235-36: citations to Exhibit 92 should be citations to Sealed Exhibit

233.

Pages 238-39: citations to Exhibit 90 should be citations to Sealed Exhibit 231.

1

Respectfully submitted,

/s/ Jill E.M. HaLevi
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
Phone: 843-819-0557
E-Mail: jill@charlestonmediator.com

/s/ Angela S. Elleman
Angela S. Elleman Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Attorneys for Plaintiff-Respondent Dylann Storm Roof