IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYLANN STORM ROOF, | Criminal No. 2:15-cr-00472-RMG<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

The United States requests that Trial Attorney Aaron J. Stewart be permitted to withdraw as attorney of record in this case pursuant to Local Civ. Rule 83.I.07 (D.S.C.). Mr. Stewart is leaving the Department of Justice and will therefore no longer be employed as an attorney for the United States.  Mr. Stewart's departure will not leave the United States unrepresented, as attorneys Christopher B. Schoen and Mary J. Hahn will remain as attorneys of record for the United States.  The United States consents to Mr. Stewart's withdrawal, as do Mr. Schoen and Ms. Hahn.

WHEREFORE, the United States requests that this Court permit Trial Attorney Aaron J. Stewart to withdraw as attorney of record in this case.

1

Respectfully submitted,

BENJAMIN N. GARNER
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

By: *s/Aaron J. Stewart*
Aaron J. Stewart
Trial Attorney
U.S. Department of Justice
Capital Case Section
1331 F Street NW
Washington, DC 20530
(202) 353-4385

Christopher B. Schoen
Assistant U.S. Attorney
D.C. Bar No. 11421
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

Mary J. Hahn
Trial Attorney
U.S. Department of Justice
Civil Rights Division
150 M Street NE/7.1108
Washington, DC 20002
(202) 532-8176

October 29, 2025