**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 2:15-CR-00472-RMG** |
| | ) | |
| **Plaintiff-Respondent,** | ) | |
| | ) | **MOTION FOR ADDITIONAL** |
| **v.** | ) | **TIME TO FILE REPY TO** |
| | ) | **GOVERNMENT'S RESPONSE** |
| **DYLANN STORM ROOF** | ) | |
| | ) | |
| **Defendant-Petitioner.** | ) | |
| | ) | |

**MOTION FOR ADDITIONAL TIME TO FILE REPLY TO
GOVERNMENT'S RESPONSE TO MOTION FOR RELIEF UNDER § 2255**

Petitioner Dylann Storm Roof, through counsel Jill E.M. HaLevi and Angela S. Elleman, respectfully submits this motion requesting an extension of 45 days to file a reply to the government's response to his motion under § 2255. Counsel is unable to file a reasonably professional reply in the allotted 45 days for four key reasons: the complexity of this matter, the length and detail of the government's Response, lead counsel's recent surgery and medical leave, and the ongoing budget restraints amid a lapse in appropriations to the judiciary. The government has indicated that it opposes this request.

This is a complex case with eighteen legal claims before this Court and over 200 exhibits. Counsel previously requested from this Court 90 days to reply to any government response to his motion. Dkt. 1069 at 5. Mr. Roof informed the court at that time that 45 days to respond would be wholly inadequate. *Id.* The Court's scheduling order provided counsel 45 days to respond, making the Reply due on December 1, 2025. The government filed a response that is over 400 pages long, which requires extensive time to review and analyze. Mr. Roof respectfully requests

1

that this Court extend the time for his Reply to 90 days, making the reply due January 15, 2026.[1]

Additionally, lead counsel has been unavailable in recent weeks. Ms. Elleman was hospitalized on October 30, 2025 and underwent a three-hour surgery. Ms. Elleman has been out on sick leave since the morning of October 30, 2025. She anticipates returning to work on a part-time basis on approximately November 17, 2025. Although she expected to return to work full time on that date, on November 12, her surgeon recommended that she return only part time. Further, her stamina and ability to devote the required attention to this matter will continue to be strained due to her ongoing recovery. Recovery from this particular surgery is painful, and it will take months for her to fully recover. She will be limited to a liquid diet for potentially several months, depending on her progress. Losing eighteen full days of the allotted forty-five days (and being limited for additional days) to reply severely hampers her ability to provide adequate representation to Mr. Roof. Moreover, Ms. Elleman has been unable to visit or speak via telephone to Mr. Roof about the proposed reply due to her medical unavailability. Travel to visit Mr. Roof will not be possible until at least November 24 due to ongoing recovery.

Further complicating matters is the ongoing lapse in appropriations to the government, including the judiciary. Due to this, as well as a strain on resources under the last year's continuing resolution, CJA funds were depleted in July of 2025 for the remainder of the fiscal year.[2] The government's substantial delay in reaching agreement on a budget for fiscal year 2026 meant that court-appointed attorneys, including Ms. HaLevi, have not received payment for their

---

[1] In the two capital 2255 cases in the District of South Carolina, petitioners received more than 45 days to file their Reply. Basham initially received 60 days to file a reply but requested and received an additional 45 days. *See Basham*, 4:02-cr-00992, Dkt. Nos 1418, 1430, 1431. Fulks initially had 30 days to file a reply and was given an additional 30 days. *See Fulks*, 4:02-cr-00992, Dkt. Nos. 1169, 1171.

[2] See, https://www.uscourts.gov/data-news/judiciary-news/2025/07/15/funding-crisis-leaves-defense-lawyers-working-without-pay

2

work since July of 2025.[3] Ms. HaLevi's lack of payment in this case since July of 2025 has necessitated her taking on additional paid cases, limiting her availability to work on Mr. Roof's case.

Based on the complexity of this case, the voluminous Response filed by the government, Ms. Elleman's medical unavailability, and Ms. HaLevi's continued lack of payment for any work conducted on this case, Mr. Roof respectfully requests that this Court provide an additional 45 days to complete his Reply to the government's Response in this matter.

CONCLUSION

WHEREFORE, Mr. Roof respectfully requests that the Court grant leave to file a reply to the government's response on or before January 15, 2026.

Dated: November 13, 2025                    Respectfully submitted,

_/s/ Jill E.M. HaLevi_
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
843-819-0557
E-Mail: jill@charlestonmediator.com

_/s/ Angela S. Elleman_
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

---

[3] See, https://www.uscourts.gov/data-news/judiciary-news/2025/10/17/judiciary-funding-runs-out-only-limited-operations-continue