**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 2:15-CR-00472-RMG** |
| | ) | |
| **Plaintiff-Respondent,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DYLANN STORM ROOF** | ) | |
| | ) | |
| **Defendant-Petitioner.** | ) | |
| | ) | |

**PROPOSED ORDER**

After full and fair consideration of Defendant's Motion for Additional Time to File Reply to Government's Response to Motion for Relief Under § 2255, the Motion is Granted.

It is ORDERED that Mr. Roof is permitted to file a reply on or before January 15, 2026.

_____
Honorable Richard M. Gergel
United States District Judge

Dated: _____ , 2025
Charleston, South Carolina