IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO.  2:15-cr-00472-RMG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DYLANN STORM ROOF, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Undersigned counsel respectfully moves, pursuant to Local Civil Rule 83.I.07 (D.S.C.), to withdraw as counsel of record for the United States in the above-captioned case.  Effective December 27, 2025, undersigned counsel will leave her position with the Department of Justice.

The United States will continue to be represented by Christopher Schoen, Mary Hahn, and Everett McMillian.  The United States consents to undersigned counsel's withdrawal.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: s/ *Kathleen M. Stoughton*
Kathleen M. Stoughton (Fed. No. 12161)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000
Kathleen.Stoughton@usdoj.gov

December 8, 2025