IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.  2:15-CR-00472 |
| | ) | |
| | ) | |
| vs. | ) | **NOTICE of REQUEST for** |
| | ) | **PROTECTION from COURT** |
| | ) | **APPEARANCE** |
| DYLANN ROOF | ) | |

The undersigned Assistant United States Attorney respectfully requests protection from court appearances on March 13, 2026 – March 20, 2026.  Currently, there are no court dates set for these defendants on the specified dates.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:    s/Christopher B. Schoen

        Christopher B. Schoen
        Assistant U.S. Attorney
        D.C. Bar No. 11421
        55 Beattie Place, Suite 700
        Greenville, SC 29601
        Telephone: (864) 282-2100
        Email: Christopher.schoen@usdoj.gov

Dated:  January 13, 2026