**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 2:15-CR-00472-RMG** |
| | ) | |
| **Plaintiff-Respondent,** | ) | |
| | ) | **NOTICE OF REQUEST FOR** |
| **v.** | ) | **PROTECTION FROM COURT** |
| | ) | **APPEARANCE** |
| **DYLANN STORM ROOF** | ) | |
| | ) | |
| **Defendant-Petitioner.** | ) | |
| | ) | |

Undersigned appointed local counsel Jill E.M. HaLevi respectfully requests protection from court appearances in this case on Monday, March 23 – Friday, April 3, 2026. The basis for this request is that the undersigned has a planned family vacation during the Passover holiday for which tickets have already been purchased.

Currently, there are no court dates set in this case on those dates. Further, co-counsel Angela S. Elleman has agreed to appear on Client's behalf at any hearings that may be scheduled during this time, so that granting of this request would not serve to delay the proceedings in any manner.

Dated January 16, 2026

Respectfully submitted,

*/s/  Jill E.M. HaLevi*
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
843-819-0557
E-Mail: jill@charlestonmediator.com

1