**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 2:15-CR-00472-RMG** |
| | ) | |
| **Plaintiff-Respondent,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DYLANN STORM ROOF** | ) | |
| | ) | |
| **Defendant-Petitioner.** | ) | |
| | ) | |

**PROPOSED ORDER**

After full and fair consideration of Attorney for Defendant-Petitioner Jill E.M. HaLevi's

Request for Protection from Court Appearances between March 23, 2026 and April 3, 2026, this

request is hereby GRANTED.

It is so ORDERED.

_____
Honorable Richard M. Gergel
United States District Judge

Dated: _____ , 2026
Charleston, South Carolina