**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 2:15-CR-00472-RMG** |
| | ) | |
| **Plaintiff-Respondent,** | ) | |
| | ) | **MOTION FOR ADDITIONAL** |
| **v.** | ) | **TIME TO FILE REPY TO** |
| | ) | **GOVERNMENT'S RESPONSE** |
| **DYLANN STORM ROOF** | ) | |
| | ) | |
| **Defendant-Petitioner.** | ) | |
| | ) | |

**THIRD MOTION FOR ADDITIONAL TIME TO FILE REPLY TO**
**GOVERNMENT'S RESPONSE TO MOTION FOR RELIEF UNDER § 2255**

Petitioner Dylann Storm Roof, through counsel Jill E.M. HaLevi and Angela S. Elleman, respectfully submits this motion requesting an extension of 30 days to file a reply to the government's response to his Motion for § 2255 relief to his conviction and sentence. Counsel is unable to file a reasonably professional reply in the allotted time due to the complexity of this matter and lead counsel's delayed return to work due to surgery and medical leave. The government has not yet responded to counsels' inquiry as to their position on this motion, though opposition to this motion can be presumed based on their prior positions.

Habeas Corpus, statutorily ensconced in 28 U.S.C. § 2255, is a "fundamental precept of liberty." *Boumediene v. Bush,* 553 U.S. 723, 739 (2008). Among postconviction cases, this case is uniquely grave and uniquely complex. Counsel does not bring this motion for the purpose of delay, but in order to fulfill our obligations to our client in this most serious of matters. As outlined in ABA Guidelines 10.15.1 Duties of Post-Conviction Counsel, "providing high quality legal representation in collateral review proceedings in capital cases requires enormous amounts of time, energy and knowledge." As this Court is aware, this is all the more important given that

1

Dylann is afforded less judicial scrutiny than those sentenced to death in state courts, as those sentenced to death in federal court have only one layer of post-conviction review under 28 USC § 2255.

Counsel initially asked this Court for 90 days to file a reply to any government response to Mr. Roof's § 2255 motion.  Dkt. 1069 at 5. While a period of only 45 days was initially allowed, this time period was enlarged to 90 days upon Counsel's Motion for additional time. Dkts. 1092, 1093. That request was based on lead counsel Ms. Elleman's surgery and medical leave, the lapse in appropriations and payment to Ms. HaLevi, the complexity of this case, and the length of the government's response brief.

Because of the continued slow and arduous recovery of Ms. Elleman, a second Motion for continuance was requested and granted by this Court on December 22, 2026.  This second request was necessary due to Ms. Elleman's ongoing recovery and fatigue, complications arising from the fall 2025 lapse in appropriations, and the complexity of this case.  The Court granted counsel up to March 2, 2026 to file a reply in this case. Dkts. 1096, 1097.

Ms. Elleman can report that she has now fully recovered from her surgery and is diligently working on the reply to the Government's Response to the Motion for § 2255 Relief. However, due to the lapse in appropriations, her extended medical leave and recovery, and the complexity of this case, she finds herself significantly behind schedule. This is a death penalty case with the most grave of consequences. Unfortunately, the considerable limitations brought by Ms. Elleman's surgery and medical unavailability and Ms. HaLevi's more limited availability due to the appropriations lapse have meant disruptions and delays in the efficiency of writing the Reply. Additionally, significant winter weather has disrupted Ms. Elleman's scheduled visits and calls to Mr. Roof, requiring rescheduling of those calls and visits in the limited time made

2

available to her by the prison.  Therefore, Mr. Roof respectfully requests that this Court provide an additional 30 days to complete his Reply to the government's Response in this matter.

CONCLUSION

WHEREFORE, Mr. Roof respectfully requests that the Court grant leave to file a reply to the government's response on or before April 3, 2026.

Dated February 4, 2026                        Respectfully submitted,

*/s/  Jill E.M. HaLevi*
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
843-819-0557
E-Mail: jill@charlestonmediator.com

*/s/ Angela S. Elleman*
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

3