IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO.  2:15-cr-00472-RMG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DYLANN STORM ROOF, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO DEFENDANT'S THIRD MOTION FOR EXTENSION OF TIME
TO FILE A REPLY**

Defendant Dylann Storm Roof has moved the Court for another extension of his deadline to file a reply to the Government's response in opposition to his motion to vacate under 28 U.S.C. § 2255. The Court directed the Government to respond, and the Government opposes the request.

On April 28, 2025, this Court ordered Defendant Roof to file his corrected motion to vacate on or before July 21, 2025. (ECF No. 1073). The Court ordered the Government to respond within 90 days and afforded Defendant Roof 45 days to file any reply. Defendant Roof submitted his corrected petition on July 17, 2025 (ECF No. 1077), and as directed, the Government filed its response on October 15, 2025 (ECF No. 1086). Defendant Roof has subsequently sought and obtained two 45-day extensions, pushing the deadline for his reply from December 1, 2025, to March 2, 2026. Defendant Roof now seeks a third extension to April 3, 2026.

In issuing the second extension, the Court indicated that "[n]o further extensions will be granted." The Government respectfully submits that Defendant Roof has been afforded adequate time to reply to the Government's response, and that no further extensions should be granted.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: s/ *Christopher B. Schoen*
Christopher B. Schoen (Fed. No. 11421)
Assistant United States Attorney
55 Beattie Pl, Suite 700
Greenville, South Carolina 29601
(864) 282-2100
Christopher.Schoen@usdoj.gov

February 6, 2026