**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15-472-RMG |
| | ) | |
| Dylann Storm Roof, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |
| _____ | ) | |

Defendant has moved for a third extension of time to submit his reply to the Government's opposition to his motion to vacate under 28 U.S.C. §2255. (Dkt. No. 1102). Defendant's original deadline for filing his §2255 petition was October 10, 2023, one year following the date on which his judgment of conviction became final. Since then, Defendant has been granted multiple extensions to file the original petition and the reply. Most recently, in granting Defendant a second 45-day extension of time to file a reply, the Court stated that no further extensions would be granted. (Dkt. No. 1097).

Defendant filed the present request for an extension, for thirty additional days to submit the reply, on February 4, 2026. (Dkt. 1102). Defendant's § 2255 counsel assert that they need the extra time "to file a reasonably professional reply." This would move the response date for Defendant to file his reply to April 3, 2026. The Government opposes the extension of time, arguing that the Defendant "has been afforded adequate time to reply." (Dkt. No. 1104).

While there is considerable merit to the Government's argument that §2255 counsel have had adequate time to prepare their reply brief, the Court remains mindful that the Defendant has been sentenced to death and weighs that fact heavily in ruling upon this motion. The Court grants

2:15-cr-00472-RMG     Date Filed 02/09/26     Entry Number 1105     Page 2 of 2

this motion, which will be the last extension granted to file Defendant's reply brief.  Defendant's reply is now due on or before April 3, 2026.

       **AND IT IS SO ORDERED**.

s/ Richard Mark Gergel\_\_
Richard Mark Gergel
United States District Judge

February 9, 2026
Charleston, South Carolina