IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:15-cr-00472-RMG |
| v. | |
| DYLANN STORM ROOF, | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

The United States respectfully moves, pursuant to Local Civil Rule 83.I.07 (D.S.C.), for Mary J. Hahn to withdraw as counsel of record for the United States in the above-captioned case. Effective February 27, 2026, Ms. Hahn will leave her position with the Department of Justice. The United States will continue to be represented by Christopher Schoen and Everett McMillian. Ms. Hahn attempted to file this motion, but ran into technical difficulties with the electronic filing system.  The United States consents to undersigned counsel's withdrawal.

Respectfully submitted,

BRYAN STIRLING
Attorney for the United States

By: *s/Christopher B. Schoen*
    Christopher B. Schoen
    Assistant U.S. Attorney
    D.C. Bar No. 11421
    55 Beattie Place, Suite 700
    Greenville, SC 29601
    (864) 282-2100

February 27, 2026