**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

United State of America,

Respondent,

v.

Dylann Storm Roof,

Petitioner.

Case No. 2:15-cr-472-RMG

**ORDER**

Pending before the Court is Petitioner's Motion to Vacate under 28 U.S.C. § 2255. (Dkt. Nos. 1077, 1078). Respondent filed a Response in Opposition and Memorandum in Support of Motion for Summary Judgment. (Dkt. Nos. 1086, 1087). Petitioner then filed a reply to Respondent's response. (Dkt. Nos. 1109, 1110). The parties' respective motions extensively cite materials found on this case's docket and include voluminous exhibits.[1]

Rule 7(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts permits the Court to direct the parties to "expand the record by submitting additional materials relating to the motion." Rule 7(a). The Court deems all material cited to or attached to the parties' motions and memoranda thus far to be part of the record. *See* Rule 7(a). And for the sake of clarity, the Court further deems all material currently found on the docket to be part of the

[1] Per the deadlines set forth in the Court's August 11, 2026, Order, *see* (Dkt. No. 1129), Respondent will further file its motion for summary judgment and supplemented memorandum in support, then Petitioner will file his response in opposition to the motion, and, finally, Respondent will submit a reply. Presumably, these filings will contain voluminous exhibits, as well.

record. To the extent that either party has any additional material to present pursuant to Rule 7(a), such party shall submit this additional material within 14 days of this Order.

Rule 7(c) requires the Court to "give the party against whom the additional materials are offered an opportunity to admit or deny their correctness." Rule 7(c); *see United States v. Hill*, 336 F. App'x 832, 834 (10th Cir. 2009) ("Rule 7(c) of the Rules Governing Section 2255 Proceedings requires a court to allow a party to respond to the introduction of additional materials."). If either party seeks to challenge, pursuant to Rule 7(c), any of the material previously submitted to the Court that is on the docket or additional material submitted pursuant to this Order, such challenge must be asserted within 28 days of this Order.

**AND IT IS SO ORDERED.**

s/ Richard MarkGergel
Richard Mark Gergel
United States District Judge

August 14, 2026
Charleston, South Carolina