IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYLANN STORM ROOF | Criminal No. 2:15-cr-00472-RMG |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT**

The Government respectfully moves for an extension of 30 days, up to and including November 12, 2026, to supplement its previously filed brief (Dkt. No. 1087) to address the summary judgment standard regarding each of Petitioner's claims and to file a motion for summary judgment. In support of this request, the Government submits the following:

Petitioner submitted his 411-page Corrected Motion to Vacate, Set Aside, or Correct Conviction & Sentence Pursuant to 28 U.S.C. § 2255 on July 17, 2025. (Dkt. No. 1077.) Consistent with the Court's briefing schedule, the Government filed its 413-page Response in Opposition to Defendant's Motion to Vacate Under 28 U.S.C. § 2255 and Memorandum in Support of Motion for Summary Judgment on October 15, 2025. (Dkt. No. 1087.) Petitioner filed a Reply to the Government's Response in Opposition on April 3, 2026. (Dkt. No. 1109.)

On July 27, 2026, the Court entered an Order establishing a schedule for addressing Petitioner's request for discovery and responding to the Government's motion for summary judgment. (Dkt. No. 1126.) On August 10, 2026, Petitioner filed a "motion to clarify," in which he asked the Court to, among other things, order the Government to "identify which claims they

seek summary judgment on and the basis for their request(s)." (Dkt. No. 1128 at 1.)

On August 11, 2026, this Court directed the Government, within 60 days, "to file a motion for summary judgment and to supplement its previously filed brief (Dkt. No. 1087) to address the summary judgment standard regarding each of Petitioner's nineteen claims." (Dkt. No. 1129 at 1.) The supplement is due October 13, 2026.

The Government's Response in Opposition to § 2255 relief (Dkt. No. 1087) was drafted by attorneys who are no longer with the Department of Justice.

Undersigned counsel, of the Department of Justice's Civil Rights Division, filed a notice of appearance in this case on October 9, 2026. (Dkt. No. 1141.) Channell Singh, of the Department of Justice's Capital Case Section, filed a notice of appearance in this case on October 1, 2026. (Dkt. No. 1139.) Counsel have been working diligently to familiarize themselves with the record and legal issues in order to supplement the Government's previous filing. However, as the Court is aware, the record is extensive: Petitioner's Corrected Motion to Vacate (Dkt. No. 1077) is, alone, accompanied by 230 exhibits. Additional time is necessary for counsel to adequately familiarize themselves with the record and supplement the Government's fact-specific arguments in the manner most helpful to the Court.

The Government, which recognizes the disruption an extension will have on the schedule set by this Court, has not previously sought additional time for this brief and does not anticipate requesting further enlargements.

When contacted by email, counsel for Petitioner did not object to this request but indicated her intent to seek agreement to a similar extension for Petitioner's response, as she anticipates being out of the country at the time Petitioner's response would be due. The Government responded that it would not object to the reciprocal request.

For good cause shown, the Government respectfully requests that the Court grant its unopposed motion for an extension of time to and including November 12, 2026, to supplement its previously filed brief and to file a motion for summary judgment.

Respectfully submitted,

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL

By: s/ Katherine McCallister
Katherine McCallister
Attorney
Department of Justice
Civil Rights Division
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(202) 746-9558

Date: October 9, 2026